```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
HUMBERTO LOZADA and OKLAHOMA                                           :
FIREFIGHTERS PENSION AND RETIREMENT                                    :
SYSTEM, individually and on behalf of all others                       :
similarly situated,                                                    :   22 Civ. 1479 (JPC)
                                                                       :
                              Plaintiffs,                              :   ORDER
                                                                       :
              -v-                                                      :
                                                                       :
TASKUS, INC. et al.,                                                   :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court will hear oral argument on Defendants' Motion to Dismiss the Amended Class Action Complaint, Dkt. 32, on September 28, 2023, at 2:00 p.m. in Courtroom 12D at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  Each side will be allotted thirty minutes for argument.

　　　　SO ORDERED.

Dated: September 11, 2023　　　　　　　　　_____
　　　　New York, New York　　　　　　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge