UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                          :

HUMBERTO LOZADA and OKLAHOMA         :
FIREFIGHERS PENSION AND RETIREMENT  :
SYSTEM, *individually and on behalf of all others* :
*similarly situated*,                          :     22 Civ. 1479 (JPC)
                          :
         Plaintiffs,          :     ORDER
                          :
         -v-                     :
                          :
TASKUS, INC. *et al.*,               :
                          :
         Defendants.        :
                          :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The parties are ordered to appear for a conference at 4:30 p.m. on September 29, 2023, to discuss whether this case should be stayed in light of the Supreme Court's grant of certiorari in *Macquarie Infrastructure Corporation, et al. v. Moab Partners, L.P., et al.*, No. 22-1165, 2023 WL 6319659 (U.S. Sept. 29, 2023). At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

      SO ORDERED.

Dated: September 29, 2023
      New York, New York                           _____
                                                           JOHN P. CRONAN
                                                    United States District Judge