```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
HUMBERTO LOZADA and OKLAHOMA                                     :
FIREFIGHERS PENSION AND RETIREMENT                               :
SYSTEM, individually and on behalf of all others                 :
similarly situated,                                              :    22 Civ. 1479 (JPC)
                                                                 :
                        Plaintiffs,                              :    ORDER
                                                                 :
        -v-                                                      :
                                                                 :
TASKUS, INC. et al.,                                             :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

As discussed at the conference held on September 29, 2023, in light of the Supreme Court's grant of certiorari in *Macquarie Infrastructure Corporation, et al. v. Moab Partners, L.P., et al.*, No. 22-1165, 2023 WL 6319659 (U.S. Sept. 29, 2023) the Court hereby stays this case until October 31, 2023 or further order of the Court. The parties are ordered to submit letter briefing addressing the potential impact in this case of a decision from the Supreme Court in *Macquarie* and whether a stay pending the Supreme Court's decision is appropriate. The parties' initial submissions are due by 5:00 p.m. on October 16, 2023. Any responses are due by 5:00 p.m. on October 20, 2023.

SO ORDERED.

Dated: September 30, 2023
       New York, New York                          _____
                                                   JOHN P. CRONAN
                                                   United States District Judge