**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HUMBERTO LOZADA and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TASKUS, INC., BRYCE MADDOCK, JASPAR WEIR, BALAJI SEKAR, AMIT DIXIT, MUKESH MEHTA, SUSIR KUMAR, JACQUELINE D. RESES, and BCP FC AGGREGATOR L.P.,<br><br>Defendants. | Case No. 1:22-cv-01479<br><br>CLASS ACTION |

**STIPULATION OF PARTIAL DISMISSAL**

Lead Plaintiff Humberto Lozada and Named Plaintiff Oklahoma Firefighters Pension and Retirement System (together, "Plaintiffs"), and Defendants TaskUs, Inc., BCP FC Aggregator L.P., Bryce Maddock, Jaspar Weir, Balaji Sekar, Amit Dixit, Mukesh Mehta, Susir Kumar, and Jacqueline D. Reses (together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on December 16, 2022, Plaintiffs filed the Amended Complaint (ECF 26);

WHEREAS, on September 28, 2023, the Court held oral argument on Defendants' motion to dismiss the Amended Complaint (ECF 32);

WHEREAS, on September 29, 2023, the Court held a conference to discuss whether the action should be stayed in light of the Supreme Court's grant of certiorari in *Macquarie Infrastructure Corporation, et al. v. Moab Partners, L.P., et al.*, No. 22-1165;

WHEREAS, by order dated September 30, 2023, the Court stayed the action until October 31, 2023 or further order of the Court and directed the parties to submit letter briefing by October 16, 2023 on the potential impact in this case of a decision from the Supreme Court in *Macquarie* and whether a stay pending the Supreme Court's decision is appropriate (ECF 43); and

WHEREAS, counsel for Plaintiffs and counsel for Defendants have met and conferred regarding the most efficient path forward;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their undersigned counsel of record, that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs voluntarily dismiss with prejudice their claims under the Securities Act of 1933 and the Securities Exchange Act of 1934 solely to the extent they allege omissions in violation of Items 101 and 303 of SEC Regulation S-K (*see, e.g.*, ECF 32 ¶¶14, 37-39, 54(2), 76, 80, 128-29, 168(2)-(3), 171-80 and 220(ii)-(iii)). For avoidance of doubt, Plaintiffs will in no way contend that Defendants violated or are liable for any omissions in violation of Items 101 and 303 of SEC Regulation S-K.

2. The foregoing partial dismissal does not affect Plaintiffs' remaining claims.

3. The Parties agree that a stay based on *Macquarie* is unnecessary in light of Plaintiffs' partial dismissal specified above.

Dated: October 16, 2023                    Respectfully Submitted,

                                           */s/ Joseph A. Fonti*
                                           Joseph A. Fonti
                                           Nancy A. Kulesa
                                           Evan A. Kubota
                                           Thayne Stoddard
                                           **BLEICHMAR FONTI & AULD LLP**
                                           7 Times Square, 27th Floor
                                           New York, New York 10036
                                           Telephone: (212) 789-1340

2

Plaintiffs' claims are dismissed with prejudice solely to the extent that they allege omissions in violation of Items 101 and 303 of SEC Regulation S-K, with all remaining claims and allegations unaffected. The temporary stay entered by the Court on September 29, 2023 is lifted.

Facsimile: (212) 205-3960
jbleichmar@bfalaw.com
jfonti@bfalaw.com
nkulesa@bfalaw.com
ekubota@bfalaw.com
tstoddard@bfalaw.com

*Counsel for Lead Plaintiff Humberto Lozada and Named Plaintiff Oklahoma Firefighters Pension and Retirement System*

SO ORDERED
Date: October 17, 2023
New York, New York



_____
JOHN P. CRONAN
United States District Judge

John A. Kehoe
Michael K. Yarnoff
**KEHOE LAW FIRM, P.C.**
41 Madison Avenue, 31st Floor
New York, New York 10010
Telephone: (212) 792-6676
jkehoe@kehoelawfirm.com
myarnoff@kehoelawfirm.com

*Additional Counsel for Lead Plaintiff Humberto Lozada*

/s/ Jonathan K. Youngwood
_____
Jonathan K. Youngwood
Meredith Karp
John A. Robinson
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
jyoungwood@stblaw.com
mkarp@stblaw.com
jrobinson@stblaw.com

*Counsel for Defendants*

3