**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HUMBERTO LOZADA and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM Individually and on Behalf of All Others Similarly Situated,<br><br><br>Plaintiffs,<br><br>v.<br><br><br>TASKUS, INC., BRYCE MADDOCK, JASPAR WEIR, BALAJI SEKAR, AMIT DIXIT, MUKESH MEHTA, SUSIR KUMAR, JACQUELINE D. RESES, and BCP FC AGGREGATOR L.P.,<br><br><br>Defendants. | Case No. 1:22-cv-01479<br><br>CLASS ACTION |

**DECLARATION OF HUMBERTO LOZADA IN SUPPORT OF**
**MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF**
**CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Humberto Lozada, declare as follows:

1. I respectfully submit this declaration in support of Oklahoma Firefighters' and my motion for class certification and appointment as class representatives, and appointment of Bleichmar Fonti & Auld LLP ("BFA") as class counsel.[1] I have personal knowledge of the facts set forth below relating to my activities, actions, and beliefs, and would testify competently thereto.

2. I am 64 years old and have been investing in the stock market for a number of years. As reflected in my previously filed Certification (ECF 26 Ex. A), I purchased TaskUs Class A common stock during the relevant period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

---

[1] Capitalized terms not defined herein have the meanings stated in the Complaint (ECF 26).

3.     On October 20, 2022, the Court appointed me as Lead Plaintiff in this action. (ECF 20.)  I understand that acting as a class representative in this action involves serving as a fiduciary for the benefit of the Class that I seek to represent and providing fair and adequate representation to all Class members.

4.     I have diligently pursued the effective prosecution of this action and supervised counsel.  Among other things, I authorized the filing of the initial complaint (ECF 5) and the motion seeking to be appointed Lead Plaintiff (ECF 13), and reviewed the Complaint, opposition to Defendants' motion to dismiss, and various other discovery requests and responses.  I have communicated with counsel concerning case status, Court orders, and strategy.  With the assistance of counsel, I have devoted signifcant effort to preserving and collecting potentially relevant documents and to producing pre-trial discovery, having already produced records of my transactions in, and holdings of, TaskUs Class A common stock.

5.     In addition, I have acted to protect my own and the Class's interests in this action by retaining competent counsel.  I am aware of BFA's extensive experieince in protecting shareholder rights through securities class actions.

6.     I continue to be fully committed to actively prosecuting the action in the best interest of the Class.  I continue to discharge my obligations to participate in this action by supervising this litigation and BFA, and (to the extent necessary and appropriate), by producing additional responsive documents, giving deposition testimony, and testifying at trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5 day of May, 2024

DocuSigned by:

*Humberto Lozada*

Humberto Lozada

2