**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HUMBERTO LOZADA and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM Individually and on Behalf of All Others Similarly Situated,<br><br><br>                    Plaintiffs,<br><br><br>        v.<br><br><br>TASKUS, INC., BRYCE MADDOCK, JASPAR WEIR, BALAJI SEKAR, AMIT DIXIT, MUKESH MEHTA, SUSIR KUMAR, JACQUELINE D. RESES, and BCP FC AGGREGATOR L.P.,<br><br><br>                    Defendants. | Case No.  1:22-cv-01479<br><br>CLASS ACTION |

**DECLARATION OF CHASE RANKIN IN SUPPORT OF**
**MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF**
**CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Chase Rankin, declare as follows:

1.      I am the Executive Director of Oklahoma Firefighters, and am authorized to speak for Oklahoma Firefighters.[1]  In that capacity, I respectfully submit this declaration in support of Oklahoma Firefighters' and Humberto Lozada's motion for class certification and appointment as class representatives, and appointment of Bleichmar Fonti & Auld LLP ("BFA") as class counsel. I have personal knowledge of the facts set forth below relating to my and Oklahoma Firefighters' activities, actions, and beliefs, and would testify competently thereto.

2.      Oklahoma Firefighters is a public pension fund established in 1980 to administer pension benefits for Oklahoma firefighters.   Oklahoma Firefighters manages   more   than

---

[1] Capitalized terms not defined herein have the meanings stated in the Complaint (ECF 26).

$3.5 billion on behalf of more than 26,000 participants.  As reflected in Oklahoma Firefighters' previously filed Certification (ECF 26 Ex. B), Oklahoma Firefighters purchased TaskUs Class A common stock during the relevant period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3.    Oklahoma Firefighters understands that acting as a class representative in this action involves serving as a fiduciary for the benefit of the Class that it seeks to represent and providing fair and adequate representation to all Class members.  Indeed, Oklahoma Firefighters has a successful track record as class representative, having recovered more than $237 million for investors in eleven prior securities class actions.[2]

4.    Oklahoma Firefighters has diligently pursued the effective prosecution of this action and supervised counsel.  Among other things, Oklahoma Firefighters reviewed the Complaint, the opposition to Defendants' motion to dismiss, and various other discovery requests and responses.  Oklahoma Firefighter has communicated with counsel concerning case status, Court orders, and strategy.  With the assistance of BFA, Oklahahoma Firefighters has also devoted significant effort to preserving and collecting potentially relevant documents and to producing pre-trial discovery, having already produced records of Oklahoma Firefighters' transactions in, and holdings of, TaskUs Class A common stock.

5.    In addition, Oklahoma Firefighters has acted to protect its own and the Class's interests in this action by retaining competent counsel.  Oklahoma Firefighters is aware of BFA's extensive experieince in protecting shareholder rights through securities class actions.

---

[2] *In re Novo Nordisk Sec. Litig.*, No. 3:17-cv-00209 (D.N.J.) ($100 million recovery); *In re Conduent, Inc. Sec. Litig.*, No. 2:19-cv-08237 (D.N.J.) ($32 million recovery); *Logan v. ProPetro Holding Corp.*, No. 7:19-cv-00217 (W.D. Tex.) ($30 million recovery); *In re Tower Grp. Int'l, Ltd. Sec. Litig.*, No. 1:13-cv-05852 (S.D.N.Y.) ($20.5 million recovery); *Avila v. LifeLock, Inc.*, No. 2:15-cv-01398 (D. Ariz.) ($20 million recovery); *Hall v. Rent-A-Center, Inc.*, No. 4:16-cv-00978 (E.D. Tex.) ($11 million recovery); *Weiner v. Tivity Health, Inc.*, No. 3:17-cv-01469 (M.D. Tenn.) ($7.5 million recovery); *In re Finisar Corp. Sec. Litig.*, No. 5:11-cv-01252 (N.D. Cal.) ($6.8 million recovery); *Santore v. Ixia*, No. 2:13-cv-08440 (C.D. Cal.) ($3.5 million recovery); *In re Rocket Fuel, Inc. Sec. Litig.*, No. 4:14-cv-03998 (N.D. Cal.) ($3.15 million recovery); *In re Miller Energy Res., Inc. Sec. Litig.*, No. 3:11-cv-00386 (E.D. Tenn.) ($2.95 million recovery).

6.     Oklahoma Firefighters continues to be fully committed to actively prosecuting the action in the best interest of the Class.  Oklahoma Firefighters continues to discharge its obligations to participate in this action by supervising this litigation and BFA, and (to the extent necessary and appropriate), by producing additional responsive documents, giving deposition testimony, and testifying at trial.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10 day of May, 2024

Chase Rankin , Executive Director
Oklahoma Firefighters Pension
and Retirement System.

3