**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HUMBERTO LOZADA and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM Individually and on Behalf of All Others Similarly Situated,<br><br><br>Plaintiffs,<br><br><br>v.<br><br><br>TASKUS, INC., BRYCE MADDOCK, JASPAR WEIR, BALAJI SEKAR, AMIT DIXIT, MUKESH MEHTA, SUSIR KUMAR, JACQUELINE D. RESES, and BCP FC AGGREGATOR L.P.,<br><br><br>Defendants. | Case No.  1:22-cv-01479<br><br>CLASS ACTION |

**DECLARATION OF JOSEPH A. FONTI IN SUPPORT OF**
**MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF**
**CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Joseph A. Fonti, declare as follows:

1.      I am a Partner with the law firm Bleichmar Fonti & Auld LLP, counsel for Lead Plaintiff Humberto Lozada, Named Plaintiff Oklahoma Firefighters Pension and Retirement System, and Lead Counsel for the putative Class.  I am an attorney duly licensed to practice in the State of New York and am admitted to practice before this Court.  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2.      Attached as Exhibit A hereto is the Expert Report of Chad Coffman, CFA, dated May 10, 2024.

3.      Attached as Exhibit B hereto is the firm resume of Bleichmar Fonti & Auld LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of May, 2024

/s/ Joseph A. Fonti
Joseph A. Fonti