UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HUMBERTO LOZADA, et al.,

                           Plaintiffs,                  **22 Civ. No. 1479 (JPC) (GS)**

          -against-                             **VIDEO CONFERENCE**
                                                                                       **ORDER**
TASKUS, INC., et al.,

                           Defendants.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Conference on **Tuesday, June 18, 2024 at 11:00 a.m.** to discuss the issues raised by Plaintiffs in their May 31, 2024 letter to the Court on the status of discovery. (Dkt. No. 80). Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Join the meeting now**. Meeting ID: 290 976 616 409. Passcode: 499pg7.

      SO ORDERED.

DATED:    New York, New York
                  June 13, 2024

                                                                   _____
                                                                   The Honorable Gary Stein
                                                                   United States Magistrate Judge