**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
HUMBERTO LOZADA, et al.*,*

                                Plaintiffs,                    **22 Civ. No. 1479 (JPC) (GS)**

             -against-                             **<u>ORDER</u>**

TASKUS, INC., et al.*,*

                                Defendants.
----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

       On June 18, 2024, the undersigned held a conference with respect to the discovery

disputes raised in the parties' letters dated May 31, 2024, June 5, 2024 and June 7, 2024.  (Dkt.

Nos. 80, 81, 82).  As discussed during the conference, the parties appear to have resolved, at

least for the time being, the issues relating to the Executive Leadership Team materials, Jobvite

system requirements, and headcount and attrition data described in the letters.  Accordingly, the

Court does not issue any ruling with respect to those issues at this time.

     Defense counsel shall consult with their clients and Plaintiffs' counsel with respect to

Plaintiffs' request for text messages and WhatsApp messages for Individual Defendants Dixit,

Mehta, Kumar, and Reses.  The parties shall advise the Court in a joint letter by **June 27, 2024**

as to what, if any, dispute remains regarding this request.

     Defendants shall provide Plaintiffs with a substantially complete privilege log by August 9,

2024 in respect of the documents it has produced as of July 26, 2024.

     Defendants shall provide the undersigned with a copy of the transcript of the May 15, 2024

conference before Judge Cronan.

     This action is scheduled for a Video Status Conference on **Tuesday, August 13, 2024 at**

**2:00 p.m.**  Counsel is directed to join the conference via Microsoft Teams at the scheduled time

using the following link: Click here to join the meeting.  **Meeting ID: [276 184 119 277]**

**Passcode: [n3XNKE].**

     **SO ORDERED.**

DATED:     New York, New York
           June 18, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge