**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HUMBERTO LOZADA and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>v.<br><br>TASKUS, INC., BRYCE MADDOCK, JASPAR WEIR, BALAJI SEKAR, AMIT DIXIT, MUKESH MEHTA, SUSIR KUMAR, JACQUELINE D. RESES, and BCP FC AGGREGATOR L.P.,<br><br>     Defendants. | Case No. 1:22-cv-01479 JPC-GS<br><br>CLASS ACTION<br><br>Judge John P. Cronan |

**DECLARATION OF JONATHAN K. YOUNGWOOD**

I, Jonathan K. Youngwood, make this declaration pursuant to 28 U.S.C. § 1746, and state as follows:

1.  I am a Partner at the law firm Simpson Thacher & Bartlett LLP, counsel to TaskUs, Inc. ("TaskUs" or the "Company"), BCP FC Aggregator L.P, Bryce Maddock, Jaspar Weir, Balaji Sekar, Amit Dixit, Mukesh Mehta, Susir Kumar, and Jacqueline D. Reses (collectively, the "Defendants") in the above-captioned action. I am a member of the bar of the State of New York and the United States District Court for the Southern District of New York. I respectfully submit this Declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Bruce Deal, dated July 19, 2024.

1

3.      Attached hereto as Exhibit 2 is a true and correct copy of an excerpt of TaskUs's Form S-1 Registration Statement, publicly filed with the Securities and Exchange Commission ("SEC") on April 12, 2021.

4.      Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of TaskUs's Form S-1 Registration Statement, publicly filed with the SEC on June 10, 2021.

5.      Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of TaskUs's Form S-1 Registration Statement, publicly filed with the SEC on October 18, 2021.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the report titled "Moderating the Bull Case Content", by Spruce Point Capital Management, LLC, dated January 20, 2022.  A copy can also be located at: https://www.sprucepointcap.com/taskus-inc/, and was last accessed on July 19, 2024.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the transcript of the Deposition of Chad Coffman, dated June 20, 2024.

8.      Attached hereto as Exhibit 7 is a true and correct copy of Exhibit 5 introduced in the Deposition of Chad Coffman, dated June 20, 2024, titled "TASK Event Study" and produced as a native Excel backup document to the Expert Report of Chad Coffman, CFA.

9.      Attached hereto as Exhibit 8 is a true and correct copy of Exhibit 7 introduced in the Deposition of Chad Coffman, titled "TASK News Import", dated June 20, 2024, and produced as a native Excel backup document to the Expert Report of Chad Coffman, CFA.

10.      Attached hereto as Exhibit 9 is a true and correct copy of an excerpt of TDCX Inc.'s Prospectus, publicly filed with the SEC on September 30, 2021.

11.      Attached hereto as Exhibit 10 is a true and correct copy of an analyst report titled, "Our Detailed Views on Recent Concerns", by J.P. Morgan, dated January 25, 2022.

12.     Attached hereto as Exhibit 11 is a true and correct copy of an analyst report titled, "Short Report Creates Big Pullback; We like the Stock", by Baird Equity Research, dated January 20, 2022.

13.     Attached hereto as Exhibit 12 is a true and correct copy of an analyst report titled, "Q4 Earnings and Initial 2022 Guidance Preview", by Baird Equity Research, dated January 31, 2022.

14.     Attached hereto as Exhibit 13 is a true and correct copy of an analyst report titled, "Share report looks weak on multiple level; reiterate Buy", by Bank of America Securities, dated January 21, 2022.

15.     Attached hereto as Exhibit 14 is a true and correct copy of an analyst report titled, "4Q shows this team is up to the TASK", by Bank of America Securities, dated February 28, 2022.

16.     Attached hereto as Exhibit 15 is a true and correct copy of an analyst report titled, "Q4/21 Preview: Investors looking for more information on revenue growth drivers", by RBC Capital Markets, dated February 28, 2022.

17.     Attached hereto as Exhibit 16 is a true and correct copy of an excerpt of an article titled, "Why are TaskUs Shares Trading Lower Today?", by Benzinga, dated January 20, 2022.  A copy can also be located at: https://www.benzinga.com/news/22/01/25140773/why-are-taskus-shares-trading-lower-today, and was last accessed on July 19, 2024.

18.     Attached hereto as Exhibit 17 is a true and correct copy of an article titled, "Spruce Point Capital releases strong sell opinion on TaskUs", by Thefly.com LLC, dated January 20, 2022.   A copy can be located at: https://thefly.com/landingPageNews.php?id=3443786&headline=TASK-Spruce-Point-Capital-releases-strong-sell-opinion-on

TaskUs&utm_source=https://www.google.com/&utm_medium=referral&utm_campaign=referral_traffic, and was last accessed on July 16, 2024.

19.     Attached hereto as Exhibit 18 is a true and correct copy of an analyst report titled, "Thoughts post investor meetings", by RBC Capital Markets, dated March 16, 2022.

20.     Attached hereto as Exhibit 19 is a true and correct copy of an analyst report titled, "Solid overall 1Q print; maintain Buy", by Bank of America Securities, dated May 9, 2022.

21.     Attached hereto as Exhibit 20 is a true and correct copy of the damages section of Mr. Coffman's expert report submitted in *Nieves v. Davis,* 1:16-cv-3591 (S.D.N.Y.), ECF No. 204-1, dated December 18, 2020; *In re Aphria, Inc. Sec. Litig.*, 1:18-cv-11376 (S.D.N.Y.), ECF No. 174-1, dated January 28, 2022; *Masih v. Perrigo Company Plc et al.,* 1:19-cv-00070 (S.D.N.Y.), ECF No. 113-1, dated July 10, 2020; *In Re Nielsen Holdings Plc Securities Litigation,* 1:18-cv-07143 (S.D.N.Y.), ECF No. 104-1, dated July 15, 2021; *Holwill v. Abbvie Inc. et al.*, 1:18-cv-06790 (N.D.III), ECF No. 123-1, dated February 1, 2021; *City Of Warren Police And Fire Ret. Sys. v. World Wrestling Entm't, Inc. et al.,* 1:20-cv-02031 (S.D.N.Y.), ECF No. 87-1, dated October 6, 2020.

22.     Attached hereto as Exhibit 21 is a true and correct copy of TaskUs intraday trading prices on October 21, 2021, published by the Chicago Board Options Exchange Data Services originally as a native Excel.

23.     Attached hereto as Exhibit 22 is a true and correct copy of an analyst report titled, "Driving the consumer experience in the Digital Economy; initiate at Outperform", by RBC Capital Markets, dated July 6, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

4

5

Dated: July 19, 2024
     New York, New York


By:   */s/    Jonathan K. Youngwood* ___
          Jonathan K. Youngwood

5