# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUMBERTO LOZADA and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs,*<br>v.<br><br>TASKUS, INC., BRYCE MADDOCK, JASPAR WEIR, BALAJI SEKAR, AMIT DIXIT, MUKESH MEHTA, SUSIR KUMAR, JACQUELINE D. RESES, and BCP FC AGGREGATOR L.P.,<br><br>*Defendants.* | No. 1:22-cv-01479-JPC |

**EXPERT REPORT OF BRUCE DEAL**

**July 19, 2024**

**Table of Contents**

I.    INTRODUCTION ................................................................................................1

    A.    Qualifications ................................................................................................1

    B.    Assignment ...................................................................................................2

II.   SUMMARY OF OPINIONS ..............................................................................3

III.  BACKGROUND ................................................................................................4

    A.    An Overview of TaskUs ...............................................................................4

    B.    Summary of Allegations ...............................................................................4

    C.    The Sole Corrective Disclosure – The Spruce Report ..................................7

    D.    Summary of Coffman Report .........................................................................8

IV.   THE SPRUCE REPORT DID NOT CORRECT THE ALLEGED MISSTATEMENT AND THERE IS NO EVIDENCE THAT THE STOCK PRICE DECLINE FOLLOWING ITS RELEASE WAS DRIVEN BY THE ATTRITION-RELATED DISCUSSIONS IN THE SPRUCE REPORT ................................................................9

    A.    The Alleged Misstatement Is a General Statement That Lacks Specificity .................10

    B.    The Alleged Corrective Disclosure Does Not Correct the Alleged Misstatement ...........................................................................................13

        i.    Attrition-Related Issue #1: Based on an Interview with A Former Executive, "Attrition Claims Can Be Manipulated" .........................................14

        ii.   Attrition-Related Issue #2: The Spruce Report Calls for TaskUs to Clarify Attrition-Related Disclosures .................................................19

        iii.  Attrition-Related Issue #3: Alternative Measures of Attrition and Rising Attrition-Related Costs in the Industry .......................................21

    C.    Analyst Reports and News Articles Did Not Consider the Attrition-Related Discussions in the Spruce Report as New or Value Relevant .....................................24

        i.    Evidence From Analyst Reports ........................................................24

            a.    Only Six of 18 Analyst Reports Mentioned the Spruce Report ................25

            b.    Nine of the Remaining 12 Analyst Reports Discuss TaskUs's Attrition .. 28

            c.    Analysts Do Not Revise Their Evaluation of TaskUs's Attrition or Find the Attrition-Related Discussions in the Spruce Report Surprising ...................29

        ii.   Evidence from News Articles ...........................................................31

    D.    Assuming an Efficient Market, Other Non-Fraud-Related Factors Must Have Been Driving the Price Decline Following the Release of the Spruce Report ............33

V.    ANALYSTS DURING THE PROPOSED CLASS PERIOD DID NOT CONSIDER THE ALLEGED MISSTATEMENT AS VALUE RELEVANT .......................................36

i

A.    Analysts Do Not Refer To the Alleged Misstatement Without Relying On The Disclosed Attrition Rates At The Same Time ...........................................................37

B.    Analysts Also Considered Other Corroborating Evidence and Metrics Disclosed by TaskUs When Discussing Attrition ......................................................40

VI.    MR. COFFMAN FAILS TO DEMONSTRATE MARKET EFFICIENCY DURING THE PROPOSED CLASS PERIOD ...................................................................................41

A.    Mr. Coffman's Analyses to Establish A Causal Relationship Between TaskUs-Specific Information and Its Stock Price Are Flawed .................................................42

i.    Analysis Period ........................................................................................ 43

ii.    Estimation Window in the Event Study Model ...................................... 44

iii.    Mr. Coffman's Analysis of the TaskUs Returns on Earnings Disclosure Days Fails to Account for the Impact of Confounding News and the Directionality of the Price Reactions On the Earnings Dates.......................... 46

iv.    Mr. Coffman's Analysis of TaskUs Returns on News Days v. Non-News Days ........................................................................................................... 47

a.    Mr. Coffman's Analysis Introduces Statistical Bias Into His Findings By Construction.................................................................................................... 47

b.    Mr. Coffman's Definition of "TaskUs-Related News" Is Flawed............ 48

c.    Under Alternative Design, Assumptions, and Definitions, the Key Findings in Mr. Coffman's Analyses No Longer Hold ..................................... 50

B.    Mr. Coffman's Assessment of Analyst Coverage During the Proposed Class Period Is Incorrect.................................................................................................54

ii

## I.    INTRODUCTION

### A.    Qualifications

1.    I am an economist and Managing Principal (partner) at Analysis Group, Inc. ("Analysis Group"), an economic and financial consulting firm with over 1,000 professional staff in offices throughout the United States, as well as offices in China, Canada and Europe.  I lead the economic consulting practice in the Menlo Park, California office of Analysis Group.

2.    I have served as an expert witness or consulting expert on hundreds of projects and litigation matters over the past 30 years, including dozens of matters involving securities class action claims.  These include securities class action matters involving Ernst & Young, AT&T Corporation, Clarent Corporation, Oracle Corporation, The Williams Companies, Inc., and Alibaba Group Holding Limited.  I have served as a testifying expert on class certification issues in numerous cases.

3.    My academic training is in economics, statistics, and public policy.  I graduated *summa cum laude* from Pacific Lutheran University in 1987, where I studied economics and global studies as separate majors.  In 1990, I earned a Master's degree in Public Policy from the Kennedy School of Government at Harvard University.  Thereafter, I completed coursework for a Ph.D. degree in public policy from the Graduate School of Arts and Sciences at Harvard University.  My graduate work at Harvard included a particular focus on statistics, economics, and risk assessment, all of which are at the center of many matters involving securities class action claims.  During my years at Harvard, I taught economics, statistics, and risk and probability assessment to Harvard graduate students.

1

4.    A copy of my *curriculum vitae* is attached to this report as **Appendix A**.  It includes a list of some of the matters where I have served as a testifying and disclosed expert, including all matters in which I have testified as an expert at trial or in a deposition during the previous four years.  It also includes all publications I have authored in the previous 10 years.

**B.    Assignment**

5.    I have been retained by Simpson Thacher & Bartlett LLP, counsel for Defendants ("Counsel") and asked to evaluate, from an economic perspective, the allegations related to the 10b(5) claims, and specifically whether:

- TaskUs's stock price decline following the release of the Spruce Report was caused by information that corrected the alleged misstatement, in which TaskUs referenced "low attrition."

- Prior to the release of the Spruce Report, there is evidence that the alleged misstatement, in which TaskUs referenced "low attrition," affected its stock price; and

- Mr. Coffman, the economic expert for Plaintiffs, provides sufficient evidence to demonstrate market efficiency.

6.    **Appendix B** includes a list of all documents and data that I considered for my assignment.  I reserve the right to amend or supplement this report if additional relevant documents or information become available.

7.    Analysis Group is being compensated at a rate of $1,100 per hour for my time. Other professional staff at Analysis Group working under my direction have assisted me in this assignment.  Neither my compensation nor that of Analysis Group is contingent on the nature of my findings or the outcome of this case.

2

## II.    SUMMARY OF OPINIONS

8.    Based on my review and analysis, I have reached the following conclusions:

9.    The Spruce Report did not correct the alleged misstatement, which was itself a general and vague statement that lacks specificity.  There are three main attrition-related issues raised by the Spruce Report.  However, these issues are (1) either based on information previously disclosed by TaskUs, which should have already been incorporated into the stock price assuming an efficient market, or (2) they are not directly connected to the alleged misstatement.  Market commentary reflects that analyst reports and news articles do not consider the attrition-related discussions in the Spruce Report as new or value relevant information.  Therefore, there is no evidence that the price decline following its release was driven by the attrition-related discussions in the Spruce Report.

10.    There is no evidence that the alleged misstatement, in which TaskUs referenced "low attrition," impacted TaskUs's stock price during the Proposed Class Period.  In discussing attrition, analysts focus on the voluntary attrition rates disclosed by the Company, which the Court found not misleading.  In addition, analysts consider other corroborating evidence and data disclosed by the Company when discussing attrition, which further diminishes the likelihood that the alleged misstatement had any quantifiable price impact.

11.    Mr. Coffman's analyses to demonstrate market efficiency during the Proposed Class Period are flawed, and thus he does not demonstrate market efficiency.

3

III.    BACKGROUND

A.    An Overview of TaskUs

12.    TaskUs, Inc. ("TaskUs" or the "Company") is a business process outsourcing ("BPO") company that provides digital and customer experience services to technology companies.[1]  TaskUs's stock began trading on NASDAQ under the symbol "TASK" on June 11, 2021 after an initial public offering ("IPO") of 15.18 million shares of common stock at $23 per share.[2]  Four months after the Company's IPO, on October 21, 2021, TaskUs's "selling stockholders" offered 12.07 million shares at $63.50 per share in a secondary public offering ("SPO").[3]  TaskUs did not receive any proceeds from the sale of those shares.[4]

B.    Summary of Allegations

13.    I understand that Humberto Lozada and Oklahoma Firefighters Pension and Retirement System (collectively, "Plaintiffs") seek certification of two putative classes as follows:

> As to claims under the Securities Act, all persons that purchased or otherwise acquired TaskUs's Class A common stock pursuant and/or traceable to the IPO Registration Statement or Secondary Offering Registration Statement, and were damaged thereby; and

---

[1] TaskUs, "Form 10-K," March 9, 2022, available at https://www.sec.gov/Archives/edgar/data/1829864/000182986422000019/0001829864-22-000019-index.html ("TaskUs 2021 10-K"), p. 1.

[2] TaskUs, "Form 424B4," June 14, 2021, available at https://www.sec.gov/Archives/edgar/data/1829864/000119312521189507/0001193125-21-189507-index.html ("IPO Prospectus"). The pricing of the IPO was announced on June 10, 2021. *See* "TaskUs, Inc. Announces Pricing of Initial Public Offering," *TaskUs*, June 10, 2021 available at  https://ir.taskus.com/news-releases/news-release-details/taskus-inc-announces-pricing-initial-public-offering.

[3] TaskUs, "Form 424B4," October 22, 2021, available at https://www.sec.gov/Archives/edgar/data/1829864/000119312521304692/0001193125-21-304692-index.html ("SPO Prospectus"). Selling stockholders are defined on page 180 of the SPO Prospectus.

[4] SPO Prospectus.

As to claims under the Exchange Act, all persons and entities who purchased or otherwise acquired TaskUs's Class A common stock between June 11, 2021 and January 19, 2022, both inclusive, and were damaged thereby.[5]

14.    Plaintiffs allege that before and throughout the Proposed Class Period,[6] TaskUs made "material misstatements and omissions" about TaskUs's employee attrition.[7]  According to the Amended Complaint, these alleged misstatements and omissions "create[d] the illusion that TaskUs was different from its BPO peers—able to generate maximum revenue without high attrition and its costs," which allowed the Company to "command a premium valuation."[8] Specifically, Plaintiffs allege that in order to "distinguish TaskUs from the rest of the BPO industry"[9] TaskUs misleadingly stated (in the registration statements for both its IPO and SPO) that "[t]he voluntary attrition rate for employees who were employed by TaskUs for more than 180 days was 14.9% and 26.6% for the years ended December 31, 2020 and 2019, respectively."[10]  As discussed further below, I understand the Court dismissed Plaintiffs' claims that were based on this statement, which I refer to as the "Disclosed Attrition Rates."  Plaintiffs

---

[5] Amended Class Action Complaint for Violations of the Federal Securities Laws, *Humberto Lozada and Oklahoma Firefighters Pension and Retirement System, v. TaskUs, et al.*, No. 1:22-cv-01479-JPC, United States District Court for the Southern District of New York, December 16, 2022 ("Amended Complaint"), ¶ 184.

[6] In the report, I refer to the period from June 11, 2021, through January 19, 2022, as the "Proposed Class Period."

[7] Amended Complaint, ¶ 1.  I understand that Plaintiffs also allege that an assortment of other statements and figures describing TaskUs's Glassdoor ratings in TaskUs's SEC filings related to its initial and secondary offerings were misleading because "the ratings were artificially inflated."  Amended Complaint, ¶ 15.  Plaintiffs claim that by crediting TaskUs's Glassdoor rating to the company's "focus on culture" and stating that the ratings "validated" the company's "differentiated culture," TaskUs "omitted the material fact that TaskUs had manipulated and artificially inflated its Glassdoor rating… through TaskUs's internal policy of requiring employees to submit reviews during training."  Amended Complaint, ¶¶ 181-183, 221-225.  I understand that the Court dismissed Plaintiffs' Exchange Act claims to the extent they are based on these allegations because "There is no allegation that that the company's manipulation of its Glassdoor rating was ever publicly revealed prior to this lawsuit.".  Opinion and Order, *Humberto Lozada and Oklahoma Firefighters Pension and Retirement System, v. TaskUs, et al.*, No. 1:22-cv-01479-JPC, United States District Court for the Southern District of New York, January 5, 2024 ("Motion to Dismiss Order"), p .61.  I was not asked to evaluate these claims.

[8] Amended Complaint, ¶ 9.

[9] Amended Complaint, ¶ 9.

[10] Amended Complaint, ¶ 127.

also allege that a statement in TaskUs's SEC filings related to its IPO and SPO misrepresents its

attrition and specifically claims that "TaskUs did not have 'low attrition.'"[11] The paragraph in

the SEC filings, which was identical across eight public filings, reads:

> "Modern Service Excellence: We deliver operational excellence to our clients through our differentiated culture of ownership and accountability. We use real-time dashboards and KPI management to meet and exceed our clients' expectations. Our process discipline has allowed us to achieve multiple certifications and compliance standards including SOC 2 Type 2, HIPAA and PCI. The culture and focus on people allows *[sic]* us to retain talent, continuously improve, and gives us an advantage on key people metrics of efficiency, client satisfaction, and **low attrition**."[12] [emphasis added]

15.     I understand that the alleged misstatement was the last sentence of this quoted

paragraph and that it only, in part, survived Defendants' Motion to Dismiss.  Specifically, I

understand the Court stated that "prior parts of that third statement reference the company's

'culture and focus on people,' which would arguably be non-actionable puffery standing alone . .

. but the statement concludes with the more concrete assertion that the company had 'low

attrition.'"[13]  Plaintiffs claim that TaskUs's reference to "low attrition" was misleading because

---

[11] Amended Complaint, ¶¶ 73, 170 pp. 23-24.

[12] Although as alleged in the Amended Complaint, there was a confidential draft registration statement and amendments filed earlier, the first publicly filed registration statement for the IPO was filed on April 12, 2021. Additional registration statements were filed for the IPO from then on and later for the SPO.  All registration statements included the same alleged misstatement.  *See* TaskUs, "Form S-1," April 12, 2021, available at https://www.sec.gov/Archives/edgar/data/1829864/000119312521113320/0001193125-21-113320-index.html ("April 12, 2021 Form S-1"), p. 133; TaskUs, "Form S-1," May 6, 2021, available at https://www.sec.gov/Archives/edgar/data/1829864/000119312521153506/0001193125-21-153506-index.html ("May 6, 2021 Form S-1"), p 140; TaskUs, "Form S-1," June 2, 2021, available at https://www.sec.gov/Archives/edgar/data/1829864/000119312521179177/0001193125-21-179177-index.html ("June 2, 2021 Form S-1"), p. 140; TaskUs, "Form S-1," June 10, 2021, available at https://www.sec.gov/Archives/edgar/data/1829864/000119312521187255/0001193125-21-187255-index.html ("June 10, 2021 Form S-1"),  p. 140; IPO Prospectus, p. 143; TaskUs, "Form DRS," September 17, 2021, available at https://www.sec.gov/Archives/edgar/data/1829864/000095012321012442/0000950123-21-012442-index.html ("September 17, 2021 Form DRS"), p. 139; TaskUs, "Form S-1," October 18, 2021, available at https://www.sec.gov/Archives/edgar/data/1829864/000119312521301049/0001193125-21-301049-index.html ("October 18, 2021 Form S-1"), p. 138; SPO Prospectus, p. 138.

[13] Motion to Dismiss Order, pp. 25-26.

"monthly reports provided to [TaskUs's Executive Leadership Team] showed [that] global attrition [was] above 40% in 2020."[14]

### C.    The Sole Corrective Disclosure – The Spruce Report

16.    On January 20, 2022, at 9:30 AM Eastern Time, Spruce Point Capital Management, LLC ("Spruce Point") issued a report on TaskUs (the "Spruce Report").[15]  This 80-page report contained a number of claims regarding TaskUs and concluded that "we see 25% – 50% downside risk to ($18 – $27 per share)."[16] It claims to have reached this conclusion based on a number of broad allegations including that:

- The management team, including the CEO, has problematic behavioral and qualification "flags" in their credentials and background.[17]

- TaskUs "cherry-picked data to avoid showing that its market was both smaller and projected to slow," and fails to disclose "key metrics that would reveal severe business challenges."[18]

- TaskUs "has modified or presents key information in a non-standard fashion relative to industry norms."[19] Attrition-related metrics are one of the four large categories of metrics that Spruce Report mentioned.[20]

---

[14] Amended Complaint, ¶ 73; Motion to Dismiss Order, p. 24.

The Amended Complaint also includes additional alleged misrepresentations related to TaskUs's reporting of the voluntary attrition rate for employees who were employed by the company for more than 180 days and alleged omissions related to TaskUs's internally reported attrition rate, which I understand have been dismissed. *See* Amended Complaint, ¶¶ 169, 171-180; Motion to Dismiss Order, pp. 17, 23-25.

[15] Amended Complaint, ¶ 257.

[16] "Moderating the Bull Case Content: Strong Sell Opinion: TaskUs, Inc.| NASDAQ: TASK," *Spruce Point Capital Management*, January 20, 2022 ("Spruce Report"), p. 6.

[17] Spruce Report, p. 6.

[18] Spruce Report, p. 7.

[19] Spruce Report, pp. 7-8.

[20] Spruce Report, p. 8. The four categories are "Win Rate," "Employees and Turnover," "Clients and Revenue Per Client," and "Capital Leases."

- TaskUs's financial disclosures make "aggressive, if not outright incorrect financial assumptions and presentation methods."[21]

- TaskUs's unbilled receivables and increased collection period displayed "chilling parallels" to fraud committed by a company the CFO worked under in an accounting role.[22]

- Key financial metrics in calculating the EBITDA margins are showing signs of slowing down, implying that there are signs that TaskUs's "financial performance and share price may be moderating."[23]

17.    It is my understanding that Plaintiffs allege that "[b]y revealing that TaskUs suffered from a far higher attrition rate that it had previously claimed, the [Spruce] Report revealed that TaskUs was no different from its BPO peers."[24]  I understand that the Spruce Report is identified by Plaintiffs as the sole corrective disclosure.[25]

### D.    Summary of Coffman Report

18.    On May 10, 2024, Mr. Chad Coffman submitted an expert report on behalf of Plaintiffs (the "Coffman Report"),[26] in which he opines that, "after analyzing TaskUs's common stock during the [Proposed] Class Period and giving careful consideration to the efficiency factors,"[27] he "formed the opinion that the market for TaskUs's common stock was efficient during the Proposed Class Period."[28]  In support of Mr. Coffman's market efficiency analyses, he performs an event study analysis to demonstrate the "cause-and-effect relationship between

---

[21] Spruce Report, p. 8.

[22] Spruce Report, p. 9.

[23] Spruce Report, p. 10.

[24] Amended Complaint, ¶¶ 257-260.

[25] Amended Complaint, ¶¶ 257-260.

[26] Expert Report of Chad Coffman, CFA, May 10, 2024 ("Coffman Report").

[27] Coffman Report, ¶ 6.

[28] Coffman Report, ¶ 6.

company-specific news and changes in the price of TaskUs Common Stock,"[29] which the court in *Cammer v. Bloom* identified "as relevant to the determination of whether an efficient market exists for a given security."[30] He also concludes, as a result of his analysis, that "damages in this action can be calculated on a class-wide basis using a common methodology."[31] Mr. Coffman, however, does not conduct any economic analysis of any price impact associated with the alleged "low attrition" misstatement.

## IV.    THE SPRUCE REPORT DID NOT CORRECT THE ALLEGED MISSTATEMENT AND THERE IS NO EVIDENCE THAT THE STOCK PRICE DECLINE FOLLOWING ITS RELEASE WAS DRIVEN BY THE ATTRITION-RELATED DISCUSSIONS IN THE SPRUCE REPORT

19.    I was asked to examine whether the Spruce Report "corrected" the alleged misstatement and resulted in TaskUs's stock price decline on January 20, 2022, the release date of the Spruce Report. To address this, I first assess the nature of the alleged misstatement, in which TaskUs referenced "low attrition" to establish a basis for comparison with the attrition-related discussions in the Spruce Report. Next, I evaluate the nature of the Spruce Report and find that it raises three broader attrition-related issues, which relate to the Disclosed Attrition Rates or the industry overall, and do not correct the alleged misstatement. As I discuss below in **Sections IV.B-C**, I find that issues identified in the Spruce Report were already known in the market. Thus, assuming the market for TaskUs's stock is efficient,[32] previously disclosed information could not have caused a decline in TaskUs's stock price, because information is

---

[29] Coffman Report, ¶ 59.

[30] Coffman Report, ¶ 20. *See also* 711 F.Supp. 1264, *Rose Cammer, et al.*, v. *Bruce M. Bloom, et al.*, Civ. A. No. 88-2458, United States District Court for the District of New Jersey, April 19, 1989.

[31] Coffman Report, ¶ 7.

[32] This assumption does not imply that Plaintiffs have demonstrated that TaskUs's stock price trades in an efficient market. As I discuss in **Section VI** below, I find that they have not done so.

quickly incorporated into a company's stock price.[33]  Additionally, the correction of the alleged misstatement could not have driven the decline in stock price, because there was no such correction (as discussed in **Section IV.B,** the attrition-related information pertained to the Disclosed Attrition Rates and the BPO industry overall).

20.     I then examine market commentary, which includes analyst reports and news articles published following the Spruce Report.  I find that the market did not perceive the attrition-related discussions in the Spruce Report as new or value relevant information. Furthermore, analysts did not make revisions of their evaluations of TaskUs's attrition following the release of the Spruce Report in the first quarter of 2022, which is the full quarter after the release. This indicates that analysts did not find the allegedly corrective disclosure value relevant.  Lastly, I explore other non-fraud-related factors that could explain TaskUs's stock price decline following the release of the Spruce Report.

### A.     The Alleged Misstatement Is a General Statement That Lacks Specificity

21.     As mentioned above, I understand that the remaining alleged misstatement not dismissed by the Court in this case is the reference in this sentence to low attrition: "[t]he culture and focus on people allows *[sic]* us to retain talent, continuously improve, and gives us an advantage on key people metrics of efficiency, client satisfaction, and **low attrition**."[34] [emphasis added]  While the statement references "metrics" of three things (one of which is low attrition), it does not specify any precise numerical metric which an analyst could use to determine whether attrition at TaskUs is materially different than others in the market.  Nor does

---

[33] *See* Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, Vol. 25, No. 2, 1970, 383-417, p. 383.

[34] Motion to Dismiss Order, pp. 25-26.

it provide a benchmark against which such "low attrition" is measured. For example, attrition may be "low" relative to a benchmark that one investor may care about but high relative to a benchmark used by another investor. For these reasons, the interpretation of such a general statement regarding metrics related to "low attrition" is subjective and could vary from person to person. Consider two people evaluating whether a bar they are attempting to jump over is "high." While a bar at two feet could be considered low for an athletic person, it would be high for someone with bad knees.

22.    In addition, the alleged misstatement regarding "low attrition" is one among a vast number of details and statements that the Company communicated to the market in its IPO registration statements.[35] The focus of those registration statements, each of which are approximately 250 pages long, is predominantly on financial data and risk factors, rather than the one sentence that references "low attrition" among several metrics.[36] For example, there is no discussion of the alleged "low attrition" misstatement in the first twelve sections (covering 142 pages) of the IPO Prospectus, which cover important topics including "Summary," "Risk Factors," and "Selected Historical Consolidated Financial Data."[37] The alleged misstatement

---

[35] In this report, "IPO registration statements" refers to the four Form S-1s filed prior to the IPO (April 12, 2021 Form S-1, May 6, 2021 Form S-1, June 2, 2021 Form S-1, and June 10, 2021 Form S-1) and the IPO Prospectus.

[36] From April 12, 2021 to June 10, 2021, TaskUs filed four Form S-1 registration statements and a prospectus related to its IPO. In addition, TaskUs filed a draft registration statement, a Form S-1 registration statement, and a prospectus between September 17, 2021 to October 22, 2021 in relation to its secondary offering. These filings ranged between 250 to 278 pages. *See* April 12, 2021 Form S-1; May 6, 2021 Form S-1; June 2, 2021 Form S-1; June 10, 2021 Form S-1; IPO Prospectus; September 17, 2021 Form DRS; October 18, 2021 Form S-1; SPO Prospectus.

[37] IPO Prospectus.

11

only appears on page 143, in the "Business" section, the "Delivery and Operations" subsection, the "Operations" sub-sub-section, in the third bullet within this sub-sub section.[38]

23.     Contrary to the alleged misstatement, which is a general statement referencing metrics and "low attrition," TaskUs did make other specific attrition-related disclosures in its SEC filings that the Court held were not misleading.  For example, the filings include a statement that "[t]he voluntary attrition rate for employees who were employed by TaskUs for more than 180 days was 14.9% and 26.6% for the years ended December 31, 2020 and 2019, respectively."[39]  As referenced above I refer to this disclosure as the "Disclosed Attrition Rates." The reasons cited by the Court for dismissing these statements include (1) these statements "were transparent as to the restricted time period of employee attrition being disclosed;" (2) TaskUs "did not profess to disclose… its full employee attrition rates;" and (3) the statements were "unambiguous in… scope and cannot reasonably be construed as implying anything about the attrition rate for any subset of employees other than those working at TaskUs for more than 180 days."[40]

---

[38] IPO Prospectus, p. 143.  Similarly, there is no discussion of "low attrition" in the first nine to eleven sections of the remaining registration statements.  The alleged misstatement only appears on one page in these filings, ranging between pages 120 to 140.  *See* April 12, 2021 Form S-1, p. 133; May 6, 2021 Form S-1, p. 140; June 2, 2021 Form S-1, p. 140; June 10, 2021 Form S-1, p. 140; September 17, 2021 Form DRS, p. 139; October 18, 2021 Form S-1, p. 138; SPO Prospectus, p. 138.

[39] This statement is listed along with another similar statement: "The voluntary attrition rate for employees who were employed by TaskUs for more than 180 days was 14.9% for the year ended December 31, 2020."  *See* Motion to Dismiss Order, pp. 23-24.

[40] Motion to Dismiss Order, pp. 24-25.

**B.**    **The Alleged Corrective Disclosure Does Not Correct the Alleged Misstatement**

24.    On January 20, 2022, the Spruce Report was released, which is associated with a 15.3 percent decline in TaskUs's stock price.[41]  According to the event study conducted by Mr. Coffman, expert for the Plaintiffs, this decline is statistically significant after accounting for market and industry movements.[42]  As I discuss below, the Spruce Report raises three *specific* attrition-related issues (referred to as "Attrition-Related Issues #1-3").  However, these discussions are either based on information previously disclosed by the Company or other BPO companies, or are not directly connected to the alleged misstatement due to its vague nature and, as such, none of the attrition-related discussions in the Spruce Report correct the alleged misstatement, in which TaskUs referenced metrics and "low attrition."

25.    With respect to what I refer to as "Attrition-Related Issue #2" and "Attrition-Related Issue #3," I understand the Court held, consistent with my analysis below, that the information disclosed by the Spruce Report was public.[43]  For "Attrition-Related Issue #1,"  the Court noted that information based on interviews with former or current employees can be non-public and therefore corrective.[44]  As I discuss below, however, based on my analysis including my review of market commentary regarding TaskUs as well as public disclosures by other BPO companies, it is my opinion that "Attrition-Related Issue #1" in substance did not disclose non-

---

[41] Plaintiffs also allege that the Spruce Report was associated with the 4.45 percent decline on January 21, 2022 as "the market continued to digest the information in the Report."  Amended Complaint, ¶ 260.

[42] Coffman Report, Note 91.

[43] The Motion to Dismiss Order states that "The Spruce Report calculated the attrition rate by relying on publicly available and straightforward information in a publicly filed draft prospectus concerning the total number of hires in 2019." *See* Motion to Dismiss Order, p. 57.

[44] Motion to Dismiss Order, p. 58.

public information and, for this reason as well as others, did not correct the alleged misstatement or result in the price decline following the release of the Spruce Report.

> i.  *Attrition-Related Issue #1: Based on an Interview with A Former Executive, "Attrition Claims Can Be Manipulated"*

26.    Attrition-Related Issue #1 relates to statements from an alleged "former TASK executive" (*see* **Figure 1** below).  The Spruce Report first poses a question to this alleged former TASK executive regarding TaskUs's claims that its attrition was "below the industry standard of 30%" and how TaskUs qualifies its attrition metrics using "only employees greater than 180 days."[45]  To answer the question, the alleged former TASK executive allegedly stated, among other things, that "There's just a lot of different ways to manipulate it" and that "attrition is significantly worse."[46]

---

[45] Spruce Report, p. 36.

[46] Spruce Report, p. 36.  In addition, while Plaintiffs claim that the Spruce Report resulted in a realization by investors that TaskUs was "no different from its BPO peers and its premium valuation was an illusion," the answer provided by the alleged former TASK executive shows the opposite.  According to the alleged former TASK executive, "it's **not worrisome from a competitive** standpoint because I think that that's pretty much standard across the business." [emphasis added] *See* Amended Complaint, ¶ 260; Spruce Report, p. 35.

**Figure 1: Screenshot of the Spruce Report, Page 36**



> Spruce Point interviewed a former TASK executive who was with the Company through the company's pivotal growth years. He cautioned about company attrition claims that can be manipulated in many ways.



| Spruce Point Question | "What do you make of the Company's claims of attrition being below the industry standard of 30% and how they qualify it to include only employees greater than 180 days?" |
|---|---|



| Former TASK Executive | "Attrition is first off, a tricky business in BPO. I'll start by saying that I certainly do not trust the industry number of 30% - 35% that you quoted. It's B.S. **I'll just start off by saying that whenever I talk to people about their attrition, it is just classic that they understate it in many, many ways. It's not just TaskUs, it's every company I've ever worked for in the BPO sphere.** What they did was they would not include 180 days. They would not include what they consider to be voluntary resignations. Right. They would remove internal promotions for that number. If they were on leave, they wouldn't include them. Right. There's just a lot of different ways to manipulate it. And I think because it is so impactful to BPO businesses bottom line. They're just kind of pushed in the direction to lie. **So number one, I would just say, I think that the attrition is significantly worse.**<br><br>But after they became a public company, then they decided to start looking at only a hundred eighty days or greater. Well guess where most of the attrition in all of these businesses comes from? It's in the first 90 days. Right, so you know, it seems like that's the direction that they're heading in. And so that would be worrisome, but it's not worrisome from a competitive standpoint because I think that that's pretty much standard across the business." |
|---|---|

27.    As an initial matter, the 30-percent reference appears to be a misstated reference to the low end of the industry average attrition rate in the Asia Pacific region referenced by TDCX.[47]  The original quote from TDCX states that "[a]ccording to Frost & Sullivan, our industry has had an average annual attrition rate of 30% to 34% in **the Asia Pacific region**."[48] [emphasis added]  While the industry-level attrition in the quote was only for the Asia Pacific region, TaskUs operates globally.[49]  Further, the comments from the alleged former TASK executive do not correct the alleged misstatement for the following reasons.

---

[47] Spruce Report, pp.35-36.

[48] Spruce Report, p. 35. *See also* TDCX Inc., "Form 424B4," October 1, 2021, https://www.sec.gov/Archives/edgar/data/1803112/000119312521288642/0001193125-21-288642-index.html, p. 26.

[49] IPO Prospectus, pp. 11-12, 146, 153.

28.     As shown in **Figure 1**, the response provided by the alleged former TASK

executive to the Spruce Point's question, which mentions a specific "industry standard of 30%,"

cannot relate to the alleged "low attrition" misstatement.  This is because the alleged

misstatement is a general statement and includes no reference to any TaskUs-specific metrics for

attrition to compare to the purported 30 percent industry standard.[50]  Instead, the Spruce Point's

question—asking about "Company's claim of attrition being below" the (incorrect) assertion of

the "industry standard of 30%" "**and** how [TaskUs] qualify it to include only employees greater

than 180 days"[51] [emphasis added]—concerns the Disclosed Attrition Rates, which were below

30 percent and included attrition on employees greater than 180 days.

29.     The first paragraph of the response from the alleged former TASK executive

(ending with the sentence "So number one, **I would just say, I think that attrition is**

**significantly worse**") [emphasis in original] does not provide any TaskUs-specific information

about low attrition, but rather points to a general industry practice to use various qualifications

when reporting attrition—including, for example, only reporting on greater than 180 days—

instead of reporting on total attrition.

30.     This practice would have been known to the market as TaskUs's Disclosed

Attrition Rates generally align with the attrition rates publicly reported by TaskUs's peers, as

shown in **Figure 2** below.  Three other publicly traded peer BPO companies, Telus, Exlservice

Holdings Inc., and WNS Holdings Ltd., all reported essentially the same metric as TaskUs's

Disclosed Attrition Rates: attrition rates for employees who join the company for more than 180

---

[50] Spruce Report, p. 36.

[51] Spruce Report, p. 36.

days.[52]  Two other companies, Globant and TDCX Inc., only provide vague definitions, such as measuring departures over an unspecified period.  An additional two companies, EPAM Systems Inc. and Accenture PLC., report only "voluntary attrition" without clarity as to tenure.  Only one of the eight companies that the Company or analysts disclose as peers,[53] Genpact, reports attrition for all employees employed for a day or more.

31.    Based on my review of analyst reports, J.P. Morgan recognized that the reporting of a qualified attrition number, like the Disclosed Attrition Rates, rather than a total number, was consistent with the industry.  For example, it says that "TASK's definition of attrition rate is consistent with other BPO firms in the industry. Most BPO firms… define attrition rates by excluding employees who have joined the company in the last 180 days.  We believe this practice stems from relatively high levels of attrition in this tenure (due to new joinees' expectations aren't met or they get a counteroffer from a competitor).  Moreover, these employees have relatively low levels of impact on client delivery as they are in many cases only recently assigned to client projects, and are easier to replace than it is for tenured personnel."[54]

---

[52] Only Telus mentions that the attrition rates were voluntary.  Exlservice Holdings Inc., and WNS Holdings Ltd do not specify whether the reported rates were voluntary.

[53] Among the eight companies, six are disclosed by TaskUs, including Globant, Telus International, TDCX Inc, Accenture PLC, EPAM Systems Inc, and Genpact Ltd. *See* IPO Prospectus, p. 133. The remaining two, Exlservice Holdings Inc and WNS Holdings Ltd, are disclosed by J.P. Morgan as "BPO peers." *See* "TaskUs: Our Detailed Views on Recent Concerns," *J.P. Morgan,* January 25, 2022.

[54] "TaskUs: Our Detailed Views on Recent Concerns," *J.P. Morgan*, January 25, 2022.

17

**Figure 2: A Comparison of Reported Attrition-Related Metrics Used by Peers[55]**

| Peer | Metrics Definition [emphasis added] | Range of Reported Values[56] |
|---|---|---|
| TaskUs Inc | **"Voluntary attrition** rate for employees who were employed by TaskUs for **more than 180 days"**[57] | 14.9%-26.6% |
| Accenture PLC | **"attrition, excluding involuntary terminations"**[58] | 12%-17% |
| EPAM Systems Inc | **"voluntary attrition** rate"[59] | 10.8%-13.3% |
| Exlservice Holdings Inc | "attrition rate for employees who had been with EXL for **more than 180 days"**[60] | 23.4%-33.2% |
| Genpact Ltd | "attrition rate for all employees who were employed **for a day or more"**[61] | 20%-30% |
| Globant | "'Attrition rate,' during a specific period, refers to the ratio of IT professionals that **voluntarily left our company during the period** to the number of IT professionals that were on our payroll on the last day of the period…"[62] | 13.0%-18.7% |
| TDCX Inc | "annual voluntary attrition rate, measured by the number of employees that **voluntarily left us in a period** divided by the average number of employees in such period"[63] | 23.1%-24.8% |
| Telus International | **"voluntary attrition** rate for our team members who had completed our standard **six-month** training program"[64] | 18.7% |
| WNS Holdings Ltd | "attrition rate for our employees who have completed **six months** of employment" (in each fiscal year)[65] | 22%-31% |

32. In sum, the majority of TaskUs's peer companies also publicly reported qualified attrition numbers (like only > 180 days) and the information was previously publicly known.

---

[55] Attrition rates and definitions used in this figure were collected from public filings that reported on company attrition between 2019 and 2021. Appen, 24/7 Intouch, Teleperformance, and Webhelp are also disclosed by TaskUs. However, due to a lack of public filings that reported on attrition, these companies are not included in **Figure 2**.

[56] The Range of Reported Values is as of 2019 to 2021.

[57] IPO Prospectus, p. 96; TaskUs 2021 Form 10-K. p. 11.

[58] Accenture PLC, "Form 10-K," October 22, 2020, available at https://www.sec.gov/Archives/edgar/data/1467373/000146737320000376/0001467373-20-000376-index.html, p. 30 Accenture PLC, "Form 10-K," October 15, 2021, available at https://www.sec.gov/Archives/edgar/data/1467373/000146737321000229/0001467373-21-000229-index.html, p. 7.

[59] EPAM Systems, "Form 10-K," February 25, 2022, available at https://www.sec.gov/Archives/edgar/data/1352010/000135201022000020/0001352010-22-000020-index.html, p. 7.

[60] Exlservice Holdings, Inc., "Form 10-K," February 25, 2021, available at https://www.sec.gov/Archives/edgar/data/1297989/000129798921000004/0001297989-21-000004-index.html, p. 9; Exlservice Holdings, Inc., "Form 10-K," February 24, 2022, available at

Therefore, the quotes from the alleged former TASK executive on page 36 of the Spruce Report do not disclose new information regarding TaskUs's attrition that was corrective of the alleged misstatement or value relevant to the market.  This is further shown by my discussion regarding analyst reports below (*see* **Section IV.C**). Because all of this information was previously publicly disclosed, if the market were efficient, such information would have already been incorporated into TaskUs's stock price.

> ii.    *Attrition-Related Issue #2: The Spruce Report Calls for TaskUs to Clarify Attrition-Related Disclosures*

33.    As shown in **Figure 3** below, on page 35 of the 80-page document, the Spruce Report first calls on TaskUs to clarify why its attrition is qualified for 180 days and is declining while the closest peer is reporting a trend of rising attrition.[66]  The Spruce Report then appears to point to three attrition-related metrics: (1) TaskUs's disclosed annual attrition of 30 percent prior

---

https://www.sec.gov/Archives/edgar/data/1297989/000129798922000004/0001297989-22-000004-index.html, p. 10.

[61] Genpact Limited, "Form 10-K," March 1, 2022, available at
https://www.sec.gov/Archives/edgar/data/1398659/000139865922000009/0001398659-22-000009-index.html, p. 19; Genpact Limited, "Form 10-K," March 1, 2021, available at
https://www.sec.gov/Archives/edgar/data/1398659/000156459021009746/0001564590-21-009746-index.html, p. 34; Genpact Limited, "Form 10-K," March 2, 2020, available at
https://www.sec.gov/Archives/edgar/data/1398659/000156459020008158/0001564590-20-008158-index.html, p. 30.

[62] Globant, S.A., "Form 20-F," February 28, 2023, available at
https://www.sec.gov/Archives/edgar/data/1557860/000162828023005607/0001628280-23-005607-index.html, pp. 2, 6; Globant S.A., "Form 20-F," February 28, 2020, available at
https://www.sec.gov/Archives/edgar/data/1557860/000110465920027221/0001104659-20-027221-index.html, p. 9.

[63] TDCX Inc., "Form F-1," September 7, 2021, available at
https://www.sec.gov/Archives/edgar/data/1803112/000119312521266469/0001193125-21-266469-index.html, p. 79.

[64] TELUS International (Cda) Inc., "Form 20-F," February 23, 2021. available at
https://www.sec.gov/Archives/edgar/data/1825155/000110465921026450/0001104659-21-026450-index.html, p. 139.

[65] WNS (Holdings) Limited, "Form 20-F," May 14, 2021, available at
https://www.sec.gov/Archives/edgar/data/1356570/000119312521161742/0001193125-21-161742-index.html, p. 20.

[66] Spruce Report, p. 35.

19

to the alleged misstatement of "low attrition" in the offering documents, (2) TaskUs's disclosed voluntary attrition for employees that have been employed greater than 180 days, and (3) an alleged competitor's reported annual voluntary attrition rates.

34.     Consistent with the Court's holding, none of these disclosures provide new information related to TaskUs's general statement of "low attrition."  In fact, each of the three statements also includes a publicly available source, making it clear this is not new information. For example, the first disclosure in **Figure 3** of 30 percent attrition was made years before the Spruce Report was released to the market, and therefore, if the market for TaskUs stock was efficient, it could not have caused a price decline when repeated years later. The second disclosure is simply a restatement of the Disclosed Attrition Rates from the draft prospectus that became public nine months earlier.[67]  As described above, the Court found that these Disclosed Attrition Rates are not misleading because the definition is transparent and unambiguous (*see* **Section IV.A**).  Finally, the Spruce Report points to disclosures made by TDCX over three months prior to the disclosure of the Spruce Report.  As I discussed above, these disclosures are about the industry-level attrition that is only for the Asia Pacific region.[68]  Thus, these disclosures provide no new information to the market regarding TaskUs's attrition.  Moreover, none of these observations directly contradict any general statement of TaskUs's alleged general false and misleading statement of "low attrition."

---

[67] April 12, 2021 Form S-1, pp. 91-92.  According to the press release on the same day as the filing of the draft prospectus, if investors needed access to the preliminary prospectus, "[w]hen available, copies of the preliminary prospectus may be obtained from Goldman Sachs & Co. LLC,… or J.P. Morgan Securities LLC."  *See* "TaskUs Inc. Files Registration Statement for Initial Public Offering," *Globe Newswire*, April 12, 2021, available at https://www.globenewswire.com/news-release/2021/04/12/2208713/0/en/TaskUs-Inc-Files-Registration-Statement-for-Initial-Public-Offering.html.

[68] *See* "TDCX Announces Pricing of Initial Public Offer," *TDCX*, September 30, 2021, available at https://investors.tdcx.com/news/financial-news/news-details/2021/TDCX-Announces-Pricing-of-Initial-Public-Offering/default.aspx.

**Figure 3: Screenshot of the Spruce Report, Page 35**



iii.    *Attrition-Related Issue #3: Alternative Measures of Attrition and Rising Attrition-Related Costs in the Industry*

35.     Finally, the Spruce Report claims that TaskUs changed its disclosures of attrition over time.  Specifically, in 2019, it provided sufficient information to allow one to calculate total employee attrition, but TaskUs did not release such details in later disclosures.  The allegation that the Spruce Report makes is not that TaskUs released inaccurate information, but rather that the type of information disclosed changed over time, which is obvious from the information itself.  The report goes on to perform a simple calculation using publicly disclosed information. As a result, the Spruce Report finds the unsurprising result that total attrition, which includes

21

low-tenure employees, is higher than the voluntary attrition for employees working at TaskUs for more than 180 days (see **Figure 4**).

**Figure 4: Screenshot of the Bottom Part of the Spruce Report, Page 37**



36.     As the Court recognized, the 2019 total attrition of 46 percent calculated in the Spruce Report is based on publicly available information, and thus, in an efficient market, would have already been incorporated into stock price. The first value (indicated in green text) is the "approximately 12,000 new employees in 2019" that TaskUs disclosed in earlier versions of its draft registration statement and amendments in relation to its IPO.[69] The second and third values

---

[69] Spruce Report, p. 37; TaskUs, "Form DRS," November 6, 2020, available at https://www.sec.gov/Archives/edgar/data/1829864/000095012320010989/0000950123-20-010989-index.html, p. 121; TaskUs, "Form DRS," December 21, 2020, available at https://www.sec.gov/Archives/edgar/data/1829864/000095012320012770/0000950123-20-012770-index.html, p. 122; TaskUs, "Form DRS," January 15, 2021, available at

are the total headcounts at the beginning of 2019 (13,800) and end of 2019 (18,400), which were disclosed by TaskUs in every one of its IPO registration statements.[70] The Spruce Report simply uses these three numbers to calculate the difference between the 12,000 new hires and the increase in total headcount from 13,800 to 18,400 in 2019 (4,600 net additions) to obtain a count of 7,400 departures in 2019.[71] It then divides this number by the average number of employees in 2019 (16,100 = (13,800 and 18,400)/2) to get the 46 percent "turnover rate."[72]

37.     This simple calculation that the Spruce Report conducts uses information that was readily available to the market seven months before the IPO, and the Spruce Report was thus not "correcting" anything that the market did not already have available.  Therefore, any reasonable investor that "wondered why TaskUs's metric excluded voluntary attritions of shorter duration,"[73] could have repeated the same exercise and discovered the same "actual churn" that the Spruce Report shows.

38.     Second, this calculation by no means "corrects" TaskUs's general and non-specific alleged misstatement of metrics and "low attrition."  Rather, it simply points out the

---

https://www.sec.gov/Archives/edgar/data/1829864/000095012321000363/0000950123-21-000363-index.html, p. 123.

While the draft registration statement and amendments in relation to its IPO ("Forms DRS") were not initially publicly available, according to the SEC, "[a]n issuer conducting an initial public offering of securities…must publicly file its registration statement, the initial nonpublic draft registration statement and all draft amendments… at least 15 days before the effective date."  Hence, the Forms DRS would have become publicly available prior to TaskUs's IPO. *See* "Voluntary Submission of Draft Registration Statements – FAQs," *U.S. Securities and Exchange Commission*, July 1, 2024, available at https://www.sec.gov/about/divisions-offices/division-corporation-finance/voluntary-submission-draft-registration-statements-faqs; "Draft Registration Statement Processing Procedures Expanded," *U.S. Securities and Exchange Commission*, June 29, 2017, available at https://www.sec.gov/newsroom/whats-new/draft-registration-statement-processing-procedures-expanded.

[70] Spruce Report, p. 37. *See, e.g.*, IPO Prospectus, p. 23.

[71] Spruce Report, p. 37.

[72] Spruce Report, p. 37.

[73] Motion to Dismiss Order, pp. 24-25.

unsurprising fact that overall attrition including low-tenure employees will be higher than voluntary attrition for employees who have worked for TaskUs for over 180 days.

**C.     Analyst Reports and News Articles Did Not Consider the Attrition-Related Discussions in the Spruce Report as New or Value Relevant**

*i.     Evidence From Analyst Reports*

39.     Consistent with the evidence I discussed above, as shown on **Exhibit 1**, commentary from the 18 equity analyst reports published after January 20, 2022 (the publication date of the Spruce Report) to March 31, 2022 (the end of the first quarter in 2022) reflects that analysts did not consider the attrition-related discussions in the Spruce Report as new or value relevant. Reviewing analyst reports, which I have done for several decades as part of my work on finance and securities cases, can help determine whether there is economic evidence that supports the notion that the alleged misstatement was value relevant.

40.     Overall, of the 18 analyst reports, only six mention the Spruce Report at all. Of those six, only two reference the attrition-related discussions in the Spruce Report. The other four mention both the Spruce Report and attrition but discuss the two topics separately. The remaining 12 analyst reports do not mention the Spruce Report. While nine of 12 discuss attrition, their discussions are about the Disclosed Attrition Rates and TaskUs's future risks. None discuss the alleged "low attrition" misstatement. The other three analyst reports discuss neither the Spruce Report nor attrition. My review also shows that analysts do not revise their evaluation of TaskUs's attrition or find the attrition-related discussions in the Spruce Report surprising or new information.

24

*a.*       Only Six of 18 Analyst Reports Mentioned the Spruce Report

41.       Of the six analyst reports that contain any reference to the Spruce Report, only two mention the attrition-related discussions in the Spruce Report and these make it clear that the issues raised by the Spruce Report are not connected to the alleged misstatement of metrics and "low attrition."

42.       First, in a report dated January 25, 2022, J.P. Morgan stated that "We dug deeper into various concerns highlighted in the [Spruce Report], and believe the stock weakness seems overdone as headwinds aren't necessarily incremental to our prior views."[74] Specifically, the report comments and addresses the concerns raised in the Spruce Report by topics. Under "Employee retention" on the first page, J.P. Morgan states:

> We agree that excluding certain employees from the definition doesn't offer a full picture of employee attrition, but TASK's definition is consistent with 3 out of 4 BPO peers' in our coverage. We view the company's highest Glassdoor rating as a validation of its culture/employee retention policies. Potential slowdown in 4Q headcount increase is also consistent with our estimates (JPMe 2,000 in 4Q vs. ~4k in 1Q-3Q21), with lower addition stemming from 27% growth est. for CY22 vs. 55%+ for CY21.[75]

43.       On page 6, J.P. Morgan further develops its discussions of employee retention by first paraphrasing the concerns in the Spruce Report and then adding its own view, as shown in **Figure 5**. While it seems to note the obvious point that an attrition disclosure that includes specific employee tenure does not provide full information on attrition rates that would not restrict employee tenure, in its own view, J.P. Morgan emphasizes that the Disclosed Attrition Rates are consistent with what is reported in the industry. Further, J.P. Morgan's discussion of

---

[74] "TaskUs: Our Detailed Views on Recent Concerns," *J.P. Morgan,* January 25, 2022.

[75] "TaskUs: Our Detailed Views on Recent Concerns," *J.P. Morgan,* January 25, 2022, p. 1.

employee retention focuses on the Disclosed Attrition Rates, which are publicly known and not considered misleading by the Court.

**Figure 5: Screenshot of the J.P. Morgan Report, Page 6**

### Employee Retention

**Concern**

TASK's definition of attrition rate doesn't include employees who joined the company within the last 180 days. Actual attrition rate, including all employees, would be much higher than reported numbers of 15% (in 2020) and 27% (in 2019).

TASK also removed disclosures around "gross employee addition," which would indicate overall attrition rate of 46% in 2019, as opposed to reported 27% (which doesn't account for employees who left within 180 days of joining the company). Similarly, internal referral rates have deteriorated from 48% in 2019 to 38% in 2020.

Finally, TASK's employee additions could have significantly reduced in 4Q21, compared with trends from earlier in the year.

**Our views**

We agree that excluding certain employees from the definition doesn't offer the full picture of attrition rate at the company. Attrition rate is typically the highest for such employees, which means excluding employees who have recently joined the company under-reports overall attrition rates.

That said, TASK's definition of attrition rate is consistent with other BPO firms in the industry. Most BPO firms (see table below) define attrition rates by excluding employees who have joined the company in the last 180 days. We believe this practice stems from relatively high levels of attrition in this tenure (due to new joinees' expectations aren't met or they get a counteroffer from a competitor). Moreover, these employees have relatively low levels of impact on client delivery as they are in many cases only recently assigned to client projects, and are easier to replace than it is for tenured personnel.

Table 2: Attrition definition for other BPO firms in our coverage

| Firm | G | EXLS | WNS | TIXT |
|------|------|------|------|------|
| Definition | All employees | 180 days+ | 180 days+ | 180 days+ |

Source: Company reports.

44.     The second report is from Baird and dated January 20, 2022. Baird notes that "The items raised [by the Spruce Report] like client concentration, **attrition**, free cash flow generation (weak due to fast growth) are **all well known**."[76] [emphasis added] Specifically, Baird commented in reference to the attrition discussion in the Spruce Report that "[s]everal items are quite well known -- Facebook has been ~27% of revenue, FCF dynamics are weak due to fast growth (ramping receivables), **attrition may be high and can be hard to calculate**

---

[76] "TaskUs, Inc. (TASK): Short Report Creates Big Pullback; We Like the Stock," *Baird*, January 20, 2022.

**(which is true across the industry)**. [77] [emphasis added] As noted earlier, even the alleged former TaskUs executive quoted in the Spruce Report suggested that he "[does] not trust" attrition metrics in general and views even the industry number quoted by Spruce Point as "B.S."[78]

45.    The other four analyst reports that reference the Spruce Report also mention attrition, but they do not connect the two topics.  Instead, with respect to the Spruce Report, they either mention it in passing or focus on other aspects of the Spruce Report.  For example, in its January 21, 2022 analyst report, BofA Global Research discusses the Spruce Report in length in the "Shares overreacting to weak arguments in short report" section of the report.  They include discussion of TaskUs's "CEO's biographical information," TaskUs's contract with Facebook, and "unbilled receivables," etc.[79]  The only mention of attrition, however, is on the following page under the "Investment Rationale" section.[80]  In a later March 1, 2022 analyst report, BofA Global Research mentions the Spruce Report in passing (*i.e.*, it mentions TaskUs's days sales outstanding and calls it a "top concern" in the Spruce Report). [81]  Separately, it comments that "[v]oluntary attrition remained impressive…" and "employee attrition is better than the industry average."[82]  Similarly, Baird in its January 31, 2022 report states that it "like[s TaskUs's] stock… given the recent pullback caused by [the Spruce Report]" without mentioning TaskUs's

---

[77] "TaskUs, Inc. (TASK): Short Report Creates Big Pullback; We Like the Stock," *Baird*, January 20, 2022.

[78] Spruce Report, p. 36.

[79] "TaskUs: Short Report Looks Weak on Multiple Levels; Reiterate Buy," *BofA Global Research*, January 21, 2022.

[80] The only mention of attrition in the report reads, "Accelerating digitization of CX outsourcing services should support TASK's 25%+ long-term organic revenue growth outlook and employee attrition is better than industry average." *See* "TaskUs: Short Report Looks Weak on Multiple Levels; Reiterate Buy," *BofA Global Research*, January 21, 2022.

[81] "TaskUs: 4Q Shows This Team is Up to the TASK," *BofA Global Research*, February 28, 2022.

[82] "TaskUs: 4Q Shows This Team is Up to the TASK," *BofA Global Research*, February 28, 2022.

attrition.[83]  Additionally, Baird notes that "Interesting items to look for on the call:  Employee **attrition**/wage impact, Content Security growth opportunities, willingness of hyper-growth tech clients to spend given recent valuation pullbacks, comments on recent **short report**."[84] [emphasis added]  By listing attrition and the Spruce Report as separate items, Baird makes no connection between the two topics.  Lastly, RBC Capital Markets mentions the Spruce Report once in the first page of its February 28, 2022 report and discusses attrition separately in the "Key fundamental questions" and "Investment summary" sections of the report on pages 3 and 5.[85]  RBC Capital Markets also, like Baird, makes no connection between attrition and the Spruce Report.

> ### b.  Nine of the Remaining 12 Analyst Reports Discuss TaskUs's Attrition

46.    Of the remaining 12 analyst reports that do not reference the Spruce Report, nine discuss TaskUs's attrition, and three do not discuss either the Spruce Report or attrition.  None of the nine discuss the alleged "low attrition" misstatement (*See* **Exhibit 1**).[86]  Specifically, the attrition discussion pertains to analysts' evaluations of future risks, the Disclosed Attrition Rates, or TaskUs's future attrition:

---

[83] "TaskUs, Inc. (TASK): Q4 Earnings and Initial 2022 Guidance Preview," *Baird*, January 31, 2022.

[84] "TaskUs, Inc. (TASK): Q4 Earnings and Initial 2022 Guidance Preview," *Baird*, January 31, 2022.

[85] *RBC Capital Markets*' only mention of the Spruce Report in this report was "On Jan. 21st, TASK released a statement in response to the short-selling report reiterating their confidence in their strategy." The two mentions of attrition are "We believe the company's focus on fostering employee culture has led to lower employee attrition, as indicated by a voluntary attrit ion rate for those employed for over 180 days of 14.9%" and "We believe TASK's success will be underpinned by several key attributes, including its... (4) leadership in talent acquisition with low voluntary attrition rates." *See* "TaskUs, Inc.: Q4/21 Preview: Investors Looking for More Information on Revenue Growth Drivers," *RBC Capital Markets*, February 28, 2022.

[86] The remaining three analyst reports do not mention attrition or the Spruce Report, but focus on TaskUs's earnings results for the fourth quarter of 2021. *See* "TASK reports solid Q4/21 and guidance," *RBC Capital Markets*, February 28, 2022; "TaskUs, Inc.: (TASK, Buy, $60 PT): 4Q Beats, Strong FY22 Guide Looks Conservative. Reit. Buy, PT to $60," *BTIG*, March 1, 2022; "TaskUs, Inc.: TaskUs Stock Remains Undervalued; Initial 2022 Guidance Surpasses Street Expectations," *William Blair*, March 1, 2022.

- Five reports mentioned only the future risks, for example, "RISKS TO DOWNSIDE…Elevated levels of attrition" and "[Content moderation] work carries headline risk, high attrition rates, and is more likely to be automated."[87]

- Three reports mentioned only the Disclosed Attrition Rates or the same voluntary attrition metrics in later years.  For example, "Attrition: 15.3% in 2021 (up mildly from 14.9% in 2020)" and "TASK's attrition rate (voluntary attrition after 180 days) was 15.3% during the quarter."[88]

- The remaining report published by Baird mentioned a combination of future risks, the Disclosed Attrition Rates, and TaskUs's future attrition: "Attrition: 15.3% in 2021 (was 14.9% in 2020)" and "Content Security can be a challenging business if not done right (can have high turnover from employee health/wellness)."[89]

    c.    Analysts Do Not Revise Their Evaluation of TaskUs's Attrition or Find the Attrition-Related Discussions in the Spruce Report Surprising

47.    As I discussed above, in total there are 15 analyst reports (six from **Section IV.C.i.a** and nine **Section IV.C.i.b**) that discuss TaskUs' attrition in the first quarter of 2022 following the release of the Spruce Report.  Based on my review, analysts do not revise their evaluation of TaskUs's attrition or find the attrition-related discussions in the Spruce Report surprising or new information.

48.    These 15 reports were published between five analysts: (1) Baird, (2) BofA Global Research, (3) J.P. Morgan, (4) Morgan Stanley, and (5) RBC Capital Markets.  Two analysts, BofA Global Research and RBC Capital Markets, maintain the same language before

---

[87] "TaskUs, Inc. (TASK): Initial Comments on Q4 Results," *Baird*, January 28, 2022; "TaskUs, Inc.: An Achievable Task," *Morgan Stanley*, January 28, 2022; "TaskUs, Inc.: Ball Don't Lie; Remain OW," *Morgan Stanley*, March 1, 2022; "TaskUs, Inc.: 2022 TMT Conference: Run This Town; Remain OW," *Morgan Stanley*, March 10, 2022; "TaskUs: 4Q Recap- Strong Growth and Guidance; Remain OW," *J.P. Morgan*, March 1, 2022.

[88] "TaskUs, Inc. (TASK): Details on Q4 Results," *Baird*, March 1, 2022; "TaskUs, Inc.: Strong Quarter and Guide Highlights Increased Diversification," *RBC Capital Markets*, February 28, 2022; "TaskUs, Inc.: Thoughts Post Investor Meetings," *RBC Capital Markets*, March 16, 2022.

[89] "TaskUs, Inc. (TASK): Hosted Meetings with Management," *Baird*, March 29, 2022.

29

and after the publication of the Spruce Report when commenting on TaskUs's attrition.  For example, a January 21, 2022 BofA Global Research report notes that TaskUs employee attrition "is better than the industry average" without mentioning the attrition-related discussions in the Spruce Report.  The language used in this report is consistent and identical to a report from January 6, 2022, which also states that employee attrition is "better than the industry average."[90] Similarly, RBC Capital Markets, in a March 16, 2022 report, also considers TaskUs's "low voluntary attrition rates" as a contributing factor to its business success: "We believe TASK's success will be underpinned by several key attributes, including its… (4) leadership in talent acquisition with low voluntary attrition rates; and (5) attractive underlying financial model designed to drive profitability."[91]  RBC Capital Markets uses this same language in analyst reports published prior to the release of the Spruce Report.[92]  As discussed above in **Section IV.C.i.a**, two other analysts, Baird and J.P. Morgan, which directly comment on the attrition-related discussions in the Spruce Report, conclude that TaskUs's reporting of attrition is consistent with industry standards or that the issue raised by the Spruce Report is known to the market.[93]  Lastly, Morgan Stanley mentions only future risks when discussing attrition, and it uses similar language before and after the release of the Spruce Report.[94]

---

[90] "TaskUs: Premium Growth at Attractive Valuation – Upgrade to Buy," *BofA Global Research,* January 6, 2022.

[91] "TaskUs, Inc.: Thoughts Post Investor Meetings," *RBC Capital Markets,* March 16, 2022.

[92] "TaskUs, Inc.: Driving the Consumer Experience in the Digital Economy; Initiate at Outperform," *RBC Capital Markets*, July 6, 2021; "TaskUs, Inc.: Strong Upside in First Quarter as a Public Company," *RBC Capital Markets*, August 10, 2021; "TaskUs, Inc.: Strong Revenue Growth Continues," *RBC Capital Markets*, November 10, 2021; "TaskUs, Inc.: Adjusting Revenue Growth Estimates," *RBC Capital Markets*, December 7, 2021.

[93] While Baird expressed that they were "look[ing] to the call for more commentary around…current labor environment (wage inflation, attrition)," in an earlier report, they noted that the issues raised in the Spruce Report, including attrition, were "all well known" and that TaskUs's "attrition may be high and can be hard to calculate (which is true across the industry)." *See* "TaskUs, Inc. (TASK): Initial Comments on Q4 Results," *Baird*, February 28, 2022; "TaskUs, Inc. (TASK): Short Report Creates Big Pullback; We Like the Stock," *Baird*, January 20, 2022.

[94] For instance, in their December 13, 2021 report, Morgan Stanley writes, "Downside risks include…3) supply-related issues such as elevated attrition or inability to hire talent," while in their January 28, 2022 report, they note,

### ii.    Evidence from News Articles

49.    In addition to the equity analyst reports, news coverage also reflects that the media commentary did not view the attrition-related discussions in the Spruce Report new or value relevant.  Of the 33 articles on TaskUs that were published in Factiva within two business days after the Spruce Report,[95] 31 articles provide additional commentary on the Spruce Report.[96]  Only two of the 31 news articles included any discussion of the attrition-related discussions in the Spruce Report (*see* **Exhibit 2**).

50.    Specifically, a January 20, 2020 Benzinga.com article commented that "Spruce highlighted poor financial reporting, including the omission of annual contract value during the IPO process and the use of a non-standard definition of annual employee attrition rate, possibly understating the actual turnover."[97]  Another January 20, 2020 Theflyonthewall.com article paraphrased the attrition-related discussions in the Spruce Report, but highlighted the caveat that "Spruce Point has a short position in TaskUs, Inc. and owns derivative securities that stand to net benefit if its share price falls."[98]

---

"Risks to Downside… Elevated levels of attrition." *See* "TaskUs, Inc.: Understood the TASK; Upgrade to Overweight," *Morgan Stanley*, December 13, 2021; "TaskUs, Inc.: An Achievable Task," *Morgan Stanley*, January 28, 2022.

[95] For this search I used the Factiva based search function and searched for all news under the company filter "TaskUs, Inc." from January 20, 2022 to January 24, 2022. In contrast, my review of analyst reports includes reports from the date of the Spruce Report to the end of the fiscal quarter in which the Spruce Report was published.

This approach accounts for the time analysts require to digest, analyze, and respond to new information. Unlike news outlets that primarily focus on timely and immediate reporting of facts and developments, analysts often need additional time to conduct a comprehensive assessment and detailed analysis. Therefore, a longer review period for analyst reports is justified, while a shorter timeframe is applied for news articles.

[96] One of the two remaining articles talk about TaskUs's institutional holdings, and the other one repeats Spruce Point's publication announcement of the Spruce Report. *See* **Exhibit 2**.

[97] "Why Are TaskUs Shares Trading Lower Today?" *Benzinga.com*, January 20, 2022.

[98] "$26.70 per share. Spruce Point finds evidence that CEO and co-founder Bryce...," *Theflyonthewall.com*, January 20, 2022.

31

51.     Among the remaining 29 articles that did not discuss attrition, most discussed the Spruce Report by summarizing the main topics in the Spruce Report. For example, several new articles repeat that: "[a]fter conducting a forensic financial and accounting review, Spruce Point believes shares of TaskUs, Inc.,… a highly promoted business process outsourcing (BPO) firm to digital and emerging technology companies, has a pattern of exaggerated and inflated business claims, including revenue, and is covering-up financial strain with reduced disclosures, cherry-picked market data, and non-standard key performance metrics."[99] A few articles also bring up other topics of concern from the Spruce Report. For example, a GlobeNewswire article published on January 21, 2022 echoed the summary quote mentioned above and then commented that "[a]dditionally, the report stated that TaskUs 'conspicuously ceased disclosing annual contract value as a key business metric during its SEC registration process.'"[100] As another example, an article published on January 20, 2022 by GlobeNewswire, uses the same summary quote and then wrote that: "specifically, Spruce Point: (1) accuses TaskUs of cherry-picking reputable third-party data to embellish its growth and avoid disclosing a slowdown in its Content Security business; (2) reported that, according to a former employee and competitor filings, TaskUs has been minimizing its growing competition; (3) raises questions about TaskUs' revenue and expense recognition practices; and, (4) cites TaskUs' Facebook-related accounts receivable growth far outstripping Facebook-related sales growth as evidence the company and senior management have obfuscated problems with Facebook and the Content Security business."[101]

---

[99] *See e.g.,* "(TASK) NEWS: Did You Lose Money on Your TaskUs Investment? Contact Johnson Fistel Regarding Investigation," *GlobeNewswire,* January 20, 2022.

[100] "Investigation Alert: Kessler Topaz Meltzer & Check, LLP is Investigating Securities Fraud Claims on Behalf of TaskUs, Inc. (NASDAQ: TASK) Investors," *GlobeNewswire,* January 21, 2022.

[101] "HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages TaskUs, Inc. (TASK) Investors to Contact Firm's Attorneys, Firm Investigating Possible Securities Law Violations," *GlobeNewswire,* January 20, 2022.

Therefore, news articles did not focus on the topic of attrition when commenting on the Spruce Report.

> **D. Assuming an Efficient Market, Other Non-Fraud-Related Factors Must Have Been Driving the Price Decline Following the Release of the Spruce Report**

52. From an economic perspective, it is useful to consider what factors, if unrelated to the three pages of the attrition-related discussions, were more likely to have resulted in the observed approximately 14 percent abnormal stock price decline following the release of the 80-page Spruce Report. While I am not offering a comprehensive analysis of which specific factors drove the price decline and to what extent, in this section, I discuss two potential drivers of the price decline.

53. First, a stock price decline can be caused by the release of reports by short sellers, who profit when stock prices fall. These "short activists" often engage in what is known as a "short attack," strategically releasing the so-called "research" that purportedly reveals negative aspects of a company to induce stock price drops.[102] The Spruce Report is exactly this – a short-seller report, instead of a journalistic report – which was disclosed in the report itself.[103]

54. While the credibility of claims in these short-seller reports may vary, the impact on investor sentiment can be significant, as being targeted by short sellers is generally viewed unfavorably by investors. For example, as Liu *et al*. (2024) highlights, "[i]n recent years,

---

[102] Lehman, Richard, "Stock Market Manipulation: Definition and How It Works," *Seeking Alpha*, February 6, 2023, available at https://seekingalpha.com/article/4484512-stock-market-manipulation.

[103] Spruce Report, p. 2 ("You should assume that as of the publication date of any presentation, report, or letter, Spruce Point Capital Management, LLC … has a short position in all stocks … covered herein, including without limitation TaskUs, Inc. ('TASK') and therefore stand to realize significant gains in the event that the price declines.")

however, a new breed of short sellers has emerged who launch high-profile public short campaigns (PSCs) to talk down a target firm's stock and present evidence of specific allegations, such as accounting irregularities and product deficiencies, or they may simply allege that a target's stock is overvalued. By publicly announcing their pessimistic opinions of target firms, these activist short sellers hope to influence other market participants' views of the target stock and cause long investors to sell the stock."[104]  The literature shows that these reports in turn are associated with an average decline in cumulative abnormal returns of 7 to 17 percent.[105] As discussed earlier, the one-day abnormal return following the Spruce Report, as calculated by Mr. Coffman, was negative 14 percent.[106]

55.     Second, a review of equity analyst reports and news articles following the Spruce Report shows that, when discussing the observed price decline, market participants discuss elements that were unrelated to attrition, though they certainly do not all agree with the Spruce Report's allegations.  These elements include TaskUs's cash flow dynamics, the education backgrounds of TaskUs's CEO and CFO, as well as the client concentration issue faced by TaskUs.

56.     For example, BofA Global Research commented it believed the market overreacted to the Spruce Report explaining that "[y]esterday, Spruce Point issued a short report on TASK…Spruce Point's character attacks against TASK's CEO and CFO merely point out

---

[104] Liu, Claire, *et al.*, "The Real Impacts of Public Short Campaigns: Evidence from Stakeholders," *Journal of Corporate Finance*, 2024.

[105] *See e.g.*, Ljungqvist, Alexander, and Qian, Wenlan, "How Constraining Are Limits to Arbitrage," *The Review of Financial Studies*, Vol. 29, No. 8, August 2016, 1975-2028. *See also* Brendel, Janja, and Ryans, James, "Responding to Activist Short Sellers: Allegations, Firm Responses, and Outcomes," *Journal of Accounting Research*, Vol. 59, No. 2, May 2021, 487-528. Appel, Ian, and Fos, Vyacheslav, "Short Campaigns by Hedge Funds," *The Review of Financial Studies*, Vol. 37, No. 5, May 2024, 1460-1493.

[106] Coffman Report, Note 91.

minor wording differences in various versions of the CEO's biographical information, and loose

historical connections in the professional experience of TASK's CFO. Spruce Point speculates

that Facebook (TASK's largest customer) is under a fixed-price contract, but per TASK

management Facebook is in fact priced on a time and materials basis."[107]  The BofA Global

Research report also discussed Spruce Point's comments on TaskUs's increase in day sales

outstanding and unbilled receivables as potential signs of financial strain.[108]  It has no mention at

all of the attrition-related discussion in the Spruce Report.

57.     As another example, a January 24, 2022 article by Dow Jones Newswires

commented that: "[r]egarding the financial strain, the report alleged that '28% of sales [are

related] to Facebook and related to the controversial area of 'Content Moderation,' which has

'requir[ed] more labor to fill tasks, but that it is not translating into additional revenue.'[…] **On

this news**, TaskUs's stock fell $5.46, or 15.3%, to close at $30.13 per share on January 20, 2022,

thereby injuring investors." [109] [emphasis added]

58.     Additionally, an article published on January 24, 2022 by Business Wire wrote

that: "[o]n January 20, 2022, Spruce Point Capital Management, LLC issued a short-seller report

on TaskUs.  In the report, Spruce Point states, 'After conducting a forensic financial and

accounting review, Spruce Point believes shares of TaskUs, Inc. (Nasdaq: TASK) ... has a

pattern of exaggerated and inflated business claims, including revenue, and is covering-up

---

[107] "TaskUs: Short Report Looks Weak on Multiple Levels; Reiterate Buy," *BofA Global Research*, January 21, 2022.

[108] "TaskUs: Short Report Looks Weak on Multiple Levels; Reiterate Buy," *BofA Global Research*, January 21, 2022.

[109] "Press Release: Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm, Announces Investigation of TaskUs, Inc. (TASK) on Behalf of Investors," *Dow Jones Newswires,* January 24, 2022.

financial strain with reduced disclosures, cherry-picked market data, and non-standard key performance metrics.' The report notes the shortcomings of its CEO, CFO, and Principal Accounting Officer, and issues with its financial assumptions and presentation methods, among other things. **On this news**, TaskUs's stock fell $5.46, or over 15%, to close at $30.13 per share on January 20, 2022, injuring investors."[110] [emphasis added]

59.    As a final example, Baird also commented on the market reaction to the Spruce Report while discussing several topics from the Spruce Report. These topics were inclusive of but not limited to attrition. Baird also emphasized that many topics were well-known, and that the new item that emerged from the Spruce Report was the allegations about TaskUs's CEO/CFO backgrounds: "[w]e like TASK a lot on the near 10% pullback today triggered by a short report. **The items raised like client concentration, attrition, free cash flow generation (weak due to fast growth) are all well known. A new item raised is the allegation that Bryce inflated his undergrad degrees**...the allegations seem to be splitting hairs...the fast growth, Blackstone backing, and strong financial acumen (CFO knows the numbers extremely well) signifies the company is operated very well."[111] [emphasis added]

## V.    ANALYSTS DURING THE PROPOSED CLASS PERIOD DID NOT CONSIDER THE ALLEGED MISSTATEMENT AS VALUE RELEVANT

60.    The evidence discussed above makes clear that TaskUs's stock price decline on the day the Spruce Report was released was not related to the alleged misstatement of "low

---

[110] "SHAREHOLDER ALERT: Robbins LLP Investigates TaskUs, Inc. (TASK) on Behalf of Shareholders," *Business Wire,* January 24, 2022.

[111] "TaskUs, Inc. (TASK): Short Report Creates Big Pullback; We Like the Stock," *Baird*, January 20, 2022.

attrition." In this section, I examine whether there is evidence that TaskUs's "low attrition" alleged misstatement impacted TaskUs's stock price during the Proposed Class Period.

61.    For a traded stock, the most straightforward way to examine whether new news affected the stock price is to examine a company's stock price return on the date of the disclosure of such new information. TaskUs announced its intention to go public on April 12, 2021, and on the same day, its preliminary registration statement was made publicly available, [112] which included the alleged misstatement regarding metrics and "low attrition." [113] This occurred several months prior to when TaskUs's shares were publicly traded. Therefore, one cannot examine TaskUs's stock price reaction to the alleged attrition-related misstatement.

62.    To analyze the price impact of the alleged "low attrition" misstatement, I reviewed market commentary during the Proposed Class Period, because discussions from analysts often serve as evidence of whether investors would have relied on the general and vague alleged misstatement of "low attrition" when making investment decisions.

**A.    Analysts Do Not Refer To the Alleged Misstatement Without Relying On The Disclosed Attrition Rates At The Same Time**

63.    I reviewed 41 analyst reports that were published during the Proposed Class Period to examine whether there is evidence that these analysts relied upon TaskUs's disclosure referencing "low attrition"[114] in their valuation analysis. Of these 41 reports, 26 made some

---

[112] "TaskUs Inc. Files Registration Statement for Initial Public Offering," *Globe Newswire*, April 12, 2021, available at https://www.globenewswire.com/news-release/2021/04/12/2208713/0/en/TaskUs-Inc-Files-Registration-Statement-for-Initial-Public-Offering.html. According to the press release made by TaskUs if investors needed access to the preliminary prospectus, "[w]hen available, copies of the preliminary prospectus may be obtained from Goldman Sachs & Co. LLC,… or J.P. Morgan Securities LLC."

[113] April 12, 2021 Form S-1, p. 133.

[114] These analyst reports are either from the production materials from Mr. Coffman or provided by counsel.

reference to attrition but, as discussed below, only one of the 41 reports references the alleged

misrepresentation at all. **Exhibit 3** provides a comprehensive list of all quotes containing

TaskUs-specific attrition or employee retention discussions found in these 26 of 41 reports.  I

categorize the context in which attrition or employee retention was discussed into four distinct

groups: (1) mentions of the Disclosed Attrition Rates (which are not alleged to be misleading);

(2) mentions of corroborating evidence and metrics (also not alleged to be misleading); (3)

mentions of evaluations of future attrition and related risks (also not alleged to be misleading);[115]

and (4) mentions of the alleged misstatement. This categorization helps to contextualize the

discussions in the analyst reports.

64.    First, of the 41 reports total (and of the 26 analyst reports that referenced attrition)

only one references the alleged misstatement.  Specifically, an RBC Capital Markets report

mentioned that "TasksUs has achieved multiple certifications and compliance standards

including SOC 2 Type 2, HIPAA, and PCI, which have helped in retaining talent and continuous

improvement, while providing an advantage on **metrics** of efficiency, client satisfaction, and **low**

**attrition**."[116] [emphasis added]  However, even in this instance, the RBC Capital Markets report

*also* referenced the Disclosed Attrition Rates, which reinforces that analysts did not rely solely

on the alleged misstatement without also considering the specific numerical data.

65.    Second, **Exhibit 3** shows that the majority of 25 remaining analyst reports that do

mention attrition reference and cite to the Disclosed Attrition Rates when discussing TaskUs's

attrition level.  This finding aligns with my discussion in **Section IV.A**, which shows that a

---

[115] These statements cannot be referencing the allege misstatement, which is historical.

[116] "TaskUs, Inc.: Driving the Consumer Experience in the Digital Economy; Initiate at Outperform," *RBC Capital Markets*, July 6, 2021.

general and vague statement of metrics and "low attrition," such as the alleged misstatement, would be meaningless without a comparative benchmark. Consequently, the majority of analysts referenced and relied on specific numerical metrics, including the Disclosed Attrition Rates. For example, a July 6, 2021 Wells Fargo Securities report noted that TaskUs "building and scaling their strong culture is reflected in some of the industry's lowest levels of attrition rates (<15% voluntary attrition in 2020)."[117] In contrast, this report did not mention the alleged misstatement at all, further supporting that Wells Fargo Securities considered concrete, non-misstatement data rather than vague alleged misstatements when evaluating TaskUs. Similarly, without any reference to the alleged misstatement, J.P. Morgan commented on July 6, 2021 that, "TASK … reported an industry-low attrition rate of 15% in 2020."[118] As another example, BofA Global Research wrote on January 6, 2022 "[w]e also believe TASK is faring quite well in the ongoing war for talent with employee attrition trending in the 15-20% range (better than industry average and below 2019 levels)…"[119]

66.    In summary, my review of the analyst reports published during the Proposed Class Period indicates that analysts did not consider the alleged misstatement as a standalone factor in their valuation of TaskUs's stock, if at all. Instead, they consistently referenced the Disclosed Attrition Rates, which were not alleged to be misleading. This pattern demonstrates that the general and vague statement of metrics and "low attrition" lacked sufficient substance on its own and required concrete data to support any meaningful analysis by the market. Thus, there is no evidence that the general statement of "low attrition," which was a vague assertion, was a

---

[117] "TaskUs, Inc. (TASK): Task: Secular Play on Digitizing the Consumer Drives Strong Growth Profile; Initiating at Equal Weight Given Valuation," *Wells Fargo Securities*, July 6, 2021.

[118] "TaskUs: A Derivative Play on Tech Disruption; Initiate at Overweight," *J.P. Morgan*, July 6, 2021.

[119] "Premium Growth at Attractive Valuation – Upgrade to Buy," *BofA Global Research*, January 6, 2022.

factor relied upon in the analysts' valuation models or target prices, further undermining the

argument that the alleged misstatement had an impact on the stock price.

> **B.      Analysts Also Considered Other Corroborating Evidence and Metrics Disclosed by TaskUs When Discussing Attrition**

67.      **Exhibit 3** further demonstrates that many analysts considered not only the

Disclosed Attrition Rates but also other corroborating evidence and metrics disclosed by TaskUs

when discussing attrition. This broader context provided by analysts shows that their assessments

of the Company's attrition were comprehensive and multidimensional, which relied on a variety

of factors rather than a single, vague statement.

68.      For example, J.P. Morgan's report highlighted that TaskUs "attracts relatively

young employees who attach a premium to working with the company and view it as a 'lifestyle

brand'. The company keeps its employees motivated through an open, transparent, and caring

culture, which in turn results in solid client delivery."[120] This qualitative insight, which was

disclosed by the Company[121] and cited by J.P. Morgan shows that analysts viewed TaskUs's

employee attrition using a broader framework, which includes the Company's overall efforts for

increasing employee engagement and building a good corporate culture.

69.      Similarly, the RBC Capital Markets report—the only report that referenced the

alleged misstatement—cited specific, quantifiable metrics in addition to the Disclosed Attrition

Rates that supported TaskUs's the strong corporate culture.  Specifically, the report noted that

"the company's focus on fostering employee culture has led to **lower employee attrition**, as

---

[120] "TaskUs: A Derivative Play on Tech Disruption; Initiate at Overweight," *J.P. Morgan*, July 6, 2021.

[121] IPO Prospectus, p. 121.

indicated by a voluntary attrition rate for those employed for over 180 days of 14.9%. We believe this is further evidenced by the high level of internal referrals, which drove 38% of new hires in 2020 and helped drive a 101% fill rate."[122] [emphasis added]. This quantitative data provided additional evidence for the discussion of attrition, which further supports that RBC Capital Markets did not rely solely on the vague alleged misstatement of "low attrition."

70.     These examples support the notion that when considering attrition, market participants placed it within a broader context, evaluating both qualitative and quantitative factors.  In other words, analysts use this multidimensional approach to have a more accurate and nuanced understanding of the Company's employee attrition.  The inclusion of a variety of metrics and corroborating evidence, together with the Disclosed Attrition Rates, in their analyses indicates that a vague statement, such as the alleged misstatement, would not independently influence analyst evaluations, investor perceptions, and TaskUs's stock prices.  That is, analysts' reliance on a comprehensive set of data points and contextual information disclosed by the Company further diminishes the likelihood that the alleged misstatement had any quantifiable price impact.

## VI.    MR. COFFMAN FAILS TO DEMONSTRATE MARKET EFFICIENCY DURING THE PROPOSED CLASS PERIOD

71.     Mr. Coffman, Plaintiffs' expert, offers his opinion that TaskUs traded in an efficient market during the Proposed Class Period.[123]  A stock is traded in an efficient market if its price fully reflects all public information relevant to the security's value including but not

---

[122] "TaskUs, Inc.: Driving the Consumer Experience in the Digital Economy; Initiate at Outperform," *RBC Capital Markets*, July 6, 2021.

[123] Coffman Report, ¶ 1 ("I have been asked by [Plaintiff's Counsel] in this matter to examine and opine on whether the market for TaskUs, Inc. … Class A common stock… was efficient during the period from June 11, 2021 through January 19, 2022 inclusive.")

limited to, its historical prices.[124]  As set forth below, the analyses Mr. Coffman provides as support for his opinions are flawed, thus he has not demonstrated market efficiency.[125]

72.    Mr. Coffman examines five *Cammer* factors, three *Krogman* factors, and three additional factors to assess market efficiency.[126] He also claims that his analysis "establish[es] a causal connection between new company-specific events and movements in the market price."[127] However, as I discuss below, Mr. Coffman fails to employ a rigorous methodology that considers relevant issues in this matter when conducting his analysis to demonstrate market efficiency during the Proposed Class Period.

**A.    Mr. Coffman's Analyses to Establish A Causal Relationship Between TaskUs-Specific Information and Its Stock Price Are Flawed**

73.    Mr. Coffman performs two analyses, each of which he concludes provide "convincing evidence of market efficiency," because they "establish a causal connection between new company-specific events and movements in the market price."[128]

- First, Mr. Coffman examines the statistical significance of abnormal returns on days where TaskUs pre-released or released earnings.[129]

- Second, he compares (1) the proportion of days with earnings announcements or pre-announcements that had statistically significant

---

[124] This is commonly referred to as the semi-strong form of efficient market. *See* Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, Vol. 25, No. 2, 1970, 383-417, p. 383.

[125] In his report, Mr. Coffman quotes the following passage from *Cammer* 711 F. Suppl 1291, "[O]ne of the most convincing ways to demonstrate [market] efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price" and explains that "establishing a causal connection between new company-specific events and movements in the market price is convincing evidence of market efficiency." This highlights the importance that Mr. Coffman ascribed to *Cammer* Factor 5. *See* Coffman Report, ¶ 46. *See also* 711 F.Supp. 1264, *Rose Cammer, et al.*, v. *Bruce M. Bloom, et al.*, Civ. A. No. 88-2458, United States District Court for the District of New Jersey, April 19, 1989.

[126] Coffman Report, ¶¶ 26-77.

[127] Coffman Report, ¶ 46.

[128] Coffman Report, ¶ 46.

[129] Coffman Report, ¶ 55, Exhibit 7.

abnormal returns ("earnings day proportion") versus (2) the proportion of days where he "identified no TaskUs-related news from the Factiva database and when there were no analyst reports or SEC filings issued" that had statistically significant abnormal returns ("non-news day proportion").[130] Mr. Coffman calculates that the earnings day proportion is statistically significantly higher than the non-news day proportion, which he claims establishes "powerful scientific evidence of a cause-and-effect relationship between new publicly released information concerning [TaskUs] and changes in the price of TaskUs Common stock."[131]

74.    Both of these analyses were conducted over periods beyond the Proposed Class Period and rely on his event study analysis.[132] As I discuss below, Mr. Coffman's analysis design is flawed for multiple reasons. First, his analyses extend beyond the Proposed Class Period. Second, Mr. Coffman's event study reflects a rigid or formulaic approach that I understand has been used by him numerous times in his previous expert reports.[133] Moreover, the two analyses noted above upon which he purports to provide support for market efficiency are each flawed. In the case of the analysis of returns on news versus non-news days, alternative specifications cause results to change. I elaborate on these below.

i.    *Analysis Period*

75.    Mr. Coffman's event study spans a period of two and half years from June 11, 2021 to January 19, 2024 (which he refers to as the "Analysis Period").[134] This is several times

---

[130] Coffman Report, ¶ 59, Note 64.

[131] Coffman Report, ¶ 59.

[132] Coffman Report, ¶¶ 55, 59.

[133] *See e.g.*, Declaration of Chad Coffman, *In Re: Aphria, Inc. Securities Litigation*, No. 1:18. cv-11376-GBD, United States District Court for the Southern District of New York, January 28, 2022. *See also* Expert Report of Chad Coffman, CFA, *Eric Weiner v. Tivity Health, Inc., et al.,* No. 3:17-cv-01469, United States District Court for the Middle District of Tennessee, July 1, 2019; Expert Report of Chad Coffman, CFA, *In Re: Sandisk LLC Securities Litigation*, No. 3:15-cv-01455-VC, United States District Court for the Northern District of California, January 19, 2018.

[134] Coffman Report, ¶¶ 25, Notes 23, 48. Mr. Coffman also confirms in his deposition that he "didn't run a separate analysis of just the class period." Deposition of Chad Coffman, *Humberto Lozada and Oklahoma Firefighters Pension and Retirement System, v. TaskUs, et al.*, No. 1:22-cv-01479-JPC, United States District Court for the Southern District of New York, June 20, 2024 ("Coffman Deposition"), 70:4-18.

longer than the seven-month Proposed Class Period from June 11, 2021 through January 19, 2022. While Mr. Coffman claims that "[b]y analyzing and applying the methodologies…to the longer [Analysis P]eriod, of which the [Proposed] Class Period is a subset, [he is able to] conclude that the evidence supports efficiency during the [Proposed] Class Period," it is documented in the financial literature that market efficiency can vary across different time periods.[135]  Therefore, even if Mr. Coffman's findings may suggest market efficiency over the 31-month Analysis Period, they do not necessarily validate market efficiency during the seven-month Proposed Class Period subset, and he has not conducted analyses to confirm market efficiency specifically focused during the Proposed Class Period.[136]

### ii.    Estimation Window in the Event Study Model

76.    Mr. Coffman states that his intended use of a "rolling" estimation window is to "allow[] for the relationship between TaskUs Common Stock, industry and market factors, as well as firm-specific **volatility to update over time**."[137] [emphasis added]  He elaborates that this choice is "standard practice," for him, as, in his view, "in most cases" it is more useful than a fixed estimation window.[138]  Additionally, literature shows that rolling estimation is more flexible, allowing for the relationship between market factors and the stock price to change over

---

[135] Coffman Report, ¶ 25; *See e.g.*, Ito, Mikio, and Sugiyama, Shunsuke, "Measuring the Degree of Time Varying Market Inefficiency," *Economic Letters*, Vol. 103, No. 1, 2009, 62-64, p. 64 ("We measure a time varying structure of market inefficiency; we find the degree of market inefficiency varies through time.") *See also* Rösch, Dominik M., *et al.*, "The Dynamics of Market Efficiency," *The Review of Financial Studies*, Vol. 30, No. 4, April 2017, 1151-1187, p.1154 ("[W]e show that stock market efficiency, rather than being a static concept, exhibits significant variation over time, and that different efficiency measures comove across individual stocks, as well as with each other."). In his deposition, Mr. Coffman also states that it is "theoretically possible" for a market to "be efficient at one point in time and inefficient in another point." Coffman Deposition, 69:16-70:3.

[136] Coffman Deposition, 70:4-18.

[137] Coffman Report, ¶ 50.

[138] Coffman Deposition, 104:5-21.

time.[139]  As such, he opines that the "most useful" approach to estimating the true relationship between TaskUs stock and market factors would be using rolling regressions.

77.    However, as described above, the Proposed Class Period, which should be the relevant time of interest, only covers a period of 154 trading days.  Mr. Coffman's analysis uses a fixed estimation period over the first 120 trading days after TaskUs's IPO.[140]  The short duration of the Proposed Class Period means that for approximately 80 percent of the dates during the Proposed Class Period (=120/154), the event study regressions effectively utilize a fixed window and thus does not allow for changing volatility *during* that time period.  While Mr. Coffman's claim that he is able to account for varying volatility over the 31-month Analysis Period may be correct, with regards to the much shorter Proposed Class Period that occurs within the first few months of his Analysis Period, he overstates this consideration given the facts of this case.  To examine short-term fluctuations in volatility during the Proposed Class Period, a shorter estimate window could have been used.[141]

---

[139] Braun, Philip A., *et al.*, "Good News, Bad News, Volatility, and Betas," *The Journal of Finance*, Vol. 50, No. 5, December 1995, 1575-1603, p. 1597. *See also* Coffman Report, Note 54.

[140] Coffman Report, Note 52.

[141] *See e.g.*, Guidolin, Massimo, and La Ferrera, Eliana, "Diamonds Are Forever, Wars are Not: Is Conflict Bad for Private Firms?" *The American Economic Review*, Vol. 97, No. 5, December 2007, 1978-1993, p. 1981 ("The relatively short estimation window is due to the high frequency of salient political events in Angola during the period under consideration.")  *See also* Corrado, Charles J., and Zivney, Terry L., "The Specification and Power of the Sign Test in Event Study Hypothesis Tests Using Daily Stock Returns," *Journal of Financial and Quantitative Analysis*, Vol. 27, No. 3, September 1992, 465-478, p. 466 (" This may be important when market model parameter instability is suspected and, as a result, a researcher prefers to use a relatively short estimation period.")  Becchetti, Leonardo, and Ciciretti, Rocco, "Stock Market Reaction to the Global Financial Crisis: Testing for the Lehman Brothers' Event," *Giornale degli Economisti e Annali di Economia*, Vol. 70, No.2, July 2011, 3-58, p. 16 ("The estimation window length is another key decision to take in event studies. If the normal market return model structure is expected to vary frequently across time (i.e. due time varying betas), a too long window may miss that change, under-representing the more recent normal market return structure. On the other hand, a too short estimation window may not have enough degrees of freedom to properly capture the model structure.")

45

      *iii.*    *Mr. Coffman's Analysis of the TaskUs Returns on Earnings Disclosure Days Fails to Account for the Impact of Confounding News and the Directionality of the Price Reactions On the Earnings Dates*

78.    One of the reasons that Mr. Coffman's analysis to assess the causal relationship between new information and stock price returns is statistically biased and flawed is that he fails to account for either the impact of *confounding news* that coincides with earnings announcements or the *content* of the earnings releases. I conduct a review of news articles on the earnings dates during the Proposed Class Period to analyze this further. For example, I identify that on October 18, 2021, there was two simultaneous: after-market announcements, one related to TaskUs's secondary public offering (SPO) and one with TaskUs's preliminary earnings for the quarter ending September 30, 2021.[142] Therefore, the abnormal negative return on October 19, 2021 could be attributed to the SPO announcement, instead of the earnings pre-announcement, as claimed by Mr. Coffman.[143]

79.    Further, an abnormal return can be either positive or negative. Its statistical significance (a mathematical result) does not, by itself, demonstrate cause and effect. Economically, establishing a causal relationship requires ensuring that the *direction* of abnormal returns aligns with the nature of the underlying news. Specifically, positive abnormal returns should follow positive news disclosures (such as earnings that exceed analyst expectations), while negative abnormal returns should accompany negative news disclosures. However, Mr.

---

[142] The SPO was announced on October 18, 2021, at 4:10 PM Eastern Time. *See* "TaskUs Announces Launch of Secondary Offering of Class A Common Stock," *Globe Newswire*, October 18, 2021, available at https://www.globenewswire.com/news-release/2021/10/18/2316023/0/en/TaskUs-Announces-Launch-of-Secondary-Offering-of-Class-A-Common-Stock.html. The preliminary earnings for the quarter ending September 30, 2021 were announced on October 18, 2021, at 4:27 PM Eastern Time. *See* TaskUs, "Form 8-K," October 18, 2021, available at https://www.sec.gov/Archives/edgar/data/1829864/000119312521301079/0001193125-21-301079-index.html.

[143] Coffman Report, Exhibit 7.

Coffman's analysis fails to verify whether the abnormal returns predicted by his market model exhibit directional consistency with the content of the relevant disclosures in the earnings announcements during the Proposed Class Period.[144]

### iv.    Mr. Coffman's Analysis of TaskUs Returns on News Days v. Non-News Days

#### a.    Mr. Coffman's Analysis Introduces Statistical Bias Into His Findings By Construction

80.    Mr. Coffman's analysis comparing TaskUs's stock price movements on days where TaskUs pre-announced or announced earnings to "non-news" day is fundamentally flawed.  To properly assess whether TaskUs's stock price reacts to news, one needs to compare all news days to all non-news days.  However, Mr. Coffman ignores returns on "news days" except for those days with either an earnings or pre-earnings announcement.  By focusing on the earnings announcement subgroup (which are logically more likely to exhibit statistically significant returns within the range of all news days), Mr. Coffman overestimates the difference in the proportion of news versus non-news days with statistically significant returns.  Mr. Coffman himself acknowledges that earnings dates are *ex-ante* more likely to influence investor behavior and thus have price impact.[145]

81.    A proper experimental design aimed at establishing a causal relationship between the return on news days versus non-news days would examine full sets of both.  By comparing earnings dates, which are expected to have a higher likelihood of triggering changes in investors'

---

[144] While Mr. Coffman claims in his deposition that he "did review and analyze whether the direction of the price movement was obviously inconsistent with market efficiency and found that it was not," he provided no mention of said analysis in his report. Coffman Deposition, 78:23-79:20.

[145] Coffman Report, ¶ 56 ("There are many academic articles and financial treatises that explain theoretically and demonstrate empirically that the release of company earnings information often (but not necessarily always) causes a significant change in investors' beliefs regarding the value of a security.")

decisions, to non-news dates, Mr. Coffman's analysis does not solely reflect the impact of Company-specific news. Instead, it conflates the inherent expected larger effect of earnings announcements with the intended effect of other news on non-earnings announcement days, leading to biased and overstated conclusions.

82. To illustrate this point with an analogy: suppose one doctor wants to study the impact of a drug. Instead of randomly assigning the drug to a treatment group and comparing it to a control group, the doctor focuses only on teenagers within the treatment group because it is expected *ex-ante* that the drug would have the most impact on them. While the doctor may find a statistically significant difference between the teenage group and the control group, this does not imply that the drug is generally effective for all age groups. To claim general effectiveness, the doctor would need to test the drug on the entire treatment group, not just a specific subgroup.

83. Therefore, Mr. Coffman's approach does not provide a valid basis for establishing a cause-and-effect relationship between company-specific news and price movements. His comparison fails to isolate the effect of news events due to the pre-existing bias introduced by focusing only on news days that are also earnings dates. As a result, his claim that the analysis demonstrates "powerful scientific evidence" is overstated at best.

b. Mr. Coffman's Definition of "TaskUs-Related News" Is Flawed

84. Mr. Coffman's definition of "TaskUs-related news" based on the count of news articles according to the Factiva database is flawed because he fails to consider the content and relevance of those articles. [146] In the materials produced by Mr. Coffman, he only listed the

---

[146] Mr. Coffman also considers days with analyst reports, earnings and pre-earnings announcements, and SEC filings as news days. I do not take issue with this definition.

trading days that have any article in his Factiva search, but fails to provide any actual articles or headlines.[147]  Additionally, in his deposition, Mr. Coffman mentions that reviewing the articles was not necessary for his "cause-and-effect" analysis.[148]

85.     Mr. Coffman relies on *counts*, not the *content*, to find days with no TaskUs-specific news to serve as his "control group."[149]  However, this approach assumes that all Factiva news articles include value relevant information.  As such, Mr. Coffman is likely understating the number of days with no Company-specific news.  There could be days where news articles mentioning TaskUs were released, but if none of the articles contain new substantive or value relevant information, then the day should, logically, be deemed as a non-news day. Mr. Coffman acknowledges this possibility in his deposition, admitting that, in "essence," an article that mentioned TaskUs "in passing" would be treated the same in his analysis as an article that discussed TaskUs-relevant news, such as released earnings.[150]

86.     Therefore, a more rigorous approach would involve undertaking a detailed review of each individual article from the Factiva database to assess whether the information presented is indeed substantive.  Merely relying on the count of the news articles without such a review

---

[147] *See* Production Materials from Coffman (TASK News Import.xlsx, tab "News").

[148] *See* Coffman Deposition, 41:20-42:17.

[149] However, in previous reports, Mr. Coffman used a different count of Factiva articles when defining his control group to compare to earnings announcements days. For example, in *Sothinathan Sinnathurai v. Novavax, inc., et al.*, Mr. Coffman compared earnings announcement days to "days that had 5 or less news articles via the Factiva database." *See* Expert Report of Chad Coffman, CFA, *Sothinathan Sinnathurai v. Novavax, Inc. et al.*, No. 8:21-cv-02910-TDC, United States District Court for the District of Maryland, March 16, 2023.

[150] Coffman Deposition, 123:25-125:21. ("Q: And so, take a news article, it could have been that TaskUs [is] simply mentioned in passing in a news article or it could have been that TaskUs appears in news articles because it released earnings, they would both be treated the same in this analysis? A: …so, in essence, the answer is yes. […] there was no requirement that – or evaluation of the degree of materiality of the news on a given day")

will likely overestimate the days with "TaskUs-related news," and as a result, introduce bias into Mr. Coffman's analysis.

          c.          <u>Under Alternative Design, Assumptions, and Definitions, the Key Findings in Mr. Coffman's Analyses No Longer Hold</u>

87.      Mr. Coffman's analyses are predicated on his analysis design, as well as certain key assumptions which are not thoroughly analyzed and supported in the Coffman Report.  I identified several of those assumption in the above sections, such as the length of the rolling estimation window and the definition of TaskUs-specific news.  The reliance on these assumptions without clear rationale or rigorous analysis weakens the robustness of the findings.  For example, in one *illustrative* scenario where I employ alternative analysis design, assumptions, and definitions, Mr. Coffman's findings materially change, suggesting that the original design and assumptions should, at a minimum, be validated more rigorously to ensure their appropriateness.

88.      Specifically, when (1) focusing on his comparison between news days (but no longer limiting this to just days with earnings announcements) and the non-news days (adjusting for additional days where "news" appears to be non-substantive); and (2) adjusting the rolling estimation window from 120 trading days to a shorter duration (such as 15, 30, 45, or 60 trading days)[151] as an approach to account for the short Proposed Class Period, his results materially change.

89.      As shown in **Exhibit 4**, to identify and categorize news days versus non-news days, I examine the content of the news articles available on Factiva, the source used by Mr.

---

[151] *See e.g.*, Stratmann, Thomas, and Welborn, John W., "Informed Short Selling, Fails-to-Deliver, and Abnormal Returns," *Journal of Empirical Finance*, Vol. 38.A, September 2016, 81-102.

50

Coffman.[152]  I considered an article as "non-news" if it: (1) solely describes stock price movements without additional analysis, (2) focuses primarily on other companies like Blackstone or competitors of TaskUs,[153] (3) merely paraphrases or quotes commentary or analysis already presented in analyst reports, (4) is comprised of news roundups with no unique information about TaskUs, (5) mentions only minor events related to TaskUs, such as job fairs or concerts, (6) reports on analysis of historical data or events that were already covered by earlier articles, or (7) is published after the market closed.  The results of my review can be found in **Exhibit 4**.  This redefinition aims to ensure that only new and relevant news is considered in the analysis. Using these criteria, I identified approximately half of (52 out of 97) trading days Mr. Coffman originally identified during the Proposed Class Period as news days as being non-news days.[154]  Based on this analysis and using a variety of shorter estimation windows, the difference between the news day proportion and the non-news day proportion is no longer close to being statistically significant (*see* **Figure 6**).

90.     Going back to my previous analogy of a doctor who wants to study the impact of a drug. The doctor can only conclude that the drug (*i.e.*, news) has an impact on health (*i.e.*, stock price) if two conditions are met: (1) the group that received the drug consistently shows more significant health improvements (*i.e.*, the proportion of news days with abnormal returns that are statistically significant) than the group without it (*i.e.*, the proportion of non-news days

---

[152] Mr. Coffman fails to provide Factiva headlines for which to compare search results in his production materials. As such, although I follow the Factiva search methodology Mr. Coffman describes in his report to the best of my knowledge, I am not able to fully replicate his search results. *See* Coffman Report, ¶ 35, Note 33, Appendix A. Therefore, the news articles I review for this *illustrative* example are based on the searches I performed.

[153] While industry trends or information on competitors could impact TaskUs's stock price, the event study already controls for the market and industry movements. Thus, only TaskUs-specific information is relevant.

[154] The only differences between these numbers are driven by my review of Factiva articles. I used the production materials that Mr. Coffman provided to identify SEC filings, earnings dates, and days in which an analyst report was published. *See* Production Materials from Coffman (TASK News Import.xlsx).

with abnormal returns that are statistically significant), and (2) this difference between the two groups is large enough that it is unlikely to be a coincidence (*i.e.*, the difference in proportion is statistically significant). It is not sufficient to only investigate one group. For example, even if there are many significant price movements on the news days, one cannot distinguish whether that is unusual without examining the stock price movements on non-news days as a benchmark. Thus, focusing on the difference between the proportions in the two groups (news versus non-news) helps to isolate the effect of news from other factors that might affect the stock price.

91.     Mr. Coffman finds that the proportion of statistically significant returns on earnings announcement days is 88 percent higher than the proportion of statistically significant non-news days, and he finds the difference to be statistically significant. As I discussed above, he ignores returns on news days other than the subset of days with earnings news. However, when considering all news days, rather than just earnings-related news days, and alternative estimation windows, I find no statistically significant difference in the proportion of statistically significant returns on news days versus non-news days. For example, the difference between proportions of statistically significant returns on news versus non-news days drops to three percent (approximately 11.4 percent versus 8.3 percent) using a 15-day estimation window. In my *illustrative* example, none of the differences in proportions between news days and non-news days are statistically significant,[155] which would suggest that there is no robust evidence that TaskUs's stock price reacts more strongly on news days compared to non-news days.

---

[155] This is because the *p*-values in my alternative models are all higher than 0.05. Wooldridge, Jeffrey, *Introductory Econometrics: A Modern Approach*, Sixth Ed., Cengage Learning, 2016, p. 699.

**Figure 6: Summary of Results in An Illustrative Example With Alternative Design, Assumptions, and Definitions[156]**

| Statistic | 120 day window (Original Model Used by Mr. Coffman) | | 15 day window | | 30 day window | |
|---|---|---|---|---|---|---|
| | Earnings Announcements | Non-News Days | News Days | Non-News Days | News Days | Non-News Days |
| N | 11 | 294 | 44 | 109 | 44 | 109 |
| Significant Days at 95% Confidence Level | 10 | 9 | 5 | 9 | 2 | 7 |
| % Significant Days at 95% Confidence Level | 90.91% | 3.06% | 11.36% | 8.26% | 4.55% | 6.42% |
| Difference in % Significant Days at 95% Confidence Level (p-value) | 87.85% (0.0) | | 3.11% (0.55) | | –1.88% (0.66) | |

| Statistic | 45 day window | | 60 day window | |
|---|---|---|---|---|
| | News Days | Non-News Days | News Days | Non-News Days |
| N | 44 | 109 | 44 | 109 |
| Significant Days at 95% Confidence Level | 3 | 8 | 3 | 7 |
| % Significant Days at 95% Confidence Level | 6.82% | 7.34% | 6.82% | 6.42% |
| Difference in % Significant Days at 95% Confidence Level (p-value) | 0.52% (0.91) | | 0.40% (0.93) | |

92.    This example serves to demonstrate that under reasonable alternative assumptions, Mr. Coffman's findings do not hold. This lack of robustness under alternative plausible scenarios and his lack of more detailed supporting analysis shows that Mr. Coffman's methodology, as presented in his report, is not sufficiently rigorous to scientifically demonstrate market efficiency.

---

[156] The definition of "Non-News Days" for the 120-day window model is based on the Coffman Report. The definition of "Non-News Days" for all other specifications is based on **Exhibit 4**. To test the statistical significance of the difference in proportions, Mr. Coffman conducts two tests: a Chi-squared test and a Fisher's Exact test. Following his methodology, I conduct both and my conclusions remain the same. In **Figure 6**, the *p*-value I present is based on a Chi-squared test. *See* Coffman Report, Exhibit 8.

**B.    Mr. Coffman's Assessment of Analyst Coverage During the Proposed Class Period Is Incorrect**

93.    Mr. Coffman claims that "During the [Proposed Class Period], there was consistent analyst coverage for TaskUs."[157]    However, Mr. Coffman is wrong because analyst coverage for TaskUs did not commence until July 6, 2021, nearly one month after the Company's stock began trading on June 11, 2021.    The pause between the IPO and initiating coverage is not uncommon in the securities industry, as SEC guidelines provide for a "quiet period" where companies affiliated with the IPO cannot publish information for a certain period of time.[158]    Prior to the initiation of analyst coverage, the market operated without the benefit of comprehensive assessments from equity analysts, which are important for the incorporation of publicly available information into stock prices.    Thus, the absence of timely and comprehensive analyst coverage during the initial one month after its IPO (and thus one of the seven months of the Proposed Class Period) undermines the Mr. Coffman's claim that TaskUs was traded in an efficient market for the entirety of the Proposed Class Period.

94.    The financial literature highlights the importance of analyst report coverage in shaping investors' beliefs on a company.    For example, Huang, Zang, and Zheng (2014) assert that "analyst report text can provide incremental information beyond quantitative summary measures by supplying detailed information about many aspects of the company and thus allowing every investor to use it according to her unique set of private information."[159]    Additionally, Miwa (2022) notes that "academics and practitioners have long been interested in

---

[157] Coffman Report, ¶ 33.

[158] "Quiet Period," *Investor.gov*, available at https://www.investor.gov/introduction-investing/investing-basics/glossary/quiet-period.

[159] Huang, Allen H., *et al.*, "Evidence on the Information Content of Text in Analyst Reports," *The Accounting Review*, Vol. 89, No. 6, November 2014, 2151-2180, p. 2155.

analyst research reports as one of the prominent sources of information in stock markets. Analysts' reports provide not only quantitative outputs, such as stock recommendations, earnings and sales forecasts, and target prices, but also textual statements, such as comments regarding company performance, business strategy, and business risk." Furthermore, Miwa highlights that "several studies (*e.g.*, Asquith et al., 2005; Twedt and Lee, 2012; Huang et al., 2014; Miwa, 2021b) have shown that stock prices fluctuate based on the textual tone of analyst reports; therefore, qualitative contents of analysts' reports have informational value." [160]  Mr. Coffman also acknowledges in the literature that it is well established that "analyst report coverage is an important mechanism for disseminating information to the market."[161]  He also views that the coverage analysts produces "provide[s] value to the market that enhances its efficiency."[162]

_Bruce Deal_

Bruce Deal                    July 19, 2024

---

[160] Miwa, Kotaro, "The Informational Role of Analysts' Textual Statements," *Research in International Business and Finance*, Vol. 59, January 2022, 101562, pp. 1, 4.

[161] Coffman Deposition, 58:06-60:17. Mr. Coffman also cites the paper "Measuring Securities Market Efficiency in the Regulatory Setting" by Thomas and Cotter, which states that "[a]nalyst coverage is the most widely-accepted method of measuring when securities markets are efficient at processing information." *See* Thomas, Randall S., and Cotter, James F., "Measuring Securities Market Efficiency in the Regulatory Setting," *Law and Contemporary Problems*, Vol. 63, No. 3, 2000, 105-122, p. 111.

[162] Coffman Deposition, 64:18-64:23.

**Appendix A**

**BRUCE F. DEAL**

**Managing Principal**

Phone: 650 853 7201                                                              1010 El Camino Real
Fax: 650 323 2796                                                                           Suite 310
bruce.deal@analysisgroup.com                                          Menlo Park, CA 94025

Mr. Deal leads the economic consulting practice in the Menlo Park, CA office of Analysis Group. He has over 25 years of experience in economic, litigation, and management consulting. He has led hundreds of projects requiring complex economic analysis of publicly available and internal client information.

He has served as an expert witness in dozens of litigation and regulatory matters, and has been retained as a neutral expert in a complex mediation. His work as an expert has covered a variety of practice areas, including antitrust, finance and securities litigation, damages, and business valuation. Mr. Deal's industry experience has included health care, insurance, technology, telecommunications, and many others.

Prior to joining Analysis Group, Mr. Deal spent several years as a senior consultant and manager with Arthur Andersen. In this position, he provided financial and management consulting services to hospitals, physicians, and other clients, in such areas as operational organization and efficiency, merger and consolidation strategies, current and projected financial performance, and overall strategic planning.

Mr. Deal has taught economics and analytic methods to graduate students at Harvard University and published articles on economics-related topics. He has also consulted on national economic policy issues to the government of Indonesia through the Harvard Institute for International Development.

He coauthored a major report, *The Economic Effects of Federal Participation in Terrorism Risk* with R. Glenn Hubbard, an Analysis Group affiliate and former chair of the President's Council of Economic Advisers. In addition, he also coauthored a study, *Economic Impact Analysis: Proposition 71 California Stem Cell Research and Cures Initiative* with Laurence Baker, an Analysis Group affiliate and Stanford University School of Medicine faculty member, with whom he published an updated interim economic report on California's stem cell initiative. Mr. Deal is also the coauthor of a chapter on the use of econometrics in antitrust litigation for a recent American Bar Association publication.

**EDUCATION**

1994–97    Ph.D. coursework completed, Public Policy, Graduate School of Arts and Sciences, Harvard University, Cambridge, MA

1990    M.P.P., Public Policy, Kennedy School of Government, Harvard University, Cambridge, MA

1987    B.A., *Summa cum Laude*, Economics and Global Studies (double major), Pacific Lutheran University, Tacoma, WA

**Appendix A**

*Bruce F. Deal, Page 2 of 33*

**SUMMARY OF PROJECTS BY TOPIC**

***Insurance (Health Insurance Included in Health Care Section)***

- *Confidential Universal Life Litigation*
Consulting expert on economic issues in a large cost of insurance (COI) charges litigation.

- *Mayumac v. Met Life*
Testifying expert on economic damages in a disability insurance matter.

- *Various Military Housing Projects v. Ambac*
Testifying expert on economic, insurance, and financial issues surrounding the use of credit enhancements and financial performance for large military housing projects.

- *Credit Disability Insurance*
Analysis of financial issues in a case alleging improper disclosure of changes in premium levels.

- *Life Insurance Consulting*
Valuation and analysis of a portfolio of large life insurance policies.

- *Long Trust v. Morgan Stanley*
Analysis of financial issues and damages resulting from alternative policy restructuring options for second-to-die estate planning life insurance policies.

- *Insurance Tax Litigation*
Consulting expert in a confidential tax litigation involving the tax treatment of certain insurance premiums.

- *Confidential Auto Insurance Litigation*
Analysis of issues relative to claims handling practices of a large auto insurance company.

- *Confidential Life Insurance Litigation*
Analysis of damages resulting from alternative portfolios of investments and second-to-die life insurance policies.

- *Confidential Insurance Litigation*
Analysis of damages resulting from lost commissions in an insurance broker insurance litigation.

- *Katz v. Mass Mutual*
Analysis of potential damages in a disability insurance litigation.

- *Confidential Insurance Litigation*
Expert on insurance valuation and general damages issues in a dispute involving non-traditional life insurance.

- *Markocki v. Olde Republic Title Insurance*
Expert on class certification issues in a class action regarding charges for title insurance.

- *Campbell v. Metropolitan Life*
Expert on damages calculation in a disability insurance dispute.

**Appendix A**

- *Cox v. Allstate*
  Expert on statistical sampling in the class certification phase of a class action alleging improper homeowners' insurance claims handling by Allstate.

- *Confidential Title Insurance Matter*
  Consulting effort on class certification matters in a large multi-state class action.

- *Estate Planning Life Insurance Matter*
  Consulting expert analyzing issues associated with the economic performance of a portfolio of large estate planning life insurance policies.

- *Confidential Homeowners' Insurance Matter*
  Consulting expert analyzing issues associated with the use of various data sources to obtain replacement values.

- *Confidential Indemnity Insurance Investigation*
  Consulting expert analyzing issues associated with the deterioration of a set of financial products insured by an indemnity insurer.

- *Confidential Auto Insurance Investigation*
  Consulting expert analyzing various aspects of auto insurance claims issues.

- *Confidential Life Insurance Litigation*
  Consulting expert valuing life insurance policies and other damages issues.

- *Confidential Life Insurance Litigation*
  Consulting expert valuing life insurance policies and other damages issues.

- *Hausman v. Union Bank*
  Testifying damages expert valuing life insurance policies and other damages issues. Expert report provided.

- *Perez v. First American Title Insurance Company*
  Testifying expert evaluating class certification issues relating the use of electronic data in identifying class members.

- *Windham v. Cook Life Insurance Litigation*
  Testifying expert valuing policy performance of a variable universal life insurance contract used in a tax planning program. Expert report and trial testimony provided.

- *Confidential Class Action Litigation*
  Consulting expert analyzing statistical issues associated with the use of a software package used to assist in evaluating bodily injury claims.

- *Confidential Class Action Litigation*
  Consulting expert analyzing statistical issues associated with diminished value claims in auto insurance.

- *Pavlov, et al. v. CNA*
  Testifying expert analyzing class certification issues associated with long-term care insurance.

**Appendix A**

- *Confidential Class Action Litigation*
  Consulting expert analyzing statistical issues associated with claims handling in auto insurance.

- *Class Action v. CNA*
  Testifying expert in case involving long-term care insurance premium rates.

- *Confidential Pension Litigation*
  Consulting expert in analysis of actuarial and accounting issues in a defined benefit pension plan.

- *Best Buy v. DDR, October*
  Testifying expert in analysis of insurance costs applicable to common areas of retail developments.

- *Barnes & Noble v. DDR*
  Testifying expert in analysis of insurance costs applicable to common areas of retail developments.

- *Fireman's Fund v. Cunningham Lindsey*
  Testifying expert in analysis of damages related to third-party administration of a commercial auto insurance program.

- *Confidential Regulatory Investigation*
  Consulting expert in analysis of policy forms used by a property casualty insurer and corresponding policy forms approved by state regulators.

- *Variable Annuity Remediation*
  Consulting expert in analysis of remediation for deficiencies in administering variable annuities. Assisting with analyzing remediation package and negotiating with regulators and other parties.

- *CSR v. Lloyd's Underwriters*
  Testifying expert in coverage litigation involving liability insurance. Report focused on the availability and worldwide capacity for liability insurance during the relevant periods.

- *Economic Impact of Federal Participation in Terrorism Risk*
  Coauthored a study with Professor R. Glenn Hubbard, former chair of the President's Council of Economic Advisers. Study, which was commissioned by numerous insurance trade organizations, focused on the economic impact of the Federal TRIA terrorism legislation and the economic impact of failing to renew the legislation.

- *Class Action v. Allstate*
  Consulting expert on damages and other issues relating to the estimation of inherent diminished value that may still be present after a vehicle has been repaired following an accident.

- *Class Action v. American Home*
  Damages expert for American Home in a litigation involving alleged misreporting of certain types of claims to the Workers' Compensation Insurance Rating Bureau (WCIRB) of California.

- *Class Action v. State Compensation Insurance Fund*
  Damages expert for plaintiffs in a litigation involving claims estimation and reserving practices of State Compensation Insurance Fund in California.

- *Class Action v. Knights of Columbus*
  Economic expert for the Knights of Columbus in a major sales practices litigation involving over 500,000 policyholders. Estimated the damage to policyholders under alternative theories of liability, including development of computer-based policy performance models.

- *Various Confidential Class Action Litigations v. Mutual Life Insurance Companies*
  Consulting expert in the analysis of sales practices for four major class action litigations involving between 100,000 and 3.6 million policyholders. Work included estimating the incidence of various allegations, evaluating the financial exposure and recommending alternatives to management and directors.

- *Insurance Modal Premium Litigation*
  Consulting expert on issues relating to the estimation of potential damages exposure for modal premium litigation. Prepare preliminary analyses of economic costs and benefits of modal premium payments on policyholders.

- *Confidential Liability Insurance Coverage Litigation*
  Economic expert in insurance coverage litigation. Managed the abstracting and statistical analysis of information contained in paper records useful for determining the possible insurance coverage.

- *Confidential Disability Insurance Sales Practices Litigation*
  Consulting expert for issues related to the sale and product performance of individual disability insurance policies. Designed and implemented large data abstracting effort for the insurance company defendant and assisted in the development and implementation of a settlement for tens of thousands of policyholders.

- *Confidential Mortgage Insurance Litigation*
  Consulting expert in a large litigation involving primary mortgage insurance. Analysis of issues involving the provision of various types of services and insurance products.

- *Health Insurance Redesign Litigation*
  Consulting expert in the analysis of a major health insurance benefit redesign program. Analysis of various issues associated with estimating damages and developing overall damages models.

- *Confidential Insurance Coverage Litigation Involving Toxic Waste Cleanup Costs*
  Consulting expert in the analysis of the allocation of toxic waste cleanup costs across various insurance companies. Developed a sophisticated model to predict the allocation behavior of the claimant under alternative scenarios. Assisted client personnel and counsel in modeling the impact on the client insurance company under different scenarios to assist in litigation and settlement negotiations.

- *Class Action v. Ohio National*
  Economic expert for Ohio National in a major class action litigation involving over 100,000 whole life and universal life policies. Estimated the incidence of various allegations, evaluated financial exposure, presented recommendation to management and outside counsel, and developed models to project ultimate class member "take rates" for particular forms of relief.

- *Arroyo v. Alexander & Alexander*
  Damages expert in a sales practices case involving the sale and subsequent performance of a universal life insurance policy. Analyzed exposure and damages.

- *Life Insurance/Pension Program Litigation*
  Consulting and testifying expert in a complex sales practices case involving the sale of universal life insurance policies used to help fund a pension program for a large trade association. Analysis assisted counsel in determining exposure and damages.

- *Morris v. Fremont Life*
  Consulting expert to assist in evaluating sales practices of an insurance agent selling an annuity product.

- *Archuletta v. Fremont Life*
  Consulting expert to assist in refuting damages claims put forward by the plaintiff's expert regarding the sale and performance of a Universal Life insurance policy.

### Finance and Securities

- *Securities Litigation*
  Consulting expert on numerous issues in a securities matter involving allegations of omissions related to a large IPO.

- *Securities Litigation*
  Consulting expert on numerous issues in a securities matter involving allegations of omissions and misleading financial guidance.

- *Confidential Investigation*
  Consulting expert on finance and accounting issues for US Department of Justice (DOJ) in matter involving food stamp utilization.

- *Fischer v. Fischer Investment Return Analysis*
  Testifying expert on the expected rates of investment return for a diversified portfolio of investments.

- *Confidential Mortgage Litigation*
  Consulting expert in a matter involving the financial performance of a program for reducing the term and interest amount paid on a mortgage.

- *Confidential Investment Return Litigation*
  Testifying expert in a confidential arbitration involving the expected rates of investment returns on different assets classes into the future.

- *Class Action Securities Litigation (Confidential)*
  Consulting expert on loss causation issues in a large bondholder securities case.

- *Class Action Securities Litigation (Confidential)*
  Consulting expert on loss causation issues in a large securities case.

- *Business Interruption (Confidential)*
  Consulting expert in a case involving business interruption for a finance and securities firm.

- *Mortgage Securities Litigation (Confidential)*
  Consulting expert in a class action litigation alleging that the financial performance of mortgage securities were adversely affected by poor underwriting and appraisals.

- *Securities Derivative Litigation (Confidential)*
  Consulting expert in a derivative litigation alleging that an acquisition failed to adhere to appropriate corporate governance policies.

- *Confidential Cash-Balance Pension Litigation*
  Consulting expert in a litigation involving the damages calculation for a class of cash balance pension participants who terminated prior to retirement.

- *Confidential CDO Litigation*
  Consulting expert in a litigation involving the valuation, financial performance, and default history of various collateralized debt obligations.

- *Confidential Securities Litigation*
  Consulting expert in a 10b-5 securities litigation.

- *Confidential Tax Shelter Litigation*
  Consulting expert in a tax litigation matter for the State of California analyzing the economic basis for an identified series of transactions.

- *Confidential Securities Class Action*
  Consulting expert in large securities class action matter involving allegations of failure to provide accurate financial guidance.

- *Stock Option Backdating Litigation*
  Consulting expert on stock option backdating matter.

- *Portfolio Diversification*
  Consulting expert on issues relating to portfolio diversification in a large trust.

- *Stock Option Backdating Litigation*
  Consulting expert on stock option backdating matter in private securities litigation.

- *Confidential SEC Investigation*
  Consulting expert on a Securities and Exchange Commission (SEC) investigation relating to reinsurance disclosures.

- *Confidential Mutual Fund Litigation*
  Consulting expert on litigation related to late trading of international mutual funds.

- *Williams Communication Securities Litigation*
  Consulting expert on 10b-5 litigation alleging audit failures led to stock decline. Case dismissed.

- *Class Action v. Ernst & Young*
  Consulting expert on 10b-5 litigation alleging audit failures led to stock decline. Case went to verdict with a no liability verdict for client, Ernst & Young.

- *Confidential Securities Litigation*
  Consulting expert assisting academic affiliate in analysis focused on the reasonableness of company disclosures based on internal company budgets and forecasts.

▪ *Confidential Securities Litigation*
Consulting expert for counsel in securities litigation focused on company disclosures.

▪ *IRS v. Center Apartments*
Consulting expert assisting Professor Steve Grenadier in the analysis of proper commercial apartment mortgage interest rates.

▪ *Class Action v. Major Investment Bank*
Consulting expert analyzing the impact of releasing allegedly fraudulent investment information on the stock price of two small software companies for a 10b-5 securities litigation.

▪ *Class Action v. Conseco*
Consulting expert analyzing the value of a proposed settlement involving universal life crediting rates. Assisted expert in the financial evaluation of the value of the proposed settlement using interest rate simulation models.

▪ *IRS v. Major Retail Chain*
Consulting expert in defense of a major retail chain. Provided assistance in evaluating various expert reports involving the economic consequences of the purchase of a particular investment.

▪ *In re: NASDAQ Market Maker Antitrust Litigation*
Consulting expert analysis of millions of stock transactions for seven different NASDAQ market makers facing allegations of conspiracy and price-fixing.

### *Commercial Damages*

▪ *State of Washington v. Comcast*
Testifying expert in litigation involving allegations related to the provision of repair services to cable TV customers.

▪ *Confidential Regulatory Breach Litigation*
Consulting expert on damages and accounting issues in litigation involving a breach of federal regulations in the retail food industry.

▪ *Confidential Employment Breach Arbitration*
Consulting expert on damages in an arbitration involving a breach of employment obligations.

▪ *Confidential Breach of Contract Arbitration*
Testifying expert on damages in litigation involving a breach of contract for a health care claims administration company.

▪ *Confidential Breach of Contract Arbitration*
Testifying expert on damages in litigation involving a breach of contract for a laboratory billing company.

▪ *Metzner v. Permanente Medical Group*
Testifying expert on damages in litigation involving allegations of wrongful termination.

▪ *Confidential Commercial Airline Litigation*
Testifying expert on damages and statistical issues in litigation involving the payment of fees for interrupted travel.

- *2880 Stevens Creek v. Blach Construction*
  Testifying expert on loss-of-use damages in litigation involving construction defects.

- *Polteco v. Tecsult*
  Testifying expert on damages in litigation involving the failure of specialized machinery in a manufacturing operation.

- *Confidential Auto Dealership Litigation*
  Analysis of liability and damages issues in litigation involving auto dealership sales practices.

- *F&A Restaurant Group v. Shepard and Reyes*
  Analysis of damages relating to the sale of a restaurant. Provided arbitration testimony.

- *US Unwired v. Sprint*
  Assisted Analysis Group affiliate Robert Hall in the damages analysis associated with the change in status of Sprint's affiliate, US Unwired. Case settled after trial testimony had been presented.

- *Confidential Enterprise Software Litigation*
  Assisted Analysis Group affiliate in the damages analysis associated with loss of business in the enterprise software market.

- *Her Associates v. Kaiser*
  Damages expert for defense in litigation related to consulting firm's damages claim.

- *General American v. KPMG*
  Damages expert for plaintiffs in litigation related to auditor's alleged obligation to disclose certain financial instruments.

- *Creative Artists v. County of Santa Clara*
  Damages expert for defense in litigation related to the cancellation of musical events at facilities owned by the County of Santa Clara.

- *Class Action v. Ford Credit*
  Damages expert for plaintiffs analyzing the costs and charges associated with late fees on consumer auto leases.

- *Bar None v. The Duncan Group, January*
  Damages expert for defense analyzing damages associated with the failed efforts to develop a software program to be used in automating the subprime auto lending business.

- *Coram v. Aetna*
  Consulting expert for defense analyzing the damages associated with a home health care contract that experienced higher costs than anticipated. Supported industry expert in the cost analysis.

- *Confidential Breach of Contract Litigation*
  Consulting expert for defense analyzing the damages associated with the failed joint venture development of a removable storage device for personal computers. Supported academic expert in the analysis of damages.

- *Bourns v. Raychem*
  Consulting expert for defense analyzing damages associated with the monopolization of the market for primary lithium battery safety devices. Supported academic experts in the analysis of damages.

- *Procter & Gamble v. Amway*
  Consulting expert for plaintiff analyzing the impact of disparaging comments and rumors on the sales of Procter & Gamble products. Supported academic experts in the analysis of primary and secondary data sources and the development of surveys and laboratory experiments to test the impact of rumors on consumer behavior.

### *Valuation / Intellectual Property*

- *Confidential Stock Appraisals*
  Consulting expert in the appraisal of the stock value for several publicly traded companies that have been challenged in Delaware Chancery Court.

- *Dell Stock Appraisal*
  Consulting expert in the Delaware appraisal of Dell's shares arising from the October 2013 leveraged buyout of Dell's public shareholders.

- *Confidential International Arbitration*
  Testifying damages expert in dispute involving alleged breach of licensing and joint development agreements.

- *Confidential Business Valuation*
  Designated expert in a business valuation for a medical practice.

- *Confidential Patent Litigation*
  Consulting expert in litigation involving PC networking technology.

- *Confidential Patent Litigation*
  Consulting expert on determination of royalty amounts in a confidential semiconductor patent litigation.

- *Confidential High-Technology Manufacturing Company Valuation*
  Valuation expert analyzing economic factors associated with the value of a closely held manufacturer of specialized high tech components for defense applications.

- *Confidential Beverage Distributor Valuation*
  Valuation expert analyzing the value of the large beverage distributor.

- *Confidential Patent Infringement Litigation*
  Consulting expert on reasonably royalties and damages in the semiconductor industry.

- *Appaloosa Interactive Corporation v. Stephen Friedman and Related Cross-Actions, 2007*
  Valuation and damages expert in the video game development industry.

- *Confidential Insurance Company Valuation*
  Valuation expert analyzing the value of a private auto insurer for a Delaware valuation matter.

- *Carrino v. Carrino*
  Valuation expert analyzing the value of an investment management firm. Provided trial testimony.

- *Confidential Valuation*
  Valuation expert analyzing the value of capital contributions to a series of jointly invested real estate transactions.

- *Confidential Company Valuation*
  Valuation expert analyzing a privately held health care provider.

- *Confidential Company Valuation*
  Valuation expert analyzing a privately held consulting firm.

- *Confidential Software Distribution Dispute*
  Damages expert in an arbitration involving software distribution.

- *Capo v. Dioptics, January*
  Intellectual property damages expert in a trade dress case involving protective sunglasses.

- *Arthur Stockton v. Fidelity & Deposit*
  Analysis of the value of an investment management firm and any damages related to the payment of claims by the insurer.

- *Confidential Company Valuation*
  Valuation expert analyzing a privately held construction firm.

- *Redlands Insurance Company v. Edward Wolkowitz*
  Valuation expert for plaintiff analyzing the valuation and rating analysis of Redlands Insurance Company, a property and casualty insurer.

- *Confidential Catastrophic Insurance Company Valuation*
  Consulting expert for defense analyzing the valuation methodology used by the plaintiffs in the valuation of a catastrophic risk insurance modeling company.

- *Trigon v. United States of America*
  Valuation expert for defense analyzing the valuation methodology used by plaintiffs' expert for intangible assets.

- *Synbiotics v. Heska, November*
  Damages expert for defense in a patent infringement case involving antibody tests for animal diseases.

- *Air Products v. ATMI*
  Damages expert in a patent infringement case involving gases used for semiconductor manufacturing.

- *Confidential Telecommunications Equipment Trade Secret Litigation*
  Consulting expert analyzing the potential damages from the sale of telecommunications equipment allegedly containing trade secrets. Supported Analysis Group expert in the analysis of relevant data and the development of reasonable royalty damages estimates and potential lost profits.

- *Bingo Card Minder v. Gametek*
  Consulting expert analyzing reasonable royalties for a handheld computer-based consumer product. Supported Analysis Group expert in the analysis of relevant data and development of reasonable royalty percentages.

### Health Care

- *Confidential Provider Network Dispute*
  Consulting expert analyzing issues associated with the development and maintenance of a provider network.

- *Dual Diagnosis Treatment Center, et al. v. Health Net*
  Consulting expert in a matter involving the provision of addiction care services.

- *CEP America – California v. Heritage Provider Network*
  Testifying expert in a matter involving the determination of reasonable value for physician services.

- *CSNI v. Blue Shield*
  Testifying expert in a matter involving the determination of reasonable value for physician services.

- *Confidential Arbitrations*
  Consulting and testifying expert in matters involving reasonable value rates.

- *Confidential Addiction Care Analysis*
  Consulting expert in a matter involving the provision of addiction care services.

- *Confidential Investigation of Charity Care*
  Consulting expert in a matter involving the provision of hospital charity care.

- *NorthBay Healthcare Group v. Blue Shield*
  Testifying expert in a matter involving the determination of reasonable value for hospital services.

- *YDM Management Inc. v. Blue Shield*
  Testifying expert in a matter involving the determination of reasonable value for physician services.

- *San Jose Neurospine v. Blue Shield*
  Testifying expert in a matter involving the determination of reasonable value for physician services.

- *Bodner, et al. v. Blue Shield*
  Testifying expert in a matter involving the disclosures and financial payments for various types of physician services.

- *Confidential Payor-Provider Disputes*
  Economic expert in litigation over payment for emergency and post-stabilization care.

- *Confidential Payor-Provider Dispute*
  Economic expert in arbitration over payment for emergency and post-stabilization care.

- *Des Roches, et al. v. Blue Shield and Magellan*
  Class certification expert for Blue Shield in a matter involving the use of guidelines for certain behavioral health services.

- *Confidential Hospital Payment Dispute*
  Economics testifying expert in a case involving payments for hospital services.

- *Confidential Hospital Payment Dispute*
  Economics testifying expert in a case involving payments for hospital services.

- *Confidential Laboratory Payment Dispute*
  Economics testifying expert in a case involving payments for laboratory services.

- *Goel v. Blue Shield*
  Economics testifying expert in a case involving the determination of reasonable value for emergency department cardiology services.

- *Confidential Hospital Payment Dispute*
  Economics and statistical expert in a litigation involving the determination of payment levels associated with disputed status of certain payor groups.

- *NCAA Concussion Litigation*
  Economics expert in litigation involving the adequacy of funding for a medical monitoring program for a class of NCAA athletes.

- *Confidential Health Care Litigation*
  Consulting expert in a matter involving a dispute over the classification of various health care expenses related to deductible and maximum out-of-pocket expenditures.

- *Confidential Health Care Arbitration*
  Testifying expert in a dispute between a payor and provider involving payment levels and business practices.

- *Martin, et al. v. Blue Shield*
  Testifying expert on class certification issues in a matter involving plan-level premium change calculations for individual health insurance policies.

- *Prime v. Kaiser*
  Damages expert in dispute involving business practices and claims payment issues.

- *Confidential Health Care Litigation*
  Damages expert in a dispute involving group health insurance.

- *Confidential Class Action Litigation*
  Consulting expert on damages issues in a dispute over coverage issues for certain types of individual health insurance policies.

- *Confidential Payor/Provider Dispute*
  Consulting expert on damages issues in a dispute between a payor and provider involving payment terms and allowed services.

- *Confidential Arbitration*
  Expert on damages issues in a dispute between a payor and provider affecting enrollment and profitability for a large Medicare managed-care program and other patient programs.

- *Class Action v. Wellpoint*
  Expert on class certification matters in a class action alleging improper termination of a health insurance company.

- *Confidential Arbitration*
  Expert on damages issues in a dispute between a payor and provider regarding a change in payment methodology.

- *Clark v. Blue Shield*
  Expert for defense assisting in the economic analysis of policy rescission.

- *Confidential Arbitration*
  Expert on damages calculation in a dispute between a health insurer and a provider of supplemental insurance benefits.

- *Confidential Hospital Association*
  Consultant assisting with developing economic models and developing legislative for Medicaid financing arrangements among hospitals.

- *Paul v. Blue Shield*
  Expert for defense assisting in the economic analysis of policy rescission.

- *Simoes v. Blue Shield*
  Expert for defense assisting in the economic analysis of policy rescission.

- *Hailey v. Blue Shield*
  Expert for defense assisting in the economic analysis of policy rescission.

- *Leyra v. Blue Shield*
  Expert for defense assisting in the economic analysis of liability for policy rescission.

- *Sutter v. Blue Shield*
  Consulting expert for defense assisting in the economic analysis of hospital charges.

- *Various Health Insurance Matters*
  Consulting expert for defense assisting in the economic analysis of policy rescissions.

- *Class Action v. Health Insurer*
  Consulting expert for defense assisting in the economic analysis of liability for alleged misclassification of patient populations.

- *Missouri Stem Cell Economic Valuation*
  Authored a study examining the likely economic impact of possible health research breakthroughs for health care costs in Missouri.

**Appendix A**

*Bruce F. Deal, Page 15 of 33*

- *California Stem Cell Economic Impact Valuation*
  Coauthored a study with Professor Laurence Baker of Stanford examining the likely economic impact of a proposed major health research initiative in California.

- *Health Guideline Analysis*
  Consulting expert leading a team of health economists and statisticians in the evaluation of clinical and payment guidelines developed for heart valve replacement surgery.

- *California Attorney General v. Alta Bates/Summit Medical*
  Consulting expert analyzing the ability of managed care plans to move patients in response to quality or price incentives. Supported industry expert in developing report and preparing for deposition.

- *Various Hospital Mergers*
  Financial expert for various clients analyzing proposed mergers between not-for-profit community hospitals. Estimated the potential efficiencies resulting from the mergers, conducted market research on community needs, and presented findings to management, directors, and outside counsel.

- *Class Action Health Insurance Litigation*
  Hired by the nation's largest mediation service to serve as a neutral expert in a litigation involving the calculation of health insurance payments. Worked with experts from both sides and assisted the mediator in bringing the parties to a settlement.

### *Antitrust and Other Cases*

- *Medical Supply Rental*
  Consulting expert in antitrust matter alleging antitrust harm and damage related to medical equipment rentals.

- *Slovin, et al. v. Sunrun, et al.*
  Testifying expert on class action and data issues in a matter involving allegations of improper telephone sales calls.

- *Lucero v. Solar City*
  Testifying expert on class action and data issues in a matter involving allegations of improper telephone sales calls.

- *Solyndra v. Trina, et al.*
  Testifying expert on antitrust and damages issues in a matter involving allegations of below-cost pricing for solar panels.

- *Confidential Antitrust Investigation*
  Consulting expert on antitrust issues in the automobile industry.

- *US Department of Justice v. Richard Bai*
  Testifying expert on antitrust issues in a price-fixing case in the LCD industry.

- *Confidential Antitrust Investigation*
  Consulting expert on antitrust issues in a high tech industry.

**Appendix A**

- *Indirect Purchaser Class Action v. AUO, et al.*
  Designated testifying expert on antitrust issues in an alleged price-fixing case in the LCD industry.

- *Korean Fair Trade Commission v. AUO, et al.*
  Designated testifying expert on antitrust issues in an alleged price-fixing case in the LCD industry.

- *US Department of Justice v. AUO*
  Testifying expert on antitrust issues in price-fixing case in the LCD industry.

- *Confidential Antitrust Investigation*
  Consulting expert on antitrust issues in a high technology industry.

- *Confidential Predatory Pricing Litigation*
  Consulting expert on litigation related to antitrust claims in the replacement auto parts industry.

- *Confidential Private Antitrust Litigation*
  Consulting expert on litigation related to antitrust claims in the building construction industry.

- *Regulatory Investigation*
  Consulting expert for government regulatory body investigating allegations of consumer overcharges.

- *Class Action v. Noranda and DuPont*
  Consulting expert for defense assisting in the economic analysis of liability for alleged antitrust violations affecting sulfuric acid in the United States.

- *Class Action v. Microsoft*
  Consulting expert for defense assisting in the economic analysis of antitrust liability and damages issues in a series of price overcharge litigations. Assist various academic affiliates, including Professor Robert Hall.

- *Neon v. BMC Antitrust Litigation*
  Consulting expert for plaintiffs analyzing antitrust violations in the sale of computer software for large computer databases. Supported academic affiliate expert in the analysis of relevant data and development of damages estimates.

- *CFM v. Dainippon Screen Mfg. Co.*
  Consulting expert for defense analyzing the potential monopolization by CFM of the semiconductor cleaning market. Support academic affiliate, Professor Robert Hall.

- *Proposed Merger of WorldCom and Sprint*
  Consulting expert assisting in the economic evaluation of the proposed merger between WorldCom and Sprint. Evaluate issues relating to market share and pricing of residential long distance services.

## TEACHING

1994–96    Teaching Fellow, *Analytic Methods*, Kennedy School of Government, Harvard University

1994–96    Instructor, *Economics Summer Program for Mid-Career Graduate Students*, Kennedy School of Government, Harvard University

1989–90    Teaching Assistant, *Statistics*, Kennedy School of Government, Harvard University

**PUBLICATIONS AND REPORTS**

"COVID-19's Strain on Hospitals May Necessitate More Relief," with Mark Gustafson and Phil Hall-Partyka, *Law360* (May 26, 2020)

"Presentation of Econometric Analyses," with Samuel Weglein, in *Econometrics: Legal, Practical, and Technical Issues*, published by the American Bar Association (2014)

"Risk Management and the Economic Impact of Terrorism," with Peter Hess, in *Business Continuity and Homeland Security, Volume 1*, edited by David H. McIntyre and William I. Hancock, Edward Elgar Publishing (2012)

"Taming a Whale Lurking in Pension Financing," *Pensions & Investments* (August 9, 2010)

*Interim Economic Impact Review*, with Laurence Baker, CIRM (California Stem Cell Agency) (October 10, 2008)

*Winning Initiative Campaigns with Economic Analysis,* Campaigns & Elections, 39 (February 2006)

"The Economic Effects of Federal Participation in Terrorism Risk," with R. Glenn Hubbard and Peter Hess, *Risk Management and Insurance Review*, Vol. 8, No. 2, 177–209 (2005)

*Some Economic Implications of State Stem Cell Funding Programs*, with Lawrence Baker, prepared for "States and Stem Cells: A Symposium on the Policy and Implications of State-Funded Stem Cell Research, Woodrow Wilson School, Princeton University (April 15, 2005)

*Health Analysis of the Potential Benefits of SCNT Stem Cell Research and Therapies in Missouri: Patient Population and Health Care Costs* (February 8, 2005)

*The Economic Effect of Federal Participation in Terrorism Risk*, with R. Glenn Hubbard (September 14, 2004)

*Economic Impact Analysis Proposition 71: California Stem Cell Research and Cures Initiative*, with Laurence Baker (September 14, 2004)

"Hospital Consolidation: Optimal Strategy for a Two-Hospital Town," with John F. Tiscornia, in *Ambulatory Health Care: Case Studies for the Health Services Executive*, edited by Austin Ross and Mary Richardson, Health Administration Press (1996)

**PRESENTATIONS**

"Modern Strategies & Approaches in Consumer Class Action Suits", presented on expert witness issues at a continuing education forum for attorneys sponsored by the National Law Journal (November 2012)

"The Subprime Mortgage Crisis and Disclosures: What Went Wrong?", presented at a webinar continuing education forum for attorneys sponsored by Analysis Group/Economics (July 29, 2008)

"The Subprime Mortgage Crisis and Disclosures: What Went Wrong?", presented at a continuing education forum for attorneys sponsored by Analysis Group/Economics, San Francisco, CA (June 24, 2008)

"Stock Option Backdating", presented at a continuing education forum for attorneys sponsored by Analysis Group/Economics, New York, NY (March 21, 2007)

"Stock Option Backdating", presented at a continuing education forum for attorneys sponsored by Analysis Group/Economics, Menlo Park, CA and San Francisco, CA (November 7, 2006)

"Overview of Stem Cell Legislation", moderator and presenter at a presentation on implementing California's stem cell initiative, sponsored by the Food and Drug Law Institute (FDLI), San Mateo, CA (March 9, 2004)

"Challenges to Expert Testimony," presentation at Law Seminar International Conference, San Francisco, CA (November 5, 2004)

"Federal Terrorism Insurance Panel Discussion," presentation and panel participant, National Press Club, Washington, DC (October 24, 2004)

"Insurance 101," presentation on the design and performance of whole life and universal life policies, presented to customer services representatives administering a life insurance sales practices settlement, Ogden, UT (April 27, 1999)

"Antitrust Case Study: NASDAQ Market Maker Litigation," presented at a continuing education forum for attorneys sponsored by Analysis Group/Economics, Menlo Park and San Francisco, CA (September 15, 1998)

"An Economist's Perspective on Life Insurance Sales Practices Problems," presented at the spring meeting of the Society of Actuaries, Maui, HI (June 15, 1998)

"Valuing Intellectual Property in an Age of Employee Mobility," presented at a continuing education forum for attorneys sponsored by Analysis Group/Economics, Menlo Park and San Francisco, CA (June 9, 1998)

## EXPERT DESIGNATION, TESTIMONY, AND REPORTS

| | |
|---|---|
| May 2024 | Expert deposition in *Anaheim Global Medical Center, Inc., et al. v. Kaiser Foundation Health Plan, Inc., et al. (health insurance payor-provider matter)* |
| May 2024 | Expert report in *Anaheim Global Medical Center, Inc., et al. v. Kaiser Foundation Health Plan, Inc., et al. (health insurance payor-provider matter)* |
| May 2024 | Expert rebuttal report in *John Schnatter v. 247 Group, LLC (economic damages matter)* |
| February 2024 | Trial testimony in *Brian J. Lyngaas, D.D.S., P.L.L.C. v. IQVIA, Inc.* (*TCPA matter*) |
| February 2024 | Expert report in *Confidential Arbitration (payor-provider contractual dispute)* |
| January 2024 | Expert deposition in *Richard E. Fischbein v. IQVIA, Inc.* (*TCPA matter*) |
| January 2024 | Expert deposition in *Raytheon Company v. Ahtna Support and Training Services, LLC, et al. (economic damages matter)* |

**Appendix A**

| | |
|---|---|
| January 2024 | Expert declaration in *California Physicians' Service d/b/a Blue Shield of California v. Advanced Orthopedic Center, Inc. (health insurance payor-provider matter)* |
| January 2024 | Expert deposition in *Melissa Douglas, et al. v. EF Institute for Cultural Exchange Inc., et al. (class certification matter)* |
| December 2023 | Trial testimony in *Confidential Arbitration (damages related to alleged financial fraud)* |
| December 2023 | Expert deposition in *PFNonwovens US Inc. v. Grant Thornton LLP (commercial damages matter)* |
| November 2023 | Expert report in *Melissa Douglas, et al. v. EF Institute for Cultural Exchange Inc., et al. (class certification matter)* |
| November 2023 | Expert deposition in *State of Washington v. Providence Health & Services, et al. (provision of charity care dispute)* |
| November 2023 | Deposition testimony in *Hooman Melamed, M.D., Inc. v. Blue Cross of California Life and Health Insurance Company (health insurance payor-provider matter)* |
| November 2023 | Expert deposition in *Monterey Bay Military Housing, et al. v. Ambac Assur. Corp., et al. (economic damages matter)* |
| October 2023 | Expert deposition in *In re: Google RTB Consumer Privacy Litigation (consumer privacy class certification matter)* |
| October 2023 | Expert report in *Confidential Arbitration (economic damages matter)* |
| September 2023 | Expert report in *In re: Google RTB Consumer Privacy Litigation (consumer privacy class certification matter)* |
| September 2023 | Expert report in *Raytheon Company v. Ahtna Support and Training Services, LLC, et al. (economic damages matter)* |
| September 2023 | Expert deposition in *Florida Emergency Physicians Kang & Associates, M.D., Inc., et al. v. United Healthcare of Florida, Inc., et al. (health insurance payor-provider matter)* |
| September 2023 | Expert declaration in *Emergency Physician Services of New York, et al. v. UnitedHealth Group, Inc., et al. (health insurance payor-provider matter)* |
| September 2023 | Expert report in *Emergency Physician Services of Pennsylvania, P.C., et al. v. UnitedHealth Group, Inc., et al. (health insurance payor-provider matter)* |
| August 2023 | Expert rebuttal report in *Florida Emergency Physicians Kang & Associates, M.D., Inc., et al. v. United Healthcare of Florida, Inc., et al. (health insurance payor-provider matter)* |
| August 2023 | Expert declaration in *Emergency Group of Arizona Professional Corp, et al. v. UnitedHealth Group, Inc., et al. (health insurance payor-provider matter)* |

**Appendix A**

| | |
|---|---|
| August 2023 | Expert deposition in *Richard E. Fischbein v. IQVIA, Inc.* (*TCPA matter*) |
| August 2023 | Expert deposition in *Confidential Arbitration (damages related to alleged financial fraud)* |
| July 2023 | Expert deposition in *Emergency Physician Services of New York, et al. v. UnitedHealth Group, Inc., et al. (health insurance payor-provider matter)* |
| July 2023 | Expert deposition in *Emergency Group of Arizona Professional Corp, et al. v. UnitedHealth Group, Inc., et al. (health insurance payor-provider matter)* |
| July 2023 | Expert report in *Richard E. Fischbein v. IQVIA, Inc.* (*TCPA matter*) |
| July 2023 | Expert declaration in *Florida Emergency Physicians Kang & Associates, M.D., Inc., et al. v. United Healthcare of Florida, Inc., et al. (health insurance payor-provider matter)* |
| June 2023 | Expert report in *Emergency Group of Arizona Professional Corp, et al. v. UnitedHealth Group, Inc., et al. (health insurance payor-provider matter)* |
| June 2023 | Expert rebuttal report in *Emergency Physician Services of New York, et al. v. UnitedHealth Group, Inc., et al. (health insurance payor-provider matter)* |
| June 2023 | Expert report in *Monterey Bay Military Housing, et al. v. Ambac Assur. Corp., et al. (economic damages matter)* |
| June 2023 | Expert declaration in *Florida Emergency Physicians Kang & Associates, M.D., Inc., et al. v. United Healthcare of Florida, Inc., et al. (health insurance payor-provider matter)* |
| June 2023 | Trial testimony in *California Physicians' Service d/b/a Blue Shield of California v. Advanced Orthopedic Center, Inc. (health insurance payor-provider matter)* |
| May 2023 | Expert report in *Confidential Arbitration (damages related to alleged financial fraud)* |
| May 2023 | Expert report in *Emergency Physician Services of New York, et al. v. UnitedHealth Group, Inc., et al. (health insurance payor-provider matter)* |
| April 2023 | Trial testimony in *People of the State of California v. Intuit, Inc. (FTC alleged deceptive advertising matter)* |
| April 2023 | Trial testimony in *CEP America – California v. Heritage Provider Network (health insurance payor-provider matter)* |
| February 2023 | Expert deposition in *People of the State of California v. Intuit, Inc. (FTC alleged deceptive advertising matter)* |
| February 2023 | Expert deposition in *Liberty Dialysis Hawaii LLC, et al. v. Health Management Network Inc., et al. (payor-provider contractual dispute)* |
| January 2023 | Expert report in *People of the State of California v. Intuit, Inc. (FTC alleged deceptive advertising matter)* |

December 2022    Arbitration testimony in *Confidential Arbitration (contractual dispute)*

December 2022    Arbitration testimony in *Confidential Arbitration (payor-provider contractual dispute)*

December 2022    Expert deposition in *Harold Parsons v. The Commerce Insurance Company (proposed claims payment class action)*

November 2022    Expert report in *Liberty Dialysis Hawaii LLC, et al. v. Health Management Network Inc., et al. (payor-provider contractual dispute)*

November 2022    Expert report in *Kirk Prest v. BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c. (economic damages)*

November 2022    Expert deposition in *CEP America – California v. Heritage Provider Network (health insurance payor-provider matter)*

October 2022    Expert deposition in *Brian J. Lyngaas, D.D.S., P.L.L.C. v. IQVIA, Inc. (TCPA matter)*

October 2022    Expert declaration in *Dual Diagnosis Treatment Center, Inc., et al. v. Health Net, Inc., et al. (health insurance payor-provider matter)*

October 2022    Expert rebuttal report in *Brian J. Lyngaas, D.D.S., P.L.L.C. v. IQVIA, Inc. (TCPA matter)*

October 2022    Expert deposition in *Saint Alphonsus Health Alliance, Inc., et al. v. Corizon LLC, et al. (health insurance payor-provider matter)*

September 2022    Expert report in *Brian J. Lyngaas, D.D.S., P.L.L.C. v. IQVIA, Inc. (TCPA matter)*

August 2022    Expert declaration in *Emergency Physician Services of New York, et al. v. UnitedHealth Group, Inc., et al. (health insurance payor-provider matter)*

August 2022    Expert report in *Saint Alphonsus Health Alliance, Inc., et al. v. Corizon LLC, et al. (health insurance payor-provider matter)*

August 2022    Expert deposition in *Sheet Metal Workers Local 19 Pension Fund v. ProAssurance Corporation, et al. (class certification opposition in a securities class action)*

July 2022    Expert deposition in *Jeffrey Leonard, et al. v. John Hancock Life Insurance Company of New York, et al. (life insurance policy performance litigation)*

July 2022    Expert declaration in *Adam Viguers et al. v. California Physicians' Service (health insurance payor-provider matter)*

July 2022    Trial testimony in *Dual Diagnosis Treatment Center, Inc., et al. v. Health Net, Inc., et al. (health insurance payor-provider matter)*

June 2022    Expert report in *Sheet Metal Workers Local 19 Pension Fund v. ProAssurance Corporation, et al. (class certification opposition in a securities class action)*

**Appendix A**

*Bruce F. Deal, Page 22 of 33*

| | |
|---|---|
| June 2022 | Expert declaration in *Emergency Physician Services of Pennsylvania, P.C., et al. v. UnitedHealth Group, Inc., et al. (health insurance payor-provider matter)* |
| May 2022 | Expert declaration in *Florida Emergency Physicians Kang & Associates, M.D., Inc., et al. v. United Healthcare of Florida, Inc., et al. (health insurance payor-provider matter)* |
| May 2022 | Expert deposition in *Dual Diagnosis Treatment Center, Inc., et al. v. Health Net, Inc., et al. (health insurance payor-provider matter)* |
| May 2022 | Expert report in *Jeffrey Leonard, In His Capacity As Trustee of the Poplawski 2008 Insurance Trust, et al. v. John Hancock Life Insurance Company of New York, et al. (life insurance matter)* |
| May 2022 | Deposition testimony in *Travel Nurse Across America, LLC v. Floyd Edwards Holdings, Inc., et al. (company valuation)* |
| March 2022 | Deposition testimony in *Hooman Melamed, M.D., Inc. v. Blue Shield of California Life and Health Insurance Company (health insurance payor-provider matter)* |
| January 2022 | Expert declaration in *Eileen S. Natuzzi, et al. v. California Physicians' Service d/b/a Blue Shield of California (class action involving provider payment methodology)* |
| December 2021 | Expert report in *Los Robles Regional Medical Center, et al. v. Kaiser Foundation Health Plan, Inc., et al. (health insurance payor-provider matter)* |
| December 2021 | Deposition testimony in *Los Robles Regional Medical Center, et al. v. Kaiser Foundation Health Plan, Inc., et al. (health insurance payor-provider matter)* |
| December 2021 | Deposition testimony in *Matthew N. Fulton v. Enclarity, Inc., et al.* (*TCPA matter*) |
| November 2021 | Deposition testimony in *Los Robles Regional Medical Center, et al. v. Kaiser Foundation Health Plan, Inc., et al. (health insurance payor-provider matter)* |
| November 2021 | Expert report in *Matthew N. Fulton v. Enclarity Inc., et al.* (*TCPA matter*) |
| November 2021 | Trial testimony in *Fremont Emergency Services (Mandavia), Ltd., et al. v. UnitedHealth Group Inc., et al. (health insurance payor-provider matter)* |
| November 2021 | Deposition testimony in *Confidential – OCC (securities valuation)* |
| October 2021 | Expert report in *Confidential Litigation (company valuation)* |
| October 2021 | Expert declaration in *Eileen S. Natuzzi, et al. v. California Physicians' Service d/b/a Blue Shield of California (class action involving provider payment methodology)* |
| September 2021 | Expert report in *Fremont Emergency Services (Mandavia) Ltd., et al. v. UnitedHealth Group Inc., et al. (health insurance payor-provider matter)* |
| September 2021 | Expert declaration in *Fremont Emergency Services (Mandavia) Ltd., et al. v. UnitedHealth Group Inc., et al. (health insurance payor-provider matter)* |

**Appendix A**

September 2021     Deposition testimony in *Fremont Emergency Services (Mandavia) Ltd., et al. v. UnitedHealth Group Inc., et al. (health insurance payor-provider matter)*

August 2021     Expert rebuttal report in *Fremont Emergency Services (Mandavia) Ltd., et al. v. UnitedHealth Group Inc., et al. (health insurance payor-provider matter)*

July 2021     Expert report in *Fremont Emergency Services (Mandavia) Ltd., et al. v. UnitedHealth Group Inc., et al. (health insurance payor-provider matter)*

June 2021     Deposition testimony in *Charles Tillage, et al. v. Comcast, et al. (class action alleging improper disclosure of fees)*

May 2021     Deposition testimony in *Highfields Capital I LP, et al. v. SeaWorld Entertainment, Inc., et al. (securities fraud litigation)*

May 2021     Deposition testimony in *Luke Davis, et al. v. Laboratory Corporation of America Holdings (class action alleging damages due to inadequate access to facilities)*

April 2021     Expert rebuttal report in *Luke Davis, et al. v. Laboratory Corporation of America Holdings (class action alleging damages due to inadequate access to facilities)*

April 2021     Deposition testimony in *California Physicians' Service v. HealthPlan Services (contract performance dispute)*

March 2021     Expert report in *Highfields Capital I LP, et al. v. SeaWorld Entertainment, Inc., et al. (securities fraud litigation)*

March 2021     Expert report in *Luke Davis, et al. v. Laboratory Corporation of America Holdings (class action alleging damages due to inadequate access to facilities)*

March 2021     Expert declaration in *Dual Diagnosis Treatment Center, et al. v. Health Net, Inc., et al.*

February 2021     Deposition testimony in *Confidential – OCC (securities valuation)*

January 2021     Arbitration testimony in *Confidential Arbitration (health insurance payor-provider matter)*

January 2021     Expert report in *California Physicians' Service v. HealthPlan Services (contract performance dispute)*

November 2020     Arbitration testimony in *Confidential Arbitration (health insurance payor-provider matter)*

November 2020     Expert report in *Confidential – OCC (securities valuation)*

October 2020     Arbitration testimony in *Confidential Arbitration (health insurance payor-provider matter)*

October 2020     Expert reply report in *California Physicians' Service v. HealthPlan Services (contract performance dispute)*

**Appendix A**

*Bruce F. Deal, Page 24 of 33*

| | |
|---|---|
| September 2020 | Deposition testimony in *California Physicians' Service v. HealthPlan Services (contract performance dispute)* |
| September 2020 | Deposition testimony in *In re: The Allstate Corporation Securities Litigation (class action alleging claim frequency misstatements)* |
| August 2020 | Expert declaration in *California Physicians' Service v. HealthPlan Services (contract performance dispute)* |
| July 2020 | Deposition testimony in *Confidential Arbitration (health care pricing dispute)* |
| July 2020 | Expert report in *Confidential Arbitration (health care pricing dispute)* |
| July 2020 | Expert rebuttal report in *In re: The Allstate Corporation Securities Litigation (class action alleging claim frequency misstatements)* |
| July 2020 | Expert reply report in *In re: The Allstate Corporation Securities Litigation (class action alleging claim frequency misstatements)* |
| July 2020 | Expert report in *Scott Crosby, et al. v. California Physicians' Service, et al. (class action alleging care restrictions)* |
| May 2020 | Expert declaration in *Scott Crosby, et al. v. California Physicians' Service, et al. (class action alleging care restrictions)* |
| April 2020 | Deposition testimony in *In re: CenturyLink Sales Practices and Securities Litigation (class action alleging customer cramming and related allegation)* |
| February 2020 | Expert report in *In re: The Allstate Corporation Securities Litigation (class action alleging claim frequency misstatements)* |
| February 2020 | Deposition testimony in *CEP America – California v. Heritage Provider Network (health insurance payor-provider matter)* |
| January 2020 | Arbitration testimony in *Confidential Arbitration (DMHC pricing matter)* |
| January 2020 | Expert rebuttal report in *Confidential Arbitration* |
| January 2020 | Expert report in *Confidential Arbitration* |
| January 2020 | Arbitration testimony in *Confidential Arbitration (ownership dispute matter)* |
| January 2020 | Arbitration testimony in *Confidential Arbitration (physician IPA affiliation matter)* |
| January 2020 | Expert deposition in *Confidential Arbitration (DMHC pricing matter)* |
| December 2019 | Expert report in *Confidential Arbitration* |
| December 2019 | Expert report in *Confidential Arbitration* |
| December 2019 | Expert deposition in *Confidential Arbitration (ownership dispute matter)* |

**Appendix A**

| | |
|---|---|
| November 2019 | Expert rebuttal report in *CEP America – California v. Heritage Provider Network* |
| October 2019 | Expert declaration in *Dual Diagnosis Treatment Center, et al. v. Health Net* |
| July 2019 | Expert declaration in *CEP America – California v. Heritage Provider Network* |
| July 2019 | Expert deposition in *Physicians Healthsource Inc., et al. v. Masimo Corp. (TCPA matter)* |
| July 2019 | Expert deposition in *Empire Land, LLC (bankruptcy matter)* |
| June 2019 | Expert report in *Prime Healthcare Services, Inc., et al. v. Humana Insurance Company, et al. (Evaluation of health care utilization data)* |
| June 2019 | Expert deposition in *Michael Johnson, et al. v. Comodo Group (TCPA matter)* |
| June 2019 | Trial testimony in *California Spine and Neurosurgery Institute v. Blue Shield (health insurance payor-provider matter)* |
| June 2019 | Arbitration testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| May 2019 | Expert deposition in *California Spine and Neurosurgery Institute v. Blue Shield (health insurance payor-provider matter)* |
| May 2019 | Expert deposition in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| March 2019 | Expert deposition in *California Spine and Neurosurgery Institute v. Blue Shield (health insurance payor-provider matter)* |
| March 2019 | Expert deposition in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| March 2019 | Expert deposition in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| February 2019 | Expert deposition in *San Joaquin General Hospital v. Blue Shield (health insurance payor-provider matter)* |
| February 2019 | Trial testimony in *Northbay Healthcare Group v. Blue Shield (health insurance payor-provider matter)* |
| February 2019 | Expert report in *Confidential Arbitration* |
| January 2019 | Trial testimony in *State of Washington v. Comcast (consumer fraud matter)* |
| December 2018 | Trial testimony in *State of Washington v. Comcast (consumer fraud matter)* |
| December 2018 | Expert deposition in *Northbay Healthcare Group v. Blue Shield (health insurance payor-provider matter)* |

**Appendix A**

*Bruce F. Deal, Page 26 of 33*

| | |
|---|---|
| November 2018 | Expert report in *NorthBay Healthcare Group v. Blue Shield* |
| September 2018 | Expert report in *YDM Management, Inc. v. Blue Shield* |
| September 2018 | Expert deposition in *YDM, Management, Inc. v. Blue Shield (health insurance payor-provider matter)* |
| August 2018 | Expert declaration in *San Jose Neurospine v. Blue Shield* |
| July 2018 | Expert rebuttal report and deposition in *State of Washington v. Comcast* |
| June 2018 | Expert report in *State of Washington v. Comcast* |
| June 2018 | Trial testimony in *San Jose Neurospine v. Blue Shield (health insurance payor-provider matter)* |
| May 2018 | Expert report in *John H. Larry Jr. v. Rexall, et al.* |
| May 2018 | Expert deposition in *San Jose Neurospine v. Blue Shield (health insurance payor-provider matter)* |
| February 2018 | Expert deposition in *Bodner, et al. v. Blue Shield (health insurance pricing matter)* |
| January 2018 | Expert declaration in *Fort Leavenworth Military Housing v. Ambac* |
| December 2017 | Expert deposition in *Fort Bliss Military Housing v. Ambac (bond insurance matter)* |
| November 2017 | Expert deposition in *Slovin, et al. v. Sunrun, et al. (TCPA matter)* |
| November 2017 | Expert report in *Slovin, et al. v. Sunrun, et al.* |
| October 2017 | Expert report on economic and class issues in *Surrett, et al. v. Western Culinary Institute* |
| October 2017 | Expert deposition on damages issues in *Mayumac v. Met Life (disability insurance matter)* |
| October 2017 | Expert deposition on class certification issues in *Des Roches v. Blue Shield / Magellan (health insurance benefits matter)* |
| October 2017 | Expert report on statistical issues in *Scott v. Cricket* |
| October 2017 | Expert report in *Fort Bliss Military Housing v. Ambac* |
| September 2017 | Expert report in *Fort Riley Military Housing v. Ambac* |
| September 2017 | Expert declaration in *San Jose Neurospine v. Blue Shield* |
| August 2017 | Expert deposition in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |

**Appendix A**

July 2017 — Expert deposition in *Confidential Health Care Payment Matter (health insurance payor-provider matter)*

July 2017 — Expert deposition in *Starks, et al. v. Geico Indemnity (auto insurance class action)*

June 2017 — Expert deposition in *Confidential Health Care Payment Matter (health insurance payor-provider matter)*

May 2017 — Expert declaration on financial issues in *Monterey Military Housing v. Ambac*

April 2017 — Expert declaration on class certification issues in *Des Roches v. Blue Shield/Magellan*

April 2017 — Expert declaration on class certification and data issues in *Lucero v. Solar City*

April 2017 — Expert rebuttal report in *Fort Meade Military Housing v. Ambac*

March 2017 — Expert deposition in *Fort Meade Military Housing v. Ambac (bond insurance matter)*

March 2017 — Expert declaration in *Monterey Military Housing v. Ambac*

February 2017 — Expert testimony in *Fort Meade Military Housing v. Ambac (bond insurance matter)*

February 2017 — Expert declaration in *Fort Meade Military Housing v. Ambac*

February 2017 — Expert declaration in *Confidential Hospital Payment Dispute*

January 2017 — Arbitration testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)*

January 2017 — Expert testimony in *Fort Bliss Military Housing v. Ambac (bond insurance matter)*

January 2017 — Expert declaration in *Fort Riley Military Housing v. Ambac*

December 2016 — Expert declaration in *Fort Bliss Military Housing v. Ambac*

December 2016 — Expert declaration in *Fort Meade Military Housing v. Ambac*

December 2016 — Trial testimony in *Ben-E-Lect v. Anthem (health insurance design matter)*

December 2016 — Arbitration testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)*

October 2016 — Arbitration testimony in *Confidential Breach of Contract Arbitration (TPA valuation matter)*

October 2016 — Expert report in *Confidential Hospital Payment Dispute*

September 2016 — Trial testimony in *Goel v. Blue Shield (health insurance payor-provider matter)*

September 2016 — Expert declaration in *Monterey Military Housing v. Ambac*

**Appendix A**

| | |
|---|---|
| September 2016 | Expert declaration in *Bodner, et al. v. Blue Shield* |
| August 2016 | Arbitration testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| July 2016 | Arbitration testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| May 2016 | Expert declaration in *Monterey Military Housing v. Ambac* |
| April 2016 | Deposition testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| February 2016 | Arbitration testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| January 2016 | Expert declaration in *Bodner, et al. v. Blue Shield* |
| December 2015 | Arbitration testimony in *Confidential Hospital Payment Dispute* |
| December 2015 | Expert deposition in *Chinese Drywall Products Liability Litigation* |
| December 2015 | Expert declaration in *Bodner, et al. v. Blue Shield of California* |
| December 2015 | Trial testimony in *Metzner v. Permanente Medical Group* |
| October 2015 | Expert report in *Chinese Drywall Products Liability Litigation* |
| September 2015 | Expert deposition in *Metzner v. Permanente Medical Group* |
| August 2015 | Expert testimony in *Confidential Health Care Arbitration* |
| July 2015 | Expert deposition in *Solyndra v. Trina, et al.* |
| April 2014 | Expert report (update) in *NCAA Concussion Litigation* |
| January 2015 | Expert deposition in *Prime v. Kaiser* |
| December 2014 | Expert report (update) in *NCAA Concussion Litigation* |
| December 2014 | Expert deposition in *Martin, et al. v. Blue Shield of California* |
| November 2014 | Expert testimony in *Confidential International Arbitration* |
| September 2014 | Expert deposition in *Confidential Insurance Matter* |
| July 2014 | Expert report in *NCAA Concussion Litigation* |
| July 2014 | Expert testimony in *Confidential Wrongful Termination Matter* |

**Appendix A**

| | |
|---|---|
| July 2014 | Expert report in *Confidential Disability Insurance Matter* |
| May 2014 | Expert report in *Martin v. Blue Shield of California* |
| May 2014 | Expert declaration in *Martin v. Blue Shield of California* |
| December 2013 | Expert report in *Confidential Airline Litigation* |
| December 2013 | Expert testimony in *Confidential Investment Return Litigation* |
| December 2013 | Expert deposition in *Confidential Investment Return Litigation* |
| November 2013 | Expert declaration in *Long Trust v. Morgan Stanley* |
| November 2013 | Expert report in *Long Trust v. Morgan Stanley* |
| November 2013 | Expert testimony in *Confidential Employment Litigation* |
| November 2013 | Expert deposition in *Confidential Employment Litigation* |
| November 2013 | Expert deposition in *Katz v. Mass Mutual* |
| October 2013 | Expert report in *Katz v. Mass Mutual* |
| October 2013 | Expert report in *Circuit City, et al. v. AUO* |
| October 2013 | Summary witness expert testimony in *US Department of Justice v. Richard Bai* |
| January 2013 | Expert testimony in *Confidential Arbitration* |
| January 2013 | Expert deposition in *Confidential Arbitration* |
| December 2012 | Expert declaration in *Markocki v. Olde Republic Title* |
| December 2012 | Expert deposition in *Paul v. Blue Shield of California* |
| June 2012 | Expert deposition in *Indirect Purchaser Class Action v. AUO* |
| June 2012 | Expert deposition in *Asbestos Litigation v. Borg Warner* |
| May 2012 | Expert report in *Indirect Purchaser Class Action v. AUO* |
| April 2012 | Expert deposition in *2880 Stevens Creek v. Blach Construction Co.* |
| April 2012 | Expert deposition in *Indirect Purchaser Class Action v. AUO* |
| March 2012 | Expert report in *Indirect Purchaser Class Action v. AUO* |
| February 2012 | Expert testimony in *United States Department of Justice v. AUO* |
| February 2012 | Expert deposition in *Campbell v. MetLife* |

**Appendix A**

November 2011      Expert deposition in *Cox v. Allstate*

October 2011       Expert report in *Cox v. Allstate*

October 2011       Expert deposition in *Class Action v. Wellpoint*

October 2011       Expert designation in *US Department of Justice v. AUO*

October 2011       Expert report in *KFTC v. AUO*

July 2011          Expert report in *Class Action v. Wellpoint*

June 2011          Expert report in confidential damages arbitration

November 2010      Expert testimony in *Jasmine v. Marvell*

October 2010       Expert testimony in *US Government v. Jerry Cash*

July 2010          Expert deposition in *M.E. Fox & Co. Valuation matter*

June 2010          Expert designation in *M.E. Fox & Co. Valuation matter*

May–June 2010      Expert testimony in *Polteco v. Tecsult*

March 2010         Expert deposition in *Simoes v. Blue Shield*

December 2009      Expert designation in *Simoes v. Blue Shield*

October 2009       Affidavit in *Best Buy v. DDR*

March 2009         Expert deposition in *Hailey v. Blue Shield*

March 2009         Expert report in *Hausman v. Union Bank*

March 2009         Expert report in *Perez v. First American Title Insurance Company*

March 2009         Trial testimony in *Windham v. Cook*

February 2009      Expert report in *Windham v. Cook*

January 2009       Expert designation in *Hailey v. Blue Shield*

October 2008       Deposition testimony in *Pavlov, et al. v. CNA*

September 2008     Expert declaration in *Pavlov, et al. v. CNA*

September 2008     Trial testimony in *Freidman v. Sega, et al.*

September 2008     Expert report in *Freidman v. Sega, et al.*

**Appendix A**

*Bruce F. Deal, Page 31 of 33*

| | |
|---|---|
| July 2008 | Deposition testimony in *Freidman v. Sega, et al.* |
| July 2008 | Deposition testimony in *Best Buy v. DDR* |
| June 2008 | Expert report in *Best Buy v. DDR* |
| October 2007 | Expert designation in *Rowlands v. Blue Shield* |
| September 2007 | Deposition testimony in *Class Action v. CNA* |
| September 2007 | Expert report in *Class Action v. CNA* |
| May 2007 | Deposition testimony in *Tronox v. Rio Algom* |
| April 2007 | Expert designation in *Callil v. Blue Shield* |
| April 2007 | Expert designation in *Abbott v. Blue Shield* |
| March 2007 | Deposition testimony in *Leyra v. Blue Shield Life and Health* |
| December 2006 | Expert designation in *Leyra v. Blue Shield Life and Health* |
| August 2006 | Arbitration testimony in *F&A Restaurant Group v. Shepard and Reyes* |
| July 2006 | Trial testimony in *Carrino v. Carrino* |
| July 2006 | Deposition testimony in *Carrino v. Carrino* |
| February 2006 | Arbitration testimony in *ART v. Riverdeep* |
| January 2006 | Deposition testimony in *ART v. Riverdeep* |
| December 2005 | Deposition testimony in *FFIC v. Cunningham Lindsey* |
| September 2005 | Deposition testimony in *Barnes & Noble v. DDR (Texas and Kansas)* |
| September 2005 | Expert report in *Fireman's Fund v. Cunningham Lindsey* |
| September 2005 | Expert report in *Barnes & Noble v. DDR (Kansas)* |
| August 2005 | Expert report in *Barnes & Noble v. DDR (Texas)* |
| March 2005 | Expert report in *Bioport Corporation v. Elan Pharmaceuticals* |
| February 2005 | Expert report in *Capo v. Dioptics* |
| February 2005 | Expert report in *Arthur Stockton v. Fidelity & Deposit* |
| September 2004 | Deposition testimony in *Her Associates v. Kaiser* |
| August 2004 | Deposition testimony in *CSR v. Lloyds, et al.* |

**Appendix A**

*Bruce F. Deal, Page 32 of 33*

| | |
|---|---|
| June 2004 | Expert report in *CSR v. Lloyds, et al.* |
| April 2004 | Deposition testimony in *General American v. KPMG* |
| March 2004 | Expert report in *General American v. KPMG* |
| March 2004 | Deposition testimony in confidential company valuation for marital dissolution. |
| February 2004 | Expert report in confidential company valuation for marital dissolution. |
| January 2004 | Deposition testimony in *Her Associates v. Kaiser* |
| January 2004 | Expert report in *Her Associates v. Kaiser* |
| March 2003 | Expert designation in *Creative Artist Network v. Santa Clara County* |
| December 2002 | Deposition testimony in *Redland Insurance Company v. Anthony Choy and Edward Wolkowitz* |
| November 2002 | Expert designation in *Academy Tent, et al. Class Action v. American Home Assurance* |
| Sept.–Dec. 2002 | Trial testimony in *A&J Liquor, et al. Class Action v. State Compensation Insurance Fund* |
| September 2002 | Deposition testimony in *A&J Liquor, et al. Class Action v. State Compensation Insurance Fund* |
| July 2002 | Expert witness report in *Creative Artist Network v. Santa Clara County* |
| July 2002 | Deposition testimony in *Redland Insurance Company v. Anthony Choy and Edward Wolkowitz* |
| June 2002 | Expert declaration on insurance company valuation in *Redland Insurance Company v. Anthony Choy and Edward Wolkowitz* |
| May 2002 | Expert declaration on settlement valuation in *Class Action v. Knights of Columbus* |
| Jan.–Feb. 2002 | Deposition testimony in *A&J Liquor, et al. Class Action v. State Compensation Insurance Fund* |
| December 2001 | Deposition testimony in *Class Action v. Ford Credit* |
| May 2001 | Deposition testimony in *A&J Liquor, et al. Class Action v. State Compensation Insurance Fund* |
| April 2001 | Deposition testimony in *Bar None v. The Duncan Group* |
| April 2001 | Deposition testimony in *Trigon v. United States* |

**Appendix A**

| | |
|---|---|
| January 2001 | Deposition testimony in *Heska v. Synbiotics* |
| December 2000 | Expert declaration in *Trigon v. United States* |
| June 2000 | Deposition testimony in *A&J Liquor, et al. Class Action v. State Compensation Insurance Fund* |
| May 2000 | Deposition testimony in *Heska v. Synbiotics* |
| July 1999 | Appeared in Federal Court on behalf of Ohio National in *James A. Wemer, et al. Class Action v. Ohio National* (did not provide testimony) |
| June 1999 | Submitted a report on the valuation and fairness of the proposed settlement in *James A. Wemer, et al. Class Action v. Ohio National* |
| January 1999 | Identified as an insurance liability and damages expert in *Arroyo v. Alexander & Alexander* |
| December 1998 | Expert declaration in *A&J Liquor, et al. Class Action v. State Compensation Insurance Fund* |
| November 1998 | Identified as an economic expert in *Class Action v. Ohio National* litigation |
| October 1998 | Identified as an insurance expert in *Morris v. Fremont Life Insurance Company* |
| September 1998 | Expert declaration in *Class Action v. State Compensation Insurance Fund* |
| April 1998 | Deposition testimony in *Handicomp, Inc. v. United States Golf Association* |
| February 1998 | Rebuttal expert report in *Handicomp, Inc. v. United States Golf Association*, coauthored with Ronald C. Curhan |
| February 1998 | Expert declaration in *Class Action v. State Compensation Insurance Fund* |
| January 1993 | Expert testimony on the likely economic impact of the merger on the hospital's operating expenses and capital expenditures in Federal Trade Commission (FTC) administrative hearings, *Proposed Merger of Parkview Hospital and St. Mary Corwin Hospital*, Pueblo, CO |

**PROFESSIONAL MEMBERSHIPS**

American Economics Association

American Bar Association (non-lawyer member)

Association for Health Services Research

**Appendix B**
**Materials Considered**

*Case Documents*

1. Amended Class Action Complaint for Violations of the Federal Securities Laws, *Humberto Lozada and Oklahoma Firefighters Pension and Retirement System, v. TaskU*s, *et al.,* No. 1:22-cv-01479-JPC, United States District Court for the Southern District of New York, December 16, 2022.
2. Expert Report of Chad Coffman, CFA, May 10, 2024 and All Produced Materials.
3. "Moderating the Bull Case Content: Strong Sell Opinion: TaskUs, Inc.| NASDAQ: TASK," *Spruce Point Capital Management,* January 20, 2022.
4. Opinion and Order, *Humberto Lozada and Oklahoma Firefighters Pension and Retirement System, v. TaskUs, et al.,* No. 1:22-cv-01479-JPC, United States District Court for the Southern District of New York, January 5, 2024.

*Other Legal Documents*

1. 711 F.Supp. 1264, *Rose Cammer, et al., v. Bruce M. Bloom, et al.,* Civ. A. No. 88-2458, United States District Court for the District of New Jersey, April 19, 1989.
2. Declaration of Chad Coffman, *In Re: Aphria, Inc. Securities Litigation,* No. 1:18. cv-11376-GBD, United States District Court for the Southern District of New York, January 28, 2022.
3. Expert Report of Chad Coffman, CFA, *Eric Weiner v. Tivity Health, Inc., et al.,* No. 3:17-cv-01469, United States District Court for the Middle District of Tennessee, July 1, 2019.
4. Expert Report of Chad Coffman, CFA, *In Re: Sandisk LLC Securities Litigation,* No. 3:15-cv-01455-VC, United States District Court for the Northern District of California, January 19, 2018.
5. Expert Report of Chad Coffman, CFA, *Sothinathan Sinnathurai v. Novavax, Inc. et al.*, No. 8:21-cv-02910-TDC, United States District Court for the District of Maryland, March 16, 2023.

*Deposition*

1. Deposition of Chad Coffman, *Humberto Lozada and Oklahoma Firefighters Pension and Retirement System, v. TaskUs, et al.,* No. 1:22-cv-01479-JPC, United States District Court for the Southern District of New York, June 20, 2024.

*SEC and Other Filings*

1. Accenture PLC, "Form 10-K," October 22, 2020, available at https://www.sec.gov/Archives/edgar/data/1467373/000146737320000376/0001467373-20-000376-index.html.
2. Accenture PLC, "Form 10-K," October 15, 2021, available at https://www.sec.gov/Archives/edgar/data/1467373/000146737321000229/0001467373-21-000229-index.html.
3. EPAM Systems, "Form 10-K," February 25, 2022, available at https://www.sec.gov/Archives/edgar/data/1352010/000135201022000020/0001352010-22-000020-index.html.
4. Exlservice Holdings, Inc., "Form 10-K," February 24, 2022, available at https://www.sec.gov/Archives/edgar/data/1297989/000129798922000004/0001297989-22-000004-index.html.
5. Exlservice Holdings, Inc., "Form 10-K," February 25, 2021, available at https://www.sec.gov/Archives/edgar/data/1297989/000129798921000004/0001297989-21-000004-index.html.
6. Genpact Limited, "Form 10-K," March 1, 2021, available at https://www.sec.gov/Archives/edgar/data/1398659/000156459021009746/0001564590-21-009746-index.html.
7. Genpact Limited, "Form 10-K," March 1, 2022, available at https://www.sec.gov/Archives/edgar/data/1398659/000139865922000009/0001398659-22-000009-index.html.
8. Genpact Limited, "Form 10-K," March 2, 2020, available at https://www.sec.gov/Archives/edgar/data/1398659/000156459020008158/0001564590-20-008158-index.html.
9. Globant S.A., "Form 20-F," February 28, 2020, available at https://www.sec.gov/Archives/edgar/data/1557860/000110465920027221/0001104659-20-027221-index.html.
10. Globant, S.A., "Form 20-F," February 28, 2023, available at https://www.sec.gov/Archives/edgar/data/1557860/000162828023005607/0001628280-23-005607-index.html.
11. TaskUs, "Form 10-K," March 9, 2022, available at https://www.sec.gov/Archives/edgar/data/1829864/000182986422000019/0001829864-22-000019-index.html.
12. TaskUs, "Form 424B4," June 14, 2021, available at https://www.sec.gov/Archives/edgar/data/1829864/000119312521189507/0001193125-21-189507-index.html.
13. TaskUs, "Form 424B4," October 22, 2021, available at https://www.sec.gov/Archives/edgar/data/1829864/000119312521304692/0001193125-21-304692-index.html.

**Appendix B**
**Materials Considered**

14. TaskUs, "Form 8-K," October 18, 2021, available at
https://www.sec.gov/Archives/edgar/data/1829864/000119312521301079/0001193125-21-301079-index.html.

15. TaskUs, "Form DRS," December 21, 2020, available at
https://www.sec.gov/Archives/edgar/data/1829864/000095012320012770/0000950123-20-012770-index.html.

16. TaskUs, "Form DRS," January 15, 2021, available at
https://www.sec.gov/Archives/edgar/data/1829864/000095012321000363/0000950123-21-000363-index.html.

17. TaskUs, "Form DRS," November 6, 2020, available at
https://www.sec.gov/Archives/edgar/data/1829864/000095012320010989/0000950123-20-010989-index.html.

18. TaskUs, "Form DRS," September 17, 2021, available at
https://www.sec.gov/Archives/edgar/data/1829864/000095012321012442/0000950123-21-012442-index.html.

19. TaskUs, "Form S-1," April 12, 2021, available at
https://www.sec.gov/Archives/edgar/data/1829864/000119312521113320/0001193125-21-113320-index.html.

20. TaskUs, "Form S-1," June 10, 2021, available at
https://www.sec.gov/Archives/edgar/data/1829864/000119312521187255/0001193125-21-187255-index.html.

21. TaskUs, "Form S-1," June 2, 2021, available at
https://www.sec.gov/Archives/edgar/data/1829864/000119312521179177/0001193125-21-179177-index.html.

22. TaskUs, "Form S-1," May 6, 2021, available at
https://www.sec.gov/Archives/edgar/data/1829864/000119312521153506/0001193125-21-153506-index.html.

23. TaskUs, "Form S-1," October 18, 2021, available at
https://www.sec.gov/Archives/edgar/data/1829864/000119312521301049/0001193125-21-301049-index.html.

24. TDCX Inc., "Form 424B4," October 1, 2021, available at
https://www.sec.gov/Archives/edgar/data/1803112/000119312521288642/0001193125-21-288642-index.html.

25. TDCX Inc., "Form F-1," September 7, 2021, available at
https://www.sec.gov/Archives/edgar/data/1803112/000119312521266469/0001193125-21-266469-index.html.

26. TELUS International (Cda) Inc., "Form 20-F," February 23, 2021. available at
https://www.sec.gov/Archives/edgar/data/1825155/000110465921026450/0001104659-21-026450-index.html.

27. WNS (Holdings) Limited, "Form 20-F," May 14, 2021, available at
https://www.sec.gov/Archives/edgar/data/1356570/000119312521161742/0001193125-21-161742-index.html.

*Academic Articles and Books*

1. Appel, Ian, and Fos, Vyacheslav, "Short Campaigns by Hedge Funds," The Review of Financial Studies, Vol. 37, No. 5, May, 2024, 1460-1493.

2. Becchetti, Leonardo, and Ciciretti, Rocco, "Stock Market Reaction to the Global Financial Crisis: Testing for the Lehman Brothers' Event," Giornale degli Economisti e Annali di Economia, Vol. 70, No.2, July 2011, 3-58.

3. Braun, Philip A., et al., "Good News, Bad News, Volatility, and Betas," The Journal of Finance, Vol. 50, No. 5, December 1995, 1575-1603.

4. Brendel, Janja, and Ryans, James, "Responding to Activist Short Sellers: Allegations, Firm Responses, and Outcomes," Journal of Accounting Research, Vol. 59, No. 2, May 2021, 487-528.

5. Corrado, Charles J., and Zivney, Terry L., "The Specification and Power of the Sign Test in Event Study Hypothesis Tests Using Daily Stock Returns," Journal of Financial and Quantitative Analysis, Vol. 27, No. 3, September 1992, 465-478.

6. Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," The Journal of Finance, Vol. 25, No. 2, 1970, 383-417.

7. Guidolin, Massimo, and La Ferrera, Eliana, "Diamonds Are Forever, Wars are Not: Is Conflict Bad for Private Firms?" The American Economic Review, Vol. 97, No. 5, December 2007, 1978-1993.

8. Huang, Allen H., et al., "Evidence on the Information Content of Text in Analyst Reports," The Accounting Review, Vol. 89, No. 6, November 2014, 2151-2180.

9. Ito, Mikio, and Sugiyama, Shunsuke, "Measuring the Degree of Time Varying Market Inefficiency," Economic Letters, Vol. 103, No. 1, 2009, 62-64.

10. Liu, Claire, et al., "The Real Impacts of Public Short Campaigns: Evidence from Stakeholders," Journal of Corporate Finance, 2024.

**Appendix B**
**Materials Considered**

11. Ljungqvist, Alexander, and Qian, Wenlan, "How Constraining Are Limits to Arbitrage," The Review of Financial Studies, Vol. 29, No. 8, August 2016, 1975-2028.

12. Miwa, Kotaro, "The Informational Role of Analysts' Textual Statements," Research in International Business and Finance, Vol. 59, January 2022, 101562.

13. Rösch, Dominik M., et al., "The Dynamics of Market Efficiency," The Review of Financial Studies, Vol. 30, No. 4, April 2017, 1151-1187.

14. Stratmann, Thomas, and Welborn, John W., "Informed Short Selling, Fails-to-Deliver, and Abnormal Returns," Journal of Empirical Finance, Vol. 38.A, September 2016, 81-102.

15. Thomas, Randall S., and Cotter, James F., "Measuring Securities Market Efficiency in the Regulatory Setting," Law and Contemporary Problems, Vol. 63, No. 3, 2000, 105-122.

16. Wooldridge, Jeffrey, *Introductory Econometrics: A Modern Approach* , Sixth Ed., Cengage Learning, 2016.

*Factiva News Articles*

1. "Texas Daybook," Associated Press Newswires, June 11, 2021.

2. "3 Stocks Made Their Trading Debuts on Friday. What Investors Need to Know.," Barron's Online, June 11, 2021.

3. "*TaskUs Inc. (TASK) Resumed Trading," Dow Jones Institutional News, June 11, 2021.

4. "*TaskUs Inc. (TASK) Resumed Trading," Dow Jones Institutional News, June 11, 2021.

5. "3 Stocks Make Their Trading Debuts Friday. What Investors Need to Know. -- Barrons.com," Dow Jones Institutional News, June 11, 2021.

6. "Nasdaq Net Change Percentage Gainers & Losers," Dow Jones Institutional News, June 11, 2021.

7. "TaskUs Prices IPO of 13.2M Shares at $23 Each," Dow Jones Institutional News, June 11, 2021.

8. "BRIEF-Taskus Inc Class A Shares Open 19.8% Above IPO Price In Nasdaq Debut," Reuters News, June 11, 2021.

9. "BUZZ-U.S. STOCKS ON THE MOVE-Chewy, Novan, Cheetah Mobile, GameStop, gold miners," Reuters News, June 11, 2021.

10. "Money&Markets," The Journal, June 11, 2021.

11. "PE Daily: Pennsylvania's Pension Board Battle Heats Up | Didi Chuxing Preps IPO | SoftBank Deal Boosts Klarna Valuation," WSJ Pro Private Equity, June 11, 2021.

12. "TaskUs shares expected to commence trading on NASDAQ; AP Planner; Future News Item; TaskUs," AP Planner, June 12, 2021.

13. "TaskUs shares expected to commence trading on NASDAQ; Advance Media Information; Future News Item; TaskUs," Kantar Media - Forward Planner, June 12, 2021.

14. "Exclusive: TaskUs founders on recent IPO and plans for growth, hiring," San Antonio Business Journal, June 14, 2021.

15. "Blackstone-backed TaskUs soars in market debut," SeeNews Deals, June 14, 2021.

16. "TaskUs IPO Lands Blackstone 5x Returns, Mcap Zooms to $3.2b," The Economic Times - Mumbai Edition, June 14, 2021.

17. "Blackstone Group makes part-exit from TaskUS," VCCircle, June 14, 2021.

18. "TaskUs Files 8K - Changes To Articles >TASK," Dow Jones Institutional News, June 15, 2021.

19. "TaskUs Files 8K - Changes To Hldr Rights >TASK," Dow Jones Institutional News, June 15, 2021.

20. "TaskUs Files 8K - Director, Officer or Compensation Filing >TASK," Dow Jones Institutional News, June 15, 2021.

21. "TaskUs Files 8K - Entry Into Definitive Agreement >TASK," Dow Jones Institutional News, June 15, 2021.

22. "TaskUs Files 8K - Other Events >TASK," Dow Jones Institutional News, June 15, 2021.

23. "CEO Coaching International(R) Client TaskUs Goes Public with Massive Nasdaq Debut," PR Newswire, June 15, 2021.

24. "TaskUs IPO lands Blackstone 5x returns," The Economic Times, June 15, 2021.

25. "'That's so Austin' and other spare parts from around San Antonio's tech scene," San Antonio Express-News, June 16, 2021.

26. "TaskUs Debuts on Nasdaq," Asia Private Equity Review News Flash, June 21, 2021.

27. "CEO Coaching International(R) Congratulates 7-Year Client TaskUs On IPO and Extraordinary Nasdaq Debut," ACCESSWIRE, June 22, 2021.

**Appendix B**
**Materials Considered**

28. "Property developers expand outside Metro Manila," *Manila Standard*, June 24, 2021.

29. "'Nadine, Together With Us' virtual concert gives tribute to drag queens, elderly gays," *Business Mirror*, June 25, 2021.

30. "Morgan Stanley kicks off buyer search for outsourcing group Probe," *AFR Online*, July 06, 2021.

31. "Multiple Firms Initiate Coverage On TaskUs," *Benzinga.com*, July 06, 2021.

32. "TaskUs Initiated at Buy by B of A Securities," *Dow Jones Institutional News*, July 06, 2021.

33. "TaskUs Initiated at Buy by Goldman Sachs," *Dow Jones Institutional News*, July 06, 2021.

34. "TaskUs Initiated at Outperform by Baird," *Dow Jones Institutional News*, July 06, 2021.

35. "TaskUs Initiated at Outperform by RBC Capital," *Dow Jones Institutional News*, July 06, 2021.

36. "TaskUs Initiated at Outperform by William Blair," *Dow Jones Institutional News*, July 06, 2021.

37. "TaskUs Initiated at Overweight by Wells Fargo," *Dow Jones Institutional News*, July 06, 2021.

38. "TaskUs Initiated at Buy by B of A Securities," *Dow Jones Newswires Chinese (English)*, July 06, 2021.

39. "TaskUs Initiated at Buy by Goldman Sachs," *Dow Jones Newswires Chinese (English)*, July 06, 2021.

40. "TaskUs Initiated at Equal-Weight by Morgan Stanley," *Dow Jones Newswires Chinese (English)*, July 06, 2021.

41. "TaskUs Initiated at Outperform by Baird," *Dow Jones Newswires Chinese (English)*, July 06, 2021.

42. "TaskUs Initiated at Outperform by RBC Capital," *Dow Jones Newswires Chinese (English)*, July 06, 2021.

43. "TaskUs Initiated at Overweight by Wells Fargo," *Dow Jones Newswires Chinese (English)*, July 06, 2021.

44. "TaskUs Price Target Announced at $34.00/Share by Morgan Stanley," *Dow Jones Newswires Chinese (English)*, July 06, 2021.

45. "TaskUs Price Target Announced at $35.00/Share by Wells Fargo," *Dow Jones Newswires Chinese (English)*, July 06, 2021.

46. "TaskUs Price Target Announced at $41.00/Share by B of A Securities," *Dow Jones Newswires Chinese (English)*, July 06, 2021.

47. "TaskUs Price Target Announced at $43.00/Share by RBC Capital," *Dow Jones Newswires Chinese (English)*, July 06, 2021.

48. "TaskUs Price Target Announced at $61.00/Share by Goldman Sachs," *Dow Jones Newswires Chinese (English)*, July 06, 2021.

49. "William Blair & Company LLC - TaskUs, Inc.: Initiation of Research Coverage," *Private Companies News via PUBT*, July 06, 2021.

50. "U.S. RESEARCH ROUNDUP-Atotech, Lifestance Health Group, Principal Financial Group," *Reuters News*, July 06, 2021.

51. "04:49 EDT TaskUs initiated with a Buy at Goldman SachsGoldman Sachs analyst...," *Theflyonthewall.com*, July 06, 2021.

52. "Fly Intel: Top five analyst initiations," *Theflyonthewall.com*, July 06, 2021.

53. "TaskUs initiated with a Buy at BofA," *Theflyonthewall.com*, July 06, 2021.

54. "TaskUs initiated with an Equal Weight at Morgan Stanley," *Theflyonthewall.com*, July 06, 2021.

55. "TaskUs initiated with an Outperform at Baird," *Theflyonthewall.com*, July 06, 2021.

56. "TaskUs initiated with an Outperform at RBC Capital," *Theflyonthewall.com*, July 06, 2021.

57. "TaskUs initiated with an Outperform at William Blair," *Theflyonthewall.com*, July 06, 2021.

58. "TaskUs initiated with an Overweight at Wells Fargo," *Theflyonthewall.com*, July 06, 2021.

59. "U.S. RESEARCH ROUNDUP-Beyond Meat, Masco, Nice," *Reuters News*, July 07, 2021.

60. "MS seeks buyer for Probe," *The Australian Financial Review*, July 07, 2021.

61. "19:08 EDT TaskUs initiated with a Buy at BTIGBTIG analyst Matthew VanVliet...," *Theflyonthewall.com*, July 08, 2021.

62. "TaskUs Initiated at Buy by BTIG," *Dow Jones Institutional News*, July 09, 2021.

63. "TaskUs Initiated at Buy by BTIG," *Dow Jones Newswires Chinese (English)*, July 09, 2021.

64. "TaskUs Price Target Announced at $45.00/Share by BTIG," *Dow Jones Newswires Chinese (English)*, July 09, 2021.

65. "U.S. RESEARCH ROUNDUP-MSC Industrial Direct, ServiceNow, Wayfair," *Reuters News*, July 09, 2021.

66. "Bhopal: 170 students from School of Social Sciences receive job offers from leading companies amidst corona pandemic," *Free Press Journal*, July 18, 2021.

67. "170 BSSS students get lucrative offer letters," *Free Press Journal*, July 19, 2021.

**Appendix B**
**Materials Considered**

68. "Yummy Secures USD4 Million in Venture Funding," MarketLine Financial Deals Tracker, July 20, 2021.

69. "Blackstone Earnings Jump as Investment Portfolio Appreciates -- WSJ," Dow Jones Institutional News, July 23, 2021.

70. "Blackstone Q2 earnings jump as portfolio appreciates; The private equity firm posted second-quarter net income of $1.31bn," Private Equity News, July 23, 2021.

71. "Flotations help profits to double at Blackstone," The Times, July 23, 2021.

72. "Banking & Finance: Blackstone Earnings Jump as Investment Portfolio Appreciates," The Wall Street Journal, July 23, 2021.

73. "TASKUS INC CL A, Inst Holders, 2Q 2021 (TASK)," Dow Jones Institutional News, July 24, 2021.

74. "Morgan Stanley probes PE, strategics for Probe CX: sale flyer," AFR Online, July 29, 2021.

75. "Press Release: TaskUs Inc . to Announce Second Quarter 2021 Financial Results on August 10, 2021," Dow Jones Institutional News, July 29, 2021.

76. "TaskUs Inc. to Announce Second Quarter 2021 Financial Results on August 10, 2021," GlobeNewswire, July 29, 2021.

77. "Calendar of U.S. Earnings Expected in the Week Ahead," Dow Jones Institutional News, August 04, 2021.

78. "Calendar of U.S. Earnings Expected in the Week -8-," Dow Jones Newswires Chinese (English), August 04, 2021.

79. "What kind of jobs are available in Cali?," CE NoticiasFinancieras, August 05, 2021.

80. "Calendar of U.S. Earnings Expected in the Week Ahead," Dow Jones Institutional News, August 05, 2021.

81. "Calendar of U.S. Earnings Expected in the Week -6-," Dow Jones Newswires Chinese (English), August 05, 2021.

82. "Calendar of U.S. Earnings Expected in the Week Ahead," Dow Jones Institutional News, August 06, 2021.

83. "Calendar of U.S. Earnings Expected in the Week -3-," Dow Jones Newswires Chinese (English), August 06, 2021.

84. "Taskus Inc:Profits of 35 cents per share anticipated for second quarter," Reuters News, August 06, 2021.

85. "SABJ presents the honorees for the 2021 C-Suite Awards," San Antonio Business Journal, August 06, 2021.

86. "Calendar of U.S. Earnings Expected in the Week Ahead," Dow Jones Institutional News, August 09, 2021.

87. "Calendar of U.S. Earnings Expected in the Week -3-," Dow Jones Newswires Chinese (English), August 09, 2021.

88. "TaskUs reports fiscal Q2 2021 results," MarketLine News and Comment, August 09, 2021.

89. "Calendar of U.S. Earnings Expected in the Week Ahead," Dow Jones Institutional News, August 10, 2021.

90. "Press Release: TaskUs Announces Fiscal Second Quarter 2021 Results," Dow Jones Institutional News, August 10, 2021.

91. "Calendar of U.S. Earnings Expected in the Week Ahead," Dow Jones Newswires Chinese (English), August 10, 2021.

92. "TaskUs 2Q Rev $180M >TASK," Dow Jones Newswires Chinese (English), August 10, 2021.

93. "TaskUs Announces Fiscal Second Quarter 2021 Results," GlobeNewswire, August 10, 2021.

94. "BRIEF-Taskus Announces Fiscal Second Quarter 2021 Results," Reuters News, August 10, 2021.

95. "Taskus Inc reports results for the quarter ended in June - Earnings Summary," Reuters News, August 10, 2021.

96. "Taskus Inc: Profits of 32  cents announced for second quarter," Reuters News, August 10, 2021.

97. "TaskUs Inc. - Insider Trading Report (SEC Filing - 4)," Securities and Exchange Commission (SEC) Filings, August 10, 2021.

98. "TaskUs Inc. - Insider Trading Report (SEC Filing - 4)," Securities and Exchange Commission (SEC) Filings, August 10, 2021.

99. "TaskUs Inc. - TaskUs Announces Fiscal Second Quarter 2021 Results (Form 8-K)," Securities and Exchange Commission (SEC) Filings, August 10, 2021.

100. "Q2 2021 Taskus Inc Earnings Call - Final," VIQ FD Disclosure, August 10, 2021.

101. "Nasdaq Net Change Percentage Gainers & Losers," Dow Jones Institutional News, August 11, 2021.

102. "TaskUs CEO Bryce Maddock on Q2 2021 Results -- Earnings Call Transcript >TASK," Dow Jones Institutional News, August 11, 2021.

103. "U.S. RESEARCH ROUNDUP-3D Systems, On24, WW International," Reuters News, August 11, 2021.

**Appendix B**
**Materials Considered**

104. "TaskUs Inc. - Quarterly Report (SEC Filing - 10-Q)," Securities and Exchange Commission (SEC) Filings, August 11, 2021.

105. "TaskUs reports more than 57% year-over-year revenue growth in first earnings report since IPO," San Antonio Business Journal Online, August 12, 2021.

106. "Dow Jones Dives Almost 400 Points; Tesla Crashes Under Key Support; Home Depot Plunges," Investor's Business Daily, August 17, 2021.

107. "U.S. RESEARCH ROUNDUP-CF Industries, DXC Technology, Rackspace Technology," Reuters News, August 17, 2021.

108. "08:38 EDT TaskUs price target raised to $52 from $50 at JPMorganJPMorgan analyst...," Theflyonthewall.com, August 17, 2021.

109. "Endeavor Adds Tech Executive Jacqueline Reses To Board Of Directors," Deadline, August 18, 2021.

110. "*Endeavor Appoints Jacqueline Reses to Bd of Directors," Dow Jones Institutional News, August 18, 2021.

111. "Stocks With Rising Relative Price Strength: Taskus," Investor's Business Daily, August 18, 2021.

112. "TaskUs Greece announces company-paid healthcare benefits for employees and unlimited number of dependents," Contify Life Science News, August 20, 2021.

113. "North American Morning Briefing: Dow on Track to Erase August's Gains as Futures Slide," Dow Jones Institutional News, August 20, 2021.

114. "Press Release: TaskUs Ensures All 30,000+ Employees Benefit from Company IPO," Dow Jones Institutional News, August 23, 2021.

115. "TaskUs Ensures All 30,000+ Employees Benefit from Company IPO," GlobeNewswire, August 23, 2021.

116. "Blackstone buys 74% in ASK Group for $1 billion," The Economic Times, August 26, 2021.

117. "Fast-Growing Stocks: See 18 Companies Expecting Up To 747% Earnings Growth In Q3," Investor's Business Daily, August 27, 2021.

118. "The Silent Partner Cleaning Up Facebook for $500 Million a Year," NYTimes.com Feed, August 31, 2021.

119. "The Silent Partner Cleaning Up Facebook for $500 Million a Year," International New York Times, September 02, 2021.

120. "The silent partner cleaning up Facebook for $500m a year; Accenture is central to the social network's efforts to keep toxic material off its platform," The Irish Times, September 02, 2021.

121. "Upstart Heads List of Top IPOs Backed by Private Equity or Venture Capital -- Barrons.com," Dow Jones Institutional News, September 03, 2021.

122. "Fast-Growing Stocks: See 18 Companies Expecting Up To 749% Earnings Growth In Q3," Investor's Business Daily, September 03, 2021.

123. "El socio silencioso que hace la limpieza de Facebook por 500 millones al año," NYTimes.com Feed, September 03, 2021.

124. "Fast-Growing Stocks: Apple, GOOGL Stock Among 24 Names Expecting 65% To 749% Growth In Q3," Investor's Business Daily, September 08, 2021.

125. "Press Release: TaskUs Appoints Kelly Tuminelli To Board of Directors," Dow Jones Institutional News, September 09, 2021.

126. "BRIEF-Taskus Inc - On September 7, Board Increased Size Of Board From Six To Seven Members," Reuters News, September 09, 2021.

127. "TaskUs Inc. - Initial Insider Trading Report (SEC Filing - 3)," Securities and Exchange Commission (SEC) Filings, September 09, 2021.

128. "TaskUs Inc. - Insider Trading Report (SEC Filing - 4)," Securities and Exchange Commission (SEC) Filings, September 09, 2021.

129. "TaskUs Inc. - TaskUs Appoints Kelly Tuminelli To Board of Directors (Form 8-K)," Securities and Exchange Commission (SEC) Filings, September 09, 2021.

130. "Do These Two Growth Stock Leaders Have More Runway Ahead After Big Rally?," Investor's Business Daily, September 10, 2021.

131. "TaskUs Appoints Kelly Tuminelli To Board of Directors," Palestine News Agency (WAFA), September 10, 2021.

132. "TaskUs adds new board director," San Antonio Business Journal Online, September 10, 2021.

133. "Press Release: TaskUs Celebrates 13th Anniversary, Announces Planned Office Expansions," Dow Jones Institutional News, September 13, 2021.

**Appendix B**
**Materials Considered**

134. "Press Release: TaskUs Celebrates 13th Anniversary, Announces Planned Office Expansions," Dow Jones Institutional News, September 13, 2021.

135. "How To Invest In Stocks: IBD Digital Webinar Notes," Investor's Business Daily, September 13, 2021.

136. "TaskUs Celebrates 13th Anniversary, Announces Planned Office Expansions," Nasdaq / Globenewswire, September 13, 2021.

137. "Where TaskUs Stands With Analysts," Benzinga.com, September 14, 2021.

138. "TaskUs Cut to Neutral From Buy by B of A Securities," Dow Jones Newswires Chinese (English), September 14, 2021.

139. "TaskUs Price Target Raised to $65.00/Share From $42.00 by B of A Securities," Dow Jones Newswires Chinese (English), September 14, 2021.

140. "Fastest-Growing IPO Stocks: 10 IPOs Expecting Up To 25,478% Growth In 2021," Investor's Business Daily, September 14, 2021.

141. "U.S. RESEARCH ROUNDUP- Amazon.com, Fedex, Taboola.com," Reuters News, September 14, 2021.

142. "06:07 EDT TaskUs downgraded to Neutral from Buy at BofABofA analyst Jason...," Theflyonthewall.com, September 14, 2021.

143. "06:41 EDT TaskUs downgraded to Neutral at BofA after 'huge run'As previously...," Theflyonthewall.com, September 14, 2021.

144. "09:53 EDT Fly Intel: Top five analyst downgrades Catch up on today's top five...," Theflyonthewall.com, September 14, 2021.

145. "North American Morning Briefing: Stock Futures Tick Up After Market Pullback," Dow Jones Institutional News, September 15, 2021.

146. "2021 C-suite Awards honoree: Bryce Maddock," San Antonio Business Journal, September 16, 2021.

147. "Dow Jones Today, Stocks Slip Into Witching Day; Snap Gets Some Zynga; Invesco-State Street Deal Chatter," Investor's Business Daily, September 17, 2021.

148. "Briefs," BusinessWorld, September 20, 2021.

149. "Fast-Growing Stocks: Nvidia, GOOGL Stock Among 17 Names Expecting Up To 776% Growth In Q3," Investor's Business Daily, September 21, 2021.

150. "Nasdaq Net Change Percentage Gainers & Losers," Dow Jones Institutional News, September 24, 2021.

151. "Nasdaq Net Change Percentage Gainers & Losers," Dow Jones Newswires Chinese (English), September 24, 2021.

152. "Fastest-Growing IPO Stocks: 20 IPOs Expecting Up To 900% Growth In 2021," Investor's Business Daily, September 24, 2021.

153. "12 Information Technology Stocks Moving In Wednesday's Intraday Session," Benzinga.com, September 29, 2021.

154. "Nasdaq Net Change Percentage Gainers & Losers," Dow Jones Institutional News, September 29, 2021.

155. "Nasdaq Net Change Percentage Gainers & Losers," Dow Jones Newswires Chinese (English), September 29, 2021.

156. "Will These Two IBD Sector Leaders Withstand The New Market Correction?," Investor's Business Daily, October 01, 2021.

157. "Late-Trading Activity (4 p.m. - 6 p.m. Eastern Time)," Dow Jones Institutional News, October 06, 2021.

158. "Dow Jones Today, Stocks, Global Markets Rally On Possible Senate Debt Compromise," Investor's Business Daily, October 07, 2021.

159. "Fast-Growing Stocks: GOOGL Stock Among 24 Names Expecting Up To 800% Growth In Q3," Investor's Business Daily, October 07, 2021.

160. "2021 Diversity and Inclusion Awards honoree: TaskUs Inc.," San Antonio Business Journal, October 08, 2021.

161. "Blackstone may get 5x return on Fino investment," Mint, October 10, 2021.

162. "Fast-Growing Stocks: GOOGL Stock Among 26 Names Expecting Up To 806% Growth In Q3," Investor's Business Daily, October 12, 2021.

163. "Nasdaq Net Change Percentage Gainers & Losers," Dow Jones Institutional News, October 13, 2021.

164. "Nasdaq Net Change Percentage Gainers & Losers," Dow Jones Newswires Chinese (English), October 13, 2021.

165. "How To Invest In Stocks: IBD Digital Webinar Notes," Investor's Business Daily, October 13, 2021.

**Appendix B**
**Materials Considered**

166. "3 Tech Stock Sector Leaders Ride High As Uptrend Gets Underway," Investor's Business Daily, October 15, 2021.

167. "IBD 50 Stock Evercore Tests Buy Point As Wall Street Expects 168% Q3 Growth," Investor's Business Daily, October 15, 2021.

168. "Late-Trading Activity (4 p.m. - 6 p.m. Eastern Time)," Dow Jones Institutional News, October 18, 2021.

169. "Nasdaq Net Change Percentage Gainers & Losers," Dow Jones Institutional News, October 18, 2021.

170. "Press Release: TaskUs Announces Launch of Secondary Offering of Class A Common Stock," Dow Jones Institutional News, October 18, 2021.

171. "TaskUs Shares Fall on Secondary Offering by Some Shareholders," Dow Jones Institutional News, October 18, 2021.

172. "Nasdaq Net Change Percentage Gainers & Losers," Dow Jones Newswires Chinese (English), October 18, 2021.

173. "TaskUs Shares Fall on Secondary Offering by Some Shareholders," Dow Jones Newswires Chinese (English), October 18, 2021.

174. "TaskUs Announces Launch of Secondary Offering of Class A Common Stock," GlobeNewswire, October 18, 2021.

175. "TaskUs Inc. - Initial Registration Statement (Form S-1)," Securities and Exchange Commission (SEC) Filings, October 18, 2021.

176. "TaskUs Inc. - Results of Operations and Financial Condition - Form 8-K," Securities and Exchange Commission (SEC) Filings, October 18, 2021.

177. "16:11 EDT TaskUs files to sell 10M shares of common stockGoldman Sachs & Co. LLC...," Theflyonthewall.com, October 18, 2021.

178. "Calendar Of Equity Issues Expected To Price This Week," Dow Jones Institutional News, October 19, 2021.

179. "BUZZ-U.S. STOCKS ON THE MOVE-Procter & Gamble, Kansas City Southern, Atea Pharma," Reuters News, October 19, 2021.

180. "BUZZ-U.S. STOCKS ON THE MOVE-Silvergate Capital Corp, Dover Corp , AT&T ,," Reuters News, October 19, 2021.

181. "BUZZ-U.S. STOCKS ON THE MOVE-Ulta Beauty, Halliburton, Coinbase Global, Atea," Reuters News, October 19, 2021.

182. "BUZZ-U.S. STOCKS ON THE MOVE-Walmart , Johnson & Johnson , Albemarle," Reuters News, October 19, 2021.

183. "Calendar Of Equity Issues Expected To Price This Week," Dow Jones Institutional News, October 20, 2021.

184. "Press Release: TaskUs Announces Upsizing and Pricing of Secondary Offering of Class A Common Stock," Dow Jones Institutional News, October 20, 2021.

185. "TaskUs Announces Upsizing and Pricing of Secondary Offering of Class A Common Stock," GlobeNewswire, October 20, 2021.

186. "BRIEF-TaskUs Announces Pricing Of Public Offering Of 10 Mlln Shares Of TaskUs Class A Common Stock By Certain Of Its Selling Stockholde...," Reuters News, October 20, 2021.

187. "TaskUs expands office space at New Braunfels headquarters," San Antonio Business Journal, October 20, 2021.

188. "TaskUs Inc. - Additional Securities Registration Statement (Form S-1MEF)," Securities and Exchange Commission (SEC) Filings, October 20, 2021.

189. "TaskUs Inc. - Notice of Effectiveness (Form EFFECT)," Securities and Exchange Commission (SEC) Filings, October 20, 2021.

190. "22:18 EDT TaskUs 12.078M share Secondary priced at $63.50he deal size was...," Theflyonthewall.com, October 20, 2021.

191. "How To Invest In Stocks: IBD Digital Webinar Notes," Investor's Business Daily, October 21, 2021.

192. "Fast-Growing Stocks: GOOGL Stock Among 25 Names Expecting Up To 350% Growth In Q3," Investor's Business Daily, October 22, 2021.

193. "TaskUs Inc. - Supplemental Prospectus (Form 424B4)," Securities and Exchange Commission (SEC) Filings, October 22, 2021.

194. "Blackstone reports a 3.9x MOIC for first Asia fund; collects $10 bn for two new Asia funds," VCCircle, October 22, 2021.

195. "TASKUS INC CL A, Inst Holders, 3Q 2021 (TASK)," Dow Jones Institutional News, October 24, 2021.

**Appendix B**
**Materials Considered**

196. "Press Release: TaskUs Announces Closing of Upsized Secondary Offering of Class A Common Stock," Dow Jones Institutional News, October 25, 2021.

197. "Press Release: TaskUs, Inc . to Announce Third Quarter 2021 Financial Results on November 10, 2021," Dow Jones Institutional News, October 25, 2021.

198. "TaskUs Announces Closing of Upsized Secondary Offering of Class A Common Stock," GlobeNewswire, October 25, 2021.

199. "TaskUs, Inc. to Announce Third Quarter 2021 Financial Results on November 10, 2021," GlobeNewswire, October 25, 2021.

200. "TaskUs Announces Closing of Upsized Secondary Offering of Class A Common Stock," Gulf Daily News, October 26, 2021.

201. "Blackstone's India unit harvests over $500 mn in new exit move," The Capital Quest, October 26, 2021.

202. "TaskUs Inc. - Statement of Changes in Beneficial Ownership (Form 4)," Securities and Exchange Commission (SEC) Filings, October 27, 2021.

203. "TaskUs Inc. - Statement of Changes in Beneficial Ownership (Form 4)," Securities and Exchange Commission (SEC) Filings, October 27, 2021.

204. "TaskUs Inc. - Statement of Changes in Beneficial Ownership (Form 4)," Securities and Exchange Commission (SEC) Filings, October 27, 2021.

205. "TaskUs Inc. - Statement of Changes in Beneficial Ownership (Form 4)," Securities and Exchange Commission (SEC) Filings, October 27, 2021.

206. "TaskUs Inc. - Initial Statement of Beneficial Ownership (Form 3)," Securities and Exchange Commission (SEC) Filings, November 01, 2021.

207. "TaskUs Inc. - Statement of Changes in Beneficial Ownership (Form 4)," Securities and Exchange Commission (SEC) Filings, November 01, 2021.

208. "Press Release: TaskUs Announces Executive Leadership Appointments," Dow Jones Institutional News, November 02, 2021.

209. "Press Release: TaskUs Announces Executive Leadership Appointments," Dow Jones Institutional News, November 02, 2021.

210. "TaskUs Announces Executive Leadership Appointments," GlobeNewswire, November 02, 2021.

211. "12:03 EDT TaskUs: Claudia Walsh joined as general counsel in OctoberTaskUs said...," Theflyonthewall.com, November 02, 2021.

212. "Calendar of U.S. Earnings Expected in the Week Ahead," Dow Jones Institutional News, November 04, 2021.

213. "Calendar of U.S. Earnings Expected in the Week -8-," Dow Jones Newswires Chinese (English), November 04, 2021.

214. "Calendar of U.S. Earnings Expected in the Week Ahead," Dow Jones Institutional News, November 05, 2021.

215. "Calendar of U.S. Earnings Expected in the Week -5-," Dow Jones Newswires Chinese (English), November 05, 2021.

216. "Calendar of U.S. Earnings Expected in the Week Ahead," Dow Jones Institutional News, November 08, 2021.

217. "Calendar of U.S. Earnings Expected in the Week -5-," Dow Jones Newswires Chinese (English), November 08, 2021.

218. "Taskus Inc expected to post earnings of 32 cents a share - Earnings Preview," Reuters News, November 08, 2021.

219. "Taskus Inc: Profits of 32 cents per share anticipated for third quarter," Reuters News, November 08, 2021.

220. "U.S. RESEARCH ROUNDUP-BTRS Holdings, Fair Isaac, Monmouth Real Estate Investment," Reuters News, November 08, 2021.

221. "Calendar of U.S. Earnings Expected in the Week Ahead," Dow Jones Institutional News, November 09, 2021.

222. "Calendar of U.S. Earnings Expected in the Week -4-," Dow Jones Newswires Chinese (English), November 09, 2021.

223. "Calendar of U.S. Earnings Expected in the Week Ahead," Dow Jones Institutional News, November 10, 2021.

224. "Press Release: TaskUs Announces Fiscal Third Quarter 2021 Results," Dow Jones Institutional News, November 10, 2021.

225. "TaskUs' CEO Bryce Maddock on Q3 2021 Results -- Earnings Call Transcript >TASK," Dow Jones Institutional News, November 10, 2021.

**Appendix B**
**Materials Considered**

226. "Calendar of U.S. Earnings Expected in the Week -2-," Dow Jones Newswires Chinese (English), November 10, 2021.

227. "TaskUs 3Q EPS 11c >TASK," Dow Jones Newswires Chinese (English), November 10, 2021.

228. "TaskUs Announces Fiscal Third Quarter 2021 Results," GlobeNewswire, November 10, 2021.

229. "BRIEF-Taskus Posts Q3 EPS Of $0.11," Reuters News, November 10, 2021.

230. "TaskUs revenue jumps as New Braunfels-based firm adds clients and employees," San Antonio Express-News: Web Edition, November 10, 2021.

231. "TaskUs Inc. - TaskUs Announces Fiscal Third Quarter 2021 Results - Form 8-K," Securities and Exchange Commission (SEC) Filings, November 10, 2021.

232. "16:22 EST TaskUs sees FY21 revenue $747M-$751M, consensus $715.63MSees adjusted...," Theflyonthewall.com, November 10, 2021.

233. "evidence that our investment in building the best employee experience in our...," Theflyonthewall.com, November 10, 2021.

234. "Q3 2021 Taskus Inc Earnings Call - Final," VIQ FD Disclosure, November 10, 2021.

235. "RBC Capital Raises TaskUs Price Target By 60% Post Q3 Results," Benzinga.com, November 11, 2021.

236. "TaskUs Is Maintained at Outperform by RBC Capital," Dow Jones Institutional News, November 11, 2021.

237. "TaskUs Is Maintained at Outperform by RBC Capital," Dow Jones Newswires Chinese (English), November 11, 2021.

238. "TaskUs Price Target Raised to $69.00/Share From $43.00 by RBC Capital," Dow Jones Newswires Chinese (English), November 11, 2021.

239. "Taskus Inc reports results for the quarter ended in September - Earnings Summary," Reuters News, November 11, 2021.

240. "Taskus Inc: Profits of 30  cents announced for third quarter," Reuters News, November 11, 2021.

241. "U.S. RESEARCH ROUNDUP-Autoweb, Guild Holdings, Oceanfirst Financial," Reuters News, November 11, 2021.

242. "09:42 EST TaskUs price target raised to $69 from $43 at RBC CapitalRBC Capital...," Theflyonthewall.com, November 11, 2021.

243. "Inside IBD 50: A White-Knuckle Week Leaves Some Growth Stocks In Bases, Buy Ranges," Investor's Business Daily, November 12, 2021.

244. "Press Release: TaskUs to Present at J.P. Morgan 's 2021 Ultimate Services Investor Conference," Dow Jones Institutional News, November 17, 2021.

245. "TaskUs to Present at J.P. Morgan's 2021 Ultimate Services Investor Conference," GlobeNewswire, November 17, 2021.

246. "How To Invest In Stocks: IBD Digital Webinar Notes," Investor's Business Daily, November 17, 2021.

247. "12 Information Technology Stocks Moving In Thursday's After-Market Session," Benzinga.com, November 18, 2021.

248. "Taskus Inc at JPMorgan Ultimate Services Investor Conference (Virtual) - Final," VIQ FD Disclosure, November 18, 2021.

249. "TaskUs Files USD647.6 Million in Secondary Offering of Class A Common Stock," MarketLine Financial Deals Tracker, November 20, 2021.

250. "TaskUs Raises USD766.91 Million in Secondary Offering of Class A Common Stock," MarketLine Financial Deals Tracker, November 20, 2021.

251. "BUZZ-U.S. STOCKS ON THE MOVE-Zoom, Udemy, Walt Disney," Reuters News, November 23, 2021.

252. "10 Information Technology Stocks Moving In Wednesday's After-Market Session," Benzinga.com, November 24, 2021.

253. "TaskUs Inc. - Statement of Changes in Beneficial Ownership (Form 4)," Securities and Exchange Commission (SEC) Filings, November 24, 2021.

254. "Bryce Maddock CEO of TaskUs in top 13% of NASDAQ CEO Scorecard for revenue growth in quarter ended September 2021 Wednesday December 01, 2021," People in Business, December 01, 2021.

255. "12 Information Technology Stocks Moving In Wednesday's After-Market Session," Benzinga.com, December 08, 2021.

256. "Late-Trading Activity (4 p.m. - 6 p.m. Eastern Time)," Dow Jones Institutional News, December 08, 2021.

**Appendix B**
**Materials Considered**

257. "U.S. RESEARCH ROUNDUP-Elastic, Prometheus Biosciences, Stitch Fix," Reuters News, December 08, 2021.

258. "09:00 EST TaskUs price target lowered to $62 from $69 at RBC CapitalRBC Capital...," Theflyonthewall.com, December 08, 2021.

259. "Morgan Stanley Sees Compelling Entry Point In TaskUs; Anticipates 30% Upside," Benzinga.com, December 13, 2021.

260. "TaskUs Raised to Overweight From Equal-Weight by Morgan Stanley," Dow Jones Institutional News, December 13, 2021.

261. "TaskUs Price Target Raised to $55.00/Share From $37.00 by Morgan Stanley," Dow Jones Newswires Chinese (English), December 13, 2021.

262. "TaskUs Raised to Overweight From Equal-Weight by Morgan Stanley," Dow Jones Newswires Chinese (English), December 13, 2021.

263. "U.S. RESEARCH ROUNDUP-Cambium Networks, Coca-Cola, Sweetgreen," Reuters News, December 13, 2021.

264. "06:22 EST TaskUs upgraded to Overweight from Equal Weight at Morgan...," Theflyonthewall.com, December 13, 2021.

265. "North American Morning Briefing: Stocks to Edge Down as Investors Gear for Fed," Dow Jones Institutional News, December 14, 2021.

266. "Press Release: TaskUs Announces Expansions in Asia and Europe," Dow Jones Institutional News, December 14, 2021.

267. "Press Release: TaskUs Announces Expansions in Asia and Europe," Dow Jones Institutional News, December 14, 2021.

268. "BRIEF-Taskus Announces Expansions In Asia And Europe," Reuters News, December 14, 2021.

269. "12:02 EST TaskUs announces expansion plans for Malaysia, Poland, RomaniaTaskUs...," Theflyonthewall.com, December 14, 2021.

270. "TASKUS ANNOUNCES ASIA AND EUROPE EXPANSIONS," Bernama: The Malaysian National News Agency, December 15, 2021.

271. "TaskUs Announces Expansions in Asia and Europe," CTK Business News, December 15, 2021.

272. "U.S. outsourcing services co TaskUs to open office in Romania in H1 2022," SeeNews - The Corporate Wire, December 15, 2021.

273. "Task Force: Business services firm cuts ribbon on unique new space at Valle Vista Mall," Valley Morning Star, December 15, 2021.

274. "TaskUs announces strategic partnership with ASAPP," MarketLine News and Comment, December 16, 2021.

275. "TaskUs Inc. - Statement of Changes in Beneficial Ownership (Form 4)," Securities and Exchange Commission (SEC) Filings, December 16, 2021.

276. "TaskUs Inc. - Statement of Changes in Beneficial Ownership (Form 4)," Securities and Exchange Commission (SEC) Filings, December 16, 2021.

277. "Press Release: TaskUs Partners with Artificial Intelligence Provider ASAPP to Offer a Customer Experience of the Future," Dow Jones Institutional News, December 17, 2021.

278. "TaskUs Partners with Artificial Intelligence Provider ASAPP to Offer a Customer Experience of the Future," GlobeNewswire, December 17, 2021.

279. "BRIEF-Taskus Partners With Artificial Intelligence Provider ASAPP," Reuters News, December 17, 2021.

280. "09:02 EST TaskUs announces strategic partnership with ASAPPTaskUs has announced...," Theflyonthewall.com, December 17, 2021.

281. "12:40 EST TaskUs participates in a conference call with BTIGApplication Software...," Theflyonthewall.com, December 17, 2021.

282. "Taskus Stock Sees Composite Rating Move Up To 96," Investor's Business Daily, December 20, 2021.

283. "U.S. RESEARCH ROUNDUP- Amgen, Firstcash, Nike," Reuters News, December 21, 2021.

284. "06:35 EST TaskUs price target lowered to $70 from $75 at BTIGBTIG analyst...," Theflyonthewall.com, December 21, 2021.

285. "GOOGL Stock, 2021 IPOs Among 29 Of Today's Fastest-Growing Stocks," Investor's Business Daily, December 23, 2021.

286. "New residents fuel Harlingen's housing market," Valley Morning Star, December 25, 2021.

**Appendix B**
**Materials Considered**

287. "Year in Review: 10 most read private equity articles in 2021," SNL Financial Extra, December 29, 2021.

288. "Taskus Inc. Taskus, Inc. Files SEC Form 4, Statement of Changes in Beneficial Ownership of Securities: (Dec. 16, 2021)," Computer Weekly News, December 30, 2021.

289. "Who Joins GOOGL Stock Among 28 Of Today's Fastest-Growing Stocks?," Investor's Business Daily, December 30, 2021.

290. "A sneak preview of SABJ's Business of the Year finalists (part 3 of 3)," San Antonio Business Journal, December 30, 2021.

291. "BofA Turns Bullish On TaskUs, Sees Sharp Upside," Benzinga.com, January 06, 2022.

292. "TaskUs: Debt Overview," Benzinga.com, January 06, 2022.

293. "TaskUs Raised to Buy From Neutral by B of A Securities," Dow Jones Institutional News, January 06, 2022.

294. "U.S. RESEARCH ROUNDUP-Akamai Technologies, Gitlab, RPM International," Reuters News, January 06, 2022.

295. "06:08 EST TaskUs upgraded to Buy from Neutral at BofABofA analyst Jason...," Theflyonthewall.com, January 06, 2022.

296. "06:38 EST TaskUs upgraded to Buy from Neutral at BofABofA analyst Jason...," Theflyonthewall.com, January 06, 2022.

297. "North American Morning Briefing: Stock Futures Tick Up Ahead of Jobs Report," Dow Jones Institutional News, January 07, 2022.

298. "Financials, Big Tech Stocks AMD, Apple, Nvidia Lead New Buys By The Best Mutual Funds," Investor's Business Daily, January 07, 2022.

299. "21:21 EST TaskUs initiated with a Buy at Goldman SachsGoldman Sachs analyst...," Theflyonthewall.com, January 09, 2022.

300. "Goldman Sachs Likes IT Services Stocks. It Prefers Cognizant to IBM, Accenture.," Barron's Online, January 10, 2022.

301. "Analyst Ratings For TaskUs," Benzinga.com, January 10, 2022.

302. "TaskUs Initiated at Buy by Goldman Sachs," Dow Jones Institutional News, January 10, 2022.

303. "U.S. RESEARCH ROUNDUP-Comerica, Core & Main, Nike," Reuters News, January 10, 2022.

304. "Podcast: The president of TaskUs discusses the rocky road to success," San Antonio Business Journal, January 14, 2022.

305. "Late-Trading Activity (4 p.m. - 6 p.m. Eastern Time)," Dow Jones Institutional News, January 19, 2022.

306. "Why Are TaskUs Shares Trading Lower Today?," Benzinga.com, January 20, 2022.

307. "INVESTOR ALERT: Law Offices of Howard G. Smith Announces Investigation of TaskUs, Inc. (TASK) on Behalf of Investors," Business Wire, January 20, 2022.

308. "Spruce Point Capital Management Announces Investment Opinion: Releases Report and Strong Sell Research Opinion on TaskUs, Inc. (NASDAQ: TASK)," Business Wire, January 20, 2022.

309. "(TASK) NEWS: Did You Lose Money on Your TaskUs Investment? Contact Johnson Fistel Regarding Investigation," GlobeNewswire, January 20, 2022.

310. "HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages TaskUs, Inc. (TASK) Investors to Contact Firm's Attorneys, Firm Investigating Possible Securities Law Violations," GlobeNewswire, January 20, 2022.

311. "TaskUs Investors With Financial Losses Encouraged To Contact Kehoe Law Firm, P.C.," GlobeNewswire, January 20, 2022.

312. "SHAREHOLDER ALERT: Investigation of TaskUs, Inc. Announced by Holzer & Holzer, LLC," Newsfile, January 20, 2022.

313. "$26.70 per share. Spruce Point finds evidence that CEO and co-founder Bryce...," Theflyonthewall.com, January 20, 2022.

314. "09:35 EST TaskUs falls 15% to $30.38 after Spruce Point short report," Theflyonthewall.com, January 20, 2022.

315. "11:46 EST TaskUs says short seller report's 'sole purpose' is to benefit Spruce...[2]," Theflyonthewall.com, January 20, 2022.

316. "12:35 EST TaskUs issues raised in short report well known, says BairdBaird...," Theflyonthewall.com, January 20, 2022.

**Appendix B**
**Materials Considered**

317. "Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm, Announces Investigation of TaskUs, Inc. (TASK) on Behalf of Investors," Business Wire, January 21, 2022.

318. "TASKUS ALERT: Bragar Eagel & Squire, P.C. is Investigating TaskUs, Inc. on Behalf of TaskUs Stockholders and Encourages Investors to Contact the Firm," Business Wire, January 21, 2022.

319. "The Law Offices of Frank R. Cruz Announces Investigation of TaskUs, Inc. (TASK) on Behalf of Investors," Business Wire, January 21, 2022.

320. "Press Release: TaskUs Issues Statement[2]," Dow Jones Institutional News, January 21, 2022.

321. "TaskUs Says Short Seller Report Has 'Numerous Inaccuracies'," Dow Jones Institutional News, January 21, 2022.

322. "Bragar Eagel & Squire, P.C. Is Investigating Medallion Financial, Clarivate, TaskUs, and Applied Therapeutics and Encourages Investors to Contact the Firm," GlobeNewswire, January 21, 2022.

323. "Investigation Alert: Kessler Topaz Meltzer & Check, LLP is Investigating Securities Fraud Claims on Behalf of TaskUs, Inc. (NASDAQ: TASK) Investors," GlobeNewswire, January 21, 2022.

324. "TaskUs Investors With Financial Losses Encouraged To Contact Kehoe Law Firm, P.C.," GlobeNewswire, January 21, 2022.

325. "TaskUs Issues Statement[2]," GlobeNewswire, January 21, 2022.

326. "Fund shorts FB screener[2]," New York Post, January 21, 2022.

327. "(TASK) NEWS: Did You Lose Money on Your TaskUs Investment? Contact Johnson Fistel Regarding Investigation," Newsfile, January 21, 2022.

328. "SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of TaskUs, Inc. - TASK," PR Newswire, January 21, 2022.

329. "BRIEF-Taskus Inc - Aware Of Recent Report Published By A Short Seller," Reuters News, January 21, 2022.

330. "15:02 EST TaskUs: Short seller report contains 'inaccuracies and...[2]," Theflyonthewall.com, January 21, 2022.

331. "SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of TaskUs, Inc. - TASK," GlobeNewswire, January 23, 2022.

332. "SHAREHOLDER ALERT: Robbins LLP Investigates TaskUs, Inc. (TASK) on Behalf of Shareholders," Business Wire, January 24, 2022.

333. "Press Release: Glancy Prongay & Murray LLP , a Leading Securities Fraud Law Firm, Announces Investigation of TaskUs, Inc . (TASK) on Behalf of Investors," Dow Jones Institutional News, January 24, 2022.

334. "Press Release: HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages TaskUs, Inc. (TASK) Investors to Contact Firm's Attorneys, Firm Investigating Possible Securities Law Violations," Dow Jones Institutional News, January 24, 2022.

335. "TASKUS INC CL A, Inst Holders, 4Q 2021 (TASK)," Dow Jones Institutional News, January 24, 2022.

336. "Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm, Announces Investigation of TaskUs, Inc. (TASK) on Behalf of Investors," PR Newswire, January 24, 2022.

337. "HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages TaskUs, Inc. (TASK) Investors to Contact Firm's Attorneys, Firm Investigating Possible Securities Law Violations," PR Newswire, January 24, 2022.

338. "INVESTOR ALERT: Law Offices of Howard G. Smith Announces Investigation of TaskUs, Inc. (TASK) on Behalf of Investors," PR Newswire, January 24, 2022.

*Analyst Reports*

1. "TaskUs, Inc. (TASK): Initiating Coverage at Outperform," Baird, July 06, 2021.
2. "TaskUs, Inc. (TASK): Q2 Preview," Baird, July 20, 2021.
3. "TaskUs, Inc. (TASK): Details on Q2 Results," Baird, August 10, 2021.
4. "TaskUs, Inc. (TASK): Initial Comments on Q2 Results," Baird, August 10, 2021.
5. "TaskUs, Inc. (TASK): Preannounced Q3 Results; Secondary Offering Complete," Baird, October 21, 2021.
6. "TaskUs, Inc. (TASK): Details on Q3 Results," Baird, November 10, 2021.
7. "TaskUs, Inc. (TASK): Initial Comments on Q3 Results," Baird, November 10, 2021.
8. "TaskUs, Inc. (TASK): Presented at a Competitor Conference," Baird, November 18, 2021.
9. "TaskUs, Inc. (TASK): Tweaking Model; We Like the Stock," Baird, November 22, 2021.
10. "TaskUs, Inc. (TASK): Short Report Creates Big Pullback; We Like the Stock," Baird, January 20, 2022.
11. "TaskUs, Inc. (TASK): Q4 Earnings and Initial 2022 Guidance Review," Baird, January 31, 2022.

**Appendix B**
**Materials Considered**

12. "TaskUs, Inc. (TASK): Initial Comments on Q4 Results," Baird, February 28, 2022.

13. "TaskUs, Inc. (TASK): Details on Q4 Results," Baird, March 01, 2022.

14. "TaskUs, Inc. (TASK): Hosted Meetings with Management," Baird, March 29, 2022.

15. "TaskUs: Up to the Task; Initiate Coverage with Buy Rating and $41 PO," BofA Global Research, July 06, 2021.

16. "TaskUs: Impressive First Post-IPO Print; Maintain Buy," BofA Global Research, August 10, 2021.

17. "Payments, Processors, & IT Services: TASK and DLO Pre-announce 3Q Results and Secondary Offerings," BofA Global Research, October 21, 2021.

18. "TaskUs: Solid 3Q Print, But Valuation is Full," BofA Global Research, November 10, 2021.

19. "TaskUs: Premium Growth at Attractive Valuation – Upgrade to Buy," BofA Global Research, January 06, 2022.

20. "TaskUs: Short Report Looks Weak on Multiple Levels; Reiterate Buy," BofA Global Research, January 21, 2022.

21. "TaskUs: 4Q Shows This Team is Up to the TASK," BofA Global Research, February 28, 2022.

22. "TaskUs, Inc.: (TASK, Buy, $45 PT): Help Me, Help You. Initiating Coverage of TaskUs, Inc. with a Buy Rating and $45 Price Target," BTIG, July 08, 2021.

23. "TaskUs, Inc.: (TASK, Buy, $45 PT): Major 2Q Beat & Raise In First Quarter Out of the Gate. Reiterate Buy.," BTIG, August 10, 2021.

24. "TaskUs, Inc.: (TASK, Buy, $75 PT): Growth Momentum Continues With 3Q21 Beat & Raise, Reiterate Buy," BTIG, November 10, 2021.

25. "TaskUs, Inc.: (TASK, Buy, $70 PT): Call With Mgmt. Highlights Strength of Model, Portfolio Approach to Growth. Reiterate Buy, PT to $70," BTIG, December 20, 2021.

26. "TaskUs, Inc.: (TASK, Buy, $60 PT): 4Q Beats, Strong FY22 Guide Looks Conservative. Reit. Buy, PT to $60," BTIG, March 01, 2022.

27. "TaskUs: A Derivative Play on Tech Disruption; Initiate at Overweight," J.P. Morgan, July 06, 2021.

28. "TaskUs: 2Q Recap- Big Upside and 57% YoY Grwoth; Raising Estimates and PT; Reiterate OW," J.P. Morgan, August 11, 2021.

29. "TaskUs: 3Q Recap: 64% Growth on Relatively Tough Comps; Raising Estimates and PT," J.P. Morgan, November 11, 2021.

30. "TaskUs: J.P. Morgan Ultimate Services Investor Conference Takeaways," J.P. Morgan, November 19, 2021.

31. "TaskUs: Takeaways from Management Meetings- Well Positioned Over Near/Medium Term," J.P. Morgan, November 22, 2021.

32. "TaskUs: Our Detailed Views on Recent Concerns," J.P. Morgan, January 25, 2022.

33. "TaskUs: 4Q Recap- Strong Growth and Guidance; Remain OW," J.P. Morgan, March 01, 2022.

34. "TASKUS, INC.," Left Brain Lens, October 28, 2021.

35. "TaskUs, Inc.: Up to the Task; Initiate at Equal-weight," Morgan Stanley, July 06, 2021.

36. "TaskUs, Inc.: Around the World," Morgan Stanley, August 11, 2021.

37. "TaskUs, Inc.: Preannouncement Suggests Growth Upside," Morgan Stanley, October 19, 2021.

38. "TaskUs, Inc.: Can't Stop," Morgan Stanley, November 11, 2021.

39. "TaskUs, Inc.: Understood the TASK; Upgrade to Overweight," Morgan Stanley, December 13, 2021.

40. "TaskUs, Inc.: The Game Has Changed; Remain OW," Morgan Stanley, December 17, 2021.

41. "TaskUs, Inc.: An Achievable Task," Morgan Stanley, January 28, 2022.

42. "TaskUs, Inc.: Ball Don't Lie; Remain OW," Morgan Stanley, March 01, 2022.

43. "TaskUs, Inc.: 2022 TMT Conference: Run This Town; Remain OW," Morgan Stanley, March 10, 2022.

44. "TaskUs, Inc.: Driving the Consumer Experience in the Digital Economy; Initiate at Outperform," RBC Capital Markets, July 06, 2021.

45. "TASK Reports Q2/21 Beat and Guides Above Expectations," RBC Capital Markets, August 10, 2021.

46. "TaskUs, Inc.: Strong Upside in First Quarter as a Public Company," RBC Capital Markets, August 10, 2021.

47. "TASK Reports Q3/21 at High-end of Preannounced Range; Increases Guidance Again," RBC Capital Markets, November 10, 2021.

48. "TaskUs, Inc.: Strong Revenue Growth Continues," RBC Capital Markets, November 10, 2021.

49. "TaskUs, Inc.: Adjusting Revenue Growth Estimates," RBC Capital Markets, December 07, 2021.

50. "TASK Reports Solid Q4/21 and Guidance," RBC Capital Markets, February 28, 2022.

51. "TaskUs, Inc.: Q4/21 Preview: Investors Looking for More Information on Revenue Growth Drivers," RBC Capital Markets, February 28, 2022.

**Appendix B**
**Materials Considered**

52. "TaskUs, Inc.: Strong Quarter and Guide Highlights Increased Diversification," RBC Capital Markets, February 28, 2022.

53. "TaskUs, Inc.: Thoughts Post Investor Meetings," RBC Capital Markets, March 16, 2022.

54. "TaskUs, Inc. (TASK): TASK: Secular Play on Digitizing the Consumer Drives Strong Growth Profile; Initiating at Equal Weight Given Valuation," Wells Fargo Securities, July 06, 2021.

55. "TaskUs, Inc. (TASK): TASK: Strong Q2; Initial 2021 Guide Meaningfully Ahead of Expectations; Mgmt. Confident in Revenue Growth Heading into 2022," Wells Fargo Securities, August 11, 2021.

56. "TaskUs, Inc.:  Pure-Play Disrupting the Cx Market; Initiating With an Outperform Rating," William Blair, July 06, 2021.

57. "TaskUs, Inc.: Out of the Gates Fast; Strong First Quarter as a Public Company," William Blair, August 11, 2021.

58. "TaskUs, Inc.: Up for the Task; Strong Second Quarter as a Public Company," William Blair, November 10, 2021.

59. "TaskUs, Inc.: TaskUs Stock Remains Undervalued; Initial 2022 Guidance Surpasses Street Expectations," William Blair, March 01, 2022.

*Other Publicly Available Documents*

1. "Draft Registration Statement Processing Procedures Expanded," *U.S. Securities and Exchange Commission,* June 29, 2017, available at https://www.sec.gov/newsroom/whats-new/draft-registration-statement-processing-procedures-expanded.

2. Lehman, Richard, "Stock Market Manipulation: Definition and How It Works," *Seeking Alpha,* February 6, 2023, available at https://seekingalpha.com/article/4484512-stock-market-manipulation.

3. "Quiet Period," *Investor.gov,* available at https://www.investor.gov/introduction-investing/investing-basics/glossary/quiet-period.

4. "TaskUs Announces Launch of Secondary Offering of Class A Common Stock," *Globe Newswire,* October 18, 2021, available at https://www.globenewswire.com/news-release/2021/10/18/2316023/0/en/TaskUs-Announces-Launch-of-Secondary-Offering-of-Class-A-Common-Stock.html.

5. "TaskUs, Inc. Announces Pricing of Initial Public Offering," *TaskUs,* June 10, 2021 available at https://ir.taskus.com/news-releases/news-release-details/taskus-inc-announces-pricing-initial-public-offering.

6. "TaskUs Inc. Files Registration Statement for Initial Public Offering," *Globe Newswire,* April 12, 2021, available at https://www.globenewswire.com/news-release/2021/04/12/2208713/0/en/TaskUs-Inc-Files-Registration-Statement-for-Initial-Public-Offering.html.

7. "TDCX Announces Pricing of Initial Public Offer," *TDCX,* September 30, 2021, available at https://investors.tdcx.com/news/financial-news/news-details/2021/TDCX-Announces-Pricing-of-Initial-Public-Offering/default.aspx.

8. "Voluntary Submission of Draft Registration Statements – FAQs," *U.S. Securities and Exchange Commission,* July 1, 2024, available at https://www.sec.gov/about/divisions-offices/division-corporation-finance/voluntary-submission-draft-registration-statements-faqs.

**Exhibit 1**
**Summary of TASK Analyst Reports Following the Spruce Report**
**With Quotes for TaskUs-Specific Attrition-Related Discussions**
*January 20, 2022 – March 31, 2022*

| # | Analyst | Date | Section | Quotes for TaskUs-Specific Attrition-Related Discussions | 1. Mentions the attrition-related discussion in the Spruce Report | 2. Mentions the Disclosed Attrition Rates[1] | 3. Mentions corroborating evidence and metrics | 4. Mentions evaluation of future attrition and risks | 5. Mentions the alleged misstatement |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Baird | 1/20/2022 | Summary | "We like TASK a lot on the near 10% pullback today triggered by a short report. The items raised like client concentration, attrition, free cash flow generation (weak due to fast growth) are all well known" (p. 1) | x | | | | |
| | | | Summary | "This morning, there was a short report on TASK that has stock down 10%+…Several items are quite well known -- Facebook has been ~27% of revenue, FCF dynamics are weak due to fast growth (ramping receivables), attrition may be high and can be hard to calculate (which is true across the industry)." (p. 1) | x | | | | |
| 2 | BofA Global Research | 1/21/2022 | Investment Rationale | "Accelerating digitization of CX outsourcing services should support TASK's 25%+ long-term organic revenue growth outlook, and employee attrition is better than the industry average."[3] (p. 2) | | x | | | |
| 3 | J.P.Morgan | 1/25/2022 | Summary | "We agree that excluding certain employees from the definition doesn't offer a full picture of employee attrition, but TASK's definition is consistent with 3 out of 4 BPO peers' in our coverage. We view the company's highest Glassdoor rating as a validation of its culture/employee retention policies." (p. 1) | x | | x | | |
| | | | PM Summary | "We believe the company's: 1) receivables trends should improve over the near term, 2) revenue per employee is actually increasing y/y (when calculated on a like-to-like basis), 3) attrition rate definition is consistent with many peers', 4) wage inflation is a real concern, but not necessarily incremental to our/Street expectations, and finally, 6) content security's revenue per employee declined vs. 4Q20, but has been steady since then (decline could have stemmed from an increase in offshore mix within the segment)." (p. 3) | x | | | | |
| | | | Employee Retention | "We agree that excluding certain employees from the definition doesn't offer the full picture of attrition rate at the company. Attrition rate is typically the highest for such employees, which means excluding employees who have recently joined the company under-reports overall attrition rates. That said, TASK's definition of attrition rate is consistent with other BPO firms in the industry. Most BPO firms … define attrition rates by excluding employees who have joined the company in the last 180 days. We believe this practice stems from relatively high levels of attrition in this tenure (due to new joinees' expectations aren't met or they get a counteroffer from a competitor). Moreover, these employees have relatively low levels of impact on client delivery as they are in many cases only recently assigned to client projects, and are easier to replace than it is for tenured personnel. Given differences in attrition rate definitions across various firms, we increasingly lean on external sources for employee retention (and motivation) metrics, which would be consistently defined across various firms. One such metric is Glassdoor rating, in which TASK fares much better than its peers." (p. 6) | x | | x | | |

**Exhibit 1**
**Summary of TASK Analyst Reports Following the Spruce Report**
**With Quotes for TaskUs-Specific Attrition-Related Discussions**
*January 20, 2022 – March 31, 2022*

| # | Analyst | Date | Section | Quotes for TaskUs-Specific Attrition-Related Discussions | Category | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1. Mentions the attrition-related discussion in the Spruce Report | 2. Mentions the Disclosed Attrition Rates[1] | 3. Mentions corroborating evidence and metrics | 4. Mentions evaluation of future attrition and risks | 5. Mentions the alleged misstatement |
| | | | Employee Retention | "TASK's definition of attrition rate doesn't include employees who joined the company within the last 180 days. Actual attrition rate, including all employees, would be much higher than reported numbers of 15% (in 2020) and 27% (in 2019). TASK also removed disclosures around 'gross employee addition,' which would indicate overall attrition rate of 46% in 2019, as opposed to reported 27% (which doesn't account for employees who left within 180 days of joining the company). Similarly, internal referral rates have deteriorated from 48% in 2019 to 38% in 2020." (p. 6) | x | x | | | |
| | | | Investment Thesis, Valuation and Risks | "TaskUs operates in high-growth markets, and it relies on its culture, internal processes, and brand to attract potential employees and fulfil sudden surges in demand. This poses a risk that the company must maintain its culture and processes to be able to continue to hire and retain employees." (p. 12) | | | | x | |
| | | | Investment Thesis, Valuation and Risks | "The work carries headline risk, high attrition rates, and is more likely to be automated." (p. 12) | | | | x | |
| 4 | Morgan Stanley | 1/28/2022 | Valuation Methodology and Risks | "Risks to Downside…Elevated levels of attrition." (p. 4) | | | | x | |
| 5 | Baird | 1/31/2022 | Summary | "Interesting items to look for on the call: Employee attrition/wage impact, Content Security growth opportunities, willingness of hyper-growth tech clients to spend given recent valuation pullbacks, comments on recent short report…" (p. 1) | | | | x | |
| 6 | Baird | 2/28/2022 | Summary | "We look to the call for more commentary around demand environment, current labor environment (wage inflation, attrition), and margin puts/takes." (p. 1) | | | | x | |
| 7 | BofA Global Research | 2/28/2022 | 1Q22E/F22 outlook reflects robust top-line trends | "Hiring remained robust in 4Q, with 4,500 net new additions (vs. 4,100 in 3Q) and plans to grow q/q headcount by +4,000 each quarter in '22. Voluntary attrition remained impressive at 15.3% in '21. Management also indicated that the company has 95% visibility on 1 Q revs, and net leverage of 0.9x remains healthy, with M&A as a potential source of upside." (p. 1) | | x | | | |
| | | | Investment Rationale | "Accelerating digitization of CX outsourcing services should support TASK's 25%+ long-term organic revenue growth outlook, and employee attrition is better than the industry average."[3] (p. 2) | | x | | | |

**Exhibit 1**
**Summary of TASK Analyst Reports Following the Spruce Report**
**With Quotes for TaskUs-Specific Attrition-Related Discussions**
*January 20, 2022 – March 31, 2022*

| # | Analyst | Date | Section | Quotes for TaskUs-Specific Attrition-Related Discussions | Category | | | | |
|---|---------|------|---------|----------------------------------------------------------|---|---|---|---|---|
| | | | | | 1. Mentions the attrition-related discussion in the Spruce Report | 2. Mentions the Disclosed Attrition Rates[1] | 3. Mentions corroborating evidence and metrics | 4. Mentions evaluation of future attrition and risks | 5. Mentions the alleged misstatement |
| 8 | RBC Capital Markets | 2/28/2022 | Key fundamental questions | "We believe the company's focus on fostering employee culture has led to lower employee attrition, as indicated by a voluntary attrition rate for those employed for over 180 days of 14.9%. We believe this is further evidenced by the high level of internal referrals, which drove 38% of new hires in 2020 and helped drive a 101% fill rate." (p. 3) | | x | x | | |
| | | | Investment summary | "We believe TASK's success will be underpinned by several key attributes, including its: (1) large and growing TAM; (2) deeply embedded and growing client relationships; (3) cohesive, simple, and reinforcing growth strategy, including geographic expansion and M&A; (4) leadership in talent acquisition with low voluntary attrition rates; and (5) attractive underlying financial model designed to drive profitability." (p. 5) | | x | | | |
| 9 | RBC Capital Markets | 2/28/2022 | Analysts' view | "TASK's attrition rate (voluntary attrition after 180 days) was 15.3% during the quarter and achieved a 4.6 Glassdoor rating." (p. 3) | | x | x | | |
| | | | Investment summary | "We believe TASK's success will be underpinned by several key attributes, including its: (1) large and growing TAM; (2) deeply embedded and growing client relationships; (3) cohesive, simple, and reinforcing growth strategy, including geographic expansion and M&A; (4) leadership in talent acquisition with low voluntary attrition rates; and (5) attractive underlying financial model designed to drive profitability." (p. 6) | | x | | | |
| 10 | RBC Capital Markets | 2/28/2022 | | None | | | | | |
| 11 | Baird | 3/1/2022 | Concentrations/Metrics | "Attrition: Noted 15.3% attrition in Q4." (p. 7) | | x | | | |
| | | | Other Interesting Commentary | "Attrition: 15.3% in 2021 (up mildly from 14.9% in 2020)." (p. 8) | | x | | | |
| 12 | BTIG | 3/1/2022 | | None | | | | | |
| 13 | J.P.Morgan | 3/1/2022 | Investment Thesis, Valuation and Risks | "TaskUs operates in high-growth markets, and it relies on its culture, internal processes, and brand to attract potential employees and fulfil sudden surges in demand. This poses a risk that the company must maintain its culture and processes to be able to continue to hire and retain employees." (p. 4) | | | | x | |
| | | | Investment Thesis, Valuation and Risks | "Content moderation, which tasks team members to ensure trust and safety standards of client content, represents ~25% of TASK's revenue and is growing at above average rates. The work carries headline risk, high attrition rates, and is more likely to be automated." (p. 4) | | | | x | |
| 14 | Morgan Stanley | 3/1/2022 | Risks to PT/Rating | "RISKS TO DOWNSIDE...Elevated levels of attrition." (p. 5) | | | | x | |
| 15 | William Blair | 3/1/2022 | | None | | | | | |
| 16 | Morgan Stanley | 3/10/2022 | Risks to PT/Rating | "RISKS TO DOWNSIDE...Elevated levels of attrition." (p. 4) | | | | x | |

**Exhibit 1**
**Summary of TASK Analyst Reports Following the Spruce Report**
**With Quotes for TaskUs-Specific Attrition-Related Discussions**
*January 20, 2022 – March 31, 2022*

| # | Analyst | Date | Section | Quotes for TaskUs-Specific Attrition-Related Discussions | Category | | | | |
|---|---------|------|---------|----------------------------------------------------------|----------|---|---|---|---|
| | | | | | 1. Mentions the attrition-related discussion in the Spruce Report | 2. Mentions the Disclosed Attrition Rates[1] | 3. Mentions corroborating evidence and metrics | 4. Mentions evaluation of future attrition and risks | 5. Mentions the alleged misstatement |
| 17 | RBC Capital Markets | 3/16/2022 | Investment summary | "We believe TASK's success will be underpinned by several key attributes, including its: (1) large and growing TAM; (2) deeply embedded and growing client relationships; (3) cohesive, simple, and reinforcing growth strategy, including geographic expansion and M&A; (4) leadership in talent acquisition with low voluntary attrition rates; and (5) attractive underlying financial model designed to drive profitability." (p. 5) | | x | | | |
| 18 | Baird | 3/29/2022 | Review of Meetings | "Attrition: 15.3% in 2021 (was 14.9% in 2020)." (p. 2) | | x | | | |
| | | | Review of Meetings | "Health and wellness: Content Security can be a challenging business if not done right (can have high turnover from employee health/wellness). TASK has employee wellness programs, PHDs, therapist sessions, screenings for mental illness, and more resources to help with their culture." (p. 5) | | | | x | |
| | | | | **Total** | **2** | **8** | **3** | **8** | **0** |

**Notes and Sources**:

[1] Quotes that were categorized as "Mentions the Disclosed Attrition Rates" would meet one of the following conditions: (1) explicitly reference the 14.9% or 26.6% voluntary attrition rates disclosed by TaskUs; (2) used the term "voluntary attrition rate," which is specific to the Disclosed Attrition Rates; (3) drew qualitative conclusions based on the Disclosed Attrition Rates; or (4) discussed a voluntary attrition rate as of later years as disclosed by TaskUs.

[2] Analyst reports #2, 5, 7, and 8 mentioned the Spruce Report but did not mention the attrition-related discussion in the Spruce Report.

[3] The phrase "employee attrition is better than the industry average" appears to be based on the Disclosed Attrition Rates as discussed in a previous BofA Global Research Report. Specifically, BofA Global Research previously explained that "TASK is faring quite well in the war for talent with employee attrition trending in the 15-20% range (better than industry average and below 2019 levels)…" *See* "TaskUs: Premium Growth at Attractive Valuation – Upgrade to Buy," *BofA Global Research* , January 6, 2022.

**Exhibit 2**
**Quotes Related to the Spruce Report in Factiva News Articles**
*January 20, 2022 – January 24, 2022*

| # | Headline | Outlet | Date | Quotes Mentioning the Spruce Report[3] | Mentions the Spruce Report | Mentions Stock Price Decline | Mentions Attrition |
|---|---|---|---|---|---|---|---|
| | | | | | | **Category** | |
| 1 | Why Are TaskUs Shares Trading Lower Today? | Benzinga.com | 1/20/2022 | "Spruce Point Capital Management, LLC issued a report entitled 'Moderating The Bull Case Content,' justifying TaskUs, Inc (NASDAQ: TASK) facing up to 25% - 50% long-term downside risk, or $17.80 - $26.70 per share."<br><br>"Spruce highlighted poor financial reporting, including the omission of annual contract value during the IPO process and the use of a non-standard definition of annual employee attrition rate, possibly understating the actual turnover."<br><br>"Price Action:TASK shares traded lower by 17.5% at $29.37 on the last check Thursday." | x | x | x |
| 2 | INVESTOR ALERT: Law Offices of Howard G. Smith Announces Investigation of TaskUs, Inc. (TASK) on Behalf of Investors | Business Wire | 1/20/2022 | "On January 20, 2022, Spruce Point Capital Management, LLC published a report alleging, among other things, that TaskUs 'has a pattern of exaggerated and inflated business claims, including revenue, and is covering-up financial strain with reduced disclosures, cherry-picked market data, and non-standard key performance metrics.' Regarding the financial strain, the report alleged that '28% of sales [are related] to Facebook and related to the controversial area of 'Content Moderation,' which has 'requir[ed] more labor to fill tasks, but that it is not translating into additional revenue.'"<br><br>"On this news, TaskUs's stock fell $5.46, or 15.3%, to close at $30.13 per share on January 20, 2022, thereby injuring investors." | x | x | |
| 3 | Spruce Point Capital Management Announces Investment Opinion: Releases Report and Strong Sell Research Opinion on TaskUs, Inc. (NASDAQ: TASK)[1] | Business Wire | 1/20/2022 | Does not provide additional commentary | | | |
| 4 | (TASK) NEWS: Did You Lose Money on Your TaskUs Investment? Contact Johnson Fistel Regarding Investigation | GlobeNewswire | 1/20/2022 | "On January 20, 2022, Spruce Point Capital Management, LLC published a short-seller report on TaskUs. In the report, Spruce Point states, 'After conducting a forensic financial and accounting review, Spruce Point believes shares of TaskUs, Inc. (Nasdaq: TASK), a highly promoted business process outsourcing (BPO) firm to digital and emerging technology companies, has a pattern of exaggerated and inflated business claims, including revenue, and is covering-up financial strain with reduced disclosures, cherry-picked market data, and non-standard key performance metrics.' trade at material valuation discounts as a result of being under-covered in the BPO[.]"<br><br>"Following this report, the price of TaskUs shares was down over 18% in early morning trading on January 20, 2022." | x | x | |

**Exhibit 2**
**Quotes Related to the Spruce Report in Factiva News Articles**
*January 20, 2022 – January 24, 2022*

| # | Headline | Outlet | Date | Quotes Mentioning the Spruce Report[3] | Mentions the Spruce Report | Mentions Stock Price Decline | Mentions Attrition |
|---|---|---|---|---|---|---|---|
| | | | | | **Category** | | |
| 5 | HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages TaskUs, Inc. (TASK) Investors to Contact Firm's Attorneys, Firm Investigating Possible Securities Law Violations | GlobeNewswire | 1/20/2022 | "TaskUs' and senior management's claims came under question on Jan. 20, 2022, when analyst Spruce Point Management issued a strong sell opinion, in part based on interviews with former TaskUs executives. According to Spruce Point, TaskUs 'has a pattern of exaggerated and inflated business claims, including revenue' and 'is covering-up financial strain with reduced disclosures, cherry-picked market data, and non-standard key performance metrics.' More specifically, Spruce Point: (1) accuses TaskUs of cherry-picking reputable third-party data to embellish its growth and avoid disclosing a slowdown in its Content Security business; (2) reported that, according to a former employee and competitor filings, TaskUs has been minimizing its growing competition; (3) raises questions about TaskUs' revenue and expense recognition practices; and, (4) cites TaskUs' Facebook-related accounts receivable growth far outstripping Facebook-related sales growth as evidence the company and senior management have obfuscated problems with Facebook and the Content Security business."<br><br>"This news drove the price of TaskUs shares sharply lower." | x | x | |
| 6 | TaskUs Investors With Financial Losses Encouraged To Contact Kehoe Law Firm, P.C. | GlobeNewswire | 1/20/2022 | "TaskUs investors should be aware that Spruce Point Capital Management issued a report which, among other things, stated, that '[a]fter conducting a forensic financial and accounting review, Spruce Point believes shares of TaskUs...a highly promoted business process outsourcing (BPO) firm to digital and emerging technology companies, has a pattern of exaggerated and inflated business claims, including revenue, and is covering-up financial strain with reduced disclosures, cherry-picked market data, and non-standard key performance metrics.'"<br><br>"On this news, the stock price of TaskUs dropped significantly and was trading down more than 20% during intraday trading on January 20, 2022." | x | x | |
| 7 | SHAREHOLDER ALERT: Investigation of TaskUs, Inc. Announced by Holzer & Holzer, LLC | Newsfile | 1/20/2022 | "On January 20, 2022, Spruce Point Capital Management, LLC released a report on Task alleging the Company 'has a pattern of exaggerated and inflated business claims, including revenue, and is covering-up financial strain with reduced disclosures, cherry-picked market data, and non-standard key performance metrics.' Following this report, the Company's stock price fell." | x | x | |

**Exhibit 2**
**Quotes Related to the Spruce Report in Factiva News Articles**
*January 20, 2022 – January 24, 2022*

| # | Headline | Outlet | Date | Quotes Mentioning the Spruce Report[3] | Category | | |
|---|---|---|---|---|---|---|---|
| | | | | | Mentions the Spruce Report | Mentions Stock Price Decline | Mentions Attrition |
| 8 | $26.70 per share. Spruce Point finds evidence that CEO and co-founder Bryce... | Theflyonthewall.com | 1/20/2022 | "$26.70 per share. Spruce Point finds evidence that CEO and co-founder Bryce Maddock made four different claims about his undergraduate degree majors and has acknowledged exaggerating circumstances in the past. Spruce Point says: 'TaskUs conspicuously ceased disclosing annual contract value as a key business metric during its registration process with the U.S. Securities and Exchange Commission. When questioned by the SEC, TaskUs commented that it didn't want investors to place undue reliance and certainty on an estimated metric that could be misinterpreted... we estimate TaskUs' 2019 annual attrition rate was 46%. In subsequent investor communications, TaskUs has referred to 'net' employee additions, which make it impossible to estimate TaskUs' true attrition rate. TaskUs also doesn't disclose recruitment expenses. We find evidence that TaskUs' internal employee referral rate has declined materially from 61% in 2018 to 48% in 2019 to 38% in 2020.'"<br><br>"'This decline would likely lead to higher recruitment expenses.' Spruce Point has a short position in TaskUs, Inc. and owns derivative securities that stand to net benefit if its share price falls." | x | | x |
| 9 | 09:35 EST TaskUs falls 15% to $30.38 after Spruce Point short report | Theflyonthewall.com | 1/20/2022 | "TaskUs falls 15% to $30.38 after Spruce Point short report[.]" | x | x | |
| 10 | 11:46 EST TaskUs says short seller report's 'sole purpose' is to benefit Spruce...[2] | Theflyonthewall.com | 1/20/2022 | "TaskUs says short seller report's 'sole purpose' is to benefit Spruce Point. In response to a request to TaskUs for comment, a company spokesperson told The Fly: 'We are aware of a recent report by short seller Spruce Point, which we believe is designed for the sole purpose of negatively impacting TaskUs' share price for Spruce Point's own benefit. We are reviewing the report and will take appropriate steps in response to the assertions. We remain confident in our strategy, our value proposition and our ability to create value for our clients, teammates and shareholders. We continue to see a strong growth trajectory and look forward to sharing information on our financial and operational performance during our fourth quarter earnings call.'" | x | | |
| 11 | 12:35 EST TaskUs issues raised in short report well known, says BairdBaird... | Theflyonthewall.com | 1/20/2022 | "TaskUs issues raised in short report well known, says BairdBaird analyst David Koning says several of the issues raised in Spruce Point Capital Management's short report on TaskUs, such as client concentration and weak free cash flow generation, are well known. Meanwhile, the new allegation that the company's CEO Bryce Maddock inflated some undergraduate degrees is 'splitting hairs,' Koning tells investors in a research note. TaskUs 'operates very well,' and the Blackstone backing 'shows a high level of confidence,' the analyst adds. Koning likes the shares 'a lot' on today's selloff and keeps an Outperform rating on TaskUs with a $74 price target. The stock in midday trading is down 19% to $28.69." | x | x | |

**Exhibit 2**
**Quotes Related to the Spruce Report in Factiva News Articles**
*January 20, 2022 – January 24, 2022*

| # | Headline | Outlet | Date | Quotes Mentioning the Spruce Report[3] | Mentions the Spruce Report | Mentions Stock Price Decline | Mentions Attrition |
|---|----------|--------|------|----------------------------------------|----------------------------|------------------------------|--------------------|
| | | | | | **Category** | | |
| 12 | Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm, Announces Investigation of TaskUs, Inc. (TASK) on Behalf of Investors | Business Wire | 1/21/2022 | Same as article #2 | x | x | |
| 13 | TASKUS ALERT: Bragar Eagel & Squire, P.C. is Investigating TaskUs, Inc. on Behalf of TaskUs Stockholders and Encourages Investors to Contact the Firm | Business Wire | 1/21/2022 | "On January 20, 2022, Spruce Point Capital Management, LLC published a short-seller report on TaskUs. In the report, Spruce Point states, 'After conducting a forensic financial and accounting review, Spruce Point believes shares of TaskUs, Inc. (Nasdaq: TASK), a highly promoted business process outsourcing (BPO) firm to digital and emerging technology companies, has a pattern of exaggerated and inflated business claims, including revenue, and is covering-up financial strain with reduced disclosures, cherry-picked market data, and non-standard key performance metrics.' trade at material valuation discounts as a result of being under-covered in the BPO." "On this news, TaskUs's stock fell $5.46, or 15.3%, to close at $30.13 per share on January 20, 2022, thereby injuring investors." | x | x | |
| 14 | The Law Offices of Frank R. Cruz Announces Investigation of TaskUs, Inc. (TASK) on Behalf of Investors | Business Wire | 1/21/2022 | Same as article #2 | x | x | |
| 15 | Press Release: TaskUs Issues Statement[2] | Dow Jones Institutional News | 1/21/2022 | "TaskUs, Inc. (Nasdaq: TASK), a leading tech-enabled services provider to the world's most innovative companies, issued the following statement: The Company and Board are aware of the recent report published by a short seller, which contains numerous inaccuracies and mischaracterizations of our business and future prospects. After reviewing the report, we believe it is designed for the sole purpose of negatively impacting TaskUs' share price for the short seller's own benefit, at the expense of TaskUs teammates, clients and shareholders. We remain confident in our strategy, our value proposition and our ability to create value for all our stakeholders. We look forward to sharing our Q4 and FY 2021 results and FY 2022 outlook on our quarterly earnings call." | x | | |

**Exhibit 2**
**Quotes Related to the Spruce Report in Factiva News Articles**
*January 20, 2022 – January 24, 2022*

| # | Headline | Outlet | Date | Quotes Mentioning the Spruce Report[3] | Category | | |
|---|---|---|---|---|---|---|---|
| | | | | | Mentions the Spruce Report | Mentions Stock Price Decline | Mentions Attrition |
| 16 | TaskUs Says Short Seller Report Has 'Numerous Inaccuracies' | Dow Jones Institutional News | 1/21/2022 | "TaskUs Inc. said Friday that a 'recent report published by a short seller' contains 'numerous inaccuracies and mischaracterizations of our business and future prospects.'"<br><br>"Shares of the outsourced digital services company declined Thursday after short seller Spruce Point Capital Management issued a report criticizing management, presentation of financial metrics and disclosures about the company's relationship with its largest customer, Facebook, for which it provides content moderation services."<br><br>"TaskUs said 'we remain confident in our strategy, our value proposition and our ability to create value for all our stakeholders.'"<br><br>"Shares were recently down 4% to $28.94. The stock closed at $30.13 Thursday, down from $35.59 the previous day." | x | x | |
| 17 | Bragar Eagel & Squire, P.C. Is Investigating Medallion Financial, Clarivate, TaskUs, and Applied Therapeutics and Encourages Investors to Contact the Firm | GlobeNewswire | 1/21/2022 | Same as article #4 | x | x | |
| 18 | Investigation Alert: Kessler Topaz Meltzer & Check, LLP is Investigating Securities Fraud Claims on Behalf of TaskUs, Inc. (NASDAQ: TASK) Investors | GlobeNewswire | 1/21/2022 | "On January 20, 2022, Spruce Point Capital Management, LLC published a short-seller report on TaskUs, indicating, among other things, that after conducting a forensic financial and accounting review of the company, they believe TaskUs 'has a pattern of exaggerated and inflated business claims, including revenue, and is covering-up financial strain with reduced disclosures, cherry-picked market data, and non-standard key performance metrics.' Additionally, the report stated that TaskUs 'conspicuously ceased disclosing annual contract value as a key business metric during its SEC registration process.'"<br><br>"Following this news, TaskUs' stock fell $5.46, or 15.3%, to close at $30.13 per share on January 20, 2022." | x | x | |

**Exhibit 2**
**Quotes Related to the Spruce Report in Factiva News Articles**
*January 20, 2022 – January 24, 2022*

| # | Headline | Outlet | Date | Quotes Mentioning the Spruce Report[3] | Mentions the Spruce Report | Mentions Stock Price Decline | Mentions Attrition |
|---|---|---|---|---|:---:|:---:|:---:|
| | | | | | | *Category* | |
| 19 | TaskUs Investors With Financial Losses Encouraged To Contact Kehoe Law Firm, P.C. | GlobeNewswire | 1/21/2022 | "TaskUs investors should be aware that Spruce Point Capital Management issued a report on January 20, 2022 which, among other things, stated, that '[a]fter conducting a forensic financial and accounting review, Spruce Point believes shares of TaskUs…a highly promoted business process outsourcing (BPO) firm to digital and emerging technology companies, has a pattern of exaggerated and inflated business claims, including revenue, and is covering-up financial strain with reduced disclosures, cherry-picked market data, and non-standard key performance metrics.'" <br><br> "On this news, the stock price of TaskUs dropped significantly, trading down more than 20% during intraday trading on January 20, 2022. The TASK stock price ended the day on January 20, 2022 closing down 15.34% at $30.13." | x | x | |
| 20 | TaskUs Issues Statement[2] | GlobeNewswire | 1/21/2022 | Same as article #15 | x | | |
| 21 | Fund shorts FB screener[2] | New York Post | 1/21/2022 | "Hedge fund Spruce Point Capital said it has bet against the shares of a company Facebook uses to screen controversial message chats, charging the firm has a pattern of painting an overly rosy picture of its business." <br><br> "TaskUs is one of more than 10 outside moderators that Facebook currently contracts to determine, based on Facebook's rules, whether to remove objectionable content from its site." <br><br> "Spruce Point says TaskUs's competitive position and the content moderation industry's prospects generally have both slipped. There also are signs of cash-flow issues, Spruce Point Founder and CIO Ben Axler told The Post." <br><br> "A TaskUs spokesperson said the report was 'designed for the sole purpose of negatively impacting TaskUs's share price for Spruce Point's own benefit.'" | x | | |
| 22 | (TASK) NEWS: Did You Lose Money on Your TaskUs Investment? Contact Johnson Fistel Regarding Investigation | Newsfile | 1/21/2022 | Same as article #4 | x | x | |

**Exhibit 2**
**Quotes Related to the Spruce Report in Factiva News Articles**
*January 20, 2022 – January 24, 2022*

| # | Headline | Outlet | Date | Quotes Mentioning the Spruce Report[3] | Category | | |
|---|---|---|---|---|---|---|---|
| | | | | | Mentions the Spruce Report | Mentions Stock Price Decline | Mentions Attrition |
| 23 | SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of TaskUs, Inc. - TASK | PR Newswire | 1/21/2022 | "The investigation concerns whether TaskUs and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices."<br><br>"On January 20, 2022, Spruce Point Capital Management ('spruce Point') published a report on TaskUs. Citing 'a forensic financial and accounting review,' the Spruce Point report described TaskUs as having 'a pattern of exaggerated and inflated business claims, including revenue, and ... covering-up financial strain with reduced disclosures, cherry-picked market data, and non-standard key performance metrics.'"<br><br>"On this news, TaskUs's stock fell $5.46 per share, or nearly 15.34%, to close at $30.13 per share on January 20, 2022." | x | x | |
| 24 | BRIEF-Taskus Inc - Aware Of Recent Report Published By A Short Seller | Reuters News | 1/21/2022 | "TASKUS INC - AWARE OF RECENT REPORT PUBLISHED BY A SHORT SELLER"<br><br>"TASKUS INC - REMAIN CONFIDENT IN OUR STRATEGY Source text for Eikon: Further company coverage:" | x | | |
| 25 | 15:02 EST TaskUs: Short seller report contains 'inaccuracies and...[2] | Theflyonthewall.com | 1/21/2022 | "Short seller report contains 'inaccuracies and mischaracterizations' TaskUs issued the following statement: 'The company and Board are aware of the recent report published by a short seller, which contains numerous inaccuracies and mischaracterizations of our business and future prospects. After reviewing the report, we believe it is designed for the sole purpose of negatively impacting TaskUs' share price for the short seller's own benefit, at the expense of TaskUs teammates, clients and shareholders. We remain confident in our strategy, our value proposition and our ability to create value for all our stakeholders. We look forward to sharing our Q4 and FY 2021 results and FY 2022 outlook on our quarterly earnings call.'" | x | | |
| 26 | SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of TaskUs, Inc. - TASK | GlobeNewswire | 1/23/2022 | Same as article #23 | x | x | |
| 27 | SHAREHOLDER ALERT: Robbins LLP Investigates TaskUs, Inc. (TASK) on Behalf of Shareholders | Business Wire | 1/24/2022 | "On January 20, 2022, Spruce Point Capital Management, LLC issued a short-seller report on TaskUs. In the report, Spruce Point states, 'After conducting a forensic financial and accounting review, Spruce Point believes shares of TaskUs, Inc. (Nasdaq: TASK) ... has a pattern of exaggerated and inflated business claims, including revenue, and is covering-up financial strain with reduced disclosures, cherry-picked market data, and non-standard key performance metrics.' The report notes the shortcomings of its CEO, CFO, and Principal Accounting Officer, and issues with its financial assumptions and presentation methods, among other things. On this news, TaskUs's stock fell $5.46, or over 15%, to close at $30.13 per share on January 20, 2022, injuring investors." | x | x | |

**Exhibit 2**
**Quotes Related to the Spruce Report in Factiva News Articles**
*January 20, 2022 – January 24, 2022*

| # | Headline | Outlet | Date | Quotes Mentioning the Spruce Report[3] | Mentions the Spruce Report | Mentions Stock Price Decline | Mentions Attrition |
|---|----------|--------|------|------------------------------------|---|---|---|
| | | | | | Category | | |
| 28 | Press Release: Glancy Prongay & Murray LLP , a Leading Securities Fraud Law Firm, Announces Investigation of TaskUs, Inc . (TASK) on Behalf of Investors | Dow Jones Institutional News | 1/24/2022 | Same as article #2 | x | x | |
| 29 | Press Release: HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages TaskUs, Inc. (TASK) Investors to Contact Firm's Attorneys, Firm Investigating Possible Securities Law Violations | Dow Jones Institutional News | 1/24/2022 | Same as article #5 | x | x | |
| 30 | TASKUS INC CL A, Inst Holders, 4Q 2021 (TASK) | Dow Jones Institutional News | 1/24/2022 | Does not provide additional commentary | | | |
| 31 | Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm, Announces Investigation of TaskUs, Inc. (TASK) on Behalf of Investors | PR Newswire | 1/24/2022 | Same as article #2 | x | x | |
| 32 | HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages TaskUs, Inc. (TASK) Investors to Contact Firm's Attorneys, Firm Investigating Possible Securities Law Violations | PR Newswire | 1/24/2022 | Same as article #5 | x | x | |
| 33 | INVESTOR ALERT: Law Offices of Howard G. Smith Announces Investigation of TaskUs, Inc. (TASK) on Behalf of Investors | PR Newswire | 1/24/2022 | Same as article #2 | x | x | |
| | | | | **Total** | **31** | **24** | **2** |

**Notes:**

[1] This article only repeats Spruce Point's publication announcement of the Spruce Report without providing any additional commentary. As such, it is not flagged in any column.

[2] Of the 31 articles that provide commentary on the Spruce Report, five only mention the price decline by quoting TaskUs's following statement: "[We believe that the Spruce Report] is designed for the sole purpose of negatively impacting TaskUs' share price for Spruce Point's own benefit." These articles have not been flagged in the price decline column because they only refer to hypothetical effects on the share price rather than the observed price decline that occurred on January 20, 2022.

[3] Quotes marked by the phrase "Same as article #X" are articles where the discussion relevant to the Spruce Report, the price decline on January 20, 2022, and/or attrition rates are identical. Other components of these articles may differ.

[4] The 33 articles included in this exhibit are the articles I identified from the Factiva database that were published by any source available through Factiva from January 20, 2022 to January 24, 2022 with "TaskUs, Inc." as the associated company.

**Exhibit 3**
**Summary of TASK Analyst Reports in the Class Period**
**With Quotes for TaskUs-Specific Attrition-Related Discussions**
*June 11, 2021 – January 19, 2022*

| # | Analyst | Date | Section | Quotes for TaskUs-Specific Attrition-Related Discussions[1][2] | Category | | | |
|---|---------|------|---------|----------------------------------------------------------------|----------|--|--|--|
| | | | | | 1. Mentions the Disclosed Attrition Rates[3] | 2. Mentions corroborating evidence and metrics | 3. Mentions evaluation of future attrition and risks | 4. Mentions the alleged misstatement |
| 1 | Baird | 7/6/2021 | | None | | | | |
| 2 | BofA Global Research | 7/6/2021 | Investment Risks | "The company current employs ~27,500 employees globally, but needs to continue to source and retain talent while coping with wage inflation." (p. 10) | | | x | |
| | | | Investment Risks | "CX Outsourcing firms typically experience high turnover, so TaskUs faces ongoing staff acquisition and retention risks." (p. 10) | | | x | |
| | | | Investment Risks | "The demand for Digital services particularly in the IT Services industry is strong, but we also believe the supply of Digital talent is limited, thus increasing the competition to hire these resources and also leading to higher attrition rates for such employees. TASK reported voluntary attrition was around 14.9% in 2020 vs. 26.6% in 2019." (p. 10) | x | | x | |
| | | | Investment Risks | "All that being said, we believe TASK's distinctive strong culture should make it well-positioned to continue hiring and retaining talent. Member referral programs were responsible for 38% of annual new hires in 2020, demonstrating that current employees are satisfied with the working environment. Furthermore, TASK has consistently delivered high NPS (Net Promoter Score) and Glassdoor ratings." (p. 11) | | x | x | |
| | | | Exhibit 20: Key Metrics of TaskUs and Competitors | BofA Global Research reported "[v]oluntary attrition" as "12.7%" in an exhibit. (p. 14) | x | | | |
| 3 | J.P. Morgan | 7/6/2021 | Investment Thesis | *"Agile delivery and strong culture differentiates TASK from competition...TASK boasts of an industry-leading Net promoter score of 75 and average retention rate of 125% from 2018-2020 […] TASK attracts relatively young employees who attach a premium to working with the company and view it as a 'lifestyle brand'. The company keeps its employees motivated through an open, transparent, and caring culture, which in turn results in solid client delivery. TASK has an industry-high Glassdoor score of 4.6 (most peers are below 4.0, while GLOB/EPAM are at 4.2) and reported an industry-low attrition rate of 15% in 2020." (p. 4) | x | x | | |

**Exhibit 3**
**Summary of TASK Analyst Reports in the Class Period**
**With Quotes for TaskUs-Specific Attrition-Related Discussions**
*June 11, 2021 – January 19, 2022*

| # | Analyst | Date | Section | Quotes for TaskUs-Specific Attrition-Related Discussions[1][2] | 1. Mentions the Disclosed Attrition Rates[3] | 2. Mentions corroborating evidence and metrics | 3. Mentions evaluation of future attrition and risks | 4. Mentions the alleged misstatement |
|---|---|---|---|---|---|---|---|---|
| | | | Risks to Rating and Price Target | "TaskUs operates in high-growth markets, and it relies on its culture, internal processes, and brand to attract potential employees and fulfil sudden surges in demand. This poses a risk that the company must maintain its culture and processes to be able to continue to hire and retain employees, specifically given customer care work is typically associated with high attrition rates [...] TASK employees can be put in harm's way (e.g., mental trauma from exposure to objectionable content) or come under scrutiny from multiple stakeholders for not doing enough to safeguard users, the client, and/or TaskUs. Failure to execute could result in employee turnover, client loss, and/or reputation risk" (pp. 5-6) | | | x | |
| | | | Deeper Dive into Content Moderation & Data Annotation | "Content moderation is tough on employees, which are exposed to raw user generated content, some of which could be offensive, violent, or disturbing in nature. As such, the service is often associated with very high attrition rates and adverse impact on employees' mental health, creating risk to service delivery. We believe TaskUs is among the best-positioned firms to deal with these challenges." (p. 17) | | | x | |
| | | | Why Task Wins | "Moreover, the company attracts relatively young employees who are aware of and are comfortable with using its clients' products, resulting in better customer servicing. As such, a lot of TASK's internal practices are designed to attract and retain such workforce. For example, the company has invested in building 'instagramable office spaces' and has an award structure that is attractive to such workforce (e.g. paid vacation trips in lieu of cash bonuses to recognize top performers)...TASK also excels in retaining such talent and reported a 15% attrition rate in 2020 (among employees that have been with the company for more than 180 days). While 2020 attrition rates might have been lower due to COVID-19, we believe the 15% rate was likely a below-industry-average level in the customer service space. We attribute high employee retention rates to TaskUs' culture that mimics its clients', including taking care of its employees in onsite features (child care, gyms, and healthcare access, free meals, etc.) as well as engaging in community service. Finally, the company operates in an open and transparent culture, which includes employees' access to senior leadership, including to the CEO, having senior leadership spend a day working as foot soldiers, and fast communication during COVID-19 challenges." (p. 22) | x | x | | |
| | | | Investment Thesis, Valuation and Risks | "The work carries headline risk, high attrition rates, and is more likely to be automated." (p. 50) | | | x | |
| 4 | Morgan Stanley | 7/6/2021 | Risks to PT/Rating | "RISKS TO DOWNSIDE… Elevated levels of attrition." (p. 7) | | | x | |

**Exhibit 3**
**Summary of TASK Analyst Reports in the Class Period**
**With Quotes for TaskUs-Specific Attrition-Related Discussions**
*June 11, 2021 – January 19, 2022*

| # | Analyst | Date | Section | Quotes for TaskUs-Specific Attrition-Related Discussions[1][2] | 1. Mentions the Disclosed Attrition Rates[3] | 2. Mentions corroborating evidence and metrics | 3. Mentions evaluation of future attrition and risks | 4. Mentions the alleged misstatement |
|---|---|---|---|---|---|---|---|---|
| 5 | RBC Capital Markets | 7/6/2021 | Key Points | *"Leader in talent acquisition, which is key in the Digital CX & Content Security industries. We believe the company's focus on fostering employee culture has led to lower employee attrition, as indicated by a voluntary attrition rate for those employed for over 180 days of 14.9%. We believe this is further evidenced by the high level of internal referrals, which drove 38% of new hires in 2020 and helped drive a 101% fill rate." (p. 1) | x | x | | |
| | | | Investment summary and thesis | "We believe TASK's success will be underpinned by several key attributes, including its: (1) large and growing TAM, (2) deeply embedded and growing client relationships, (3) cohesive, simple, and reinforcing growth strategy, including geographic expansion and M&A, (4) leadership in talent acquisition with low voluntary attrition rates, and (5) attractive underlying financial model designed to drive profitability." (p. 5) | x | | | |
| | | | 4) Leader in talent acquisition, which is key in the Digital CX & Content Security industries | "TaskUs has built an employee-centric culture at every company site, which we believe has led to strong talent acquisition and retention. In 2020, the company's employee net promoter (eNPS) score, which the company uses to measure satisfaction of employees with the firm, was 72, which is one of the highest of any tech enabled service provider with over 1,000 employees, while 79% of employees who participated ranked the company a 9 or 10 out of 10. In addition, Glassdoor ranked TaskUs as number 40 on their 2019 Best Places to Work list among U.S. employers with at least 1,000 employees and the company has held an overall rating of 4.6 out of 5.0 since March 2021. TaskUs offers competitive wages with annual increases and also invests in the wellbeing of its employees. The company believes its focus on fostering employee culture has led to lower employee attrition, as indicated by a voluntary attrition rate for those employed for over 180 days of 14.9%." (p. 11) | x | x | | |
| | | | Investment Risks | "The company's ability to acquire new clients is dependent on its ability to attract, train, retain, and motivate sales and marketing personnel. The company's brand name and reputation that help distinguish its service offerings contribute to its ability to recruit and retain employees. Damage to the company's reputation could adversely affect recruitment and retention efforts and the company must remain cognizant of potentially harmful statements made by current or former employees, clients, competitors, vendors, regulators and other entities." (p. 18) | | | x | |

**Exhibit 3**
**Summary of TASK Analyst Reports in the Class Period**
**With Quotes for TaskUs-Specific Attrition-Related Discussions**
*June 11, 2021 – January 19, 2022*

| # | Analyst | Date | Section | Quotes for TaskUs-Specific Attrition-Related Discussions[1][2] | 1. Mentions the Disclosed Attrition Rates[3] | 2. Mentions corroborating evidence and metrics | 3. Mentions evaluation of future attrition and risks | 4. Mentions the alleged misstatement |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Category** | |
| | | | Company Overview | "The company delivers operational excellence to its clients through its differentiated culture of ownership and accountability, using real-time dashboards and KPI management to meet and exceed clients' expectations. TaskUs has achieved multiple certifications and compliance standards including SOC 2 Type 2, HIPAA and PCI, which have helped in retaining talent and continuous improvement, while providing an advantage on metrics of efficiency, client satisfaction, and low attrition." (p. 23) | | | | x |
| | | | Company Overview | "The company's offices are located near its employees, reducing commute times in most sites, which TaskUs believes provides advantages such as (1) less competition for talent, (2) lower salary and rent costs as well as lower cost of living, (3) higher employee retention and (4) favorable incentives with local municipalities." (p. 24) | | x | | |
| 6 | Wells Fargo Securities | 7/6/2021 | Business Overview | *"TaskUs has been successful in the war for talent, thanks in large part to the company's fixation on providing a best in-class culture and employee experience. […] Managements' commitment to its front line workers across the globe, and the success they've had building and scaling their strong culture is reflected in some of the industry's lowest levels of attrition rates (<15% voluntary attrition in 2020), one of the highest employee net promoter scores (eNPS was 72 in 2020), and one of the highest glassdoor scores...Glassdoor also ranked TaskUs number 40 on their '2019 Best Places to Work' list among U.S. employers [...] As an employer of choice, TASK believes this helps drive higher quality work, and in turn higher customer satisfaction levels, along with lower attrition. It also enables the company to recruit additional employees to accommodate growth. This point is made evident by the fact that approximately 38% of new hires in 2020 came from internal referrals." (pp. 9-10) | x | x | | |
| | | 7/6/2021 | Financial Review and Estimates | "Over the medium to longer term, we see the following as potential margin tailwinds/headwinds: … SG&A improvements (as a percent of revenue) through continuing to lower attrition and reduce recruiting/training costs..." (p. 21) | | | x | |

**Exhibit 3**
**Summary of TASK Analyst Reports in the Class Period**
**With Quotes for TaskUs-Specific Attrition-Related Discussions**
*June 11, 2021 – January 19, 2022*

| | | | | | Category | | | |
|---|---|---|---|---|---|---|---|---|
| # | Analyst | Date | Section | Quotes for TaskUs-Specific Attrition-Related Discussions[1][2] | 1. Mentions the Disclosed Attrition Rates[3] | 2. Mentions corroborating evidence and metrics | 3. Mentions evaluation of future attrition and risks | 4. Mentions the alleged misstatement |
| 7 | William Blair | 7/6/2021 | Investment Highlights | "Employee-centric approach drives strong culture in people-based business… In 2020, TaskUs had an employee Net Promoter Score of 72, low voluntary attrition (12.7%) Moreover, management heavily emphasizes the company's Glassdoor rating, which currently stands at 4.7 stars and shows strong results across a variety of metrics. Management strives to maintain a Glassdoor rating above 4.5 stars. While many companies may boast strong employee satisfaction, TaskUs goes one step further and links a portion of management's compensation to eNPS, which demonstrates the importance that management places on employee experience. […] We believe that TaskUs's employee-centric and start-up–like culture has tangible business value, driving higher attendance, more engaged employees, and lower attrition, and results in higher-quality work and customer satisfaction."[4] (p. 3) | x | x | | |
| | | | Risks | "Therefore, reviewing highly graphic content can wear on the individuals tasked with performing the work, leading to negative mental health externalities like post-traumatic stress disorder. TaskUs thus faces several risks associated with the work, including higher attrition rates, reputational damage to TaskUs or its clients, greater-than-anticipated support costs, and potential lawsuits." (p. 14) | | | x | |
| | | | Company Overview | "Focusing on its employee experiences has rewarded TaskUs with high employee Net Promoter Scores (72 in 2020), being ranked 40th on Glassdoor's 2019 Best Places to Work, and low voluntary attrition (12.7%). Moreover, the company's Glassdoor rating, which currently stands at 4.7 stars, shows strong results across a variety of metrics, including culture and values, diversity and inclusion, senior management, and compensation and benefits. We believe that TaskUs's employee-centric and start-up–like culture has tangible business value driving higher attendance, more engaged employees, and lower attrition, and results in higher-quality work and customer satisfaction."[4] (p. 21) | x | x | | |
| | | | ESG Considerations | "We believe that TaskUs is highly focused on employee experience and that the company has been successful in this regard. In 2020, TaskUs had an employee Net Promoter Score of 72, low voluntary attrition (12.7%), and high internal referral rates (roughly 38% of new hires came from internal referrals). In addition, the company's Glassdoor rating of 4.7 stars demonstrates the strength of TaskUs's culture and employee experience."[4] (p. 28) | x | x | | |

**Exhibit 3**
**Summary of TASK Analyst Reports in the Class Period**
**With Quotes for TaskUs-Specific Attrition-Related Discussions**
*June 11, 2021 – January 19, 2022*

| # | Analyst | Date | Section | Quotes for TaskUs-Specific Attrition-Related Discussions[1][2] | 1. Mentions the Disclosed Attrition Rates[3] | 2. Mentions corroborating evidence and metrics | 3. Mentions evaluation of future attrition and risks | 4. Mentions the alleged misstatement |
|---|---|---|---|---|---|---|---|---|
| 8 | BTIG | 7/8/2021 | Investment Highlights | "TaskUs has effectively located its operations in second and third tier cities in many regions to control costs and avoid direct competition with larger BPOs. This has been critical to very high employee satisfaction scores (eNPS of 72 and <15% voluntary turnover)." (p. 3) | x | x | | |
| | | | Business Overview | "In 2020, its employee net promoter score (eNPS) was 72, and 79% of employees who participated rated the company 9 or 10 on a scale of 10. Glassdoor ranked TaskUs number 40 on its 2019 Best Places to Work list among US employers with at least employees, and the company is rated 4.7 out of 5.0 on Glassdoor (up from 4.6 in March 2021)...Alongside the customer acquisition benefits, TaskUs' focus on culture has also led to an increased ability to attract talent, as well as low attrition relative to the industry average. As a result, TaskUs' team of tenured and engaged employees deliver better and more consistent results, minimizing employee cost and improving profitability." (p. 7) | | x | | |
| | | | Financial Overview | "Instead, management has consistently invested in delivering a higher quality employee experience with modern office space, above market benefits and valuable perks, that keeps recruiting costs down by typically filling open positions within ~15 days on average rather than keeping a deep bench of underutilized staff as well as very low turnover compared to similar firms." (p. 12) | | x | | |
| 9 | Baird | 7/20/2021 | | None | | | | |
| 10 | Baird | 8/10/2021 | Summary | "Attrition: Slight increase from 2020 levels (~14.9%), though remains well below 2019 levels (~26.6%)" (p. 1) | x | | | |
| | | | Concentrations/Metrics | "Attrition: Saw a slight increase in attrition from 2020 levels (~14.9%), though this remains well below 2019 levels (~26.6%)." (p. 8) | x | | | |
| 11 | Baird | 8/10/2021 | | None | | | | |
| 12 | BofA Global Research | 8/10/2021 | Summary | "Despite an increasingly competitive hiring environment, TASK was able to increase net headcount by 4,000, or 15%, q/q primarily in India and the Philippines, while attrition remains manageable (higher vs. 2020 but below 2019 levels)." (p. 1) | x | | | |
| 13 | BTIG | 8/10/2021 | | None | | | | |

**Exhibit 3**
**Summary of TASK Analyst Reports in the Class Period**
**With Quotes for TaskUs-Specific Attrition-Related Discussions**
*June 11, 2021 – January 19, 2022*

| # | Analyst | Date | Section | Quotes for TaskUs-Specific Attrition-Related Discussions[1][2] | Category | | | |
|---|---------|------|---------|-----------------------------------------------------------------|-------------------------------------------|--------------------------------------------|-----------------------------------------------|-------------------------------|
| | | | | | 1. Mentions the Disclosed Attrition Rates[3] | 2. Mentions corroborating evidence and metrics | 3. Mentions evaluation of future attrition and risks | 4. Mentions the alleged misstatement |
| 14 | RBC Capital Markets | 8/10/2021 | Key Fundamental Questions | "We believe the company's focus on fostering employee culture has led to lower employee attrition, as indicated by a voluntary attrition rate for those employed for over 180 days of 14.9%. We believe this is further evidenced by the high level of internal referrals, which drove 38% of new hires in 2020 and helped drive a 101% fill rate." (p. 5) | x | x | | |
| | | | Investment Summary | "We believe TASK's success will be underpinned by several key attributes, including its: (1) large and growing TAM, (2) deeply embedded and growing client relationships, (3) cohesive, simple, and reinforcing growth strategy, including geographic expansion and M&A, (4) leadership in talent acquisition with low voluntary attrition rates, and (5) attractive underlying financial model designed to drive profitability" (p. 7) | x | | | |
| 15 | RBC Capital Markets | 8/10/2021 | | None | | | | |
| 16 | J.P. Morgan | 8/11/2021 | Summary | "Encouragingly, TaskUs is not seeing significant supply challenges- it had its best ever hiring quarter (headcount was up by 4,000 or 15%) and attrition rate is running below 2019 levels." (p. 1) | x | | | |
| | | | Investment Thesis, Valuation and Risks | "TaskUs operates in high-growth markets, and it relies on its culture, internal processes, and brand to attract potential employees and fulfil sudden surges in demand. This poses a risk that the company must maintain its culture and processes to be able to continue to hire and retain employees." (p. 5) | | | x | |
| | | | Investment Thesis, Valuation and Risks | "The work carries headline risk, high attrition rates, and is more likely to be automated." (p.5) | | | x | |
| 17 | Morgan Stanley | 8/11/2021 | Risks to PT/Rating | "RISKS TO DOWNSIDE…Elevated levels of attrition" (p. 4) | | | x | |
| 18 | Wells Fargo Securities | 8/11/2021 | | None | | | | |
| 19 | William Blair | 8/11/2021 | Summary | "TaskUs navigated a tight labor market well, adding 4,000 professionals, but did see a slight pickup in attrition and some hiring challenges in the United States in the quarter…Management brought on a chief people officer who is highly focused on employee retention and further developing TaskUs's world-class employee experience and culture." (p. 1) | x | | | |
| 20 | Morgan Stanley | 10/19/2021 | Valuation Methodology and Risks | "Risks to Downside…Elevated levels of attrition" (p. 2) | | | x | |
| 21 | Baird | 10/21/2021 | | None | | | | |

**Exhibit 3**
**Summary of TASK Analyst Reports in the Class Period**
**With Quotes for TaskUs-Specific Attrition-Related Discussions**
*June 11, 2021 – January 19, 2022*

| # | Analyst | Date | Section | Quotes for TaskUs-Specific Attrition-Related Discussions[1][2] | 1. Mentions the Disclosed Attrition Rates[3] | 2. Mentions corroborating evidence and metrics | 3. Mentions evaluation of future attrition and risks | 4. Mentions the alleged misstatement |
|---|---|---|---|---|---|---|---|---|
| 22 | BofA Global Research | 10/21/2021 | | None | | | | |
| 23 | Left Brain Lens | 10/28/2021 | | None | | | | |
| 24 | Baird | 11/10/2021 | Concentrations/Metrics | "Attrition: Noted this remains well below the 2019 levels (~26.6%)." (p. 8) | x | | | |
| 25 | Baird | 11/10/2021 | | None | | | | |
| 26 | BofA Global Research | 11/10/2021 | Raised 2021 outlook; 4Q revs ahead and margin in-line | "Attrition also remains manageable and was well below 2019 levels in 3Q. '21 outlook now calls for revs to grow 56.7% to $747-$751 M vs. BofAe/Street at $742M/$717M. EBITDA margins of 24-242% are up from 23.7-24.1% prior, and vs. BofAe/Street at 24.0o/w23.9%." (p. 1) | x | | | |
| 27 | BTIG | 11/10/2021 | | None | | | | |
| 28 | RBC Capital Markets | 11/10/2021 | Key Fundamental Questions | "We believe the company's focus on fostering employee culture has led to lower employee attrition, as indicated by a voluntary attrition rate for those employed for over 180 days of 14.9%. We believe this is further evidenced by the high level of internal referrals, which drove 38% of new hires in 2020 and helped drive a 101% fill rate." (p. 5) | x | x | | |
| | | | Investment Summary | "We believe TASK's success will be underpinned by several key attributes, including its: (1) large and growing TAM, (2) deeply embedded and growing client relationships, (3) cohesive, simple, and reinforcing growth strategy, including geographic expansion and M&A, (4) leadership in talent acquisition with low voluntary attrition rates, and (5) attractive underlying financial model designed to drive profitability" (p. 7) | x | | | |
| 29 | RBC Capital Markets | 11/10/2021 | | None | | | | |
| 30 | William Blair | 11/10/2021 | Summary | "TaskUs reported third-quarter attrition below 2019 levels and increased headcount by 13% sequentially, which is impressive given the increasingly challenging labor market" (p. 1) | x | | | |
| 31 | J.P. Morgan | 11/11/2021 | Investment Thesis, Valuation and Risks | "TaskUs operates in high-growth markets, and it relies on its culture, internal processes, and brand to attract potential employees and fulfil sudden surges in demand. This poses a risk that the company must maintain its culture and processes to be able to continue to hire and retain employees." (p. 4) | | | x | |
| | | | Investment Thesis, Valuation and Risks | "The work carries headline risk, high attrition rates, and is more likely to be automated." (p. 4) | | | x | |

**Exhibit 3**
**Summary of TASK Analyst Reports in the Class Period**
**With Quotes for TaskUs-Specific Attrition-Related Discussions**
*June 11, 2021 – January 19, 2022*

| | | | | | Category | | | |
| | | | | | 1. Mentions the Disclosed Attrition Rates[3] | 2. Mentions corroborating evidence and metrics | 3. Mentions evaluation of future attrition and risks | 4. Mentions the alleged misstatement |
|---|---|---|---|---|---|---|---|---|
| # | Analyst | Date | Section | Quotes for TaskUs-Specific Attrition-Related Discussions[1][2] | | | | |
| 32 | Morgan Stanley | 11/11/2021 | Summary | "While TASK is not immune to industry labor challenges, particularly in the U.S., attrition remains 'considerably lower' than pre-pandemic levels, likely aided by the company's employee-centric value proposition . Despite the challenging labor environment, TASK was able to add an impressive 4,100 net new employees in the quarter (+13% sequentially), noting that its ability to hire helped it win significant share at a top 10 client." (p. 1) | x | x | | |
| | | | Risks to PT/Rating | "RISKS TO DOWNSIDE…Elevated levels of attrition" (p. 3) | | | x | |
| 33 | Baird | 11/18/2021 | | None | | | | |
| 34 | J.P. Morgan | 11/19/2021 | Summary | "While the industry's competitive intensity is increasing, TASK believes it benefits from: 1) being culturally very similar to its technology disrupter and start-up clients (which results in lower attrition rates which is running below 2019 level of 26%), 2) its agility in servicing new demand (15 days from signing a contract to deploying people in customer specific training- 3x faster than peers'), and 3) being a pure play provider to tech businesses which allows it to go deep into specific industries, instead of treating all of them as 'tech'." (p. 1) | x | x | | |
| 35 | Baird | 11/22/2021 | | None | | | | |
| 36 | J.P. Morgan | 11/22/2021 | Investment Thesis, Valuation and Risks | "TaskUs operates in high-growth markets, and it relies on its culture, internal processes, and brand to attract potential employees and fulfil sudden surges in demand. This poses a risk that the company must maintain its culture and processes to be able to continue to hire and retain employees." (p. 7) | | | x | |
| | | | Investment Thesis, Valuation and Risks | "The work carries headline risk, high attrition rates, and is more likely to be automated." (p. 7) | | | x | |
| 37 | RBC Capital Markets | 12/7/2021 | Key Fundamental Questions | "We believe the company's focus on fostering employee culture has led to lower employee attrition, as indicated by a voluntary attrition rate for those employed for over 180 days of 14.9%. We believe this is further evidenced by the high level of internal referrals, which drove 38% of new hires in 2020 and helped drive a 101% fill rate." (p. 3) | x | x | | |
| | | | Investment Summary | "We believe TASK's success will be underpinned by several key attributes, including its: (1) large and growing TAM, (2) deeply embedded and growing client relationships, (3) cohesive, simple, and reinforcing growth strategy, including geographic expansion and M&A, (4) leadership in talent acquisition with low voluntary attrition rates, and (5) attractive underlying financial model designed to drive profitability" (p. 5) | x | | | |

**Exhibit 3**
**Summary of TASK Analyst Reports in the Class Period**
**With Quotes for TaskUs-Specific Attrition-Related Discussions**
*June 11, 2021 – January 19, 2022*

| # | Analyst | Date | Section | Quotes for TaskUs-Specific Attrition-Related Discussions[1][2] | Category | | | |
|---|---------|------|---------|-------------------------------------------------------------|---|---|---|---|
| | | | | | 1. Mentions the Disclosed Attrition Rates[3] | 2. Mentions corroborating evidence and metrics | 3. Mentions evaluation of future attrition and risks | 4. Mentions the alleged misstatement |
| 38 | Morgan Stanley | 12/13/2021 | Summary | "Further, we expect stock-based compensation to remain steady throughout our projection period at ~$19mm per quarter or ~20% of revenue as a means to attract and retain highly sought after talent." (p. 2) | | x | x | |
| | | | Summary | "Downside risks include the January 18, 2022 lockup expiry, which implies ~82mm shares are eligible for sale (note the current public float is ~27mm shares), share loss to competitors, insourcing, and / or automation, supply-related issues such as elevated attrition or inability to hire talent, and pricing pressure." (p. 2) | | | x | |
| | | | Risks to PT/Rating | "RISKS TO DOWNSIDE…Elevated levels of attrition" (p. 4) | | | x | |
| | | | Risks to Our Rating and Price Target | "Downside risks include… 3) supply-related issues such as elevated attrition or inability to hire talent; and" (p. 11) | | | x | |
| 39 | Morgan Stanley | 12/17/2021 | Risks to PT/Rating | "RISKS TO DOWNSIDE…Elevated levels of attrition" (p. 5) | | | x | |
| 40 | BTIG | 12/20/2021 | | None | | | | |
| 41 | BofA Global Research | 1/6/2022 | Attractive top and bottom-line financial profile | "We also believe TASK is faring quite well in the ongoing war for talent with employee attrition trending in the 15-20% range (better than industry average and below 2019 levels), a very high Glassdoor rating of 4.7, and plans to start capitalizing on talent pools in Malaysia. Poland. and Romania during 1 H22." (p. 1) | x | x | | |
| | | | Investment Rationale | "Accelerating digitization of CX outsourcing services should support TASK's 25%+ long-term organic revenue growth outlook, and employee attrition is better than the industry average."[5] (p. 2) | x | | | |
| | | | | **Total** | **19** | **13** | **14** | **1** |

**Notes and Sources**:

[1] Quotes that start with an asterisk (*) were cited in the Amended Complaint. *See* Amended Complaint, ¶ 75.

[2] Quotes that are repeated in the analyst reports are only listed once.

[3] Quotes that were categorized as "Mentions the Disclosed Attrition Rates" would meet one of the following conditions: (1) explicitly reference the 14.9% or 26.6% voluntary attrition rates disclosed by TaskUs; (2) used the term "voluntary attrition rate," which is specific to the Disclosed Attrition Rates; (3) drew qualitative conclusions based on the Disclosed Attrition Rates; or (4) discussed a voluntary attrition rate as of later years as disclosed by TaskUs.

[4] William Blair reported a different attrition rate (12.7%) compared to TaskUs's reported rate (14.9%). The report does not provide an explanation for the difference.

[5] The phrase, "employee attrition is better than the industry average" appears to be based on the Disclosed Attrition Rates. Specifically BofA Global Research explained in an earlier section of this report that "TASK is faring quite well in the war for talent with employee attrition trending in the 15-20% range (better than industry average and below 2019 levels)…"

**Exhibit 4**
**Comparison of "TaskUs-Related News" Under Coffman and Deal Definitions and Statistical Significance**
*June 11, 2021 – January 19, 2022*

| | "TaskUs-Related News" Definition | | | | | | | | | 95% Level Statistical Significance | | | | |
| | Coffman | | | | | Deal | | | | Coffman Model | Deal Model | | | |
| Market Date | SEC Filings | Analyst Report | Earnings | Factiva News | Definition | Factiva News (Based on Review) | Definition | Difference | Reason For Change | | 15-day window | 30-day window | 45-day window | 60-day window |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] |
| 6/11/2021[3] | 1 | 0 | 0 | 1 | News | 1 | News | | - | | | | | |
| 6/14/2021 | 1 | 0 | 0 | 1 | News | 1 | News | | - | | | | | |
| 6/15/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 2 - News on Other Company | | | | | Y |
| 6/16/2021 | 1 | 0 | 0 | 1 | News | 1 | News | | - | | | | | |
| 6/17/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 6/18/2021 | 1 | 0 | 0 | 0 | News | 0 | News | | - | | | | | |
| 6/21/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 6 - Outdated News and Analysis of Historical Data | | | | | |
| 6/22/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 2 - News on Other Company | | | | | |
| 6/23/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 6/24/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 5 - Minor Event | | | | | |
| 6/25/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 5 - Minor Event | | | | Y | Y |
| 6/28/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 6/29/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 6/30/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 7/1/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 7/2/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 7/6/2021 | 0 | 1 | 0 | 1 | News | 1 | News | | - | | | | | |
| 7/7/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 2 - News on Other Company | | | | | |
| 7/8/2021 | 0 | 1 | 0 | 0 | News | 0 | News | | - | | | | | |
| 7/9/2021 | 1 | 0 | 0 | 1 | News | 1 | News | | - | | | | | |
| 7/12/2021 | 1 | 0 | 0 | 0 | News | 0 | News | | - | | | | | |
| 7/13/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 7/14/2021 | 1 | 0 | 0 | 0 | News | 0 | News | | - | | | | | |
| 7/15/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 7/16/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 7/19/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 5 - Minor Event | | | | | |
| 7/20/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 2 - News on Other Company | | Y | | Y | |
| 7/21/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 7/22/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 2 - News on Other Company | | | | | |
| 7/23/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 2 - News on Other Company | | | | | |
| 7/26/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 5 - Minor Event | | | | | |
| 7/27/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | Y | | | |
| 7/28/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 7/29/2021 | 0 | 0 | 0 | 1 | News | 1 | News | | - | | | | | |
| 7/30/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 2 - News on Other Company | | | | | |
| 8/2/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 8/3/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 8/4/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 8/5/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 4 - News Roundup | | | | | |
| 8/6/2021 | 0 | 0 | 0 | 1 | News | 1 | News | | - | | | | | |

**Exhibit 4**
**Comparison of "TaskUs-Related News" Under Coffman and Deal Definitions and Statistical Significance**
*June 11, 2021 – January 19, 2022*

| Market Date | "TaskUs-Related News" Definition | | | | | | | Difference | Reason For Change | 95% Level Statistical Significance | | | | |
| | Coffman | | | | | Deal | | | | Coffman Model | Deal Model | | | |
| | SEC Filings | Analyst Report | Earnings | Factiva News | Definition | Factiva News (Based on Review) | Definition | | | | 15-day window | 30-day window | 45-day window | 60-day window |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] |
| 8/9/2021 | 1 | 0 | 0 | 1 | News | 0 | News | | - | | | | | |
| 8/10/2021 | 0 | 1 | 0 | 1 | News | 0 | News | | - | | | | | |
| 8/11/2021 | 1 | 1 | 1 | 1 | News | 1 | News | | - | Y | Y | Y | Y | Y |
| 8/12/2021 | 1 | 0 | 0 | 1 | News | 0 | News | | - | | | | | |
| 8/13/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 8/16/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 8/17/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 1 - Stock Price Movement, No Analysis | Y | Y | Y | Y | Y |
| 8/18/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 1 - Stock Price Movement, No Analysis | Y | | Y | Y | Y |
| 8/19/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 2 - News on Other Company | | | | | |
| 8/20/2021 | 0 | 0 | 0 | 1 | News | 1 | News | | - | | | | | |
| 8/23/2021 | 0 | 0 | 0 | 1 | News | 1 | News | | - | | | | | |
| 8/24/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 8/25/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 8/26/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 2 - News on Other Company | | | | | |
| 8/27/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 1 - Stock Price Movement, No Analysis | | Y | | | |
| 8/30/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 8/31/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 2 - News on Other Company | | | | | |
| 9/1/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 2 - News on Other Company | | | | | |
| 9/2/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 2 - News on Other Company | | | | | |
| 9/3/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 1 - Stock Price Movement, No Analysis | | | | | |
| 9/7/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 9/8/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 1 - Stock Price Movement, No Analysis | | | | | |
| 9/9/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 7 - No News During Market Hours | | Y | Y | | |
| 9/10/2021 | 1 | 0 | 0 | 1 | News | 1 | News | | - | | | | | |
| 9/13/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 2 - News on Other Company | Y | Y | Y | Y | Y |
| 9/14/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 1 - Stock Price Movement, No Analysis | | | | | |
| 9/15/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 9/16/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 6 - Outdated News and Analysis of Historical Data | | | | | |
| 9/17/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 9/20/2021 | 1 | 0 | 0 | 1 | News | 0 | News | | - | | | | | |
| 9/21/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 1 - Stock Price Movement, No Analysis | | | | | |
| 9/22/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 9/23/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 9/24/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 1 - Stock Price Movement, No Analysis | Y | Y | Y | Y | Y |
| 9/27/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 9/28/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 9/29/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 1 - Stock Price Movement, No Analysis | | | | | |
| 9/30/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 10/1/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 1 - Stock Price Movement, No Analysis | | | | | |
| 10/4/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |

**Exhibit 4**
**Comparison of "TaskUs-Related News" Under Coffman and Deal Definitions and Statistical Significance**
*June 11, 2021 – January 19, 2022*

| | | "TaskUs-Related News" Definition | | | | | | | | 95% Level Statistical Significance | | | | |
| | | Coffman | | | | Deal | | | | | Deal Model | | | |
| Market Date | SEC Filings | Analyst Report | Earnings | Factiva News | Definition | Factiva News (Based on Review) | Definition | Difference | Reason For Change | Coffman Model | 15-day window | 30-day window | 45-day window | 60-day window |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/5/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 10/6/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 10/7/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 1 - Stock Price Movement, No Analysis | | | | | Y |
| 10/8/2021 | 0 | 0 | 0 | 1 | News | 1 | News | | - | | | | | |
| 10/11/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 2 - News on Other Company | | | | | |
| 10/12/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 1 - Stock Price Movement, No Analysis | | | | | |
| 10/13/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 2 - News on Other Company | Y | Y | Y | Y | Y |
| 10/14/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 10/15/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 1 - Stock Price Movement, No Analysis | | | | | |
| 10/18/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 7 - No News During Market Hours | Y | | | | Y |
| 10/19/2021 | 1 | 1 | 1 | 1 | News | 1 | News | | - | Y | | | Y | Y |
| 10/20/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 4 - News Roundup | | | | | |
| 10/21/2021 | 1 | 0 | 0 | 1 | News | 1 | News | | - | | | | | |
| 10/22/2021 | 1 | 1 | 0 | 1 | News | 1 | News | | - | | | | | |
| 10/25/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 5 - Minor Event | | | | | |
| 10/26/2021 | 0 | 1 | 0 | 1 | News | 1 | News | | - | | | | | |
| 10/27/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 7 - No News During Market Hours | | | | | |
| 10/28/2021 | 1 | 0 | 0 | 0 | News | 0 | News | | - | | | | | |
| 10/29/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 11/1/2021 | 1 | 0 | 0 | 1 | News | 1 | News | | - | | | | | |
| 11/2/2021 | 1 | 0 | 0 | 1 | News | 0 | News | | - | | | | | |
| 11/3/2021 | 1 | 0 | 0 | 0 | News | 0 | News | | - | | | | | |
| 11/4/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 11/5/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 11/8/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 4 - News Roundup | | | | | |
| 11/9/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 4 - News Roundup | | | | | |
| 11/10/2021 | 0 | 1 | 0 | 1 | News | 0 | News | | - | | | | | |
| 11/11/2021 | 1 | 1 | 1 | 1 | News | 1 | News | | - | Y | Y | | | |
| 11/12/2021 | 1 | 0 | 0 | 1 | News | 0 | News | | - | | | | | |
| 11/15/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 11/16/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 11/17/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 5 - Minor Event | | | | | |
| 11/18/2021 | 1 | 0 | 0 | 1 | News | 1 | News | | - | | Y | | | |
| 11/19/2021 | 0 | 1 | 0 | 1 | News | 0 | News | | - | | | | | |
| 11/22/2021 | 0 | 1 | 0 | 1 | News | 0 | News | | - | | | | | |
| 11/23/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 11/24/2021 | 1 | 0 | 0 | 1 | News | 1 | News | | - | | Y | | | |

**Exhibit 4**
**Comparison of "TaskUs-Related News" Under Coffman and Deal Definitions and Statistical Significance**
*June 11, 2021 – January 19, 2022*

| Market Date | "TaskUs-Related News" Definition | | | | | | | | | 95% Level Statistical Significance | | | | |
| | Coffman | | | | | Deal | | | | Coffman Model | Deal Model | | | |
| | SEC Filings | Analyst Report | Earnings | Factiva News | Definition | Factiva News (Based on Review) | Definition | Difference | Reason For Change | | 15-day window | 30-day window | 45-day window | 60-day window |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] |
| 11/26/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 1 - Stock Price Movement, No Analysis | | | | | |
| 11/29/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 11/30/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 12/1/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 12/2/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 12/3/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 12/6/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 12/7/2021 | 0 | 1 | 0 | 0 | News | 0 | News | | - | | | | | |
| 12/8/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 3 - Repost of Analyst Commentary | | | | | |
| 12/9/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 1 - Stock Price Movement, No Analysis | | | | | |
| 12/10/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 12/13/2021 | 0 | 1 | 0 | 1 | News | 0 | News | | - | | | | | |
| 12/14/2021 | 0 | 0 | 0 | 1 | News | 1 | News | | - | | | | | |
| 12/15/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 5 - Minor Event | | | | | |
| 12/16/2021 | 1 | 0 | 0 | 1 | News | 0 | News | | - | | | | | |
| 12/17/2021 | 0 | 1 | 0 | 1 | News | 1 | News | | - | Y | Y | Y | Y | Y |
| 12/20/2021 | 0 | 1 | 0 | 1 | News | 0 | News | | - | | | | | |
| 12/21/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 3 - Repost of Analyst Commentary | | | | | |
| 12/22/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 12/23/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 1 - Stock Price Movement, No Analysis | | | | | |
| 12/27/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 5 - Minor Event | | | | | |
| 12/28/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 12/29/2021 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 5 - Minor Event | | | | | |
| 12/30/2021 | 0 | 0 | 0 | 1 | News | 1 | News | | - | | | | | |
| 12/31/2021 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 1/3/2022 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 1/4/2022 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | Y | | | |
| 1/5/2022 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 1/6/2022 | 0 | 1 | 0 | 1 | News | 0 | News | | - | | | | | |
| 1/7/2022 | 0 | 0 | 0 | 1 | News | 0 | Non-News | Y | 3 - Repost of Analyst Commentary | | | | | |
| 1/10/2022 | 0 | 0 | 0 | 1 | News | 1 | News | | - | | | | | |
| 1/11/2022 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 1/12/2022 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 1/13/2022 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 1/14/2022 | 0 | 0 | 0 | 1 | News | 1 | News | | - | | | | | |
| 1/18/2022 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| 1/19/2022 | 0 | 0 | 0 | 0 | Non-News | 0 | Non-News | | - | | | | | |
| **Total Days:** | | | | | | | | | | | | | | |
| 153 | 24 | 16 | 3 | 90 | 97 | 25 | 45 | 52 | | 10 | 14 | 9 | 11 | 10 |

**Exhibit 4**
**Comparison of "TaskUs-Related News" Under Coffman and Deal Definitions and Statistical Significance**
*June 11, 2021 – January 19, 2022*

| | "TaskUs-Related News" Definition | | | | | | | | | 95% Level Statistical Significance | | | | |
| | Coffman | | | | | Deal | | | | | Coffman Model | Deal Model | | | |
| Market Date | SEC Filings | Analyst Report | Earnings | Factiva News | Definition | Factiva News (Based on Review) | Definition | Difference | Reason For Change | | 15-day window | 30-day window | 45-day window | 60-day window |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] |

**Notes and Sources:**

[1] Column [E] is "News" if at least one of Columns [A]–[D] have value "1," and is "Non-News" otherwise. Column [G] is "News" if at least one of Columns [A]–[C], [F] have value "1," and is "Non-News" otherwise. Column [H] is "Y" if the values in Columns [E] and [G] are different, and is blank otherwise. See Production Materials from Coffman (Task News Import.xlsx and News vs No News Chi Square Test.sas).

[2] For rows where Column [H] is "Y," Column [I] specifies one reason for the difference. There are seven different categories of reasons. Example headlines for each of those categories are listed below:

    • 1 - Stock Price Movement, No Analysis: "Late Trading Activity (4.p.m – 6 p.m. Eastern Time)"

    • 2 - News on Other Company: "MS Seeks Buyer for Probe"

    • 3 - Repost of Analyst Commentary: "09:00 EST TaskUs price target lowered to $62 from $69 at RBC Capital..."

    • 4 - News Roundup: "U.S. RESEARCH ROUNDUP-BTRS Holdings, Fair Isaac, Monmouth Real Estate Investment"

    • 5 - Minor Event: "'Nadine, Together With Us' virtual concert gives tribute to drag queens, elderly gays"

    • 6 - Outdated News and Historical Data Analysis: "TaskUs Debuts on Nasdaq" (dated June 21, 2021)

    • 7 - No News During Market Hours: if there were no TaskUs-related news articles on the Factiva database, or all articles on that day were published after 4PM EST.

[3] While June 11, 2021 is included in this exhibit, it is not included in the analysis for Figure 6.