# EXHIBIT 8

Coffman Deposition  Exhibit 7

TASK News Import

Produced as Native

|    | A |
|----|-----------|
| 1  | Market_Date |
| 2  | 2021-07-06 |
| 3  | 2021-07-06 |
| 4  | 2021-07-06 |
| 5  | 2021-07-06 |
| 6  | 2021-07-06 |
| 7  | 2021-07-06 |
| 8  | 2021-07-08 |
| 9  | 2021-08-10 |
| 10 | 2021-08-10 |
| 11 | 2021-08-10 |
| 12 | 2021-08-11 |
| 13 | 2021-08-11 |
| 14 | 2021-08-11 |
| 15 | 2021-08-11 |
| 16 | 2021-08-11 |
| 17 | 2021-10-19 |
| 18 | 2021-10-22 |
| 19 | 2021-10-26 |
| 20 | 2021-11-10 |
| 21 | 2021-11-10 |
| 22 | 2021-11-10 |
| 23 | 2021-11-10 |
| 24 | 2021-11-11 |
| 25 | 2021-11-11 |
| 26 | 2021-11-11 |
| 27 | 2021-11-19 |
| 28 | 2021-11-22 |
| 29 | 2021-12-07 |
| 30 | 2021-12-13 |
| 31 | 2021-12-17 |
| 32 | 2021-12-20 |
| 33 | 2022-01-06 |
| 34 | 2022-01-20 |
| 35 | 2022-01-21 |
| 36 | 2022-01-25 |
| 37 | 2022-01-25 |
| 38 | 2022-01-28 |
| 39 | 2022-02-28 |
| 40 | 2022-02-28 |
| 41 | 2022-02-28 |
| 42 | 2022-03-01 |
| 43 | 2022-03-01 |
| 44 | 2022-03-01 |
| 45 | 2022-03-01 |
| 46 | 2022-03-01 |



EXHIBIT

7

6/20/24

TASK News Import.xlsx

AR

| | A |
|---|---|
| 1 | Market_Date |
| 47 | 2022-03-10 |
| 48 | 2022-03-16 |
| 49 | 2022-04-04 |
| 50 | 2022-04-19 |
| 51 | 2022-04-20 |
| 52 | 2022-05-06 |
| 53 | 2022-05-09 |
| 54 | 2022-05-09 |
| 55 | 2022-05-10 |
| 56 | 2022-05-10 |
| 57 | 2022-05-10 |
| 58 | 2022-05-10 |
| 59 | 2022-05-10 |
| 60 | 2022-05-10 |
| 61 | 2022-05-25 |
| 62 | 2022-06-08 |
| 63 | 2022-06-21 |
| 64 | 2022-06-30 |
| 65 | 2022-07-20 |
| 66 | 2022-07-28 |
| 67 | 2022-08-01 |
| 68 | 2022-08-05 |
| 69 | 2022-08-08 |
| 70 | 2022-08-08 |
| 71 | 2022-08-08 |
| 72 | 2022-08-09 |
| 73 | 2022-08-09 |
| 74 | 2022-08-09 |
| 75 | 2022-08-09 |
| 76 | 2022-08-09 |
| 77 | 2022-08-15 |
| 78 | 2022-09-07 |
| 79 | 2022-09-07 |
| 80 | 2022-09-07 |
| 81 | 2022-09-07 |
| 82 | 2022-09-07 |
| 83 | 2022-09-08 |
| 84 | 2022-09-13 |
| 85 | 2022-10-14 |
| 86 | 2022-10-31 |
| 87 | 2022-10-31 |
| 88 | 2022-11-07 |
| 89 | 2022-11-07 |
| 90 | 2022-11-07 |
| 91 | 2022-11-08 |

3

| | A |
|---|---|
| 1 | Market_Date |
| 92 | 2022-11-08 |
| 93 | 2022-11-08 |
| 94 | 2022-11-08 |
| 95 | 2022-11-08 |
| 96 | 2022-11-08 |
| 97 | 2022-11-14 |
| 98 | 2022-11-16 |
| 99 | 2022-11-22 |
| 100 | 2023-01-24 |
| 101 | 2023-02-24 |
| 102 | 2023-02-27 |
| 103 | 2023-02-27 |
| 104 | 2023-02-27 |
| 105 | 2023-02-28 |
| 106 | 2023-02-28 |
| 107 | 2023-02-28 |
| 108 | 2023-02-28 |
| 109 | 2023-03-31 |
| 110 | 2023-05-08 |
| 111 | 2023-05-08 |
| 112 | 2023-05-08 |
| 113 | 2023-05-08 |
| 114 | 2023-05-09 |
| 115 | 2023-05-09 |
| 116 | 2023-05-09 |
| 117 | 2023-05-15 |
| 118 | 2023-05-23 |
| 119 | 2023-06-07 |
| 120 | 2023-06-08 |
| 121 | 2023-06-20 |
| 122 | 2023-06-26 |
| 123 | 2023-08-09 |
| 124 | 2023-08-09 |
| 125 | 2023-08-09 |
| 126 | 2023-08-09 |
| 127 | 2023-08-10 |
| 128 | 2023-08-10 |
| 129 | 2023-09-25 |
| 130 | 2023-09-26 |
| 131 | 2023-10-03 |
| 132 | 2023-11-06 |
| 133 | 2023-11-06 |
| 134 | 2023-11-06 |
| 135 | 2023-11-06 |
| 136 | 2023-11-07 |

4

|  | A |
|---|---|
| 1 | Market_Date |
| 137 | 2023-11-07 |
| 138 | 2023-12-18 |
| 139 | 2023-12-20 |
| 140 | 2023-12-26 |

| | A |
|---|---|
| 1 | market_date |
| 2 | 2021-06-11 |
| 3 | 2021-06-11 |
| 4 | 2021-06-11 |
| 5 | 2021-06-11 |
| 6 | 2021-06-11 |
| 7 | 2021-06-11 |
| 8 | 2021-06-11 |
| 9 | 2021-06-14 |
| 10 | 2021-06-14 |
| 11 | 2021-06-14 |
| 12 | 2021-06-14 |
| 13 | 2021-06-14 |
| 14 | 2021-06-14 |
| 15 | 2021-06-15 |
| 16 | 2021-06-16 |
| 17 | 2021-06-16 |
| 18 | 2021-06-16 |
| 19 | 2021-06-16 |
| 20 | 2021-06-16 |
| 21 | 2021-06-16 |
| 22 | 2021-06-21 |
| 23 | 2021-06-22 |
| 24 | 2021-06-24 |
| 25 | 2021-06-25 |
| 26 | 2021-07-06 |
| 27 | 2021-07-06 |
| 28 | 2021-07-06 |
| 29 | 2021-07-06 |
| 30 | 2021-07-06 |
| 31 | 2021-07-06 |
| 32 | 2021-07-06 |
| 33 | 2021-07-06 |
| 34 | 2021-07-06 |
| 35 | 2021-07-06 |
| 36 | 2021-07-06 |
| 37 | 2021-07-06 |
| 38 | 2021-07-06 |
| 39 | 2021-07-06 |
| 40 | 2021-07-06 |
| 41 | 2021-07-06 |
| 42 | 2021-07-06 |
| 43 | 2021-07-06 |
| 44 | 2021-07-06 |
| 45 | 2021-07-06 |
| 46 | 2021-07-06 |

