# EXHIBIT 9

**Table of Contents**

**Filed Pursuant to Rule 424(b)(4)**
**Registration No. 333-259361**



# TDCX Inc.

## 19,358,957 American Depositary Shares
## Representing 19,358,957 Class A Ordinary Shares

This is the initial public offering of TDCX Inc. We are offering 19,358,957 American Depositary Shares, or ADSs.

Prior to this offering, there has been no public market for our ADSs or ordinary shares. Each ADS represents one of our Class A ordinary share, par value US$0.0001 per ordinary share, and the ADSs may be evidenced by American Depositary Receipts, or ADRs. Our ADSs have been approved for listing on the New York Stock Exchange under the symbol "TDCX."

We are a "controlled company" under the corporate governance rules of the New York Stock Exchange.

We are an "emerging growth company" under the U.S. federal securities laws and have elected to comply with certain reduced public reporting requirements.

Investing in our ADSs involves risks. See "*Risk Factors*" beginning on page 22.

### Price US$18.00 per ADS

|  | Per ADS | Total |
|---|---|---|
| Public offering price | US$18.00 | US$348,461,226 |
| Underwriting discount and commission(1) | US$ 1.26 | US$ 24,392,286 |
| Proceeds, before expenses, to TDCX Inc. | US$16.74 | US$324,068,940 |

(1)  See "Underwriting—Conflict of Interest" for a description of compensation and other items of value payable to the underwriters. We have granted the underwriters the right to purchase up to an additional 2,903,843 ADSs to cover over-allotments within 30 days after the date of this prospectus.

**Neither the Securities and Exchange Commission nor any state securities commission or any other regulator has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

Immediately prior to the completion of this offering, our issued and outstanding share capital will be re-designated into Class A ordinary shares and Class B ordinary shares. Holders of Class A ordinary shares are entitled to one vote per share, while holders of Class B ordinary shares are entitled to ten votes per share. Holders of Class A ordinary shares and Class B ordinary shares will vote together as one class on all matters that require a shareholders' vote. Each Class B ordinary share is convertible into one Class A ordinary share at any time by the holder thereof, while Class A ordinary shares are not convertible into Class B ordinary shares under any circumstance. Upon the completion of this offering, assuming the underwriters do not exercise their over-allotment option to purchase additional ADSs, Mr. Laurent Junique, our Founder, Executive Chairman and Chief Executive Officer, will beneficially own an aggregate of 166,000 Class A ordinary shares and 123,500,000 Class B ordinary shares, which will represent 86.6% of the then total issued and outstanding ordinary shares and 98.5% of total voting power of our issued and outstanding shares (assuming the underwriters do not exercise their over-allotment option).

Certain affiliates and other persons and entities associated with our Founder have subscribed for and been allocated by the underwriters an aggregate of 304,887 ADSs in this offering at the initial public offering price and on the same terms as the other ADSs being offered.

The underwriters expect to deliver the ADSs against payment to purchasers on or about October 5, 2021.

**Goldman Sachs**                                   **Credit Suisse**

Prospectus dated September 30, 2021

**Table of Contents**

**Penetration Ratio of Outsourced CX Services vs. the Total CX Services Spend in the Traditional and New Economy Industries, By Delivery Locations in Southeast Asia, 2016-2025E**



Source: Frost & Sullivan.

Note: Many of the outsourced business services providers, including the Company, have global operations with delivery locations around the world and serve clients and client customers that are located both in the same country as the delivery location (onshore) and in countries different from the delivery location (offshore). Therefore, market sizing has been conducted by segmenting revenue based on the delivery location, which includes both onshore and offshore data. 2020 numbers are based on estimation and may be subjected to update.

**CX industry and competitive landscape**

The global outsourced CX market remains relatively fragmented, with global service providers competing with smaller, specialized service providers located in different regional market across North America, South America, Europe, Northern Africa and the Middle East, North Asia and Southeast Asia. Delivery centers in Southeast Asia and India predominantly serve customers in North America, Europe, and Australia. While the contribution of domestic business is comparatively smaller (less than 15%), locations like Malaysia are able to support multiple languages including English, Malay, Mandarin and several other Chinese dialects.

Despite the ongoing consolidation in the industry with a spate of mergers and acquisitions, the expanded scope of service capabilities driven by digital CX needs of enterprises is increasing the attractiveness of the CX market for not only incumbent service providers but also for niche service providers with differentiated digital and automation capabilities.

In Southeast Asia, the top 15 players are estimated to comprise just over 51% of market share by revenue in 2020. The top five outsourced CX service providers (excluding TDCX) by revenue in Southeast Asia are Teleperformance, Concentrix, Alorica, TTEC, and Telus with estimated market shares of 9.7%, 9.1%, 3.8%, 3.4% and 2.8% respectively. TDCX has 3.2% of the market share.

*TDCX's primary competitive landscape*

As TDCX has pivoted its business to become a digital service support provider for new economy clients, its competitive landscape changed significantly from traditional CX companies to providers who rely more on technology-solutions. TDCX is contending in the CX market segment by providing high value-added services with strength in multi-lingual capabilities, content monitoring and moderation services, digital marketing services, and real-time data analytics capabilities to market-leading clients in the new economy sectors and traditional blue-chip clients. Competition varies across its key service lines and includes global leaders / traditional CX companies, blended voice, non-voice CX companies and omnichannel CX companies, ranging from CX centric players to ITO centric players. Among its key competitors in the CX segment, TDCX has a

125

**Table of Contents**

significantly greater share of new economy clients as a percentage of its total client base, with 87.8% of its 2020 revenue base coming from new economy clients, versus more than 7% for Teleperformance. In addition, TDCX has set itself apart from its key competitors by setting personnel retention as one of its top priorities. In 2018, 2019 and 2020, the annual voluntary attrition rate, measured by the number of employees that voluntary left the Company in a period divided by the average number of employees in such period, was 21.5%, 23.1% and 24.8%, respectively, compared to the industry average of 30% to 34% in APAC.

Based on target sector and geographical focus, TDCX's primary competitors are:



Source: Frost and Sullivan

Note: VoxPro is a subsidiary of Telus International.

*Omnichannel CX service providers—key advantages*

While smaller in scale relative to the larger service providers, omnichannel CX service providers, including our Company, 24-7 Intouch, TaskUs and Voxpro, share similar key advantages over the larger competitors, including:

- Stronger presence with faster growing technology and start-up service ecosystems, including companies from ride sharing, social media, online food delivery, e-commerce, autonomous driving, online gaming and fintech domains.
- Ability to quickly adapt to newer technologies and changing demands upon CX service providers as consumer behaviors change over time
- Specialized, proprietary focused verticals and core capabilities, which can typically attract higher margins from clients given the specialized nature of work output
- Greater focus on employee retention and engagement, including a greater ability to promote inclusive and attractive working cultures for the benefit of attracting and retaining talent