# EXHIBIT 10

**J.P.Morgan**

North America Equity Research
25 January 2022

# TaskUs

## Our Detailed Views on Recent Concerns

In light of recent investor worries that pushed the stock down 19% since January 19 (vs. SPX down 4%), we maintain our TASK's estimates, and reiterate our investment thesis and OW rating. We dug deeper into various concerns highlighted in the short report, and believe the stock weakness seems overdone as headwinds aren't necessarily incremental to our prior views. The company's CY22 guidance will be paramount for the stock over the near term – we expect revenue guidance to be at least in line with Street expectations (of 27% y/y growth), and EBITDA margin guidance to imply 100bps in y/y deterioration. With the stock trading at a 45% discount to Digital pure-plays that grow at similar rates, we reiterate our OW rating on TASK.

- **Revenue per employee and wage inflation.** Contrary to concerns, we calculate (on a like-to-like basis across various periods) TASK's revenue per employee increased from $22.3k in 2019, to $22.8k in 2020, and to an average of ~$24k in 1Q-3Q21. We continue to believe TASK faces lower pricing pressure than its customer care peers. Wage inflation is a real concern and increasing US wages represents a margin headwind this year; our and consensus estimates represent 100bps deterioration in CY22 EBITDA margins, partially stemming from wage inflation.

- **Employee retention.** We agree that excluding certain employees from the definition doesn't offer a full picture of employee attrition, but TASK's definition is consistent with 3 out of 4 BPO peers' in our coverage. We view the company's highest Glassdoor rating as a validation of its culture/employee retention policies. Potential slowdown in 4Q headcount increase is also consistent with our estimates (JPMe 2,000 in 4Q vs. ~4k in 1Q-3Q21), with lower addition stemming from 27% growth est. for CY22 vs. 55%+ for CY21.

- **Receivables.** We believe TASK's new order-to-cash system and record growth rates in 1H21 could have contributed to a temporary increase in unbilled receivables in 1Q/2Q21. Given unbilled receivables normalized in 3Q, we'd expect overall receivables should also decline over the near term. The top client accounted for 26% of receivables, in line with its 27% revenue contribution.

- **Content security.** Much of TASK's Content security business (JPMe 80%+) stems from its largest customer – hence, the segment's growth should mirror the top client's, which we expect to grow at a below company average rate. We believe TASK needs to diversify its revenue sources in the unit, which also represents a growth opportunity. We estimate the segment's revenue per employee (calculated using avg. headcount) went from $41K in 4Q20 to $37K in 1Q and 2Q21 – likely due to increase in offshore mix this year.

- **CY22 preview.** We expect CY22 revenue growth guidance, at its midpoint, to be about in line with (or slightly above) consensus and JPM estimates of 27% growth, and the low end of the guidance to be above/at 25% growth. Our expectation assumes strong demand environment in CY22, but not as much as it was in 2021. We also expect EBITDA margin guidance to point to 100bps in y/y deterioration. Our CY22 and CY23 estimates represent 27%/23% and 26%/23.2% in revenue growth/EBITDA margins, respectively.

Sources for: Style Exposure – J.P. Morgan Quantitative and Derivatives Strategy; all other tables are company data and J.P. Morgan estimates.

**See page 14 for analyst certification and important disclosures, including non-US analyst disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

## Overweight

**TASK, TASK US**

Price (24 Jan 22): $29.59

**Price Target (Dec-22): $78.00**

### Payments, Processors & IT Services

**Puneet Jain** AC
(1-212) 622-1436
puneet.x.jain@jpmorgan.com
**Bloomberg** JPMA JAIN <GO>
J.P. Morgan Securities LLC

**Tien-tsin Huang, CFA**
(1-212) 622-6632
tien-tsin.huang@jpmorgan.com
J.P. Morgan Securities LLC

**Hitesh Malla**
(91-22) 6157-3897
hitesh.malla@jpmchase.com
J.P. Morgan India Private Limited

### Quarterly Forecasts (FYE Dec)

Adj. EBITDA ($ mn)

|  | 2020A | 2021E | 2022E |
|---|---|---|---|
| Q1 | 17 | 40A | 48 |
| Q2 | 26 | 44A | 54 |
| Q3 | 30 | 48A | 58 |
| Q4 | 33 | 49 | 59 |
| FY | 107 | 180 | 219 |

### Style Exposure

| Quant Factors | Current %Rank | Hist %Rank (1=Top) | | | |
|---|---|---|---|---|---|
|  |  | 6M | 1Y | 3Y | 5Y |
| Value | 61 | 61 |  |  |  |
| Growth | 30 | 15 |  |  |  |
| Momentum | 18 |  |  |  |  |
| Quality | 70 | 42 | 73 | 98 | 98 |
| Low Vol | 95 |  |  |  |  |

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

**J.P.Morgan**

## Price Performance



|  | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | -45.6% | -42.7% | -50.0% | - |
| Rel | -36.2% | -33.4% | -38.8% | - |

## Company Data

| | |
|---|---|
| Shares O/S (mn) | 111 |
| 52-week range ($) | 85.49-26.04 |
| Market cap ($ mn) | 3,270.30 |
| Exchange rate | 1.00 |
| Free float(%) | 99.4% |
| 3M - Avg daily vol (mn) | 1.48 |
| 3M - Avg daily val ($ mn) | 70.7 |
| Volatility (90 Day) | 95 |
| Index | RUSSELL 2000 |
| BBG BUY\|HOLD\|SELL | 8\|0\|0 |

