# EXHIBIT 12

# TaskUs, Inc. (TASK)

## Q4 Earnings and Initial 2022 Guidance Preview



**We like TASK into earnings and expect a good Q4 report; initial 2022 guidance likely around consensus; we view risk/reward as favorable at ~18X 2023E EPS.** We think Q4 revenue/EPS likely above consensus given strong demand environment. Initial 2022 guidance likely around consensus and similar to recent management commentary. We like the stock into earnings given the recent pullback caused by short report and view valuation as attractive at ~18X 2023E EPS for likely 25%+ revenue growth over the next few years.

- **We expect TaskUs to report Q4 earnings in mid/late-February.**

- **We think Q4 revenue/EPS likely mildly above consensus.**
  - **Revenue:** Likely mildly above consensus $216 million (guidance is $213-217 million; we are $215 million). Our estimate reflects +55% yoy organic growth (Q3 was +64%).
    - **Sequential revenue growth:** Our estimate seems conservative given we model +7% sequential growth (past three Q4's have averaged +14%; range is +8-20%). Our estimate also reflects +$14 million sequential growth (past three Q4's have been +$8-16 million).
    - **Our recent CQ4-21 contact survey** showed new sales activity remained strong and in growth mode, though we acknowledge the small sample size (link to survey note).
  - **Adjusted EBITDA:** Likely mildly above our/consensus $49 million estimate (guidance implies ~$47-50 million). Our estimate reflects sequential adjusted EBITDA growth of +$1 million on sequential revenue growth of +$14 million, which seems conservative. We also estimate adjusted EBITDA margin of 22.7% (down from 23.9% in Q3).
    - **Management commentary:** Previously noted that Q4 will continue to be impacted by public company costs, some employees returning to the office, investments in digital innovation, and slightly higher seasonal operating costs.
  - **Adjusted EPS:** Likely mildly above consensus $0.34 (we are $0.36).

- **Initial 2022 guidance likely around consensus.**
  - **Revenue:** We think likely around +25%+ yoy growth, which could imply $935 million+ (consensus is $956 million). In a mid-November competitor conference, management noted confidence in revenue growth at/above 25%.
  - **Adjusted EBITDA:** We think guidance like ~23% margin, which could imply adjusted EBITDA of around $215+ million (consensus is $221 million). Management previously noted they expect margin ~23% in 2022 given some wage pressure.

- **Interesting items to look for on the call:** Employee attrition/wage impact, Content Security growth opportunities, willingness of hyper-growth tech clients to spend given recent valuation pullbacks, comments on recent short report (link to note).

- **We like TASK given strong financial profile and reasonable valuation.**
  - **Organic revenue growth expected to be 25%+** for the next few years (driven by fast-growth tech client base); adjusted EBITDA margins likely ~23% in 2023E with path towards ~25% over time.
  - **Valuation seems pretty attractive** at ~18X 2023E EPS, given fast-growth potential over the next few years.

**TaskUs provides outsourcing services across digital customer experience, content security, and AI operations.**

## LOWERING PRICE TARGET

**1-Year Price Chart**



### Stock Data

| | |
|---|---|
| Rating: | Outperform |
| Suitability: | Average Risk |
| Price Target/Previous: | ▼$45/$74 |
| Price (1/31/22): | $32.00 |
| Market Cap (mil): | $3,344 |
| Shares Out (mil): | 104.5 |
| Average Daily Vol (mil): | 1.37 |
| Dividend Yield: | 0.0% |

### Estimates

| FY Dec | 2021E | 2022E | 2023E |
|---|---|---|---|
| Q1 | 0.27 A | 0.27 E | 0.34 E |
| Q2 | 0.32 A | 0.31 E | 0.39 E |
| Q3 | 0.30 A | 0.39 E | 0.49 E |
| Q4 | 0.36 E | 0.40 E | 0.50 E |
| **Fiscal EPS** | **1.26 E** | **1.38 E** | **1.72 E** |
| Fiscal P/E | 25.4x | 23.2x | 18.6x |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

[ **Please refer to Appendix - Important Disclosures and Analyst Certification** ]

---

**David J. Koning, CFA**
Sr. Research Analyst
dkoning@rwbaird.com
414.298.7494

**Robert W. Bamberger, CFA**
Sr. Research Associate
rbamberger@rwbaird.com
414.298.5094

**Patrick A. Schulz, CFA**
Research Associate
pschulz@rwbaird.com
414.298.6218

Property of Baird. Please contact Baird for permission to share.

