# EXHIBIT 16

# Why Are TaskUs Shares Trading Lower Today?

by Anusuya Lahiri, Benzinga Editor
January 20, 2022 1:28 PM | 1 min read | Make a Comment

AD



Traders Agency's Ross Givens Reveals Insider Trading Strategy For...

Bitdeer $BTDR Creates 1st Gen Bitcoin Mining Chip,...

Love The Idea Of Getting Around On An Electric Bike? How...

Sprott Uranium ETFs $URNM $URN | Off...

**$50,000 Wall St. Secret Now Yours for $0.21/Day**

For Learn the trading strategy behind Matt Maley's 7,847% gain. It's the same one hedge funds pay $50,000 a year for. **Get Matt's $50,000 Secret Now.**

- Spruce Point Capital Management, LLC issued a report entitled "Moderating The Bull Case Content," justifying **TaskUs, Inc** TASK facing up to 25% - 50% long-term

downside risk, or $17.80 – $26.70 per share.

- The report uncovered evidence of CEO and co-founder Bryce Maddock providing multiple conflicting accounts of his education credentials and outlined his history of exaggeration and embellishment.

- Spruce warned investors against TaskUs' exaggeration of the size of its business and, possibly concealing its growing financial strains, most notably tied to its single-largest customer **Meta Platforms** Inc FB.

- Spruce highlighted poor financial reporting, including the omission of annual contract value during the IPO process and the use of a non-standard definition of annual employee attrition rate, possibly understating the actual turnover.

- Spruce had evidence portraying TaskUs' dwindling financial performance in the Content Security segment contradicting the company's leadership claims.

- Additionally, new industry reports referred to TaskUs as a "Market Contender" instead of a "Leader."

- **Price Action:** TASK shares traded lower by 17.5% at $29.37 on the last check Thursday.

Market News and Data brought to you by Benzinga APIs

© 2024 Benzinga.com. Benzinga does not provide investment advice. All rights reserved.

💬 Be the first to comment!