# EXHIBIT 17

Start Free trial

**18:54 (AFAR) Aura FAT Projects Acquisition enters into Trust Agreement »**
Aura FAT Projects Acquisition , a Cayman Islands exempted company...

Alerts ( 0 )    19:00  16 Jul 2024
**My Account**  ⌄

| HOME | NEWS & ANALYSIS | MY PORTFOLIOS | CALENDARS & TOOLS | ABOUT THE FLY | APIs | Enter Symbol | Search |

## BREAKING NEWS

TASK
09:33
01/20/22

# Spruce Point Capital releases strong sell opinion on TaskUs

Spruce Point Capital Management, LLC, a New York-based investment management firm that focuses on forensic research and short-selling, issued a detailed report entitled "Moderating The Bull Case Content" that outlines why it believes shares of TaskUs, Inc. face up to 25% to 50% long-term downside risk, or $17.80 - $26.70 per share. Spruce Point finds evidence that CEO and co-founder Bryce Maddock made four different claims about his undergraduate degree majors and has acknowledged exaggerating circumstances in the past. Spruce Point says: "TaskUs conspicuously ceased disclosing annual contract value as a key business metric during its registration process with the U.S. Securities and Exchange Commission. When questioned by the SEC, TaskUs commented that it didn't want investors to place undue reliance and certainty on an estimated metric that could be misinterpreted... we estimate TaskUs' 2019 annual attrition rate was 46%. In subsequent investor communications, TaskUs has referred to "net" employee additions, which make it impossible to estimate TaskUs' true attrition rate. TaskUs also doesn't disclose recruitment expenses. We find evidence that TaskUs' internal employee referral rate has declined materially from 61% in 2018 to 48% in 2019 to 38% in 2020. This decline would likely lead to higher recruitment expenses." Spruce Point has a short position in TaskUs, Inc. and owns derivative securities that stand to net benefit if its share price falls.

11    21
Jun  Oct

**TASK**    **$35.58 / -1.19 (-3.24%)**
TaskUs

| **01/09/22 Goldman Sachs** | **01/06/22 BofA** |
| TaskUs initiated with a Buy at Goldman Sachs | TaskUs upgraded to Buy from Neutral at BofA |
| **01/06/22 BofA** | **12/21/21 BTIG** |
| TaskUs upgraded to Buy from Neutral at BofA | TaskUs price target lowered to $70 from $75 at BTIG |

## OTHER BREAKING NEWS FROM THE FLY

**Aura FAT Projects Acquisition enters into Trust Agreement »**    18:54
AFAR
Aura FAT Projects…

**BHP Group guides FY25 copper output at 1,845-2,045 kt vs. 1,865 kt in FY24 »**    18:41
BHP
Guides FY25 iron ore…

**BHP Group reports Q4 copper output at 504.9kt, up 6% from last year »**    18:37
BHP
Reports Q4 iron ore…

**Crowdstrike exec Henry sells 4,000 class A shares »**    18:32
CRWD
In a regulatory filing,…

**Birks Group reports FY24 EPS (C$0.24) vs (C$0.40) last year »**    18:31
BGI
Reports FY24 revenue…

**Musk moving X, SpaceX headquarters from California to Texas, Tech Crunch says »**    18:10
TSLA
Elon Musk is resolute in…

**Pinnacle Financial reports Q2 net interest margin 3.14% vs. 3.20% last year**    18:08
PNFP

**Pinnacle Financial reports Q2 EPS $1.63, consensus $1.61 »**    18:07
PNFP
Reports Q2 NII $$332.3M…

**Great Southern Bancorp reports Q2 EPS $1.45, consensus $1.21 »**    18:01
GSBC
Reports Q2 NII $46.8M vs.…

**Jacobs files Form 10 with SEC for planned spin-off of business units »**    17:39
J
Jacobs has announced that…

### TRENDING TOPICS

| Most Clicked | Most Searched |

| 5 mins | 1 Hour | Today |
| - | SHOP | RDDT |
| - | FSLR | SCHW |
| - | DJT | SHOP |
| - | SCHW | MS |
| - | UNH | DJT |

**SFBS, FBK…**
18:18

Fly Intel: After-Hours Movers

Check out this evening's top movers from around Wall Street, compiled by The Fly. HIGHER AFTER EARNINGSServisFirst…

1 of 5 Top Stories

### EVENTS

◄    Tomorrow at 00:00    ►

Private Software & Internet Conference Conferences
Menlo Park, CA

View All Events »    1 of 10

### SYNDICATE

| Priced | Not Priced |

| Mon | ZENA |
| Tues | FLAI PET |
| Wed | ACTU ARDT LRTX TWFG |
| Thurs | ARTV BLMZ QMMM |
| Fri | No deals |

View All Syndicate Announcements »

| Portfolio Activity | Learn About Fly Cast | | Syndicate Pop-out | Breaking News Pop-out | Fly Cast ↗ |

**18:54 (AFAR) Aura FAT Projects Acquisition enters into Trust Agreement »**
Aura FAT Projects Acquisition , a Cayman Islands exempted company...

Treasury Market Summary:...

### American Lithium reports Q1 EPS (C$0.03) vs. (C$0.05) last year »
**AMLI**
Simon Clarke, CEO of...
17:33

### Buenaventura reports Q2 total direct operated gold production 33.8K oz
**BVN**
17:31

### Generac announces availability of its first EV charger »
**GNRC**
Generac Power Systems...
17:26

### Gates Industrial to replace Abercrombie & Fitch in S&P 600 at open on 7/22
**GTES**, **ANF**
17:18

### Morgan Stanley price target raised by $8 at Goldman Sachs, here's why »
**MS**
Goldman Sachs raised the...
17:18

### Abercrombie & Fitch to replace Equitrans Midstream in S&P 400 at open on 7/22 »
**ANF**, **ETRN**, **EQT**
S&P 500 constituent...
17:18

### Vertex Energy updates operational targets for Q2 »
**VTNR**
Vertex Energy provided an...
17:05

### Fulton Financial reports Q2 operating EPS 47c, consensus 30c »
**FULT**
"The second quarter...
17:05

### Washington Federal reports Q2 net interest margin 2.56% vs. 3.27% last year »
**WAFD**
Reports Q2 loan loss...
17:03

### Washington Federal reports Q2 EPS 75c, consensus 57c »
**WAFD**
Reports Q2 NII $177.2M...
17:02

### Oric announces clinical collaborations with Bayer, Janssen »
**ORIC**, **BAYRY**, **JNJ**
ORIC Pharmaceuticals...
17:01

### Dynatrace CRO Zugelder sells 15,404 common shares »
**DT**
In a regulatory filing,...
16:59

### Inari Medical's ThomasTu sells over $910K in company shares »
**NARI**
Inari Medical's...
16:53

**ABOUT THE FLY**
Services
About Us
Help/FAQ
Careers
Disclaimer and Terms of Use
Privacy Policy
Cancellation Policy
Limit the use of my sensitive personal information

**SUBSCRIPTIONS**
Basic Plan
Full Access

**NEWS**
Breaking News
Breaking News Pop-out
On The Fly
Fly Cast

**CALENDARS**
Events
Syndicate
Street Research

**STAY CONNECTED**
Contact Us
Newsletters and Alerts

Copyright ©1998-2024 Thefly.com LLC

| Portfolio Activity | Learn About Fly Cast | | Syndicate Pop-out | Breaking News Pop-out | Fly Cast ⬈ |