# EXHIBIT 18


Capital Markets

EQUITY RESEARCH

RBC Capital Markets, LLC
**Daniel R. Perlin**, CFA (Analyst)
(410) 625-6130, daniel.perlin@rbccm.com
**Matt Roswell**, CFA (AVP)
(410) 625-6131, matt.roswell@rbccm.com

March 16, 2022

# TaskUs, Inc.

## Thoughts post investor meetings

**Our view:** We hosted in-person investor meetings with the Co-Founder/ President & VP of IR, which focused on three key topics including 1) durability of its mid-term revenue guidance of 25%, 2) ability to scale to 25% mid-term adj. EBITDA margins, and 3) M&A opportunities. Reiterate Outperform rating.

### Key points:

**Durability of revenue growth.** Investors were keen to focus on TASK's ability to sustain 25%+ revenue growth, understanding the company guided to 30% in FY22, despite its largest client not contributing this year. Durability comes from multiple factors including 1) exposure to fast growth end-markets and verticals, such as Fintech, Healthtech, and eCom, 2) services lines are in high demand offerings including Digital CX, Content Security, and AI Services, 3) its client portfolio is tethered to high growth companies, 4) new geographic expansion fills in the gaps and creates incremental new opportunities, and 5) long-tail investments in new emerging technologies, such as NFTs, all create a portfolio of growth. It's also important to note that the company has stated it begins any year with ~95% visibility into its revenue pipeline.

**Margin expansion implicit in mid-term guidance.** Mid-term guidance calls for 25% adj. EBITDA margins, which are up from FY22's guidance of ~23%. Key factors enabling margin expansion fall into three buckets including 1) geographic mix, as workloads/projects are increasingly serviced from offshore vs. onshore locations, which generate higher % margins, 2) scale benefits, as illustrated in SG&A as % of revenue continuing to come down over time, and 3) additional specialized services, which come with higher margins. Although wage inflation remains an investor concern, management noted that the mix shift to lower cost geographies should more than offset higher wage costs, coupled with CPI escalators which are built into many of its contracts.

**M&A as an option play.** Although M&A is still new to TASK, management indicated that much of its time is increasingly devoted to looking at new opportunities (full pipeline), especially as valuations have come down across the industry. Key attributes of acquisition targets include 1) cultural fit (possibly the hardest to satisfy), 2) geographic expansion, which is designed to fill in gaps, as management noted that when they have lost deals in the past, inability to service specific geographies was often cited, 3) product/service enhancing, and 4) +/- financially accretive, which is to say willing to maybe take on some modest near-term dilution for long-term gains. Overall, we would expect initial M&A to take the form of smaller transactions, as TASK appears to be very methodical in its approach to M&A.

**Please continue reading on page 2.**

## Outperform
NASDAQ: TASK; USD 37.10
### Price Target USD 46.00

| WHAT'S INSIDE | |
| --- | --- |
| ☐ Rating/Risk Change | ☐ Price Target Change |
| ☐ In-Depth Report | ☐ Est. Change |
| ☐ Preview | ☑ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
| --- | --- | --- | --- | --- |
| | 24.00 | 37.10 | 46.00 | 56.00 |
| | ↓ 35% | | ↑ 24% | ↑ 51% |

*Implied Total Returns

### Key Statistics
| | | | |
| --- | --- | --- | --- |
| Shares O/S (MM): | 110.5 | Market Cap (MM): | 4,100 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | 695,720 |

Priced 3/16/22 close ET.

### RBC Estimates

| FY Dec | 2020A | 2021A | 2022E | 2023E |
| --- | --- | --- | --- | --- |
| **Revenue** | 478.0 | 760.7 | 990.1 | 1,232.3 |
| **EPS, cash Diluted** | 0.67 | 1.21 | 1.45 | 1.78 |
| **P/CEPS** | 55.4x | 30.7x | 25.6x | 20.8x |
| **EBITDA, Adj** | 106.9 | 187.9 | 228.2 | 289.9 |

| Revenue | Q1 | Q2 | Q3 | Q4 |
| --- | --- | --- | --- | --- |
| 2021 | 152.9A | 180.0A | 201.1A | 226.8A |
| 2022 | 230.8E | 240.3E | 251.3E | 267.6E |
| 2023 | 274.7E | 295.6E | 314.1E | 347.8E |
| **EPS, cash Diluted** | | | | |
| 2021 | 0.27A | 0.30A | 0.30A | 0.34A |
| 2022 | 0.33E | 0.33E | 0.38E | 0.41E |
| 2023 | 0.38E | 0.41E | 0.47E | 0.53E |

All values in USD unless otherwise noted.
Priced as of prior trading day's market close, EST (unless otherwise noted).



