# EXHIBIT 21

# Chicago Board Options Exchange
# Data Services

# Converted from Native

| underlying_symbol | quote_datetime | open | high | low | close | trade_volume | vwap | bid | ask |
|---|---|---|---|---|---|---|---|---|---|
| TASK | 10/21/2021 9:31 | 63.05 | 64 | 63 | 63.135 | 214520 | 63.2688 | 63 | 63.27 |
| TASK | 10/21/2021 9:32 | 63 | 63.13 | 60.87 | 61.98 | 130587 | 61.8288 | 61.89 | 61.98 |
| TASK | 10/21/2021 9:33 | 61.89 | 61.98 | 60.32 | 61 | 88559 | 61.2232 | 60.85 | 61 |
| TASK | 10/21/2021 9:34 | 60.9829 | 62.3 | 60.8666 | 62.15 | 49441 | 61.2305 | 61.91 | 62.4 |
| TASK | 10/21/2021 9:35 | 62.4 | 62.81 | 62.09 | 62.605 | 36677 | 62.4513 | 62.31 | 62.8 |
| TASK | 10/21/2021 9:36 | 62.5 | 62.8899 | 62.25 | 62.49 | 48597 | 62.5832 | 62 | 62.48 |
| TASK | 10/21/2021 9:37 | 62.21 | 62.58 | 62.0001 | 62.41 | 17138 | 62.3171 | 62.13 | 62.46 |
| TASK | 10/21/2021 9:38 | 62.295 | 62.8 | 62.2901 | 62.71 | 24088 | 62.6599 | 62.62 | 62.82 |
| TASK | 10/21/2021 9:39 | 62.82 | 62.82 | 62.54 | 62.71 | 26408 | 62.6623 | 62.53 | 62.89 |
| TASK | 10/21/2021 9:40 | 62.87 | 63 | 62.5301 | 62.9241 | 21036 | 62.8521 | 62.9 | 63 |
| TASK | 10/21/2021 9:41 | 62.91 | 63.17 | 62.8401 | 63.02 | 42436 | 63.0015 | 62.95 | 63.09 |
| TASK | 10/21/2021 9:42 | 62.95 | 63.14 | 62.95 | 63.035 | 11418 | 63.0218 | 62.97 | 63.1 |
| TASK | 10/21/2021 9:43 | 63 | 63.48 | 62.89 | 63.09 | 33465 | 63.2193 | 62.95 | 63.11 |
| TASK | 10/21/2021 9:44 | 63 | 63.44 | 62.87 | 63.3 | 21957 | 63.2211 | 63.12 | 63.38 |
| TASK | 10/21/2021 9:45 | 63.18 | 63.3199 | 62.91 | 63.125 | 22306 | 63.0627 | 63 | 63.33 |
| TASK | 10/21/2021 9:46 | 63.3199 | 63.47 | 63.05 | 63.47 | 11016 | 63.4131 | 63.3 | 63.48 |
| TASK | 10/21/2021 9:47 | 63.3 | 63.47 | 63.11 | 63.33 | 13068 | 63.3634 | 63.26 | 63.45 |
| TASK | 10/21/2021 9:48 | 63.42 | 63.47 | 63.14 | 63.24 | 11427 | 63.3221 | 63.11 | 63.26 |
| TASK | 10/21/2021 9:49 | 63.26 | 63.44 | 63.22 | 63.38 | 13319 | 63.3169 | 63.28 | 63.42 |
| TASK | 10/21/2021 9:50 | 63.41 | 63.49 | 63.245 | 63.31 | 25138 | 63.4225 | 63.24 | 63.38 |
| TASK | 10/21/2021 9:51 | 63.33 | 63.57 | 63.33 | 63.465 | 24039 | 63.4769 | 63.43 | 63.5 |
| TASK | 10/21/2021 9:52 | 63.465 | 63.465 | 63.0959 | 63.227 | 11425 | 63.3553 | 63.08 | 63.28 |
| TASK | 10/21/2021 9:53 | 63.18 | 63.18 | 63 | 63.04 | 17443 | 63.0307 | 63.01 | 63.07 |
| TASK | 10/21/2021 9:54 | 63.06 | 63.23 | 62.99 | 63.19 | 27692 | 63.0311 | 63.19 | 63.37 |
| TASK | 10/21/2021 9:55 | 63.3699 | 63.37 | 63.23 | 63.25 | 5798 | 63.3045 | 63.26 | 63.44 |
| TASK | 10/21/2021 9:56 | 63.34 | 63.55 | 63.27 | 63.5 | 15527 | 63.4251 | 63.39 | 63.5 |
| TASK | 10/21/2021 9:57 | 63.5 | 63.72 | 63.3 | 63.405 | 17595 | 63.502 | 63.3 | 63.51 |
| TASK | 10/21/2021 9:58 | 63.45 | 63.55 | 63.32 | 63.37 | 9867 | 63.4781 | 63.3 | 63.49 |
| TASK | 10/21/2021 9:59 | 63.3 | 63.305 | 63.06 | 63.06 | 11581 | 63.165 | 63.01 | 63.09 |
| TASK | 10/21/2021 10:00 | 63.01 | 63.47 | 63 | 63.47 | 19972 | 63.1287 | 63.33 | 63.47 |
| TASK | 10/21/2021 10:01 | 63.46 | 63.5 | 63.37 | 63.42 | 26302 | 63.458 | 63.35 | 63.49 |
| TASK | 10/21/2021 10:02 | 63.42 | 63.55 | 63.29 | 63.39 | 29103 | 63.452 | 63.39 | 63.5 |
| TASK | 10/21/2021 10:03 | 63.5 | 63.75 | 63.5 | 63.705 | 14950 | 63.6058 | 63.66 | 63.7 |
| TASK | 10/21/2021 10:04 | 63.7 | 63.88 | 63.52 | 63.84 | 26486 | 63.7269 | 63.7 | 63.86 |

| underlying_symbol | quote_datetime | open | high | low | close | trade_volume | vwap | bid | ask |
|---|---|---|---|---|---|---|---|---|---|
| TASK | 10/21/2021 10:05 | 63.7 | 63.81 | 63.64 | 63.725 | 10191 | 63.7035 | 63.64 | 63.81 |
| TASK | 10/21/2021 10:06 | 63.71 | 64.14 | 63.65 | 64.1 | 39585 | 63.8732 | 64.05 | 64.18 |
| TASK | 10/21/2021 10:07 | 64.0501 | 64.52 | 64.05 | 64.4396 | 21391 | 64.329 | 64.32 | 64.44 |
| TASK | 10/21/2021 10:08 | 64.44 | 64.63 | 64.33 | 64.33 | 39338 | 64.4745 | 64.34 | 64.5 |
| TASK | 10/21/2021 10:09 | 64.42 | 64.61 | 64.34 | 64.49 | 14857 | 64.4536 | 64.36 | 64.62 |
| TASK | 10/21/2021 10:10 | 64.3922 | 64.5752 | 64.08 | 64.33 | 16709 | 64.2996 | 64.2 | 64.36 |
| TASK | 10/21/2021 10:11 | 64.3 | 64.35 | 64.12 | 64.185 | 26986 | 64.2259 | 64.12 | 64.25 |
| TASK | 10/21/2021 10:12 | 64.185 | 64.2399 | 64.0766 | 64.2399 | 8945 | 64.1418 | 64.05 | 64.24 |
| TASK | 10/21/2021 10:13 | 64.145 | 64.2381 | 64.05 | 64.1499 | 18321 | 64.1148 | 64.06 | 64.15 |
| TASK | 10/21/2021 10:14 | 64.1 | 64.2 | 63.79 | 63.83 | 26782 | 64.0223 | 63.79 | 64.02 |
| TASK | 10/21/2021 10:15 | 63.905 | 64.25 | 63.835 | 64.19 | 22244 | 64.1471 | 64.13 | 64.25 |
| TASK | 10/21/2021 10:16 | 64.2 | 64.5175 | 64.19 | 64.49 | 41965 | 64.3689 | 64.44 | 64.54 |
| TASK | 10/21/2021 10:17 | 64.49 | 64.49 | 64.05 | 64.11 | 17829 | 64.2448 | 64.1 | 64.16 |
