# EXHIBIT 22



# Capital Markets

RBC Capital Markets, LLC
**Daniel R. Perlin**, CFA (Analyst)
(410) 625-6130, daniel.perlin@rbccm.com
**Matt Roswell**, CFA (AVP)
(410) 625-6131, matt.roswell@rbccm.com
**Amil Patel** (Senior Associate)
(212) 558-0412, amil.patel@rbccm.com

**EQUITY RESEARCH** INITIATION

July 6, 2021

# TaskUs, Inc.

## Driving the consumer experience in the Digital Economy; initiate at Outperform

**Sector: Payments, Processors & IT Services**

**Our view:** We are initiating coverage of TASK with an Outperform rating and $43 price target, as we believe the company is tethered to a large and rapidly growing addressable market, is uniquely 100% focused on digitally native clients, and has a cohesive reinforcing growth strategy capable of sustaining 25%+ y/y revenue growth, with industry leading gross margins.

### Outperform
NASDAQ: TASK; USD 32.39
**Price Target USD 43.00**
**Scenario Analysis***

|  | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
|  | 28.00 | 32.39 | 43.00 | 51.00 |
|  | ↓14% |  | ↑33% | ↑57% |

*Implied Total Returns

### Key Statistics
| | | | |
|---|---|---|---|
| Shares O/S (MM): | 104.1 | Market Cap (MM): | 3,372 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | NA |

### Key points:

**TAM is large, growing, & increasing in relevance.** TaskUs targets high-growth technology companies across a wide breadth of verticals within the Digital Economy, which in aggregate, it estimates, represent a total addressable market of ~$100B (CY20) and growing ~20%+ annually.

**Deeply embedded and growing client relationships drive attractive financial model.** TASK has grown its business 100% organically, with existing clients growing their revenues at a ~40% CAGR from FY17-FY20, while TASK was able to grow ~60%, or 1.5x its existing base, over the same timeframe. We see non-voice, digital, and omnichannel services (96% of 2020 revenue) allowing the company to utilize its resources more effectively in addition to nearly all revenue being derived from recurring contracts, which we view as key to driving higher profitability.

**Cohesive, simple, & reinforcing growth strategy.** We believe TaskUs has a simple, reinforcing growth model that includes (1) growing with existing clients (60% FY17-FY20), (2) extending solutions (125% avg. net rev. retention rate 2018-20), (3) adding new clients (~56% win rate in FY20), (4) expanding globally (doubled clients in multiple geos FY17-FY20), and (5) opportunistic M&A. The company has built an organic growth engine and agile operating model tailored for its high growth clients. We believe the company's management team brings together deep domain expertise that has led to the company's strong growth profile and premium technology-focused client base.

**Leader in talent acquisition, which is key in the Digital CX & Content Security industries.** We believe the company's focus on fostering employee culture has led to lower employee attrition, as indicated by a voluntary attrition rate for those employed for over 180 days of 14.9%. We believe this is further evidenced by the high level of internal referrals, which drove 38% of new hires in 2020 and helped drive a 101% fill rate.

**Valuation and target price.** Although the shares are up 41% since its IPO (vs. the S&P 500 at +3%), we believe there could be more upside as it continues to generate above peer revenue growth (30%+) driven by demand from its "digital economy" clients' for TASK's DCX, content security and AI solutions. The shares are currently trading at 19x CY22 RBCe EV/EBITDA, compared to the closest peers at 25x, and at a CY22e P/E of 28x vs 37x, respectively. We are establishing a price target of $43, or an EV/EBITDA multiple of 25x and a P/E of 37x our CY22e estimates.

### RBC Estimates
| FY Dec | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| **Revenue** | 478.0 | 642.3 | 803.2 | 1,006.6 |
| **EPS, cash Diluted** | 0.67 | 1.23 | 1.16 | 1.47 |
| **P/CEPS** | 48.3x | 26.3x | 27.9x | 22.0x |
| **EBITDA, Adj** | 106.9 | 150.0 | 183.7 | 231.6 |

| Revenue | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2020 | 102.4A | 114.4A | 122.4A | 138.8A |
| 2021 | 152.9A | 162.1E | 162.8E | 164.4E |
| 2022 | 178.7E | 199.1E | 209.6E | 215.8E |
| **EPS, cash Diluted** | | | | |
| 2020 | 0.10A | 0.16A | 0.21A | 0.19A |
| 2021 | 0.27A | 0.36E | 0.30E | 0.30E |
| 2022 | 0.24E | 0.28E | 0.31E | 0.32E |

All values in USD unless otherwise noted.
Priced as of prior trading day's market close, EST (unless otherwise noted).

Disseminated: Jul 6, 2021 00:15EDT; Produced: Jul 6, 2021 00:15EDT
**For Required Conflicts Disclosures, see page 35**

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.

 **Capital Markets**

# Key fundamental questions

**Our view**

**How does the company intend to maintain its 25%+ revenue CAGR?**

The company, in our opinion, has built an organic growth engine and agile operating model tailored for its high growth clients. The revenue growth model includes (1) growing with existing clients, (2) extending solutions, (3) adding new clients, (4) expanding globally, and (5) opportunistic M&A. To date, TASK has grown its business 100% organically, with existing clients growing their revenues at a ~40% CAGR from FY17-FY20, while TASK was able to grow ~60%, or 1.5x its existing base, over the same period. The company has seen positive organic growth in every one of its cohorts in every year, with 29 of its clients with $500K+ revenue growing 448% from FY17-FY20, which we believe has driven superior net revenue retention rates.

**What sets TASK apart from other, larger providers?**

Unlike its larger scale-seeking peers, TaskUs targets high-growth technology companies across a wide breadth of verticals within the Digital Economy, including social media, ecommerce, gaming, streaming services, food delivery, ride sharing, fintech, and healthcare technology, which the company projects to grow at an unweighted average CAGR of 18% from 2019 to 2023e, supported by strong macro trends driving increasing demand.

**Is the company's client concentration a risk, especially for pricing?**

The company's business is dependent on key clients that comprise a high percentage of total revenue. For example, Facebook and DoorDash comprised 32% and 12% of FY20 revenue, while the next 8 largest clients comprised an additional 24%. Overall, the company has 29 clients with $500K+ revenue, which have grown 448% from FY17-FY20; additionally, we believe it has above industry-average net revenue retention rates.

**Is employee attrition & turnover, especially from its content security business an issue?**

We believe the company's focus on fostering employee culture has led to lower employee attrition, as indicated by a voluntary attrition rate for those employed for over 180 days of 14.9%. We believe this is further evidenced by the high level of internal referrals, which drove 38% of new hires in 2020 and helped drive a 101% fill rate. Finally, we estimate that only ~15% of TASK's content moderation work involves graphic violence, pornography or other such topics.

**Is the company seeing increased wage pressures?**

While TASK, like many of its peers, is seeing increased wage costs, in our opinion, especially for employees with digital skills, we believe that the relative price insensitivity of its clients and operating leverage will help to offset some this pressure. Since 2017, we note that while the company's gross margin has declined from 50.4% to 43.4% in FY20, its adj. EBITDA margin expanded from 17.9% to 22.4% over the same timeframe.

July 6, 2021

**Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com    2

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



# Key ESG questions

*This section is intended to highlight key ESG discussion points relevant to this company, as well as our views on the outlook. Both the questions we highlight and our responses will evolve over time as the dialogue between management, analysts and investors continues to advance. We welcome any feedback on the topics.*

**Our view**

**What are the most material ESG issues facing this company?**

Given TaskUs' large global reach and across 8 countries and >27K employees, in addition to its overall business in serving high-growth Digital Economy companies, we believe diversity & inclusion as well as data privacy and information security are among the most material ESG issues facing the company.

**Does the company integrate ESG considerations into its strategy?**

Yes, the company has well-defined initiatives around supporting its employees in regards to diversity & inclusion, environmental sustainability, and supporting local communities. TaskUs also has a Nominating and ESG Committee Chapter on its Board of Directors that develops corporate governance guidelines and oversees the company's strategy related to environmental and social matters.

**What is diversity like at board / management level?**

TaskUs has a 6-person Board of Directors, including 1 woman, with ethnically diverse members.

**What are the key areas of strength and recent ESG initiatives?**

We see the company's efforts around diversity & inclusion as well as its community outreach initiatives as key areas of strength for TaskUs. The company also provides mandatory unconscious bias training to its leaders, recruiters, and hiring managers and actively hires people from disadvantaged groups, equipping disabled personnel with Jaws screen readers, electronic video magnifiers, and refreshable Braille displays. Lastly, the company's Global Employee Resource Groups enable employee-led discussions and roundtables to increase understanding and drive collaboration. The company actively engages in community partnerships with public schools, universities, military communities, and others to ensure inclusivity. Recent community-focused initiatives from 2018-2020 include TaskUs for Texans, where it joined the Central Texas Food Bank to pack 1,000 food boxes for families affected by the pandemic, as well as Taal Relief, in which employees collected and delivered relief goods to families in evacuation centers displaced by the Taal Volcano eruption in the Philippines, among many others.

**What are additional company-specific ESG areas of focus?**

TaskUs also has a Supplier Diversity program through which it seeks to partner with businesses owned by minorities, women, veterans, service-disability individuals, and LBGTQ+ members. The company also supports various non-profits and local charities. Additionally, TaskUs has a focus on environmental sustainability, launching a paperless initiative in 2017, distributing solar home kits to over 200 indigent families in the Philippines, and joining the cleanup drive in Santa Monica Beach, California while launching a coral planning effort in La Union Beach, Philippines.

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



# Table of contents

**TaskUs, Inc. summary** ........................................................................................................ **5**

**Investment summary and thesis** ......................................................................................... **5**

1) Total addressable market is large, growing, & increasing in relevance ............................. 6
2) Deeply embedded and growing client relationships ......................................................... 7
3) Cohesive, simple, & reinforcing growth strategy ............................................................. 9
4) Leader in talent acquisition, which is key in the Digital CX & Content Security industries ................................................................................................................... 11
5) Attractive financial model drives profitability .................................................................. 12

**Impact from COVID-19 & performance through the cycle** ................................................. **14**

**Valuation** ....................................................................................................................... **14**

**Investment risks** ............................................................................................................. **18**

**Company overview** .......................................................................................................... **20**
Products & services ............................................................................................................ 21
Delivery & operations ........................................................................................................ 23
Financial Snapshot ............................................................................................................. 24
Competition ...................................................................................................................... 26
Regulatory Environment ..................................................................................................... 27
History of company ............................................................................................................ 27

**Management** .................................................................................................................... **29**

**Board of Directors** .......................................................................................................... **30**

July 6, 2021

Daniel R. Perlin, CFA (410) 625-6130; daniel.perlin@rbccm.com    4

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



## TaskUs, Inc. summary

TaskUs is a digital outsourcer serving clients across numerous industries within what the company calls the "Digital Economy" (e.g. social media, ride sharing, streaming services, and fintech, among many others). These companies often lack the expertise, scale, or geographic presence to build the operational infrastructure necessary to support their growth. The company's global delivery model (~27,500 employees at 18 locations in 8 countries) is focused on providing clients three key solutions: (1) Digital Customer Experience (DCX), (2) Content Security (CS), and (3) Artificial Intelligence (AI) Operations. TaskUs now serves over 100 clients and has become a top outsourcing partner for many of the world's most recognizable and disruptive brands in the world (e.g. Coinbase, Netflix, Uber, and Zoom), supporting their growth with tech-enabled solutions tailored for the Digital Economy. Founded in 2008, TASK completed its IPO on NASDAQ in June 2021 at $23 per share.

## Investment summary and thesis

We are initiating coverage of TASK with an Outperform rating and a $43 price target, as we believe the company is well positioned to support the operational needs of its high-growth clients as they scale through its tech-enabled outsourcing solutions purpose-built for their various industry verticals within the Digital Economy. We believe the strong projected growth of the company's end markets (average CAGR of 18% from 2019-2023e), high net revenue retention rates, accelerating new client wins, and digitally native service offerings that enable utilization of lower cost non-voice channels should support recurring revenue growth at a 25% CAGR for the medium-term while sustaining EBITDA margins above 20%.

We believe TASK's success will be underpinned by several key attributes, including its: (1) large and growing TAM, (2) deeply embedded and growing client relationships, (3) cohesive, simple, and reinforcing growth strategy, including geographic expansion and M&A, (4) leadership in talent acquisition with low voluntary attrition rates, and (5) attractive underlying financial model designed to drive profitability.

