**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HUMBERTO LOZADA and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>      v.<br><br>TASKUS, INC., BRYCE MADDOCK, JASPAR WEIR, BALAJI SEKAR, AMIT DIXIT, MUKESH MEHTA, SUSIR KUMAR, JACQUELINE D. RESES, and BCP FC AGGREGATOR L.P.,<br><br>                Defendants. | Case No.  1:22-cv-01479<br><br>CLASS ACTION |

**DECLARATION OF JOSEPH A. FONTI IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Joseph A. Fonti, declare as follows:

1.       I am a Partner with the law firm Bleichmar Fonti & Auld LLP, counsel for Lead Plaintiff Humberto Lozada, Named Plaintiff Oklahoma Firefighters Pension and Retirement System, and Lead Counsel for the putative Class.  I am an attorney duly licensed to practice in the State of New York and am admitted to practice before this Court.  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2.       Attached as Exhibit 1 hereto is the Expert Reply Report of Chad Coffman, CFA, dated August 23, 2024.  (Unredacted version filed under seal.)

3.       Attached as Exhibit 2 hereto is a true and correct copy of a document produced by Defendants with the Bates number TASK_0038945, with highlighting to indicate the portion cited in Plaintiffs' reply memorandum of law.  (Filed under seal.)

4.      Attached as Exhibit 3 hereto is a true and correct copy of a document produced by Defendants with the Bates number TASK_0157905, with highlighting to indicate the portion cited in Plaintiffs' reply memorandum of law.  (Filed under seal.)

5.      Attached as Exhibit 4 hereto is a true and correct copy of a document produced by Defendants with the Bates number TASK_0146838, with highlighting to indicate the portion cited in Plaintiffs' reply memorandum of law.  (Filed under seal.)

6.      Attached as Exhibit 5 hereto is a true and correct copy of a State Street report reflecting Oklahoma Firefighters' transactions in TaskUs Class A common stock, produced by Oklahoma Firefighters with the Bates number TASKUS_OFPRS_00002382, with highlighting to indicate the portion cited in Plaintiffs' reply memorandum of law.

7.      Attached as Exhibit 6 hereto is a true and correct excerpted copy of the transcript of the July 9, 2024 deposition of Benjamin Ebel, as Lord, Abbett & Co. LLC's Rule 30(b)(6) designee, with highlighting to indicate testimony cited in Plaintiffs' reply memorandum of law.

8.      Attached as Exhibit 7 hereto is a true and correct excerpted copy of TaskUs's final prospectus for its secondary offering of TaskUs Class A common stock, filed with the Securities and Exchange Commission pursuant to Rule 424(b)(4) on October 22, 2021, with highlighting to indicate the portion cited in Plaintiffs' reply memorandum of law.

9.      Attached as Exhibit 8 hereto is a true and correct excerpted copy of the transcript of the August 15, 2024 deposition of Defendants' expert, Bruce Deal, with highlighting to indicate testimony cited in Plaintiffs' reply memorandum of law and the Expert Reply Report of Chad Coffman, CFA.  (Filed under seal.)

10.     Attached as Exhibit 9 hereto is a true and correct copy of a document produced by Defendants with the Bates number TASK_0039013, with highlighting to indicate the portion cited in Plaintiffs' reply memorandum of law.  (Filed under seal.)

11.     Attached as Exhibit 10 hereto is a true and correct copy of a document produced by Defendants with the Bates number TASK_0037511, with highlighting to indicate the portion cited in Plaintiffs' reply memorandum of law.  (Filed under seal.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of August, 2024

/s/ Joseph A. Fonti
Joseph A. Fonti