# EXHIBIT 2

# TASK_0038945

## (Filed Under Seal)