# EXHIBIT 3

# TASK_0157905

## (Filed Under Seal)