# EXHIBIT 4

## TASK_0146838

**(Filed Under Seal)**