# EXHIBIT 5

**State Street report reflecting Oklahoma Firefighters' transactions in TaskUs Class A common stock, produced by Oklahoma Firefighters with the Bates number TASKUS_OFPRS_00002382**

# Purchase Report by Report Date

**LORD ABBETT**
**LORD ABBETT & CO.**
**FUND:** 7G61

*June 1, 2021  to  March 19, 2024*

*View Date:*  March 20, 2024



**Base Currency: USD - US DOLLAR**

| Asset ID | Security Name/Description | | | Trd Date | Stl Date | Fail Days | Broker Name | | Stl Cur/Loc | Comm Per Shr |
|---|---|---|---|---|---|---|---|---|---|---|
| | Shares/Par/Contracts | Exchange Rate | | Price | | Interest | Commissions | Taxes/Fees/Other | | Net Cost |
| | Units/Original Face | | | | | | | | | |

## EQUITY

### US DOLLAR

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 87652V109 | TASKUS INC A | | COMMON STOCK USD.01 | 21 Oct 2021 | 25 Oct 2021 | | GOLDMAN SACHS + CO LLC | | USD/DTC | |
| | 16,112.000 | 1.000000 | Local | 63.500000 | | 0.00 | 0.00 | 0.00 | | 1,023,112.00 |
| | | | Base | 63.500000 | | 0.00 | 0.00 | 0.00 | | 1,023,112.00 |
| | | | | 08 Nov 2021 | 10 Nov 2021 | | CITIGROUP GLOBAL MARKETS INC | | USD/DTC | 0.02 |
| | 68.000 | 1.000000 | Local | 62.316800 | | 0.00 | 1.19 | 0.00 | | 4,238.73 |
| | | | Base | 62.316800 | | 0.00 | 1.19 | 0.00 | | 4,238.73 |
| | | | | 12 Nov 2021 | 16 Nov 2021 | | STATE STREET GLOBAL MARKETS, LLC | | USD/DTC | 0.02 |
| | 394.000 | 1.000000 | Local | 64.370100 | | 0.00 | 6.90 | 0.00 | | 25,368.72 |
| | | | Base | 64.370100 | | 0.00 | 6.90 | 0.00 | | 25,368.72 |
| | | | | 12 Nov 2021 | 16 Nov 2021 | | STATE STREET GLOBAL MARKETS, LLC | | USD/DTC | 0.02 |
| | 1,525.000 | 1.000000 | Local | 65.246700 | | 0.00 | 26.69 | 0.00 | | 99,527.91 |
| | | | Base | 65.246700 | | 0.00 | 26.69 | 0.00 | | 99,527.91 |
| | | | | 29 Nov 2021 | 01 Dec 2021 | | UBS SECURITIES LLC | | USD/DTC | 0.02 |
| | 131.000 | 1.000000 | Local | 46.323500 | | 0.00 | 2.29 | 0.00 | | 6,070.67 |
| | | | Base | 46.323500 | | 0.00 | 2.29 | 0.00 | | 6,070.67 |
| | | | | 27 Dec 2021 | 29 Dec 2021 | | CITIGROUP GLOBAL MARKETS INC | | USD/DTC | 0.02 |
| | 190.000 | 1.000000 | Local | 55.150700 | | 0.00 | 3.33 | 0.00 | | 10,481.96 |
| | | | Base | 55.150700 | | 0.00 | 3.33 | 0.00 | | 10,481.96 |
| | | | | 04 Mar 2022 | 08 Mar 2022 | | MORGAN STANLEY CO INCORPORATED | | USD/DTC | 0.02 |
| | 96.000 | 1.000000 | Local | 31.050000 | | 0.00 | 2.16 | 0.00 | | 2,982.96 |
| | | | Base | 31.050000 | | 0.00 | 2.16 | 0.00 | | 2,982.96 |
| | | | | 08 Mar 2022 | 10 Mar 2022 | | GOLDMAN SACHS + CO LLC | | USD/DTC | 0.02 |
| | 126.000 | 1.000000 | Local | 31.494762 | | 0.00 | 2.21 | 0.00 | | 3,970.55 |
| | | | Base | 31.494762 | | 0.00 | 2.21 | 0.00 | | 3,970.55 |
| | | | | 08 Apr 2022 | 12 Apr 2022 | | RBC CAPITAL MARKETS, LLC | | USD/DTC | 0.02 |

