# EXHIBIT 6

**Excerpted July 9, 2024 Transcript of the Deposition of Benjamin Ebel as Lord, Abbett & Co. LLC's Rule 30(b)(6) Designee**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO. 1:22-cv-01479(JPC)

HUMBERTO LOZADA and OKLAHOMA

FIREFIGHTERS PENSION AND

RETIREMENT SYSTEM, individually

and on behalf of all others          DEPOSITION OF:

similarly situated,                  BENJAMIN EBEL

    Plaintiffs,

    vs.

TASKUS, INC., et al.,

    Defendants.

- - - - - - - - - - - - - - - - -

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter as taken by and before RUTHANNE UNGERLEIDER, a Certified Court Reporter and Notary Public of the State of New Jersey, held at the office of LORD ABBETT & COMPANY, 90 Hudson Street, Jersey City, New Jersey, on Tuesday, July 9, 2024, commencing at approximately 10:37 in the forenoon.

A P P E A R A N C E S:


BLEICHMAR FONTI & AULD LLP

300 Park Avenue, Ste. 1301

New York, New York  10022

    BY:  EVAN A. KUBOTA, ESQ. (Via Zoom)

Attorneys for Plaintiffs


SIMPSON THACHER & BARTLETT LLP

425 Lexington Avenue

New York, New York  10017

    BY:  KELSEY E. VICKERY, ESQ.

Attorneys for Defendants


STRADLEY RONON STEVENS & YOUNG, LLP

2005 Market Street, Ste. 2600

Philadelphia, Pennsylvania  19103

    BY:  JOSEPH T. KELLEHER, ESQ.

Attorneys for Lord Abbett and Witness



ALSO PRESENT:

WILLIAM TORREY, ESQ., Lord Abbett In-House Counsel

ANTON EVANGELISTA, Videographer

Page 134

And do you see that in the bottom e-mail Chase Rankin, from Oklahoma Fire, asks Ryan McCombe -- I think I'm saying his last name correctly -- he says, "I believe we have purchases in the SPO on October 21, 2021.  It appears from our records that on this date we purchased 16,112 shares of Task at 63.50 per share from Goldman Sachs.  It is my opinion that these are purchases in the SPO; however, to make absolutely sure, I am asking Lord Abbett to confirm that this purchase was a result of the SPO on that date."

Do you see that?

A     Yes.

Q     And then if you look at the top e-mail Ryan McCombe replies, "I can confirm that the 16,112 shares of Task, which were purchased on 10/21/22, were purchased as part of a secondary public offering."

How did Ryan confirm that?

A     I don't know the process that he used to confirm it, but it seems like a pretty logical conclusion.

Q     Why do you say that?

A     Because the spreadsheet says that we bought 16,112 shares on that date, and we already

Page 135

looked at that I asked for a meeting, and there is no commission paid on those shares versus all the other shares.  So usually that happens when there's an offering, and the broker commissions are borne by the proceeds from the company.  So it seems a pretty -- pretty good conclusion.

Q    Conclusion.

Does Lord Abbett have any documentation specifically stating that the shares were purchased as part of the SPO?

A    I'm sure we do.

MS. VICKERY:  I would ask that those be -- I don't believe that those have been produced in this matter, so I would ask that those be produced, to the extent they exist.

MR. KUBOTA:  You're looking at one of them right now.  You marked it as Exhibit 23.

MS. VICKERY:  Right.

This document -- sorry, I can clarify.

This is an e-mail from December 13, 2022, so let me clarify.

Q    Does Lord Abbett have any contemporaneous documentation reflecting that the October 21, 2021 purchase was done as part of a secondary offering?

Page 152

C E R T I F I C A T E

I, RUTHANNE UNGERLEIDER, a Certified Court Reporter and Notary Public of the State of New Jersey, certify that the foregoing is a true and accurate transcript of the stenographic notes of the deposition of said witness who was first duly sworn by me, on the date and place hereinbefore set forth.

I FURTHER CERTIFY that I am neither attorney, nor counsel for, nor related to or employed by, any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel in this case, nor am I financially interested in this case.

RUTHANNE UNGERLEIDER, C.C.R., C.R.R.

LICENSE NO. XIO1634, XIO0115