# EXHIBIT 7

# Excerpted Secondary Offering Final Prospectus

**Filed Pursuant to Rule 424(b)(4)**
**Registration Nos. 333-260326 and 333-260393**

**Prospectus**

### 12,077,480 Shares



### TaskUs, Inc.

### Class A Common Stock

The selling stockholders identified in this prospectus are offering 12,077,480 shares of Class A common stock of TaskUs, Inc. We will not receive any proceeds from the sale of shares of Class A common stock by the selling stockholders.

Our Class A common stock is listed on the Nasdaq Global Select Market ("Nasdaq") under the symbol "TASK." On October 20, 2021, the closing sales price of our Class A common stock as reported on Nasdaq was $64.36 per share.

We have two classes of authorized common stock, Class A common stock and Class B common stock. The rights of the holders of Class A common stock and Class B common stock are identical, except with respect to voting, transfer and conversion rights. Each share of Class A common stock is entitled to one vote per share. Each share of Class B common stock is entitled to ten votes per share and is convertible at any time into one share of Class A common stock. Each share of our Class B common stock will convert automatically upon certain transfers and upon the earlier of (i) June 10, 2028 (seven years from the filing and effectiveness of our second amended and restated certificate of incorporation in connection with our initial public offering) and (ii) (x) with respect to our Sponsor (as defined herein), the first date on which the aggregate number of shares of our Class B common stock held by our Sponsor ceases to represent at least 5% of the aggregate number of our outstanding shares of common stock and (y) with respect to each Co-Founder (as defined herein), the first date on which the aggregate number of shares of our Class B common stock held by such Co-Founder ceases to represent at least 5% of the aggregate number of our outstanding shares of common stock.

After the completion of this offering, Bryce Maddock and Jaspar Weir, the co-founders of TaskUs, Inc., and affiliates of Blackstone Inc. will continue to hold all of our issued and outstanding Class B common stock and to own a majority of the voting power of shares eligible to vote in the election of our directors. As a result, we will continue to be a "controlled company" within the meaning of the corporate governance standards of Nasdaq. See "Management—Controlled Company Exception" and "Principal and Selling Stockholders." Following this offering, outstanding shares of Class B common stock will represent approximately 96.3% of the voting power of our outstanding capital stock immediately following this offering (or 95.9% if the underwriters exercise their option to purchase additional shares in full).

We are an "emerging growth company" as defined under the federal securities laws and, as such, may elect to comply with certain reduced public company reporting requirements for future filings. See "Summary—Implications of Being an Emerging Growth Company."

**Investing in shares of our Class A common stock involves risks. See "Risk Factors" beginning on page 28 to read about factors you should consider before buying shares of our Class A common stock.**

| | Per Share | Total |
|---|---|---|
| Public offering price | $ 63.50 | $ 766,919,980.00 |
| Underwriting discounts and commissions(1) | $ 2.06375 | $ 24,924,899.35 |
| Proceeds, before expenses, to the selling stockholders | $ 61.43625 | $ 741,995,080.65 |

(1)    See "Underwriting (Conflicts of Interest)" for additional information regarding underwriting compensation.

To the extent that the underwriters sell more than 12,077,480 shares of our Class A common stock, the underwriters have the option to purchase up to an additional 1,811,622 shares of our Class A common stock from the selling stockholders at the public offering price less the underwriting discounts and commissions, within 30 days from the date of this prospectus.

**Neither the Securities and Exchange Commission nor any other regulatory body has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus. Any representation to the contrary is a criminal offense.**

The underwriters expect to deliver the shares of our Class A common stock against payment in New York, New York on or about October 25, 2021.

---

| | | | |
|---|---|---|---|
| **Goldman Sachs & Co. LLC** | | | **J.P. Morgan** |
| **BofA Securities** | | | **Morgan Stanley** |
| **Baird** | **RBC Capital Markets** | **Wells Fargo Securities** | **William Blair** |
| **Blackstone** | **TD Securities** | **BTIG** | **Fifth Third Securities** |
| **AmeriVet Securities** | **Blaylock Van, LLC** | **C.L. King & Associates** | **Penserra Securities LLC** |

The date of this prospectus is October 20, 2021.

**UNDERWRITING (CONFLICTS OF INTEREST)**

We, the selling stockholders and the underwriters named below have entered into an underwriting agreement with respect to the shares being offered by this prospectus. Subject to certain conditions, each underwriter has severally agreed to purchase from the selling stockholders named in this prospectus the number of shares indicated in the following table. Goldman Sachs & Co. LLC and J.P. Morgan Securities LLC are the representatives of the underwriters.

| Underwriters | Number of Shares |
|---|---:|
| Goldman Sachs & Co. LLC | 3,381,695 |
| J.P. Morgan Securities LLC | 3,381,695 |
| BofA Securities, Inc. | 715,358 |
| Morgan Stanley & Co. LLC | 715,358 |
| Robert W. Baird & Co. Incorporated | 510,970 |
| RBC Capital Markets, LLC | 510,970 |
| Wells Fargo Securities, LLC | 510,970 |
| William Blair & Company, L.L.C. | 510,970 |
| Blackstone Securities Partners L.P. | 1,021,942 |
| TD Securities (USA) LLC | 255,485 |
| BTIG, LLC | 204,388 |
| Fifth Third Securities, Inc. | 153,291 |
| AmeriVet Securities, Inc. | 51,097 |
| Blaylock Van, LLC | 51,097 |
| C.L. King & Associates, Inc. | 51,097 |
| Penserra Securities LLC | 51,097 |
| Total | 12,077,480 |

The underwriters are committed to take and pay for all of the shares being offered, if any are taken, other than the shares covered by the option described below unless and until this option is exercised.

The underwriters have an option to buy up to an additional 1,811,622 shares of Class A common stock from the selling stockholders to cover sales by the underwriters of a greater number of shares than the total number set forth in the table above. They may exercise that option for 30 days from the date of this prospectus. If any shares are purchased pursuant to this option, the underwriters will severally purchase shares in approximately the same proportion as set forth in the table above.

The following table shows the per share and total underwriting discounts and commissions to be paid to the underwriters by the selling stockholders. Such amounts are shown assuming both no exercise and full exercise of the underwriters' option to purchase 1,811,622 additional shares.

| | Paid by Selling Stockholders | |
|---|---|---|
| | No Exercise | Full Exercise |
| Per Share | $ 2.06375 | $ 2.06375 |
| Total | $ 24,924,899.35 | $ 28,663,634.25 |

Shares sold by the underwriters to the public will initially be offered at the public offering price set forth on the cover of this prospectus. Any shares sold by the underwriters to securities dealers may be sold at a discount of up to $1.23825 per share from the public offering price. After the initial offering of the shares, the representatives may change the offering price and the other selling terms. The offering of the shares by the underwriters is subject to receipt and acceptance and subject to the underwriters' right to reject any order in whole or in part.

199