# EXHIBIT 8

## Excerpted August 15, 2024 Transcript of the Deposition of Defendants' Expert, Bruce Deal

**(Filed Under Seal)**