# EXHIBIT 9

## TASK_0039013

**(Filed Under Seal)**