# EXHIBIT 10

## TASK_0037511

## (Filed Under Seal)