UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HUMBERTO LOZADA, et al.,

                    Plaintiffs,                    **22 Civ. No. 1479 (JPC) (GS)**

        -against-                                   **ORDER**

TASKUS, INC., et al.,

                    Defendants.
-------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      The parties are directed to meet and confer on Plaintiff's motions to seal its submissions made in advance of the August 20, 2024 discovery dispute conference before the undersigned. (Dkt. Nos. 97 & 106). The parties shall also meet and confer with respect to any proposed redactions to the transcript of that conference. (Dkt. No. 111). The parties are further directed to specifically discuss the following: (1) whether it is Defendants' position that the lines highlighted in the fourth paragraph of Plaintiff's August 6, 2024 letter should remain redacted (Dkt. No. 99 at 1); and (2) whether Plaintiff is willing to submit a revised version of Exhibit 2 to their letter (Dkt. No. 99-2) by excerpting the relevant portions Plaintiff identified at the August 20 conference, which would obviate any need for the parties to discuss the remaining portions of that document. The parties shall submit a joint letter by **September 12, 2024**, identifying any remaining areas of disagreement.

      **SO ORDERED.**

DATED:    New York, New York
                August 30, 2024

                                                                      The Honorable Gary Stein
                                                                      United States Magistrate Judge