# EXHIBIT 4

## Equity Research



Initiation of Coverage — July 6, 2021

**IT Service Providers**

# TaskUs, Inc. (TASK)

## TASK: Secular Play on Digitizing the Consumer Drives Strong Growth Profile; Initiating at Equal Weight Given Valuation

## Our Call

**We are initiating TASK with an Equal Weight rating and $35 target price. At current prices we believe that the competitive positioning and attractive growth profile of TASK are generally priced into the valuation metrics, limiting the near-term upside, and prompting a valuation-driven Equal Weight rating.** Valuation aside, we believe TASK remains very well positioned to capitalize on the sizable secular opportunity presented by the digitization of the consumer and the increasing need for top-tier consumer experience (CX) platforms. As well, the increased digitization of the consumer drives demand for its burgeoning content moderation services while the growth of machine learning and AI are growth drivers for its digital annotation division.

**Attractive secular growth profile driven by the digitization of the consumer expected to drive revenue growth in excess of 20%.** We look for TASK to benefit from the increased digitization of the consumer across all facets of their daily lives. As consumers increasingly leverage digital platforms and services for everything from dining, to financial services or health, the need for top-tier CX platforms only increases and becomes a key component to acquiring and retaining consumers. TASK has positioned itself to benefit from this dynamic by largely focusing on "digital -first" enterprises with a client base of industry leaders and digital disrupters. We look for them to expand their relationships with existing customers while also growing the customer base.

**Content moderation and annotation present an additional growth opportunity.** As consumers turn more digital in nature, the amount of user generated content only increases, driving demand for the content moderation services that TASK provides across a variety of platform and business types such as social networks, eCommerce marketplaces, and gaming platforms. Additionally, as machine learning and AI continue to grow in importance, it presents an attractive opportunity for the annotation business at TASK, where we believe they are in the early stages of the growth curve.

**Financial flexibility and margin opportunity add to the earnings equation beyond just top-line growth.** Over time, we believe TASK can augment strong top-line growth with modest margin expansion driven by potential operating leverage in areas such as SG&A and certain operational aspects, while also continuing to invest heavily in its digital support capabilities. As well, with post-IPO net-debt/EBITDA of ~1.3x, we see ample financial flexibility for TASK to make accretive acquisitions.

**Financial Outlook**. We look for TASK to drive top-line growth of at least 25% over the next several years, with Adj.EBITDA margin around 23%. Our revenue/Adj. EPS estimates are $633.8MM/$1.21 in '21E, $789.4MM/$1.12 in '22E, and $989.MM/$1.41 in '23E.

**Valuation largely discounts near-term growth expectations.** Our $35 price target implies a EV/EBITDA multiple of about 20x and a EV/Sales multiple of ~4.5x on our CY22 estimates. Our price target assumes TASK shares trades at a premium to the broader IT Services and Customer Care sectors at around 18x on EV/EBITDA and ~3.5-4x on EV/Sales. We believe a slight premium is warranted given the attractive growth profile of TASK, but we believe that the customer concentration of the company will serve as a bit of cap on valuations for the foreseeable future.

Equity Analyst(s)

**Timothy Willi**
Senior Equity Analyst | Wells Fargo Securities, LLC
timothy.willi@wellsfargo.com | 314-406-2623

**Justin Donati, CFA**
Associate Equity Analyst | Wells Fargo Securities, LLC
justin.donati@wellsfargo.com | 443-263-6540

| Rating | Equal Weight |
| --- | --- |
| Ticker | TASK |
| Price Target: | $35.00 |
| Upside/(Downside) to Target | 5.3% |
| Price (07/01/2021) | $33.24 |
| 52 Week Range | $27.06 - 35.62 |
| Shares Outstanding | 97,290,174 |
| Market Cap (MM) | $3,234 |
| Enterprise Value (MM) | $3,399 |
| Average Daily Volume | 547,674 |
| Average Daily Value (MM) | $18 |
| Dividend (NTM) | $0.00 |
| Dividend Yield | 0.0% |
| Net Debt (MM) - last reported | $165 |
| ROIC - Current year est. | 13% |
| 3 Yr EPS CAGR from current year (unless otherwise noted) | 28% |

| $ EPS | 2020A | 2021E Curr. | 2021E Prior | 2022E Curr. | 2022E Prior |
| --- | --- | --- | --- | --- | --- |
| Q1 (Mar) | - | 0.27 A | NC | 0.23 E | NC |
| Q2 (Jun) | - | 0.35 E | NC | 0.28 E | NC |
| Q3 (Sep) | - | 0.29 E | NC | 0.30 E | NC |
| Q4 (Dec) | - | 0.30 E | NC | 0.31 E | NC |
| FY | 0.67 A | 1.21 E | NC | 1.12 E | NC |
| P/E | 49.9x | 27.4x | | 29.6x | |

*Net Debt figures reflect pro-forma estimates based on the company's 6/10/21 filingROIC figures reflect most recently completed quarterEPS: Adjusted EPS excludes stock-based compensation expense and other one-time items*
*Source: Company Data, Wells Fargo Securities estimates, and Refinitiv. NA = Not Available, Volatility = Historical trading volatility*

All estimates/forecasts are as of 7/5/2021 unless otherwise stated. 7/6/2021 5:00:03EDT. Please see page 28 for rating definitions, important disclosures and required analyst certifications. Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

## Wells Fargo Express Takeaways

**Investment Thesis**

**At current levels, we believe that the competitive positioning and attractive growth profile of TASK are generally priced into valuation metrics, limiting the near-term upside and prompting a valuation-driven Equal Weight rating.** Valuation aside, we believe that TASK remains very well positioned to capitalize on the sizable secular opportunity presented by the digitization of the consumer and Artificial Intelligence (AI). As consumers become more digital across every aspect of their daily lives, the need for top-tier consumer experience (CX) platforms only increases, and TASK appears well-positioned to benefit from this dynamic, with a roster of industry leaders and digital disrupters. As well, the increased digitization of the consumer drives demand for its burgeoning content moderation business, while the growth of machine learning and AI are growth drivers for its digital annotation division.

**Upcoming Catalysts**

Potential upcoming catalysts for our earnings estimates and/or the shares of the company would be the following; 1) The release of 2nd quarter earnings, expected in late July or early August, and the potential for management to provide initial guidance or a longer-term financial framework. 2) The announcement of a sizable new customer. 3) The expansion of a relationship with an existing customer or an existing customer seeing an acceleration in their business. 4) An accretive acquisition.

**Risk v. Reward – Upside/Downside Scenarios**

*Base Case*

We arrive at our price target of $35 based on an EV/EBITDA multiple of ~20x and an EV/Sales multiple of ~4.5x on our CY22 estimates, which assumes TASK trades at a premium relative to the broader universe averages. We believe that a slight premium is warranted given the attractive growth profile of TASK, but the premium is somewhat limited at this time due to the risk associated with customer concentration.

Downside risks to our price target include factors that would reduce the outlook or adversely affect the company's reputation or operations, including 1) intensifying competitive pressure, 2) the loss of a large customer, 3) the inability to add enough talent to meet client demand, 4) slower-than-expected adoption of the company's services, 5) a data breach, and 6) a downturn in economic conditions or increased regulation resulting in lower IT spending.

Upside risks to our price target include factors that would lift the outlook for revenue/margin/EPS growth, including 1) a faster than expected recovery in customer spending for TASKs' services/solutions, 2) greater than expected market share gains, 3) the potential for future accretive acquisitions, and 4) greater than expected margin improvements.

*Upside Scenario*

Our upside scenario assumes top-line growth continues in the low 30% range through 2022 along with a slightly faster pace of margin expansion. We would expect this to result in modest multiple expansion (~23x EV/EBITDA and ~5.0x EV/Sales) yielding a price target of around $42.

*Downside Scenario*

Our downside scenario assumes top-line growth slows to the upper-teen's in 2022, along with more pronounced margin degradation as management ramp's investments to re-accelerate growth. This could result in modest multiple compression (~17x EV/EBITDA and ~4.0x EV/Sales) yielding a price target of around $28.

## Company Overview

TaskUs is one of the leading providers of digital customer experience (CX) services globally. They serve as the leading CX partner to many of the world's top technology and digitally native companies. In addition, TASK is one of the top providers of end-to-end content moderation/security services, and they continue to grow their data annotation (i.e. labeling) operations that power Artificial Intelligence/ Machine Learning (AI/ML) training algorithms. The company has ~27,500 team members that serve over 100 clients across a number of large and fast growing industries.

## Investment Highlights

### Investment Positives

**We see a number of secular tailwinds for the company's digital customer experience (CX), content moderation, and data annotation services**

We see a number of industry trends with the potential to drive substantial demand/growth for TASK's horizontal technology offerings over the next 3-5+ years. 1) Across a number of industries, business leaders are finding that digitally enabled customer experiences (CX) are a competitive differentiator. In our opinion, the C-suite is now prioritizing investments to develop digital channels to engage with their customers, and that spending should accelerate for data-driven initiatives that help companies stay ahead of changing customer preferences. 2) Continued growth of social media platforms and the exponential growth in user and advertiser generated content should continue to drive significant demand for TASK's content moderation/trust and security services. Finally, 3) the advancement of Artificial Intelligence / Machine Learning (AI/ML) technologies is expected to drive strong demand for data annotation (i.e. labeling) services given the essential role they play in helping to train AI/ML systems.

**High quality client list across attractive, fast growing "digital economy" verticals**

Since the company's inception, TASK has primarily targeted digitally-native clients in attractive, high-growth verticals such as social media, FinTech, eCommerce and media streaming services. As a result, TASK's has amassed a client list that now includes some leading tech-enabled companies in the world. With many of their clients and end-markets still experiencing rapid growth, TASK should naturally benefit from scaling with their clients, and given the deep domain expertise they have been able to develop across these verticals. TASK remains well positioned to continue adding new customers, in our view.

**Solid revenue visibility given highly recurring client base**

In 2020, over 99% of revenue came from recurring revenue contracts. This stems in part from the fact that TASK typically signs clients to multi-year contracts at the beginning of a new relationship, or when renewing a service agreement. We also assume this reflects the high regard clients have for the company's cutting-edge capabilities, along with the sticky nature of its customer experience services that drive high-quality brand experiences for its clients. These factors have historically led to high client retention rates as seen by TASK's 125% average net revenue retention rate from 2018-2020.

