# EXHIBIT 5

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

HUMBERTO LOZADA and OKLAHOMA          )
FIREFIGHTERS PENSION AND              )
RETIREMENT SYSTEM Individually )
and on Behalf of All Others           )
Similarly Situated,                   )
                                      )
            Plaintiffs,               )
                                      )
     vs.                              ) Case No.
                                      ) 1:22-cv-01479(JPC)
TASKUS, INC., BRYCE MADDOCK,          )
JASPAR WEIR, BALAJI SEKAR,            )
AMIT DIXIT, MUKESH MEHTA,             )
SUSIR KUMAR, JACQUELINE D.            )
RESES, and BCP FC AGGREGATOR          )
L.P.,                                 )
                                      )
            Defendants.               )
_____)

** CONFIDENTIAL **

REMOTE PROCEEDINGS OF

VIDEOTAPED DEPOSITION OF BRUCE DEAL

Pal Alto, California

Thursday, August 15, 2024

Reported Stenographically by:

REAGAN EVANS

CA CSR NO. 8176

TX CSR No. 3308

RPR, RMR, CRR, CCRR, CLR, CRC

Yeah.  I haven't looked at every page of it, but it looks to be the Spruce Report.

Q    Okay.

Turn to page 6, using the numbers in the bottom right.

A    Okay.

Q    Towards the middle of the page, there are three subbullets.

Do you see that?

A    Yes.

Q    The third one says, (as read and/or reflected:)

Task's claim of a superior corporate culture evidenced by below industry standard workforce attrition appear to be highly exaggerated.

Do you see that?

A    I do, yeah.

Q    And you don't make any mention of this disclosure in your report; correct?

A    Oh, I think that's just -- I read that to be just a kind of a -- this is -- I think this is the overview section.

I read that to be just a kind of a

CONFIDENTIAL

Page 252

high-level reference to the more detailed analysis on those three slides, that when they say, "below industry standard workforce attrition," I read that to be their comparison of the 180-day rate to what they calculate as the overall attrition rate.

So it's to my understanding that's not a separate allegation. It's more of a summary of the allegations I study.

Q   I'm just asking you mechanically, do you discuss this language in your report?

MS. GOCHMAN:  Objection to form.

THE WITNESS:  Are you saying, do I have a footnote that references this specific language?  Is that the question?

BY MR. KUBOTA:

Q   Do you discuss the language that I just read anywhere in your report?

A   I'm not trying to be difficult, but I think my report clearly discusses this -- these questions, and as I discuss in the report, I don't -- I would have to look and see if I have a specific footnote to this.

But to the extent -- if the question is this -- I mean, again, the way I read this is, below industry standard is a reference to the whole

CONFIDENTIAL

Page 253

discussion that I talk about where they ask a question of, hey, you know, industry standard is 30 percent, which is a misquote.  It's in the context of that.  So, yes, I discuss that.

I would have to look to see if I have a separate footnote to this.  But I don't read this as a separate allegation.  So I do think I address this, and I don't view it as a separate allegation.

Q   Do you provide any analysis in your report of whether this language on slide 6 was corrective?

MS. GOCHMAN:  Objection to form.

THE WITNESS:  I mean, I think it's the same answer I just gave.

Yes, in the sense that the much more complete discussion of this point on the later pages is what I actually analyzed in detail in my report. So, yes, I do address this.

BY MR. KUBOTA:

Q   Where do the later pages in the Spruce Report address the highly exaggerated claims of the superior corporate culture evidenced by below industry standard attrition?

A   Well, the whole discussion of industry standard attrition is what's in Figure 1 on page 15 as an example, where there -- that's literally the

CONFIDENTIAL

Page 254

reference to below industry standard in there.

I mean, again, I think it's a misquote of the 30 percent is actually, as I understand it, being a reference to the Asia region only.

Whereas the questions as posed, seems to be a more general posing of that, but that -- that literally is the reference to below industry standard.