| | A |
|---|---|
| 1 | market_date |
| 47 | 2021-07-06 |
| 48 | 2021-07-06 |
| 49 | 2021-07-06 |
| 50 | 2021-07-06 |
| 51 | 2021-07-06 |
| 52 | 2021-07-06 |
| 53 | 2021-07-06 |
| 54 | 2021-07-06 |
| 55 | 2021-07-07 |
| 56 | 2021-07-07 |
| 57 | 2021-07-09 |
| 58 | 2021-07-09 |
| 59 | 2021-07-09 |
| 60 | 2021-07-09 |
| 61 | 2021-07-09 |
| 62 | 2021-07-19 |
| 63 | 2021-07-19 |
| 64 | 2021-07-20 |
| 65 | 2021-07-22 |
| 66 | 2021-07-22 |
| 67 | 2021-07-23 |
| 68 | 2021-07-23 |
| 69 | 2021-07-26 |
| 70 | 2021-07-29 |
| 71 | 2021-07-29 |
| 72 | 2021-07-30 |
| 73 | 2021-08-05 |
| 74 | 2021-08-06 |
| 75 | 2021-08-09 |
| 76 | 2021-08-10 |
| 77 | 2021-08-10 |
| 78 | 2021-08-10 |
| 79 | 2021-08-10 |
| 80 | 2021-08-10 |
| 81 | 2021-08-10 |
| 82 | 2021-08-11 |
| 83 | 2021-08-11 |
| 84 | 2021-08-11 |
| 85 | 2021-08-11 |
| 86 | 2021-08-11 |
| 87 | 2021-08-11 |
| 88 | 2021-08-11 |
| 89 | 2021-08-11 |
| 90 | 2021-08-11 |
| 91 | 2021-08-12 |

3

| | A |
|---|---|
| 1 | market_date |
| 92 | 2021-08-17 |
| 93 | 2021-08-17 |
| 94 | 2021-08-18 |
| 95 | 2021-08-18 |
| 96 | 2021-08-19 |
| 97 | 2021-08-20 |
| 98 | 2021-08-23 |
| 99 | 2021-08-23 |
| 100 | 2021-08-26 |
| 101 | 2021-08-27 |
| 102 | 2021-08-31 |
| 103 | 2021-09-01 |
| 104 | 2021-09-02 |
| 105 | 2021-09-03 |
| 106 | 2021-09-03 |
| 107 | 2021-09-03 |
| 108 | 2021-09-08 |
| 109 | 2021-09-09 |
| 110 | 2021-09-09 |
| 111 | 2021-09-09 |
| 112 | 2021-09-10 |
| 113 | 2021-09-10 |
| 114 | 2021-09-10 |
| 115 | 2021-09-10 |
| 116 | 2021-09-10 |
| 117 | 2021-09-13 |
| 118 | 2021-09-14 |
| 119 | 2021-09-14 |
| 120 | 2021-09-14 |
| 121 | 2021-09-14 |
| 122 | 2021-09-14 |
| 123 | 2021-09-14 |
| 124 | 2021-09-14 |
| 125 | 2021-09-14 |
| 126 | 2021-09-14 |
| 127 | 2021-09-14 |
| 128 | 2021-09-14 |
| 129 | 2021-09-16 |
| 130 | 2021-09-20 |
| 131 | 2021-09-21 |
| 132 | 2021-09-24 |
| 133 | 2021-09-29 |
| 134 | 2021-10-01 |
| 135 | 2021-10-07 |
| 136 | 2021-10-08 |

| | A |
|---|---|
| 1 | market_date |
| 137 | 2021-10-11 |
| 138 | 2021-10-12 |
| 139 | 2021-10-13 |
| 140 | 2021-10-15 |
| 141 | 2021-10-18 |
| 142 | 2021-10-18 |
| 143 | 2021-10-19 |
| 144 | 2021-10-19 |
| 145 | 2021-10-19 |
| 146 | 2021-10-19 |
| 147 | 2021-10-19 |
| 148 | 2021-10-19 |
| 149 | 2021-10-19 |
| 150 | 2021-10-20 |
| 151 | 2021-10-20 |
| 152 | 2021-10-20 |
| 153 | 2021-10-21 |
| 154 | 2021-10-21 |
| 155 | 2021-10-21 |
| 156 | 2021-10-22 |
| 157 | 2021-10-22 |
| 158 | 2021-10-22 |
| 159 | 2021-10-25 |
| 160 | 2021-10-26 |
| 161 | 2021-10-26 |
| 162 | 2021-10-26 |
| 163 | 2021-10-26 |
| 164 | 2021-10-26 |
| 165 | 2021-10-26 |
| 166 | 2021-10-27 |
| 167 | 2021-10-27 |
| 168 | 2021-10-27 |
| 169 | 2021-10-27 |
| 170 | 2021-11-01 |
| 171 | 2021-11-01 |
| 172 | 2021-11-02 |
| 173 | 2021-11-02 |
| 174 | 2021-11-02 |
| 175 | 2021-11-08 |
| 176 | 2021-11-09 |
| 177 | 2021-11-09 |
| 178 | 2021-11-10 |
| 179 | 2021-11-10 |
| 180 | 2021-11-10 |
| 181 | 2021-11-10 |

|  | A |
|---|---|
| 1 | market_date |
| 182 | 2021-11-11 |
| 183 | 2021-11-11 |
| 184 | 2021-11-11 |
| 185 | 2021-11-11 |
| 186 | 2021-11-11 |
| 187 | 2021-11-11 |
| 188 | 2021-11-11 |
| 189 | 2021-11-11 |
| 190 | 2021-11-11 |
| 191 | 2021-11-11 |
| 192 | 2021-11-11 |
| 193 | 2021-11-11 |
| 194 | 2021-11-12 |
| 195 | 2021-11-17 |
| 196 | 2021-11-17 |
| 197 | 2021-11-17 |
| 198 | 2021-11-18 |
| 199 | 2021-11-18 |
| 200 | 2021-11-19 |
| 201 | 2021-11-22 |
| 202 | 2021-11-22 |
| 203 | 2021-11-24 |
| 204 | 2021-11-26 |
| 205 | 2021-12-08 |
| 206 | 2021-12-09 |
| 207 | 2021-12-13 |
| 208 | 2021-12-13 |
| 209 | 2021-12-13 |
| 210 | 2021-12-13 |
| 211 | 2021-12-13 |
| 212 | 2021-12-14 |
| 213 | 2021-12-14 |
| 214 | 2021-12-14 |
| 215 | 2021-12-14 |
| 216 | 2021-12-15 |
| 217 | 2021-12-15 |
| 218 | 2021-12-16 |
| 219 | 2021-12-16 |
| 220 | 2021-12-16 |
| 221 | 2021-12-17 |
| 222 | 2021-12-17 |
| 223 | 2021-12-17 |
| 224 | 2021-12-17 |
| 225 | 2021-12-20 |
| 226 | 2021-12-21 |