## Key Metrics (FYE Dec)

| $ in millions | FY20A | FY21E | FY22E | FY23E |
|---|---|---|---|---|
| **Financial Estimates** | | | | |
| Revenue | 478 | 750 | 953 | 1,201 |
| Adj. EBIT | 87 | 152 | 183 | 233 |
| Adj. EBITDA | 107 | 180 | 219 | 279 |
| Adj. net income | 67 | 123 | 138 | 178 |
| Adj. EPS | 0.68 | 1.20 | 1.24 | 1.56 |
| BBG EPS | - | 1.24 | 1.30 | 1.65 |
| Cashflow from operations | 51 | 49 | 156 | 216 |
| FCFF | 43 | (13) | 99 | 144 |
| **Margins and Growth** | | | | |
| Revenue growth | 32.9% | 56.9% | 27.0% | 26.1% |
| EBIT margin | 18.1% | 20.2% | 19.2% | 19.4% |
| EBIT growth | 49.6% | 75.0% | 20.8% | 27.1% |
| EBITDA margin | 22.3% | 24.0% | 23.0% | 23.2% |
| EBITDA growth | 43.8% | 68.7% | 21.7% | 27.0% |
| Net margin | 14.0% | 16.5% | 14.5% | 14.8% |
| Adj. EPS growth | 27.7% | 76.9% | 3.1% | 25.8% |
| **Ratios** | | | | |
| Adj. tax rate | 15.5% | 15.0% | 21.6% | 21.6% |
| Interest cover | 14.3 | 27.9 | 33.1 | 44.9 |
| Net debt/Equity | 0.4 | 0.2 | 0.0 | NM |
| Net debt/EBITDA | 1.2 | 0.5 | 0.0 | NM |
| ROE | 21.1% | 33.2% | 29.0% | 27.8% |
| **Valuation** | | | | |
| FCFF yield | 1.5% | (0.4%) | 3.0% | 4.3% |
| Dividend yield | 0.0% | 1.6% | 0.0% | 0.0% |
| EV/Revenue | 13.7 | 8.7 | 6.8 | 5.3 |
| EV/EBITDA | 61.4 | 36.2 | 29.3 | 22.7 |
| Adj. P/E | 43.6 | 24.6 | 23.9 | 19.0 |

## Summary Investment Thesis and Valuation

Our OW view is based on:

- Attractive TAM that's ready to grow at an exponential rate;

- Agile delivery and strong culture differentiating TASK from competition;

- High penetration potential in existing clients; and

- Best-in-class revenue growth profile and above-average margins.

### Valuation

Our Dec'22 PT of $78 is based on a 31x EBITDA, at a 30% discount to digital pure-play ITS firms, despite growing at a faster rate. We believe if the company can demonstrate a sustainable 25%+ growth profile, significant upside to valuation is possible, which combined with above-average earnings growth profile, offering significant stock upside (our PT implies 50%+ upside).

## Performance Drivers



| Factors | 6M Corr | 1Y Corr |
|---|---|---|
| **Market: MSCI US** | 0.25 | 0.22 |
| **Sect: Technology** | -0.27 | -0.16 |
| **Ind: Software & Serv** | 0.19 | 0.05 |
| **Macro:** | | |
| Economic Surprise | -0.44 | -0.33 |
| US 10yr yield | 0.11 | 0.09 |
| Credit Spread | -0.22 | -0.07 |
| **Quant Styles:** | | |
| Momentum | -0.32 | -0.20 |
| Size | -0.29 | -0.20 |
| Quality | -0.24 | -0.13 |

Source: J.P. Morgan Quantitative and Derivatives Strategy for Performance Drivers; company data, Bloomberg Finance L.P. and J.P. Morgan estimates for all other tables. Note: Price history may not be complete or exact

2

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

## PM Summary

In light of recent investor worries that pushed the stock down 19% since January 19 (vs. SPX down 4%), we maintain our estimates for TASK, and reiterate our investment thesis and OW rating. We dug deeper into various concerns highlighted in the short report, and believe the stock weakness seems overdone as headwinds aren't necessarily incremental to our prior views.

We believe the company's: 1) receivables trends should improve over the near term, 2) revenue per employee is actually increasing y/y (when calculated on a like-to-like basis), 3) attrition rate definition is consistent with many peers', 4) wage inflation is a real concern, but not necessarily incremental to our/Street expectations, and finally, 6) content security's revenue per employee declined vs. 4Q20, but has been steady since then (decline could have stemmed from an increase in offshore mix within the segment).

We expect CY22 revenue guidance to be in line with/just above Street expectations (of 27% y/y growth), and EBITDA margin guidance implying 100bps in y/y deterioration. We reiterate our CY22 revenue growth estimate of 27%, and remain confident in the company's medium-term targets of 25%+ in revenue growth.

With stock down 45% YTD (vs. S&P 500 down 8%) and down 19% since last Thursday (vs. S&P500 down 4%), we continue to recommend TASK stock. TASK trades at 16x CY22E EBITDA compared with 28x for Digital pure-play firms (that have similar growth rates), and 14x for customer care peers that grow at a much lower rate.

Below we summarize various concerns, and share our views on each.

## Unbilled receivables

**Concern**
Unbilled receivables, as % of LTM sales, increased through Q221, and declined significantly in Q321.

Unbilled receivables, as % of overall receivables, increased from ~55% in 2019/2020 to 64% in 1Q and then declined to 43% in 3Q. Expressed as % of LTM sales, the metric went from 9% in 2019 to 10% in 2020 and peaked at 12% in Q221, before declining to 10% in Q321.

**Our views**
We believe TASK's new order-to-cash system along with record growth rates in 1H21 (in terms of new revenue added) could have contributed to the temporary increase in unbilled receivables.

Unbilled receivables are not unusual in the industry. Many companies aggregate services rendered at month end and bill their customers in the subsequent month (or later). This results in last month's receivables showing up as unbilled at quarter-end. However, unbilled mix within overall receivables remain generally steady for companies in a steady-growth mode.

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

At TASK, we believe implementation of a new order-to-cash system along with significant growth in 1H21 (which included many new customers on-boarded) could have delayed the on-boarding and, ultimately, the billing process in the period. Consequently, unbilled (as % of sales and total receivables) declined in 3Q21 as the company likely cleared (partially) the backlog. This also implies unbilled receivables should remain low in 4Q, and should also be accompanied with a decline in overall receivables.

## Top client receivables

**Concern**

Top client receivables increased significantly in 3Q21, much more than the revenue growth. TASK's top client revenue increased 35% y/y YTD, while receivables increased 100%+ in #3Q21 (vs. what they were in 4Q20).

**Our views**

The top client accounted for 26% of overall receivables, right in line with its 27% revenue contribution in the quarter. However, last year, the client contributed 32% of revenue and 22% of receivables. We believe unusually low levels of receivables last year contributed to significant y/y increase this year.

By comparison, the second largest customer accounted for 13% of receivables and 11% of revenue.