# Details

## Initial 2022 Potential Guidance

### Review of TASK 2022E Expectations
### (Yellow Cells are Guidance Items)

| Metrics | 2021E | 2022E Expectations | |
|---|---|---|---|
| | Baird 2021E | Expected Guidance | Consensus 2022E |
| **Revenue** | **$749** | **$935+** | **$956** |
| Organic constant-fx growth | *57%* | *25%+* | *28%* |
| Reported growth | *57%* | *25%+* | *28%* |
| | | | |
| **Adjusted EBITDA** | **$181** | **$215+** | **$221** |
| Margin | *24.1%* | *~23%* | *23.1%* |
| Growth % yoy | *69%* | *19%+* | *22%* |
| | | | |
| Core D&A | $28 | ~$37 | $40 |
| Interest Expense | $6 | ~$6 | $7 |
| | | | |
| **Adjusted Pretax Income** | **$146** | **$172+** | **$174** |
| | | | |
| Tax | $13 | $27-31 | $29 |
| Adjusted Tax Rate | *9.2%* | *15-17%* | *16.5%* |
| | | | |
| **Adjusted Net Income** | **$132** | **$143+** | **$145** |
| **Adjusted EPS** | **$1.26** | **$1.30+** | **$1.30** |
| Growth % yoy | *76%* | *3%+* | *5%* |
| **Shares** | **105m** | **~110m** | **112m** |

*Source: Baird Estimates, FactSet, and Company Reports*

**Property of Baird. Please contact Baird for permission to share.**

1059

## Investment Perspective

**We view TaskUs as a strong franchise, and our Outperform rating reflects strong and ongoing growth momentum from a very attractive client base.** We like the company's 25%+ organic growth profile over the next few years, 99%+ of revenue coming from recurring revenue contracts, >115% net revenue retention and continued mix shift toward digital and higher-margin services.

**We view the following as key positive themes:**

- **Strong client base and revenue retention.** TaskUs has over 100 clients across several verticals within the digital economy. In 2020, >99% of revenues came from recurring revenue contracts, and they had a net revenue retention rate of 117%.

- **Fast-growth market opportunity.** TaskUs competes in several fast growth areas of the digital outsourcing market. The company estimates the Digital Customer Experience market is growing at a 20-25% CAGR, Content Security market is growing at a 40-50% CAGR, and AI Operations market is growing at a 20% CAGR.

- **Successful founder-led management team.** Bryce Maddock (CEO) and Jaspar Weir (President) co-founded TaskUs in 2008 with an initial concept to provide virtual assistants working from the Philippines (first office was a small place above a mechanic shop). Since then, the company has grown to >35,600 employees serving >100 clients across many fast-growth verticals.

- **Strong margin profile.** Given the company's digital focus, we expect adjusted EBITDA margins to be ~23% by 2023E. The continued mix shift towards digital and higher-margin services will also benefit margins over time.

- **Clean balance sheet.** As of the end of Q3-21, the company had net leverage of ~1.1X. We expect the company to maintain a clean balance sheet and low leverage profile over time.

**We view the following as biggest risks:**

- **Client concentration.** Client concentration remains reasonably high with the top 10 clients representing ~61% of revenue (as of Q3-21). However, concentration has come down from 74% of 2019 revenue from the top 10 clients. The company's largest client (Facebook) represents ~27% of revenue (as of Q3-21) and the second-largest client (Doordash) represents ~11% of revenue (as of Q3-21).

- **Pricing pressure and labor inflation.** The company participates in a highly competitive industry from both a direct competitor standpoint and an end-market perspective. As such, pricing pressures and labor inflation are always areas of concern.

- **Scrutiny around Content Moderation.** While they have developed and enforce their Content Security policies, this work is subject to press and/or regulatory scrutiny in addition to the well-being of employees doing this work.

- **Economic sensitivity.** While a majority of their customer care volume is digital (96% as of 2020), economic weakness can translate into lower call volumes and customer interactions. In addition, economic impacts, such as COVID, can also impact certain client volume (ex: certain verticals) and labor capacity.

Property of Baird. Please contact Baird for permission to share.

1060

**Here's our EPS attribution chart below:**

| TaskUs Revenue/EPS Growth Attribution | | | | | | |
|---|---|---|---|---|---|---|
| | **2018** | **2019** | **2020** | **2021E** | **2022E** | **2023E** |
| **Total Revenue Growth** | **117%** | **41%** | **33%** | **57%** | **29%** | **25%** |
| Margin Impact | 105% | -12% | 17% | 19% | -8% | 4% |
| **Adjusted EBIT Growth** | **222%** | **30%** | **50%** | **75%** | **21%** | **29%** |
| Leverage Impact | | | | 7% | 1% | 1% |
| Interest Expense | | | | 1% | 0% | 0% |
| Other | | | | 0% | 0% | 0% |
| Tax Rate | | | | 7% | -8% | -3% |
| Shares | | | | -14% | -5% | -2% |
| **EPS Growth** | | | | **76%** | **9%** | **25%** |