**Reiterate Outperform rating and price target.** We reiterate our outlook on TASK shares, as we believe the company is tethered to a large and rapidly growing addressable market, is uniquely 100% focused on digitally-native clients, and has a cohesive reinforcing growth strategy capable of sustaining 25%+ y/y revenue growth, with industry-leading adjusted gross margins. Our price target is $46 or 18x our CY23E EV/EBITDA, which is more in line with high growth IT service peers.



**TaskUs, Inc.**

**TaskUs**
**Earnings model ($ in millions, except per share data)**

| | FY 2019A | FY 2020A | Mar-21 1Q21A | Jun-21 2Q21A | Sep-21 3Q21A | Dec-21 4Q21A | FY 2021E | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | FY 2022E | Mar-23 1Q23E | Jun-23 2Q23E | Sep-23 3Q23E | Dec-23 4Q23E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total revenues** | $359.7 | $478.0 | $152.9 | $180.0 | $201.1 | $226.8 | $760.7 | $230.8 | $240.3 | $251.3 | $267.6 | $990.1 | $274.7 | $295.6 | $314.1 | $347.8 | $1,232.3 |
| y/y change | 41.5% | 32.9% | 49.2% | 57.4% | 64.2% | 63.4% | 59.1% | 51.0% | 33.5% | 25.0% | 18.0% | 30.1% | 19.0% | 23.0% | 25.0% | 30.0% | 24.5% |
| | | | | | | | | | | | | | | | | | |
| Cost of services | 194.8 | 270.5 | 88.0 | 103.8 | 112.4 | 127.5 | 431.7 | 132.0 | 139.4 | 141.2 | 150.4 | 563.0 | 157.9 | 171.5 | 176.5 | 195.1 | 701.1 |
| **Gross margin** | $164.9 | $207.5 | $64.8 | $76.2 | $88.6 | $99.3 | $329.0 | $98.8 | $100.9 | $110.1 | $117.2 | $427.0 | $116.7 | $124.2 | $137.6 | $152.7 | $531.2 |
| % of revenue | 45.8% | 43.4% | 42.4% | 42.3% | 44.1% | 43.8% | 43.2% | 42.8% | 42.0% | 43.8% | 43.8% | 43.1% | 42.5% | 42.0% | 43.8% | 43.9% | 43.1% |
| | | | | | | | | | | | | | | | | | |
| **Operating expenses:** | | | | | | | | | | | | | | | | | |
| Total operating expenses | $128.0 | $157.2 | $42.4 | $189.3 | $72.5 | $79.1 | $383.2 | $80.8 | $82.9 | $85.3 | $88.4 | $337.4 | $91.4 | $94.1 | $97.9 | $104.4 | $387.9 |
| % of revenue | 35.6% | 32.9% | 27.8% | 105.1% | 36.1% | 34.9% | 50.4% | 35.0% | 34.5% | 33.9% | 33.1% | 34.1% | 33.3% | 31.8% | 31.2% | 30.0% | 31.5% |
| y/y change | 33% | 23% | 21% | 375% | 78% | 91% | 144% | 90% | (56%) | 18% | 12% | (12%) | 13% | 14% | 15% | 18% | 15% |
| **Operating income** | $36.9 | $50.3 | $22.4 | ($113.0) | $16.1 | $20.2 | ($54.3) | $18.0 | $18.0 | $24.8 | $28.8 | $89.6 | $25.3 | $30.0 | $39.7 | $48.3 | $143.3 |
| **Operating margin** | **10.2%** | **10.5%** | **14.7%** | **(62.8%)** | **8.0%** | **8.9%** | **(7.1%)** | **7.8%** | **7.5%** | **9.9%** | **10.7%** | **9.0%** | **9.2%** | **10.2%** | **12.6%** | **13.9%** | **11.6%** |
| | | | | | | | | | | | | | | | | | |
| Other expense (income) | (2.0) | (1.6) | 0.8 | (1.7) | 1.2 | (0.1) | 0.2 | - | - | - | - | - | - | - | - | - | - |
| Financing expense (income) | 9.3 | 7.5 | 1.6 | 1.6 | 1.6 | 1.7 | 6.5 | 1.7 | 1.7 | 1.7 | 1.7 | 6.8 | 1.7 | 1.7 | 1.7 | 1.7 | 6.8 |
| | | | | | | | | | | | | | | | | | |