| TASK | 10/21/2021 10:18 | 64.14 | 64.24 | 64.14 | 64.23 | 2447 | 64.2001 | 64.11 | 64.26 |
| TASK | 10/21/2021 10:19 | 64.23 | 64.32 | 64.11 | 64.265 | 8479 | 64.2349 | 64.21 | 64.32 |
| TASK | 10/21/2021 10:20 | 64.32 | 64.72 | 64.27 | 64.48 | 27175 | 64.5052 | 64.41 | 64.55 |
| TASK | 10/21/2021 10:21 | 64.55 | 64.74 | 64.38 | 64.6775 | 24391 | 64.6049 | 64.6 | 64.75 |
| TASK | 10/21/2021 10:22 | 64.675 | 65 | 64.46 | 64.46 | 32522 | 64.7906 | 64.46 | 64.65 |
| TASK | 10/21/2021 10:23 | 64.55 | 65.22 | 64.46 | 64.87 | 60276 | 64.8949 | 64.8 | 64.94 |
| TASK | 10/21/2021 10:24 | 64.87 | 64.94 | 64.58 | 64.655 | 23339 | 64.7427 | 64.6 | 64.71 |
| TASK | 10/21/2021 10:25 | 64.69 | 64.92 | 64.67 | 64.89 | 5984 | 64.7464 | 64.7 | 64.93 |
| TASK | 10/21/2021 10:26 | 64.815 | 65.01 | 64.8 | 64.89 | 35974 | 64.9561 | 64.89 | 65 |
| TASK | 10/21/2021 10:27 | 64.935 | 65.05 | 64.7 | 64.7 | 29740 | 64.9436 | 64.7 | 64.81 |
| TASK | 10/21/2021 10:28 | 64.7 | 64.8199 | 64.605 | 64.69 | 8826 | 64.7176 | 64.6 | 64.78 |
| TASK | 10/21/2021 10:29 | 64.6304 | 64.69 | 64.27 | 64.37 | 7070 | 64.4105 | 64.33 | 64.43 |
| TASK | 10/21/2021 10:30 | 64.38 | 64.43 | 64.33 | 64.39 | 4770 | 64.3892 | 64.35 | 64.43 |
| TASK | 10/21/2021 10:31 | 64.43 | 64.52 | 64.35 | 64.51 | 8510 | 64.4178 | 64.37 | 64.52 |
| TASK | 10/21/2021 10:32 | 64.52 | 64.62 | 64.52 | 64.55 | 8653 | 64.5512 | 64.44 | 64.62 |
| TASK | 10/21/2021 10:33 | 64.56 | 64.77 | 64.5 | 64.77 | 40280 | 64.6093 | 64.69 | 64.74 |
| TASK | 10/21/2021 10:34 | 64.715 | 64.77 | 64.35 | 64.55 | 17873 | 64.6267 | 64.57 | 64.81 |
| TASK | 10/21/2021 10:35 | 64.81 | 64.81 | 64.39 | 64.505 | 8751 | 64.656 | 64.44 | 64.57 |
| TASK | 10/21/2021 10:36 | 64.5132 | 64.8 | 64.505 | 64.8 | 10097 | 64.6144 | 64.7 | 64.81 |
| TASK | 10/21/2021 10:37 | 64.755 | 64.8 | 64.47 | 64.595 | 16110 | 64.6434 | 64.55 | 64.64 |
| TASK | 10/21/2021 10:38 | 64.64 | 64.9199 | 64.64 | 64.77 | 16113 | 64.7184 | 64.76 | 64.92 |

| underlying_symbol | quote_datetime | open | high | low | close | trade_volume | vwap | bid | ask |
|---|---|---|---|---|---|---|---|---|---|
| TASK | 10/21/2021 10:39 | 64.76 | 64.92 | 64.76 | 64.865 | 18090 | 64.8649 | 64.82 | 64.91 |
| TASK | 10/21/2021 10:40 | 64.865 | 64.955 | 64.86 | 64.955 | 10971 | 64.8979 | 64.91 | 65 |
| TASK | 10/21/2021 10:41 | 64.94 | 65.01 | 64.85 | 64.94 | 18100 | 64.9478 | 64.92 | 64.96 |
| TASK | 10/21/2021 10:42 | 64.9599 | 65.04 | 64.9 | 64.95 | 12802 | 64.9777 | 64.9 | 65 |
| TASK | 10/21/2021 10:43 | 64.95 | 64.95 | 64.7 | 64.84 | 11361 | 64.8507 | 64.77 | 64.9 |
| TASK | 10/21/2021 10:44 | 64.9 | 65.015 | 64.86 | 64.98 | 21686 | 64.9607 | 64.89 | 65 |
| TASK | 10/21/2021 10:45 | 64.89 | 65.015 | 64.8 | 64.8 | 6964 | 64.9673 | 64.8 | 64.98 |
| TASK | 10/21/2021 10:46 | 64.89 | 64.93 | 64.8 | 64.85 | 1702 | 64.8756 | 64.86 | 64.95 |
| TASK | 10/21/2021 10:47 | 64.9 | 64.94 | 64.785 | 64.8 | 8578 | 64.8738 | 64.7 | 64.86 |
| TASK | 10/21/2021 10:48 | 64.8 | 64.8399 | 64.37 | 64.39 | 8926 | 64.6401 | 64.28 | 64.5 |
| TASK | 10/21/2021 10:49 | 64.31 | 64.42 | 63.72 | 64 | 19787 | 64.1174 | 63.72 | 64 |
| TASK | 10/21/2021 10:50 | 63.86 | 64.03 | 63.74 | 63.915 | 16446 | 63.8883 | 63.83 | 64 |
| TASK | 10/21/2021 10:51 | 63.95 | 64.17 | 63.93 | 64.05 | 9359 | 64.0613 | 64 | 64.17 |
| TASK | 10/21/2021 10:52 | 64.1699 | 64.1699 | 63.79 | 63.8 | 6980 | 63.9235 | 63.79 | 63.98 |
| TASK | 10/21/2021 10:53 | 63.9561 | 63.9561 | 63.79 | 63.815 | 2936 | 63.8432 | 63.79 | 63.84 |
| TASK | 10/21/2021 10:54 | 63.815 | 63.84 | 63.765 | 63.81 | 11330 | 63.7995 | 63.8 | 63.89 |
| TASK | 10/21/2021 10:55 | 63.845 | 63.89 | 63.79 | 63.85 | 4054 | 63.8359 | 63.86 | 63.95 |
| TASK | 10/21/2021 10:56 | 63.86 | 63.89 | 63.51 | 63.7 | 28769 | 63.7067 | 63.53 | 63.79 |
| TASK | 10/21/2021 10:57 | 63.615 | 63.615 | 62.77 | 63.21 | 37599 | 63.1657 | 63.05 | 63.21 |
| TASK | 10/21/2021 10:58 | 63.13 | 63.38 | 63.13 | 63.2 | 9189 | 63.214 | 63.14 | 63.23 |
| TASK | 10/21/2021 10:59 | 63.13 | 63.28 | 63.06 | 63.15 | 10206 | 63.1801 | 63.1 | 63.28 |
| TASK | 10/21/2021 11:00 | 63.22 | 63.22 | 63 | 63.06 | 11892 | 63.0869 | 63.01 | 63.1 |
| TASK | 10/21/2021 11:01 | 63.1 | 63.29 | 63 | 63.29 | 10410 | 63.1247 | 63.2 | 63.37 |
| TASK | 10/21/2021 11:02 | 63.21 | 63.22 | 63.05 | 63.22 | 4246 | 63.1691 | 63.13 | 63.37 |
| TASK | 10/21/2021 11:03 | 63.19 | 63.285 | 63.105 | 63.285 | 6122 | 63.2039 | 63.2 | 63.37 |
| TASK | 10/21/2021 11:04 | 63.285 | 63.285 | 63.285 | 63.285 | 1838 | 63.2851 | 63.2 | 63.37 |
| TASK | 10/21/2021 11:05 | 63.2 | 63.2399 | 63.05 | 63.13 | 12146 | 63.1118 | 63.13 | 63.28 |
| TASK | 10/21/2021 11:06 | 63.16 | 63.33 | 63.16 | 63.2 | 5128 | 63.2529 | 63.16 | 63.24 |
| TASK | 10/21/2021 11:07 | 63.2 | 63.2 | 63.09 | 63.16 | 3113 | 63.1406 | 63.1 | 63.22 |