We are establishing a $43 target price for TASK shares, or a 25x EV/EBITDA (CY22e) multiple in line with its premium IT services and digital engineering peers. Despite the shares being up 41% from the IPO price, versus the market's 3% increase, we see the incremental 31% implied upside to our target price as supportive of our Outperform rating. Our estimates for FY21, FY22, and FY23 are as follows: total revenues of $642M, $803M, and $1,007M; and adjusted EBITDA of $150M, $184M and $232M, and adjusted EPS of $1.23, $1.16, and $1.47 respectively.

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.

349



## 1) Total addressable market is large, growing, & increasing in relevance

TaskUs targets high-growth technology companies across a wide breadth of verticals within the Digital Economy, including social media, ecommerce, gaming, streaming services, food delivery, ride sharing, fintech, and healthcare technology, which the company projects to grow at an unweighted average CAGR of 18% from 2019 to 2023e (see Exhibit 2). TaskUs estimates its total addressable market for these various end markets is currently ~$100B (CY20) and growing ~20%+ across its 3 key services: (1) ~$77B in Digital Customer Experience, (2) ~$5B in Content Security, and (3) ~$18B in Artificial Intelligence Operations.

Exhibit 1 - TASK's total addressable market ~$100B+ (CY20)



Source: Company filings, IDC, JC Market Research, RBC Capital Markets

**Key business segments supported by various secular tailwinds.** Each of the three primary services offered by TaskUs is underpinned by unique industry drivers of growth. The company's Digital CX business is characterized by being a critical retention and growth lever, rather than a cost center, which Everest Group projects to grow at a CAGR of 20-25% (2018-2021e). According to a PwC study, 59% of Americans leave a previously loved brand after several bad experiences and 17% after just one bad experience, which underscores the importance of active customer retention efforts given the direct impact of negative experiences on brand affinity coupled with high customer acquisition costs for new economy companies. We believe the strength of TaskUs' DCX solutions is exemplified by its strong net revenue retention (NRR) rates (~125% on average from 2018-2020). The company's Content Security business is projected to grow at a CAGR of 40-50% (2016-2021e) per Everest Group, driven by the exponential growth in user and advertiser generated content and subsequent greater need for content moderation. We believe the company's clients see its CS offering as differentiated and necessary given a revenue CAGR of 157% (2017-2020) in addition to strong NRR. Lastly, IDC projects the AI Operations segment to grow at a CAGR of ~20% (2020-2024e), driven by the rapid growth in AI use cases and algorithms requiring large sets of human-annotated data.

July 6, 2021

**Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com     6

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.

**RBC Capital Markets**

Exhibit 2 - TASK vertical market growth (left) and TAM segment growth (right)



Source: Company filings, IDC, JC Market Research, Everest Group, RBC Capital Markets estimates

**Strong macro trends driving increasing demand**. Emerging digital trends such as the Internet of Things (IoT), cloud computing, mobile web services, and AI are creating new opportunities for economic growth across the changing business ecosystem. TaskUs believes technology companies are becoming increasingly willing to outsource at earlier stages of their business lifecycles, as evidenced by the accelerating pace of outsourcing, driven by the need for more resources for product development and operations as these companies scale. The COVID-19 pandemic has also driven accelerating outsourcing spend as businesses were forced to implement remote working policies. In its prospectus, the company cited a recent study by a third-party outsourcing company of >200 business leaders, which found that 52% of respondents with 1,000-10,000 employees and 61% of respondents with 10,000-50,000 employees planned to outsource for the first time or increase use of outsourcing in 2021. In addition, TaskUs sees an alignment of vendor company culture as consumers increasingly want a personal connection to the brands they choose, which accelerates the need for next-generation outsourcers to act as extensions of their clients' brands to meet this emerging consumer preference.

## 2) Deeply embedded and growing client relationships

To date, TASK has grown its business 100% organically, with existing clients growing their revenues at a ~40% CAGR from FY17-FY20, while TASK was able to grow ~60%, or 1.5x its existing base, over the same timeframe. The company has seen positive organic growth in every one of its cohorts in every year, with 29 of its clients with $500K+ revenue growing 448% from FY17-FY20, which we believe has driven superior net revenue retention rates. TaskUs has a track record of identifying attractive, emerging industry segments, winning marquee clients, as well as establishing thought leadership and operating best practices. The company's agile and responsive operational model enables TaskUs to selectively target high-potential clients who have never outsourced before.

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.

351

Exhibit 3 - Percentage of clients by vertical (CY20)



Source: Company filings, RBC Capital Markets

Exhibit 4 - Percentage of clients generating $500K+ revenue per year



Source: Company filings, RBC Capital Markets

**100% focused on digitally native companies with accelerating new client wins.** TaskUs defines "digitally native" as companies that were "born on the web and grew up in the cloud", allowing them to enter the market without investing in legacy infrastructure. The company's digitally native service offerings enable TaskUs to utilize lower cost non-voice channels (96% of FY20 revenue) such as chat, native-in-app messaging, SMS, and social platforms, which we believe has been a key driver of profitability. The company's marquee list of digitally native clients includes Facebook (32% of FY20 revenue), DoorDash (12% of FY20 revenue), Zoom, Uber, Oscar, Coinbase, and Netflix. TaskUs has shown a successful track record of winning new clients, which is accelerating, with new client growth up 33% in FY20 vs. a CAGR of 22% (2018-2020). Additionally, the company is becoming more efficient in its time to close new clients, improving from 119 days in FY18 to 107 days in FY20.

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.

Exhibit 5 - Client win rates



Source: Company filings, RBC Capital Markets

Exhibit 6 - Acceleration of new client wins (left, #) and increasing efficiency of average deal duration (right, months)



Source: Company filings, RBC Capital Markets

## 3) Cohesive, simple, & reinforcing growth strategy

We believe TaskUs has a simple, reinforcing growth model that includes (1) growing with existing clients, (2) extending solutions, (3) adding new clients, (4) expanding globally, and (5) opportunistic M&A. The company has built an organic growth engine and agile operating model tailored for its high growth clients. We believe the company's management team brings together deep domain expertise that has led to the company's strong growth profile and premium technology-focused client base. TaskUs believes it is the only company in its sector with over $250 million in annual revenue to have grown 100% organically.

**Growing with new and existing clients.** While current clients with publicly disclosed financials grew at an unweighted average CAGR of 40% from FY17-FY20, TASK grew ~60% over the same timeframe. As the company's clients grow, along with the complexity of their outsourcing needs, TaskUs gains the opportunity to enhance penetration of current services and cross-sell new services. In 2020, the company's largest client leveraged all 3 of its primary offerings while 38 current clients signed statements for new work. TaskUs integrates consultative expertise, process automation, and technology to expand its value proposition to clients, leading to strong growth in services such as Content Security, which grew at a CAGR of 157% from 2017-

July 6, 2021                **Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com    9

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



2020. TaskUs sees its solutions in anti-money laundering, fraud prevention, and data science as particularly attractive and relevant for its clients. The company has expanded its solutions over time, investing heavily in strategic account management and planning through its Client Services organization to deliver domain expertise, industry insight, and best practices and expand long-term growth. In addition, TaskUs' growth has been fueled by its success in new client wins, which has been supported by the company's brand position and effective sales team. The company identifies emerging industry and funding trends, while engaging prospective clients at the founder and C-suite level, utilizing its experience and references to win new clients. From 2018-2020, 52% of total new client wins came from referrals or inbound inquiries with a total new client win rate of 42%. TaskUs added 36 new clients in 2020 with a win rate of 56% across its various industry verticals.

**Growing geographic footprint while leveraging M&A to expand solution set**. Geographic expansion is becoming increasingly important to existing multinational and potential clients as they scale. From 2017-2020, TaskUs has doubled the number of clients it works with in multiple geographies. The company's geographic expansion has often been driven by specific client requests, including (1) an online gaming client expanding to Taiwan, (2) a European market launch in Greece, and (3) two social media clients in Ireland and Atlanta, Georgia respectively. As the company expands to new geographies, it adds new languages or capabilities to offer to clients, subsequently increasing opportunities to win new business. While TaskUs' growth has historically been purely organic, the company intends to layer M&A into its strategy. The company's M&A framework includes (1) focus on deepening its products and services in DCX and AI Operations, (2) expanding specialty services such as AML and fraud detection, (3) enhancing technical capabilities such as cognitive automation, and (4) geographic expansion. Pro forma for the offering, the company has $79M in cash on hand and we would expect the company to also consider using equity to fund future acquisitions.

Exhibit 7 - Cohesive growth strategy

| Grow w/ current clients | Extend solutions w/existing book | New client wins | Global expansion & M&A |
| --- | --- | --- | --- |
| 60% FY17-FY20 | 125% avg net rev retention rate FY18-FY20 | 52% wins inbound/referral & 56% win rate in FY20 | Doubled clients in multiple geos FY17-FY20 |

Source: Company filings, RBC Capital Markets

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.

354

Exhibit 8 - Geographic expansion (left, #) and revenues by delivery site (right, $M)



Source: Company filings, RBC Capital Markets

## 4) Leader in talent acquisition, which is key in the Digital CX & Content Security industries

**Hiring and retention of employees.** TaskUs has built an employee-centric culture at every company site, which we believe has led to strong talent acquisition and retention. In 2020, the company's employee net promoter (eNPS) score, which the company uses to measure satisfaction of employees with the firm, was 72, which is one of the highest of any tech-enabled service provider with over 1,000 employees, while 79% of employees who participated ranked the company a 9 or 10 out of 10. In addition, Glassdoor ranked TaskUs as number 40 on their 2019 Best Places to Work list among U.S. employers with at least 1,000 employees and the company has held an overall rating of 4.6 out of 5.0 since March 2021. TaskUs offers competitive wages with annual increases and also invests in the wellbeing of its employees. The company believes its focus on fostering employee culture has led to lower employee attrition, as indicated by a voluntary attrition rate for those employed for over 180 days of 14.9%. We believe this is further evidenced by the high level of internal referrals, which drove 38% of new hires in 2020 and helped drive a 101% fill rate (the rate at which TaskUs hires full-time employees for posted open positions during a given year calculated by hired headcount divided by required headcount).

Exhibit 9 - Glassdoor ratings as of March 2021



Source: Company filings, RBC Capital Markets

July 6, 2021                    **Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com    11

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



**Talent acquisition and retention is key to DCX and CS businesses.** TaskUs believes its clients select the company in part because of its strong culture of employee engagement globally at its various operational sites. Within the DCX business, the evolving marketplace, subscription, and SaaS models resulted in a clear understanding of customer lifetime value and high-growth technology companies have become cognizant that the customer experience they provide is often a key differentiator. As TaskUs' employees are an extension of its clients' brands, tenured and engaged employees are key to delivering better and more consistent results. We believe the company has pr oven its success in this area given its high eNPS as well as cNPS (client net promoter score), which has risen from 35 in 2017 to 75 in 2020, which we see as indicative of consistent improvement by the company. While the majority of content reviewed by employees within the CS business is not offensive, viewing constant misinformation and conspiracy theories can also be challenging. The company developed the *TaskUs Resiliency Studio*, a clinician-led and evidence-based psychological health and safety program for its employees. As of March 31, 2021, TaskUs had a staff of over 100 clinicians, licensed counselors, and behavioral health researchers, as well as other wellness professionals, who helped develop the company's approach to support employee wellbeing and reduce stress. This approach includes: (1) screening for psychological resiliency during the recruitment process, (2) training employees to recognize signs of emotional burnout, (3) on the job support, including one-to-one and group counseling, and (4) post-employment support making counseling resources available to former employees.

Exhibit 10 - Content Security revenue growth validates its talent pool ($M)



Source: Company filings, RBC Capital Markets

## 5)  Attractive financial model drives profitability

As of Q1/21, the DCX segment comprised 65% of total revenue, while the CS and AI Operations segments made up 24% and 11% respectively. While the DCX segment has historically made up the largest portion of revenue, we note that the Content Security and AI operations segments have grown at faster CAGRs from 2017 to 2020 at 157% and 61% respectively (vs. 46% for DCX). We believe this illustrates the impressive growth profile of the company's overall business and ability to drive future profits.