CONFIDENTIAL

TASKUS_ OFPRS_00002382

# Purchase Report by Report Date

LORD ABBETT
LORD ABBETT & CO.
FUND:     7G61

*June 1, 2021   to   March 19, 2024*

View Date:     March 20, 2024



Case 1:22-cv-01479-JPC-GS   Document 115-5   Filed 08/23/24   Page 3 of 9

**Base Currency: USD - US DOLLAR**

| Asset ID / Shares/Par/Contracts Units/Original Face | Security Name/Description / Exchange Rate | | Trd Date Price | Stl Date | Fail Days Interest | Broker Name Commissions | Stl Cur/Loc Taxes/Fees/Other | Comm Per Shr Net Cost |
|---|---|---|---|---|---|---|---|---|
| 56.000 | 1.000000 | Local | 35.022900 | | 0.00 | 0.84 | 0.00 | 1,962.12 |
| | | Base | 35.022900 | | 0.00 | 0.84 | 0.00 | 1,962.12 |
| | | | 21 Apr 2022 | 25 Apr 2022 | | UBS SECURITIES LLC | USD/DTC | 0.02 |
| 144.000 | 1.000000 | Local | 34.551000 | | 0.00 | 2.52 | 0.00 | 4,977.86 |
| | | Base | 34.551000 | | 0.00 | 2.52 | 0.00 | 4,977.86 |
| **87652V109 Total** | | | | | | | | |
| 18,842.000 | | Local | | | 0.00 | 48.13 | 0.00 | 1,182,693.48 |
| | | Base | | | 0.00 | 48.13 | 0.00 | 1,182,693.48 |
| **US DOLLAR Total** | | | | | | | | |
| 18,842.000 | | Local | | | 0.00 | 48.13 | 0.00 | 1,182,693.48 |
| | | Base | | | 0.00 | 48.13 | 0.00 | 1,182,693.48 |
| **EQUITY  Total** | | | | | | | | |
| 18,842.000 | | | | | | | | |
| | | Base | | | 0.00 | 48.13 | 0.00 | 1,182,693.48 |
| **PURCHASE Total** | | | | | | | | |
| 18,842.000 | | | | | | | | |
| | | Base | | | 0.00 | 48.13 | 0.00 | 1,182,693.48 |

CONFIDENTIAL                                                                      TASKUS_ OFPRS_00002383

# Sales Report by Report Date

LORD ABBETT
LORD ABBETT & CO.
FUND: 7G61



*June 1, 2021  to  March 19, 2024*

View Date:  March 20, 2024

**Base Currency: USD - US DOLLAR**

| Asset ID | Security Name/Description | | | Trd Date | Stl Date | Fail Days | Broker Name | | Stl Cur/Loc | Comm Per Shr |
|---|---|---|---|---|---|---|---|---|---|---|
| | Shares/Par/Contracts | Exchange Rate | | Price | | Interest | | Commissions | Taxes/Fees/Other | Net Proceeds |
| | Units/Original Face | | | | | | | | | |

## EQUITY

### US DOLLAR

| 87652V109 | TASKUS INC A | | COMMON STOCK USD.01 | 03 Dec 2021 | 07 Dec 2021 | | JEFFERIESLLC | | USD/DTC | 0.02 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 402.000 | 1.000000 | Local | 37.878800 | | 0.00 | | 7.04 | 0.08 | 15,220.16 |
| | | | Base | 37.878800 | | 0.00 | | 7.04 | 0.08 | 15,220.16 |
| | | | | 03 Dec 2021 | 07 Dec 2021 | | BOFA SECURITIES, INC. | | USD/DTC | 0.02 |
| | 1,358.000 | 1.000000 | Local | 37.402000 | | 0.00 | | 23.77 | 0.26 | 50,767.89 |
| | | | Base | 37.402000 | | 0.00 | | 23.77 | 0.26 | 50,767.89 |
| | | | | 03 Dec 2021 | 07 Dec 2021 | | LUMINEX TRADING AND ANALYTICS LLC | | USD/DTC | 0.02 |
| | 1,113.000 | 1.000000 | Local | 37.610000 | | 0.00 | | 22.26 | 0.22 | 41,837.45 |
| | | | Base | 37.610000 | | 0.00 | | 22.26 | 0.22 | 41,837.45 |
| | | | | 06 Dec 2021 | 08 Dec 2021 | | LIQUIDNET INC | | USD/DTC | 0.03 |
| | 497.000 | 1.000000 | Local | 39.060000 | | 0.00 | | 13.67 | 0.10 | 19,399.05 |
| | | | Base | 39.060000 | | 0.00 | | 13.67 | 0.10 | 19,399.05 |
| | | | | 06 Dec 2021 | 08 Dec 2021 | | RBC CAPITAL MARKETS, LLC | | USD/DTC | 0.02 |
| | 393.000 | 1.000000 | Local | 38.306819 | | 0.00 | | 5.90 | 0.08 | 15,048.60 |
| | | | Base | 38.306819 | | 0.00 | | 5.90 | 0.08 | 15,048.60 |
| | | | | 06 Dec 2021 | 08 Dec 2021 | | UBS SECURITIES LLC | | USD/DTC | 0.02 |
| | 1,886.000 | 1.000000 | Local | 38.822100 | | 0.00 | | 33.01 | 0.38 | 73,185.09 |
| | | | Base | 38.822100 | | 0.00 | | 33.01 | 0.38 | 73,185.09 |
| | | | | 07 Jan 2022 | 11 Jan 2022 | | CITIGROUP GLOBAL MARKETS INC | | USD/DTC | 0.02 |
| | 620.000 | 1.000000 | Local | 46.776500 | | 0.00 | | 10.85 | 0.15 | 28,990.43 |
| | | | Base | 46.776500 | | 0.00 | | 10.85 | 0.15 | 28,990.43 |
| | | | | 10 May 2022 | 12 May 2022 | | STATE STREET GLOBAL MARKETS, LLC | | USD/DTC | 0.02 |
| | 875.000 | 1.000000 | Local | 19.822100 | | 0.00 | | 17.50 | 0.09 | 17,326.75 |
| | | | Base | 19.822100 | | 0.00 | | 17.50 | 0.09 | 17,326.75 |
| | | | | 10 May 2022 | 12 May 2022 | | STATE STREET GLOBAL MARKETS, LLC | | USD/DTC | 0.03 |
| | 309.000 | 1.000000 | Local | 19.148500 | | 0.00 | | 8.50 | 0.04 | 5,908.35 |