**Long runway for growth by penetrating existing clients and adding new logos**

A majority of revenue still comes from TASK's top 10 (~65-70%) and top 20 customers (~80%). We see TaskUs as well positioned across a number of multi-billion dollar commercial markets, and we believe the company has substantial white space to expand and cross-sell additional services and solutions not only within its top clients, but also across the balance of its large client base. We highlight that TaskUs has a strong track record of sales wins across new and existing clients, with win rates in the ~55-70% range for existing clients and ~40-55% range for new clients. We also look for grow with existing and new clients to be aided by further expansion of their global delivery footprint, which should help cater to a number of multinational clients moving forward.

**Potentially better positioned to maintain gross margin given growth oriented customer base that is focused on the quality of CX services provided rather than price**

As previously discussed, a majority of TASK's clients operate in attractive, high-growth industries where excellent customer and user experiences (CX/UX) are critical not only for customer retention but also growth. We believe customers in these industries remain less price sensitive and therefore more willing to pay a premium for TASK's differentiated digital customer experience services. We also see the potential for less pricing pressure on TASK's gross margin, at least-in the near term, given their

limited exposure to more commoditized, legacy-voice based services (less than 10% of total revenue). We would also expect new specialized services, such as Content Security and AI Operations, to drive an increasing mix of higher value/margin digital services, potentially adding another offset to any increased pricing pressure on TASK's digital customer experience (CX) offerings.

## Investment Risks / Concerns

### Customer Concentration

The company currently has two clients that each contribute more than 10% of revenue, including FaceBook which contributed 35% of revenue in 2019 and 32% of revenue in 2020, and DoorDash which generated 11% of revenue in 2019 and 12% in 2020. In addition, the top 10 and top 20 clients accounted for about 68% and 81% of revenue, respectively in 2020. A loss of any significant customer could potentially have a material impact on the company's revenue growth and profitability in the future.

### The potential for a slowdown in service levels for certain customers that saw an uptick in activity during the COVID-19 pandemic

TASK's digital customer experience (CX) services saw a strong acceleration in demand during 2020, reflecting new client additions, along with increased demand from existing clients. In particular, we believe this was driven by a handful of clients in the video/audio streaming (i.e. Zoom), gaming, and food delivery (i.e. DoorDash) industries which saw a rapid surge in demand during the COVID-19 pandemic for customer support, leading to TaskUs scaling service levels for these clients. As the economy returns to normal, we see the potential for moderating growth rates in service levels for some clients as more people return to in-person work settings, in-restaurant dining, etc.

### Increasing competition

Competition continues to increase in the markets TASK operates, particularly in digital customer experience (CX), where TaskUs faces are a number of multi-national competitors with greater scale, greater financial resources, a broader geographic and delivery footprint, greater technological expertise, and more established industry relationships. This could result in the loss of key clients, loss of market share, and/or pricing pressures in the future. TASK could also face rising pressure for high-skilled/qualified talent to meet client demand.

### Potential shareholder overhang from concentrated voting control and limited float

Following the company's IPO, Blackstone and TASK's two co-founders still maintain a majority control of the company, holding approximately 84% of shares outstanding, and close to 98% of combined voting power. Given the concentrated shareholder base, trading liquidity (float) may remain limited for some time. In addition, we note that all shares offered to the public in connection with the June IPO were subordinate (Class A) shares, with holders of TASK's multiple voting shares (Class B) entitled to a 10:1 voting power.

### Future acquisition and integration challenges

Although 100% of TASK's growth has been organic to-date, the company has signaled their intent to evaluate M&A opportunities in order to expand into higher value services, add new geographies, or add additional technical capabilities. Since the management team does not have significant experience with acquisitions/integration, future M&A efforts could divert company resources or management's attention and may result in other business disruptions. In addition, future acquisitions may not live up to financial expectations, the company could be unable to retain key talent or leadership, or could lose key customers, among other things.

### A potential data breach / disclosure of sensitive or confidential customer data could lead to litigation, fines and reputational damage

A number of TASK's solutions help clients capture, analyze and store customer data. As a result, they are subject to local and national privacy and data security laws. In some circumstances, TASK's contracts have high or unlimited liability for damages resulting from breaches of privacy or data security. In addition, fines can be levied by the government for breaches of consumer data. In the European Union, fines can reach as high as 4% of a company's annual total revenue.

TaskUs, Inc.

Equity Research

## Thoughts on Valuation: Slight Premium is Warranted due to Growth but Limited by Customer Concentration

Our $35 price target implies a EV/EBITDA multiple of about 20x and a EV/Sales multiple of ~4.5x on our CY22 estimates versus peers currently at ~18.0x and ~3.5-4x, respectively. Taking a balanced approach across a wide variety of metrics versus the broader universe, we believe that TASK can support a premium valuation, and note that while TASK is trading at a premium to the broader universe, it is still at a discount to the digital engineering names EPAM, DAVA and GLOB, which we believe could support an argument for some modest expansion in the multiple down the road. However, we believe the likelihood of valuation expansion is modest at this time as elevated customer concentration (top-2 customers are ~45% of revenue) is a risk factor that we believe limits the premium the market would be willing to further award the company. As such, see near-term the upside potential to the story as somewhat limited, and the risk/reward ratio is relatively balanced at this time, leading us to an Equal Weight rating.

IT Service Providers

**IT & BPO Services Universe**
**Summary Valuation**
Senior Analyst - Tim Willi, 314-875-2044, timothy.willi@wellsfargo.com
Associate - Justin Donati, 443-263-6540, justin.donati@wellsfargo.com

| | Symbol | Rating | Price 7/2/21 | 2020 Return | YTD Return | Trade Vol | Mkt Cap | Ent Val | EPS 2021E | EPS 2022E | P/E 2021E | P/E 2022E | PEG 2021E | PEG 2022E | EBITDA 2021E | EBITDA 2022E | EV/EBITDA 2021E | EV/EBITDA 2022E | EV/Revenue 2021E | EV/Revenue 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Global IT & Consulting Services** | | | | | | | | | | | | | | | | | | | | |
| Accenture | ACN | 2 | 304.84 | 24% | 17% | 1,271 | 193,467 | 191,973 | 9.18 | 9.97 | 33.2x | 30.6x | 1.6x | 3.6x | 9,939 | 10,797 | 19.3x | 17.8x | 3.7x | 3.4x |
| Capgemini | CAP-FR | NR | 164.65 | 16% | 30% | 54 | 28,411 | 33,310 | 7.66 | 8.69 | 21.5x | 18.9x | 3.6x | 1.4x | 2,701 | 2,820 | 12.3x | 11.8x | 1.9x | 1.8x |
| Cognizant | CTSH | 1 | 69.61 | 32% | -15% | 2,018 | 36,713 | 35,247 | 3.96 | 4.34 | 17.6x | 16.0x | 1.1x | 1.7x | 3,392 | 3,654 | 10.4x | 9.6x | 2.0x | 1.9x |
| Infosys | INFY | NR | 21.07 | 64% | 24% | 30,191 | 89,585 | 86,332 | 0.68 | 0.77 | 30.8x | 27.2x | 2.0x | 2.1x | 4,098 | 4,578 | 21.1x | 18.9x | 5.7x | 5.0x |
| Tata Consultancy Services Ltd. | 532540-IN | NR | 44.74 | 30% | 14% | 679 | 167,340 | 162,255 | 1.39 | 1.57 | 32.2x | 28.5x | 2.1x | 2.2x | 7,027 | 7,860 | 23.1x | 20.6x | 6.5x | 5.8x |
| | | | *Mean* | 33% | 14% | | | | | | 27.0x | 24.3x | 2.1x | 2.2x | | | 17.2x | 15.7x | 4.0x | 3.6x |
| | | | *Median* | 30% | 17% | | | | | | 30.8x | 27.2x | 2.0x | 2.1x | | | 19.3x | 17.8x | 3.7x | 3.4x |
| **Business Process Outsourcing (BPO) Services** | | | | | | | | | | | | | | | | | | | | |
| Genpact | G | NR | 46.07 | -2% | 11% | 192 | 8,901 | 10,330 | 2.30 | 2.61 | 20.0x | 17.7x | 2.3x | 1.3x | 753 | 818 | 13.7x | 12.6x | 2.6x | 2.4x |
| EXLServices | EXLS | NR | 106.62 | 23% | 25% | 5 | 3,659 | 3,606 | 4.18 | 4.43 | 25.5x | 24.1x | 1.4x | 4.1x | 223 | 236 | 16.2x | 15.3x | 3.4x | 3.1x |
| WNS Holdings | WNS | NR | 81.74 | 9% | 13% | 11 | 4,086 | 3,986 | 3.03 | 3.45 | 27.0x | 23.7x | 3.6x | 1.7x | 213 | 244 | 18.7x | 16.3x | 4.2x | 3.7x |
| | | | *Mean* | 10% | 17% | | | | | | 24.2x | 21.8x | 2.4x | 2.4x | | | 16.2x | 14.7x | 3.4x | 3.1x |
| | | | *Median* | 9% | 13% | | | | | | 25.5x | 23.7x | 2.3x | 1.7x | | | 16.2x | 15.3x | 3.4x | 3.1x |
| **Software Development / Digital Transformation Services** | | | | | | | | | | | | | | | | | | | | |
| Endava PLC | DAVA | NR | 117.23 | 65% | 53% | 6 | 6,706 | 6,661 | 1.87 | 2.26 | 62.6x | 52.0x | 2.0x | 2.5x | 171 | 208 | 39.0x | 32.0x | 9.6x | 7.7x |
| EPAM Systems | EPAM | 1 | 516.28 | 69% | 44% | 17 | 29,004 | 27,657 | 7.74 | 9.32 | 66.7x | 55.4x | 3.0x | 2.7x | 653 | 792 | 42.4x | 34.9x | 8.0x | 6.7x |
| Globant SA | GLOB | NR | 216.11 | 105% | -1% | 9 | 8,894 | 8,793 | 3.39 | 4.08 | 63.7x | 52.9x | 1.7x | 2.6x | 222 | 272 | 39.6x | 32.3x | 7.7x | 6.3x |
| | | | *Mean* | 80% | 32% | | | | | | 64.3x | 53.4x | 2.2x | 2.6x | | | 40.3x | 33.1x | 8.4x | 6.9x |
| | | | *Median* | 69% | 44% | | | | | | 63.7x | 52.9x | 2.0x | 2.6x | | | 39.6x | 32.3x | 8.0x | 6.7x |
| **Customer Experience (CX) Providers** | | | | | | | | | | | | | | | | | | | | |
| Concentrix | CNXC | NR | 164.25 | NA | 66% | 19 | 8,542 | 9,537 | 9.34 | 10.24 | 17.6x | 16.0x | 0.3x | 1.7x | 841 | 915 | 11.3x | 10.4x | NA | 1.6x |
| Teleperformance SE | TEP-FR | NR | 346.70 | 25% | 28% | 6 | 20,358 | 22,575 | 10.44 | 11.86 | 33.2x | 29.2x | 0.4x | 2.1x | 1,371 | 1,505 | 16.5x | 15.0x | 3.4x | 3.1x |
| TELUS International | TIXT | 1 | 31.72 | NA | 27% | 50 | 8,485 | 9,599 | 0.92 | 1.19 | 34.5x | 26.7x | 1.2x | 0.9x | 529 | 636 | 18.1x | 15.1x | 4.4x | 3.8x |
| TTEC Holdings | TTEC | NR | 103.34 | 84% | 42% | 7 | 4,894 | 5,219 | 4.26 | 4.63 | 24.3x | 22.3x | 2.1x | 2.6x | 335 | 370 | 15.6x | 14.1x | 2.4x | 2.2x |
| | | | *Mean* | 54% | 41% | | | | | | 27.4x | 23.6x | 1.0x | 1.8x | | | 15.4x | 13.7x | 3.4x | 2.7x |
| | | | *Median* | 54% | 35% | | | | | | 28.7x | 24.5x | 0.8x | 1.9x | | | 16.0x | 14.5x | 3.4x | 2.7x |
| **Data Annotation Service Providers** | | | | | | | | | | | | | | | | | | | | |
| Appen | APX-AU | NR | 13.61 | 10% | -45% | 163 | 1,694 | 1,641 | 0.48 | 0.59 | 28.2x | 23.1x | NE | 1.0x | 107.38 | 128.03 | 15.3x | 12.8x | 2.8x | 2.5x |
| | Symbol | Rating | Price 7/2/21 | 2020 Return | YTD Return | Trade Vol | Mkt Cap | Ent Val | EPS 2021E | EPS 2022E | P/E 2021E | P/E 2022E | PEG 2021E | PEG 2022E | EBITDA 2021E | EBITDA 2022E | EV/EBITDA 2021E | EV/EBITDA 2022E | EV/Revenue 2021E | EV/Revenue 2022E |
| | | | | | | | | **Mean Across all Groups** | | | 33.7x | 29.0x | 1.9x | 2.1x | | | 20.8x | 18.1x | 4.6x | 3.8x |
| | | | | | | | | **Median Across all Groups** | | | 29.5x | 25.4x | 2.0x | 2.1x | | | 17.3x | 15.2x | 3.7x | 3.3x |
| TaskUs | TASK | 2 | 32.39 | NA | 41% | 121 | 3,151 | 3,309 | 1.21 | 1.12 | 26.8x | 28.9x | 0.3x | NE | 148 | 180 | 22.3x | 18.4x | 5.2x | 4.2x |
| **S&P 500** | **SPX** | | 4,352 | 16% | 16% | | | | | | 23.6x | 20.7x | | | | | | | | |