Q   And you're looking at Figure 1 in your report?

A   I am, yes.

Q   Does the slide in Figure 1 discuss the highly exaggerated claim of a superior corporate culture?

A   Again, I'm not -- I mean, literally the question as they pose it on that screen is posed in slightly different words, and it doesn't -- I don't see the words on Figure 1 saying, "superior corporate culture."

It's -- the question as posed in Figure 1 is focused on the actual, you know, below industry standard workforce attrition part of that.  I don't -- there's no -- there's no ...

So anyway, not -- I view that as being the analysis of the below industry standard workforce

CONFIDENTIAL

**Page 255**

attrition.

Q    You understand that the misstatement that is the subject of your report mentions TaskUs had a culture and focus on people that allows us to retain talent, continuously improve, and gives us an advantage on key people metrics of efficiency, client satisfaction and low attrition; correct?

A    Yes, I understand that.

Q    And do you address anywhere in your report of whether this statement on page 6 of the Spruce Point Report that the claim of a superior corporate culture appears to be highly exaggerated potentially contributed to the 14 percent share price decline on January 20th?

A    Well, the way I read this page, it's, you know, the -- it's sort of a conceptual point of superior corporate culture, and then it's a, what's the evidence that would support that is the below industry standard workforce attrition.

And that's exactly what I address in my Figure 1.

So I am addressing the logical connection there.

Is that your question?

Q    Well, I think you took the position that

CONFIDENTIAL

Page 256

the slide in Figure 1 wasn't really just about TaskUs.  It was just a general observation about the industry; right?  That's what you say --

A    That's the answer, right.

Well, to be clear, the question that's posed I think was posed in the context of TaskUs.

So that's -- if you read Figure 1, the question, the Spruce Point question is, what do you make of the Company -- Capital C -- Company's claim of attrition being below the industry's standard?

That's, again, the words that you're looking at on the screen here are talking about, you know, TaskUs's, again, time of the culture, but evidence of that is being below industry standards.

So I think the question is related to that.

The answer is a much more general answer that I think doesn't address the exact question of, you know, what's the, you know, is that actually a false statement or not related to the company?

Is there information that's incorrect?

If the answer is a general question about the industry, or general answer about the industry, the fact that TaskUs and others often look at attrition in different ways, qualify it, things like that, but it's not -- it's not specifically saying,

CONFIDENTIAL

Page 257

TaskUs was incorrect in its -- the numbers that it presented, for instance.

Q   And then you go to slide 6 --

A   So my -- I'm sorry.  Go ahead.

Q   And then you go to slide 6 of the Spruce Report and it is saying that.  It says TaskUs's claim appears to be highly exaggerated?

Do you see that?

A   Oh, you mean -- oh, I'm not sure -- yeah. I see the words there.  Is that what you mean?  Yes, I see that word -- those words.

Q   Well, you took the position in your Figure 1, this is page 36 of the Spruce Report, that the answer is not sufficiently focused on TaskUs and doesn't call out TaskUs as putting out false or misleading information.

What I'm saying is slide 6 of the report does exactly that.  It says TaskUs's claim appears to be highly exaggerated.

Nowhere in your report do you discuss whether that language contributed to the share price decline on January 20th; correct?

MS. GOCHMAN:  Objection to form.

You asked a question.  I don't think he answered.

Page 258

THE WITNESS:  I'm not -- I'm not following exactly the question in the sense of I -- I mean, Figure 3 in my report, and there's a whole discussion where they talk about -- "they" being the Spruce Report -- talks about, you know, the specific disclosed attrition rates.

And Figure 4 in my report is talking about the math of that, which I -- that's my read of the highly exaggerated part of this, is the connection between they're saying -- I mean, I think the accurate read overall of the Spruce Report is, they, TaskUs, say their attrition rate is, you know, 14, 15, 16 percent based on 180 days.  In fact, that's exaggerated.  Not because they're saying that -- using that exact metric, the number should be different.