6

|  | A |
|---|---|
| 1 | market_date |
| 227 | 2021-12-23 |
| 228 | 2021-12-27 |
| 229 | 2021-12-29 |
| 230 | 2021-12-30 |
| 231 | 2021-12-30 |
| 232 | 2021-12-30 |
| 233 | 2022-01-06 |
| 234 | 2022-01-06 |
| 235 | 2022-01-06 |
| 236 | 2022-01-07 |
| 237 | 2022-01-07 |
| 238 | 2022-01-10 |
| 239 | 2022-01-10 |
| 240 | 2022-01-10 |
| 241 | 2022-01-10 |
| 242 | 2022-01-14 |
| 243 | 2022-01-20 |
| 244 | 2022-01-20 |
| 245 | 2022-01-20 |
| 246 | 2022-01-20 |
| 247 | 2022-01-20 |
| 248 | 2022-01-21 |
| 249 | 2022-01-21 |
| 250 | 2022-01-21 |
| 251 | 2022-01-21 |
| 252 | 2022-01-21 |
| 253 | 2022-01-21 |
| 254 | 2022-01-21 |
| 255 | 2022-01-21 |
| 256 | 2022-01-21 |
| 257 | 2022-01-21 |
| 258 | 2022-01-24 |
| 259 | 2022-01-24 |
| 260 | 2022-01-24 |
| 261 | 2022-01-24 |
| 262 | 2022-01-24 |
| 263 | 2022-01-24 |
| 264 | 2022-01-24 |
| 265 | 2022-01-24 |
| 266 | 2022-01-24 |
| 267 | 2022-01-24 |
| 268 | 2022-01-25 |
| 269 | 2022-01-25 |
| 270 | 2022-01-25 |
| 271 | 2022-01-25 |

| | A |
|---|---|
| 1 | market_date |
| 272 | 2022-01-26 |
| 273 | 2022-01-26 |
| 274 | 2022-01-27 |
| 275 | 2022-01-27 |
| 276 | 2022-01-27 |
| 277 | 2022-01-27 |
| 278 | 2022-01-27 |
| 279 | 2022-01-28 |
| 280 | 2022-01-28 |
| 281 | 2022-01-31 |
| 282 | 2022-01-31 |
| 283 | 2022-02-01 |
| 284 | 2022-02-03 |
| 285 | 2022-02-03 |
| 286 | 2022-02-04 |
| 287 | 2022-02-04 |
| 288 | 2022-02-10 |
| 289 | 2022-02-14 |
| 290 | 2022-02-15 |
| 291 | 2022-02-17 |
| 292 | 2022-02-18 |
| 293 | 2022-02-22 |
| 294 | 2022-02-22 |
| 295 | 2022-02-24 |
| 296 | 2022-02-24 |
| 297 | 2022-02-24 |
| 298 | 2022-02-24 |
| 299 | 2022-02-24 |
| 300 | 2022-02-24 |
| 301 | 2022-02-25 |
| 302 | 2022-02-25 |
| 303 | 2022-02-25 |
| 304 | 2022-02-25 |
| 305 | 2022-02-25 |
| 306 | 2022-02-25 |
| 307 | 2022-02-25 |
| 308 | 2022-02-28 |
| 309 | 2022-02-28 |
| 310 | 2022-02-28 |
| 311 | 2022-02-28 |
| 312 | 2022-02-28 |
| 313 | 2022-02-28 |
| 314 | 2022-02-28 |
| 315 | 2022-02-28 |
| 316 | 2022-02-28 |

8

| | A |
|---|---|
| 1 | market_date |
| 317 | 2022-02-28 |
| 318 | 2022-02-28 |
| 319 | 2022-02-28 |
| 320 | 2022-02-28 |
| 321 | 2022-02-28 |
| 322 | 2022-03-01 |
| 323 | 2022-03-01 |
| 324 | 2022-03-01 |
| 325 | 2022-03-01 |
| 326 | 2022-03-01 |
| 327 | 2022-03-01 |
| 328 | 2022-03-01 |
| 329 | 2022-03-01 |
| 330 | 2022-03-01 |
| 331 | 2022-03-01 |
| 332 | 2022-03-01 |
| 333 | 2022-03-01 |
| 334 | 2022-03-01 |
| 335 | 2022-03-01 |
| 336 | 2022-03-01 |
| 337 | 2022-03-01 |
| 338 | 2022-03-01 |
| 339 | 2022-03-01 |
| 340 | 2022-03-01 |
| 341 | 2022-03-02 |
| 342 | 2022-03-02 |
| 343 | 2022-03-02 |
| 344 | 2022-03-02 |
| 345 | 2022-03-02 |
| 346 | 2022-03-03 |
| 347 | 2022-03-03 |
| 348 | 2022-03-03 |
| 349 | 2022-03-04 |
| 350 | 2022-03-07 |
| 351 | 2022-03-07 |
| 352 | 2022-03-07 |
| 353 | 2022-03-07 |
| 354 | 2022-03-07 |
| 355 | 2022-03-07 |
| 356 | 2022-03-07 |
| 357 | 2022-03-07 |
| 358 | 2022-03-07 |
| 359 | 2022-03-08 |
| 360 | 2022-03-08 |
| 361 | 2022-03-08 |

| | A |
|---|---|
| 1 | market_date |
| 362 | 2022-03-08 |
| 363 | 2022-03-08 |
| 364 | 2022-03-08 |
| 365 | 2022-03-09 |
| 366 | 2022-03-09 |
| 367 | 2022-03-09 |
| 368 | 2022-03-09 |
| 369 | 2022-03-09 |
| 370 | 2022-03-09 |
| 371 | 2022-03-09 |
| 372 | 2022-03-09 |
| 373 | 2022-03-09 |
| 374 | 2022-03-09 |
| 375 | 2022-03-09 |
| 376 | 2022-03-09 |
| 377 | 2022-03-09 |
| 378 | 2022-03-10 |
| 379 | 2022-03-10 |
| 380 | 2022-03-10 |
| 381 | 2022-03-10 |
| 382 | 2022-03-10 |
| 383 | 2022-03-11 |
| 384 | 2022-03-11 |
| 385 | 2022-03-11 |
| 386 | 2022-03-14 |
| 387 | 2022-03-14 |
| 388 | 2022-03-14 |
| 389 | 2022-03-14 |
| 390 | 2022-03-14 |
| 391 | 2022-03-14 |
| 392 | 2022-03-14 |
| 393 | 2022-03-14 |
| 394 | 2022-03-14 |
| 395 | 2022-03-14 |
| 396 | 2022-03-15 |
| 397 | 2022-03-15 |
| 398 | 2022-03-15 |
| 399 | 2022-03-15 |
| 400 | 2022-03-15 |
| 401 | 2022-03-15 |
| 402 | 2022-03-16 |
| 403 | 2022-03-16 |
| 404 | 2022-03-16 |
| 405 | 2022-03-16 |
| 406 | 2022-03-17 |