## Revenue per employee

**Concern**

TASK's revenue per employee has been flat to down since 2018.

**Our views**

We calculate the company's revenue per employee to indicate an increasing trend since 2019. Based on period beginning and ending headcount, TASK's revenue per employee in 2019 was $22.34k, which increased by 2% to $22.8k in 2020, and further increased to an average of $24k in 2021 (YTD or even on LTM basis as well) – on track for a mid- to high-single-digit y/y increase this year.

The data indicate the company's revenue per employee is up in the high-single digits since 2019, having increased each year.  See Table below.

**Table 1: Revenue per Employee Trends**

|  | 2018 | 2019 | 2020 | 1Q21 | 2Q21 | 3Q21 |
|---|---|---|---|---|---|---|
| Period ending headcount | 13,800 | 18,400 | 23,594 | 27,500 | 31,500 | 35,600 |
| Avg. headcount | ND | 16,100 | 20,997 | 25,547 | 29,500 | 33,550 |
| Revenue | $254 | $360 | $478 | $153 | $180 | $201 |
| Revenue per employee | ND | $22,340 | $22,767 | $23,935 | $24,410 | $23,971 |

Source: J.P. Morgan estimates, Company data.

We believe a big driver of changes to revenue per employee is regional mix, as there might be significant differences in the metric across different regions (e.g., US's revenue per employee could be ~3x that of the Philippines or India).

4

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

**North America Equity Research**
25 January 2022

J.P.Morgan

*Pricing trends are mixed*
We believe the company receives COLA increases (cost-of-living adjustments) on its contracts, resulting in price increases each year. However, TASK also offers price concessions on renewals to some of its customers as it benefits from learning curve on rule-based and repeatable nature of customer care services. We believe pricing trends for TASK are generally more favorable than at its peers, as the company exclusively focuses on high-tech clients that are more focused on high-growth and customer engagement and consequently may not be as price sensitive at this point of their life cycle.

*Revenue per employee likely increased y/y in 2019*
While the company hasn't disclosed its 2017-end headcount (which would have helped calculate average headcount or revenue per employee for 2018), we believe TASK's revenue per employee likely increased in 2019 as well (vs. 2018 levels).

Our views stem from significant increase in the US revenue mix from 2018 (29% of total revenue) to 2019 (37% of total), which should have significantly helped the company's overall revenue per employee (US revenue per employee is 3x that of the Philippines).

## Wage inflation

**Concern**
TASK's cost per employee is steadily increasing, partially stemming from wage inflation rates in India and the Philippines. Moreover, this increase in cost per employee is not offset by a commensurate increase in revenue per employee, hurting margins.

TASK's cost per employee increased from $12k in 2019 to almost $13k by 3Q21 YTD.

**Our views**
Wage inflation is a real concern for the industry, and isn't just limited to India and the Philippines, where increases might be higher but absolute level of wages are significantly below US wages. We expect wage inflation (specifically US wages) to be a key driver of margin deterioration in CY22. We estimate TASK's CY22 EBITDA margins at 23%, down 100bps y/y, including 60bps deterioration in gross margins.

Some of the historical increase in cost per employee could also be attributed to changes in regional mix of employees (e.g., Philippines-based revenue has declined from 58% in 2019 to 52% by 3Q21). Moreover, adverse FX movement (PHP vs. the USD) could also have contributed to increase in cost per employee over the past few years (we estimate 250bps in EBITDA margin impact since 2019). However, FX could actually represent a tailwind in CY22, helping offset (partially) adverse impact of wage inflation this year.

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

## Employee Retention

**Concern**

TASK's definition of attrition rate doesn't include employees who joined the company within the last 180 days. Actual attrition rate, including all employees, would be much higher than reported numbers of 15% (in 2020) and 27% (in 2019).

TASK also removed disclosures around "gross employee addition," which would indicate overall attrition rate of 46% in 2019, as opposed to reported 27% (which doesn't account for employees who left within 180 days of joining the company). Similarly, internal referral rates have deteriorated from 48% in 2019 to 38% in 2020.

Finally, TASK's employee additions could have significantly reduced in 4Q21, compared with trends from earlier in the year.

**Our views**

We agree that excluding certain employees from the definition doesn't offer the full picture of attrition rate at the company. Attrition rate is typically the highest for such employees, which means excluding employees who have recently joined the company under-reports overall attrition rates.

That said, TASK's definition of attrition rate is consistent with other BPO firms in the industry. Most BPO firms (see table below) define attrition rates by excluding employees who have joined the company in the last 180 days. We believe this practice stems from relatively high levels of attrition in this tenure (due to new joinees' expectations aren't met or they get a counteroffer from a competitor). Moreover, these employees have relatively low levels of impact on client delivery as they are in many cases only recently assigned to client projects, and are easier to replace than it is for tenured personnel.

**Table 2: Attrition definition for other BPO firms in our coverage**

| Firm | G | EXLS | WNS | TIXT |
|---|---|---|---|---|
| Definition | All employees | 180 days+ | 180 days+ | 180 days+ |

Source: Company reports.

Given differences in attrition rate definitions across various firms, we increasingly lean on external sources for employee retention (and motivation) metrics, which would be consistently defined across various firms. One such metric is Glassdoor rating, in which TASK fares much better than its peers.

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

**North America Equity Research**
25 January 2022

J.P.Morgan

**Figure 1: Glassdoor Ratings of TASK's Peers (Data from our TASK initiation report, published 07/06/2021)**



Source: glassdoor.com

We also agree with the view that internal referral rates have declined vs. the last year, likely as the company increases in size, it would look at multiple avenues for adding headcount.

*Slowdown in 4Q21 hiring*
It's forward-looking data – potential slowdown in hiring would indicate a slowdown in growth trends. However, the data do not necessarily indicate growth rates will be below current estimates.

First, a slowdown in hiring would be expected given revenue trends. CY21 guidance and our estimates point to ~$270M in y/y revenue addition (representing 55%+ growth), which compares with our estimate of $200M (or 27% growth) in 2022 revenue increase. Lower absolute revenue addition would call for lower levels of hiring, compared with much of 2021. As such, our estimate represents 2,000k in employee adds in 4Q21, well below 4,000 in each of the prior three years.

Then, the data source (based on Linkedin data) may not fully reflect all employees at the company. For example, the Linkedin data, it appears, account for only one-third of total headcount.