Source: Company Filings and Baird Estimates

**We view year-out risk/reward to be $25-70, based on the following:**

- **Good case $70 –** This reflects ~35X a good-case 2023E EPS of $2.00. For perspective, functional comps TIXT/TEP/TTEC all trade ~16-26X C2022E EPS while growth comps GLOB/EPAM/DAVA all trade ~42-55X C2022E EPS. This also reflects ~24X a good-case EBITDA of $325 million (functional comps currently trade ~13X C2022E EBITDA; growth comps currently trade ~29-30X C2022E EBITDA).

- **Bad case $25 –** This reflects ~17X a bad-case 2023E EPS of $1.50. For perspective, functional comps TIXT/TEP/TTEC trade ~16-26X C2022E EPS. This also reflects ~13X a bad-case EBITDA of $225 million (functional comps currently trade ~13X C2022E EBITDA; growth comps currently trade ~29-30X C2022E EBITDA).

**Our new $45 price target** reflects ~26X our 2023E EPS of $1.72. For perspective, the functional comps (TIXT/TEP/TTEC) all currently trade ~16-26X C2022E EPS while the growth comps (GLOB/EPAM/DAVA) all trade ~42-55X C2022E EPS. In a year, we think TASK could trade in between these two groups.
- **EV/EBITDA:** Our price target also reflects ~20X our 2023E EBITDA. The functional comp (TIXT/TEP/TTEC) currently averages ~13X C2022E EBITDA, and we think a year from now TASK could trade above the functional comps given the growth profile. The growth comp group (GLOB/EPAM/DAVA) currently average ~29-30X C2022E EBITDA.

**Property of Baird. Please contact Baird for permission to share.**

1061

# Investment Thesis

**Strong client base and revenue retention.** TaskUs has over 100 clients across several verticals within the digital economy. In 2020, >99% of revenues came from recurring revenue contracts, and they had a net revenue retention rate of 117%.

**Fast-growth market opportunity.** TaskUs competes in several fast-growth areas of the digital outsourcing market. The company estimates the Digital Customer Experience market is growing at a 20-25% CAGR, Content Security market is growing at a 40-50% CAGR, and AI Operations market is growing at a 20% CAGR.

**Successful founder-led management team.** Bryce Maddock (CEO) and Jaspar Weir (President) co-founded TaskUs in 2008 with an initial concept to provide virtual assistants working from the Philippines (first office was a small place above a mechanic shop). Since then, the company has grown to >35,600 employees serving >100 clients across many fast-growth verticals.

**Strong margin profile.** Given the company's digital focus, we expect adjusted EBITDA margins to be ~23% by 2023E. The continued mix shift towards digital and higher-margin services will also benefit margins over time.

**Clean balance sheet.** As of the end of Q3-21, the company had net leverage of ~1.1X. We expect the company to maintain a clean balance sheet and low leverage profile over time.

# ESG Considerations

**Environmental:** TaskUs prioritizes environmental sustainability with projects such as a paperless initiative, solar home kit distribution in the Philippines, coral planting and beach clean ups.

**Social:** TaskUs diversity strategy originates in education and action by hiring from marginalized and disadvantages groups, making contributions to their local communities, sparking Diversity & Inclusion dialogues and creating employee resource groups. The company was recognized in 2019 by Investors in People, winning the Social Responsibility Award.

**Governance:** TaskUs believes that their board of directors provides a wide range of skills and experiences to effectively satisfy its oversight responsibilities. In accordance with their emphasis on sustainability and diversity, the board also has an ESG committee to oversee environmental and social matter strategy.

Property of Baird. Please contact Baird for permission to share.

1062

# Risks & Caveats

**Client concentration.** Client concentration remains reasonably high with the top 10 clients representing ~68% of revenue (as of 2020). However, concentration has come down from 74% of 2019 revenue from the top 10 clients. The company's largest client (Facebook) represents ~32% of revenue and the second largest client (Doordash) represents ~12% of revenue.

**Pricing pressure and labor inflation.** The company participates in a highly competitive industry from both a direct competitor standpoint and an end-market perspective. As such, pricing pressures and labor inflation are always areas of concern.

**Scrutiny around Content Moderation.** TaskUs reviews and disposes user/advertiser content to remove or label policy violating, offensive, or misleading content. While they have developed and enforce their Content Security policies, this work is subject to press and/or regulatory scrutiny in addition to the well-being of employees doing this work.

**Economic sensitivity.** While a majority of their customer care volume is digital (96% as of 2020), economic weakness can translate into lower call volumes and customer interactions. In addition, economic impacts, such as COVID, can also impact certain client volume (ex: certain verticals) and labor capacity.