| Pretax income | $29.5 | $44.4 | $20.1 | ($113.0) | $13.3 | $18.6 | ($61.0) | $16.3 | $16.3 | $23.1 | $27.1 | $82.8 | $23.6 | $28.3 | $38.0 | $46.6 | $136.5 |
| Income taxes | (4.4) | 9.9 | 3.6 | (7.0) | 1.7 | (0.5) | (2.3) | 4.6 | 4.0 | 5.1 | 6.0 | 19.7 | 5.6 | 6.7 | 9.0 | 11.1 | 32.4 |
| Tax rate | (14.9%) | 22.3% | 17.7% | 6.2% | 12.5% | (2.5%) | 3.7% | 28.4% | 24.5% | 22.1% | 22.3% | 23.9% | 23.7% | 23.7% | 23.7% | 23.7% | 23.7% |
| | | | | | | | | | | | | | | | | | |
| Net income (GAAP) | $33.9 | $34.5 | $16.5 | ($105.9) | $11.6 | $19.1 | ($58.7) | $11.6 | $12.4 | $18.0 | $21.0 | $63.0 | $18.0 | $21.6 | $29.0 | $35.6 | $104.2 |
| y/y change | 5% | 2% | | | 2% | 41% | | (29%) | (112%) | 55% | 10% | (207%) | 55% | 75% | 61% | 69% | 65% |
| | | | | | | | | | | | | | | | | | |
| **Adjustments to net income:** | | | | | | | | | | | | | | | | | |
| Total adjustments | 19.0 | 34.8 | 11.7 | 137.3 | 21.1 | 18.0 | 188.1 | 24.7 | 24.7 | 24.7 | 24.7 | 98.8 | 24.7 | 24.7 | 24.7 | 24.7 | 98.8 |
| | | | | | | | | | | | | | | | | | |
| **Adj. net income** | $53.0 | $69.4 | $28.2 | $31.4 | $32.8 | $37.1 | $129.4 | $36.4 | $37.1 | $42.7 | $45.7 | $161.9 | $42.7 | $46.3 | $53.7 | $60.3 | $203.0 |
| y/y change | 63.6% | 30.9% | 177.7% | 84.9% | 47.5% | 85.1% | 86.6% | 28.9% | 18.1% | 30.4% | 23.4% | 25.1% | 17.5% | 25.0% | 25.6% | 31.8% | 25.4% |
| | | | | | | | | | | | | | | | | | |
| EPS (GAAP) | $0.33 | $0.33 | $0.16 | ($1.02) | $0.11 | $0.17 | ($0.55) | $0.10 | $0.11 | $0.16 | $0.19 | $0.56 | $0.16 | $0.19 | $0.25 | $0.31 | $0.92 |
| **Adj. EPS** | $0.51 | $0.67 | $0.27 | $0.30 | $0.30 | $0.34 | $1.21 | $0.33 | $0.33 | $0.38 | $0.41 | $1.45 | $0.38 | $0.41 | $0.47 | $0.53 | $1.78 |
| y/y change | 64% | 31% | | | | | 81% | | | | | 20% | | | | | 23% |
| | | | | | | | | | | | | | | | | | |
| Shares outstanding | 104.1 | 104.1 | 104.1 | 104.1 | 109.4 | 110.5 | 107.0 | 111.1 | 111.6 | 112.1 | 112.6 | 111.9 | 113.1 | 113.5 | 114.0 | 114.4 | 113.7 |
| | | | | | | | | | | | | | | | | | |
| **EBITDA** | | | | | | | | | | | | | | | | | |
| Net income (GAAP) | $33.9 | $34.5 | $16.5 | ($105.9) | $11.6 | $19.1 | ($58.7) | $11.6 | $12.4 | $18.0 | $21.0 | $63.0 | $18.0 | $21.6 | $29.0 | $35.6 | $104.2 |
| Reported EBITDA | $74.1 | $90.9 | $32.6 | ($99.9) | $27.1 | $33.7 | ($6.6) | $31.9 | $32.4 | $39.7 | $44.1 | $148.2 | $41.2 | $46.4 | $56.5 | $65.7 | $209.9 |
| | | | | | | | | | | | | | | | | | |
| **Adj. EBITDA** | $74.2 | $106.9 | $39.5 | $44.1 | $48.1 | $56.2 | $187.9 | $51.9 | $52.4 | $59.7 | $64.1 | $228.2 | $61.2 | $66.4 | $76.5 | $85.7 | $289.9 |
| **Adj. EBITDA margin (%)** | **20.6%** | **22.4%** | **25.9%** | **24.5%** | **23.9%** | **24.8%** | **24.7%** | **22.5%** | **21.8%** | **23.8%** | **24.0%** | **23.0%** | **22.3%** | **22.5%** | **24.4%** | **24.6%** | **23.5%** |
| y/y change | 30.4% | 44.0% | 126.6% | 67.3% | 59.7% | 70.5% | 75.8% | 31.1% | 18.9% | 24.1% | 14.2% | 21.4% | 18.0% | 26.6% | 28.2% | 33.7% | 27.1% |