| TASK | 10/21/2021 11:08 | 63.155 | 63.16 | 63 | 63 | 7980 | 63.0732 | 62.98 | 63.06 |
| TASK | 10/21/2021 11:09 | 63.02 | 63.14 | 63 | 63.085 | 13667 | 63.0679 | 63.05 | 63.12 |
| TASK | 10/21/2021 11:10 | 63.05 | 63.34 | 63.05 | 63.245 | 18275 | 63.114 | 63.16 | 63.33 |
| TASK | 10/21/2021 11:11 | 63.245 | 63.37 | 63.15 | 63.37 | 20242 | 63.2536 | 63.23 | 63.37 |
| TASK | 10/21/2021 11:12 | 63.3 | 63.515 | 63.3 | 63.47 | 20169 | 63.3936 | 63.4 | 63.54 |

| underlying_symbol | quote_datetime | open | high | low | close | trade_volume | vwap | bid | ask |
|---|---|---|---|---|---|---|---|---|---|
| TASK | 10/21/2021 11:13 | 63.5 | 63.6 | 63.39 | 63.4 | 13430 | 63.4797 | 63.35 | 63.47 |
| TASK | 10/21/2021 11:14 | 63.41 | 63.54 | 63.295 | 63.34 | 7581 | 63.3903 | 63.22 | 63.43 |
| TASK | 10/21/2021 11:15 | 63.4 | 63.46 | 63.37 | 63.425 | 4669 | 63.4063 | 63.37 | 63.48 |
| TASK | 10/21/2021 11:16 | 63.425 | 63.48 | 63.425 | 63.45 | 2723 | 63.45 | 63.4 | 63.5 |
| TASK | 10/21/2021 11:17 | 63.45 | 63.45 | 63.18 | 63.225 | 11449 | 63.3528 | 63.04 | 63.23 |
| TASK | 10/21/2021 11:18 | 63.165 | 63.165 | 63.06 | 63.115 | 1899 | 63.1105 | 63.04 | 63.18 |
| TASK | 10/21/2021 11:19 | 63.075 | 63.13 | 62.875 | 62.875 | 16843 | 63.0271 | 62.66 | 62.95 |
| TASK | 10/21/2021 11:20 | 62.68 | 62.7199 | 62.3 | 62.575 | 23252 | 62.536 | 62.45 | 62.7 |
| TASK | 10/21/2021 11:21 | 62.69 | 62.93 | 62.1016 | 62.69 | 35432 | 62.5455 | 62.51 | 62.73 |
| TASK | 10/21/2021 11:22 | 62.73 | 62.99 | 62.625 | 62.905 | 16023 | 62.8827 | 62.79 | 62.96 |
| TASK | 10/21/2021 11:23 | 62.95 | 63.05 | 62.87 | 62.9 | 14468 | 62.9601 | 62.8 | 63 |
| TASK | 10/21/2021 11:24 | 62.7 | 62.7 | 62.23 | 62.355 | 7601 | 62.5114 | 62.28 | 62.33 |
| TASK | 10/21/2021 11:25 | 62.28 | 62.31 | 62.135 | 62.15 | 7472 | 62.1898 | 62.1 | 62.2 |
| TASK | 10/21/2021 11:26 | 62.15 | 62.2 | 61.8 | 61.94 | 22837 | 61.9571 | 61.8 | 61.94 |
| TASK | 10/21/2021 11:27 | 61.802 | 62 | 61.8 | 61.88 | 14282 | 61.8586 | 61.87 | 62.02 |
| TASK | 10/21/2021 11:28 | 61.945 | 61.945 | 61.8 | 61.875 | 8671 | 61.8709 | 61.82 | 61.93 |
| TASK | 10/21/2021 11:29 | 61.875 | 61.9515 | 61.8 | 61.88 | 19428 | 61.833 | 61.84 | 61.96 |
| TASK | 10/21/2021 11:30 | 61.84 | 61.9 | 61.66 | 61.675 | 10032 | 61.7859 | 61.58 | 61.73 |
| TASK | 10/21/2021 11:31 | 61.66 | 61.75 | 61.5992 | 61.735 | 8192 | 61.7117 | 61.67 | 61.8 |
| TASK | 10/21/2021 11:32 | 61.735 | 61.8 | 61.21 | 61.31 | 12802 | 61.5132 | 61.3 | 61.44 |
| TASK | 10/21/2021 11:33 | 61.38 | 61.96 | 61.37 | 61.75 | 9313 | 61.5806 | 61.75 | 61.96 |
| TASK | 10/21/2021 11:34 | 61.855 | 61.855 | 61.12 | 61.3 | 9590 | 61.4209 | 61.26 | 61.3 |
| TASK | 10/21/2021 11:35 | 61.2752 | 61.4 | 61.21 | 61.23 | 9245 | 61.2905 | 61.16 | 61.3 |
| TASK | 10/21/2021 11:36 | 61.1601 | 61.29 | 61.02 | 61.02 | 7349 | 61.1076 | 61.02 | 61.06 |
| TASK | 10/21/2021 11:37 | 61.055 | 61.295 | 61.02 | 61.09 | 14801 | 61.1497 | 61.05 | 61.12 |
| TASK | 10/21/2021 11:38 | 61.051 | 61.27 | 61 | 61.235 | 23551 | 61.15 | 61.2 | 61.27 |
| TASK | 10/21/2021 11:39 | 61.27 | 61.45 | 61.23 | 61.41 | 16377 | 61.3114 | 61.37 | 61.55 |
| TASK | 10/21/2021 11:40 | 61.54 | 61.55 | 61.425 | 61.5 | 12617 | 61.4748 | 61.46 | 61.54 |
| TASK | 10/21/2021 11:41 | 61.5044 | 61.66 | 61.45 | 61.66 | 7500 | 61.5213 | 61.67 | 61.81 |
| TASK | 10/21/2021 11:42 | 61.745 | 61.95 | 61.7198 | 61.9277 | 7609 | 61.8535 | 61.7 | 61.93 |
| TASK | 10/21/2021 11:43 | 61.8299 | 61.83 | 61.7 | 61.785 | 1540 | 61.7835 | 61.74 | 61.83 |
| TASK | 10/21/2021 11:44 | 61.785 | 61.79 | 61.3519 | 61.755 | 17227 | 61.6511 | 61.79 | 61.92 |
| TASK | 10/21/2021 11:45 | 61.855 | 61.94 | 61.715 | 61.78 | 9506 | 61.8167 | 61.73 | 61.82 |
| TASK | 10/21/2021 11:46 | 61.81 | 62.12 | 61.81 | 62.07 | 17382 | 61.9021 | 62.02 | 62.12 |

| underlying_symbol | quote_datetime | open | high | low | close | trade_volume | vwap | bid | ask |
|---|---|---|---|---|---|---|---|---|---|
| TASK | 10/21/2021 11:47 | 62.03 | 62.03 | 61.84 | 61.97 | 7899 | 61.9516 | 61.93 | 62.01 |
| TASK | 10/21/2021 11:48 | 61.97 | 62.24 | 61.905 | 62.165 | 15685 | 62.0485 | 62.09 | 62.24 |
| TASK | 10/21/2021 11:49 | 62.11 | 62.11 | 61.84 | 61.94 | 4322 | 61.9751 | 61.88 | 62.02 |
| TASK | 10/21/2021 11:50 | 61.95 | 62.08 | 61.93 | 61.945 | 6540 | 61.9827 | 61.86 | 62.03 |
| TASK | 10/21/2021 11:51 | 61.945 | 62 | 61.8964 | 61.8964 | 3159 | 61.9736 | 61.88 | 62.02 |
| TASK | 10/21/2021 11:52 | 61.95 | 61.95 | 61.7 | 61.7501 | 12057 | 61.8215 | 61.75 | 61.99 |
| TASK | 10/21/2021 11:53 | 61.75 | 61.75 | 61.75 | 61.75 | 222 | 61.7519 | 61.75 | 61.97 |
| TASK | 10/21/2021 11:54 | 61.865 | 61.9699 | 61.865 | 61.8714 | 3388 | 61.9289 | 61.79 | 61.91 |
| TASK | 10/21/2021 11:55 | 61.85 | 61.915 | 61.85 | 61.915 | 5540 | 61.9053 | 61.86 | 61.97 |