**High-growth end markets and recurring revenue model key to profitability.** We believe the company's particular focus on high-growth technology clients has been key to its impressive

July 6, 2021                    **Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com    12

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.

revenue growth. From 2019 to 2023e, TaskUs' target verticals are projected to grow an average CAGR of 18% (TaskUs estimate). The company has outsized the growth of its own clients, which grew at an unweighted average CAGR of 40% from 2017 to 2020, while TaskUs achieved a revenue CAGR of 60%, growing with both new and existing clients. We see non-voice, digital, and omnichannel services (96% of 2020 revenue) allowing the company to utilize its resources more effectively, which has been a driver of higher profitability. In 2020, 99% of revenues came from recurring revenue contracts, which we see as a key driver of profitability, and the company had a net revenue retention rate of 117%. We believe this model will drive strong gross profits and adjusted EBITDA growth, as shown in Exhibit 12.

Exhibit 11 - Total revenue growth (left, $M) and % of revenue by segment (right, as of March 2021)



Source: Company filings, RBC Capital Markets

Exhibit 12 - Gross margin (left, $M) and adjusted EBITDA (right, $M)



Source: Company filings, RBC Capital Markets estimates

July 6, 2021

Daniel R. Perlin, CFA (410) 625-6130; daniel.perlin@rbccm.com    13

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



# Impact from COVID-19 & performance through the cycle

The COVID-19 pandemic and resulting travel bans, closing of financial markets or restrictive trading, and limiting of operations of non-essential businesses had a considerable impact on TaskUs' business. The outbreak disrupted global supply chains, increased rates of unemployment and adversely impact numerous industries. In March 2020, in response to the pandemic, TASK mobilized a centralized crisis response team to implement a virtual operating model to protect the health and safety of employees and ensure continued service for clients. The company maintained productivity through a swift transition to this new model, and incurred costs of $0.3 million related to leave payments in CQ1/21 and $2.0 million related to incentive and leave payments for the full 2020 year. The company also invested in internet and Wi-Fi connectivity for employees as well as hotel and shuttle costs for those displaced. Client volume began to stabilize in H2/20, and the company incurred costs of ~$4.8 million due to operational enablement in the full year of 2020.

The company saw a reduction in spend from some clients, including ride sharing, live event ticketing, movie ticketing, travel and retail companies, that experienced customer volume declines due to lockdowns as well as slower revenue growth than expected in AI operations due to declining volumes in outsourcing needs. The company was behind March 2020 revenue forecasts and adjusted budgets downward due to the uncertainty on the short- and long-term impacts of the global economic slowdown. In H2/20, uncertainties began to decline as the company saw an increase in demand driven by a surge in online commerce and content consumption.

# Valuation

We use a broad peer group to value TASK shares, which consists of premium IT services, digital engineering and BPO / digital service firms. Based on the company's growth rates and other fundamental factors, we see the company's closest comps as being among the premium IT services and digital engineering firms. Although the shares are up 41% since its IPO (vs. the S&P 500 at +3%), we believe there could be more upside as it continues to generate above peer revenue growth (25%+) driven by demand from its "digital economy" clients' for TASK's DCX, content security and AI solutions. The shares are currently trading at 19x CY22 RBCe EV/EBITDA, compared to the average of the premium IT services and digital engineering firms at 25x, and CY22e P/E of 28x vs 37x, respectively. We are establishing a price target of $43, or an EV/EBITDA multiple of 25x and a P/E of 37x our CY22e estimates, in line with the closest peers. Our estimates for FY21, FY22, and FY23 are as follows: total revenues of $642M, $803M, and $1,007M; EBITDA of $150M, $184M and $232M; and EPS of $1.23, $1.16, and $1.47, respectively.

Exhibit 13 - Valuation methodology ($M, except per share, priced as of market close on 7/2/21)

| Enterprise Value Calculation | | | CY22e | Target | Closest peers | | | Target | Downside | Upside |
|---|---|---|---|---|---|---|---|---|---|---|
| Current Price: | $32.39 | EV/revenue | 4.4x | 6x | 5.0x | Value range | $43 | $28 | $51 |
| Shares outstanding (M) | 104.1 | EV/EBITDA | 19x | 25x | 25x | P/E | 37x | 24x | 44x |
| Market cap | $3,372 | P/E | 28x | 37x | 40x | EV/EBITDA | 25x | 20x | 27x |
| +Debt | 244 | | | | | EV/revenue | 6x | 4x | 7x |
| -Cash | 79 | | | | | | | | |
| Enterprise Value ($M) = | $3,537 | | | | | Implied upside | 31% | (12%) | 57% |

Closest peers are premium IT services (ACN, GIB, CTSH, INFY, TCS_NS) and digital engineering firms (DAVA, EPAM, GLOB) as shown in Exhibit 14, below.
Source: Company filings, FactSet, RBC Capital Markets estimates

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



**Price target/base case:** Our price target of $43 is an EV/EBITDA multiple of 25x our CY22 EBITDA estimate and a 37x P/E on CY22 RBCe. These target multiples are generally in line with the average of the company's closest IT Services & digital engineering peers, which we think is appropriate given its growth rates and other fundamental factors, and based on TASK hitting its revenue growth targets. The implied upside supports our Outperform rating.

**Upside scenario:** Our upside scenario of $51 is based on the company achieving a 27x EV/EBITDA on upside RBCe CY22 EBITDA estimate of $202M (10% premium to our base estimate), which represents a 2-point increase to the target multiple that we think is justified given the upside to results. This upside could be driven by faster-than-expected organic growth and/or margin upside.

**Downside scenario:** Our downside scenario of $28 is based on the company achieving a 20x EV/EBITDA on downside RBCe CY22 EBITDA estimate of $156M (15% discount to our base estimate), which represents a 5-point decrease to the target multiple that we think is justified given the downside to results. This downside could be driven by a slowdown in revenue from either lower demand or increased competition, and/or increased expense pressures.

### Exhibit 14 - Comparable company valuation (priced as of market close on 7/2/21)

| | | Price | Mkt. Cap | Ent. Val | EV / Revenue CY21e | CY22e | EV/EBITDA CY21e | CY22e | P/E CY21e | CY22e | Net debt / TTM EBITDA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Premium IT Services** | | | | | | | | | | | |
| Accenture Plc | ACN | $304.84 | $193,310 | $186,744 | 3.6x | 3.3x | 19.1x | 17.6x | 33.6x | 30.3x | 0.0x |
| CGI, Inc. | GIB | $91.46 | $22,609 | $24,858 | 2.5x | 2.4x | 12.5x | 12.3x | 20.4x | 18.8x | 1.2x |
| Cognizant | CTSH | $69.61 | $36,791 | $36,348 | 2.0x | 1.9x | 10.9x | 9.8x | 17.6x | 15.5x | 0.0x |
| Infosys Ltd. | INFY | $21.07 | $89,347 | $86,094 | 5.7x | 5.0x | 21.0x | 18.8x | 30.8x | 27.2x | 0.0x |
| Tata Consultancy | TCS_NS | $44.49 | $164,556 | $160,358 | 6.5x | 5.8x | 22.9x | 20.3x | 32.2x | 28.5x | 0.0x |
| Wipro | WIT | $7.76 | $39,488 | $36,192 | 3.8x | 3.4x | 16.3x | 14.9x | 28.5x | 25.7x | 0.0x |
| | | | | Median | 3.7x | 3.3x | 17.7x | 16.2x | 29.6x | 26.5x | 0.0x |
| | | | | Mean | 4.0x | 3.6x | 17.1x | 15.6x | 27.2x | 24.3x | 0.2x |
| **BPO / Digital Services** | | | | | | | | | | | |
| ExlService | EXLS | $106.62 | $3,567 | $3,515 | 3.3x | 3.0x | 15.8x | 14.9x | 25.5x | 24.1x | 0.0x |
| Genpact | G | $46.07 | $8,630 | $10,058 | 2.5x | 2.3x | 13.0x | 12.0x | 20.0x | 17.7x | 2.0x |
| TELUS International | TIXT | $31.72 | $8,399 | $9,513 | 4.4x | 3.8x | 17.9x | 14.9x | 26.5x | 26.5x | 23.4x |
| WNS | WNS | $81.74 | $4,038 | $3,937 | 4.1x | 3.7x | 15.6x | 14.0x | 27.0x | 23.7x | 0.0x |
| | | | | Median | 3.7x | 3.4x | 15.7x | 14.4x | 26.0x | 23.9x | 1.0x |
| | | | | Mean | 3.6x | 3.2x | 15.6x | 13.9x | 24.7x | 23.0x | 6.3x |
| **Digital Engineering / IT Services** | | | | | | | | | | | |
| Endava Plc | DAVA | $117.23 | $6,378 | $6,332 | 9.1x | 7.3x | 39.4x | 33.2x | 62.6x | 51.9x | 0.0x |
| EPAM Systems | EPAM | $516.28 | $29,121 | $27,991 | 8.1x | 6.6x | 43.6x | 35.1x | 66.6x | 53.8x | 0.0x |
| Globant SA | GlOB | $216.11 | $8,932 | $8,831 | 7.8x | 6.4x | 39.0x | 32.4x | 63.7x | 52.9x | 0.0x |
| | | | | Median | 8.1x | 6.6x | 39.4x | 33.2x | 63.7x | 52.9x | 0.0x |
| | | | | Mean | 8.3x | 6.8x | 40.7x | 33.6x | 64.3x | 52.9x | 0.0x |
| | | | | **Total** | | | | | | | |
| | | | | Median | 4.1x | 3.7x | 17.9x | 14.9x | 28.5x | 26.5x | 0.0x |
| | | | | Mean | 4.9x | 4.2x | 22.1x | 19.2x | 35.0x | 30.5x | 2.0x |
| **TaskUs** | TASK | $32.39 | $3,372 | $3,537 | 5.5x | 4.4x | 23.6x | 19.3x | 26.2x | 27.9x | 1.5x |

All non-US companies' information shown in USD
Source: Company filings, RBC Capital Markets estimates for ACN, CTSH, TIXT & TASK, FactSet consensus for all others

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.

### Exhibit 15 - Comparable operating metrics (priced as of market close on 7/2/21)

| Premium IT Services | | Price | Mkt. Cap | Ent. Val | Revenue CY21e | Revenue CY22e | Gross Margin CY21e | Gross Margin CY22e | EBITDA Margin CY21e | EBITDA Margin CY22e |
|---|---|---|---|---|---|---|---|---|---|---|
| Accenture Plc | ACN | $304.84 | $193,310 | $186,744 | $52,017 | $56,130 | 31.9% | 32.3% | 18.8% | 18.9% |
| CGI, Inc. | GIB | $91.46 | $22,609 | $24,858 | $10,018 | $10,373 | 19.2% | - | 19.8% | 19.4% |
| Cognizant | CTSH | $69.61 | $36,791 | $36,348 | $17,926 | $19,026 | 36.6% | 36.9% | 18.6% | 19.5% |
| Infosys Ltd. | INFY | $21.07 | $89,347 | $86,094 | $15,125 | $17,107 | 35.8% | 35.8% | 27.1% | 26.8% |
| Tata Consultancy | TCS_NS | $44.49 | $164,556 | $160,358 | $24,632 | $27,589 | 42.5% | 42.4% | 28.5% | 28.6% |
| Wipro | WIT | $7.76 | $39,488 | $36,192 | $9,579 | $10,771 | 31.4% | 31.2% | 23.2% | 22.6% |
| | | | | | Median | 33.9% | 35.8% | 21.5% | 21.1% | |
| | | | | | Mean | 32.9% | 35.7% | 22.7% | 22.6% | |
| **BPO / Digital Services** | | | | | | | | | | |
| ExlService | EXLS | $106.62 | $3,567 | $3,515 | $1,060 | $1,162 | 37.0% | 36.4% | 21.1% | 20.3% |
| Genpact | G | $46.07 | $8,630 | $10,058 | $3,976 | $4,366 | 35.8% | 35.9% | 19.4% | 19.2% |
| TELUS International | TIXT | $31.72 | $8,399 | $9,513 | $2,160 | $2,524 | - | - | 24.6% | 25.3% |
| WNS | WNS | $44.49 | $4,038 | $3,937 | $951 | $1,063 | 36.7% | 37.0% | 26.5% | 26.5% |
| | | | | | Median | 36.7% | 36.4% | 22.9% | 22.8% | |
| | | | | | Mean | 36.5% | 36.4% | 22.9% | 22.8% | |
| **Digital Engineering / IT Services** | | | | | | | | | | |
| Endava Plc | DAVA | $117.23 | $6,378 | $6,332 | $697 | $866 | 36.4% | 54.0% | 23.1% | 22.0% |
| EPAM Systems | EPAM | $516.28 | $29,121 | $27,991 | $3,451 | $4,231 | 34.6% | 35.1% | 18.6% | 18.8% |
| Globant SA | GlOB | $216.11 | $8,932 | $8,831 | $1,135 | $1,385 | 38.0% | 39.1% | 19.9% | 19.7% |
| | | | | | Median | 36.4% | 39.1% | 19.9% | 19.7% | |
| | | | | | Mean | 36.3% | 42.7% | 20.5% | 20.2% | |
| | | | | | **Total** | | | | | |
| | | | | | Median | 36.1% | 36.9% | 23.1% | 22.0% | |
| | | | | | Mean | 34.7% | 38.6% | 22.7% | 22.6% | |
| **TaskUs** | TASK | $32.39 | $3,372 | $3,537 | $642 | $803 | 42.7% | 43.7% | 23.4% | 22.9% |