CONFIDENTIAL

TASKUS_ OFPRS_00002384

# Sales Report by Report Date

LORD ABBETT
LORD ABBETT & CO.
FUND:        7G61



*June 1, 2021   to   March 19, 2024*

*View Date:*        March 20, 2024

**Base Currency: USD - US DOLLAR**

| Asset ID | Security Name/Description | Exchange Rate | | Trd Date / Price | Stl Date | Fail Days / Interest | Broker Name / Commissions | Stl Cur/Loc / Taxes/Fees/Other | Comm Per Shr / Net Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Shares/Par/Contracts Units/Original Face | | | | | | | | | |
| | | | Base | 19.148500 | | 0.00 | 8.50 | 0.04 | 5,908.35 |
| | | | | 10 May 2022 | 12 May 2022 | | STATE STREET GLOBAL MARKETS, LLC | USD/DTC | 0.02 |
| | 2,401.000 | 1.000000 | Local | 20.133300 | | 0.00 | 54.02 | 0.25 | 48,285.78 |
| | | | Base | 20.133300 | | 0.00 | 54.02 | 0.25 | 48,285.78 |
| | | | | 10 May 2022 | 12 May 2022 | | STATE STREET GLOBAL MARKETS, LLC | USD/DTC | 0.02 |
| | 1,876.000 | 1.000000 | Local | 19.020000 | | 0.00 | 37.52 | 0.19 | 35,643.81 |
| | | | Base | 19.020000 | | 0.00 | 37.52 | 0.19 | 35,643.81 |
| | | | | 10 May 2022 | 12 May 2022 | | STATE STREET GLOBAL MARKETS, LLC | USD/DTC | 0.03 |
| | 7,112.000 | 1.000000 | Local | 19.806500 | | 0.00 | 213.36 | 0.72 | 140,649.75 |
| | | | Base | 19.806500 | | 0.00 | 213.36 | 0.72 | 140,649.75 |
| **87652V109 Total** | | | | | | | | | |
| | 18,842.000 | | Local | | | 0.00 | 447.40 | 2.56 | 492,263.11 |
| | | | Base | | | 0.00 | 447.40 | 2.56 | 492,263.11 |
| **US DOLLAR Total** | | | | | | | | | |
| | 18,842.000 | | Local | | | 0.00 | 447.40 | 2.56 | 492,263.11 |
| | | | Base | | | 0.00 | 447.40 | 2.56 | 492,263.11 |
| **EQUITY  Total** | | | | | | | | | |
| | 18,842.000 | | Base | | | 0.00 | 447.40 | 2.56 | 492,263.11 |
| **SALES Total** | | | | | | | | | |
| | 18,842.000 | | Base | | | 0.00 | 447.40 | 2.56 | 492,263.11 |

CONFIDENTIAL                                                      TASKUS_ OFPRS_00002385

Case 1:22-cv-01479-JPC-GS   Document 115-5   Filed 08/23/24   Page 5 of 9

**Base Currency: USD - US DOLLAR**

| Shares/Par/Contracts Units/Original Face | # of Trades | | Interest | Commissions | Taxes/Fees/Other | Net Cost |
|---|---|---|---|---|---|---|

### US DOLLAR

#### EQUITY

| | | | Interest | Commissions | Taxes/Fees/Other | Net Cost |
|---|---|---|---|---|---|---|
| 18,842.000 | | Local | 0.00 | 48.13 | 0.00 | 1,182,693.48 |
| | | Base | 0.00 | 48.13 | 0.00 | 1,182,693.48 |
| | TRADES: | 10 | | | | |
| | CANCELS: | 0 | | | | |