Source: Company reports, Wells Fargo Securities, LLC estimates and FactSet (consensus estimates co's not under coverage)
*$ in millions, except where stated*
*Capgemini and Teleperformance SE figures are in Euros (EUR), Appen figures are in Australian Dollars (AUD)*
*All Estimates on a calendar year basis*
**Rating:** 1 = Overweight; 2 = Equal Weight; 3 = Underweight; NR = Not Rated; SR = Suspended

TaskUs, Inc.

Equity Research

## Company Overview

TaskUs was founded in 2008 by Bryce Maddock and Jaspar Weir. The company initially provided task-based virtual assistants working form the Philippines. After some time, the company's co-founders recognized a market opportunity and pivoted to helping early stage technology start-ups outsource different functions of their business. At first, TASK handled basic data entry and transcription work, but as they gained the trust of their customers they took on more critical parts of their operations including advanced technical support. Over the years, the company has continued to develop new service offerings, like content security, multi-sided marketplace support, FinTech compliance, and data annotation, among other things.

TASK has also continued to add a number of high quality clients across many attractive, fast growing "digital economy" verticals. As a result, TASK has scaled with many of their clients, and today TASK is one of the leading digital customer experience (CX) providers globally, with over 27,500 team members working from 18 offices across eight countries. As well, TaskUs is also one of the leading providers of end-to-end content moderation/security capabilities and the company continues to grow its data annotation (i.e. labeling) operations that power Artificial Intelligence/Machine Learning (AI/ML) training algorithms.

Exhibit 1 - TaskUs Company History



Source: Company reports

Exhibit 2 - TaskUs Company Snapshot



Source: Company reports

## Business Overview

Today, TaskUs has more than 100 clients across eight targeted markets, including 1) Social Media, 2) E-commerce, 3) Gaming, 4) Streaming Media, 5) Food Delivery & Ride Share, 6) Hi-Tech, 7) FinTech, and 8) HealthTech.

Exhibit 3 - Revenue by Industry (2020)



Source: Company reports

TASK continues to target clients that are part of the rapidly growing "Digital Economy", where enhanced customer and user experiences (CX/UX) have become a competitive differentiator, critical for not only customer acquisition (i.e. growth), but also brand loyalty and customer retention. With a laser focus on digital-centric customers, TaskUs has designed their services and solutions to rapidly scale and benefit from the growth of their customers. That said, to a lesser degree TASK also targets many Fortune 500 companies, where they can help enterprises develop new CX/UX channels to remain relevant in today's digital first world.

### Customer Concentration

In 2019 and 2020, the company had two clients that each accounted for over 10% of revenue. This includes Facebook that accounted for 35% of revenue in 2019 and 32% in 2020, and DoorDash, which generated 12% and 11% of revenue, respectively. TaskUs also has a number of other high-profile clients that include Uber, Netflix, Coinbase, Zoom, and Oscar. As seen in Exhibit 4, the company still generates a majority of revenue from their top 10 and 20 clients.

Exhibit 4 - Top Clients, as a % of Revenue



Source: Company reports and Wells Fargo Securities, LLC

Exhibit 5 - TASK Notable Clients

| Social Media | eCommerce | Entertainment/ Gaiming | Food Delivery & Ride Share | Hi-Tech | FinTech | HealthTech |
|---|---|---|---|---|---|---|
| Facebook | | Netflix | Uber | Zoom | Coinbase | Oscar |
| | | | Doordash | | | |

Source: Company reports and Wells Fargo Securities, LLC

TaskUs, Inc.                                                                                                              Equity Research

### Employees

At the end of March, the company had approximately 27,500 employees, located across 18 delivery sites and 8 countries, with a majority of team members located in the Philippines (~70% of total employees), followed by the U.S. (15%), and India (11%).

Over the past 10+ years, TaskUs has continued to make organic investments to expand its delivery sites, and to access skilled talent pools in a number of geographies. This includes doubling the number of delivery centers since 2017, and expanding operations into five new countries over the same period.

Exhibit 6 - TASK: Delivery Footprint



Source: Company reports

Exhibit 7 - TASK: Employees by Geography



Source: Company reports

In order to scale with many of its rapidly growing customers, TaskUs has had to increase its number of team members at an annualized rate of ~41% from 2017-2020. Exhibit 8 highlights the rapid pace of head count growth over the past three years.

Exhibit 8 - Growth of Total Employees



Source: Company reports and Wells Fargo Securities, LLC

(1) March 2021 Yr/Yr growth rate is off of 2019 base

TaskUs has been successful in the war for talent, thanks in large part to the company's fixation on providing a best in-class culture and employee experience. In an effort to build world-class employee experiences, TASK has designed offices that look and feel like Google campuses, create an environment inspiring environment to work within. In addition, many facilities have on-site child care and workout centers for employees. And in the Philippines, TASK has helped position itself as

an employer of choice, by offering additional benefits, such as scholarship programs to pay for the education of children for any employee that has been with the company for a year or longer.

Managements' commitment to its front line workers across the globe, and the success they've had building and scaling their strong culture is reflected in some of the industry's lowest levels of attrition rates (<15% voluntary attrition in 2020), one of the highest employee net promoter scores (eNPS was 72 in 2020), and one of the highest glassdoor scores (as seen in Exhibit 9). Glassdoor also ranked TaskUs number 40 on their "2019 Best Places to Work" list among U.S. employers.

As an employer of choice, TASK believes this helps drive higher quality work, and in turn higher customer satisfaction levels, along with lower attrition. It also enables the company to recruit additional employees to accommodate growth. This point is made evident by the fact that approximately 38% of new hires in 2020 came from internal referrals.

Outside internal referrals, TaskUs focuses its pipeline for talent around a "provincial strategy" in its offshore markets, meaning the vast majority of their offices and delivery sites are not located in major "Tier 1" cities. TASK believes this strategy offers numerous advantages including 1) less competition for talent, 2) lower cost of living, 3) reduced commute times and 4) favorable incentives with local municipalities. According to the company, these factors contribute to both a superior employee experience along with lower costs.

Exhibit 9 - TASK Glassdoor Rating vs Peers



Source: Company reports

## Services and Solutions

As previously discussed, TaskUs began predominantly as a customer experience (CX) and technical support outsourcing partner for tech-enabled start-ups, but over time they have added additional services and capabilities to meet the growing needs of their clients.

Today, the company's global delivery model focuses on providing three key services: 1) Digital Customer Experience (CX) services and solutions, 2) Content Security, and 3) Artificial Intelligence (AI) Operations. Exhibits 10 and 11 provide a snapshot of TASK's revenue by service offering, along with a look at the growth in revenue by offerings over the last three years.

We examine each of TASK's these service offerings in the section below:

Exhibit 10 - Revenue (%) by Service Offering (2020)



Source: Company reports and Wells Fargo Securities, LLC

Exhibit 11 - Revenue by Service Offering (in $ millions)



Source: Company reports and Wells Fargo Securities, LLC

**Digital Customer Experience (CX)**

TASK offers omni-channel customer care services primarily through digital (non-voice) channels including on-line and in-app, and also through social media platforms. The company's Digital CX services and solutions include: 1) Omni-channel customer care and Technical Support, 2) Customer acquisition services, 3) Consulting/Strategy services, 4) Trust & Safety services, 5) New Product or Market Launch services, and finally 6) Voice of the Customer/Data analytic services.