But they're saying, a different measure, like an overall rate, would be higher than that. And they provide a calculation, which, again, that's public information.

So I read this -- this bullet as being related to that -- that calculation.  When they say highly exaggerated, it's the calculation of, you know, the 14 -- or the disclosed attrition rate of 14, 15, 16 percent, that that's exaggerated not

CONFIDENTIAL

Page 259

because those numbers are actually wrong conditional on the 180 days, but because a different measure, a more general measure, would be higher.

And that's -- I mean, you know, they provide an alternative calculation.  The Figure 1 is in the context of saying, what do you make of their claims of being below the industry standard of 30 percent?

First of all, I don't think, that's not what the company itself has claimed, that it's 30 percent.  That's a reference to a different -- that's the slide before, I think.

So I don't read that as being a separate thing.

BY MR. KUBOTA:

Q   Look at the Spruce Point Report slide 6 again.

That subbullet starts (as read and/or reflected:)

Task's claim of a superior corporate culture ...

Do you see that?

A   Yes.

Q   Is it a fair reading of that statement to say that Spruce Point is accusing TaskUs of

CONFIDENTIAL

Page 260

exaggerating its claim of a superior culture?

MS. GOCHMAN:  Objection to form.

THE WITNESS:  I don't think you could read that without the second part of it, (as read and/or reflected:)

... evidenced by below industry standard workforce attrition ...

I mean, in that -- I think the statement sort of speaks for itself.

They're saying, gosh, that's exaggerating. So, yes, they're saying their claim of a superior corporate culture, as evidenced by below industry standard workforce attrition appears to be highly exaggerated.

So I think you need to read the totality of that together.

BY MR. KUBOTA:

Q   Right.

Fair to say that statement is calling into question both the attrition and the culture?

A   I'm not quite sure how to -- what you're -- I mean, again, I think it sort of speaks for itself. I mean, it -- they're -- I agree, they're calling into question the superior corporate culture, but

CONFIDENTIAL

Page 261

there's a clear linkage there, as evidenced by below standard workforce attrition. So it's in the context of the workforce attrition numbers.

Sorry. I have a noise here. Hang on.

Go ahead. I'm sorry. There was a little background noise there.

Q   And do you address anywhere in your report the price impact of statements about TaskUs's corporate culture?

A   Not sure how to answer that in the sense of, yes, as to the thing we've just been talking about, where it's talking about the superior corporate culture as evidenced by below industry standard workforce attrition, that is clearly part of my analysis. I'm looking at -- I talk a lot about what do they disclose? What's the industry, you know, supposedly industry standard?

So for sure on that.

If the question is more generally, you know, do I talk about some corporate culture at large? I mean, that's not my read of what this Spruce Report has said. So I don't know there's anything actually to analyze there. Because they're making a claim about superior corporate culture as evidenced by below standard workforce attrition. So

CONFIDENTIAL

Page 262

that's what I'm actually analyzing.

Q   Were you aware of the statement on page 6 of the Spruce Report before today?

A   Oh, sure.  Yeah.  Yeah.  No.  I've read it many times.

Q   Is it fair to say that corporate culture and attrition are related?

MS. GOCHMAN:  Objection to form.

THE WITNESS:  I've -- I think it's fair to say certainly they could be.  I mean, I certainly think that's a possibility.

I mean, you can have a terrible corporate culture, for instance, and one can imagine that might lead to high attrition.  So I think conceptually, one could see a link there.

BY MR. KUBOTA:

Q   In fact, you discuss in your report that analysts linked culture to attrition at TaskUs; correct?

A   I suspect the answer to that is yes, but I'm happy to look through or if you have specific references.  I don't disagree with that.

Q   Yeah.  Let's turn to paragraph 68.

A   Okay.

Q   It's on page 40.