| | A |
|---|---|
| 1 | market_date |
| 407 | 2022-03-17 |
| 408 | 2022-03-17 |
| 409 | 2022-03-17 |
| 410 | 2022-03-17 |
| 411 | 2022-03-17 |
| 412 | 2022-03-17 |
| 413 | 2022-03-17 |
| 414 | 2022-03-17 |
| 415 | 2022-03-17 |
| 416 | 2022-03-17 |
| 417 | 2022-03-17 |
| 418 | 2022-03-17 |
| 419 | 2022-03-18 |
| 420 | 2022-03-18 |
| 421 | 2022-03-18 |
| 422 | 2022-03-18 |
| 423 | 2022-03-18 |
| 424 | 2022-03-21 |
| 425 | 2022-03-21 |
| 426 | 2022-03-21 |
| 427 | 2022-03-21 |
| 428 | 2022-03-21 |
| 429 | 2022-03-21 |
| 430 | 2022-03-21 |
| 431 | 2022-03-22 |
| 432 | 2022-03-22 |
| 433 | 2022-03-22 |
| 434 | 2022-03-22 |
| 435 | 2022-03-22 |
| 436 | 2022-03-22 |
| 437 | 2022-03-22 |
| 438 | 2022-03-22 |
| 439 | 2022-03-22 |
| 440 | 2022-03-22 |
| 441 | 2022-03-23 |
| 442 | 2022-03-23 |
| 443 | 2022-03-23 |
| 444 | 2022-03-23 |
| 445 | 2022-03-23 |
| 446 | 2022-03-24 |
| 447 | 2022-03-25 |
| 448 | 2022-03-25 |
| 449 | 2022-03-25 |
| 450 | 2022-03-28 |
| 451 | 2022-03-28 |

| | A |
|---|---|
| 1 | market_date |
| 452 | 2022-03-29 |
| 453 | 2022-03-29 |
| 454 | 2022-03-29 |
| 455 | 2022-03-29 |
| 456 | 2022-03-29 |
| 457 | 2022-03-30 |
| 458 | 2022-03-30 |
| 459 | 2022-03-30 |
| 460 | 2022-03-30 |
| 461 | 2022-03-30 |
| 462 | 2022-03-30 |
| 463 | 2022-03-30 |
| 464 | 2022-03-30 |
| 465 | 2022-03-31 |
| 466 | 2022-03-31 |
| 467 | 2022-03-31 |
| 468 | 2022-03-31 |
| 469 | 2022-03-31 |
| 470 | 2022-04-01 |
| 471 | 2022-04-04 |
| 472 | 2022-04-04 |
| 473 | 2022-04-04 |
| 474 | 2022-04-04 |
| 475 | 2022-04-04 |
| 476 | 2022-04-04 |
| 477 | 2022-04-04 |
| 478 | 2022-04-04 |
| 479 | 2022-04-04 |
| 480 | 2022-04-04 |
| 481 | 2022-04-04 |
| 482 | 2022-04-04 |
| 483 | 2022-04-04 |
| 484 | 2022-04-04 |
| 485 | 2022-04-04 |
| 486 | 2022-04-05 |
| 487 | 2022-04-05 |
| 488 | 2022-04-05 |
| 489 | 2022-04-05 |
| 490 | 2022-04-05 |
| 491 | 2022-04-05 |
| 492 | 2022-04-05 |
| 493 | 2022-04-05 |
| 494 | 2022-04-05 |
| 495 | 2022-04-06 |
| 496 | 2022-04-06 |

| | A |
|---|---|
| 1 | market_date |
| 497 | 2022-04-06 |
| 498 | 2022-04-07 |
| 499 | 2022-04-07 |
| 500 | 2022-04-08 |
| 501 | 2022-04-08 |
| 502 | 2022-04-08 |
| 503 | 2022-04-11 |
| 504 | 2022-04-11 |
| 505 | 2022-04-11 |
| 506 | 2022-04-11 |
| 507 | 2022-04-11 |
| 508 | 2022-04-11 |
| 509 | 2022-04-11 |
| 510 | 2022-04-11 |
| 511 | 2022-04-12 |
| 512 | 2022-04-12 |
| 513 | 2022-04-12 |
| 514 | 2022-04-12 |
| 515 | 2022-04-12 |
| 516 | 2022-04-12 |
| 517 | 2022-04-13 |
| 518 | 2022-04-13 |
| 519 | 2022-04-13 |
| 520 | 2022-04-14 |
| 521 | 2022-04-14 |
| 522 | 2022-04-18 |
| 523 | 2022-04-18 |
| 524 | 2022-04-18 |
| 525 | 2022-04-18 |
| 526 | 2022-04-18 |
| 527 | 2022-04-18 |
| 528 | 2022-04-18 |
| 529 | 2022-04-19 |
| 530 | 2022-04-19 |
| 531 | 2022-04-19 |
| 532 | 2022-04-19 |
| 533 | 2022-04-19 |
| 534 | 2022-04-19 |
| 535 | 2022-04-19 |
| 536 | 2022-04-20 |
| 537 | 2022-04-20 |
| 538 | 2022-04-20 |
| 539 | 2022-04-20 |
| 540 | 2022-04-20 |
| 541 | 2022-04-20 |

|  | A |
|---|---|
| 1 | market_date |
| 542 | 2022-04-20 |
| 543 | 2022-04-20 |
| 544 | 2022-04-20 |
| 545 | 2022-04-20 |
| 546 | 2022-04-20 |
| 547 | 2022-04-20 |
| 548 | 2022-04-21 |
| 549 | 2022-04-21 |
| 550 | 2022-04-21 |
| 551 | 2022-04-21 |
| 552 | 2022-04-22 |
| 553 | 2022-04-22 |
| 554 | 2022-04-25 |
| 555 | 2022-04-25 |
| 556 | 2022-04-25 |
| 557 | 2022-04-25 |
| 558 | 2022-04-25 |
| 559 | 2022-04-25 |
| 560 | 2022-04-25 |
| 561 | 2022-04-25 |
| 562 | 2022-04-25 |
| 563 | 2022-04-25 |
| 564 | 2022-04-26 |
| 565 | 2022-04-26 |
| 566 | 2022-04-26 |
| 567 | 2022-04-26 |
| 568 | 2022-04-26 |
| 569 | 2022-05-02 |
| 570 | 2022-05-02 |
| 571 | 2022-05-05 |
| 572 | 2022-05-05 |
| 573 | 2022-05-09 |
| 574 | 2022-05-09 |
| 575 | 2022-05-09 |
| 576 | 2022-05-09 |
| 577 | 2022-05-09 |
| 578 | 2022-05-10 |
| 579 | 2022-05-10 |
| 580 | 2022-05-10 |
| 581 | 2022-05-10 |
| 582 | 2022-05-10 |
| 583 | 2022-05-10 |
| 584 | 2022-05-10 |
| 585 | 2022-05-10 |
| 586 | 2022-05-10 |