## Content Security

**Concerns**
Content security growth rates for TASK are slowing, going from 38% in 2Q21 to 34% in 3Q21 (including sequentially flattish in 1Q21 and up 6% in 3Q21). Moreover, the segment's revenue per employee metric has deteriorated from $41k (annualized) in 4Q20 (JPM calculations, based on average revenue per employee in the period) to $37k in both 1Q and 2Q21. Finally, TASK may not be an industry leader in Content security practice.

**Our views**
Much of TASK's Content security business (JPMe 80%+) stems from its largest customer. Hence, much of growth in the segment would reflect growth at its top clients. Given the top client already represents $200M+ in revenue run rate (~25% of total revenue), it, and consequently TASK's Content security, may not grow at company average rates. As such, the company's 34% growth in 3Q21 may not be necessarily alarming (given the top client is expected to grow its business by ~20%).

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

We believe the company needs to diversify its revenue sources in the segment, which could include: 1) getting its foot in the door at other large clients of content security (TikTok and Youtube), or 2) diversifying into other forms of user-generated content (such as user reviews, etc., or NFTs). As such the segment will likely represent an area of investment for the company over the near term, as peers such as ACN and TIXT have larger content management practices.

*Revenue per employee*
Calculating TASK's revenue per employee using average employees in the quarter, we estimate the segment's revenue per employee deteriorated from 4Q20 (of $41k) to $37K in 1Q and 2Q21.

We believe ~10% decline in revenue per employee could have stemmed from increase in offshore mix within the segment, and also potentially from like-to-like pricing, specifically at the top client. The company primarily provides content management services from the US, and has been increasingly ramping up its Philippines and India centers for certain types of services within the segment. We believe an increase in offshore mix (Philippines's revenue per employee is one-third of that of the US) could also have driven lower revenue per employee in the segment.

**Table 3: Content Security: Revenue per Employee Calculations**

|  | Dec'20 | Mar'21 | June'21 |
| --- | --- | --- | --- |
| Beginning headcount | 3,200 | 3,800 | 4,000 |
| Ending headcount | 3,800 | 4,000 | 5,250 |
| Average headcount | 3,500 | 3,900 | 4,625 |
| Quarterly rev | $36.2 | $36.1 | $43.0 |
| Avg. revenue per employee | $41,423 | $37,053 | $37,189 |

Source: J.P. Morgan estimates, Company data.

## Disclosures

### Concerns
TASK stopped disclosing ACV (annualized contract value), and changed the definition of win rates, making it more "complex," and is facing increasing competitive threats. The company doesn't disclose its interest income on its cash balance.

### Our views
*Industrywide competitiveness*
We agree that the industry's competitive intensity is increasing, as various vendors that had been focused on servicing legacy clients could be looking to service "tech disrupter" clients as well. However, we believe TASK should continue to benefit from its pure-play status, which has enabled it to set up its organizational structure, internal process, and culture to specifically service such clients and be agile in ramping up and delivery. See our TASK initiation report, "*TaskUs: A Derivative Play on Tech Disruption; Initiate at Overweight, dated 07/06/2021,*" for details on TASK's differentiation in servicing such clients.

*ACV and win rates*
Annualized contract value is a very useful metric, in our view, to form opinion on future growth rates, but most of the companies in IT services/BPO coverage don't disclose ACV trends. In our IT services/BPO coverage of 15+ stocks, only CNDT and RXT disclose ACV trends on a regular basis.

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

**North America Equity Research**
25 January 2022

J.P.Morgan

Most firms don't even disclose TCV (total contract value), which may not be as useful as ACV is but indicates booking trends. Only, ACN, DXC, and IBM share TCV metrics on a regular basis, while G shares the metric on an annual basis. Other firms, similar to TASK, merely offer qualitative views on signings.

Win rates – we believe TASK's new definition is appropriate and essentially the same definition as what it was before, except that the new definition describes what ACV means, instead of using the word directly.

*Interest income*
We believe the company's interest income is reported in other income. In the past, low levels of interest income would have made the metric immaterial, but as the company's cash balance increases, we'd expect the company to report or disclose its interest income levels.

## CY22 Preview

**Revenue growth expectations**
We maintain our CY22 revenue estimate of $953M (essentially in line with consensus of $956M), representing 27% y/y growth. Our estimate is consistent with the company's medium-term growth target of 25%+, and would represent the top-decile growth in our IT and BPO services coverage.

We expect CY22 revenue growth guidance, at its midpoint, to be about in line with (or slightly above) consensus and JPM estimates of 27% growth, and the low end of the guidance to be above/at 25% growth. Our expectation assumes strong demand environment in CY22, but not as much as it was in 2021.

*Demand environment is likely strong*
We believe the company will guide for CY22 revenue in a reasonably strong demand environment. Various data points (such as CAN's results) indicate increasing demand for digital disruption in various industries, which bodes well for TASK's clients. We expect the company to benefit from a strong demand environment, but also note that growth rates may not be as strong as in CY21, when TASK continued to benefit from COVID-19 and from rapid expansion in its Fintech vertical.

*Considerations for CY22 growth guidance*
We believe the company will need to balance conservatism with meeting expectations, when it guides for CY22 revenue growth. Given TASK is still a relatively new company with limited operating history as a public company, we believe building a track record of meeting and beating expectations would be crucial. Hence, the guidance needs to be conservative enough to absorb mild shocks to the company's internal expectations.

Similarly, the guidance shouldn't be too conservative and significantly below the company's medium-term growth targets. TASK highlighted, on 3Q earnings call and at the J.P. Morgan USIC conference in Nov, that it expects 25%+ revenue growth in CY22, consistent with its medium-term targets. We believe some investors could be disappointed with guidance that's below the 25% bar, even at its low end.

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

**EBITDA margin expectations**

We also maintain our CY22 EBITDA margin estimate of 23%, down 100bps y/y and below the company's medium-term EBITDA margin target of 25%+. We believe the company will incur incremental expenses related to: 1) public company expenses, 2) US wage inflation, and 3) regional diversification.

These headwinds should be partially offset by SG&A leverage (specifically given 20%+ revenue growth) and favorable FX trends (140bps benefit to CY22) after it's been a headwind to margins over the last three years.