**Changes in technology preferences.** Client expectations around digital offerings and technology solutions may change over time, thus requiring TaskUs to further invest in expanding their offerings. In addition, competitors may invest into digital offerings to offer services/technologies that are more attractive to customers.

**Potential legislative risks.** The company could be subject to potential new labor laws that may differ across different geographies. In addition, TaskUs is subject to privacy and data security regulations relating to how they handle sensitive and confidential information.

# Company Description

TaskUs provides digital outsourcing services and provides three main service offerings, including Digital Customer Experience (~63% of 2020 revenue), Content Security (~27% of 2020 revenue), and AI Operations (~10% of 2020 revenue). With ~35,600 employees, the company provides services in 18 delivery centers across 8 countries.

**Property of Baird. Please contact Baird for permission to share.**

1063

# Appendix - Important Disclosures and Analyst Certification

Approved on 31 January 2022 16:11EST/ Published on 31 January 2022 16:16EST.



2 Robert W. Baird & Co. Incorporated and/or its affiliates managed or co-managed a public offering of securities of TaskUs, Inc. in the past 12 months.

3 Robert W. Baird & Co. Incorporated and/or its affiliates have received investment banking compensation from TaskUs, Inc. in the past 12 months.

1 Robert W. Baird & Co. Incorporated makes a market in the securities of TASK.

Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Please contact a Baird representative for more information.

**Investment Ratings: Outperform (O)** - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. **Neutral (N)** - Expected to perform in line with the broader U.S. equity market over the next 12 months. **Underperform (U)** - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.

**Risk Ratings: L - Lower Risk** – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings. **A - Average Risk** – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. **H - Higher Risk** – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. **S - Speculative Risk** – High growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.

**Valuation, Ratings and Risks.** The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.

**Distribution of Investment Ratings.** As of December 31, 2021, Baird U.S. Equity Research covered 754 companies, with 66% rated Outperform/Buy, 33% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 18% of Outperform/Buy-rated, 9% of Neutral/Hold-rated and 17% Underperform/Sell-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.

**Analyst Compensation.** Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; (4) compliance with all of Baird's internal policies and procedures; and (5) other considerations, such as Baird's assessment of the prevailing market rates for talent in the sector the research

**Property of Baird. Please contact Baird for permission to share.**

analyst covers, but excluding the analyst's contributions to Baird's investment banking services activities. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research Oversight Committee. Analyst compensation is derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/third-party-research-disclosures.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

**Analyst Certification**

The research analyst primarily responsible for the preparation of this research report certifies that the views expressed in this research report and/or financial model accurately reflect such research analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

**Disclaimers**

**Baird prohibits analysts from owning stock in companies they cover.**

This is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed here reflect our judgment at this date and are subject to change. The information has been obtained from sources we consider to be reliable, but we cannot guarantee the accuracy.

**ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST**

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

**Other Disclosures**

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In our standard company-specific research reports, the subject company may be designated as a "Fresh Pick", representing that the research analyst believes the company to be a high-conviction investment idea based on a subjective review of one or more fundamental or quantitative factors until an expiration date specified by the analyst but not to exceed nine months. The Fresh Pick designation and specified expiration date will be displayed in standard company-specific research reports on the company until the occurrence of the expiration date or such time as the analyst removes the Fresh Pick designation from the company in a subsequent, standard company-specific research report. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird disseminates its research reports to all clients simultaneously by posting such reports to Baird's password-protected client portal, https://bol.rwbaird.com/Login("BairdOnline"). All clients may access BairdOnline and at any time. All clients are advised to check BairdOnline for Baird's most recent research reports. After research reports are posted to BairdOnline, such reports may be emailed to clients, based on, among other things, client interest, coverage, stock ownership and indicated email preferences, and electronically distributed to certain third-party research aggregators, who may make such reports available to entitled clients on password-protected, third-party websites. Not all research reports posted to BairdOnline will be emailed to clients or electronically distributed to such research aggregators. To request access to Baird Online, please visit https://bol.rwbaird.com/Login/RequestInstLogin or contact your Baird representative.

**Dividend Yield.** As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

**United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.**

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like

**Property of Baird. Please contact Baird for permission to share.**

further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to, and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK. For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

**Copyright 2022 Robert W. Baird & Co. Incorporated**

This information is prepared for the use of Baird clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Baird. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this information (including any investment ratings, estimates or price targets) without first obtaining expressed permission from an authorized officer of Baird.

Ask the analyst a question                                             Click here to unsubscribe

**Property of Baird. Please contact Baird for permission to share.**

1066