Source: Company reports, RBC Capital Markets estimates

Dan Perlin; daniel.perlin@rbccm.com; 410-625-6130

 **TaskUs, Inc.**

# Key ESG questions

*This section is intended to highlight key ESG discussion points relevant to this company, as well as our views on the outlook. Both the questions we highlight and our responses will evolve over time as the dialogue between management, analysts and investors continues to advance. We welcome any feedback on the topics.*

**Our view**

**What are the most material ESG issues facing this company?**

Given TaskUs' large global reach and across 8 countries and >27K employees, in addition to its overall business in serving high-growth Digital Economy companies, we believe diversity & inclusion as well as data privacy and information security are among the most material ESG issues facing the company.

**Does the company integrate ESG considerations into its strategy?**

Yes, the company has well-defined initiatives around supporting its employees in regard to diversity & inclusion, environmental sustainability, and supporting local communities. TaskUs also has a Nominating and ESG Committee Chapter on its Board of Directors that develops corporate governance guidelines and oversees the company's strategy related to environmental and social matters.

**What is diversity like at board / management level?**

TaskUs has a 6-person Board of Directors, including 1 woman, with ethnically diverse members.

**What are the key areas of strength and recent ESG initiatives?**

We see the company's efforts around diversity & inclusion as well as its community outreach initiatives as key areas of strength for TaskUs. The company also provides mandatory unconscious bias training to its leaders, recruiters, and hiring managers and actively hires people from disadvantaged groups, equipping disabled personnel with Jaws screen readers, electronic video magnifiers, and refreshable Braille displays. Lastly, the company's Global Employee Resource Groups enable employee-led discussions and roundtables to increase understanding and drive collaboration. The company actively engages in community partnerships with public schools, universities, military communities, and others to ensure inclusivity. Recent community-focused initiatives from 2018-2020 include TaskUs for Texans, where it joined the Central Texas Food Bank to pack 1,000 food boxes for families affected by the pandemic, as well as Taal Relief, in which employees collected and delivered relief goods to families in evacuation centers displaced by the Taal Volcano eruption in the Philippines, among many others.

**What are additional company-specific ESG areas of focus?**

TaskUs also has a Supplier Diversity program through which it seeks to partner with businesses owned by minorities, women, veterans, service-disability individuals, and LBGTQ+ members. The company also supports various non-profits and local charities. Additionally, TaskUs has a focus on environmental sustainability, launching a paperless initiative in 2017, distributing solar home kits to over 200 indigent families in the Philippines, and joining the cleanup drive in Santa Monica Beach, California while launching a coral planning effort in La Union Beach, Philippines.

**Capital Markets** — RBC®

## Target/Upside/Downside Scenarios

TaskUs, Inc.



Source: Bloomberg and RBC Capital Markets estimates for Target

### Valuation

Our price target of $46 is an EV/EBITDA multiple of 18x our CY23 EBITDA estimate. These target multiples are in line with the company's closest, more digitally focused IT Services & digital engineering peers, which we think is appropriate given its growth rates and other fundamental factors. The implied upside supports our Outperform rating.

### Upside scenario

Our upside scenario of $56 is based on the company achieving a 20x EV/EBITDA on upside RBCe CY23 EBITDA estimate of $319M (10% premium to our base estimate), which represents a 2-point increase to the target multiple that we think is justified given the upside to results. This upside could be driven by faster-than-expected organic growth and/or margin upside.