| TASK | 10/21/2021 11:56 | 61.915 | 61.9699 | 61.86 | 61.86 | 1500 | 61.912 | 61.86 | 61.92 |
| TASK | 10/21/2021 11:57 | 61.89 | 61.89 | 61.75 | 61.755 | 7796 | 61.7881 | 61.71 | 61.8 |
| TASK | 10/21/2021 11:58 | 61.7101 | 61.75 | 61.5205 | 61.56 | 3423 | 61.6083 | 61.52 | 61.6 |
| TASK | 10/21/2021 11:59 | 61.56 | 61.56 | 61.36 | 61.385 | 9358 | 61.4971 | 61.35 | 61.42 |
| TASK | 10/21/2021 12:00 | 61.35 | 61.37 | 61.26 | 61.3599 | 4660 | 61.3402 | 61.26 | 61.36 |
| TASK | 10/21/2021 12:01 | 61.31 | 61.36 | 61.26 | 61.31 | 1804 | 61.3388 | 61.26 | 61.36 |
| TASK | 10/21/2021 12:02 | 61.26 | 61.42 | 61.26 | 61.36 | 8634 | 61.3295 | 61.3 | 61.42 |
| TASK | 10/21/2021 12:03 | 61.42 | 61.42 | 61.31 | 61.36 | 2441 | 61.3847 | 61.3 | 61.42 |
| TASK | 10/21/2021 12:04 | 61.315 | 61.34 | 61.18 | 61.34 | 19901 | 61.2877 | 61.3 | 61.38 |
| TASK | 10/21/2021 12:05 | 61.34 | 61.4999 | 61.34 | 61.4999 | 5453 | 61.4273 | 61.34 | 61.5 |
| TASK | 10/21/2021 12:06 | 61.395 | 61.395 | 61.3 | 61.32 | 6351 | 61.3495 | 61.28 | 61.39 |
| TASK | 10/21/2021 12:07 | 61.39 | 61.4599 | 61.335 | 61.39 | 6241 | 61.3972 | 61.35 | 61.43 |
| TASK | 10/21/2021 12:08 | 61.43 | 61.5699 | 61.39 | 61.505 | 3587 | 61.4858 | 61.44 | 61.57 |
| TASK | 10/21/2021 12:09 | 61.51 | 61.56 | 61.35 | 61.4384 | 8653 | 61.4538 | 61.35 | 61.48 |
| TASK | 10/21/2021 12:10 | 61.45 | 61.45 | 61.395 | 61.44 | 2014 | 61.4248 | 61.36 | 61.44 |
| TASK | 10/21/2021 12:11 | 61.36 | 61.37 | 61.03 | 61.09 | 12824 | 61.2421 | 61.02 | 61.16 |
| TASK | 10/21/2021 12:12 | 61.09 | 61.26 | 61.09 | 61.21 | 4968 | 61.1581 | 61.06 | 61.27 |
| TASK | 10/21/2021 12:13 | 61.27 | 61.27 | 61.11 | 61.16 | 5741 | 61.1829 | 61.1 | 61.27 |
| TASK | 10/21/2021 12:14 | 61.185 | 61.23 | 61 | 61.23 | 54118 | 61.0845 | 61.1 | 61.24 |
| TASK | 10/21/2021 12:15 | 61.06 | 61.17 | 61.01 | 61.17 | 7161 | 61.0899 | 61.1 | 61.24 |
| TASK | 10/21/2021 12:16 | 61.17 | 61.3599 | 61.17 | 61.285 | 9446 | 61.2577 | 61.21 | 61.36 |
| TASK | 10/21/2021 12:17 | 61.285 | 61.36 | 61.26 | 61.285 | 1508 | 61.3135 | 61.21 | 61.36 |
| TASK | 10/21/2021 12:18 | 61.285 | 61.29 | 61.15 | 61.155 | 5711 | 61.222 | 61.09 | 61.22 |
| TASK | 10/21/2021 12:19 | 61.09 | 61.17 | 61.09 | 61.17 | 6227 | 61.1487 | 61.09 | 61.22 |
| TASK | 10/21/2021 12:20 | 61.155 | 61.24 | 61.155 | 61.24 | 3432 | 61.2184 | 61.18 | 61.3 |

| underlying_symbol | quote_datetime | open | high | low | close | trade_volume | vwap | bid | ask |
|---|---|---|---|---|---|---|---|---|---|
| TASK | 10/21/2021 12:21 | 61.18 | 61.675 | 61.18 | 61.675 | 12400 | 61.499 | 61.6 | 61.75 |
| TASK | 10/21/2021 12:22 | 61.675 | 61.8199 | 61.56 | 61.8199 | 15852 | 61.6552 | 61.7 | 61.82 |
| TASK | 10/21/2021 12:23 | 61.76 | 61.925 | 61.76 | 61.915 | 5548 | 61.8205 | 61.85 | 61.98 |
| TASK | 10/21/2021 12:24 | 61.9384 | 62.07 | 61.9384 | 61.995 | 10592 | 61.9926 | 61.79 | 62.04 |
| TASK | 10/21/2021 12:25 | 62.0399 | 62.0399 | 61.76 | 61.8582 | 8060 | 61.8608 | 61.81 | 61.86 |
| TASK | 10/21/2021 12:26 | 61.835 | 61.89 | 61.76 | 61.85 | 13852 | 61.8339 | 61.79 | 61.9 |
| TASK | 10/21/2021 12:27 | 61.845 | 62 | 61.845 | 62 | 4614 | 61.9291 | 61.95 | 62.05 |
| TASK | 10/21/2021 12:28 | 62.05 | 62.06 | 61.8 | 61.98 | 6896 | 61.9231 | 61.87 | 62.02 |
| TASK | 10/21/2021 12:29 | 62.01 | 62.01 | 61.97 | 62.005 | 1527 | 62.0076 | 61.95 | 62.06 |
| TASK | 10/21/2021 12:30 | 62.01 | 62.01 | 61.79 | 61.81 | 3889 | 61.9209 | 61.73 | 61.87 |
| TASK | 10/21/2021 12:31 | 61.805 | 62.03 | 61.79 | 61.96 | 26500 | 61.8154 | 61.95 | 62.05 |
| TASK | 10/21/2021 12:32 | 62 | 62.1 | 61.98 | 62.1 | 6362 | 62.0176 | 62.02 | 62.13 |
| TASK | 10/21/2021 12:33 | 62.075 | 62.1 | 62.075 | 62.08 | 1422 | 62.0249 | 62.07 | 62.1 |
| TASK | 10/21/2021 12:34 | 62.07 | 62.188 | 62.06 | 62.188 | 7745 | 62.0883 | 62.1 | 62.23 |
| TASK | 10/21/2021 12:35 | 62.165 | 62.42 | 62.101 | 62.38 | 8601 | 62.2903 | 62.25 | 62.38 |
| TASK | 10/21/2021 12:36 | 62.315 | 62.43 | 62.315 | 62.355 | 2408 | 62.386 | 62.27 | 62.44 |
| TASK | 10/21/2021 12:37 | 62.35 | 62.43 | 62.3183 | 62.325 | 1195 | 62.344 | 62.27 | 62.38 |
| TASK | 10/21/2021 12:38 | 62.325 | 62.325 | 61.55 | 61.94 | 24653 | 61.8922 | 61.82 | 62.01 |
| TASK | 10/21/2021 12:39 | 61.9904 | 62.095 | 61.915 | 62.095 | 3046 | 61.9967 | 62 | 62.19 |
| TASK | 10/21/2021 12:40 | 62.05 | 62.05 | 62.05 | 62.05 | 505 | 62.0249 | 62 | 62.1 |
| TASK | 10/21/2021 12:41 | 62.0993 | 62.1 | 62.08 | 62.1 | 1918 | 62.0871 | 62.04 | 62.24 |
| TASK | 10/21/2021 12:42 | 62.0401 | 62.1589 | 61.9101 | 61.98 | 7207 | 62.0638 | 61.91 | 61.98 |
| TASK | 10/21/2021 12:43 | 61.98 | 62.0199 | 61.97 | 62.0199 | 2707 | 61.9714 | 61.92 | 62.01 |
| TASK | 10/21/2021 12:44 | 61.965 | 61.965 | 61.965 | 61.965 | 901 | 61.9702 | 61.92 | 62.01 |
| TASK | 10/21/2021 12:45 | 61.945 | 62.08 | 61.871 | 62.031 | 9613 | 61.9678 | 62.04 | 62.15 |