All non-US companies' information shown in USD
Source: Company filings, RBC Capital Markets estimates for ACN, CTSH, TIXT & TASK, FactSet consensus for all others

### Exhibit 16 - Comparable company growth metrics (priced as of market close on 7/2/21)

| Premium IT Services | | Price | Mkt. Cap | Ent. Val | Revenue growth CY21e | Revenue growth CY22e | EBITDA growth CY21e | EBITDA growth CY22e | EPS growth CY21e | EPS growth CY22e |
|---|---|---|---|---|---|---|---|---|---|---|
| Accenture Plc | ACN | $304.84 | $193,310 | $186,744 | 16.3% | 7.9% | 15.2% | 8.6% | 19.1% | 10.8% |
| CGI, Inc. | GIB | $91.46 | $22,609 | $24,858 | 5.8% | 3.5% | 4.9% | 1.5% | 14.9% | 8.6% |
| Cognizant | CTSH | $69.61 | $36,791 | $36,348 | 7.7% | 6.1% | 25.3% | 11.4% | 15.8% | 13.5% |
| Infosys Ltd. | INFY | $21.07 | $89,347 | $86,094 | 13.9% | 13.1% | 16.0% | 11.7% | 15.2% | 13.0% |
| Tata Consultancy | TCS_NS | $44.49 | $164,556 | $160,358 | 13.1% | 12.0% | 16.7% | 12.8% | 16.0% | 12.9% |
| | | | | | Median | 13.1% | 7.9% | 16.0% | 11.4% | 15.8% | 12.9% |
| | | | | | Mean | 11.3% | 8.5% | 15.6% | 9.2% | 16.2% | 11.7% |
| **BPO / Digital Services** | | | | | | | | | | |
| ExlService | EXLS | $106.62 | $3,567 | $3,515 | 10.6% | 9.7% | 18.2% | 5.8% | 18.4% | 5.9% |
| Genpact | G | $46.07 | $8,630 | $10,058 | 7.2% | 9.8% | 8.8% | 8.7% | 8.5% | 13.3% |
| TELUS International | TIXT | $31.72 | $8,399 | $9,513 | 36.6% | 16.8% | 36.1% | 19.8% | 69.2% | 0.0% |
| WNS | WNS | $81.74 | $4,038 | $3,937 | 8.4% | 11.8% | 6.9% | 11.7% | 7.5% | 13.9% |
| | | | | | Median | 9.5% | 10.8% | 13.5% | 10.2% | 13.5% | 9.6% |
| | | | | | Mean | 15.7% | 12.0% | 17.5% | 11.5% | 25.9% | 8.3% |
| **Digital Engineering / IT Services** | | | | | | | | | | |
| Endava Plc | DAVA | $117.23 | $6,378 | $6,332 | 30.8% | 24.2% | 29.4% | 18.5% | 25.1% | 20.5% |
| EPAM Systems | EPAM | $516.28 | $29,121 | $27,991 | 29.8% | 22.6% | 24.9% | 24.1% | 22.3% | 23.7% |
| Globant SA | GlOB | $216.11 | $8,932 | $8,831 | 39.4% | 22.0% | 45.2% | 20.6% | 38.5% | 20.4% |
| | | | | | Median | 30.8% | 22.6% | 29.4% | 20.6% | 25.1% | 20.5% |
| | | | | | Mean | 33.3% | 22.9% | 33.2% | 21.1% | 28.6% | 21.5% |
| | | | | | **Total** | | | | | |
| | | | | | Median | 13.5% | 11.9% | 17.5% | 11.7% | 17.2% | 13.1% |
| | | | | | Mean | 18.3% | 13.3% | 20.6% | 12.9% | 22.5% | 13.0% |
| **TaskUs** | TASK | $32.39 | $3,372 | $3,537 | 34.4% | 25.0% | 40.4% | 22.4% | 85.3% | (6.0%) |

All non-US companies' information shown in USD
Source: Company filings, RBC Capital Markets estimates for ACN, CTSH, TIXT & TASK, FactSet consensus for all others

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.

360



Exhibit 17 - TASK vs. competitors – fundamental comparisons (priced as of market close on 7/2/21)



All non-US companies' information shown in USD
Source: Company filings, RBC Capital Markets estimates for ACN, CTSH, TIXT & TASK, FactSet consensus for all others

Exhibit 18 - TASK vs. competitors – valuation comparisons (priced as of market close on 7/2/21)



All non-US companies' information shown in USD
Source: Company filings, RBC Capital Markets estimates for ACN, CTSH, TIXT & TASK, FactSet consensus for all others

July 6, 2021                          **Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com        17

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



# Investment risks

We believe there are three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macro-economic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.

### Dual class voting shares will concentrate voting control with stockholders who held TASK shares prior to its IPO

The company's Class A common stock, which is offered in the IPO, has 1 vote per share while Class B common stock has 10 votes per share. This will allow TaskUs' Sponsor and Co-Founders to control 98.5% of the company post-offering. This concentrated control limits shareholders' ability to influence corporate matters (e.g. election of directors or M&A), and may prevent unsolicited acquisition proposals or offers for common stock that stockholders may believe is in their best interest. In addition, this dual class structure could lower the price of Class A stock or result in increased volatility.

### High customer concentration with top 5 clients comprising 56% of FY20 revenue

The company's business is dependent on key clients that comprise a high percentage of total revenue. For example, Facebook and DoorDash comprised 32% and 12% of FY20 revenue, while the next 8 largest clients comprised an additional 24%. The loss of any key clients could have a materially adverse effect on the financial condition of the business while the reliance on any individual client for a significant portion of revenue may allow that client to have pricing leverage when negotiating contracts and terms of service.

### Intensely competitive market for all three of the company's main service lines with some being significantly larger

All of the company's key business lines are highly competitive, fragmented, and continuously evolving. TaskUs faces competition from a variety of companies, including some of its own clients, and its competitive environment will likely remain intense for the foreseeable future. The company's services and solutions may easily be replicated by competitors, while trends toward near-shore and offshore outsourcing, including international expansion by foreign or domestic competitors, may result in new competition in the company's end markets. In addition, certain services are subject to highly competitive pricing and aggressive contract terms while larger companies may develop solutions in-house instead of outsourcing.

### Talent acquisition is a finite resource and very competitive and the company's successes is heavily influenced by its ability to hire & retain a knowledgeable workforce

The company's ability to acquire new clients is dependent on its ability to attract, train, retain, and motivate sales and marketing personnel. The company's brand name and reputation that help distinguish its service offerings contribute to its ability to recruit and retain employees. Damage to the company's reputation could adversely affect recruitment and retention efforts and the company must remain cognizant of potentially harmful statements made by current or former employees, clients, competitors, vendors, regulators and other entities. TaskUs must effectively train its sales and marketing personnel to successfully gain new clients in various new verticals, geographies and with respect to new services or solutions. In addition, TaskUs faces the risk of losing clients, suppliers, and technology professionals if any senior management or key employees join a competing firm.

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



### Clients can terminate contracts at their own convenience

Certain client contracts lack minimum volume requirements, and the profitability of each client contract or work order may fluctuate over time. Some clients fail to accurately forecast their demand for TASK's services, which could lead to over-hiring without the ability to charge for excess headcounts. The company's contracts also generally allow clients to terminate contracts for convenience with advance notice or reduce their use of TaskUs' services. As a result, there is no assurance that contracts will be profitable, which could make it more difficult to accurately forecast financial results.

### Ability to integrate and manage possible acquisitions given TaskUs has only grown organically thus far

TaskUs has historically grown 100% organically despite developing a framework for M&A activity. Given its limited experience in M&A, the company may face difficulty in successfully integrating and managing future acquisitions. The company cannot predict the timing of any contemplated transactions, none of which the company currently considers probable. M&A may also disrupt the company's operations, divert resources, and require significant management attention that could be utilized more efficiently for development of the current business. In addition, the anticipated benefits of any M&A, investment, or similar partnerships may not be realized or could expose the company to unknown liabilities or potential litigation against acquisition targets.

---

July 6, 2021                                    Daniel R. Perlin, CFA (410) 625-6130; daniel.perlin@rbccm.com     19

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



# Company overview

TaskUs is a digital outsourcer serving clients across numerous industries within what the company calls the "Digital Economy" (e.g. social media, ride sharing, streaming services, and fintech, among many others). These companies often lack the expertise, scale, or geographic presence to build the operational infrastructure necessary to support their growth. TaskUs has become a top outsourcing partner for many of the world's most recognizable and disruptive brands in the world (e.g. Coinbase, Netflix, Uber, and Zoom), supporting their growth with tech-enabled solutions tailored for the Digital Economy. Founded in 2008, TASK completed its IPO on the NASDAQ in June 2021 at $23 per share.

The company's global delivery model (~27,500 employees at 18 locations in 8 countries) is focused on providing clients three key solutions: (1) Digital Customer Experience (CX), (2) Content Security (CS), and (3) Artificial Intelligence (AI) Operations. TaskUs' CX business consists primarily of omnichannel customer care services delivered through non-voice channels in addition to solutions such as customer care, trust & safety solutions, and customer acquisition solutions. The CS segment consists of review and disposition of user and advertiser generated content for purposes such as removal or labeling of policy violating, offensive, or misleading content. Lastly, the company's AI Operations business primarily consists of data labeling, annotation, and transcription services performed for the training and tuning of AI algorithms through machine learning.

TaskUs estimates its target end markets represent a total addressable market of over $100B (CY20), growing at a CAGR of 20%+. The company now serves over 100 of the world's leading technology companies with an estimated unweighted average CAGR of 40% from 2017 to 2020, while TASK was able to grow ~60%, or ~1.5x its existing clients, over the same time period. The company has a cohesive, simple and reinforcing growth strategy that has driven an attractive, profitable financial model with recurring revenue (99% of total FY20 revenue) growth targeted at a 25% CAGR for the medium term with adj. EBITDA margins remaining above 20%.

Exhibit 19 - TASK total revenue (left, $M) and adjusted EBITDA (right, $M)



Source: Company filings, RBC Capital Markets estimates

July 6, 2021

**Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com    20

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.

## Products & services

### Digital Customer Experience

The Digital CX segment primarily consists of omnichannel customer care services delivered through digital (non-voice) channels (93% of 2020 DCX revenues), in addition to other solutions such as services for new product or market launches, trust and safety solutions, as well as customer acquisition solutions. The company's DCX clients are primarily online or app-based businesses in verticals such as ride-sharing, ecommerce, food delivery, and streaming media. TaskUs primarily leverages non-voice channels and applies an "automation first" approach to client engagement. An engagement typically begins with a lead from the company's consulting team who bring deep domain expertise in areas such as channel strategy, tool selection and enablement, and operations optimization. After establishing an operating framework, the company's Implementations and Operations teams build a project plan and execute a strategy by identifying critical key performance indicators (KPIs). TaskUs then employs its omnichannel experts, who become brand ambassadors for clients by establishing deep connection, and ultimately execute on various solutions such as:

- **Omni-Channel Customer Care**. This service comprises a significant portion of DCX services and involves protecting and maintaining clients' brands. Over a decade, the company developed an approach tailored to these channels for clients across account management, billing, and technical support, with differentiated operational levers such as:
  - *Automating for Efficiency in Operation*. TaskUs strives to drive efficiency for both its clients' and its own business by continually seeking opportunities to automate simple, rote work enabling employees to focus on higher value added services.
  - *Innovation and Insights*. The company employs a differentiated insights and innovation governance model to deliver advanced analytics and propose automated efficiencies while managing continuous improvement through data science, near-real-time dashboards, and leadership insights.
  - *Culture Builders*. TaskUs' employee-centric culture is part of why clients choose the company, as tenured and engaged employees deliver better and more consistent results.
- **New Product or Market Launches**: TaskUs has developed a value-added framework of product and new market launch playbook to help clients succeed in their often high-stakes product launches or market entries. The company delivers key market insights, speed and agility, and frontline feedback on customer experience to allow clients to adapt and win quickly in new initiatives.
- **Trust & Safety**: The company has skilled employees who perform the critical support needed to protect end users, detect fraud, address unwarranted user activity, and manage regulatory compliance, particularly for verticals facing bad-actors on their platforms (e.g. ride-sharing, gaming, online dating, and streaming media).
- **Customer Acquisition**: TaskUs supports lead research, lead generation, appointment setting, new customer outreach and activation, retention, and advanced customer conversion from free and low cost subscription and product offering to those of higher value and profitability.
- **Voice of the Customer**: The company's team of data scientists and analytics teams build data models for decision making based on customer satisfaction or dissatisfaction by leveraging its internal and external customer experience data to provide insights and feedback on customer, process, and product operations policies.