### US DOLLAR  Total

| | | | Interest | Commissions | Taxes/Fees/Other | Net Cost |
|---|---|---|---|---|---|---|
| Long | 18,842.000 | Local | 0.00 | 48.13 | 0.00 | 1,182,693.48 |
| | | Base | 0.00 | 48.13 | 0.00 | 1,182,693.48 |
| | TRADES: | 10 | | | | |
| | CANCELS: | 0 | | | | |

### PURCHASE Total

| | | | Interest | Commissions | Taxes/Fees/Other | Net Cost |
|---|---|---|---|---|---|---|
| Long | 18,842.000 | Base | 0.00 | 48.13 | 0.00 | 1,182,693.48 |
| | TRADES: | 10 | | | | |
| | CANCELS: | 0 | | | | |

Case 1:22-cv-01479-JPC-GS   Document 115-5   Filed 08/23/24   Page 6 of 9

CONFIDENTIAL                                        TASKUS_ OFPRS_00002386

# Sales Report by Report Date

## Currency Summary

*June 1, 2021   to   March 19, 2024*

**LORD ABBETT**
**LORD ABBETT & CO.**
FUND:      7G61

*View Date:*          *March 20, 2024*

STATE STREET.

**Base Currency: USD - US DOLLAR**

| Shares/Par/Contracts Units/Original Face | # of Trades | Interest | Commissions | Taxes/Fees/Other | Net Proceeds |
|---|---|---|---|---|---|
| **US DOLLAR** | | | | | |
| **EQUITY** | | | | | |
| 18,842.000 | Local | 0.00 | 447.40 | 2.56 | 492,263.11 |
| | Base | 0.00 | 447.40 | 2.56 | 492,263.11 |
| | TRADES:   12 | | | | |
| | CANCELS:   0 | | | | |
| **US DOLLAR  Total** | | | | | |
| Long            18,842.000 | Local | 0.00 | 447.40 | 2.56 | 492,263.11 |
| | Base | 0.00 | 447.40 | 2.56 | 492,263.11 |
| | TRADES:   12 | | | | |
| | CANCELS:   0 | | | | |
| **SALES Total** | | | | | |
| Long            18,842.000 | Base | 0.00 | 447.40 | 2.56 | 492,263.11 |
| | TRADES:   12 | | | | |
| | CANCELS:   0 | | | | |

Case 1:22-cv-01479-JPC-GS   Document 115-5   Filed 08/23/24   Page 7 of 9

CONFIDENTIAL                                                                    TASKUS_ OFPRS_00002387

**LORD ABBETT**
**LORD ABBETT & CO.**
FUND:     7G61
View Date:          March 20, 2024

STATE STREET.

Case 1:22-cv-01479-JPC-GS   Document 115-5   Filed 08/23/24   Page 8 of 9

**Base Currency: USD - US DOLLAR**

| Shares/Par/Contracts Units/Original Face | # of Trades | Interest | Commissions | Taxes/Fees/Other | Net Cost |
|---|---|---|---|---|---|
| **EQUITY** | | | | | |
| 18,842.000 | Base | 0.00 | 48.13 | 0.00 | 1,182,693.48 |
| | TRADES:     10 | | | | |
| | CANCELS:     0 | | | | |
| **PURCHASE Total** | | | | | |
| Long     18,842.000 | Base | 0.00 | 48.13 | 0.00 | 1,182,693.48 |
| | TRADES:     10 | | | | |
| | CANCELS:     0 | | | | |

CONFIDENTIAL                                                                    TASKUS_ OFPRS_00002388

# Sales Report by Report Date

LORD ABBETT
LORD ABBETT & CO.

Fund Summary

FUND:        7G61

*June 1, 2021   to   March 19, 2024*

*View Date:*        *March 20, 2024*

Case 1:22-cv-01479-JPC-GS    Document 115-5    Filed 08/23/24    Page 9 of 9

**Base Currency: USD - US DOLLAR**

| Shares/Par/Contracts Units/Original Face | # of Trades | | Interest | Commissions | Taxes/Fees/Other | Net Proceeds |
|---|---|---|---|---|---|---|
| **EQUITY** | | | | | | |
| 18,842.000 | Base | | 0.00 | 447.40 | 2.56 | 492,263.11 |
| | TRADES: | 12 | | | | |
| | CANCELS: | 0 | | | | |
| **SALES Total** | | | | | | |
| Long | 18,842.000 | Base | 0.00 | 447.40 | 2.56 | 492,263.11 |
| | TRADES: | 12 | | | | |
| | CANCELS: | 0 | | | | |

CONFIDENTIAL                                                                  TASKUS_ OFPRS_00002389