TASK's digital first strategy allows the company to utilize low-cost, non-voice channels, with 93% of segment revenue from digital or omni-channels. More importantly, the digital nature of the support services allows TASK to automate a greater portion of these interactions, support multiple interactions concurrently and then use support staff based in higher margin offshore markets.

Exhibit 12 - Digital CX Revenue (2020)



Source: Company reports and Wells Fargo Securities, LLC

Over the years, TASK has also built a breath of technology products among its client base, and has gained deeper industry expertise around technical support and complex technical troubleshooting, and today can support the next generation of digital Business-to-Consumer (B2C) and Business-to-Business (B2B) customer experiences.

A great example of the company's deep technology and domain expertise can be seen in their work with on-demand food delivery apps, where a support incident in these three-sided marketplaces (customer + driver + restaurant) may involve messaging with the driver, calling a restaurant, and finally sending a push notification to the end customer.

By performing these complicated, real-time services, TaskUs appears to have earned the right to move up the value chain for their clients.

**Content Security**

Over a decade ago, TaskUs started helping nascent social networks police their website and apps by reviewing and removing any user or advertiser generated content which violates client policies.

As discussed in greater detail later in this report, a growing number of apps and social networks have led to exponential growth of user-generated content and advertising. Combined with increasing regulatory and political pressure on companies to review and remove inappropriate content, more and more companies are turning to outsourcing partners like TaskUs for Content Security services.

At the end of 2020, the company had ~3,800 team members developing and enforcing Content Security policies in several areas including job and commerce postings, political advertising, gaming websites, dating apps, online marketplaces along with social networks. While many believe that content security is about removing violent or other graphic images from platforms, TASK has indicated that this is actually a minority of its business. Instead, the following areas get more of their focus and resources:

1. User Safety/User Generated Content (UGC) moderation for social, gaming, dating, live-streaming and marketplaces

2. Platform integrity where TASK helps ensure platform health by identifying, and mitigating fraud and deceptive practices

3. Business integrity where TASK helps evaluate complex brand and advertising components to ensure compliance, placement & accuracy

4. Content curation which includes the review, research, and data analysis for accuracy, relevance compliance & product quality

**Artificial Intelligence (AI) Operations**

To build effective AI applications, it requires large sets of data that must be annotated by humans. As such, TASK's AI operations primarily involves data labeling, annotation and transcription services for the purpose of training and tuning AI algorithms through the process of machine learning (ML).

TASK's began supporting some of the first AI applications more than a decade ago, by transcribing voicemail messages, but the company has developed more sophisticated and complex tools and solutions. Today the company offers data annotation and labeling services for video, photos, audio, and text. They also offer services around computer vision, natural language processing (NLP), video processing, and sensor processing.

Some real-world applications for TASK's AI Operation services include tracing and tagging objects to be identified by a self-driving vehicle, annotating audio clips and parts of speech to train chatbots, smart speakers and digital assistants, and tagging images of price tags and product placements to teach store-roaming robots to identify out of place products.

While many tech companies currently have in-house teams helping to develop and annotate large data sets, they also rely on flexible outsourced solutions for their data annotation work. As such, TASK believes they have an opportunity to become one of the biggest outsourced provides in this space by 2023.

We also note, that TASK continues to explore strategic M&A targets to help build out their AI Operations.

## Management

**Bryce Maddock**—**CEO & Co-Founder**. Mr. Maddock has served as CEO since 2008. In his role, he leads the company's global operations.

**Jaspar Weir**—**President & Co-Founder**. Mr. Weir has served as President since 2008, and is focused on leading TASK's growth and corporate development.

**Balaji Sekar**—**CFO**. Mr. Sekar has been in his role since joining the company in August 2016. Prior to joining TaskUs, he served as CFO of PatientSafe Solutions from August 2015 to August 2016, and prior to that as CFO of Sutherland Healthcare Solutions from July 2013 to July 2015.

**Jarrod Johnson**—**Chief Customer Officer (CCO)**. Mr. Johnson has held the role as CCO since January 2018, and prior to that he served as Senior Vice President of Business Development from October 2016 through December 2017. He previously held the position of Senior Vice President of Business Development at FacilitySource from 2014 to 2016. Prior to that, he served as Senior Vice President and Group President at Xerox Business Services from 2008 to 2014. He also held multiple positions for over 10 years at IBM.

## Industry Overview

Looking across TASK's three service offerings, management sees an aggregate market opportunity estimated at over $100 billion.

More importantly, in our view, each of the company's horizontal markets continue to experience strong demand, fueled by a number of emerging secular trends that we expect will continue to drive robust double-digit growth over the next 2-3+ years. By comparison, Gartner has projected worldwide spending on IT services to continue growing at about 4-5% on an annualized basis from 2019 to 2024.

Exhibit 13 - TASK's Market Opportunity



**Projected Market Growth CAGRs**

Sources: Everest Group (Digital CX and Content Security); IDC, *Worldwide Artificial Intelligence Services Forecast, 4 year CAGR from 2020-2024*, August 2020 (AI Services).

**A brief overview of the market for Digital Customer Experience**

Based on industry data from IDC, Gartner and Everest Group, TASK estimates the market for customer care outsourcing services is around $75 to $80 billion, growing roughly 4%, with demand driven by an increasing complexity of customer interactions and from growth in new digital channels. While a sizable portion of this market consists of traditional "voice-based" services, TASK focuses primarily on digitally enabled CX solutions, supporting customer across multiple channels.

Given the rising importance of digital CX solutions, industry advisory Everest Group estimates that the market for digital CX services is expected to grow at a 20-25% annualized rate from 2018 to 2021, substantially faster than traditional "voice- based" customer care services.

**A brief overview of the market for Content Security**

While the market for outsourced content security/moderation solutions remains nascent (~$5 billion), the market continues to expand rapidly, driven by the exponential growth of user-generated content across many social media platforms. Combined with increasing regulatory and political pressure on companies to review and remove inappropriate content, more and more companies are turning to outsourcing partners like TaskUs for Content Security Services.

Based on these trends, Everest Group estimates that the market for Content Security will grow at an annualized rate of 40-50% from 2016 to 2021.

**A brief overview of the market for Data Annotation services**

Demand for data annotation services is likely to continue growing rapidly, in our view, based on increased adoption of Artificial Intelligence (AI) and Machine Learning (ML) algorithms and tools by enterprises globally.

Given current estimates by IDC for total spending on AI technologies to reach approximately $37 to $38 billion by 2024, growing ~20% on an annualized basis (from $18.4 billion in 2018), we think it is reasonable to expect spending on data annotation services to grow roughly in-line with the broader market for AI technologies.

**TaskUs also sits at the intersection of a number of attractive "Digital Economy" verticals**

In addition to having a number in-demand technology offerings, TaskUs also sits at the intersection of a number of attractive verticals in the "Digital Economy". These particular verticals have growth

at roughly 4x the rate of overall U.S. economic growth over the last 10+ years, and growth across its targeted end-markets is expected to remain well above average.

Exhibit 14 - Projected Growth across TASK's Targeted Markets



*The vertical markets we prioritize are projected to grow at an unweighted average CAGR of 18% from 2019 to 2023.*

### Projected Market Growth CAGR 2019 - 2023

Sources: The Business Research Company; TechSci Research; Technavio; Allied Market Research; and eMarketer.

## A Quick Look at the Competition

TaskUs competes across a large and fragmented market. In addition to in-house technology and customer experience (CX) teams, TASK list the following group of competitors.

**Next-gen/Digital customer experience (CX) outsourcers**

- 24/7 Intouch
- TDCX (formerly Teledirect)
- TELUS International (TIXT)
- Webhelp
- Appen (APX-ASX) — Specializes in data annotation services

**Traditional call center providers:**

- Teleperformance S.A. (TEP-PAR)
- TTEC Holdings (TTEC)
- Sutherland Global Services
- VXI Global

**Technology service firms with outsourcing offerings:**

- Accenture (ACN)
- Cognizant (CTSH)
- Genpact (G)
- Tata Consultancy Services

Based on our conversations with management, along with other industry participants, we believe TASK's primary competitors in the digital customer experience (CX) market are TDCX, Teleperformance and TELUS International (TIXT). In the Content Security market, it is our understanding that TASK primarily competes with Accenture (ACN) and Genpact (G). Finally, in AI Operations, we understand the two primary competitors for data annotation outsourcing services are Lionbridge AI (recently acquired by TIXT) and ScaleAI.

## Overview of Revenue/Model Drivers

**Client Retention and Grow with Current Clients**

Historically, client retention has remained a key component of the revenue and profitability model for TaskUs as they generate a majority of annual revenue from existing clients. Not only is this an important factor in driving a highly recurring base of revenue (~99% of revenue came from recurring revenue contracts in 2020), but more so, the company's ability to continually expand volumes and services within its existing customers.

**Exhibit 15 - Net Revenue Retention (NRR)**



Source: Company reports and Wells Fargo Securities, LLC

Without COVID impacted clients, the NRR would have been approximately 126% in 2020

With regard to growth with existing clients, TASK has been the beneficiary of increased outsourcing volumes and incremental revenue opportunities as their clients have scaled rapidly, and looked to TaskUs for additional outsourcing services so that they could focus on their core businesses. As a point of reference, between 2017 and 2020, TaskUs clients with publicly disclosed financials grew their revenue at an estimated unweighted average rate of 40% per year, while TaskUS achieved an annualized growth rate of 60% over the same period, reflecting in part growth from existing clients in addition to adding new logos.

**Extending solutions with current clients**

TaskUs has continued to build out highly complementary services and solutions, such as process automation, along with consultative and domain expertise in an effort to further expand their value proposition to clients. In addition, they have also developed new adjacent services in the areas of Content Security and AI Operations. Services such as Content Security, grew at an annualized rate of 157% between 2017 and 2020.

Management continues to see a significant opportunity to enhance uptake of current services in addition to cross-selling newly developed services into their existing client base, and we believe that an increased focus on account management and really digging into understanding their clients and their business strategies will elevate the chances of winning additional business from existing customers. Currently, across TASK's top 10 customers, 8 utilize at least two of TASK's core service offerings. Management has noted they continue to see attractive demand for services like data analytics, learning experience design, fraud prevention, along with vertical specific services like Know Your Customer (KYC) and Anti-Money Laundering (AML) services in their FinTech vertical.