| | A |
|---|---|
| 1 | market_date |
| 587 | 2022-05-10 |
| 588 | 2022-05-10 |
| 589 | 2022-05-10 |
| 590 | 2022-05-10 |
| 591 | 2022-05-10 |
| 592 | 2022-05-10 |
| 593 | 2022-05-10 |
| 594 | 2022-05-10 |
| 595 | 2022-05-10 |
| 596 | 2022-05-10 |
| 597 | 2022-05-10 |
| 598 | 2022-05-11 |
| 599 | 2022-05-16 |
| 600 | 2022-05-16 |
| 601 | 2022-05-16 |
| 602 | 2022-05-17 |
| 603 | 2022-05-17 |
| 604 | 2022-05-18 |
| 605 | 2022-05-23 |
| 606 | 2022-05-23 |
| 607 | 2022-05-23 |
| 608 | 2022-05-24 |
| 609 | 2022-05-24 |
| 610 | 2022-05-26 |
| 611 | 2022-05-31 |
| 612 | 2022-06-01 |
| 613 | 2022-06-01 |
| 614 | 2022-06-02 |
| 615 | 2022-06-06 |
| 616 | 2022-06-06 |
| 617 | 2022-06-08 |
| 618 | 2022-06-08 |
| 619 | 2022-06-08 |
| 620 | 2022-06-10 |
| 621 | 2022-06-14 |
| 622 | 2022-06-16 |
| 623 | 2022-06-16 |
| 624 | 2022-06-16 |
| 625 | 2022-06-16 |
| 626 | 2022-06-16 |
| 627 | 2022-06-17 |
| 628 | 2022-06-17 |
| 629 | 2022-06-17 |
| 630 | 2022-06-17 |
| 631 | 2022-06-17 |

| | A |
|---|---|
| 1 | market_date |
| 632 | 2022-06-17 |
| 633 | 2022-06-21 |
| 634 | 2022-06-27 |
| 635 | 2022-06-27 |
| 636 | 2022-06-28 |
| 637 | 2022-06-29 |
| 638 | 2022-06-30 |
| 639 | 2022-06-30 |
| 640 | 2022-06-30 |
| 641 | 2022-07-01 |
| 642 | 2022-07-05 |
| 643 | 2022-07-05 |
| 644 | 2022-07-05 |
| 645 | 2022-07-11 |
| 646 | 2022-07-11 |
| 647 | 2022-07-11 |
| 648 | 2022-07-11 |
| 649 | 2022-07-11 |
| 650 | 2022-07-11 |
| 651 | 2022-07-12 |
| 652 | 2022-07-18 |
| 653 | 2022-07-19 |
| 654 | 2022-07-19 |
| 655 | 2022-07-19 |
| 656 | 2022-07-20 |
| 657 | 2022-07-20 |
| 658 | 2022-07-20 |
| 659 | 2022-07-22 |
| 660 | 2022-07-22 |
| 661 | 2022-07-25 |
| 662 | 2022-08-03 |
| 663 | 2022-08-05 |
| 664 | 2022-08-08 |
| 665 | 2022-08-08 |
| 666 | 2022-08-08 |
| 667 | 2022-08-08 |
| 668 | 2022-08-08 |
| 669 | 2022-08-09 |
| 670 | 2022-08-09 |
| 671 | 2022-08-09 |
| 672 | 2022-08-09 |
| 673 | 2022-08-09 |
| 674 | 2022-08-09 |
| 675 | 2022-08-09 |
| 676 | 2022-08-09 |

| | A |
|---|---|
| 1 | market_date |
| 677 | 2022-08-09 |
| 678 | 2022-08-09 |
| 679 | 2022-08-09 |
| 680 | 2022-08-09 |
| 681 | 2022-08-09 |
| 682 | 2022-08-09 |
| 683 | 2022-08-09 |
| 684 | 2022-08-09 |
| 685 | 2022-08-09 |
| 686 | 2022-08-09 |
| 687 | 2022-08-09 |
| 688 | 2022-08-09 |
| 689 | 2022-08-10 |
| 690 | 2022-08-10 |
| 691 | 2022-08-10 |
| 692 | 2022-08-15 |
| 693 | 2022-08-15 |
| 694 | 2022-08-15 |
| 695 | 2022-08-15 |
| 696 | 2022-08-16 |
| 697 | 2022-08-16 |
| 698 | 2022-08-19 |
| 699 | 2022-09-01 |
| 700 | 2022-09-01 |
| 701 | 2022-09-07 |
| 702 | 2022-09-07 |
| 703 | 2022-09-07 |
| 704 | 2022-09-07 |
| 705 | 2022-09-07 |
| 706 | 2022-09-07 |
| 707 | 2022-09-08 |
| 708 | 2022-09-08 |
| 709 | 2022-09-09 |
| 710 | 2022-09-09 |
| 711 | 2022-09-14 |
| 712 | 2022-09-14 |
| 713 | 2022-09-14 |
| 714 | 2022-09-14 |
| 715 | 2022-09-14 |
| 716 | 2022-09-14 |
| 717 | 2022-09-14 |
| 718 | 2022-09-15 |
| 719 | 2022-10-04 |
| 720 | 2022-10-04 |
| 721 | 2022-10-05 |

| | A |
|---|---|
| 1 | market_date |
| 722 | 2022-10-05 |
| 723 | 2022-10-05 |
| 724 | 2022-10-10 |
| 725 | 2022-10-24 |
| 726 | 2022-10-24 |
| 727 | 2022-10-24 |
| 728 | 2022-10-26 |
| 729 | 2022-10-26 |
| 730 | 2022-11-07 |
| 731 | 2022-11-07 |
| 732 | 2022-11-07 |
| 733 | 2022-11-07 |
| 734 | 2022-11-07 |
| 735 | 2022-11-07 |
| 736 | 2022-11-08 |
| 737 | 2022-11-08 |
| 738 | 2022-11-08 |
| 739 | 2022-11-08 |
| 740 | 2022-11-08 |
| 741 | 2022-11-08 |
| 742 | 2022-11-08 |
| 743 | 2022-11-08 |
| 744 | 2022-11-08 |
| 745 | 2022-11-08 |
| 746 | 2022-11-08 |
| 747 | 2022-11-08 |
| 748 | 2022-11-08 |
| 749 | 2022-11-08 |
| 750 | 2022-11-08 |
| 751 | 2022-11-08 |
| 752 | 2022-11-08 |
| 753 | 2022-11-08 |
| 754 | 2022-11-09 |
| 755 | 2022-11-10 |
| 756 | 2022-11-10 |
| 757 | 2022-11-11 |
| 758 | 2022-11-11 |
| 759 | 2022-11-14 |
| 760 | 2022-11-14 |
| 761 | 2022-11-15 |
| 762 | 2022-11-16 |
| 763 | 2022-11-17 |
| 764 | 2022-11-18 |
| 765 | 2022-11-21 |
| 766 | 2022-11-22 |