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

# Investment Thesis, Valuation and Risks

## TaskUs Inc *(Overweight; Price Target: $78.00)*

**Investment Thesis**

**Attractive and very high growth TAM**

TASK's total addressable market is sized at over $100B, of which it has penetrated less than 1%. As digital disruption takes hold in various legacy industries, TASK's clients should grow at a high clip. More importantly, the trend is leading to an exponential increase in new potential clients.

**Agile delivery and strong culture differentiates TASK from competition**

The company differentiates itself based on its delivery model, which is agile and built to service technology customers, a culture that attracts young employees and resonates with clients, and a deep network and brand within technology clients.

**Penetration potential in existing clients**

The company has an enviable track record of ramping up its top customer, Facebook, to $150M+ in annual revenue within three years (2018-20). Beyond the top two clients, the company's next eighteen top clients represent 38% of its total revenue and could potentially increase to 2-10x of their current sizes.

**Best-in-class revenue growth with above-average margins**

We expect TaskUs to grow at an industry-leading +25% rate beyond this year, higher than its customer care peers' and even digital pure-play IT services firms. Our estimates represent a relatively conservative ~115% in NRR (net retention rate). At ~23% EBITDA margins, TASK is operating at well above industry-average levels.

**Valuation**

Our Dec'22 PT of $78 is based on a 31x EBITDA, at a 30% discount to digital pure-play ITS firms, despite growing at a faster rate. We believe if the company can demonstrate a sustainable 25%+ growth profile, significant upside to valuation is possible, which combined with above-average earnings growth profile, offering significant stock upside (our PT implies 50%+ upside).

**Risks to Rating and Price Target**

**Customer concentration**

TaskUs operates at among the highest customer concentrations in our coverage – with its top client, Facebook, contributing 20%+ of total revenues and the top 10 clients generating ~64%.

**Sales and delivery execution must remain sharp**

The company needs to ensure its delivery execution remains sharp, specifically as it relates to being quick in responding to ever changing end-customer needs and protecting clients' customer data. Similarly, the company relies on its sales force to penetrate existing customers' businesses and win new clients, which are so critical for its growth model. Putting the right resources into new sales and delivery will be important to scale its delivery model.

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

### Scalability of operations

TaskUs operates in high-growth markets, and it relies on its culture, internal processes, and brand to attract potential employees and fulfil sudden surges in demand. This poses a risk that the company must maintain its culture and processes to be able to continue to hire and retain employees.

### Content moderation work offers high risk if not done right

Content moderation, which tasks team members to ensure trust and safety standards of client content, represents ~25% of TASK's revenue and is growing at above-average rates. The work carries headline risk, high attrition rates, and is more likely to be automated.

### Key man risk

Co-founders Bryce Maddock and Jaspar Weir are responsible for driving many of the company's initiatives and practices – from its differentiated brand, agile culture to network within Hitech clients. Either of the co-founders leaving the firm would be a major blow to stock sentiment, in our view.

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

# TaskUs: Summary of Financials

| Income Statement - Annual | FY19A | FY20A | FY21E | FY22E | FY23E | Income Statement - Quarterly | | 1Q21A | 2Q21A | 3Q21A | 4Q21E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 360 | 478 | 750 | 953 | 1,201 | Revenue | | 153A | 180A | 201A | 216 |
| COGS | (195) | (271) | (429) | (548) | (689) | COGS | | (88)A | (104)A | (112)A | (124) |
| **Gross profit** | **165** | **208** | **322** | **405** | **512** | **Gross profit** | | **65A** | **76A** | **89A** | **92** |
| SG&A | (91) | (114) | (336) | (247) | (294) | SG&A | | (31)A | (178)A | (60)A | (66) |
| **Adj. EBITDA** | **74** | **107** | **180** | **219** | **279** | **Adj. EBITDA** | | **40A** | **44A** | **48A** | **49** |
| D&A | (35) | (39) | (47) | (55) | (64) | D&A | | (11)A | (11)A | (12)A | (13) |
| **Adj. EBIT** | **58** | **87** | **152** | **183** | **233** | **Adj. EBIT** | | **33A** | **37A** | **41A** | **40** |
| Net Interest | (9) | (7) | (6) | (7) | (6) | Net Interest | | (2)A | (2)A | (2)A | (2) |
| **Adj. PBT** | **49** | **79** | **145** | **177** | **227** | **Adj. PBT** | | **32A** | **36A** | **39A** | **39** |
| Tax | 4 | (10) | 1 | (23) | (34) | Tax | | (4)A | 7A | (2)A | (1) |
| Minority Interest | - | - | - | - | - | Minority Interest | | - | - | - | - |
| **Adj. Net Income** | **52** | **67** | **123** | **138** | **178** | **Adj. Net Income** | | **27A** | **31A** | **33A** | **32** |
| Reported EPS | 0.34 | 0.35 | (0.66) | 0.66 | 1.00 | Reported EPS | | 0.17A | (1.09)A | 0.11A | 0.09 |
| **Adj. EPS** | **0.53** | **0.68** | **1.20** | **1.24** | **1.56** | **Adj. EPS** | | **0.27A** | **0.32A** | **0.30A** | **0.29** |
| **DPS** | **1.37** | **0.00** | **0.49** | **0.00** | **0.00** | **DPS** | | **0.00A** | **0.54A** | **0.00A** | **0.00** |
| Payout ratio | 397.8% | 0.0% | NM | 0.0% | 0.0% | Payout ratio | | 0.0%A | NMA | 0.0%A | 0.0% |
| Shares outstanding | 99 | 99 | 103 | 112 | 114 | Shares outstanding | | 99A | 98A | 109A | 111 |