### Downside scenario

Our downside scenario of $24 is based on the company achieving a 12x EV/EBITDA on downside RBCe CY23 EBITDA estimate of $232M (20% discount to our base estimate), which represents a 6-point decrease to the target multiple that we think is justified given the downside to results. This downside could be driven by a slowdown in revenue from either lower demand or increased competition, and/or increased expense pressures.

### Investment summary

TaskUs, in our opinion, is well positioned to support the operational needs of its high-growth clients as they scale through its tech-enabled outsourcing solutions purpose-built for their various industry verticals within the Digital Economy. We believe the strong projected growth of the company's end markets (average CAGR of 18% from 2019-2023E), high net revenue retention rates, accelerating new client wins, and digitally native service offerings that enable utilization of lower cost non-voice channels should support recurring revenue growth at a 25% CAGR for the medium-term while sustaining EBITDA margins above 20%.

We believe TASK's success will be underpinned by several key attributes, including its: (1) large and growing TAM; (2) deeply embedded and growing client relationships; (3) cohesive, simple, and reinforcing growth strategy, including geographic expansion and M&A; (4) leadership in talent acquisition with low voluntary attrition rates; and (5) attractive underlying financial model designed to drive profitability.

### Risks to rating and price target

We see three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macroeconomic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.

**RBC Capital Markets**

## Company description

TaskUs is a digital outsourcer serving clients across numerous industries within what the company calls the "Digital Economy" (e.g., social media, ride sharing, streaming services, and fintech, among many others). These companies often lack the expertise, scale, or geographic presence to build the operational infrastructure necessary to support their growth. The company's global delivery model is focused on providing clients three key solutions: (1) Digital Customer Experience (DCX), (2) Content Security (CS), and (3) Artificial Intelligence (AI) Operations. TaskUs now serves over 100 clients and has become a top outsourcing partner for many of the world's most recognizable and disruptive brands in the world, supporting their growth with tech-enabled solutions tailored for the Digital Economy.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for TaskUs, Inc. in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from TaskUs, Inc. in the past 12 months.

RBC Capital Markets, LLC makes a market in the securities of TaskUs, Inc..

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

As of March 31, 2020, RBC Capital Markets discontinued its Top Pick rating. Top Pick rated securities represented an analysts best idea in the sector; expected to provide significant absolute returns over 12 months with a favorable risk-reward ratio. Top Pick rated securities have been reassigned to our Outperform rated securities category, which are securities expected to materially outperform sector average over 12 months.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

**Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com

**RBC Capital Markets**

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.



| | | | Investment Banking Serv./Past 12 Mos. | |
|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Count** | **Percent** |
| BUY [Outperform] | 831 | 57.59 | 365 | 43.92 |
| HOLD [Sector Perform] | 557 | 38.60 | 180 | 32.32 |
| SELL [Underperform] | 55 | 3.81 | 3 | 5.45 |

Distribution of ratings — RBC Capital Markets, Equity Research — As of 31-Dec-2021



Rating and price target history for: TaskUs, Inc., TASK US as of 15-Mar-2022 (in USD)

Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by: BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**TaskUs, Inc.**

**Valuation**

Our price target of $46 is an EV/EBITDA multiple of 18x our CY23 EBITDA estimate. These target multiples are in line with the company's closest, more digitally focused IT Services & digital engineering peers, which we think is appropriate given its growth rates and other fundamental factors. The implied upside supports our Outperform rating.

**Capital Markets**

**RBC**

### Risks to rating and price target

We see three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macroeconomic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

With regard to the MAR investment recommendation requirements in relation to relevant securities, a member company of Royal Bank of Canada, together with its affiliates, may have a net long or short financial interest in excess of 0.5% of the total issued share capital of the entities mentioned in the investment recommendation. Information relating to this is available upon request from your RBC investment advisor or institutional salesperson.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research content simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets provides eligible clients with access to Equity Research Reports and to SPARC on the Firm's proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in Research Reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published Research Reports reflecting the Research Analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.

For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action

The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

**RBC Capital Markets**

# Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Europe) GmbH, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To EEA Residents:**
This material is distributed in the EU by either RBCEL on an authorised cross-border basis, or by RBC Capital Markets (Europe) GmbH (RBC EG) which is authorised and regulated in Germany by the Bundesanstalt für Finanzdienstleistungsaufsicht (German Federal Financial Supervisory Authority) (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.

**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.



Copyright © RBC Capital Markets, LLC 2022 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2022 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2022
Copyright © Royal Bank of Canada 2022
All rights reserved