| TASK | 10/21/2021 12:46 | 62.04 | 62.045 | 61.95 | 62.015 | 2772 | 62.017 | 61.95 | 62.08 |
| TASK | 10/21/2021 12:47 | 62.015 | 62.04 | 61.9601 | 62.025 | 1139 | 62.017 | 61.97 | 62.08 |
| TASK | 10/21/2021 12:48 | 61.97 | 62.0499 | 61.705 | 61.705 | 5329 | 61.9343 | 61.64 | 61.76 |
| TASK | 10/21/2021 12:49 | 61.6401 | 61.76 | 61.59 | 61.76 | 7608 | 61.6736 | 61.67 | 61.85 |
| TASK | 10/21/2021 12:50 | 61.71 | 61.8368 | 61.71 | 61.79 | 2506 | 61.8173 | 61.73 | 61.85 |
| TASK | 10/21/2021 12:51 | 61.7402 | 61.91 | 61.7402 | 61.83 | 8328 | 61.8394 | 61.8 | 61.99 |
| TASK | 10/21/2021 12:52 | 61.86 | 61.86 | 61.7 | 61.7 | 5685 | 61.789 | 61.64 | 61.81 |
| TASK | 10/21/2021 12:53 | 61.64 | 61.64 | 61.365 | 61.57 | 10397 | 61.5464 | 61.47 | 61.64 |
| TASK | 10/21/2021 12:54 | 61.64 | 61.65 | 61.59 | 61.59 | 2602 | 61.6314 | 61.58 | 61.73 |

| underlying_symbol | quote_datetime | open | high | low | close | trade_volume | vwap | bid | ask |
|---|---|---|---|---|---|---|---|---|---|
| TASK | 10/21/2021 12:55 | 61.655 | 61.655 | 61.5 | 61.53 | 5865 | 61.5602 | 61.52 | 61.62 |
| TASK | 10/21/2021 12:56 | 61.57 | 61.655 | 61.54 | 61.58 | 4099 | 61.589 | 61.53 | 61.67 |
| TASK | 10/21/2021 12:57 | 61.6057 | 61.6699 | 61.6 | 61.6 | 2692 | 61.6276 | 61.53 | 61.67 |
| TASK | 10/21/2021 12:58 | 61.6 | 61.8699 | 61.53 | 61.75 | 9464 | 61.7125 | 61.72 | 61.81 |
| TASK | 10/21/2021 12:59 | 61.7 | 61.75 | 61.49 | 61.75 | 4374 | 61.6312 | 61.67 | 61.81 |
| TASK | 10/21/2021 13:00 | 61.74 | 61.81 | 61.47 | 61.5239 | 7059 | 61.5948 | 61.44 | 61.56 |
| TASK | 10/21/2021 13:01 | 61.56 | 61.765 | 61.55 | 61.765 | 7868 | 61.6322 | 61.71 | 61.9 |
| TASK | 10/21/2021 13:02 | 61.8999 | 61.8999 | 61.49 | 61.58 | 7377 | 61.621 | 61.41 | 61.75 |
| TASK | 10/21/2021 13:03 | 61.675 | 61.75 | 61.675 | 61.69 | 2928 | 61.7237 | 61.63 | 61.75 |
| TASK | 10/21/2021 13:04 | 61.69 | 61.74 | 61.575 | 61.73 | 4081 | 61.6636 | 61.67 | 61.79 |
| TASK | 10/21/2021 13:05 | 61.79 | 61.79 | 61.5 | 61.5 | 10499 | 61.6122 | 61.45 | 61.55 |
| TASK | 10/21/2021 13:06 | 61.5 | 61.6 | 61.5 | 61.58 | 4495 | 61.574 | 61.5 | 61.65 |
| TASK | 10/21/2021 13:07 | 61.58 | 61.835 | 61.58 | 61.7106 | 9208 | 61.7198 | 61.66 | 61.89 |
| TASK | 10/21/2021 13:08 | 61.635 | 61.78 | 61.635 | 61.65 | 5175 | 61.6958 | 61.65 | 61.76 |
| TASK | 10/21/2021 13:09 | 61.65 | 62.1 | 61.65 | 62.025 | 11670 | 61.9481 | 61.95 | 62.1 |
| TASK | 10/21/2021 13:10 | 62.025 | 62.03 | 61.8 | 62.025 | 11783 | 61.9547 | 61.97 | 62.1 |
| TASK | 10/21/2021 13:11 | 62.035 | 62.035 | 61.841 | 61.93 | 7155 | 61.9359 | 61.86 | 62.01 |
| TASK | 10/21/2021 13:12 | 61.94 | 62.05 | 61.94 | 62.05 | 4704 | 62.0104 | 62 | 62.1 |
| TASK | 10/21/2021 13:13 | 62.1 | 62.37 | 62.085 | 62.12 | 3572 | 62.1262 | 62.12 | 62.35 |
| TASK | 10/21/2021 13:14 | 62.12 | 62.21 | 61.915 | 62.035 | 11585 | 62.0375 | 61.95 | 62.05 |
| TASK | 10/21/2021 13:15 | 62 | 62 | 61.846 | 61.865 | 8623 | 61.9066 | 61.79 | 61.94 |
| TASK | 10/21/2021 13:16 | 61.865 | 61.99 | 61.821 | 61.885 | 4342 | 61.9125 | 61.83 | 61.94 |
| TASK | 10/21/2021 13:17 | 61.83 | 61.9 | 61.75 | 61.825 | 8813 | 61.8539 | 61.74 | 61.91 |
| TASK | 10/21/2021 13:18 | 61.83 | 61.91 | 61.81 | 61.88 | 2879 | 61.8717 | 61.81 | 61.91 |
| TASK | 10/21/2021 13:19 | 61.86 | 61.892 | 61.51 | 61.525 | 12925 | 61.7906 | 61.5 | 61.55 |
| TASK | 10/21/2021 13:20 | 61.5 | 61.77 | 61.5 | 61.68 | 9726 | 61.5871 | 61.66 | 61.85 |
| TASK | 10/21/2021 13:21 | 61.755 | 61.8499 | 61.7 | 61.8499 | 3613 | 61.8076 | 61.7 | 61.85 |
| TASK | 10/21/2021 13:22 | 61.775 | 61.775 | 61.64 | 61.67 | 6644 | 61.6998 | 61.57 | 61.73 |
| TASK | 10/21/2021 13:23 | 61.65 | 61.65 | 61.415 | 61.415 | 6219 | 61.5597 | 61.38 | 61.52 |
| TASK | 10/21/2021 13:24 | 61.47 | 61.62 | 61.47 | 61.58 | 9423 | 61.5577 | 61.53 | 61.63 |
| TASK | 10/21/2021 13:25 | 61.58 | 61.7 | 61.5 | 61.54 | 7284 | 61.6166 | 61.44 | 61.61 |
| TASK | 10/21/2021 13:26 | 61.56 | 61.56 | 61.485 | 61.485 | 2076 | 61.5049 | 61.41 | 61.56 |
| TASK | 10/21/2021 13:27 | 61.485 | 61.7799 | 61.485 | 61.745 | 4343 | 61.6251 | 61.66 | 61.83 |
| TASK | 10/21/2021 13:28 | 61.82 | 61.8299 | 61.66 | 61.66 | 7856 | 61.7099 | 61.57 | 61.76 |

| underlying_symbol | quote_datetime | open | high | low | close | trade_volume | vwap | bid | ask |
|---|---|---|---|---|---|---|---|---|---|
| TASK | 10/21/2021 13:29 | 61.57 | 61.62 | 61.5001 | 61.58 | 7711 | 61.5423 | 61.52 | 61.64 |
| TASK | 10/21/2021 13:30 | 61.58 | 61.58 | 61.58 | 61.58 | 952 | 61.5843 | 61.52 | 61.64 |
| TASK | 10/21/2021 13:31 | 61.58 | 61.95 | 61.58 | 61.85 | 10055 | 61.7767 | 61.82 | 61.9 |
| TASK | 10/21/2021 13:32 | 61.83 | 61.83 | 61.69 | 61.725 | 8669 | 61.7531 | 61.7 | 61.78 |
| TASK | 10/21/2021 13:33 | 61.76 | 61.89 | 61.76 | 61.87 | 4634 | 61.8277 | 61.82 | 61.92 |