**Digital CX Consulting and Services.** In 2016, TaskUs launched TaskUs Consulting Group to provide a broader suite of services to growth-stage clients beyond day-to-day operations, as clients often need assistance designing their customer experience programs and optimizing their operations, often due to a lack of in-house training in early stages of their companies.

July 6, 2021                                    **Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com     21

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.

365



The company's consulting expertise includes: (1) Digital Customer Experience Strategy (customer journey mapping, channel strategy, chat bot and automation strategy), (2) Human Capital and Talent Enablement (recruitment profile management, training redesign, knowledge base optimization and re-design), (3) Operational Excellence (workflow and process mapping, best practice analysis on workforce, quality and analytics), and (4) Technology Assessment & Recommendations (tool evaluation, selection and implementation services). Digital service examples include acquiring advertising customers for a leading music streaming platform, including transaction sizes up to $100K as well as white-glove technical, billing, and account management support for streaming services, among other areas.

### Content Security

The CS business primarily consists of review and disposition of user and advertiser generated content, including removal or labeling of policy-violating, offensive, or misleading content. The company's key areas of focus within this segment include intellectual property, job and commerce postings, objectionable material, and political advertising. The rise of apps and social networks has driven an exponential growth of user-generated content and advertising, requiring TaskUs to constantly refine its response to emerging threats, evolving vernacular, and increasing regulations particularly around social networks. Government regulation and advertiser sentient have driven the need for effective review and removal of inappropriate content (e.g. hate speech, racism, and disinformation on platforms).

**Content Security Services**. The company's CS services utilize both AI and human experts to review and remove offensive content. TaskUs' proprietary technology improves the efficiency and accuracy of its operations and leverages AI to effectively remove text and images that are commonly understood as objectionable or previously marked as offensive. While some forms of content violations are more easily moderated by AI (e.g. sexual images and offensive text), certain other forms (e.g. political advertising manipulation, bullying, and hate speech) require the company's Human Content Security experts to manually discern context, parse novel slang, and identify images intentionally modified to avoid detection. As of Q1/21, TaskUs had ~4K employees who collectively moderated tens of millions of pieces of content per month, with a focus on several key areas including (1) intellectual property, (2) job and commerce postings, (3) objectionable material, and (4) political advertising. The company's CS service offerings include:

- **TaskUs Resiliency Studio**: a clinician-led and evidence-based psychological health and safety program aimed at employee well-being.
- **Global Policy Management**: partnering with clients to apply best practices to policy development and distribution, product design, quality, and training given evolving government regulations, cultural norms, and distinct content policies around social networks across geographies.
- **Tools and Innovation**: which have a significant impact on efficiency, accuracy, and quality; TaskUs partners with its clients to customize toolsets and develop proprietary technology to improve productivity and accuracy while reviewing employee decisions on an ongoing basis to close the feedback loop through coaching and performance management.
- **Other CS service use cases**: (1) categorizing different types of political ads and reviewing ad landing pages, with greater than 90% accuracy, (2) real-time monitoring of highly visible live streams to ensure inappropriate content is quickly removed, (3) reviewing and banning fake "bot" accounts on dating applications, and (4) reviewing third-party job postings for a hiring site and tagging them for easy searchability.

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



### Artificial Intelligence Operations

AI Operations primarily consists of data labeling, annotation, and transcription services designed to train and tune AI algorithms through machine learning. TaskUs began supporting AI applications over a decade ago with efforts such as transcribing voicemail messages and scoring sentiment of social media posts, but has since increased in sophistication, complexity, and applications. TaskUs builds large sets of training data for clients, including annotation of videos, photos, audio clips, and text. Applications powered by data annotation include:

- **Computer Vision:** Computers require millions of labeled images, often down to a single pixel, in order to "see" the world. This may include reviewing images of price tags and stock keeping unit placement on store shelves to teach robots to identify out of place items.
- **Natural Language Processing:** Written text is annotated based on parts of speech, meaning, and sentiment to understand different phrases. For example, slang in different languages within user posts on a website may be tagged to identify cultural trends.
- **Video Processing:** Combines computer vision and natural language processing as videos require training of both audio and visual data sets.
- **Sensor Processing:** Sensory data from sources such as LiDAR systems for autonomous vehicles is used to refine sensor algorithms. For example, a LiDAR scanner must be able to trace and tag objects such as scooters on sidewalks as non-harmful.

## Delivery & operations

The company's operations are designed to scale rapidly through experimentation and iteration as well as data-driven decision-making. Many of the company's clients have little to no outsourcing experience with over 50 of its clients turning to TaskUs to be their first outsourcer in its area of service since 2017. The company's clients tend to have relatively short operating histories and therefore often lack a playbook for running TaskUs' operations. In the company's 2020 cNPS survey, 76% of respondents agreed or strongly agreed that their programs' operational performance expectations are regularly met through a wide range of services offered by the company including:

- **Subject Matter Expertise**: TaskUs has "SME" teams in each of its 3 primary business lines that partner with clients to define their objectives, produce product roadmaps, develop policy, training and hiring profiles as well as calibrate KPIs.
- **Project Management Organization**: The company's "PMO" integrates its sales and operations to help ensure client success. TaskUs maintains a dedicated senior team of PMP certified project managers with deep industry expertise who are assigned to both new and existing clients to support business expansion.
- **Modern Service Excellence**: The company delivers operational excellence to its clients through its differentiated culture of ownership and accountability, using real-time dashboards and KPI management to meet and exceed clients' expectations. TaskUs has achieved multiple certifications and compliance standards including SOC 2 Type 2, HIPAA and PCI, which have helped in retaining talent and continuous improvement, while providing an advantage on metrics of efficiency, client satisfaction, and low attrition.
- **Agile Automation**: The majority of technologies TaskUs uses are client developed or third party tools, though there remains significant opportunities to improve the company's efficiency and quality with its technology. The company's Digital Innovation team focuses on rapid prototyping using lightweight technical solution (e.g. browser based extensions, robotic process automation, and productivity and workflow analytics).
- **Data Science and Analytics**: TaskUs builds custom data dashboards for each client, which transparently reveal its metrics (e.g. productivity, quality, and employee engagement) down to the employee level. The company's Business Intelligence teams apply data

July 6, 2021                                          **Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com     23

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



science to client data to drive insights back into its operations in a cycle of continuous improvement.

**Global Delivery Model.** TaskUs primarily utilizes offshore and near-shore markets in its delivery strategy with 96% of its 2020 revenue delivered from non-voice digital channels or omnichannel services. TaskUs has a "provincial strategy" with the majority of offshore sites not located in major "Tier 1" cities or business districts like Makati, Philippines or Mumbai, India. The company's offices are located near its employees, reducing commute times in most sites, which TaskUs believes provides advantages such as (1) less competition for talent, (2) lower salary and rent costs as well as lower cost of living, (3) higher employee retention and (4) favorable incentives with local municipalities. The company's Global Delivery Model consists of its ~27,500 employees across 18 locations in 8 countries, focused on all 3 of its key business lines.

Exhibit 20 - Global employee headcount



Source: Company filings, RBC Capital Markets

## Financial Snapshot

In FY21e, we estimate TASK will generate $642M in total revenues, up 34% y/y, and $150M in adj. EBITDA, or a 23.4% margin (up ~100bps y/y). For FY22e, we assume continued demand for the company's service offerings to drive +25% y/y growth in revenues to $803M and an adjusted EBITDA of $184M, or a 22.9% margin.

### Revenues

TaskUs derives revenue from its 3 key service offerings, Digital Customer Experience, Content Security, and AI Operations, each outlined above. While delivering these services, TaskUs bills clients on either time-and-materials, cost-plus, unit-priced, fixed-priced, or on an outcome-oriented basis. Service revenue from time-and-materials or cost-plus contracts is recognized as those services are performed. Unit-priced services are recognized monthly as transactions are processed. Outcome-oriented service revenue is recognized when it becomes reasonably certain that the desired outcome has been achieved. We believe TASK's high net revenue retention rates, which it maintained even through COVID-19, exemplifies the company's strong underlying financial model (see Exhibit 21).

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.

Exhibit 21 - Net revenue retention rates



Source: Company filings, RBC Capital Markets

## Expenses

Cost of services, which includes costs related to delivery of services and primarily consists of personnel expenses (e.g. salary & wages), employee welfare, employee engagement, recruiting, and professional development, makes up the majority of TASK's expenses (~53% of revenue from FY17-FY20). General and administrative expenses, including costs related to technology, human resources, legal, finance, global shared services, professional fees, insurance premiums, and other corporate expenses makes up the next largest portion (~21% of revenue from FY17-FY20). Selling expenses, which includes personnel costs, travel expenses, and other expenses for client services, sales and marketing teams, is the third largest cost for TaskUs (~7% of revenue from FY17-FY20). The remainder of the company's expenses consists primarily of depreciation and amortization. While stock compensation did not historically make up a significant portion of expenses, we expect this to become a more consistent expense in FY21e and beyond.

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.

Exhibit 22 - Expenses and operating income, as a % of revenue



Source: Company filings, RBC Capital Markets estimates

## Balance sheet and cash flow

At the end of FY20, TASK had ~$199M in long-term debt and ~$46M as the current portion of debt on the balance sheet (total debt of ~$245M) with cash of ~$108M. In addition, in FY20 the company generated $50.8M in cash flow from operations. We expect TASK to continue generating healthy cash of ~$130M and ~$127M in cash flow from operations in FY21e and FY22e and expect the company to pay down ~$57M in debt over the next two years.

## Competition

TaskUs competes with large multinational service providers, offshore service providers from lower-cost jurisdictions like parts of India and Latin America, companies that utilize new, potentially disruptive technologies or delivery models, including AI solutions, as well as in-house functions of large companies with their own resources without the need for outsourcing. Key competitive factors in the business include vendor company culture, ability to act as partners and support innovation, quality of personnel and service, breadth of offering, scalability and global coverage, ability to apply technology to improve efficiency and quality, and, in particular competitive pricing. TaskUs primarily competes with next-gen digital outsources such as 24/7 Intouch, Appen, and TDCX, technology service firms with outsourcing offerings such as Accenture, Genpact, Tata Consulting Services, and Cognizant, as well as traditional call center providers such as IBEX, Teleperformance, Telus International, TTEC, VXI, and Sutherland.

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



## Regulatory Environment

As the company conducts business globally, TaskUs is subject to numerous laws and regulations in the U.S. as well as other countries in which it operates. U.S. laws and regulations generally involve areas such as privacy, data security, intellectual property, competition, consumer protection, and export taxation, among other subjects, many of which are still evolving and being tested in the courts, which presents an uncertain level of regulatory risk.

TaskUs must maintain the privacy and security of Personally Identifiable Information collected from consumers, and ensure compliance under both the GDPR and CCPA with requests from individuals. The company also ensures access to protected health information in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPPA) for its employees. In addition, TaskUs is subject to the Payment Card Industry Data Security Standards (PCI-DSS), requiring companies that process payment card data to implement certain data security measures. In terms of content moderation, the U.S. Communications Decency Act (CDA) regulates hate speech on the internet while shielding "interactive computer services" (e.g. websites and social media platforms) from liability for the speech of their users. Globally, other countries have anti-bribery laws and/or regulations similar to the FCPA. TaskUs maintains a Global Code of Conduct and other policies against bribery and corruption and trains employees to act in accordance with these policies.