**Adding New Logos**

TaskUs remains well-positioned in a number of large, and rapidly growing commercial markets, and with only about 100 current clients, management sees sizable opportunities to add new clients in the on-line gaming, hi-tech, and media streaming markets moving forward. In addition, TaskUs has

opportunities to add some Fortune 500 clients, where TaskUs can help these clients stay relevant through their own digital transformations.

Overall, the company has maintained strong win rates and new client additions over the last three years. We highlight some key sales highlights below in Exhibit 16.

Exhibit 16 - New Client Sales Highlights (2018-2020)



\* Deal duration reflects the number of days between the creation of an opportunity in our opportunity management system and when a contract is signed.

Source: Company reports

**Expanding Geographically**

Over the past 10+ years, TaskUs has continued to make organic investments to expand its delivery sites and to access skilled talent polls in a number of geographies. This includes doubling its number of delivery centers since 2017, and expanding operations into 5 new countries over the same period.

In some cases, TASK's geographic expansion has been driven by specific client requests, as the number of clients working with TaskUs in multiple geographies has doubled from 2017 to 2020. That said, the company plans to continue expanding its global presence and multilingual capabilities to drive growth with both existing and new clients, and the company sees a good amount of pent-up demand for their services outside existing locations that could lead to meaningful growth as they continue to expand their footprint.

Exhibit 17 - TaskUs Geographic Expansion (2017-2020)



Source: Company reports

**Pursuing Opportunistic M&A**

Although 100% of TASK's growth has been organic to-date, the company has signaled that they intend to evaluate M&A opportunities to 1) expand into higher value services, 2) add new geographies, or 3) add additional technical capabilities to increase delivery effectiveness or to expand to more premium services and end-markets such as anti-money laundering, data and analytics and fraud detection platforms. While embarking on an M&A strategy does present risks, we believe that TASK has built out the financial and operational infrastructure to allow them to begin to build an M&A pipeline and ultimately integrate transactions, that should help reduce deal driven risk.

## Balance Sheet

At the end of March 2021, TaskUs had a cash balance of $135.5 million, compared to $107.7 million at the end of 2020 and $37.5 million at the end of 2019. Total debt outstanding as of March 31 was $243.6 million, down slightly from $244.8 million at the end of 2020, but up slightly from $207.3 million at the end of 2019. This brings net debt at the end of March to $108.1 million, or ~0.8x of trailing-twelve-month (TTM) adjusted EBITDA.

**Impact of recent common stock offering**

On June 10, TASK priced a ~$304 million common stock offering, consisting of approximately $121 million of net proceeds to the company (after fees, etc.), with the remainder of the proceeds going to selling shareholders. TASK subsequently used the net proceeds from the offering, together with cash on hand, to satisfy payments for vested phantom shares (along with deferred dividend payments to the vested phantom shares) that became due upon the completion of the company's IPO.

Based on a June 10 company filing, management expected pro forma cash to be about $78.8 million, while total debt was expected to remain unchanged from the end of March. This would bring pro-forma financial leverage (net debt/TTM adjusted EBITDA) to ~1.3x.

## Financial Review and Estimates

### Revenue

In 2019 and 2020, TASK's revenue grew 41% and 33%, respectively.

Revenue Growth by Service Offerings

During 2020, TASK's Digital Customer Experience and Content Security services contributed approximately 26pts and 7pts, respectively, of the total 33% increase in revenue over the prior year.

Exhibit 18 - Revenue by Service Offering (in $ millions)



Source: Company reports

Exhibit 19 - Revenue Growth by Service Offering (Yr/Yr)



Source: Company reports

TASK's Digital Customer Experience (CX) services have grown at a 46% annualized rate from 2017 to 2020. In 2020, revenue from Digital Customer Experience (CX) services also grew 46% to $300.4 million, reflecting an acceleration in growth compared to 23% in 2019. The step-up in demand during 2020 reflected new client additions, along with increased demand from existing clients. In particular, we believe this was driven by a handful of clients in the video/audio streaming (i.e., Zoom, Netflix, etc.), gaming, and food delivery (i.e., DoorDash) industries which saw a strong surge in demand during the COVID-19 pandemic, leading to TaskUs scaling support levels for these clients.

In addition, TaskUs continued to see solid growth in Content Security services, growing 22% to $127.7 million in 2020. Content Security grew 95% in 2019 and over 600% in 2018, given growth off a small base. From 2017 to 2020, the Content Security business has grown at an annualized rate of 157%.

TaskUs, Inc.

Equity Research

The company's AI Operations experienced growth of 2% during 2020 to $50.0 million. This represented a deceleration from the prior year (+47% in 2019), in part given a tough year-over-year compare, and due to a reduction in volumes from clients that were temporarily impacted by the COVID-19 pandemic. From 2017 to 2020, TASK's AI Operations have grown at an annualized rate of 59%.

Revenue by Client Cohort

As previously mentioned, TASK's revenue grew 41% in 2019 and 33% in 2020. Volumes and services to the existing client base expanded 5% in 2019 and 15% in 2020. Growth was supplemented by revenue from clients added in the previous year (ramp up of clients in their second year) which grew 87% in 2019 and 50% in 2020. Revenue also benefited from new clients additions, which contributed 6% to total revenue in 2019 and 13% in 2020.

**2021E Revenue**

Our revenue estimate for 2021 is $633.8 million (+33%). We are modeling our revenue estimates across TASK's three client cohorts: 1) revenue from existing clients, 2) revenue from the ramp-up of clients added in the previous year, and 3) new client additions.

Exhibit 20 - TaskUS Revenue and Growth (2017-2023E)



Source: Company reports and Wells Fargo Securities, LLC estimates

Revenue from existing clients

For 2021, we are forecasting revenue from existing clients to grow approximately 14% or $58.3 million on an existing revenue base of $416.3 million. This reflects a slight moderation from the 15% growth experienced during 2020. Our thought process is driven in part by an expectation that some larger customers in the video/audio streaming (i.e. Zoom), gaming, and food delivery (i.e. DoorDash) industries that saw a surge in volumes in 2020 may see some moderation in growth. This is partially offset by a rebound in service levels from customers in the travel/hospitality, and ride-sharing industries, among others, that experienced greater business disruptions during the COVID-19 pandemic, but should see a pickup in demand as the economy re-opens.

Revenue from the ramp-up of clients added in the previous year

Following the addition of 39 new clients in 2020 (up from 27 in 2019 and 24 in 2018), we are projecting revenue from clients added in the prior year to contribute $105.0 million in 2021 (+70% compared to $61.8 million of revenue contribution from these clients in 2020). During 2020, the clients in their second year with TASK grew service revenues by 50%.

**Equity Research**

<u>Revenue from new clients added in the current year</u>

We are currently projecting new clients added in 2021 to contribute roughly $54.3 million or about 9% of revenue. New clients contributed $61.8 million or 13% of revenue in 2020 and $20.2 million or 6% of revenue in 2019.

Exhibit 21 - Task Revenue Build (in $ millions)



Source: Company reports and Wells Fargo Securities, LLC estimates

Exhibit 22 - Revenue Growth (Yr/Yr) by Client Cohort



Source: Company reports and Wells Fargo Securities, LLC estimates

Year-over-Year growth from the ramp-up of clients added in the previous year removes the impact of Q4 revenue on the next year

**2022E-2023E Revenue**

As shown in Exhibits 21 and 22, for 2022 and 2023 we expect revenue from existing clients to grow about 9% each year. We also expect growth from the ramp-up of clients added in the previous year to moderate slightly, to 65% in each year. Finally, we expect new clients to contribute 9% to revenue in both years.

Based on these assumptions, our revenue estimate for 2022 is $789.4 million (+25%), and for 2023 our revenue estimate is $989.2 million (+25%). Our revenue estimates assume no acquisitions at this time, but we not that future company actions could result in upside to our revenue estimates.

**Adjusted EBITDA -** (excludes future stock-based compensation and other one-time expenses)

Adjusted EBITDA expanded 30% in 2019 to $74.2 million (20.6% margin, -180bps) and increased 44% in 2020 to $106.9 million (22.4% margin, +180bps). In both years, gross margin was pressured by ongoing investments to add additional team members, fill leadership roles, and bring on new sales-related hires. However, the primary headwind to gross margin over the past several years has been a greater mix of delivery from lower-margin onshore centers, particularly in the U.S (as opposed to offshore delivery from the Philippines and India).

It is our understanding that the added U.S. delivery mix has been driven by the ongoing service needs of one of TASK's largest clients. Ultimately, the added U.S. delivery capacity has resulted in service revenues from the U.S. expanding from ~7% of global service revenue in 2017 to ~29% in 2018 and 37% in 2019. This change in geographic delivery mix largely explains the ~390bp decline in gross margin in during 2019. That being said, the U.S. service mix stabilized at around 36% of global revenue in 2020, creating less of a drag on gross margin over the last year.

Management was able to partially offset pressure on gross margin in 2019 through operating efficiencies, with SG&A as a percentage of revenue down to 25.2% in 2019 (vs 31.0% in 2018). Ongoing SG&A improvements from increased scale and other cost optimization initiatives continued

TaskUs, Inc.                                                                                            Equity Research

to improve SG&A as a percentage of revenue to 23.7% in 2020, and helped to fully offset gross margin pressure during 2020.

Exhibit 23 - Adjusted EBITDA and Margin (2017-2023E)



Source: Company reports and Wells Fargo Securities, LLC estimates

### 2021E Adjusted EBITDA

For 2021, we expect adjusted EBITDA will increase 39% to $148.1 million (23.4% margin, +100bps). While we expect the company to continue re-investing for growth, we anticipate gross margin declines will moderate relative to the past few years, as the geographic mix of delivery is expected remain around 1/3 U.S and ~2/3 from lower-cost offshore locations. Assuming this mix is maintained, it should have a minimal impact gross margin going forward. Combined with our strong revenue growth outlook, we look for additional SG&A scale efficiencies and further cost optimization initiatives to also aid Adj.EBITDA margin expansion in 2021.

### 2022E-2023E Adjusted EBITDA

For 2022, we estimate adjusted EBITDA will grow 22% to $180.3 million (22.8% margin, -60bps). Our anticipated drop in adjusted EBITDA margin reflects in part, 1) a tough year-over-year compare following strong Q1 2021 performance (Q1 Adj. EBITDA margin was 25.9%), 2) the expectation for incremental investments in digital technologies and offerings (as a percentage of revenue), along 3) a full year of added public company costs (vs ~7months in 2021) that should weigh on year-over-year margin comparisons. Again, we look for SG&A efficiencies, operating leverage, and an increasing mix of higher margin services to offset some of these margin headwinds in 2022.