18

| | A |
|---|---|
| 1 | market_date |
| 767 | 2022-11-22 |
| 768 | 2022-11-28 |
| 769 | 2022-12-05 |
| 770 | 2022-12-12 |
| 771 | 2022-12-12 |
| 772 | 2022-12-13 |
| 773 | 2022-12-13 |
| 774 | 2022-12-14 |
| 775 | 2022-12-15 |
| 776 | 2022-12-15 |
| 777 | 2022-12-15 |
| 778 | 2022-12-15 |
| 779 | 2022-12-19 |
| 780 | 2022-12-19 |
| 781 | 2022-12-29 |
| 782 | 2023-01-09 |
| 783 | 2023-01-09 |
| 784 | 2023-01-09 |
| 785 | 2023-01-09 |
| 786 | 2023-01-12 |
| 787 | 2023-01-17 |
| 788 | 2023-01-24 |
| 789 | 2023-01-27 |
| 790 | 2023-02-03 |
| 791 | 2023-02-14 |
| 792 | 2023-02-14 |
| 793 | 2023-02-14 |
| 794 | 2023-02-14 |
| 795 | 2023-02-14 |
| 796 | 2023-02-15 |
| 797 | 2023-02-21 |
| 798 | 2023-02-21 |
| 799 | 2023-02-22 |
| 800 | 2023-02-22 |
| 801 | 2023-02-23 |
| 802 | 2023-02-24 |
| 803 | 2023-02-27 |
| 804 | 2023-02-27 |
| 805 | 2023-02-27 |
| 806 | 2023-02-27 |
| 807 | 2023-02-27 |
| 808 | 2023-02-27 |
| 809 | 2023-02-27 |
| 810 | 2023-02-28 |
| 811 | 2023-02-28 |

19

| | A |
|---|---|
| 1 | market_date |
| 812 | 2023-02-28 |
| 813 | 2023-02-28 |
| 814 | 2023-02-28 |
| 815 | 2023-02-28 |
| 816 | 2023-02-28 |
| 817 | 2023-02-28 |
| 818 | 2023-02-28 |
| 819 | 2023-02-28 |
| 820 | 2023-02-28 |
| 821 | 2023-02-28 |
| 822 | 2023-02-28 |
| 823 | 2023-02-28 |
| 824 | 2023-02-28 |
| 825 | 2023-02-28 |
| 826 | 2023-03-03 |
| 827 | 2023-03-06 |
| 828 | 2023-03-06 |
| 829 | 2023-03-06 |
| 830 | 2023-03-07 |
| 831 | 2023-03-07 |
| 832 | 2023-03-07 |
| 833 | 2023-03-07 |
| 834 | 2023-03-07 |
| 835 | 2023-03-07 |
| 836 | 2023-03-07 |
| 837 | 2023-03-07 |
| 838 | 2023-03-07 |
| 839 | 2023-03-08 |
| 840 | 2023-03-14 |
| 841 | 2023-03-14 |
| 842 | 2023-03-15 |
| 843 | 2023-03-15 |
| 844 | 2023-03-15 |
| 845 | 2023-03-15 |
| 846 | 2023-03-20 |
| 847 | 2023-03-27 |
| 848 | 2023-03-28 |
| 849 | 2023-03-28 |
| 850 | 2023-03-31 |
| 851 | 2023-04-03 |
| 852 | 2023-04-03 |
| 853 | 2023-04-04 |
| 854 | 2023-04-04 |
| 855 | 2023-04-04 |
| 856 | 2023-04-05 |

|  | A |
|---|---|
| 1 | market_date |
| 857 | 2023-04-05 |
| 858 | 2023-04-11 |
| 859 | 2023-04-12 |
| 860 | 2023-04-12 |
| 861 | 2023-04-12 |
| 862 | 2023-04-13 |
| 863 | 2023-04-18 |
| 864 | 2023-04-21 |
| 865 | 2023-04-21 |
| 866 | 2023-04-21 |
| 867 | 2023-04-24 |
| 868 | 2023-04-25 |
| 869 | 2023-05-02 |
| 870 | 2023-05-02 |
| 871 | 2023-05-08 |
| 872 | 2023-05-08 |
| 873 | 2023-05-08 |
| 874 | 2023-05-08 |
| 875 | 2023-05-08 |
| 876 | 2023-05-09 |
| 877 | 2023-05-09 |
| 878 | 2023-05-09 |
| 879 | 2023-05-09 |
| 880 | 2023-05-09 |
| 881 | 2023-05-09 |
| 882 | 2023-05-09 |
| 883 | 2023-05-09 |
| 884 | 2023-05-09 |
| 885 | 2023-05-09 |
| 886 | 2023-05-09 |
| 887 | 2023-05-09 |
| 888 | 2023-05-09 |
| 889 | 2023-05-09 |
| 890 | 2023-05-09 |
| 891 | 2023-05-09 |
| 892 | 2023-05-09 |
| 893 | 2023-05-09 |
| 894 | 2023-05-09 |
| 895 | 2023-05-09 |
| 896 | 2023-05-09 |
| 897 | 2023-05-09 |
| 898 | 2023-05-09 |
| 899 | 2023-05-10 |
| 900 | 2023-05-18 |
| 901 | 2023-05-18 |

| | A |
|---|---|
| 1 | market_date |
| 902 | 2023-05-18 |
| 903 | 2023-05-18 |
| 904 | 2023-05-18 |
| 905 | 2023-05-18 |
| 906 | 2023-05-19 |
| 907 | 2023-05-22 |
| 908 | 2023-05-22 |
| 909 | 2023-05-22 |
| 910 | 2023-05-23 |
| 911 | 2023-05-23 |
| 912 | 2023-05-24 |
| 913 | 2023-06-01 |
| 914 | 2023-06-01 |
| 915 | 2023-06-01 |
| 916 | 2023-06-01 |
| 917 | 2023-06-06 |
| 918 | 2023-06-07 |
| 919 | 2023-06-07 |
| 920 | 2023-06-14 |
| 921 | 2023-06-20 |
| 922 | 2023-06-20 |
| 923 | 2023-06-20 |
| 924 | 2023-06-20 |
| 925 | 2023-06-26 |
| 926 | 2023-07-10 |
| 927 | 2023-07-18 |
| 928 | 2023-07-18 |
| 929 | 2023-07-25 |
| 930 | 2023-07-26 |
| 931 | 2023-08-01 |
| 932 | 2023-08-07 |
| 933 | 2023-08-07 |
| 934 | 2023-08-08 |
| 935 | 2023-08-08 |
| 936 | 2023-08-09 |
| 937 | 2023-08-09 |
| 938 | 2023-08-09 |
| 939 | 2023-08-09 |
| 940 | 2023-08-09 |
| 941 | 2023-08-09 |
| 942 | 2023-08-09 |
| 943 | 2023-08-09 |
| 944 | 2023-08-09 |
| 945 | 2023-08-09 |
| 946 | 2023-08-10 |