| Balance Sheet & Cash Flow Statement | FY19A | FY20A | FY21E | FY22E | FY23E | Ratio Analysis | FY19A | FY20A | FY21E | FY22E | FY23E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 38 | 108 | 150 | 238 | 333 | Gross margin | 45.8% | 43.4% | 42.9% | 42.5% | 42.7% |
| Accounts receivable | 58 | 88 | 144 | 176 | 238 | EBITDA margin | 20.6% | 22.3% | 24.0% | 23.0% | 23.2% |
| Inventories | - | - | - | - | - | EBIT margin | 16.1% | 18.1% | 20.2% | 19.2% | 19.4% |
| Other current assets | 13 | 16 | 29 | 33 | 42 | Net profit margin | 14.6% | 14.0% | 16.5% | 14.5% | 14.8% |
| **Current assets** | **108** | **211** | **324** | **448** | **613** | | | | | | |
| PP&E | 45 | 57 | 77 | 98 | 124 | ROE | 15.0% | 21.1% | 33.2% | 29.0% | 27.8% |
| LT investments | - | - | - | - | - | ROA | 8.8% | 10.1% | 16.1% | 15.6% | 17.2% |
| Other non current assets | 457 | 439 | 421 | 403 | 384 | ROCE | 10.4% | 13.3% | 20.9% | 19.8% | 21.0% |
| **Total assets** | **611** | **708** | **822** | **948** | **1,121** | SG&A/Sales | 25.2% | 23.7% | 44.8% | 25.9% | 24.5% |
| | | | | | | Net debt/equity | 0.6 | 0.4 | 0.2 | 0.0 | NM |
| Short term borrowings | 24 | 42 | 61 | 66 | 89 | | | | | | |
| Payables | 2 | 46 | 50 | 50 | 50 | P/E (x) | 55.7 | 43.6 | 24.6 | 23.9 | 19.0 |
| Other short term liabilities | 20 | 27 | 46 | 50 | 70 | P/BV (x) | 9.8 | 8.7 | 7.5 | 6.0 | 4.6 |
| **Current liabilities** | **47** | **115** | **156** | **166** | **209** | EV/EBITDA (x) | 89.1 | 61.4 | 36.2 | 29.3 | 22.7 |
| Long-term debt | 205 | 199 | 189 | 177 | 128 | Dividend Yield | 4.6% | 0.0% | 1.6% | 0.0% | 0.0% |
| Other long term liabilities | 61 | 59 | 69 | 56 | 54 | | | | | | |
| **Total liabilities** | **313** | **372** | **414** | **400** | **392** | Sales/Assets (x) | 0.6 | 0.7 | 1.0 | 1.1 | 1.2 |
| Shareholders' equity | 298 | 335 | 408 | 548 | 729 | Interest cover (x) | 7.9 | 14.3 | 27.9 | 33.1 | 44.9 |
| Minority interests | - | - | - | - | - | Operating leverage | 70.7% | 150.7% | 131.8% | 77.0% | 104.1% |
| **Total liabilities & equity** | **611** | **708** | **822** | **948** | **1,121** | | | | | | |
| **BVPS** | **3.02** | **3.40** | **3.97** | **4.90** | **6.38** | Revenue y/y Growth | 41.5% | 32.9% | 56.9% | 27.0% | 26.1% |
| y/y Growth | (25.4%) | 12.7% | 16.7% | 23.5% | 30.3% | EBITDA y/y Growth | 30.2% | 43.8% | 68.7% | 21.7% | 27.0% |
| Net debt/(cash) | 192 | 133 | 99 | 6 | (116) | Tax rate | 7.8% | 15.5% | 15.0% | 21.6% | 21.6% |
| | | | | | | Adj. Net Income y/y Growth | 6.2% | 27.7% | 84.6% | 12.1% | 28.4% |
| **Cash flow from operating activities** | **45** | **51** | **49** | **156** | **216** | EPS y/y Growth | 6.2% | 27.7% | 76.9% | 3.1% | 25.8% |
| o/w Depreciation & amortization | 35 | 39 | 58 | 55 | 64 | DPS y/y Growth | - | (100.0%) | - | (100.0%) | - |
| o/w Changes in working capital | (26) | (34) | (50) | (53) | (54) | | | | | | |
| **Cash flow from investing activities** | **(21)** | **(21)** | **(62)** | **(57)** | **(72)** | | | | | | |
| o/w Capital expenditure | (21) | (21) | (62) | (57) | (72) | | | | | | |
| as % of sales | 6.0% | 4.4% | 8.2% | 6.0% | 6.0% | | | | | | |
| **Cash flow from financing activities** | **(13)** | **37** | **63** | **(11)** | **(49)** | | | | | | |
| o/w Dividends paid | (135) | 0 | (50) | 0 | 0 | | | | | | |
| o/w Net debt issued/(repaid) | 122 | 37 | (8) | (11) | (49) | | | | | | |
| **Net change in cash** | **12** | **70** | **50** | **88** | **95** | | | | | | |
| **Adj. Free cash flow to firm** | **24** | **43** | **(13)** | **99** | **144** | | | | | | |
| y/y Growth | 144.1% | 80.2% | (130.6%) | (856.9%) | 45.0% | | | | | | |

Source: Company reports and J.P. Morgan estimates.

Note: $ in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

**North America Equity Research**
25 January 2022

J.P.Morgan

**Analyst Certification:** The Research Analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple Research Analysts are primarily responsible for this report, the Research Analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the Research Analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect the Research Analyst's personal views about any and all of the subject securities or issuers; and (2) no part of any of the Research Analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the Research Analyst(s) in this report. For all Korea-based Research Analysts listed on the front cover, if applicable, they also certify, as per KOFIA requirements, that the Research Analyst's analysis was made in good faith and that the views reflect the Research Analyst's own opinion, without undue influence or intervention.

All authors named within this report are Research Analysts unless otherwise specified. In Europe, Sector Specialists (Sales and Trading) may be shown on this report as contacts but are not authors of the report or part of the Research Department.

## Important Disclosures

- **Market Maker:** J.P. Morgan Securities LLC makes a market in the securities of TaskUs.

- **Market Maker/ Liquidity Provider:** J.P. Morgan is a market maker and/or liquidity provider in the financial instruments of/related to TaskUs.

- **Manager or Co-manager:** J.P. Morgan acted as manager or co-manager in a public offering of securities or financial instruments (as such term is defined in Directive 2014/65/EU) of/for TaskUs within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: TaskUs.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: TaskUs.

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: TaskUs.

- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: TaskUs.

- **Investment Banking Compensation Received:** J.P. Morgan has received in the past 12 months compensation for investment banking services from TaskUs.

- **Potential Investment Banking Compensation:** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from TaskUs.

- **Non-Investment Banking Compensation Received:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from TaskUs.