| TASK | 10/21/2021 13:34 | 61.91 | 62.08 | 61.9 | 62.08 | 8579 | 61.9582 | 62.06 | 62.15 |
| TASK | 10/21/2021 13:35 | 62.07 | 62.24 | 61.96 | 62.0295 | 9487 | 62.1184 | 61.97 | 62.2 |
| TASK | 10/21/2021 13:36 | 62.055 | 62.2 | 62.035 | 62.2 | 6495 | 62.1012 | 62.07 | 62.25 |
| TASK | 10/21/2021 13:37 | 62.25 | 62.5 | 62.25 | 62.435 | 8248 | 62.3736 | 62.37 | 62.5 |
| TASK | 10/21/2021 13:38 | 62.37 | 62.4881 | 62.1501 | 62.4881 | 16822 | 62.3479 | 62.3 | 62.48 |
| TASK | 10/21/2021 13:39 | 62.49 | 62.5 | 62.36 | 62.36 | 3793 | 62.4439 | 62.3 | 62.4 |
| TASK | 10/21/2021 13:40 | 62.3 | 62.32 | 62.14 | 62.16 | 12815 | 62.2428 | 62.12 | 62.27 |
| TASK | 10/21/2021 13:41 | 62.18 | 62.24 | 62.1 | 62.175 | 13406 | 62.1595 | 62.1 | 62.25 |
| TASK | 10/21/2021 13:42 | 62.2 | 62.2 | 61.98 | 62.05 | 13355 | 62.1265 | 62 | 62.14 |
| TASK | 10/21/2021 13:43 | 62.07 | 62.25 | 62 | 62.25 | 9451 | 62.1237 | 62.25 | 62.39 |
| TASK | 10/21/2021 13:44 | 62.34 | 62.34 | 62.12 | 62.185 | 6689 | 62.2502 | 62.12 | 62.2 |
| TASK | 10/21/2021 13:45 | 62.16 | 62.28 | 62.12 | 62.16 | 7668 | 62.1642 | 62.13 | 62.26 |
| TASK | 10/21/2021 13:46 | 62.195 | 62.195 | 61.755 | 61.755 | 11527 | 62.0112 | 61.69 | 61.82 |
| TASK | 10/21/2021 13:47 | 61.81 | 62.72 | 61.75 | 62.54 | 52105 | 62.3688 | 62.51 | 62.71 |
| TASK | 10/21/2021 13:48 | 62.51 | 62.51 | 62.3 | 62.38 | 8990 | 62.4193 | 62.38 | 62.51 |
| TASK | 10/21/2021 13:49 | 62.4 | 62.4 | 62.235 | 62.3 | 8291 | 62.3319 | 62.19 | 62.37 |
| TASK | 10/21/2021 13:50 | 62.272 | 62.28 | 62.08 | 62.22 | 7604 | 62.2065 | 62.14 | 62.27 |
| TASK | 10/21/2021 13:51 | 62.205 | 62.535 | 62.205 | 62.53 | 3970 | 62.4072 | 62.42 | 62.64 |
| TASK | 10/21/2021 13:52 | 62.555 | 62.555 | 62.2701 | 62.355 | 10180 | 62.4011 | 62.27 | 62.44 |
| TASK | 10/21/2021 13:53 | 62.355 | 63.11 | 62.2701 | 63.11 | 39301 | 62.7114 | 63.02 | 63.11 |
| TASK | 10/21/2021 13:54 | 63.02 | 63.02 | 62.54 | 62.73 | 17701 | 62.7041 | 62.73 | 62.84 |
| TASK | 10/21/2021 13:55 | 62.74 | 62.84 | 62.3 | 62.3 | 7827 | 62.5899 | 62.17 | 62.3 |
| TASK | 10/21/2021 13:56 | 62.17 | 62.2834 | 62.17 | 62.255 | 3014 | 62.1865 | 62.17 | 62.3 |
| TASK | 10/21/2021 13:57 | 62.17 | 62.17 | 62.025 | 62.055 | 7232 | 62.0876 | 62.02 | 62.09 |
| TASK | 10/21/2021 13:58 | 62.08 | 62.3 | 62.08 | 62.19 | 5884 | 62.2188 | 62.13 | 62.22 |
| TASK | 10/21/2021 13:59 | 62.155 | 62.18 | 62.09 | 62.105 | 4378 | 62.1446 | 62.06 | 62.15 |
| TASK | 10/21/2021 14:00 | 62.06 | 62.19 | 62 | 62.115 | 4561 | 62.0706 | 62.03 | 62.2 |
| TASK | 10/21/2021 14:01 | 62.08 | 62.08 | 61.5 | 61.78 | 8898 | 61.7395 | 61.58 | 61.78 |
| TASK | 10/21/2021 14:02 | 61.595 | 61.79 | 61.595 | 61.775 | 6787 | 61.7137 | 61.71 | 61.85 |

| underlying_symbol | quote_datetime | open | high | low | close | trade_volume | vwap | bid | ask |
|---|---|---|---|---|---|---|---|---|---|
| TASK | 10/21/2021 14:03 | 61.78 | 61.85 | 61.76 | 61.85 | 2948 | 61.7964 | 61.71 | 61.86 |
| TASK | 10/21/2021 14:04 | 61.86 | 61.86 | 61.7201 | 61.825 | 1267 | 61.8015 | 61.73 | 61.93 |
| TASK | 10/21/2021 14:05 | 61.78 | 61.98 | 61.78 | 61.98 | 3084 | 61.9033 | 61.86 | 61.98 |
| TASK | 10/21/2021 14:06 | 61.92 | 61.92 | 61.92 | 61.92 | 609 | 61.9275 | 61.86 | 61.98 |
| TASK | 10/21/2021 14:07 | 61.92 | 61.92 | 61.6308 | 61.65 | 7092 | 61.7836 | 61.57 | 61.73 |
| TASK | 10/21/2021 14:08 | 61.57 | 61.63 | 61.2601 | 61.36 | 10601 | 61.4284 | 61.33 | 61.43 |
| TASK | 10/21/2021 14:09 | 61.385 | 61.385 | 61.3 | 61.32 | 2416 | 61.3273 | 61.26 | 61.34 |
| TASK | 10/21/2021 14:10 | 61.27 | 61.27 | 60.91 | 60.99 | 25043 | 61.0989 | 60.9 | 60.99 |
| TASK | 10/21/2021 14:11 | 61.02 | 61.02 | 60.76 | 60.7622 | 4233 | 60.9069 | 60.74 | 60.94 |
| TASK | 10/21/2021 14:12 | 60.84 | 61.01 | 60.84 | 60.925 | 5304 | 60.9585 | 60.85 | 61 |
| TASK | 10/21/2021 14:13 | 60.85 | 60.93 | 60.63 | 60.8 | 10397 | 60.7688 | 60.8 | 60.86 |
| TASK | 10/21/2021 14:14 | 60.86 | 60.915 | 60.81 | 60.85 | 3261 | 60.8753 | 60.76 | 60.92 |
| TASK | 10/21/2021 14:15 | 60.835 | 60.835 | 60.77 | 60.77 | 1287 | 60.8816 | 60.76 | 60.83 |
| TASK | 10/21/2021 14:16 | 60.795 | 60.8299 | 60.6 | 60.6 | 7242 | 60.7274 | 60.5 | 60.69 |
| TASK | 10/21/2021 14:17 | 60.6 | 60.86 | 60.59 | 60.59 | 19136 | 60.715 | 60.59 | 60.8 |
| TASK | 10/21/2021 14:18 | 60.645 | 60.7 | 60.55 | 60.55 | 2799 | 60.6326 | 60.54 | 60.63 |
| TASK | 10/21/2021 14:19 | 60.5506 | 60.65 | 60.5506 | 60.63 | 6916 | 60.6283 | 60.58 | 60.66 |
| TASK | 10/21/2021 14:20 | 60.62 | 60.9299 | 60.62 | 60.85 | 3606 | 60.7962 | 60.77 | 60.86 |
| TASK | 10/21/2021 14:21 | 60.771 | 61 | 60.771 | 61 | 4154 | 60.8848 | 60.9 | 61 |
| TASK | 10/21/2021 14:22 | 60.99 | 61 | 60.8026 | 60.865 | 3995 | 60.9045 | 60.8 | 60.93 |