## History of company

TaskUs was founded in 2008 by Co-Founders Bryce Maddock and Jasper Weir. The business was originally created to provide busy professionals with task-based virtual assistants working from the Philippines. As the founders met other startup leaders, they found there was little interest in tasked-based virtual assistants and that their companies struggled to efficiently scale their operations as they grew. TASK then pivoted to address this challenge, persuading some venture-backed companies to give them the chance to handle critical parts of their operations like advanced technical support and content review instead of just simple data entry and transcription. This resulted in a strong referral system with other startup founders and TASK grew to support dozens of rapidly growing companies. The company leveraged SaaS products in the early days of cloud technology, creating a scalable, agile, and capital efficient process while harnessing web, mobile, and software tools to compete for and win Greenfield opportunities, including large RFPs.

In 2009, TaskUs opened its first international office in the Philippines with just 5 employees. In 2011, the company expanded its service offerings to deliver its first Digital CX and CS programs, progressing beyond simpler voicemail transcription and social media sentiment analysis it had primarily performed prior. In 2013, the company was called "The startup world's little secret" by a popular tech blog, which greatly accelerated sales, while Uber selected the company to design and execute a streamlined driver onboarding process, and then expanded the relationship to make TASK its first outsourcing partner for rider and driver support to help scale its global operations. The company launched its U.S. operations in San Antonio in 2016, added its CFO and CCO, and launched its Digital CX Consulting Services. The company launched an office in Tijuana, Mexico in 2017, and a Taiwan office in 2018 while receiving an investment by Blackstone. The company's growing clients were scaling businesses that never existed before and TASK developed new service offerings like content security, multi-sided market place support, and fintech compliance services. By March 31, 2021, TaskUs grew to ~27,500 employees across 18 offices in 8 countries.

July 6, 2021                                   **Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com    27

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.

**Capital Markets**

**RBC**

## Exhibit 23 - History of TaskUs



**2008**
Founded as a billable B2C task-by-task business for busy professionals

**2010**
For its first several enterprise clients, TaskUs provides services such as voicemail transcription and social media sentiment analysis

**2012**
TaskUs grows from 100 to nearly 1,000 employees over the course of three years

**2014**
Uber selects TaskUs as its first outsourced partner for rider and driver support, to help it scale its global support operations

**2016**
TaskUs launches U.S. operations in San Antonio

CFO Balaji Sekar and CCO Jarrod Johnson join the team

Launch of Digital CX Consulting services

**2018**
Global PE firm Blackstone invests in TaskUs

Strong growth in Content Security business

Taiwan office launched

**2020**
Resilient operating performance: swift operational enablement and strong sales performance in pandemic environment

$478

$360

$254

$117

$80

$54

■ TaskUs Revenue in $ Million

**2009**
First international office opened in the Philippines with five employees

**2011**
TaskUs expands its service offering to deliver its first Digital Customer Experience and Content Security programs

**2013**
TaskUs called "The startup world's little secret" by popular tech blog, dramatically accelerating sales

Uber selects TaskUs to design and execute a streamlined driver onboarding process

Operations expand with the addition of a new 500-seat facility

**2015**
To finance rapid growth, TaskUs receives investment from Philippines-based Navegar

**2017**
Tijuana, Mexico office opens

**2019**
TaskUs continues its growth trajectory to reach 18,400 employees in December 2019

India site launched in October 2019

Source: Company filings, RBC Capital Markets

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.

372



# Management

### Bryce Maddock – Chief Executive Officer & Co-Founder

Mr. Maddock co-founded TaskUs with Jaspar Weir in 2008, serving as the CEO since then and as a member of the Board of Directors since October 2018. His role as CEO generally involves leading the company's global operations. Mr. Maddock holds a Bachelor of Arts degree in International Business from New York University.

### Jaspar Weir – President & Co-Founder

Mr. Weir also co-founded the company and has served as President since 2018 and a member of the Board of Directors since October 2008. He primarily focuses on leading the company's transformational growth and corporate development. Mr. Weir holds a Bachelor of Science degree in Communications from the University of Southern California.

### Jarrod Johnson – Chief Customer Office

Mr. Johnson has served as Chief Customer Officer since January 2018 and SVP of Business Development from October 2016 to December 2017. Prior to TaskUs, he was SVP of Business Development at FacilitySource, a facility managing company from 2014 to August 2016 as well SVP and Group President at Xerox Business Services, an enterprises services company from 2008 to 2014. Prior to that, he held multiple positions over 10 years at IBM Corporation from 1999 to 2008. Mr. Johnson holds a Master's of Business Administration from the Fuqua School of Business at Duke University as well as a Bachelor of Arts from Gustavus Adolphus College.

### Balaji Sekar – Chief Financial Officer

Mr. Sekar has served as CFO since August 2016. Prior to TaskUs, he was CFO of PatientSafe Solutions from August 2015 to July 2016, CFO of Sutherland Healthcare Solutions from July 2013 to July 2015, and other senior level positions at Sutherland Global Services. Mr. Sekar holds a Master's of Business Administration from the Booth School of Business at the University of Chicago as well as a Bachelor of Commerce from the University of Madras.

### Stephan Daoust – Chief Operating Officer

Mr. Daoust became COO of TaskUS in January 2021, prior to which he was SVP & Country Leader of Delivery & Operations of Concentrix Philippines (formerly Convergys prior to its merger with Synnex Corporation in 2018) in addition to various leadership roles at the organization for over 21 years. Mr. Daoust holds a Bachelor of Arts in Law and Justice from Laurentian University as well as a Bachelor of Laws from the Universite de Moncton.

### Curt Gooden – Chief Information Officer

Mr. Gooden became CIO of TaskUs in December 2018, bringing his expertise in contact center information technology. Prior to TaskUs, he was CIO for C3/Everise and gained over 20 years of experience in the Business Processing Information (BPO) industry, holding various leadership roles at top BPO companies (e.g. Intrawest, Teletech, and Aegis) in information technology and security. Mr. Gooden holds a Bachelor of Science in Business Administration and Information Systems from Colorado State University.

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.

# Board of Directors

**Bryce Maddock – Chief Executive Officer & Co-Founder**
Please see Management section for biography.

**Jaspar Weir – President & Co-Founder**
Please see Management section for biography.

**Amit Dixit - Director**
Mr. Dixit is a Senior Managing Director and Head of Asia Private Equity at Blackstone. He has served on the Board of Directors since October 2018. Prior to joining Blackstone in 2007, Mr. Dixit was involved in various investment opportunities in India and South Asia. Prior to that, he was Principal at Warburg Pincus. Mr. Dixit holds a Master's of Business Administration from the University of Chicago, Booth School of Business, is a Chartered Accountant, and also holds a Bachelor of Commerce from the University of Madras.

**Susir Kumar – Director**
Mr. Kumar is founder of Ingroup Consulting Services LLP, where he currently serves as Managing Partner. He has served on the Board of Directors since July 2019. Prior to Ingroup, Mr. Kumar served as Chief Executive Officer of Intelenet Global Services, a Business Process Management company, from 2000 to August 2015 and was its Chairman from September 2015 through September 2018. Before that, Mr. Kumar held a senior leadership position in HDFC. He is currently also a board member of KOOH Sports and Hygienic Research Institute Pvt Ltd. Mr. Kumar holds a Bachelor's degree in Business Management from Mangalore University as well as a Master's degree in Philosophy from Mumbai University and is a member of the Institute of Company Secretaries of India.

**Mukesh Mehta - Director**
Mr. Mehta is currently a Senior Managing Director in the Private Equity Group of Blackstone. He has served as a non-executive Director since October 2018. Prior to joining Blackstone in August 2016, Mr. Mehta was a Vice President in the Private Equity division of The Carlyle Group from May 2006 to July 2016. Prior to that, Mr. Mehta worked in the Investment Banking Division at Citigroup from January 2004 to May 2006 and in the Assurance & Business Advisory Group at PricewaterhouseCoopers LLP. Mr. Mehta is a Chartered Accountant in India and holds a Master's Degree in Commerce from Mumbai University as well as a Bachelor's Degree from the University of Mumbai.

**Jacqueline Reses - Director**
Ms. Reses previously served as Executive Chairman of Square Financial Services LLC and Capital Lead at Square, Inc., a publicly traded financial services, from October 2015 until October 2020. She has served as a member of the Board of Directors since July 2019. From February 2016 to July 2018, Ms. Reses served as People Lead for Square, Inc. Prior to that, she served as Chief Development Officer of Yahoo! Inc. from September 2012 to October 2015, where she focused on leading partnerships, acquisitions and investments, significant corporate tax transactions, as well as human resources. Prior to Yahoo, Ms. Reses led the U.S. media group as a Partner at Apax Partners Worldwide LLP, a global private equity firm, which she joined in 2001. She currently serves on the Board of Directors of Social Capital Hedosophia Holdings Corp. III, Pershing Square Tontine Holdings, Ltd., Affirm Holdings, Inc., ContextLogic Inc., National Public Radio and the Economic Advisory Council of the Federal Reserve Bank of San Francisco. Ms. Reses also previously served on the board of directors of Alibaba Group Holding Limited and Social Capital Hedosophia Holding Corp. Ms. Reses holds a B.S. in Economics with honors from the Wharton School of the University of Pennsylvania.