For 2023, we estimate adjusted EBITDA will grow 26% to $227.5 million (23.0% margin, +20bps). We expect TASK to return to a more normal pace of margin expansion driven by a combination of our strong revenue growth outlook, relatively flattish gross margin, and further SG&A scale efficiencies.

**Over the medium to long term, we see the following as potential margin tailwinds/headwinds:**

- **Gross margin improvement through** an increasing mix of higher value services (digital, content moderation, AI Operations), efficiencies of scale, further optimization of seat turns/utilization and productivity gains from automation initiatives
- **SG&A improvements** (as a percent of revenue) through continuing to lower attrition and reduce recruiting/training costs, continuing to move delivery sites to tier 2/3 cities, leveraging a global shared services model, and from leveraging scale efficiencies.
- SG&A savings are to be **partially offset by continued investments** in sales and marketing, developing new solutions/services to drive top line growth and from building out additional delivery centers and a geographic footprint.

### Interest Expense

Interest expense was $9.3 million in 2019 and $7.5 million in 2020. Given that a majority of the proceeds from the recent IPO are expected to be used to retire phantom vested shares, we expect only a modest amount to be directed toward repaying outstanding debt.

### 2021E-2023E Interest Expense

Based on our expectation for the company to prioritize cash flow toward growth-related investments, at least in the near-term, we expect debt to remain relatively unchanged over the next few years. As such, our interest expense estimates are $7.0 million in 2021, $7.2 million in 2022, and $7.2 million in 2023.

### Tax Rate

TASK's GAAP-based tax rate was 22.3% in 2020. In connection with the IPO, we expect the company will see a material tax benefit in 2021 as the company uses the proceeds to retire phantom and vested stock-based compensation awards. As a result, we estimate the company's GAAP tax rate may turn out to be around -19% in 2021.

On a normalized basis, we expect the company's GAAP tax rate to be around 23%-24%. Our estimated tax rate is 24.0% in 2022 and 23.7% in 2023.

### Adjusted Net Income and Adjusted EPS

### 2021E-2023E Adjusted Net Income

Based on our outlook for strong revenue growth, and additional Adj. EBITDA margin expansion, this drives our Adj.Net income estimate of $126.7 million in 2021 (+83%).

While we anticipate strong revenue and adjusted EBITDA growth in 2022, given the material tax benefit expected in 2021, we forecast Adj.Net Income to decline slightly to $118.5 million (-6%) in 2022.

Our Adj.Net Income estimate for 2023 is $150.2 million (+27%).

Exhibit 24 - TaskUs Adjusted Net Income (2017-2023E)



Source: Company reports and Wells Fargo Securities, LLC estimates

Drop in 2022E Net Income estimates reflects tax benefit from vesting of stock options in 2021E

### 2021E-2023E Adjusted EPS

Following the company's IPO in June, we estimate TaskUs has an average diluted share count of approximately 104.1 million. We are currently modeling a modest increase in the share count over our forecast horizon. This brings our 2021 average diluted share count estimate to 104.5 million.

TaskUs, Inc.                                                                                    Equity Research

Our 2022 and 2023 average diluted share count estimates are 105.4 million and 106.4 million, respectively.

As such, our Adj. EPS estimate for 2021 is $1.21 (+82%).

Our Adj. EPS estimates for 2022 and 2023 are $1.12 (-7%) and $1.41 (+26%), respectively.

**Exhibit 25 - TaskUs Adjusted EPS (2017-2023E)**



Source: Company reports and Wells Fargo Securities, LLC estimates

Drop in 2022E EPS estimates reflects tax benefit from vesting of stock options in 2021E

**Cash Flow and Capital Allocation**

As shown in Exhibit 26, TaskUS has historically used a sizable portion of operating cash flow (40-50%) for capital expenditures that fund internal growth investments. Periodically, TaskUs will also use operating cash flow along with additional sources of financing for dividend distributions to principal shareholders.

During 2019, the company made a one-time cash distribution to TASK's principal shareholder (Blackstone) for $135.0 million. And again in April 2021, the board of directors declared a cash dividend in the amount of $50.0 million to Blackstone.

Given the company continues to prioritize growth investments, TASK does not pay a regular dividend, and management has signaled that it does not intend to in the foreseeable future.

While the company has not historically been acquisitive, the company has developed an M&A framework, and going forward acquisitions remain one pillar of management's growth strategy. Given capital expenditures take up a sizable portion of operating cash flow, we expect the company would have to take on debt to fund large acquisitions.

That said, with post-IPO net-debt/EBITDA of ~1.3x, we see ample financial flexibility for TASK to make accretive acquisitions. As such, we do not look for the company to prioritize cash flow to repay outstanding debt at this time.

IT Service Providers

Equity Research

Exhibit 26 - Historical Uses of Operating Cash Flow



Source: Company reports and Wells Fargo Securities, LLC

TaskUs, Inc.    Equity Research

# Financials

**TaskUs (TASK)**
**Annual / Quarterly Earnings Model - Non-GAAP**
Wells Fargo Securities, LLC
**Tim Willi** - Analyst, 314-875-2044, timothy.willi@wellsfargo.com
**Justin Donati, CFA** - Associate, 443-263-6540, justin.donati@wellsfargo.com