| | A |
|---|---|
| 1 | market_date |
| 947 | 2023-08-10 |
| 948 | 2023-08-10 |
| 949 | 2023-08-10 |
| 950 | 2023-08-10 |
| 951 | 2023-08-10 |
| 952 | 2023-08-10 |
| 953 | 2023-08-10 |
| 954 | 2023-08-10 |
| 955 | 2023-08-10 |
| 956 | 2023-08-10 |
| 957 | 2023-08-10 |
| 958 | 2023-08-10 |
| 959 | 2023-08-10 |
| 960 | 2023-08-10 |
| 961 | 2023-08-11 |
| 962 | 2023-08-14 |
| 963 | 2023-08-14 |
| 964 | 2023-08-15 |
| 965 | 2023-08-18 |
| 966 | 2023-08-21 |
| 967 | 2023-08-22 |
| 968 | 2023-08-23 |
| 969 | 2023-08-29 |
| 970 | 2023-09-05 |
| 971 | 2023-09-06 |
| 972 | 2023-09-07 |
| 973 | 2023-09-07 |
| 974 | 2023-09-07 |
| 975 | 2023-09-13 |
| 976 | 2023-09-13 |
| 977 | 2023-09-13 |
| 978 | 2023-09-13 |
| 979 | 2023-09-19 |
| 980 | 2023-09-19 |
| 981 | 2023-09-19 |
| 982 | 2023-10-04 |
| 983 | 2023-10-13 |
| 984 | 2023-10-13 |
| 985 | 2023-10-16 |
| 986 | 2023-10-17 |
| 987 | 2023-10-19 |
| 988 | 2023-10-19 |
| 989 | 2023-10-20 |
| 990 | 2023-10-24 |
| 991 | 2023-10-26 |

|  | A |
|---|---|
| 1 | market_date |
| 992 | 2023-10-30 |
| 993 | 2023-10-31 |
| 994 | 2023-10-31 |
| 995 | 2023-10-31 |
| 996 | 2023-11-01 |
| 997 | 2023-11-06 |
| 998 | 2023-11-06 |
| 999 | 2023-11-06 |
| 1000 | 2023-11-06 |
| 1001 | 2023-11-06 |
| 1002 | 2023-11-07 |
| 1003 | 2023-11-07 |
| 1004 | 2023-11-07 |
| 1005 | 2023-11-07 |
| 1006 | 2023-11-07 |
| 1007 | 2023-11-07 |
| 1008 | 2023-11-07 |
| 1009 | 2023-11-07 |
| 1010 | 2023-11-07 |
| 1011 | 2023-11-07 |
| 1012 | 2023-11-07 |
| 1013 | 2023-11-07 |
| 1014 | 2023-11-07 |
| 1015 | 2023-11-07 |
| 1016 | 2023-11-08 |
| 1017 | 2023-11-08 |
| 1018 | 2023-11-13 |
| 1019 | 2023-11-13 |
| 1020 | 2023-11-21 |
| 1021 | 2023-11-24 |
| 1022 | 2023-11-29 |
| 1023 | 2023-12-11 |
| 1024 | 2023-12-12 |
| 1025 | 2023-12-18 |
| 1026 | 2023-12-18 |
| 1027 | 2023-12-20 |
| 1028 | 2023-12-20 |
| 1029 | 2023-12-29 |
| 1030 | 2024-01-02 |
| 1031 | 2024-01-08 |
| 1032 | 2024-01-08 |
| 1033 | 2024-01-10 |
| 1034 | 2024-01-16 |
| 1035 | 2024-01-17 |
| 1036 | 2024-01-17 |

| | A |
|---|---|
| 1 | market_date |
| 1037 | 2024-01-17 |
| 1038 | 2024-01-17 |
| 1039 | 2024-01-18 |

1

|    | A |
|----|------------|
| 1  | market_date |
| 2  | 2021-08-11 |
| 3  | 2021-10-19 |
| 4  | 2021-11-11 |
| 5  | 2022-03-01 |
| 6  | 2022-05-10 |
| 7  | 2022-08-09 |
| 8  | 2022-11-08 |
| 9  | 2023-02-28 |
| 10 | 2023-05-09 |
| 11 | 2023-08-10 |
| 12 | 2023-11-07 |

1

|  | A |
|---|---|
| 1 | market_date |
| 2 | 2021-06-11 |
| 3 | 2021-06-11 |
| 4 | 2021-06-11 |
| 5 | 2021-06-11 |
| 6 | 2021-06-11 |
| 7 | 2021-06-11 |
| 8 | 2021-06-11 |
| 9 | 2021-06-11 |
| 10 | 2021-06-11 |
| 11 | 2021-06-11 |
| 12 | 2021-06-11 |
| 13 | 2021-06-11 |
| 14 | 2021-06-11 |
| 15 | 2021-06-11 |
| 16 | 2021-06-11 |
| 17 | 2021-06-11 |
| 18 | 2021-06-11 |
| 19 | 2021-06-14 |
| 20 | 2021-06-14 |
| 21 | 2021-06-14 |
| 22 | 2021-06-14 |
| 23 | 2021-06-14 |
| 24 | 2021-06-14 |
| 25 | 2021-06-14 |
| 26 | 2021-06-14 |
| 27 | 2021-06-14 |
| 28 | 2021-06-14 |
| 29 | 2021-06-14 |
| 30 | 2021-06-14 |
| 31 | 2021-06-16 |
| 32 | 2021-06-18 |
| 33 | 2021-06-18 |
| 34 | 2021-06-18 |
| 35 | 2021-06-18 |
| 36 | 2021-07-09 |
| 37 | 2021-07-09 |
| 38 | 2021-07-09 |
| 39 | 2021-07-09 |
| 40 | 2021-07-09 |
| 41 | 2021-07-09 |
| 42 | 2021-07-09 |
| 43 | 2021-07-09 |
| 44 | 2021-07-09 |
| 45 | 2021-07-09 |
| 46 | 2021-07-09 |