- **Debt Position:** J.P. Morgan may hold a position in the debt securities of TaskUs, if any.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies, and certain non-covered companies, by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request.

14

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

**North America Equity Research**
25 January 2022

J.P.Morgan

TaskUs (TASK, TASK US) Price Chart



Source: Bloomberg Finance L.P. and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Jul 06, 2021. All share prices are as of market close on the previous business day.

| Date | Rating | Price ($) | Price Target ($) |
|---|---|---|---|
| 06-Jul-21 | OW | 32.39 | 45 |
| 11-Aug-21 | OW | 32.26 | 50 |
| 17-Aug-21 | OW | 39.50 | 52 |
| 11-Nov-21 | OW | 58.16 | 78 |

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, https://www.jpmorganmarkets.com.

**Coverage Universe: Jain, Puneet**: Broadridge (BR), CI&T (CINT), Conduent (CNDT), ExlService Holdings Inc. (EXLS), Grid Dynamics (GDYN), Perficient (PRFT), TaskUs (TASK), WNS Holdings Ltd. (WNS)

**J.P. Morgan Equity Research Ratings Distribution, as of January 01, 2022**

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage* | 52% | 37% | 11% |
| IB clients** | 53% | 46% | 34% |
| JPMS Equity Research Coverage* | 51% | 37% | 12% |
| IB clients** | 74% | 68% | 50% |

*Please note that the percentages might not add to 100% because of rounding.
**Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months.
For purposes only of FINRA ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

A history of J.P. Morgan investment recommendations disseminated during the preceding 12 months can be accessed on the Research & Commentary page of http://www.jpmorganmarkets.com where you can also search by analyst name, sector or financial instrument.

**Analysts' Compensation:** The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Registration of non-US Analysts:** Unless otherwise noted, the non-US analysts listed on the front of this report are employees of non-US affiliates of J.P. Morgan Securities LLC, may not be registered as research analysts under FINRA rules, may not be associated persons of J.P. Morgan Securities LLC, and may not be subject to FINRA Rule 2241 or 2242 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

## Other Disclosures

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

All research material made available to clients are simultaneously available on our client website, J.P. Morgan Markets, unless specifically permitted by relevant laws. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research material available on a particular stock, please contact your sales representative.

Any long form nomenclature for references to China; Hong Kong; Taiwan; and Macau within this research material are Mainland China; Hong Kong SAR (China); Taiwan (China); and Macau SAR (China).

J.P. Morgan Research may, from time to time, write on issuers or securities targeted by economic or financial sanctions imposed or administered by the governmental authorities of the U.S., EU, UK or other relevant jurisdictions (Sanctioned Securities). Nothing in this report is intended to be read or construed as encouraging, facilitating, promoting or otherwise approving investment or dealing in such Sanctioned Securities. Clients should be aware of their own legal and compliance obligations when making investment decisions.

**Options and Futures related research:** If the information contained herein regards options- or futures-related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit https://www.theocc.com/components/docs/riskstoc.pdf for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

**Changes to Interbank Offered Rates (IBORs) and other benchmark rates:** Certain interest rate benchmarks are, or may in the future become, subject to ongoing international, national and other regulatory guidance, reform and proposals for reform. For more information, please consult: https://www.jpmorgan.com/global/disclosures/interbank_offered_rates

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including, but not limited to, the J.P. Morgan Corporate and Investment Bank and its Global Research division.

**Legal entity responsible for the production and distribution of research:** The legal entity identified below the name of the Reg AC Research Analyst who authored this material is the legal entity responsible for the production of this research. Where multiple Reg AC Research Analysts authored this material with different legal entities identified below their names, these legal entities are jointly responsible for the production of this research. Research Analysts from various J.P. Morgan affiliates may have contributed to the production of this material but may not be licensed to carry out regulated activities in your jurisdiction (and do not hold themselves out as being able to do so). Unless otherwise stated below, this material has been distributed by the legal entity responsible for production. If you have any queries, please contact the relevant Research Analyst in your jurisdiction or the entity in your jurisdiction that has distributed this research material.

**Legal Entities Disclosures and Country-/Region-Specific Disclosures:**
**Argentina:** JPMorgan Chase Bank N.A Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"- Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission" - ALYC y AN Integral N°51). **Australia:** J.P. Morgan Securities Australia Limited ("JPMSAL") (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by the Australian Securities and Investments Commission and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. This material is issued and distributed in Australia by or on behalf of JPMSAL only to "wholesale clients" (as defined in section 761G of the Corporations Act 2001). A list of all financial products covered can be found by visiting