| TASK | 10/21/2021 14:23 | 60.8 | 60.8 | 60.412 | 60.475 | 20771 | 60.5106 | 60.41 | 60.54 |
| TASK | 10/21/2021 14:24 | 60.475 | 60.555 | 60.475 | 60.555 | 6998 | 60.5011 | 60.49 | 60.62 |
| TASK | 10/21/2021 14:25 | 60.555 | 60.62 | 60.46 | 60.62 | 10300 | 60.5114 | 60.5 | 60.62 |
| TASK | 10/21/2021 14:26 | 60.56 | 60.64 | 60.505 | 60.6 | 3429 | 60.5877 | 60.56 | 60.64 |
| TASK | 10/21/2021 14:27 | 60.6 | 60.64 | 60.57 | 60.64 | 6747 | 60.6322 | 60.57 | 60.82 |
| TASK | 10/21/2021 14:28 | 60.695 | 60.8071 | 60.695 | 60.745 | 2493 | 60.7493 | 60.67 | 60.82 |
| TASK | 10/21/2021 14:29 | 60.745 | 60.8125 | 60.62 | 60.74 | 7249 | 60.694 | 60.65 | 60.74 |
| TASK | 10/21/2021 14:30 | 60.675 | 60.7 | 60.61 | 60.655 | 4462 | 60.6575 | 60.61 | 60.7 |
| TASK | 10/21/2021 14:31 | 60.66 | 60.855 | 60.66 | 60.775 | 8854 | 60.7519 | 60.74 | 60.85 |
| TASK | 10/21/2021 14:32 | 60.795 | 60.8 | 60.74 | 60.75 | 4414 | 60.7758 | 60.74 | 60.85 |
| TASK | 10/21/2021 14:33 | 60.85 | 60.85 | 60.69 | 60.75 | 23640 | 60.7688 | 60.7 | 60.8 |
| TASK | 10/21/2021 14:34 | 60.75 | 61.07 | 60.7 | 60.975 | 12484 | 60.9112 | 60.95 | 61 |
| TASK | 10/21/2021 14:35 | 61 | 61.19 | 61 | 61.0514 | 5990 | 61.0928 | 61.05 | 61.19 |
| TASK | 10/21/2021 14:36 | 61.12 | 61.12 | 60.97 | 61.05 | 6382 | 61.0294 | 61.01 | 61.1 |

| underlying_symbol | quote_datetime | open | high | low | close | trade_volume | vwap | bid | ask |
|---|---|---|---|---|---|---|---|---|---|
| TASK | 10/21/2021 14:37 | 61.1 | 61.1 | 61.1 | 61.1 | 166 | 61.0816 | 61.01 | 61.1 |
| TASK | 10/21/2021 14:38 | 61.055 | 61.055 | 60.961 | 61 | 10120 | 61.003 | 60.96 | 61.04 |
| TASK | 10/21/2021 14:39 | 61 | 61.19 | 61 | 61.1 | 11597 | 61.0759 | 61.03 | 61.13 |
| TASK | 10/21/2021 14:40 | 61.08 | 61.13 | 61.08 | 61.13 | 974 | 61.0955 | 61.03 | 61.13 |
| TASK | 10/21/2021 14:41 | 61.13 | 61.3054 | 61.105 | 61.15 | 5324 | 61.1636 | 61.07 | 61.2 |
| TASK | 10/21/2021 14:42 | 61.19 | 61.265 | 61.18 | 61.265 | 3743 | 61.2023 | 61.16 | 61.37 |
| TASK | 10/21/2021 14:43 | 61.265 | 61.275 | 61.265 | 61.275 | 469 | 61.278 | 61.18 | 61.35 |
| TASK | 10/21/2021 14:44 | 61.24 | 61.3 | 61.24 | 61.3 | 1018 | 61.2826 | 61.18 | 61.3 |
| TASK | 10/21/2021 14:45 | 61.2988 | 61.2988 | 61.17 | 61.24 | 2538 | 61.2018 | 61.15 | 61.24 |
| TASK | 10/21/2021 14:46 | 61.195 | 61.195 | 61.12 | 61.165 | 1980 | 61.1545 | 61.1 | 61.23 |
| TASK | 10/21/2021 14:47 | 61.11 | 61.13 | 61.07 | 61.105 | 3069 | 61.1058 | 61.06 | 61.11 |
| TASK | 10/21/2021 14:48 | 61.06 | 61.115 | 60.925 | 61.115 | 14474 | 61.0022 | 61.05 | 61.2 |
| TASK | 10/21/2021 14:49 | 61.125 | 61.37 | 61.125 | 61.37 | 7703 | 61.3273 | 61.35 | 61.48 |
| TASK | 10/21/2021 14:50 | 61.415 | 61.88 | 61.415 | 61.88 | 8475 | 61.6384 | 61.81 | 61.88 |
| TASK | 10/21/2021 14:51 | 61.845 | 61.86 | 61.55 | 61.68 | 8441 | 61.7358 | 61.61 | 61.8 |
| TASK | 10/21/2021 14:52 | 61.705 | 61.705 | 61.7 | 61.7 | 1064 | 61.5677 | 61.61 | 61.78 |
| TASK | 10/21/2021 14:53 | 61.62 | 61.635 | 61.57 | 61.61 | 11695 | 61.6184 | 61.54 | 61.69 |
| TASK | 10/21/2021 14:54 | 61.615 | 61.615 | 61.5 | 61.6 | 8243 | 61.5472 | 61.51 | 61.69 |
| TASK | 10/21/2021 14:55 | 61.605 | 61.605 | 61.585 | 61.585 | 1431 | 61.5881 | 61.52 | 61.65 |
| TASK | 10/21/2021 14:56 | 61.585 | 61.585 | 61.56 | 61.56 | 551 | 61.5673 | 61.52 | 61.6 |
| TASK | 10/21/2021 14:57 | 61.52 | 61.52 | 61.325 | 61.38 | 5963 | 61.4474 | 61.27 | 61.49 |
| TASK | 10/21/2021 14:58 | 61.38 | 61.535 | 61.38 | 61.445 | 4758 | 61.4671 | 61.3 | 61.58 |
| TASK | 10/21/2021 14:59 | 61.44 | 61.44 | 61.18 | 61.18 | 5511 | 61.3126 | 61.16 | 61.22 |
| TASK | 10/21/2021 15:00 | 61.19 | 61.32 | 61.14 | 61.32 | 5034 | 61.2278 | 61.2 | 61.43 |
| TASK | 10/21/2021 15:01 | 61.315 | 61.315 | 61.275 | 61.275 | 694 | 61.3135 | 61.2 | 61.35 |
| TASK | 10/21/2021 15:02 | 61.275 | 61.35 | 61.275 | 61.275 | 838 | 61.2967 | 61.2 | 61.35 |
| TASK | 10/21/2021 15:03 | 61.275 | 61.295 | 61.25 | 61.295 | 2235 | 61.2817 | 61.24 | 61.35 |
| TASK | 10/21/2021 15:04 | 61.295 | 61.5 | 61.295 | 61.37 | 7108 | 61.4018 | 61.37 | 61.44 |
| TASK | 10/21/2021 15:05 | 61.36 | 61.37 | 61.12 | 61.24 | 9910 | 61.2366 | 61.2 | 61.27 |
| TASK | 10/21/2021 15:06 | 61.27 | 61.39 | 61.27 | 61.36 | 12027 | 61.335 | 61.36 | 61.42 |
| TASK | 10/21/2021 15:07 | 61.36 | 61.42 | 61.32 | 61.375 | 14650 | 61.3952 | 61.33 | 61.42 |
| TASK | 10/21/2021 15:08 | 61.42 | 61.5 | 61.42 | 61.46 | 4120 | 61.4776 | 61.42 | 61.5 |
| TASK | 10/21/2021 15:09 | 61.455 | 61.54 | 61.3601 | 61.505 | 17621 | 61.4703 | 61.44 | 61.57 |
| TASK | 10/21/2021 15:10 | 61.5 | 61.56 | 61.5 | 61.53 | 2052 | 61.531 | 61.5 | 61.56 |

| underlying_symbol | quote_datetime | open | high | low | close | trade_volume | vwap | bid | ask |
|---|---|---|---|---|---|---|---|---|---|