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



**Payments, Processors & IT Services**
**TaskUs, Inc.**

**TaskUs**
**Earnings model ($ in millions, except per share data)**

| | FY 2018A | FY 2019A | Mar-20 1Q20A | Jun-20 2Q20A | Sep-20 3Q20A | Dec-20 4Q20A | FY 2020A | Mar-21 1Q21A | Jun-21 2Q21E | Sep-21 3Q21E | Dec-21 4Q21E | FY 2021E | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | FY 2022E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total revenues** | $254.2 | $359.7 | $102.4 | $114.4 | $122.4 | $138.8 | $478.0 | $152.9 | $162.1 | $162.8 | $164.6 | $642.3 | $178.7 | $199.1 | $209.6 | $215.8 | $803.2 | $1,006.6 |
| y/y change | 116.7% | 41.5% | 25.6% | 34.2% | 32.2% | 38.4% | 32.9% | 49.2% | 41.7% | 33.0% | 18.6% | 34.4% | 16.9% | 22.9% | 28.8% | 31.1% | 25.0% | 25.3% |
| | | | | | | | | | | | | | | | | | | |
| Cost of services | 127.8 | 194.8 | 61.8 | 64.1 | 65.4 | 79.2 | 270.5 | 88.0 | 93.6 | 93.1 | 93.6 | 368.3 | 101.5 | 112.3 | 117.2 | 121.3 | 452.2 | 566.7 |
| **Gross margin** | $126.4 | $164.9 | $40.6 | $50.3 | $57.0 | $59.6 | $207.5 | $64.8 | $68.5 | $69.7 | $70.9 | $274.0 | $77.2 | $86.8 | $92.4 | $94.5 | $351.0 | $439.9 |
| % of revenue | 49.7% | 45.8% | 39.7% | 43.9% | 46.6% | 42.9% | 43.4% | 42.4% | 42.3% | 42.8% | 43.1% | 42.7% | 43.2% | 43.6% | 44.1% | 43.8% | 43.7% | 43.7% |
| | | | | | | | | | | | | | | | | | | |
| **Operating expenses:** | | | | | | | | | | | | | | | | | | |
| Total operating expenses | $96.4 | $128.0 | $35.2 | $39.8 | $40.8 | $41.5 | $157.2 | $42.4 | $51.1 | $53.6 | $54.3 | $201.5 | $57.2 | $62.6 | $65.5 | $66.7 | $252.0 | $309.7 |
| % of revenue | 37.9% | 35.6% | 34.3% | 34.8% | 33.3% | 29.9% | 32.9% | 27.8% | 31.5% | 33.0% | 33.0% | 31.4% | 32.0% | 31.4% | 31.2% | 30.9% | 31.4% | 30.8% |
| y/y change | 113% | 33% | 22% | 28% | 23% | 18% | 23% | 21% | 28% | 32% | 31% | 28% | 35% | 22% | 22% | 23% | 25% | 23% |
| **Operating income** | $30.0 | $36.9 | $5.5 | $10.5 | $16.3 | $18.1 | $50.3 | $22.4 | $17.4 | $16.1 | $16.6 | $72.5 | $20.0 | $24.3 | $26.9 | $27.8 | $99.0 | $130.2 |
| **Operating margin** | 11.8% | 10.2% | 5.4% | 9.1% | 13.3% | 13.0% | 10.5% | 14.7% | 10.7% | 9.9% | 10.1% | 11.3% | 11.2% | 12.2% | 12.9% | 12.9% | 12.3% | 12.9% |
| | | | | | | | | | | | | | | | | | | |
| Other expense (income) | 1.3 | (2.0) | 1.4 | (1.1) | 0.6 | (2.5) | (1.6) | 0.8 | - | - | - | 0.8 | - | - | - | - | - | - |
| Financing expense (income) | 2.0 | 9.3 | 2.2 | 2.0 | 1.6 | 1.6 | 7.5 | 1.6 | 1.8 | 1.9 | 1.8 | 7.1 | 1.8 | 1.8 | 1.8 | 1.8 | 7.1 | 7.1 |
| | | | | | | | | | | | | | | | | | | |
| Pretax income | $26.7 | $29.5 | $1.9 | $9.6 | $14.0 | $18.9 | $44.4 | $20.1 | $15.6 | $14.2 | $14.8 | $64.6 | $18.3 | $22.5 | $25.1 | $26.0 | $91.9 | $123.1 |
| Income taxes | (5.6) | (4.4) | 0.3 | 1.6 | 2.6 | 5.4 | 9.9 | 3.6 | (8.7) | (3.6) | (3.7) | (12.3) | 5.2 | 5.5 | 5.6 | 5.8 | 22.0 | 29.2 |
| Tax rate | (20.9%) | (14.9%) | 18.3% | 16.9% | 18.3% | 28.3% | 22.3% | 17.7% | (55.7%) | (25.2%) | (24.7%) | (19.1%) | 28.4% | 24.5% | 22.1% | 22.3% | 24.0% | 23.7% |
| | | | | | | | | | | | | | | | | | | |
| Net income (GAAP) | $32.2 | $33.9 | $1.5 | $8.0 | $11.5 | $13.6 | $34.5 | $16.5 | $24.2 | $17.8 | $18.4 | $77.0 | $13.1 | $17.0 | $19.6 | $20.2 | $69.8 | $93.9 |
| y/y change | 257% | 5% | (75%) | 28% | 189% | (23%) | 2% | 989% | 203% | 55% | 36% | 123% | (21%) | (30%) | 10% | 10% | (9%) | 34% |
| | | | | | | | | | | | | | | | | | | |
| **Adjustments to net income:** | | | | | | | | | | | | | | | | | | |
| Total adjustments | 0.1 | 19.0 | 8.6 | 9.0 | 10.8 | 6.5 | 34.8 | 11.7 | 13.2 | 13.4 | 13.2 | 51.5 | 11.9 | 12.7 | 13.1 | 13.3 | 51.0 | 59.1 |
| | | | | | | | | | | | | | | | | | | |
| **Adj. net income** | $32.4 | $53.0 | $10.2 | $17.0 | $22.2 | $20.0 | $69.4 | $28.2 | $37.4 | $31.2 | $31.6 | $128.5 | $24.9 | $29.7 | $32.7 | $33.5 | $120.8 | $153.0 |
| y/y change | 276.3% | 63.6% | (3.7%) | 68.6% | 101.5% | (6.2%) | 30.9% | 177.7% | 120.6% | 40.5% | 58.1% | 85.3% | (11.6%) | (20.8%) | 4.7% | 6.0% | (6.0%) | 26.6% |
| | | | | | | | | | | | | | | | | | | |
| EPS (GAAP) | $0.31 | $0.33 | $0.01 | $0.08 | $0.11 | $0.13 | $0.33 | $0.16 | $0.23 | $0.17 | $0.18 | $0.74 | $0.13 | $0.16 | $0.19 | $0.19 | $0.67 | $0.90 |
| **Adj. EPS** | $0.31 | $0.51 | $0.10 | $0.16 | $0.21 | $0.19 | $0.67 | $0.27 | $0.36 | $0.30 | $0.30 | $1.23 | $0.24 | $0.28 | $0.31 | $0.32 | $1.16 | $1.47 |
| y/y change | | 64% | | | | | 31% | | | | | 85% | | | | | (6%) | 27% |
| | | | | | | | | | | | | | | | | | | |
| Shares outstanding | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 |
| | | | | | | | | | | | | | | | | | | |
| **EBITDA** | | | | | | | | | | | | | | | | | | |
| Net income (GAAP) | $32.2 | $33.9 | $1.5 | $8.0 | $11.5 | $13.6 | $34.5 | $16.5 | $24.2 | $17.8 | $18.4 | $77.0 | $13.1 | $17.0 | $19.6 | $20.2 | $69.8 | $93.9 |
| Reported EBITDA | $45.7 | $74.1 | $13.5 | $22.1 | $24.1 | $31.2 | $90.9 | $32.6 | $28.9 | $27.6 | $28.2 | $117.3 | $32.3 | $37.3 | $40.4 | $41.5 | $151.6 | $191.3 |
| | | | | | | | | | | | | | | | | | | |
| **Adj. EBITDA** | $56.9 | $74.2 | $17.5 | $26.4 | $30.1 | $32.9 | $106.9 | $39.5 | $37.4 | $36.3 | $36.8 | $150.0 | $39.4 | $45.3 | $48.8 | $50.2 | $183.7 | $231.6 |
| **Adj. EBITDA margin (%)** | 22.4% | 20.6% | 17.0% | 23.1% | 24.6% | 23.7% | 22.4% | 25.9% | 23.1% | 22.3% | 22.3% | 23.4% | 22.1% | 22.8% | 23.3% | 23.3% | 22.9% | 23.0% |
| y/y change | 171.0% | 30.4% | 1.2% | 56.2% | 54.2% | 60.0% | 44.0% | 126.6% | 41.9% | 20.6% | 11.6% | 40.4% | (0.3%) | 21.1% | 34.4% | 36.5% | 22.4% | 26.1% |

Source: Company reports, RBC Capital Markets estimates

Dan Perlin; daniel.perlin@rbccm.com; 410-625-6130

July 6, 2021

**Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com    31

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.

375



**TaskUs**
**Balance Sheet ($ in millions, except per share data)**

| | FYE 2017A | FYE 2018A | FYE 2019A | Mar-20 1Q-20A | Jun-20 2Q-20A | Sep-20 3Q-20A | FYE 2020A | Mar-21 1Q-21E | Jun-21 2Q-21E | Sep-21 3Q-21E | FYE 2021E | Mar-22 1Q-22E | Jun-22 2Q-22E | Sep-22 3Q-22E | FYE 2022E | FYE 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *ASSETS* | | | | | | | | | | | | | | | | |
| Cash | $19.3 | $25.3 | $37.5 | $70.7 | $82.1 | $102.3 | $107.7 | $135.5 | $52.3 | $75.8 | $94.0 | $108.4 | $119.2 | $142.3 | $161.1 | $227.4 |
| Accounts receivable | 25.6 | 45.0 | 58.0 | 66.8 | 78.7 | 81.2 | 87.8 | 92.0 | 107.3 | 107.5 | 108.6 | 117.5 | 131.1 | 138.0 | 142.2 | 165.8 |
| Other receivables | 0.3 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.4 | 0.4 | 0.4 | 0.4 | 0.5 | 0.5 | 0.5 | 0.6 | 0.7 |
| Prepaid expenses | 2.2 | 4.7 | 10.2 | 9.1 | 10.7 | 9.8 | 13.0 | 11.6 | 12.4 | 12.4 | 12.6 | 13.6 | 15.2 | 16.0 | 16.4 | 20.6 |
| Income tax receivable | - | - | 1.7 | 1.6 | - | 5.1 | 1.6 | - | - | - | - | - | - | - | - | - |
| Other current assets | 1.1 | 0.1 | 0.6 | 0.5 | 0.5 | 0.6 | 1.1 | 0.6 | 0.7 | 0.7 | 0.7 | 0.7 | 0.8 | 0.9 | 0.9 | 1.1 |
| **TOTAL CURRENT ASSETS** | 48.5 | 75.1 | 108.1 | 148.8 | 172.1 | 199.1 | 211.3 | 240.1 | 173.1 | 196.8 | 216.3 | 240.7 | 266.8 | 297.7 | 321.1 | 415.6 |
| | | | | | | | | | | | | | | | | |
| Property, plant & equipment, net | 17.6 | 34.0 | 45.1 | 48.5 | 47.7 | 47.7 | 57.0 | 57.1 | 64.6 | 71.8 | 75.2 | 78.3 | 81.9 | 85.7 | 89.7 | 107.8 |
| Deferred tax assets | 0.1 | - | 0.1 | 0.1 | 0.1 | 0.2 | 0.6 | 0.6 | - | - | - | - | - | - | - | - |
| Intangible assets, net | - | 278.0 | 259.1 | 254.4 | 249.7 | 245.0 | 240.3 | 235.6 | 230.9 | 226.2 | 221.4 | 216.7 | 212.0 | 207.3 | 202.6 | 183.8 |
| Goodwill, net | - | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 |
| Other non-current assets | 2.9 | 2.5 | 2.5 | 2.7 | 2.8 | 2.9 | 2.6 | 2.9 | 3.1 | 3.1 | 3.2 | 3.4 | 3.8 | 4.0 | 4.1 | 5.2 |
| **TOTAL ASSETS** | 69.0 | 585.4 | 610.7 | 650.1 | 668.1 | 690.6 | 707.5 | 732.0 | 667.4 | 693.6 | 711.8 | 734.8 | 760.3 | 790.5 | 813.2 | 908.0 |
| | | | | | | | | | | | | | | | | |
| *LIABILITIES & EQUITY* | | | | | | | | | | | | | | | | |
| Accounts payable & accrued liabilities | $8.1 | $15.1 | $24.3 | $23.9 | $26.8 | $26.2 | $41.9 | $38.9 | $39.9 | $40.4 | $40.7 | $43.6 | $48.2 | $50.4 | $51.9 | $60.7 |
| Accrued payroll & employee liabilities | 6.4 | 13.9 | 17.1 | 16.4 | 20.2 | 28.5 | 22.0 | 30.7 | 32.1 | 34.6 | 36.7 | 38.0 | 40.0 | 42.3 | 45.0 | 56.3 |
| Current maturities of debt | 9.6 | 0.5 | 2.4 | 3.2 | 44.4 | 44.7 | 46.0 | 47.4 | 8.7 | 10.0 | 11.4 | 12.6 | 14.0 | 15.3 | 56.0 | 133.9 |
| Income taxes payable | 0.7 | 1.7 | - | - | 1.2 | - | - | 3.4 | - | - | - | 3.8 | - | - | - | - |
| Deferred revenue | 2.1 | 2.3 | 2.1 | 1.9 | 3.1 | 3.8 | 4.7 | 5.6 | 5.4 | 5.2 | 5.0 | 4.7 | 4.6 | 4.4 | 4.2 | 3.9 |
| Deferred rent | 0.3 | 0.6 | 1.0 | 0.9 | 1.1 | 0.9 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.3 |
| **TOTAL CURRENT LIABILITIES** | 27.2 | 34.1 | 46.9 | 46.3 | 96.8 | 104.2 | 114.8 | 126.0 | 86.2 | 90.3 | 93.8 | 102.9 | 106.8 | 112.5 | 157.1 | 255.1 |
| | | | | | | | | | | | | | | | | |
| Income taxes payable | 2.1 | 1.9 | 1.7 | 1.7 | 1.7 | 1.7 | 3.0 | 3.0 | 3.436 | 3.7 | 4.0 | 4.3 | 4.6 | 5.0 | 5.3 | 7.1 |
| Long-term debt | 1.9 | 82.7 | 204.9 | 204.9 | 202.5 | 201.3 | 198.8 | 196.1 | 193.7 | 191.2 | 187.4 | 183.6 | 179.7 | 175.9 | 131.4 | (0.0) |
| Deferred rent | 1.7 | 1.8 | 1.8 | 1.9 | 2.2 | 2.3 | 2.2 | 2.3 | 2.315 | 2.3 | 2.3 | 2.3 | 2.3 | 2.3 | 2.3 | 1.2 |
| Accrued payroll & employee liabilities | - | - | - | - | 0.9 | 1.7 | 2.6 | 2.6 | 2.643 | 2.6 | 2.6 | - | - | - | - | - |
| Other long-term payables | - | - | 0.5 | 39.0 | 0.7 | - | - | - | - | - | - | - | - | - | - | - |
| Deferred income taxes | 0.9 | 66.2 | 57.5 | 57.5 | 55.3 | 54.6 | 50.9 | 50.9 | 50.7 | 50.7 | 44.1 | 44.1 | 44.1 | 44.1 | 37.5 | 30.9 |
| **TOTAL LIABILITIES** | 33.9 | 186.6 | 313.2 | 351.3 | 360.1 | 365.9 | 372.4 | 381.1 | 339.0 | 340.9 | 334.2 | 337.2 | 337.6 | 339.8 | 333.6 | 294.3 |
| | | | | | | | | | | | | | | | | |
| Common Stock | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Additional paid-in capital | 12.1 | 399.0 | 399.0 | 399.0 | 399.0 | 399.0 | 399.0 | 399.0 | 402.3 | 408.8 | 415.4 | 422.5 | 430.5 | 438.9 | 447.5 | 487.8 |
| Retained earnings | 23.6 | (0.9) | (101.9) | (100.4) | (92.4) | (77.4) | (67.4) | (50.9) | (76.7) | (58.9) | (40.4) | (27.4) | (10.4) | 9.2 | 29.4 | 123.3 |
| Other comprehensive income | (0.5) | 0.5 | 0.3 | 0.1 | 1.3 | 3.0 | 3.4 | 2.7 | 2.8 | 2.7 | 2.6 | 2.4 | 2.5 | 2.6 | 2.6 | 2.6 |
| **TOTAL STOCKHOLDERS' EQUITY** | 35.1 | 398.7 | 297.5 | 298.8 | 308.0 | 324.8 | 335.1 | 351.0 | 328.5 | 352.7 | 377.7 | 397.6 | 422.7 | 450.7 | 479.6 | 613.8 |
| | | | | | | | | | | | | | | | | |
| **TOTAL LIABILITIES & EQUITY** | 69.0 | 585.4 | 610.7 | 650.1 | 668.1 | 690.6 | 707.5 | 732.0 | 667.4 | 693.6 | 711.8 | 734.8 | 760.3 | 790.5 | 813.2 | 908.0 |