| $ in millions, except per share | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 1Q21 | 2Q21E | 3Q21E | 4Q21E | 2021E | 1Q22E | 2Q22E | 3Q22E | 4Q22E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | $359.7 | $102.4 | $114.4 | $122.4 | $138.8 | $478.0 | $152.9 | $159.7 | $159.7 | $161.5 | $633.8 | $175.2 | $195.8 | $206.0 | $212.3 | $789.4 | $989.2 |
| Cost of Services | 194.8 | 61.8 | 64.1 | 65.4 | 79.2 | 270.5 | 88.0 | 92.2 | 91.4 | 91.9 | 363.4 | 99.5 | 110.4 | 115.2 | 119.3 | 444.5 | 556.9 |
| **Gross Profit** | 164.9 | 40.6 | 50.3 | 57.0 | 59.6 | 207.5 | 64.8 | 67.6 | 68.4 | 69.6 | 270.4 | 75.7 | 85.4 | 90.9 | 93.0 | 344.9 | 432.3 |
| Stock based compensation | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.2 | 6.4 | 6.5 | 16.0 | 7.0 | 7.8 | 8.2 | 8.5 | 31.6 | 39.6 |
| General and administrative | 90.6 | 25.7 | 25.7 | 32.2 | 29.9 | 113.5 | 31.5 | 35.9 | 35.0 | 35.4 | 137.8 | 37.1 | 40.8 | 43.1 | 43.6 | 164.6 | 204.8 |
| **Total SG&A Expenses** | 90.6 | 25.7 | 25.7 | 32.2 | 29.9 | 113.5 | 31.5 | 39.1 | 41.4 | 41.8 | 153.8 | 44.1 | 48.6 | 51.3 | 52.1 | 196.2 | 244.3 |
| **EBITDA** | 74.3 | 14.9 | 24.6 | 24.9 | 29.7 | 94.0 | 33.3 | 28.4 | 27.0 | 27.8 | 116.5 | 31.6 | 36.7 | 39.6 | 40.9 | 148.8 | 188.0 |
| **Adj. EBITDA (excl. share comp/restructuring/earnout)** | $74.2 | $17.5 | $26.4 | $30.1 | $32.9 | $106.9 | $39.5 | $36.8 | $35.6 | $36.1 | $148.1 | $38.6 | $44.5 | $47.8 | $49.4 | $180.3 | $227.5 |
| Depreciation | 16.3 | 4.7 | 5.8 | 3.7 | 5.9 | 20.2 | 6.2 | 6.7 | 6.7 | 6.8 | 26.4 | 7.4 | 8.2 | 8.7 | 8.9 | 33.2 | 41.5 |
| Amortization of intangible assets | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 18.8 |
| Other operating expenses | 2.2 | (0.0) | 3.6 | 0.2 | 1.0 | 4.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Operating Profit** | 36.9 | 5.5 | 10.5 | 16.3 | 18.1 | 50.3 | 22.4 | 17.0 | 15.6 | 16.3 | 71.3 | 19.6 | 23.8 | 26.2 | 27.3 | 96.8 | 127.6 |
| Other (Income) Expense | (2.0) | 1.4 | (1.1) | 0.6 | (2.5) | (1.6) | 0.8 | 0.0 | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest expense (income) | 9.3 | 2.2 | 2.0 | 1.6 | 1.6 | 7.5 | 1.6 | 1.8 | 1.8 | 1.8 | 7.0 | 1.8 | 1.8 | 1.8 | 1.8 | 7.2 | 7.2 |
| Pre-tax Profit | 29.5 | 1.9 | 9.6 | 14.0 | 18.9 | 44.4 | 20.1 | 15.2 | 13.8 | 14.5 | 63.6 | 17.8 | 22.0 | 24.4 | 25.5 | 89.6 | 120.4 |
| Provision for income taxes | (4.4) | 0.3 | 1.6 | 2.6 | 5.4 | 9.9 | 3.6 | (8.5) | (3.5) | (3.6) | (12.0) | 5.0 | 5.4 | 5.4 | 5.7 | 21.5 | 28.5 |
| Net Profit - GAAP | 33.9 | 1.5 | 8.0 | 11.5 | 13.6 | 34.5 | 16.5 | 23.7 | 17.3 | 18.1 | 75.5 | 12.7 | 16.6 | 19.0 | 19.8 | 68.1 | 91.9 |
| **Non-IFRS Adjustements** | | | | | | | | | | | | | | | | | |
| Transaciton expenses | 0.0 | 0.0 | 0.0 | 0.4 | 0.5 | 0.9 | 3.3 | 2.5 | 0.0 | 0.0 | 5.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Amortization of Intangible Assets | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 18.8 |
| Restructuring & Other One-Time Charges | 2.0 | 2.5 | 1.8 | 4.9 | 2.7 | 11.9 | 2.8 | 2.7 | 2.2 | 1.9 | 9.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Stock Based Compensation | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.2 | 6.4 | 6.5 | 16.0 | 7.0 | 7.8 | 8.2 | 8.5 | 31.6 | 39.6 |
| Contingent consideration | 0.0 | 0.0 | 3.6 | 0.0 | 0.0 | 3.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Foreign Currency Losses (Gains) | (2.0) | 1.4 | (1.1) | 0.6 | (2.4) | (1.5) | 0.8 | 0.0 | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Loss (Gain) on Disposal of Assets | 2.2 | (0.0) | 0.0 | 0.2 | 1.0 | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| O her | (2.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tax benefit from transaction related costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tax benefit from o her adjustments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Adjusted Net Profit** | $53.0 | $10.2 | $17.0 | $22.2 | $20.0 | $69.4 | $28.2 | $36.8 | $30.5 | $31.1 | $126.7 | $24.4 | $29.1 | $32.0 | $33.0 | $118.5 | $150.2 |
| **EPS - Diluted (GAAP)** | | | | | | $0.33 | $0.16 | $0.23 | $0.16 | $0.17 | $0.72 | $0.12 | $0.16 | $0.18 | $0.19 | $0.65 | $0.86 |
| **EPS - Diluted (Non-IFRS)** | | | | | | $0.67 | $0.27 | $0.35 | $0.29 | $0.30 | $1.21 | $0.23 | $0.28 | $0.30 | $0.31 | $1.12 | $1.41 |
| Average Diluted Shares Outstanding | | | | | | 104.1 | 104.1 | 104.4 | 104.7 | 105.0 | 104.5 | 105.4 | 105.0 | 105.9 | 105.4 | 105.4 | 106.4 |
| GAAP tax rate | (14.9%) | 18.3% | 16.9% | 18.3% | 28.3% | 22.3% | 17.7% | (55.7%) | (25.2%) | (24.7%) | (18.8%) | 28.4% | 24.5% | 22.1% | 22.3% | 24.0% | 23.7% |
| Effective tax rate | (9.1%) | 3.2% | 8.8% | 10.3% | 21.1% | 12.5% | 11.2% | (29.9%) | (12.8%) | (13.0%) | (10.4%) | 17.1% | 15.6% | 14.4% | 14.7% | 15.4% | 16.0% |
| **Yr/Yr Change** | | | | | | | | | | | | | | | | | |
| Total revenue | | | | | | 32.9% | 49.2% | 39.6% | 30.5% | 16.4% | 32.6% | 14.6% | 22.6% | 29.0% | 31.5% | 24.5% | 25.3% |
| Cost of services | | | | | | 38.9% | 42.5% | 43.7% | 39.7% | 16.0% | 34.4% | 13.1% | 19.8% | 26.1% | 29.9% | 22.3% | 25.3% |
| Gross profit | | | | | | 25.9% | 59.5% | 34.4% | 19.8% | 16.8% | 30.3% | 16.8% | 26.3% | 32.9% | 33.6% | 27.6% | 25.3% |
| SG&A expenses | | | | | | 25.3% | 22.4% | 52.2% | 28.5% | 39.9% | 35.5% | 39.9% | 24.3% | 24.0% | 24.6% | 27.5% | 24.6% |
| EBITDA | | | | | | 26.6% | 123.6% | 15.8% | 8.6% | (6.4%) | 24.0% | (5.1%) | 29.1% | 46.5% | 47.2% | 27.7% | 26.3% |
| Adjusted EBITDA | | | | | | 44.0% | 126.5% | 39.6% | 18.1% | 9.7% | 38.5% | (2.3%) | 20.9% | 34.3% | 36.6% | 21.8% | 26.2% |
| Operating profit - (GAAP) | | | | | | 36.5% | 307.8% | 62.8% | (4.4%) | (9.9%) | 41.7% | (12.6%) | 39.7% | 68.1% | 67.3% | 35.8% | 31.8% |
| Pre-tax profit | | | | | | 50.4% | 982.5% | 58.0% | (1.7%) | (23.3%) | 43.1% | (11.4%) | 44.4% | 77.0% | 75.6% | 41.0% | 34.4% |
| Net profit | | | | | | 1.8% | 989.8% | 196.0% | 50.6% | 33.4% | 118.8% | (22.9%) | (30.0%) | 10.2% | 9.4% | (9.8%) | 34.9% |
| Adjusted Net profit | | | | | | 30.9% | 177.5% | 116.9% | 37.5% | 55.5% | 82.6% | (13.3%) | (20.8%) | 4.6% | 5.9% | (6.5%) | 26.8% |
| EPS - (GAAP) | | | | | | | | | | | 117.8% | (23.9%) | (30.4%) | 8.9% | 9.0% | (10.6%) | 33.6% |
| EPS - (Non-GAAP) | | | | | | | | | | | 81.8% | (14.5%) | (21.3%) | 3.4% | 5.5% | (7.3%) | 25.6% |
| **% of Total Revenue** | | | | | | | | | | | | | | | | | |
| Cost of services | | | | | | 56.6% | 57.6% | 57.7% | 57.2% | 56.9% | 57.3% | 56.8% | 56.4% | 55.9% | 56.2% | 56.3% | 56.3% |
| Gross profit | | | | | | 43.4% | 42.4% | 42.3% | 42.8% | 43.1% | 42.7% | 43.2% | 43.6% | 44.1% | 43.8% | 43.7% | 43.7% |
| SG&A expenses | | | | | | 23.7% | 20.6% | 24.5% | 25.9% | 25.9% | 24.3% | 25.2% | 24.9% | 24.9% | 24.6% | 24.8% | 24.7% |
| EBITDA | | | | | | 19.7% | 21.8% | 17.8% | 16.9% | 17.2% | 18.4% | 18.1% | 18.8% | 19.2% | 19.3% | 18.8% | 19.0% |
| Adjusted EBITDA | | | | | | 22.4% | 25.9% | 23.1% | 22.3% | 22.4% | 23.4% | 22.1% | 22.8% | 23.2% | 23.3% | 22.8% | 23.0% |
| Depreciation and amortization | | | | | | 8.2% | 7.1% | 7.1% | 7.1% | 7.1% | 7.1% | 6.9% | 6.6% | 6.5% | 6.4% | 6.6% | 6.1% |
| Operating profit - (GAAP) | | | | | | 10.5% | 14.7% | 10.7% | 9.8% | 10.1% | 11.2% | 11.2% | 12.1% | 12.7% | 12.8% | 12.3% | 12.9% |
| Pre-tax profit | | | | | | 9.3% | 13.1% | 9.5% | 8.6% | 9.0% | 10.0% | 10.1% | 11.2% | 11.8% | 12.0% | 11.4% | 12.2% |
| Net profit | | | | | | 7.2% | 10.8% | 14.8% | 10.8% | 11.2% | 11.9% | 7.3% | 8.5% | 9.2% | 9.3% | 8.6% | 9.3% |
| Adjusted Net profit | | | | | | 14.5% | 18.4% | 23.0% | 19.1% | 19.3% | 20.0% | 13.9% | 14.9% | 15.5% | 15.5% | 15.0% | 15.2% |

Source: Company data and Wells Fargo Securities, LLC estimates

## Price Target Basis and Risk

### Price Target for ACN: $300.00

Our $300 target price is ~30x our CY22E EPS estimate. Our view balances the strong positioning as the global IT services leader, compelling free cash flow characteristics, and shareholder return history against valuation that is now back near peak levels on a variety of valuation metrics, so potentially limiting the upside to valuations from this point, as well as the price of the shares.

### Risk for ACN

The primary upside risk to our price target is the potential for a faster than expected recovery in IT spending, which could result in revenue growth above our current estimates. Downside risks to our price target are continued COVID-19 related business disruptions that may lead to a slower-than-expected economic recovery. This could continue to weigh on ~30% of ACN's revenue tied to more discretionary, strategy & consulting services. We also see the potential for intensified competitive pressure, especially around digital.

### Price Target for CTSH: $92.00

Our $92 price target is ~21x our 2022E EPS estimate, but is still at a 4-10 multiple discount to peers, giving us confidence that there is upside potential in the name and we are being conservative in our assumptions.

### Risk for CTSH

Risks include the loss of a major customer, intensified pricing pressure from competitors, along with continued COVID-19 related business disruptions that could lead to a slower-than-expected economic recovery, which could be negative for new business signings.

### Price Target for EPAM: $510.00

Our Price Target of $510 is ~6.5x our CY22E revenue estimate, in-line with EPAM's two digital-centric comps.

### Risk for EPAM

Risks to our target price/estimates include intensifying competitive pressure, the vast majority of EPAM's delivery centers are in less politically stable Eastern European locations, and continued COVID-19 related business disruptions that may lead to a slower-than-expected economic recovery.

### Price Target for TIXT: $37.00

**We arrive at a price target of $37 based on an EV-to-2022E Adj.EBITDA multiple of ~17.5x**. This also implies a 2022E Price-to-Earnings (P/E) multiple of ~31.5x and an EV-to-2022E revenue multiple of about 4.5x. While we do not believe nominal valuations are stretched relative to TIXT's peers, we find valuation more compelling/attractive in the context of growth, as we are modeling organic revenue growth in the low to mid teens, along with 24% compounded Adj. EBITDA growth and 28% compounded Adj. EPS growth through 2023E. **Looking out to 2022E valuations relative to growth**, TIXT's EV/Adj.EBITDA multiple is currently about 0.7x, about 0.2x on an EV/Revenue basis and 0.8x on a Price-to-Earnings-Growth (PEG) basis. All three of these growth-adjusted multiples are a relative discount to most of the company's peers. If the company can deliver on the growth that we anticipate, we see the potential for upside to valuation multiples.

### Risk for TIXT

Risks include 1) intensifying competitive pressure, 2) the loss of a large customer, 3) the inability to add enough talent to meet client demand, 4) slower-than-expected adoption of the company's services, 5) above-average debt leverage, and 6) continued COVID-19-related business disruptions that may lead to a slower-than-expected economic recovery.

### Price Target for TASK: $35.00

We arrive at our price target of $35 based on an EV/EBITDA multiple of ~20x and an EV/Sales multiple of ~4.5x on our CY22 estimates, which assumes TASK trades at a premium relative to the broader universe averages. We believe that a slight premium is warranted given the attractive growth profile of TASK, but the premium is somewhat limited at this time due to the risk associated with customer concentration.

### Risk for TASK

Downside risks to our price target include factors that would reduce the outlook or adversely affect the company's reputation or operations, including 1) intensifying competitive pressure, 2) the loss of a large customer, 3) the inability to add enough talent to meet client demand, 4) slower-than-expected adoption of the company's services, 5) a data breach, and 6) a downturn in economic conditions or increased regulation resulting in lower IT spending.