|  | A |
|---|---|
| 1 | market_date |
| 47 | 2021-07-09 |
| 48 | 2021-07-09 |
| 49 | 2021-07-12 |
| 50 | 2021-07-14 |
| 51 | 2021-07-14 |
| 52 | 2021-07-14 |
| 53 | 2021-08-09 |
| 54 | 2021-08-11 |
| 55 | 2021-08-11 |
| 56 | 2021-08-11 |
| 57 | 2021-08-12 |
| 58 | 2021-09-10 |
| 59 | 2021-09-10 |
| 60 | 2021-09-10 |
| 61 | 2021-09-20 |
| 62 | 2021-10-19 |
| 63 | 2021-10-19 |
| 64 | 2021-10-21 |
| 65 | 2021-10-21 |
| 66 | 2021-10-22 |
| 67 | 2021-10-28 |
| 68 | 2021-10-28 |
| 69 | 2021-10-28 |
| 70 | 2021-10-28 |
| 71 | 2021-11-01 |
| 72 | 2021-11-01 |
| 73 | 2021-11-02 |
| 74 | 2021-11-03 |
| 75 | 2021-11-11 |
| 76 | 2021-11-12 |
| 77 | 2021-11-18 |
| 78 | 2021-11-18 |
| 79 | 2021-11-24 |
| 80 | 2021-11-24 |
| 81 | 2021-12-16 |
| 82 | 2021-12-16 |
| 83 | 2022-02-04 |
| 84 | 2022-02-09 |
| 85 | 2022-02-10 |
| 86 | 2022-02-11 |
| 87 | 2022-02-11 |
| 88 | 2022-02-14 |
| 89 | 2022-02-14 |
| 90 | 2022-02-14 |
| 91 | 2022-02-15 |

| | A |
|---|---|
| 1 | **market_date** |
| 92 | 2022-02-15 |
| 93 | 2022-03-01 |
| 94 | 2022-03-09 |
| 95 | 2022-03-10 |
| 96 | 2022-03-18 |
| 97 | 2022-03-18 |
| 98 | 2022-04-05 |
| 99 | 2022-04-05 |
| 100 | 2022-04-05 |
| 101 | 2022-04-05 |
| 102 | 2022-04-05 |
| 103 | 2022-04-05 |
| 104 | 2022-04-05 |
| 105 | 2022-04-13 |
| 106 | 2022-04-20 |
| 107 | 2022-04-27 |
| 108 | 2022-04-27 |
| 109 | 2022-05-10 |
| 110 | 2022-05-11 |
| 111 | 2022-06-06 |
| 112 | 2022-06-17 |
| 113 | 2022-06-17 |
| 114 | 2022-06-17 |
| 115 | 2022-06-17 |
| 116 | 2022-06-17 |
| 117 | 2022-06-21 |
| 118 | 2022-06-21 |
| 119 | 2022-06-21 |
| 120 | 2022-06-21 |
| 121 | 2022-06-21 |
| 122 | 2022-06-21 |
| 123 | 2022-07-01 |
| 124 | 2022-08-08 |
| 125 | 2022-08-09 |
| 126 | 2022-08-10 |
| 127 | 2022-08-10 |
| 128 | 2022-08-10 |
| 129 | 2022-09-07 |
| 130 | 2022-09-12 |
| 131 | 2022-09-12 |
| 132 | 2022-09-15 |
| 133 | 2022-09-16 |
| 134 | 2022-09-16 |
| 135 | 2022-09-16 |
| 136 | 2022-11-01 |

4

| | A |
|---|---|
| 1 | market_date |
| 137 | 2022-11-08 |
| 138 | 2022-11-09 |
| 139 | 2022-12-20 |
| 140 | 2022-12-20 |
| 141 | 2022-12-20 |
| 142 | 2023-02-06 |
| 143 | 2023-02-08 |
| 144 | 2023-02-09 |
| 145 | 2023-02-09 |
| 146 | 2023-02-09 |
| 147 | 2023-02-13 |
| 148 | 2023-02-13 |
| 149 | 2023-02-14 |
| 150 | 2023-02-15 |
| 151 | 2023-02-15 |
| 152 | 2023-02-28 |
| 153 | 2023-03-07 |
| 154 | 2023-03-07 |
| 155 | 2023-03-08 |
| 156 | 2023-03-08 |
| 157 | 2023-03-08 |
| 158 | 2023-03-08 |
| 159 | 2023-03-08 |
| 160 | 2023-03-08 |
| 161 | 2023-03-08 |
| 162 | 2023-03-08 |
| 163 | 2023-03-15 |
| 164 | 2023-03-16 |
| 165 | 2023-03-16 |
| 166 | 2023-04-05 |
| 167 | 2023-04-05 |
| 168 | 2023-04-05 |
| 169 | 2023-04-06 |
| 170 | 2023-04-06 |
| 171 | 2023-04-10 |
| 172 | 2023-05-09 |
| 173 | 2023-05-10 |
| 174 | 2023-05-10 |
| 175 | 2023-05-10 |
| 176 | 2023-05-19 |
| 177 | 2023-05-19 |
| 178 | 2023-05-19 |
| 179 | 2023-05-19 |
| 180 | 2023-05-19 |
| 181 | 2023-05-23 |

TASK News Import.xlsx

SEC

|     | A           |
| --- | ----------- |
| 1   | **market_date** |
| 182 | 2023-06-20  |
| 183 | 2023-06-20  |
| 184 | 2023-06-20  |
| 185 | 2023-06-20  |
| 186 | 2023-07-05  |
| 187 | 2023-08-08  |
| 188 | 2023-08-08  |
| 189 | 2023-08-10  |
| 190 | 2023-08-10  |
| 191 | 2023-08-10  |
| 192 | 2023-09-08  |
| 193 | 2023-09-08  |
| 194 | 2023-09-11  |
| 195 | 2023-09-20  |
| 196 | 2023-09-20  |
| 197 | 2023-09-20  |
| 198 | 2023-10-31  |
| 199 | 2023-11-07  |
| 200 | 2023-11-08  |
| 201 | 2023-11-08  |
| 202 | 2023-12-19  |
| 203 | 2023-12-19  |
| 204 | 2024-02-09  |
| 205 | 2024-02-09  |
| 206 | 2024-02-13  |
| 207 | 2024-02-13  |
| 208 | 2024-02-14  |
| 209 | 2024-02-29  |
| 210 | 2024-03-11  |
| 211 | 2024-03-11  |
| 212 | 2024-03-11  |
| 213 | 2024-03-11  |
| 214 | 2024-03-11  |
| 215 | 2024-03-11  |
| 216 | 2024-03-11  |
| 217 | 2024-03-11  |
| 218 | 2024-03-11  |
| 219 | 2024-03-11  |
| 220 | 2024-03-19  |
| 221 | 2024-03-19  |
| 222 | 2024-03-19  |
| 223 | 2024-03-19  |
| 224 | 2024-03-19  |
| 225 | 2024-03-19  |
| 226 | 2024-03-19  |

6

|  | A |
|---|---|
| 1 | market_date |
| 227 | 2024-04-04 |
| 228 | 2024-04-04 |
| 229 | 2024-04-04 |
| 230 | 2024-04-10 |
| 231 | 2024-04-10 |
| 232 | 2024-04-10 |