16

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

https://www.jpmm.com/research/disclosures. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all Global Industry Classification Standard (GICS) sectors, as well as across a range of market capitalisation sizes. If applicable, in the course of conducting public side due diligence on the subject company(ies), the Research Analyst team may at times perform such diligence through corporate engagements such as site visits, discussions with company representatives, management presentations, etc. Research issued by JPMSAL has been prepared in accordance with J.P. Morgan Australia's Research Independence Policy which can be found at the following link: J.P. Morgan Australia - Research Independence Policy. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. This material is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc. **Chile:** Inversiones J.P. Morgan Limitada is an unregulated entity incorporated in Chile. **China:** J.P. Morgan Securities (China) Company Limited has been approved by CSRC to conduct the securities investment consultancy business. **Dubai International Financial Centre (DIFC)**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - The Gate, West Wing, Level 3 and 9 PO Box 506551, Dubai, UAE. This material has been distributed by JP Morgan Chase Bank, N.A., Dubai Branch to persons regarded as professional clients or market counterparties as defined under the DFSA rules. **European Economic Area (EEA):** Unless specified to the contrary, research is distributed in the EEA by J.P. Morgan SE ("JPM SE"), which is subject to prudential supervision by the European Central Bank ("ECB") in cooperation with BaFin and Deutsche Bundesbank in Germany. JPM SE is a company headquartered in Frankfurt with registered address at TaunusTurm, Taunustor 1, Frankfurt am Main, 60310, Germany. The material has been distributed in the EEA to persons regarded as professional investors (or equivalent) pursuant to Art. 4 para. 1 no. 10 and Annex II of MiFID II and its respective implementation in their home jurisdictions ("EEA professional investors"). This material must not be acted on or relied on by persons who are not EEA professional investors. Any investment or investment activity to which this material relates is only available to EEA relevant persons and will be engaged in only with EEA relevant persons. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong, and J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. JP Morgan Chase Bank, N.A., Hong Kong (CE Number AAL996) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission, is organized under the laws of the United States with limited liability. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with the Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited and the Bombay Stock Exchange Limited (SEBI Registration Number – INZ000239730) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: http://www.jpmipl.com. JPMorgan Chase Bank, N.A. - Mumbai Branch is licensed by the Reserve Bank of India (RBI) (Licence No. 53/ Licence No. BY.4/94; SEBI - IN/CUS/014/ CDSL : IN-DP-CDSL-444-2008/ IN-DP-NSDL-285-2008/ INBI00000984/ INE231311239) as a Scheduled Commercial Bank in India, which is its primary license allowing it to carry on Banking business in India and other activities, which a Bank branch in India are permitted to undertake. For non-local research material, this material is not distributed in India by J.P. Morgan India Private Limited. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Korea**: J.P. Morgan Securities (Far East) Limited, Seoul Branch, is a member of the Korea Exchange (KRX). JPMorgan Chase Bank, N.A., Seoul Branch, is licensed as a branch office of foreign bank (JPMorgan Chase Bank, N.A.) in Korea. Both entities are regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). For non-macro research material, the material is distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X), which is a Participating Organization of Bursa Malaysia Berhad and holds a Capital Markets Services License issued by the Securities Commission in Malaysia. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V.and J.P. Morgan Grupo Financiero are members of the Mexican Stock Exchange and are authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **New Zealand**: This material is issued and distributed by JPMSAL in New Zealand only to "wholesale clients" (as defined in the Financial Advisers Act 2008). JPMSAL is registered as a Financial Service Provider under the Financial Service providers (Registration and Dispute Resolution) Act of 2008. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Russia**: CB J.P. Morgan Bank International LLC is regulated by the Central Bank of Russia. **Singapore**: This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 093/09/2021 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited, and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore), both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this material in Singapore are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

material. As at the date of this material, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this material. Arising from its role as a designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited and JPMorgan Chase Bank, N.A., Johannesburg Branch are members of the Johannesburg Securities Exchange and are regulated by the Financial Services Board. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. Material relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material that may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission, and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **UK:** Unless specified to the contrary, research is distributed in the UK by J.P. Morgan Securities plc ("JPMS plc") which is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. JPMS plc is registered in England & Wales No. 2711006, Registered Office 25 Bank Street, London, E14 5JP. This material is directed in the UK only to: (a) persons having professional experience in matters relating to investments falling within article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) (Order) 2005 ("the FPO"); (b) persons outlined in article 49 of the FPO (high net worth companies, unincorporated associations or partnerships, the trustees of high value trusts, etc.); or (c) any persons to whom this communication may otherwise lawfully be made; all such persons being referred to as "UK relevant persons". This material must not be acted on or relied on by persons who are not UK relevant persons. Any investment or investment activity to which this material relates is only available to UK relevant persons and will be engaged in only with UK relevant persons. Research issued by JPMS plc has been prepared in accordance with JPMS plc's policy for prevention and avoidance of conflicts of interest related to the production of Research which can be found at the following link: J.P. Morgan EMEA - Research Independence Policy. **U.S.**: J.P. Morgan Securities LLC ("JPMS") is a member of the NYSE, FINRA, SIPC, and the NFA. JPMorgan Chase Bank, N.A. is a member of the FDIC. Material published by non-U.S. affiliates is distributed in the U.S. by JPMS who accepts responsibility for its content.

**General:** Additional information is available upon request. The information in this material has been obtained from sources believed to be reliable. While all reasonable care has been taken to ensure that the facts stated in this material are accurate and that the forecasts, opinions and expectations contained herein are fair and reasonable, JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) make no representations or warranties whatsoever to the completeness or accuracy of the material provided, except with respect to any disclosures relative to J.P. Morgan and the Research Analyst's involvement with the issuer that is the subject of the material. Accordingly, no reliance should be placed on the accuracy, fairness or completeness of the information contained in this material. Any data discrepancies in this material could be the result of different calculations and/or adjustments. J.P. Morgan accepts no liability whatsoever for any loss arising from any use of this material or its contents, and neither J.P. Morgan nor any of its respective directors, officers or employees, shall be in any way responsible for the contents hereof, apart from the liabilities and responsibilities that may be imposed on them by the relevant regulatory authority in the jurisdiction in question, or the regulatory regime thereunder. Opinions, forecasts or projections contained in this material represent J.P. Morgan's current opinions or judgment as of the date of the material only and are therefore subject to change without notice. Periodic updates may be provided on companies/industries based on company-specific developments or announcements, market conditions or any other publicly available information. There can be no assurance that future results or events will be consistent with any such opinions, forecasts or projections, which represent only one possible outcome. Furthermore, such opinions, forecasts or projections are subject to certain risks, uncertainties and assumptions that have not been verified, and future actual results or events could differ materially. The value of, or income from, any investments referred to in this material may fluctuate and/or be affected by changes in exchange rates. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Past performance is not indicative of future results. Accordingly, investors may receive back less than originally invested. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipients of this material must make their own independent decisions regarding any securities or financial instruments mentioned herein and should seek advice from such independent financial, legal, tax or other adviser as they deem necessary. J.P. Morgan may trade as a principal on the basis of the Research Analysts' views and research, and it may also engage in transactions for its own account or for its clients' accounts in a manner inconsistent with the views taken in this material, and J.P. Morgan is under no obligation to ensure that such other communication is brought to the attention of any recipient of this material. Others within J.P. Morgan, including Strategists, Sales staff and other Research Analysts, may take views that are inconsistent with those taken in this material. Employees of J.P. Morgan not involved in the preparation of this material may have investments in the securities (or derivatives of such securities) mentioned in this material and may trade them in ways different from those discussed in this material. This material is not an advertisement for or marketing of any issuer, its products or services, or its securities in any jurisdiction.

18

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

**North America Equity Research**
25 January 2022

J.P.Morgan

---

"Other Disclosures" last revised January 22, 2022.

**Copyright 2022 JPMorgan Chase & Co. All rights reserved. This material or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

19