| TASK | 10/21/2021 15:11 | 61.5524 | 61.66 | 61.55 | 61.65 | 13370 | 61.6129 | 61.6 | 61.71 |
| TASK | 10/21/2021 15:12 | 61.7 | 61.9 | 61.655 | 61.86 | 15054 | 61.8117 | 61.78 | 61.9 |
| TASK | 10/21/2021 15:13 | 61.8 | 62 | 61.79 | 61.935 | 12637 | 61.8728 | 61.87 | 62 |
| TASK | 10/21/2021 15:14 | 61.935 | 62.04 | 61.935 | 61.935 | 11626 | 61.9856 | 61.88 | 61.99 |
| TASK | 10/21/2021 15:15 | 61.9 | 61.9 | 61.6 | 61.795 | 8436 | 61.7325 | 61.73 | 61.87 |
| TASK | 10/21/2021 15:16 | 61.87 | 62.08 | 61.81 | 61.855 | 10326 | 61.9403 | 61.82 | 61.9 |
| TASK | 10/21/2021 15:17 | 61.9 | 62.04 | 61.88 | 62.04 | 3902 | 61.9683 | 62 | 62.08 |
| TASK | 10/21/2021 15:18 | 62.04 | 62.04 | 61.8101 | 61.8101 | 4486 | 61.9145 | 61.81 | 61.93 |
| TASK | 10/21/2021 15:19 | 61.87 | 61.98 | 61.87 | 61.915 | 5161 | 61.9125 | 61.85 | 61.98 |
| TASK | 10/21/2021 15:20 | 61.915 | 61.9799 | 61.895 | 61.915 | 1455 | 61.9422 | 61.85 | 61.98 |
| TASK | 10/21/2021 15:21 | 61.89 | 61.92 | 61.6701 | 61.74 | 11969 | 61.8115 | 61.67 | 61.8 |
| TASK | 10/21/2021 15:22 | 61.74 | 61.92 | 61.71 | 61.91 | 10216 | 61.7955 | 61.83 | 61.98 |
| TASK | 10/21/2021 15:23 | 61.905 | 61.91 | 61.87 | 61.91 | 556 | 61.8945 | 61.83 | 61.91 |
| TASK | 10/21/2021 15:24 | 61.91 | 62.08 | 61.87 | 62.075 | 11712 | 61.9996 | 61.99 | 62.16 |
| TASK | 10/21/2021 15:25 | 62.1453 | 62.15 | 62.01 | 62.15 | 6689 | 62.0754 | 62.09 | 62.21 |
| TASK | 10/21/2021 15:26 | 62.2 | 62.26 | 62.11 | 62.16 | 10437 | 62.1945 | 62.1 | 62.22 |
| TASK | 10/21/2021 15:27 | 62.12 | 62.16 | 62.12 | 62.16 | 1642 | 62.166 | 62.1 | 62.22 |
| TASK | 10/21/2021 15:28 | 62.17 | 62.22 | 62.1001 | 62.175 | 1921 | 62.1566 | 62.13 | 62.22 |
| TASK | 10/21/2021 15:29 | 62.175 | 62.22 | 62.1 | 62.14 | 19072 | 62.1396 | 62.08 | 62.16 |
| TASK | 10/21/2021 15:30 | 62.14 | 62.22 | 62.14 | 62.2 | 3800 | 62.1854 | 62.16 | 62.24 |
| TASK | 10/21/2021 15:31 | 62.16 | 62.24 | 62.09 | 62.12 | 22597 | 62.1466 | 62.08 | 62.16 |
| TASK | 10/21/2021 15:32 | 62.12 | 62.3499 | 62.12 | 62.3499 | 11526 | 62.2158 | 62.29 | 62.35 |
| TASK | 10/21/2021 15:33 | 62.315 | 62.315 | 62.0625 | 62.18 | 12652 | 62.1784 | 62.06 | 62.24 |
| TASK | 10/21/2021 15:34 | 62.15 | 62.15 | 62 | 62.02 | 5644 | 62.0526 | 62 | 62.04 |
| TASK | 10/21/2021 15:35 | 62.01 | 62.217 | 62 | 62.155 | 16186 | 62.0487 | 62.07 | 62.24 |
| TASK | 10/21/2021 15:36 | 62.155 | 62.155 | 62 | 62.1 | 8186 | 62.0556 | 62.04 | 62.16 |
| TASK | 10/21/2021 15:37 | 62.1 | 62.15 | 62.04 | 62.1 | 3101 | 62.0767 | 62.04 | 62.16 |
| TASK | 10/21/2021 15:38 | 62.1 | 62.18 | 62.08 | 62.105 | 23113 | 62.1649 | 62.05 | 62.16 |
| TASK | 10/21/2021 15:39 | 62.105 | 62.105 | 62.04 | 62.08 | 4131 | 62.064 | 62.06 | 62.1 |
| TASK | 10/21/2021 15:40 | 62.08 | 62.16 | 62.08 | 62.1 | 14028 | 62.0984 | 62.1 | 62.16 |
| TASK | 10/21/2021 15:41 | 62.1 | 62.1 | 61.5 | 61.5 | 49292 | 61.9152 | 61.5 | 61.6 |
| TASK | 10/21/2021 15:42 | 61.5 | 61.54 | 61.23 | 61.4099 | 15835 | 61.3404 | 61.3 | 61.41 |
| TASK | 10/21/2021 15:43 | 61.3 | 61.5099 | 61.3 | 61.5099 | 3885 | 61.4099 | 61.38 | 61.51 |
| TASK | 10/21/2021 15:44 | 61.5099 | 61.72 | 61.38 | 61.72 | 8984 | 61.4925 | 61.47 | 61.72 |

| underlying_symbol | quote_datetime | open | high | low | close | trade_volume | vwap | bid | ask |
|---|---|---|---|---|---|---|---|---|---|
| TASK | 10/21/2021 15:45 | 61.72 | 61.95 | 61.535 | 61.9383 | 8856 | 61.769 | 61.81 | 61.95 |
| TASK | 10/21/2021 15:46 | 61.9383 | 61.9383 | 61.53 | 61.53 | 13487 | 61.7431 | 61.52 | 61.59 |
| TASK | 10/21/2021 15:47 | 61.56 | 61.59 | 61.53 | 61.56 | 10602 | 61.5679 | 61.53 | 61.59 |
| TASK | 10/21/2021 15:48 | 61.56 | 61.76 | 61.54 | 61.645 | 26866 | 61.6675 | 61.58 | 61.71 |
| TASK | 10/21/2021 15:49 | 61.7 | 61.74 | 61.56 | 61.65 | 7294 | 61.6397 | 61.61 | 61.74 |
| TASK | 10/21/2021 15:50 | 61.61 | 61.67 | 61.52 | 61.61 | 5828 | 61.6036 | 61.6 | 61.73 |
| TASK | 10/21/2021 15:51 | 61.6 | 61.73 | 61.54 | 61.595 | 10454 | 61.6292 | 61.57 | 61.62 |
| TASK | 10/21/2021 15:52 | 61.5794 | 61.7186 | 61.565 | 61.6 | 10024 | 61.6472 | 61.58 | 61.68 |
| TASK | 10/21/2021 15:53 | 61.63 | 61.76 | 61.59 | 61.59 | 14186 | 61.671 | 61.54 | 61.64 |
| TASK | 10/21/2021 15:54 | 61.575 | 61.62 | 61.32 | 61.34 | 17440 | 61.5139 | 61.3 | 61.39 |
| TASK | 10/21/2021 15:55 | 61.36 | 61.45 | 61.22 | 61.2404 | 10413 | 61.3571 | 61.24 | 61.36 |
| TASK | 10/21/2021 15:56 | 61.3435 | 61.3435 | 61.22 | 61.29 | 10883 | 61.2817 | 61.22 | 61.29 |
| TASK | 10/21/2021 15:57 | 61.25 | 61.485 | 61.22 | 61.45 | 13317 | 61.3544 | 61.4 | 61.45 |
| TASK | 10/21/2021 15:58 | 61.4 | 61.6488 | 61.39 | 61.61 | 13621 | 61.4682 | 61.6 | 61.63 |
| TASK | 10/21/2021 15:59 | 61.6 | 61.62 | 61.43 | 61.485 | 18562 | 61.5223 | 61.47 | 61.5 |
| TASK | 10/21/2021 16:00 | 61.5 | 61.58 | 61.35 | 61.35 | 32029 | 61.4284 | 61.35 | 61.46 |