Source: Company reports, RBC Capital Markets estimates

Dan Perlin; daniel.perlin@rbccm.com; 410-625-6130

July 6, 2021

**Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com    32

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



**TaskUs**
**Cash Flow Statement ($ in millions, except per share data)**

| | FYE 2018A | FYE 2019A | FYE 2020A | Mar-21 3mo | Jun-21 6mo | Sep-21 9mo | FYE 2021E | Mar-22 3mo | Jun-22 6mo | Sep-22 9mo | FYE 2022E | FYE 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOW FROM OPERATING ACTIVITIES** | | | | | | | | | | | | |
| Net income | 32.2 | 33.9 | 34.5 | 16.5 | 40.7 | 58.5 | 77.0 | 13.1 | 30.0 | 49.6 | 69.8 | 93.9 |
| | | | | | | | | | | | | |
| Depreciation | 12.2 | 16.3 | 20.2 | 6.2 | 13.0 | 19.8 | 26.8 | 7.5 | 15.9 | 24.7 | 33.7 | 42.3 |
| Amortization of intangibles | 4.7 | 18.8 | 18.8 | 4.7 | 9.4 | 14.1 | 18.8 | 4.7 | 9.4 | 14.1 | 18.8 | 18.8 |
| Stock compensation | - | - | - | - | 3.2 | 9.8 | 16.3 | 7.1 | 15.1 | 23.5 | 32.1 | 40.3 |
| Bad debt expense | 0.1 | 0.1 | 2.2 | 0.7 | 1.5 | 2.2 | 3.0 | 0.8 | 1.8 | 2.7 | 3.7 | 4.7 |
| Loss (gain) on disposal of assets | 0.6 | 2.2 | 1.1 | - | - | - | - | - | - | - | - | - |
| Amortization of loan discount | 0.1 | 2.5 | 0.5 | - | 1.6 | 1.6 | 1.6 | - | - | - | - | - |
| Deferred taxes | (8.2) | (8.8) | (6.5) | - | (0.2) | (0.2) | (6.8) | - | - | - | (6.6) | (6.6) |
| | | | | | | | | | | | | |
| Working Capital | (61.4) | (19.9) | (20.0) | 8.0 | (9.3) | (7.2) | (6.9) | (5.6) | (19.3) | (23.6) | (25.0) | (13.1) |
| **Net Cash Used in Operations** | **(19.7)** | **45.2** | **50.8** | **36.1** | **60.0** | **98.7** | **129.8** | **27.6** | **52.9** | **91.1** | **126.6** | **180.2** |
| | | | | | | | | | | | | |
| **CASH FLOW FROM INVESTING ACTIVITIES** | | | | | | | | | | | | |
| Purchase of property, plant & equipment | (25.6) | (21.5) | (20.8) | (6.3) | (20.6) | (34.7) | (45.0) | (10.7) | (22.7) | (35.2) | (48.2) | (60.4) |
| Acquisitions, net | (298.9) | - | - | - | - | - | - | - | - | - | - | - |
| Other investing activities | | | | | | | | | | | | |
| **Net Cash From (used in) Investing** | **(324.5)** | **(21.5)** | **(20.8)** | **(6.3)** | **(20.6)** | **(34.7)** | **(45.0)** | **(10.7)** | **(22.7)** | **(35.2)** | **(48.2)** | **(60.4)** |
| | | | | | | | | | | | | |
| **CASH FLOW BEFORE FINANCING** | **(344.2)** | **23.8** | **30.0** | **29.8** | **39.4** | **64.0** | **84.8** | **16.9** | **30.3** | **55.9** | **78.4** | **119.8** |
| | | | | | | | | | | | | |
| **CASH FLOW FROM FINANCING ACTIVITIES** | | | | | | | | | | | | |
| Dividends | - | (135.0) | - | - | (50.0) | (50.0) | (50.0) | - | - | - | - | - |
| Shares issued / capital increase | - | - | - | - | - | - | - | - | - | - | - | - |
| Change in borrowings | 81.9 | 122.2 | 37.0 | (1.2) | (44.0) | (45.1) | (47.7) | (2.5) | (5.0) | (7.5) | (11.4) | (53.5) |
| Other | 268.6 | - | - | - | - | - | - | - | - | - | - | - |
| **Net Cash From Financing** | **350.5** | **(12.8)** | **37.0** | **(1.2)** | **(94.0)** | **(95.1)** | **(97.7)** | **(2.5)** | **(5.0)** | **(7.5)** | **(11.4)** | **(53.5)** |
| | | | | | | | | | | | | |
| Effect of exchange rates | (0.3) | 1.3 | 3.2 | (0.9) | (0.9) | (0.9) | (0.9) | - | - | - | - | - |
| **Net increase in cash & equivalents** | **6.0** | **12.3** | **70.2** | **27.7** | **(55.4)** | **(32.0)** | **(13.8)** | **14.4** | **25.2** | **48.3** | **67.1** | **66.3** |
| Cash & equivalents beginning of period | 19.3 | 25.3 | 37.5 | 107.7 | 107.7 | 107.7 | 107.7 | 94.0 | 94.0 | 94.0 | 94.0 | 161.1 |
| **Cash & equivalents end of period** | **25.3** | **37.5** | **107.7** | **135.5** | **52.3** | **75.8** | **94.0** | **108.4** | **119.2** | **142.3** | **161.1** | **227.4** |

Source:  Company reports, RBC Capital Markets estimates

Dan Perlin; daniel.perlin@rbccm.com; 410-625-6130

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



## Target/Upside/Downside Scenarios

TaskUs, Inc.



Source: Bloomberg and RBC Capital Markets estimates for Target

### Valuation

Our price target of $43 is an EV/EBITDA multiple of 25x our CY22 EBITDA estimate and a 37x P/E on CY22 RBCe. These target multiples are generally in line with the average of the company's closest IT Services & digital engineering peers, which we think is appropriate given its growth rates and other fundamental factors, and based on TASK hitting its revenue growth targets. The implied upside supports our Outperform rating.

### Upside scenario

Our upside scenario of $51 is based on the company achieving a 27x EV/EBITDA on upside RBCe CY22 EBITDA estimate of $202M (10% premium to our base estimate), which represents a 2-point increase to the target multiple that we think is justified given the upside to results. This upside could be driven by faster-than-expected organic growth and/or margin upside.

### Downside scenario

Our downside scenario of $28 is based on the company achieving a 20x EV/EBITDA on downside RBCe CY22 EBITDA estimate of $156M (15% discount to our base estimate), which represents a 5-point decrease to the target multiple that we think is justified given the downside to results. This downside could be driven by a slowdown in revenue from either lower demand or increased competition, and/or increased expense pressures.

### Investment summary

TaskUs, in our opinion, is well positioned to support the operational needs of its high-growth clients as they scale through its tech-enabled outsourcing solutions purpose-built for their various industry verticals within the Digital Economy. We believe the strong projected growth of the company's end markets (average CAGR of 18% from 2019-2023e), high net revenue retention rates, accelerating new client wins, and digitally native service offerings that enable utilization of lower cost non-voice channels should support recurring revenue growth at a 25% CAGR for the medium-term while sustaining EBITDA margins above 20%.

We believe TASK's success will be underpinned by several key attributes, including its: (1) large and growing TAM, (2) deeply embedded and growing client relationships, (3) cohesive, simple, and reinforcing growth strategy, including geographic expansion and M&A, (4) leadership in talent acquisition with low voluntary attrition rates, and (5) attractive underlying financial model designed to drive profitability

### Risks to rating and price target

We see three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macro-economic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.

July 6, 2021

**Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com    34

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



## Company description

TaskUs is a digital outsourcer serving clients across numerous industries within what the company calls the "Digital Economy" (e.g. social media, ride sharing, streaming services, and fintech, among many others). These companies often lack the expertise, scale, or geographic presence to build the operational infrastructure necessary to support their growth. The company's global delivery model is focused on providing clients three key solutions: (1) Digital Customer Experience (DCX), (2) Content Security (CS), and (3) Artificial Intelligence (AI) Operations. TaskUs now serves over 100 clients and has become a top outsourcing partner for many of the world's most recognizable and disruptive brands in the world (e.g. Coinbase, Netflix, Uber, and Zoom), supporting their growth with tech-enabled solutions tailored for the Digital Economy.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for TaskUs, Inc. in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from TaskUs, Inc. in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates expects to receive or intends to seek compensation for investment banking services from TaskUs, Inc. in the next three months.

RBC Capital Markets, LLC makes a market in the securities of TaskUs, Inc..

RBC Capital Markets is currently providing TaskUs, Inc. with investment banking services.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

As of March 31, 2020, RBC Capital Markets discontinued its Top Pick rating. Top Pick rated securities represented an analysts best idea in the sector; expected to provide significant absolute returns over 12 months with a favorable risk-reward ratio. Top Pick rated securities have been reassigned to our Outperform rated securities category, which are securities expected to materially outperform sector average over 12 months.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



# Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| | | | Investment Banking Serv./Past 12 Mos. | |
|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Count** | **Percent** |
| BUY [Outperform] | 787 | 55.70 | 318 | 40.41 |
| HOLD [Sector Perform] | 575 | 40.69 | 173 | 30.09 |
| SELL [Underperform] | 51 | 3.61 | 4 | 7.84 |

Distribution of ratings
RBC Capital Markets, Equity Research
As of 30-Jun-2021



**Rating and price target history for: TaskUs, Inc., TASK US as of 05-Jul-2021 (in USD)**

Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by: BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

# Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at www.rbcinsight.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**TaskUs, Inc.**
## Valuation

Our price target of $43 is an EV/EBITDA multiple of 25x our CY22 EBITDA estimate and a 37x P/E on CY22 RBCe. These target multiples are generally in line with the average of the company's closest IT Services & digital engineering peers, which we think is appropriate given its growth rates and other fundamental factors, and based on TASK hitting its revenue growth targets. The implied upside supports our Outperform rating.

---

July 6, 2021                    **Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com     36

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



## Risks to rating and price target

We see three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macro-economic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.
For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action
The 12 month history of SPARCs can be viewed at RBC Insight.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.
References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Europe) GmbH, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch.

July 6, 2021                                        **Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com      37

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.

The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To EEA Residents:**
This material is distributed in the EU by either RBCEL on an authorised cross-border basis, or by RBC Capital Markets (Europe) GmbH (RBC EG) which is authorised and regulated in Germany by the Bundesanstalt für Finanzdienstleistungsaufsicht (German Federal Financial Supervisory Authority) (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.

**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.
Copyright © RBC Capital Markets, LLC 2021 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2021 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2021
Copyright © Royal Bank of Canada 2021

July 6, 2021                                         Daniel R. Perlin, CFA (410) 625-6130; daniel.perlin@rbccm.com    38

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.



Payments, Processors & IT Services
TaskUs, Inc.

**All rights reserved**

July 6, 2021

**Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com    39

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 04-Jun-2024 05:23 PM.