TaskUs, Inc.

Equity Research

Upside risks to our price target include factors that would lift the outlook for revenue/margin/EPS growth, including 1) a faster than expected recovery in customer spending for TASKs' services/solutions, 2) greater than expected market share gains, 3) the potential for future accretive acquisitions, and 4) greater than expected margin improvements.

## Investment Thesis

### ACN

Our Equal Weight rating is driven solely by valuation. While we look for a solid bounce back in revenue and EPS growth and for ACN to build on its enviable operating and capital allocation track record, at this time we believe the price performance and valuation of the shares reflect this expectation and likely limits upside over the next 12 months.

### CTSH

We believe that CTSH is a story where momentum is re-building as a relatively new management team is re-energizing the brand and re-establishing a culture of productivity and accountability that will drive more customer engagement and revenue growth.

### EPAM

Our rating remains Overweight as we believe EPAM is one of the best positioned IT Service providers to support clients along their digital transformation journeys, especially around software engineering, which currently offers the strongest growth opportunity in the IT services market. We believe the company's intense focus on this part of the market while not having exposure to more mature traditional offerings (ITO, BPO consulting) positions it as a preferred investment idea for investors looking to invest in digital transformation.

### TIXT

Our rating remains Overweight. TIXT provides best-in-class customer experiences (CX) to more than 600 global enterprises, where CX is a critical driver of client retention and top line growth. TELUS International has also developed a comprehensive set of digital IT capabilities, and has added industry and technology experts to support clients across the full cycle of their CX and digital transformation (DX) journeys. The company has a significant market opportunity ahead of it, which we believe will allow TIXT to generate attractive EPS growth over the medium term through low- to midteens organic revenue growth, and ongoing margin improvement, with the potential for upside to our estimates from future accretive acquisitions.

### TASK

**At current levels, we believe that the competitive positioning and attractive growth profile of TASK are generally priced into valuation metrics, limiting the near-term upside and prompting a valuation-driven Equal Weight rating.** Valuation aside, we believe that TASK remains very well positioned to capitalize on the sizable secular opportunity presented by the digitization of the consumer and Artificial Intelligence (AI). As consumers become more digital across every aspect of their daily lives, the need for top-tier consumer experience (CX) platforms only increases, and TASK appears well-positioned to benefit from this dynamic, with a roster of industry leaders and digital disrupters. As well, the increased digitization of the consumer drives demand for its burgeoning content moderation business, while the growth of machine learning and AI are growth drivers for its digital annotation division.

## Required Disclosures

I, Timothy Willi, certify that:

1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and

2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

## Additional Information Available Upon Request



**TaskUs, Inc. Rating History as of 07-02-2021**
powered by: BlueMatrix

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)



**Accenture PLC Rating History as of 07-02-2021**
powered by: BlueMatrix

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)

TaskUs, Inc.

**Equity Research**



**Cognizant Technology Solutions Corp. Rating History as of 07-02-2021**

powered by: BlueMatrix

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)



**EPAM Systems, Inc. Rating History as of 07-02-2021**

powered by: BlueMatrix

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)



**TELUS International (Cda) Inc. Rating History as of 07-02-2021**

powered by: BlueMatrix

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)

Wells Fargo Securities, LLC or its affiliates received compensation for investment banking services from TaskUs, Inc. in the past 12 months.

Wells Fargo Securities, LLC maintains a market in the common stock of TaskUs, Inc..

Wells Fargo Securities, LLC, or its affiliates, managed or co-managed a public offering of securities for TaskUs, Inc. within the past 12 months.

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from TaskUs, Inc. in the next three months.

TaskUs, Inc. currently is, or during the 12 month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided investment banking services to TaskUs, Inc..

Wells Fargo Securities, LLC or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from an affiliate of Accenture PLC

Wells Fargo Securities, LLC maintains a market in the common stock of Accenture PLC.

Wells Fargo Securities, LLC and/or its affiliates, have beneficial ownership of 0.5% or more of any class of the common stock of Cognizant Technology Solutions Corp..

Wells Fargo Securities, LLC or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from an affiliate of Cognizant Technology Solutions Corp.

Wells Fargo Securities, LLC maintains a market in the common stock of Cognizant Technology Solutions Corp..

Cognizant Technology Solutions Corp. currently is, or during the 12-month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided non-investment banking securities-related services to Cognizant Technology Solutions Corp..

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from Cognizant Technology Solutions Corp. in the next three months.

Wells Fargo Securities, LLC received compensation for products or services other than investment banking services from Cognizant Technology Solutions Corp. in the past 12 months.

Wells Fargo Securities, LLC or its affiliates has a significant financial interest in Cognizant Technology Solutions Corp..

Wells Fargo Securities, LLC and/or its affiliates, have beneficial ownership of 0.5% or more of any class of the common stock of EPAM Systems, Inc..

Wells Fargo Securities, LLC maintains a market in the common stock of EPAM Systems, Inc..

EPAM Systems, Inc. currently is, or during the 12-month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided non-investment banking securities-related services to EPAM Systems, Inc..

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from EPAM Systems, Inc. in the next three months.

Wells Fargo Securities, LLC received compensation for products or services other than investment banking services from EPAM Systems, Inc. in the past 12 months.

TaskUs, Inc.

Equity Research

Wells Fargo Securities, LLC or its affiliates has a significant financial interest in EPAM Systems, Inc..

Wells Fargo Securities, LLC or its affiliates received compensation for investment banking services from TELUS International (Cda) Inc. in the past 12 months.

Wells Fargo Securities, LLC or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from an affiliate of TELUS International (Cda) Inc.

Wells Fargo Securities, LLC or its affiliates managed or co managed a public offering of securities for an affiliate of TELUS International (Cda) Inc. within the past 12 months

Wells Fargo Securities, LLC maintains a market in the common stock of TELUS International (Cda) Inc..

Wells Fargo Securities, LLC, or its affiliates, managed or co-managed a public offering of securities for TELUS International (Cda) Inc. within the past 12 months.

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from TELUS International (Cda) Inc. in the next three months.

TELUS International (Cda) Inc. currently is, or during the 12 month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided investment banking services to TELUS International (Cda) Inc..

Wells Fargo Securities, LLC or its affiliates received compensation for investment banking services from an affiliate of TELUS International (Cda) Inc. in the past 12 months.

**STOCK RATING**

**1=Overweight**: Total return on stock expected to be 10%+ over the next 12 months. BUY

**2=Equal Weight**: Total return on stock expected to be 0-10% over the next 12 months. HOLD

**3=Underweight**: Total return on stock expected to lag the Overweight- and Equal Weight-rated stocks within the analyst's coverage universe over the next 12 months. SELL

**As of July 5, 2021**
56.3% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Overweight.
33.2% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Equal Weight.
10.6% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underweight.
Wells Fargo Securities, LLC has provided investment banking services for 58.5% of its Equity Research Overweight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 48.8% of its Equity Research Equal Weight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 41.1% of its Equity Research Underweight-rated companies.

**Important Disclosure for U.S. Clients**

This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities and Structured Asset Investors, LLC ("SAI"), an investment adviser subsidiary of Wells Fargo & Co. If you are paying directly for this research, it is being provided by SAI. For all other recipients in the U.S. this report is being provided by Wells Fargo Securities.

Wells Fargo Securities' research department may, from time to time, provide clients with short-term trading views in its research reports regarding subject companies on which Wells Fargo Securities currently has equity research coverage. A short-term trading view offers a view on how the market price of a subject company's common equity may trend in absolute terms during the 30 days following the date of the short-term trading view. A short-term trading view on a subject company's common equity does not impact our fundamental investment rating or price target for that company, which reflect our view of how the subject company's common equity may perform over a one-year period. A short-term trading view may reach a different conclusion than the firm's fundamental investment rating and price target for a subject company and, therefore, short-term trading views could result in short-term price movements that are contrary to our fundamental investment rating and price target. Short-term trading views are not ratings and the firm does not intend, nor undertakes any obligation, to maintain, update or close out short-term trading views. Short-term trading views may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any short-term trading views discussed in Wells Fargo Securities research reports.

**Important Disclosure for International Clients**

**United Kingdom** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the United Kingdom, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a UK incorporated investment firm authorised and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 (the "Act"), the content of this report has been approved by WFSIL, an authorised person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by WFSIL or Wells Fargo Securities Europe S.A. ("WFSE"). WFSE is a French incorporated investment firm authorized and regulated by the Autorité de contrôle prudentiel et de résolution and the Autorité des marchés financiers. WFSE does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Asia Limited are exempt from the requirements to hold an Australian financial services license in respect of the financial services they provide to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under the laws of the United States, Wells Fargo Securities International Limited is regulated under laws of the United Kingdom, and Wells Fargo Securities Asia

Limited is regulated under the laws of Hong Kong. All such laws differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC, Wells Fargo Securities International Limited or Wells Fargo Securities Asia Limited in the course of providing the financial services will be prepared in accordance with the laws of the United States, United Kingdom or Hong Kong and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**Hong Kong** – This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO). The author or authors of this report is or are not licensed by the Securities and Futures Commission. Professional investors who receive this report should direct any queries regarding its contents to Kelly Chiang and Mandy Wan at WFSAL (email: wfsalresearch@wellsfargo.com).

**Japan** – This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts. This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies. These group companies may include Moody's Investors Services Inc., Standard & Poor's Rating Services and/or Fitch Ratings. Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in the report. This report, including any ratings it contains, should not be considered a recommendation tailored to a particular investor with respect to (i) the security or securities or (ii) any investment strategy or strategies discussed in the report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information or they wish to effect transactions in the securities discussed in this report. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at this time, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities and SAI research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Additional distribution may be effected via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. Wells Fargo Securities' Signature Picks is a product of the Equity Strategy team and represents a portfolio of stocks selected from the Equity Research Department's universe of Overweight rated stocks. Stocks with this designation are selected by the Signature Picks Committee based on factors such as volatility, risks, market cap and liquidity and may not represent the fundamental analysts' top rated stock in their respective coverage universe. For research or other data available on a particular security, please contact your sales representative or go to http://research.wellsfargosecurities.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Europe S.A. is a separate legal entity and distinct from affiliated banks. Copyright © 2021 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED - MAY LOSE VALUE - NO BANK GUARANTEE