# EXHIBIT 8

# TaskUs, Inc. (TASK)

Details on Q4 Results



## ESTIMATE CHANGE

**1-Year Price Chart**



**Q4 revenue/adjusted EBITDA well above consensus into mixed sentiment; initial 2022 guidance also nicely above consensus; we like the stock and think it could be up 5-10% today.** Initial 2022 revenue guidance +30% yoy (we think Street generally expected 25%+) and adjusted EBITDA margin ~23%. Despite headwinds from Omicron-related absenteeism and fewer working days, Q1 revenue guidance is still +51% yoy. Management expects 25%+ revenue growth over the next 2-3 years. We view valuation attractive ~16X our 2023E EPS (high-growth comps GLOB/DAVA trade ~49-55X C2022E EPS for pretty similar growth).

- ■ **Q4 revenue/EBITDA were nicely above Street.**
  - – **Adjusted EPS** of $0.34 was in line with consensus $0.34 (we were $0.36). Variance to our estimate was driven by revenue (+$0.02) and core margin (+$0.04), offset by higher taxes (-$0.08).
  - – **Revenue** was $227 million, ~5% above consensus $216 million (guided to $213-217 million) This represents organic growth of +59% (Q3 was +64%).
  - – **Adjusted EBITDA** was $56.2 million, ~15% above us/consensus $49 million. This reflects margin of 24.8% (up ~110bps yoy) and was above their guidance of 22.0-23.3%. This also reflects growth of +71% yoy (Q3 was +60%).

- ■ **Initial 2022 guidance well above Street.**
  - – **Revenue:** $980-1,000 million (consensus $956 million). Revenue reflects +30% growth at the midpoint (we think Street expected guidance of 25%+).
  - – **Adjusted EBITDA margin:** ~23%. We estimate this could reflect adjusted EBITDA of ~$225-230 million (consensus $220 million).

- ■ **Q1 guidance was also provided.**
  - – **Revenue:** $229-232 million (consensus was $217 million), up 1-2% sequentially (most expected flat/down sequentially). Noted headwind from Omicron-related absenteeism (~$2 million) and 2 fewer days in Q1 (we think around $7 million).
  - – **Adjusted EBITDA margin:** ~22.5% (we were 21.0%). We estimate this could reflect adjusted EBITDA of $51-52 million (we are $45 million).

- ■ **Other interesting items:**
  - – **Employees:** 40.1k employees (~90% working from home) up from 35.6k employees in Q3 (90% working from home in Q3); this implies annualized run-rate revenue/employee of ~$23k (~$23k in Q3).
  - – **Largest client:** Noted they are optimizing global delivery footprint of their largest client and will move hundreds of employees to Philippines and India. Revenue should be flat yoy for this client.
  - – **Win rate:** Total 2021 win rate, inclusive of new clients and existing clients, of 60%
  - – **Revenue by service offering:** Digital CX +69% yoy (+64% in Q3); Content Security +23% (+34% in Q3); AI Operations +128% (+145% in Q3)

- ■ **Raising 2022E EPS to $1.42 (from $1.38) and 2023E EPS to $1.80 (from $1.72).**

- ■ **We like TASK given strong 25%+ organic growth at 16X 2023E EPS.**
  - – **Organic revenue growth expected to be 25%+** for the next few years (driven by fast-growth tech client base); adjusted EBITDA margins likely ~25% over time (guided to 23% in 2022).
  - – **Valuation seems very attractive** at ~16X 2023E EPS, given fast-growth potential over the next few years.

**TaskUs provides outsourcing services across digital customer experience, content security, and AI operations.**

## Stock Data

| | |
|---|---|
| Rating: | Outperform |
| Suitability: | Average Risk |
| Price Target: | $45 |
| Price (2/28/22): | $28.72 |
| Market Cap (mil): | $3,174 |
| Shares Out (mil): | 110.5 |
| Average Daily Vol (mil): | 1.17 |
| Dividend Yield: | 0.0% |

## Estimates

| FY Dec | 2021A | 2022E | 2023E |
|---|---|---|---|
| Q1 | 0.27 A | 0.32 E | 0.40 E |
| Q2 | 0.32 A | 0.34 E | 0.42 E |
| Q3 | 0.30 A | 0.37 E | 0.47 E |
| Q4 | 0.34 A | 0.39 E | 0.51 E |
| **Fiscal EPS** | **1.26 A** | **1.42 E** | **1.80 E** |
| Previous Est | | 1.38 E | 1.72 E |
| Fiscal P/E | 22.8x | 20.2x | 16.0x |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

> **Please refer to Appendix - Important Disclosures and Analyst Certification**

**David J. Koning, CFA**
Sr. Research Analyst
dkoning@rwbaird.com
414.298.7494

**Robert W. Bamberger, CFA**
Sr. Research Associate
rbamberger@rwbaird.com
414.298.5094

**Patrick A. Schulz, CFA**
Research Associate
pschulz@rwbaird.com
414.298.6218

Property of Baird. Please contact Baird for permission to share.

**March 1, 2022**   |   **TaskUs, Inc.**

# Details

## Investment Perspective

**We view TaskUs as a strong franchise, and our Outperform rating reflects strong and ongoing growth momentum from a very attractive client base.** We like the company's 25%+ organic growth profile over the next few years, 99%+ of revenue coming from recurring revenue contracts, >115% net revenue retention and continued mix shift toward digital and higher-margin services.

**We view the following as key positive themes:**

- **Strong client base and revenue retention.** TaskUs has over 100 clients across several verticals within the digital economy. In 2021 they had a net revenue retention rate of 141%.

- **Fast-growth market opportunity.** TaskUs competes in several fast growth areas of the digital outsourcing market. The company estimates the Digital Customer Experience market is growing at a 20-25% CAGR, Content Security market is growing at a 40-50% CAGR, and AI Operations market is growing at a 20% CAGR.

- **Successful founder-led management team.** Bryce Maddock (CEO) and Jaspar Weir (President) co-founded TaskUs in 2008 with an initial concept to provide virtual assistants working from the Philippines (first office was a small place above a mechanic shop). Since then, the company has grown to >35,600 employees serving >100 clients across many fast-growth verticals.

- **Strong margin profile.** Given the company's digital focus, we expect adjusted EBITDA margins to be ~23% by 2023E. The continued mix shift towards digital and higher-margin services will also benefit margins over time.

- **Clean balance sheet.** As of the end of Q4-21, the company had net leverage of ~0.9X. We expect the company to maintain a clean balance sheet and low leverage profile over time.

**We view the following as biggest risks:**

- **Client concentration.** Client concentration remains reasonably high with the top 10 clients representing ~60% of revenue (for full year 2021). However, concentration has come down from 74% of 2019 revenue from the top 10 clients. The company's largest client (Facebook) represents ~27% of revenue (for full year 2021) and the second-largest client (DoorDash) represents ~11% of revenue (for full year 2021).

- **Pricing pressure and labor inflation.** The company participates in a highly competitive industry from both a direct competitor standpoint and an end-market perspective. As such, pricing pressures and labor inflation are always areas of concern.

- **Scrutiny around Content Moderation.** While they have developed and enforce their Content Security policies, this work is subject to press and/or regulatory scrutiny in addition to the well-being of employees doing this work.

- **Economic sensitivity.** While a majority of their customer care volume is digital (96% as of 2020), economic weakness can translate into lower call volumes and customer interactions. In addition, economic impacts, such as COVID, can also impact certain client volume (ex: certain verticals) and labor capacity.

**Property of Baird. Please contact Baird for permission to share.**

1005

**March 1, 2022**   |   **TaskUs, Inc.**

**Here's our EPS attribution chart below:**

| TaskUs Revenue/EPS Growth Attribution | | | | | | |
|---|---|---|---|---|---|---|
| | **2018** | **2019** | **2020** | **2021** | **2022E** | **2023E** |
| **Total Revenue Growth** | **117%** | **41%** | **33%** | **59%** | **31%** | **25%** |
| Margin Impact | 105% | -12% | 17% | 24% | -11% | 6% |
| **Adjusted EBIT Growth** | **222%** | **30%** | **50%** | **83%** | **20%** | **31%** |
| Leverage Impact | | | | 8% | 1% | 1% |
| Interest Expense | | | | 1% | 0% | 0% |
| Other | | | | 0% | 0% | 0% |
| Tax Rate | | | | -6% | 0% | -4% |
| Shares | | | | -19% | -9% | -1% |
| **EPS Growth** | | | | **67%** | **12%** | **27%** |

Source: Company Filings and Baird Estimates

**We view year-out risk/reward to be $25-70, based on the following:**

- **Good case $70 –** This reflects ~35X a good-case 2023E EPS of $2.00. For perspective, functional comps TIXT/TEP/TTEC all trade ~17-25X C2022E EPS while growth comps GLOB/DAVA trade ~49-55X C2022E EPS. This also reflects ~24X a good-case EBITDA of $325 million (functional comps currently trade ~12-13X C2022E EBITDA; growth comps currently trade ~29-30X C2022E EBITDA).

- **Bad case $25 –** This reflects ~17X a bad-case 2023E EPS of $1.50. For perspective, functional comps TIXT/TEP/TTEC trade ~17-25X C2022E EPS. This also reflects ~13X a bad-case EBITDA of $225 million (functional comps currently trade ~12-13X C2022E EBITDA; growth comps currently trade ~29-30X C2022E EBITDA).

**Our $45 price target** reflects ~25X our 2023E EPS of $1.80. For perspective, the functional comps (TIXT/TEP/TTEC) all currently trade ~17-25X C2022E EPS while the growth comps (GLOB/DAVA) all trade ~49-55X C2022E EPS. In a year, we think TASK could trade in between these two groups.

- **EV/EBITDA:** Our price target also reflects ~17X our 2023E EBITDA. The functional comp (TIXT/TEP/TTEC) currently averages ~12-13X C2022E EBITDA, and we think a year from now TASK could trade above the functional comps given the growth profile. The growth comp group (GLOB/DAVA) currently average ~29-30X C2022E EBITDA.

**Property of Baird. Please contact Baird for permission to share.**

1006

**March 1, 2022** | **TaskUs, Inc.**

# Guidance

**Initial 2022 guidance was nicely above consensus**

- **Revenue:** $980-1,000 million (consensus $956 million). Revenue reflects +30% growth at the midpoint (we think Street expected guidance of 25%+).
  - **Largest client:** Helping this client optimize their delivery operations; will transition employees to Philippines/India (has lower revenue/employee in this region, but higher margins). Management noted they are not forecasting any revenue growth from this client during 2022, which is embedded within guidance. Their relationship with this client remains very strong.
- **Adjusted EBITDA margin:** ~23%. We estimate this could reflect adjusted EBITDA of ~$225-230 million (consensus $220 million).
- **Cost of Services:** Management noted that wage pressure will be offset by COLA contracts and they expect cost of services as a % of revenue to be roughly flat in 2022 vs 2021.

**Q1-22 guidance was also provided.**

- **Revenue:** $229-232 million (consensus was $217 million), up 1-2% sequentially (most expected flat/ down sequentially). Management noted two impacts to Q1 include (1) absenteeism from Omicron should impact revenue by ~$2 million (attendance has returned to lower levels in February) and (2) Q1 has two fewer working days than Q4.
- **Adjusted EBITDA margin:** ~22.5% (we were 21.0%). We estimate this could reflect adjusted EBITDA of $51-52 million (we are $45 million).

**Medium-term financial targets (reiterated):** Management noted they remain confident in their ability to deliver 25% growth or above with adjusted EBITDA margins at/around 25%. Management defined medium-term as the next 2-3 years.

- **Margin drivers:** Main margin drivers include optimization of cost of services/SG&A expenses, geographic mix shift towards offshore (margin accretive), and growth in specialized services.

**Property of Baird. Please contact Baird for permission to share.**

1007

## Estimates

**2022**

**We are raising our 2022E EPS to $1.42 (from $1.38).** We are raising our revenue estimate to $995 million (from $967 million) reflecting +31% yoy growth (previously expected +29%), raising our adjusted EBITDA margin to 23.1% (previously 23.0%), and raising our tax rate to 14.9% (from 14.8%).

| 2022 EPS Bridge | | | | |
|---|---|---|---|---|
| | **Revenue** | **Adj EBITDA** | **Adj EBITDA Margin %** | **Adj EPS** |
| **2021E** | **761** | **188** | **24.7%** | **1.26** |
| Core Growth (1) | 234 | 42 | -1.5% | 0.35 |
| D&A | | | | -0.08 |
| Interest Expense | | | | 0.00 |
| Tax Rate | | | | 0.00 |
| Share Count | | | | -0.12 |
| **2022E** | **995** | **229** | **23.1%** | **1.42** |

*Source: Company Reports and Baird Estimates*
*(1) Assumes ~15-20% core incremental margin*

**2023**

**We are raising our 2023E EPS to $1.80 (from $1.72).** We are raising our revenue estimate to $1.24 billion (from $1.21 billion) reflecting +25% yoy (similar to previous expectation), raising adjusted EBITDA margin to 23.9% (from 23.4%), and raising our tax rate to 17.2% (from 17.1%).

| 2023 EPS Bridge | | | | |
|---|---|---|---|---|
| | **Revenue** | **Adj EBITDA** | **Adj EBITDA Margin %** | **Adj EPS** |
| **2022E** | **995** | **229** | **23.1%** | **1.42** |
| Core Growth (1) | 244 | 66 | 0.8% | 0.51 |
| D&A | | | | -0.06 |
| Interest Expense | | | | 0.00 |
| Tax Rate | | | | -0.05 |
| Share Count | | | | -0.02 |
| **2023E** | **1,239** | **296** | **23.9%** | **1.80** |

*Source: Company Reports and Baird Estimates*
*(1) Assumes ~25-30% core incremental margin*

**Property of Baird. Please contact Baird for permission to share.**

1008

## Details on Q4 Results

**Adjusted EPS** of $0.34 was in line with consensus $0.34 (we were $0.36). Variance to our estimate was driven by revenue (+$0.02) and core margin (+$0.04), offset by higher taxes (-$0.08).

**Revenue** was $227 million, ~5% above consensus $216 million (we were $215 million; guided to $213-217 million) This represents organic growth of +59% (Q3 was +64%).

**Gross profit** was $99.3 million (+67% yoy) and was ~6% above our $93.6 million estimate. Gross margin was 43.8% (up ~90bps yoy) and was above our 43.5% estimate.

**Adjusted EBITDA** was $56.2 million, ~15% above us/consensus $49 million. This reflects margin of 24.8% (up ~110bps yoy) and was above their guidance of 22.0-23.3%. This also reflects growth of +71% yoy (Q3 was +60%).

**Financing expense** of $1.7 million was near our $1.6 million estimate.

**Tax expense** of $8.7 million was above our estimate of -$0.8 million.

### TaskUs Variance Analysis
For the Period Ending December 31, 2021

| Q4-21 | Actual | Year Ago | Change | Estimate | Variance |
|---|---|---|---|---|---|
| **Revenue** | **226.8** | **138.8** | **63%** | **215.1** | **5%** |
| Cost of Services | 127.5 | 79.2 | 61% | 121.5 | 5% |
| **Gross Profit** | **99.3** | **59.6** | **67%** | **93.6** | **6%** |
| *Gross Margin %* | *43.8%* | *42.9%* | *85-Bp* | *43.5%* | *28-Bp* |
| SG&A Expense | 65.7 | 29.9 | 120% | 65.5 | 0% |
| Other (Income) Loss | (0.1) | (2.5) | -95% | 0.0 | #DIV/0! |
| **Adjusted EBITDA** | **56.2** | **32.9** | **70%** | **48.8** | **15%** |
| *Adj EBITDA Margin* | *24.8%* | *23.7%* | *103-Bp* | *22.7%* | *207-Bp* |
| Depreciation | 8.7 | 5.9 | 46% | 8.1 | 7% |
| **Adjusted EBIT** | **47.5** | **27.0** | **76%** | **40.7** | **17%** |
| *Adj EBIT Margin* | *20.9%* | *19.5%* | *147-Bp* | *18.9%* | *201-Bp* |
| Financing Expense | 1.7 | 1.6 | 4% | 1.6 | 4% |
| **Adjusted Pretax Income** | **45.8** | **25.4** | **80%** | **39.1** | **17%** |
| Adjusted Tax | 8.7 | 5.4 | 63% | (0.8) | -1166% |
| *Adjusted Tax Rate* | *19.0%* | *21.1%* | *(207-Bp)* | *-2.1%* | *2112-Bp* |
| **Adjusted Net Income** | **37.1** | **20.0** | **85%** | **39.9** | **-7%** |
| **Adjusted EPS** | **0.34** | **0.22** | **54%** | **0.36** | **-8%** |
| Shares outstanding | 110.5 | 91.7 | 20% | 109.5 | 1% |

*Source: Company Reports, Baird Estimates*

**Property of Baird. Please contact Baird for permission to share.**

1009

# Concentrations/Metrics

**Employee Metrics**

- **Employees:** 40.1k employees (~90% working from home) up from 35.6k employees in Q3 (90% working from home in Q3). Management noted they anticipate adding >4k net new employees each quarter during 2022.

- **Revenue/employee:** Implies annualized run-rate revenue/employee of ~$23k (similar to Q3; we estimate ~$20k in 2020).

- **Attrition:** Noted 15.3% attrition in Q4

**Service Revenue Breakdown:**

- **Digital Customer Experience (~65% of Q4 revenue):** Revenue of $148.1 million; +69% yoy (+64% yoy in Q3); growth was driven by expansion of existing clients and new client signings. Management noted that they continue to invest in the fintech/crypto space (delivering specialized services these brands demand) and experienced continued expansion with ridesharing and food delivery clients.

- **Content Security (~20% of Q4 revenue):** Revenue of $44.6 million; +23% yoy (+34% yoy in Q3); growth was driven by volume growth from existing clients. Management noted that they expect this segment to be lumpier as volumes are concentrated among the 3 leading social media companies (TASK provides services to 1 of these, Facebook).

- **AI Operations (~15% of Q4 revenue):** Revenue of $34.0 million; +128% yoy (+145% yoy in Q3); growth was driven by expansion with new and existing clients in social media, fintech, and eComm (including a large autonomous vehicle company). Management noted they are in the process of re-branding this segment to "AI Services."

**Client Concentration**

- **Largest client:** ~25% of revenue (down from 32% in 2020 and 27% in Q3). Management noted they did more business with this client in Q4 than any other quarter (revenue +$3 million sequentially).

- **2nd largest client:** ~11% of revenue (down from ~12% in 2020 and ~11% in Q3). Management noted the slight sequential decline in revenue was due to success in helping the client optimize their global footprint and cost structure. They expect this client to return to sequential growth in Q1 and sustained growth throughout the year.

- **Top 5 clients:**
  - **Largest client:** Growth is expected to be flattish in 2022
  - **2 of the top 5 clients:** Growth is expected to be double-digits in 2022
  - **2 of the top 5 clients:** Growth is expected to be triple-digits in 2022
- **Top 10 clients:** ~60% of 2021 revenue (was ~68% in 2020)
- **Top 20 clients:** ~75% of 2021 revenue (was ~81% in 2020)

**Property of Baird. Please contact Baird for permission to share.**

1010

**March 1, 2022**  |  **TaskUs, Inc.**

## Other Interesting Commentary

- **Signings:** 2/3 of signings came from existing logos. Management previously noted they have seen this trend towards more sales from existing customers (which is what they would have expected). Noted that a few years ago, this mix was 60% from new logos and 40% from existing.

- **Pipeline:** Remains very strong with both existing and new clients.

- **Largest client delivery optimization (Facebook):** In January 2022, they had discussions with their largest client to optimize their geographic support. TASK will be moving operations to Philippines and India (which have lower revenue/employee, but higher margins). Their relationship with this client remains very strong.
  - **Teammates:** Noted they expect to have more teammates supporting this client at the end of 2022 than they do now; also noted they have won two new lines of business from this client (will add hundreds of roles to this relationship).
  - **2022 revenue growth:** Not expecting any revenue growth from this client (embedded in 2022 guidance)
  - **Concentration:** This client is expected to remain their largest client for the foreseeable future
  - **Timing:** Transition will start in Q2 and is expected to be completed in Q3

- **Five growth levers:** Management talked about continued improvement within their five levers of growth.
  - **Expanding with current clients:** Ended 2021 with 93 clients with >$0.5 million of revenue (including 16 clients with >$10 million of revenue and 72 clients with >$1 million of revenue). This improvement is relative to 2020, which had 72 clients with >$0.5 million of revenue (including 8 clients with >$10 million of revenue and 46 clients with >$1 million of revenue).
  - **New clients:** Added 41 new clients in 2021, achieving a new client win rate of 49%.
  - **Expand service offerings:** Noted 15 of their top 20 clients used 2 or more specialized services, improving from 7 of top 20 clients in 2020.
  - **Expand global delivery footprint:** Continues to expand their operations internationally.
  - **M&A:** Very disciplined approach; would look to expand their geographic footprint and/or add new service capabilities.

- **Attrition:** 15.3% in 2021 (up mildly from 14.9% in 2020).

**Property of Baird. Please contact Baird for permission to share.**

1011

## Balance Sheet and Cash Flow

- **Cash:** Ended the quarter with $64 million of cash, up sequentially from $61 million.
- **Debt:** Ended the quarter with $238 million of debt, down sequentially from $241 million.
- **Net debt:** Ended the quarter with $175 million of net debt, down sequentially from $180 million.
- **The $5 million decrease in net debt was primarily due to:**
  - **FCF** +$10 million
  - **Payments for taxes related to net share settlement** -$5 million
- **Net leverage:** Ended the quarter with net leverage ~0.9X (~1.1X last quarter).

# Investment Thesis

**Strong client base and revenue retention.** TaskUs has over 100 clients across several verticals within the digital economy. In 2020, >99% of revenues came from recurring revenue contracts, and they had a net revenue retention rate of 117%.

**Fast-growth market opportunity.** TaskUs competes in several fast-growth areas of the digital outsourcing market. The company estimates the Digital Customer Experience market is growing at a 20-25% CAGR, Content Security market is growing at a 40-50% CAGR, and AI Operations market is growing at a 20% CAGR.

**Successful founder-led management team.** Bryce Maddock (CEO) and Jaspar Weir (President) co-founded TaskUs in 2008 with an initial concept to provide virtual assistants working from the Philippines (first office was a small place above a mechanic shop). Since then, the company has grown to >35,600 employees serving >100 clients across many fast-growth verticals.

**Strong margin profile.** Given the company's digital focus, we expect adjusted EBITDA margins to be ~23% by 2023E. The continued mix shift towards digital and higher-margin services will also benefit margins over time.

**Clean balance sheet.** As of the end of Q4-21, the company had net leverage of ~0.9X. We expect the company to maintain a clean balance sheet and low leverage profile over time.

# ESG Considerations

**Environmental:** TaskUs prioritizes environmental sustainability with projects such as a paperless initiative, solar home kit distribution in the Philippines, coral planting and beach clean ups.

**Social:** TaskUs diversity strategy originates in education and action by hiring from marginalized and disadvantages groups, making contributions to their local communities, sparking Diversity & Inclusion dialogues and creating employee resource groups. The company was recognized in 2019 by Investors in People, winning the Social Responsibility Award.

**Governance:** TaskUs believes that their board of directors provides a wide range of skills and experiences to effectively satisfy its oversight responsibilities. In accordance with their emphasis on sustainability and diversity, the board also has an ESG committee to oversee environmental and social matter strategy.

Property of Baird. Please contact Baird for permission to share.

1012

**March 1, 2022  |  TaskUs, Inc.**

# Risks & Caveats

**Client concentration.** Client concentration remains reasonably high with the top 10 clients representing ~60% of revenue (as of 2021). However, concentration has come down from 74% of 2019 revenue from the top 10 clients. The company's largest client (Facebook) represents ~27% of revenue and the second largest client (DoorDash) represents ~11% of revenue.

**Pricing pressure and labor inflation.** The company participates in a highly competitive industry from both a direct competitor standpoint and an end-market perspective. As such, pricing pressures and labor inflation are always areas of concern.

**Scrutiny around Content Moderation.** TaskUs reviews and disposes user/advertiser content to remove or label policy violating, offensive, or misleading content. While they have developed and enforce their Content Security policies, this work is subject to press and/or regulatory scrutiny in addition to the well-being of employees doing this work.

**Economic sensitivity.** While a majority of their customer care volume is digital (96% as of 2020), economic weakness can translate into lower call volumes and customer interactions. In addition, economic impacts, such as COVID, can also impact certain client volume (ex: certain verticals) and labor capacity.

**Changes in technology preferences.** Client expectations around digital offerings and technology solutions may change over time, thus requiring TaskUs to further invest in expanding their offerings. In addition, competitors may invest into digital offerings to offer services/technologies that are more attractive to customers.

**Potential legislative risks.** The company could be subject to potential new labor laws that may differ across different geographies. In addition, TaskUs is subject to privacy and data security regulations relating to how they handle sensitive and confidential information.

# Company Description

TaskUs provides digital outsourcing services and provides three main service offerings, including Digital Customer Experience (~62% of revenue), Content Security (~22% of revenue), and AI Operations (~14% of revenue). With ~40,100 employees, the company provides services in 18 delivery centers across 8 countries.

**Property of Baird. Please contact Baird for permission to share.**

1013

**TaskUs**



David J. Koning, CFA / Senior Research Analyst / (414) 298-7494 / dkoning@rwbaird.com
Robert W. Bamberger, CFA / Senior Associate / (414) 298-5094 / rbamberger@rwbaird.com
Patrick A. Schulz, CFA / Research Associate / (414) 298-6218 / pschulz@rwbaird.com
Robert W. Baird & Co., Inc.

**Fiscal Year End: December**

($million)

| | 2017 | 2018 | 2019 | 2020 | Q1-21 | Q2-21 | Q3-21 | Q4-21 | 2021 | Q1-22E | Q2-22E | Q3-22E | Q4-22E | 2022E | Q1-23E | Q2-23E | Q3-23E | Q4-23E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | 117.3 | 254.2 | 359.7 | 478.0 | 152.9 | 180.0 | 201.1 | 226.8 | 760.7 | 230.1 | 241.2 | 251.3 | 272.1 | 994.7 | 283.0 | 296.7 | 316.7 | 342.9 | 1,239.2 |
| *Revenue Growth %* | 47% | 117% | 41% | 33% | 49% | 57% | 64% | 63% | 59% | 51% | 34% | 25% | 20% | 31% | 23% | 23% | 26% | 26% | 25% |
| *Organic Revenue Growth %* | | 117% | 41% | 33% | 49% | 57% | 64% | 63% | 59% | 51% | 34% | 25% | 20% | 31% | 23% | 23% | 26% | 26% | 25% |
| *Seq Growth %* | | | | | 10% | 18% | 12% | 13% | | 1% | 5% | 4% | 8% | | 4% | 5% | 7% | 8% | |
| **Cost of Services** | 58.2 | 127.8 | 194.8 | 270.5 | 88.0 | 103.8 | 112.4 | 127.5 | 431.7 | 130.0 | 137.5 | 143.3 | 155.1 | 565.8 | 159.3 | 168.2 | 179.5 | 194.7 | 701.8 |
| *% of Revenue* | 49.6% | 50.3% | 54.2% | 56.6% | 57.6% | 57.7% | 55.9% | 56.2% | 56.8% | 56.5% | 57.0% | 57.0% | 57.0% | 56.9% | 56.3% | 56.7% | 56.7% | 56.8% | 56.6% |
| *Growth % yoy* | | 120% | 52% | 39% | 42% | 62% | 72% | 61% | 60% | 48% | 32% | 27% | 22% | 31% | 23% | 22% | 25% | 26% | 24% |
| *Seq Growth %* | | | | | 11% | 18% | 8% | 13% | | 2% | 6% | 4% | 8% | | 3% | 6% | 7% | 8% | |
| **Gross Profit** | 59.1 | 126.4 | 164.9 | 207.5 | 64.8 | 76.2 | 88.6 | 99.3 | 329.0 | 100.1 | 103.7 | 108.1 | 117.0 | 428.9 | 123.7 | 128.5 | 137.1 | 148.1 | 537.4 |
| *% of Revenue* | 50.4% | 49.7% | 45.8% | 43.4% | 42.4% | 42.3% | 44.1% | 43.8% | 43.2% | 43.5% | 43.0% | 43.0% | 43.0% | 43.1% | 43.7% | 43.3% | 43.3% | 43.2% | 43.4% |
| *Growth % yoy* | | 114% | 30% | 26% | 60% | 52% | 55% | 67% | 59% | 54% | 36% | 22% | 18% | 30% | 24% | 24% | 27% | 27% | 25% |
| *Seq Growth %* | | | | | 9% | 18% | 16% | 12% | | 1% | 4% | 4% | 8% | | 6% | 4% | 7% | 8% | |
| **Stock Comp** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.8 | 19.2 | 21.4 | 46.4 | 21.4 | 19.0 | 18.5 | 18.0 | 76.9 | 16.0 | 15.5 | 15.0 | 14.5 | 61.0 |
| *% of Revenue* | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 3.2% | 9.6% | 9.4% | 6.1% | 9.3% | 7.9% | 7.4% | 6.6% | 7.7% | 5.7% | 5.2% | 4.7% | 4.2% | 4.9% |
| *Growth %* | | | | | | | | | | 229% | -4% | -4% | -16% | 66% | -25% | -18% | -19% | -19% | -21% |
| **Core SG&A Expense (ex-stock comp)** | 38.1 | 78.9 | 90.6 | 113.5 | 31.5 | 172.0 | 41.1 | 48.8 | 288.9 | 48.3 | 48.7 | 48.8 | 53.6 | 199.4 | 58.0 | 58.5 | 59.8 | 65.1 | 241.5 |
| *% of Revenue* | 32.5% | 31.0% | 25.2% | 23.7% | 20.6% | 95.6% | 20.4% | 21.5% | 38.0% | 21.0% | 20.2% | 19.4% | 19.7% | 20.0% | 20.5% | 19.7% | 18.9% | 19.0% | 19.5% |
| *Growth %* | | 107% | 15% | 25% | 22% | 569% | 28% | 63% | 155% | 53% | -72% | 19% | 10% | -31% | 20% | 20% | 23% | 22% | 21% |
| **Total SG&A Expense** | 38.1 | 78.9 | 90.6 | 113.5 | 31.5 | 177.8 | 60.3 | 65.7 | 335.3 | 69.7 | 67.7 | 67.3 | 71.6 | 276.3 | 74.0 | 74.0 | 74.8 | 79.6 | 302.5 |
| *% of Revenue* | 32.5% | 31.0% | 25.2% | 23.7% | 20.6% | 98.8% | 30.0% | 29.0% | 44.1% | 30.3% | 28.1% | 26.8% | 26.3% | 27.8% | 26.2% | 24.9% | 23.6% | 23.2% | 24.4% |
| *Growth %* | | 107% | 15% | 25% | 22% | 592% | 87% | 120% | 195% | 121% | -62% | 11% | 9% | -18% | 6% | 9% | 11% | 11% | 9% |
| **Depreciation** | 7.1 | 12.2 | 16.3 | 20.2 | 6.2 | 6.7 | 7.4 | 8.7 | 29.0 | 9.1 | 9.5 | 9.9 | 10.3 | 38.7 | 10.8 | 11.3 | 11.8 | 12.3 | 46.1 |
| *% of Revenue* | 6.1% | 4.8% | 4.5% | 4.2% | 4.1% | 3.7% | 3.7% | 3.8% | 3.8% | 3.9% | 3.9% | 3.9% | 3.8% | 3.9% | 3.8% | 3.8% | 3.7% | 3.6% | 3.7% |
| *Growth %* | | 72% | 33% | 23% | 32% | 16% | 101% | 46% | 44% | 46% | 41% | 33% | 18% | 33% | 19% | 19% | 19% | 19% | 19% |
| Amortization of Intangible Assets | 0.0 | 4.7 | 18.8 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 |
| Loss (Gain) on Disposal of Assets | 0.0 | 0.6 | 2.2 | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Contingent Consideration | | | | 3.6 | | | | | | | | | | | | | | | |
| **Operating Income** | 13.9 | 30.0 | 36.9 | 50.3 | 22.4 | -113.0 | 16.1 | 20.2 | -54.3 | 16.6 | 21.8 | 26.2 | 30.4 | 95.0 | 34.2 | 38.5 | 45.8 | 51.5 | 169.9 |
| *Margin %* | 11.8% | 11.8% | 10.2% | 10.5% | 14.7% | -62.8% | 8.0% | 8.9% | -7.1% | 7.2% | 9.0% | 10.4% | 11.2% | 9.6% | 12.1% | 13.0% | 14.5% | 15.0% | 13.7% |
| *Growth %* | | 116% | 23% | 37% | 308% | -1181% | -1% | 12% | -208% | -26% | -119% | 63% | 50% | -275% | 106% | 77% | 75% | 69% | 79% |
| **EBITDA** | 21.4 | 45.6 | 72.1 | 90.9 | 32.6 | -99.9 | 27.1 | 33.7 | (6.6) | 30.4 | 36.0 | 40.8 | 45.4 | 152.6 | 49.7 | 54.5 | 62.3 | 68.5 | 234.9 |
| *Margin %* | 18.3% | 18.0% | 20.0% | 19.0% | 21.3% | -55.5% | 13.5% | 14.9% | -0.9% | 13.2% | 14.9% | 16.2% | 16.7% | 15.3% | 17.5% | 18.4% | 19.7% | 20.0% | 19.0% |
| *Growth %* | | 113% | 58% | 26% | 141% | -552% | 12% | 8% | -107% | -7% | -136% | 51% | 35% | -2421% | 63% | 51% | 53% | 51% | 54% |
| **Other (Income) Loss** | -0.4 | 1.3 | -2.0 | -1.6 | 0.8 | -1.7 | 1.2 | -0.1 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Financing Expense** | 0.3 | 2.0 | 9.3 | 7.5 | 1.6 | 1.6 | 1.6 | 1.7 | 6.5 | 1.5 | 1.5 | 1.5 | 1.5 | 6.1 | 1.5 | 1.5 | 1.5 | 1.5 | 5.9 |
| **Income Before Tax** | 14.0 | 26.6 | 29.5 | 44.4 | 20.1 | -113.0 | 13.3 | 18.6 | -61.0 | 15.1 | 20.3 | 24.7 | 28.9 | 88.9 | 32.7 | 37.0 | 44.3 | 50.0 | 164.0 |
| *Margin %* | 12.0% | 10.5% | 8.2% | 9.3% | 13.1% | -62.7% | 6.6% | 8.2% | -8.0% | 6.5% | 8.4% | 9.8% | 10.6% | 8.9% | 11.5% | 12.5% | 14.0% | 14.6% | 13.2% |
| *Growth %* | | 90% | 11% | 50% | 982% | -1272% | -5% | -1% | -237% | -25% | -118% | 86% | 55% | -246% | 117% | 83% | 79% | 73% | 84% |
| **Provision for Income Tax** | 5.0 | -5.6 | -4.4 | 9.9 | 3.6 | -7.0 | 1.7 | -0.5 | -2.3 | 2.7 | 3.6 | 4.4 | 5.2 | 16.0 | 6.5 | 7.4 | 8.9 | 10.0 | 32.8 |
| *Tax Rate %* | 35.8% | -20.9% | -14.9% | 22.3% | 17.7% | 6.2% | 12.5% | -2.5% | 3.7% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| **Net Income** | 9.0 | 32.2 | 33.9 | 34.5 | 16.5 | -105.9 | 11.6 | 19.1 | -58.7 | 12.3 | 16.6 | 20.2 | 23.7 | 72.9 | 26.1 | 29.6 | 35.4 | 40.0 | 131.2 |
| *Net Margin %* | 7.7% | 12.7% | 9.4% | 7.2% | 10.8% | -58.9% | 5.8% | 8.4% | -7.7% | 5.4% | 6.9% | 8.1% | 8.7% | 7.3% | 9.2% | 10.0% | 11.2% | 11.7% | 10.6% |
| *Growth %* | | 257% | 5% | 2% | 990% | -1423% | 2% | 41% | -270% | -25% | -116% | 74% | 24% | -224% | 112% | 78% | 75% | 69% | 80% |
| **GAAP EPS** | | | | 3.70 | 1.80 | (1.14) | 0.11 | 0.17 | (0.73) | 0.11 | 0.15 | 0.18 | 0.21 | 0.66 | 0.23 | 0.26 | 0.32 | 0.36 | 1.17 |
| *Growth %* | | | | 2% | 990% | -1406% | -15% | 17% | -119% | -94% | NM | 71% | 23% | NM | 110% | 77% | 73% | 67% | 78% |
| **Shares** | | | 9.2 | 9.2 | 93.0 | 109.4 | 110.5 | 80.5 | 110.7 | 110.8 | 111.1 | 111.3 | 111.0 | 111.6 | 111.8 | 112.1 | 112.4 | 112.0 | |
| *Growth %* | | | | 0% | 0% | 1% | 19% | 20% | 778% | 1106% | 19% | 1% | 1% | 38% | 1% | 1% | 1% | 1% | 1% |

### Adjusted EPS Reconciliation

| | 2017 | 2018 | 2019 | 2020 | Q1-21 | Q2-21 | Q3-21 | Q4-21 | 2021 | Q1-22E | Q2-22E | Q3-22E | Q4-22E | 2022E | Q1-23E | Q2-23E | Q3-23E | Q4-23E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GAAP EBITDA | 21.4 | 45.6 | 72.1 | 90.9 | 32.6 | (99.9) | 27.1 | 33.7 | (6.6) | 30.4 | 36.0 | 40.8 | 45.4 | 152.6 | 49.7 | 54.5 | 62.3 | 68.5 | 234.9 |
| Transaction Expenses/Offering Costs | 0.0 | 9.5 | 0.0 | 0.9 | 3.3 | 2.4 | 0.5 | 0.7 | 7.0 | | | | | 0.0 | | | | | 0.0 |
| Other Expenses (Income) | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 | | | | | 0.0 | | | | | 0.0 |
| COVID-related expenses | | | 0.0 | 7.5 | 2.4 | 3.7 | 0.0 | 0.0 | 6.1 | | | | | 0.0 | | | | | 0.0 |
| Severance | 0.0 | 0.0 | 0.0 | 2.6 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| Facilities Restructuring | 0.0 | 0.0 | 0.0 | 1.8 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| Contingent Consideration | 0.0 | 0.0 | 0.0 | 3.6 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| Phantom share bonus | | | | | | 129.4 | 0.0 | | 129.4 | | | | | 0.0 | | | | | 0.0 |
| IPO bonus | | | | | | 4.4 | 0.0 | | 4.4 | | | | | 0.0 | | | | | 0.0 |
| Stock Compensation | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.8 | 19.2 | 21.4 | 46.4 | 21.4 | 19.0 | 18.5 | 18.0 | 76.9 | 16.0 | 15.5 | 15.0 | 14.5 | 61.0 |
| Natural Disaster (Texas) | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | | | | 0.4 | | | | | 0.0 | | | | | 0.0 |
| Bad Debts | 0.0 | 0.0 | 0.0 | 0.0 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| Fx (Gains) Losses | (0.4) | 1.3 | (2.0) | (1.5) | 0.8 | (1.4) | 1.3 | 0.3 | 0.8 | | | | | 0.0 | | | | | 0.0 |
| Loss (Gain) on Disposal of Assets | 0.0 | 0.6 | 2.2 | 1.1 | 0.0 | 0.0 | 0.0 | (0.0) | 0.1 | | | | | 0.0 | | | | | 0.0 |
| 2019 Settlement of Credit Facility | 0.0 | 0.0 | 0.0 | 0.0 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| 2018 Settlement of Credit Facility | 0.0 | 0.0 | 2.0 | 0.0 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| **Adjusted EBITDA** | 21.0 | 56.9 | 74.2 | 106.9 | 39.5 | 44.1 | 48.1 | 56.2 | 187.9 | 51.8 | 55.0 | 59.3 | 63.4 | 229.5 | 65.7 | 70.0 | 77.3 | 83.0 | 295.9 |
| *Margin %* | 17.9% | 22.4% | 20.6% | 22.4% | 25.9% | 24.5% | 23.9% | 24.8% | 24.7% | 22.5% | 22.8% | 23.6% | 23.3% | 23.1% | 23.2% | 23.6% | 24.4% | 24.2% | 23.9% |
| *Growth %* | | 171% | 30% | 44% | 126% | 67% | 60% | 70% | 76% | 31% | 25% | 23% | 13% | 22% | 27% | 27% | 30% | 31% | 29% |
| **D&A** | 7.1 | 12.2 | 16.3 | 20.2 | 6.2 | 6.7 | 7.4 | 8.7 | 29.0 | 9.1 | 9.5 | 9.9 | 10.3 | 38.7 | 10.8 | 11.3 | 11.8 | 12.3 | 46.1 |
| **Adjusted EBIT** | 13.9 | 44.7 | 57.9 | 86.7 | 33.3 | 37.4 | 40.7 | 47.5 | 158.9 | 42.7 | 45.5 | 49.4 | 53.1 | 190.7 | 54.9 | 58.7 | 65.5 | 70.7 | 249.8 |
| *Margin %* | 11.8% | 17.6% | 16.1% | 18.1% | 21.8% | 20.8% | 20.2% | 20.9% | 20.9% | 18.6% | 18.9% | 19.7% | 19.5% | 19.2% | 19.4% | 19.8% | 20.7% | 20.6% | 20.2% |
| *Growth %* | | 222% | 30% | 50% | 162% | 82% | 54% | 76% | 83% | 28% | 22% | 22% | 12% | 20% | 29% | 29% | 32% | 33% | 31% |
| **Financing Expense** | 0.3 | 2.0 | 9.3 | 7.5 | 1.6 | 1.6 | 1.6 | 1.7 | 6.5 | 1.5 | 1.5 | 1.5 | 1.5 | 6.1 | 1.5 | 1.5 | 1.5 | 1.5 | 5.9 |
| **Adjusted Pretax Income** | 13.6 | 42.7 | 48.6 | 79.2 | 31.8 | 35.8 | 39.0 | 45.8 | 152.4 | 41.1 | 44.0 | 47.9 | 51.6 | 184.6 | 53.4 | 57.2 | 64.0 | 69.2 | 243.8 |
| Provision for Income Tax | 5.0 | (5.6) | (4.4) | 9.9 | 3.6 | (7.0) | 1.7 | (0.5) | (2.3) | 2.7 | 3.6 | 4.4 | 5.2 | 16.0 | 6.5 | 7.4 | 8.9 | 10.0 | 32.8 |
| Tax Adjustments | | 15.9 | 0.0 | 0.0 | | 11.4 | 4.6 | 9.2 | 25.2 | 3.2 | 2.9 | 2.8 | 2.7 | 11.5 | 2.4 | 2.3 | 2.3 | 2.2 | 9.2 |
| Adjusted Provision for Income Tax | 5.0 | 10.3 | (4.4) | 9.9 | 3.6 | 4.4 | 6.3 | 8.7 | 23.0 | 5.9 | 6.5 | 7.2 | 7.9 | 27.5 | 8.9 | 9.7 | 11.1 | 12.2 | 41.9 |
| Tax Rate % | 36.8% | 24.1% | -9.1% | 12.5% | 11.2% | 12.3% | 16.1% | 19.0% | 15.1% | 14.4% | 14.8% | 15.1% | 15.3% | 14.9% | 16.7% | 17.0% | 17.4% | 17.6% | 17.2% |
| **Adjusted Net Income** | 8.6 | 32.4 | 53.0 | 69.4 | 28.2 | 31.4 | 32.8 | 37.1 | 129.4 | 35.2 | 37.5 | 40.7 | 43.7 | 157.1 | 44.4 | 47.5 | 52.9 | 57.0 | 201.9 |
| *Margin %* | 7.3% | 12.7% | 14.7% | 14.5% | 18.4% | 17.4% | 16.3% | 16.3% | 17.0% | 15.3% | 15.5% | 16.2% | 16.1% | 15.8% | 15.7% | 16.0% | 16.7% | 16.6% | 16.3% |
| *Growth %* | | 276% | 64% | 31% | 177% | 85% | 47% | 85% | 87% | 25% | 19% | 24% | 18% | 21% | 26% | 27% | 30% | 31% | 29% |
| **Adjusted EPS** | | | | 0.76 | 0.27 | 0.32 | 0.30 | 0.34 | 1.26 | 0.32 | 0.34 | 0.37 | 0.39 | 1.42 | 0.40 | 0.42 | 0.47 | 0.51 | 1.80 |
| *Growth %* | | | | | | 74% | 24% | 54% | 67% | 17% | 5% | 22% | 17% | 12% | 25% | 26% | 29% | 29% | 27% |
| **FCF/Share** | | | | 0.33 | 0.29 | -0.08 | -1.14 | 0.09 | -0.90 | 0.27 | 0.28 | 0.31 | 0.28 | 1.14 | 0.32 | 0.34 | 0.35 | 0.35 | 1.36 |
| *Growth %* | | | | | | -169% | | | -375% | -5% | -456% | -127% | 213% | -226% | 19% | 21% | 15% | 25% | 20% |
| *Conversion* | | | | 43% | 106% | -24% | -379% | 27% | -71% | 85% | 82% | 84% | 72% | 80% | 81% | 79% | 74% | 70% | 76% |
| **Diluted Shares** | | | | 91.7 | 104.1 | 97.6 | 109.4 | 110.5 | 102.3 | 110.7 | 110.8 | 111.1 | 111.3 | 111.0 | 111.6 | 111.8 | 112.1 | 112.4 | 112.0 |
| *Growth %* | | | | | | 6% | 19% | 20% | 12% | 6% | 14% | 1% | 1% | 8% | 1% | 1% | 1% | 1% | 1% |

Research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/research-disclosure.aspx.  Source:  Company reports and Robert W. Baird & Co. estimates.  Date:  3/1/22

**Baird**

Property of Baird. Please contact Baird for permission to share.

**TaskUs**



**Balance Sheet Assumptions**
Fiscal Year End: December

David J. Koning, CFA / Senior Research Analyst / (414) 298-7494 / dkoning@rwbaird.com
Robert W. Bamberger, CFA / Senior Associate / (414) 298-5094 / rbamberger@rwbaird.com
Patrick A. Schulz, CFA / Research Associate / (414) 298-6218 / pschulz@rwbaird.com
Robert W. Baird & Co., Inc.

($million)

| ASSETS | 2017 | 2018 | 2019 | 2020 | Q1-21 | Q2-21 | Q3-21 | Q4-21 | 2021 | Q1-22E | Q2-22E | Q3-22E | Q4-22E | 2022E | Q1-23E | Q2-23E | Q3-23E | Q4-23E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current Assets:** | | | | | | | | | | | | | | | | | | | |
| Cash | 19.3 | 25.3 | 37.5 | 107.7 | 135.5 | 195.9 | 61.3 | 63.6 | 63.6 | 71.3 | 82.1 | 95.3 | 106.4 | 106.4 | 124.0 | 143.7 | 165.7 | 188.5 | 188.5 |
| Accounts Receivable | 25.6 | 45.0 | 58.0 | 87.8 | 91.8 | 127.9 | 157.6 | 162.9 | 162.9 | 165.3 | 173.3 | 180.5 | 195.5 | 195.5 | 203.3 | 213.1 | 227.5 | 246.3 | 246.3 |
| Other Receivables | 0.3 | 0.1 | 0.1 | 0.1 | 0.4 | 0.4 | 0.7 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 |
| Prepaid Expenses | 2.2 | 4.7 | 10.2 | 13.0 | 11.6 | 9.7 | 8.7 | 10.9 | 10.9 | 11.1 | 11.6 | 12.1 | 13.1 | 13.1 | 13.7 | 14.3 | 15.3 | 16.5 | 16.5 |
| Income Tax Receivable | 0.0 | 0.0 | 1.7 | 1.6 | 0.0 | 0.0 | 2.2 | 3.9 | 3.9 | 3.9 | 4.1 | 4.3 | 4.6 | 4.6 | 4.8 | 5.1 | 5.4 | 5.8 | 5.8 |
| Other Current Assets | 1.1 | 0.1 | 0.6 | 1.1 | 0.6 | 2.5 | 2.7 | 4.4 | 4.4 | 4.5 | 4.7 | 4.9 | 5.3 | 5.3 | 5.5 | 5.8 | 6.2 | 6.7 | 6.7 |
| **Total Current Assets** | 48.5 | 75.1 | 108.1 | 211.3 | 239.9 | 336.4 | 233.2 | 246.3 | 246.3 | 256.7 | 276.5 | 297.7 | 325.5 | 325.5 | 351.9 | 382.6 | 420.6 | 464.5 | 464.5 |
| Property, Plant and Equipment | 17.6 | 34.0 | 45.1 | 57.0 | 57.0 | 63.1 | 72.1 | 80.0 | 80.0 | 84.8 | 89.8 | 95.0 | 101.0 | 101.0 | 107.2 | 113.7 | 120.9 | 129.2 | 129.2 |
| Deferred Tax Assets | 0.1 | 0.0 | 0.1 | 0.6 | 0.6 | 0.6 | 0.5 | 1.4 | 1.4 | 1.5 | 1.5 | 1.6 | 1.7 | 1.7 | 1.8 | 1.9 | 2.0 | 2.2 | 2.2 |
| Intangibles | 0.0 | 278.0 | 259.1 | 240.3 | 235.6 | 230.9 | 226.2 | 221.4 | 221.4 | 216.7 | 212.0 | 207.3 | 202.6 | 202.6 | 197.9 | 193.2 | 188.5 | 183.8 | 183.8 |
| Goodwill | 0.0 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 |
| Other Non-Current Assets | 2.9 | 2.5 | 2.5 | 2.6 | 2.9 | 3.0 | 3.7 | 5.0 | 5.0 | 5.1 | 5.3 | 5.6 | 6.0 | 6.0 | 6.3 | 6.6 | 7.0 | 7.6 | 7.6 |
| **Total Assets** | 69.0 | 585.4 | 610.7 | 707.5 | 731.6 | 829.6 | 731.5 | 750.0 | 750.0 | 760.5 | 780.9 | 802.9 | 832.6 | 832.6 | 860.9 | 893.7 | 934.9 | 983.1 | 983.1 |
| | | | | | | | | | | | | | | | | | | | |
| **LIABILITIES AND EQUITY** | | | | | | | | | | | | | | | | | | | |
| **Current Liabilities:** | | | | | | | | | | | | | | | | | | | |
| Accounts Payable and Accrued Liabilities | 8.1 | 15.1 | 24.3 | 41.9 | 38.8 | 43.5 | 44.8 | 40.9 | 40.9 | 41.5 | 43.5 | 45.3 | 49.1 | 49.1 | 51.0 | 53.5 | 57.1 | 61.8 | 61.8 |
| Accrued Payroll and Employee-Related Liabilities | 6.4 | 13.9 | 17.1 | 22.0 | 30.6 | 171.7 | 43.9 | 36.7 | 36.7 | 37.2 | 39.0 | 40.6 | 44.0 | 44.0 | 45.8 | 48.0 | 51.2 | 55.4 | 55.4 |
| Current Portion of Long-Term Debt | 9.6 | 0.5 | 2.4 | 46.0 | 47.3 | 48.5 | 49.8 | 51.1 | 51.1 | 52.6 | 54.1 | 56.6 | 59.1 | 59.1 | 61.6 | 64.1 | 66.6 | 69.1 | 69.1 |
| Current Portion of Income Tax Payable | 0.7 | 1.7 | 0.0 | 0.0 | 3.4 | 1.6 | 2.2 | 2.4 | 2.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred Revenue | 2.1 | 2.3 | 2.1 | 4.7 | 5.6 | 5.8 | 6.8 | 4.1 | 4.1 | 4.2 | 4.4 | 4.5 | 4.9 | 4.9 | 5.1 | 5.4 | 5.7 | 6.2 | 6.2 |
| Deferred Rent | 0.3 | 0.6 | 1.0 | 0.2 | 0.1 | 0.3 | 0.4 | 0.7 | 0.7 | 0.7 | 0.8 | 0.8 | 0.9 | 0.9 | 0.9 | 1.0 | 1.0 | 1.1 | 1.1 |
| **Total Current Liabilities** | 27.2 | 34.1 | 46.9 | 114.8 | 125.7 | 271.4 | 147.9 | 135.9 | 135.9 | 136.2 | 141.8 | 147.9 | 158.0 | 158.0 | 164.5 | 171.9 | 181.7 | 193.7 | 193.7 |
| | | | | | | | | | | | | | | | | | | | |
| Income Tax Payable | 2.1 | 1.9 | 1.7 | 3.0 | 3.0 | 3.0 | 3.0 | 2.9 | 2.9 | 2.9 | 3.1 | 3.2 | 3.5 | 3.5 | 3.6 | 3.8 | 4.0 | 4.4 | 4.4 |
| Long-Term Debt | 1.9 | 82.7 | 204.9 | 198.8 | 196.3 | 193.5 | 191.0 | 187.2 | 187.2 | 185.0 | 182.8 | 178.1 | 173.4 | 173.4 | 168.7 | 164.0 | 159.3 | 154.6 | 154.6 |
| Deferred Rent | 1.7 | 1.8 | 1.8 | 2.2 | 2.3 | 2.6 | 2.7 | 2.7 | 2.7 | 2.8 | 2.9 | 3.0 | 3.3 | 3.3 | 3.4 | 3.6 | 3.8 | 4.2 | 4.2 |
| Accrued Payroll and Employee-Related Liabilities | 0.0 | 0.0 | 0.0 | 2.6 | 2.6 | 2.6 | 2.6 | 1.8 | 1.8 | 1.8 | 1.9 | 2.0 | 2.2 | 2.2 | 2.3 | 2.4 | 2.5 | 2.7 | 2.7 |
| Other Long-Term Payable | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred Tax Liabilities | 0.9 | 66.2 | 57.5 | 50.9 | 50.9 | 40.5 | 41.2 | 40.2 | 40.2 | 40.2 | 40.2 | 40.2 | 40.2 | 40.2 | 40.2 | 40.2 | 40.2 | 40.2 | 40.2 |
| **Total Liabilities** | 33.9 | 186.6 | 313.2 | 372.4 | 380.9 | 513.6 | 388.5 | 370.9 | 370.9 | 369.1 | 372.8 | 374.6 | 380.6 | 380.6 | 382.7 | 386.0 | 391.7 | 399.8 | 399.8 |
| **Total Stockholders' Equity** | 35.1 | 398.7 | 297.5 | 335.1 | 350.8 | 316.0 | 343.0 | 379.1 | 379.1 | 391.5 | 408.1 | 428.3 | 452.0 | 452.0 | 478.1 | 507.8 | 543.2 | 583.2 | 583.2 |
| **Total Liabilities and Equity** | 69.0 | 585.4 | 610.7 | 707.5 | 731.6 | 829.6 | 731.5 | 750.0 | 750.0 | 760.5 | 780.9 | 802.9 | 832.6 | 832.6 | 860.9 | 893.7 | 934.9 | 983.1 | 983.1 |

| Leverage and Liquidity | 2017 | 2018 | 2019 | 2020 | Q1-21 | Q2-21 | Q3-21 | Q4-21 | 2021 | Q1-22E | Q2-22E | Q3-22E | Q4-22E | 2022E | Q1-23E | Q2-23E | Q3-23E | Q4-23E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash/Investments | 19.3 | 25.3 | 37.5 | 107.7 | 135.5 | 195.9 | 61.3 | 63.6 | 63.6 | 71.3 | 82.1 | 95.3 | 106.4 | 106.4 | 124.0 | 143.7 | 165.7 | 188.5 | 188.5 |
| Debt | 11.6 | 83.1 | 207.3 | 244.8 | 243.6 | 242.0 | 240.9 | 238.4 | 238.4 | 237.7 | 237.0 | 234.8 | 232.6 | 232.6 | 230.4 | 228.2 | 226.0 | 223.8 | 223.8 |
| Net Cash (Debt) | 7.7 | (57.8) | (169.8) | (137.0) | (108.1) | (46.1) | (179.5) | (174.8) | (174.8) | (166.3) | (154.9) | (139.5) | (126.2) | (126.2) | (106.3) | (84.5) | (60.3) | (35.3) | (35.3) |
| Net Cash (Debt) per share | | | | | | | | | | | | | | | | | | | |
| TTM EBITDA | 21.0 | 56.9 | 74.2 | 106.9 | 129.0 | 146.7 | 164.7 | 187.9 | 187.9 | 200.1 | 211.0 | 222.2 | 229.5 | 229.5 | 243.4 | 258.4 | 276.3 | 295.9 | 295.9 |
| Net Debt/TTM EBITDA | (0.37) | 1.0 | 2.3 | 1.3 | 0.8 | 0.3 | 1.1 | 0.9 | 0.9 | 0.8 | 0.7 | 0.6 | 0.6 | 0.6 | 0.4 | 0.3 | 0.2 | 0.1 | 0.1 |
| Net Leverage (per company) | | 1.0 | 2.3 | 1.3 | 0.8 | 0.3 | 1.1 | 0.9 | 0.9 | | | | | | | | | | |
| Debt/Capital | 25% | 17% | 41% | 42% | 41% | 43% | 41% | 39% | 39% | 38% | 37% | 35% | 34% | 34% | 33% | 31% | 29% | 28% | 28% |
| Net Working Capital | 1.9 | 15.8 | 23.7 | (11.3) | (21.3) | (130.9) | 24.0 | 46.8 | 46.8 | 49.2 | 52.6 | 54.5 | 61.1 | 61.1 | 63.4 | 67.0 | 73.2 | 82.3 | 82.3 |
| Current Ratio | 1.8 | 2.2 | 2.3 | 1.8 | 1.9 | 1.2 | 1.6 | 1.8 | 1.8 | 1.9 | 1.9 | 2.0 | 2.1 | 2.1 | 2.1 | 2.2 | 2.3 | 2.4 | 2.4 |

| DuPont Formula | 2017 | 2018 | 2019 | 2020 | Q1-21 | Q2-21 | Q3-21 | Q4-21 | 2021 | Q1-22E | Q2-22E | Q3-22E | Q4-22E | 2022E | Q1-23E | Q2-23E | Q3-23E | Q4-23E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Margin | 7.7% | 12.7% | 9.4% | 7.2% | 10.8% | -58.9% | 5.8% | 8.4% | -7.7% | 5.4% | 6.9% | 8.1% | 8.7% | 7.3% | 9.2% | 10.0% | 11.2% | 11.7% | 10.6% |
| Asset Turnover | 1.7 | 0.4 | 0.6 | 0.7 | 0.8 | 0.9 | 1.1 | 1.2 | 1.0 | 1.2 | 1.2 | 1.3 | 1.3 | 1.2 | 1.3 | 1.3 | 1.4 | 1.4 | 1.3 |
| Leverage | 2.0 | 1.5 | 2.1 | 2.1 | 2.1 | 2.6 | 2.1 | 2.0 | 2.0 | 1.9 | 1.9 | 1.9 | 1.8 | 1.8 | 1.8 | 1.8 | 1.7 | 1.7 | 1.7 |
| Return on Equity | 25.7% | 8.1% | 11.4% | 10.3% | 18.8% | -134.1% | 13.6% | 20.2% | -15.5% | 12.6% | 16.3% | 18.9% | 21.0% | 16.1% | 21.9% | 23.3% | 26.1% | 27.4% | 22.5% |

Date:    3/1/22

**Baird**

Property of Baird. Please contact Baird for permission to share.

**TaskUs**



**Cash Flow Assumptions**
**Fiscal Year End: December**

David J. Koning, CFA / Senior Research Analyst / (414) 298-7494 / dkoning@rwbaird.com
Robert W. Bamberger, CFA / Senior Associate / (414) 298-5094 / rbamberger@rwbaird.com
Patrick A. Schulz, CFA / Research Associate / (414) 298-6218 / pschulz@rwbaird.com
Robert W. Baird & Co., Inc.

($million)

| | 2017 | 2018 | 2019 | 2020 | Q1-21 | Q2-21 | Q3-21 | Q4-21 | 2021 | Q1-22E | Q2-22E | Q3-22E | Q4-22E | 2022E | Q1-23E | Q2-23E | Q3-23E | Q4-23E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income | 9.0 | 32.2 | 33.9 | 34.5 | 16.5 | (105.9) | 11.6 | 19.1 | (58.7) | 12.3 | 16.6 | 20.2 | 23.7 | 72.9 | 26.1 | 29.6 | 35.4 | 40.0 | 131.2 |
| D&A | 7.1 | 16.9 | 35.2 | 39.0 | 10.9 | 11.4 | 12.1 | 13.4 | 47.9 | 13.8 | 14.2 | 14.6 | 15.0 | 57.6 | 15.5 | 16.0 | 16.5 | 17.0 | 65.0 |
| Depreciation | 7.1 | 12.2 | 16.3 | 20.2 | 6.2 | 6.7 | 7.4 | 8.7 | 29.0 | 9.1 | 9.5 | 9.9 | 10.3 | 38.7 | 10.8 | 11.3 | 11.8 | 12.3 | 46.1 |
| Amortization of Intangibles | 0.0 | 4.7 | 18.8 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 |
| Other | 1.2 | (7.4) | (5.1) | (2.6) | 2.2 | (4.4) | 24.5 | 18.6 | 40.9 | 22.3 | 20.0 | 19.5 | 19.1 | 80.9 | 17.1 | 16.7 | 16.2 | 15.8 | 65.9 |
| Share-Based Comp | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.8 | 19.2 | 21.2 | 46.2 | 21.4 | 19.0 | 18.5 | 18.0 | 76.9 | 16.0 | 15.5 | 15.0 | 14.5 | 61.0 |
| Bad Debt Expense | 0.1 | 0.1 | 0.1 | 2.2 | 0.2 | 0.2 | 0.2 | 0.4 | 1.1 | 0.8 | 0.9 | 0.9 | 1.0 | 3.5 | 1.0 | 1.1 | 1.1 | 1.2 | 4.3 |
| Loss (Gain) on Disposal of Assets | 0.0 | 0.6 | 2.2 | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Amortization of Loan Discounts | 0.0 | 0.1 | 2.5 | 0.5 | 0.1 | 0.1 | 0.1 | 0.1 | 0.5 | 0.1 | 0.1 | 0.1 | 0.1 | 0.6 | 0.1 | 0.1 | 0.1 | 0.1 | 0.6 |
| Unrealized FX losses for Forward Contracts | | | (1.1) | 0.1 | 1.8 | (0.1) | 4.1 | (1.3) | 4.6 | | | | | 0.0 | | | | | |
| Deferred Taxes | 1.1 | (8.2) | (8.8) | (6.5) | 0.0 | (10.5) | 0.8 | (1.8) | (11.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Changes in Working Capital | (3.4) | (64.3) | (20.2) | (12.0) | 10.3 | 104.7 | (157.4) | (20.4) | (62.8) | (4.7) | (5.7) | (5.3) | (10.0) | (25.7) | (5.7) | (7.0) | (9.8) | (12.6) | (35.1) |
| Accounts Receivable | | | (13) | (32.0) | (6.1) | (35.1) | (29.4) | (5.6) | (76.2) | (3.2) | (8.9) | (8.1) | (15.9) | (36.1) | (8.8) | (10.9) | (15.4) | (20.0) | (55.1) |
| Other Current Assets | | | (4) | (3.8) | 1.6 | (6.0) | (0.4) | (3.9) | (8.6) | (0.3) | (0.9) | (0.9) | (1.8) | (3.8) | (0.9) | (1.2) | (1.7) | (2.2) | (6.0) |
| Other Assets | | | (0) | (0.1) | (0.3) | (0.1) | (0.8) | (1.2) | (2.4) | (0.1) | (0.3) | (0.3) | (0.6) | (1.3) | (0.3) | (0.4) | (0.6) | (0.7) | (2.0) |
| Accounts Payable | | | (2) | 13.5 | 0.5 | 5.1 | (0.7) | (0.3) | 4.5 | 0.6 | 2.0 | 1.8 | 3.7 | 8.2 | 2.0 | 2.5 | 3.6 | 4.7 | 12.8 |
| Other Current Liability | | | (1) | 8.1 | 8.8 | 141.8 | (126.0) | (8.1) | 16.5 | (1.8) | 2.0 | 1.8 | 3.8 | 5.9 | 2.0 | 2.5 | 3.7 | 4.8 | 12.9 |
| Other Non-Current Liability/Inc Tax Payable | | | 0 | 2.2 | 5.0 | (1.7) | (1.5) | (0.8) | 1.0 | 0.1 | 0.4 | 0.3 | 0.7 | 1.5 | 0.4 | 0.5 | 0.7 | 0.9 | 2.3 |
| Deferred Revenue | | | | | 0.7 | 0.4 | 1.0 | (0.9) | 1.3 | | | | | | | | | | |
| Deferred Rent | | | | | 0.2 | 0.3 | 0.3 | 0.4 | 1.2 | | | | | | | | | | |
| Cash Flow from Operations | 13.9 | (22.5) | 43.8 | 58.9 | 39.9 | 5.8 | (109.1) | 30.7 | (32.7) | 43.8 | 45.1 | 49.1 | 47.8 | 185.7 | 53.0 | 55.3 | 58.4 | 60.2 | 226.9 |
| Purchase of Property/Equipment | (10.4) | (22.9) | (20.0) | (28.9) | (10.1) | (13.3) | (15.2) | (20.8) | (59.4) | (13.8) | (14.5) | (15.1) | (16.3) | (59.7) | (17.0) | (17.8) | (19.0) | (20.6) | (74.4) |
| Free Cash Flow | 3.5 | (45.4) | 23.8 | 30.0 | 29.8 | (7.6) | (124.2) | 10.0 | (92.0) | 30.0 | 30.6 | 34.0 | 31.4 | 126.0 | 36.0 | 37.5 | 39.4 | 39.7 | 152.6 |
| Acquisitions | 0.0 | (298.9) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Payment to Acquire Non-Controlling Interest in Subsidiary | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net Free Cash Flow | 3.5 | (344.3) | 23.8 | 30.0 | 29.8 | (7.6) | (124.2) | 10.0 | (92.0) | 30.0 | 30.6 | 34.0 | 31.4 | 126.0 | 36.0 | 37.5 | 39.4 | 39.7 | 152.6 |
| Adjusted FCF/Share | | | | | 0.29 | (0.08) | (1.14) | 0.09 | (0.90) | 0.27 | 0.28 | 0.31 | 0.28 | 1.14 | 0.32 | 0.34 | 0.35 | 0.35 | 1.36 |
| % of Adjusted EPS | | | | | 106% | -24% | -379% | 27% | -71% | 85% | 82% | 84% | 72% | 80% | 81% | 79% | 74% | 70% | 76% |
| Total Capex % of revs | 8.8% | 9.0% | 5.6% | 6.0% | 6.6% | 7.4% | 7.5% | 9.2% | 7.8% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% |

Date:    3/1/22

Property of Baird. Please contact Baird for permission to share.

1016

# Appendix - Important Disclosures and Analyst Certification

Approved on 01 March 2022 06:14EST/ Published on 01 March 2022 06:19EST.



2 Robert W. Baird & Co. Incorporated and/or its affiliates managed or co-managed a public offering of securities of TaskUs, Inc. in the past 12 months.

3 Robert W. Baird & Co. Incorporated and/or its affiliates have received investment banking compensation from TaskUs, Inc. in the past 12 months.

1 Robert W. Baird & Co. Incorporated makes a market in the securities of TASK.

Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Please contact a Baird representative for more information.

**Investment Ratings: Outperform (O)** - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. **Neutral (N)** - Expected to perform in line with the broader U.S. equity market over the next 12 months. **Underperform (U)** - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.

**Risk Ratings: L - Lower Risk** – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings. **A - Average Risk** – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. **H - Higher Risk** – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. **S - Speculative Risk** – High growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.

**Valuation, Ratings and Risks.** The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.

**Distribution of Investment Ratings.** As of February 28, 2022, Baird U.S. Equity Research covered 749 companies, with 65% rated Outperform/Buy, 34% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 20% of Outperform/Buy-rated, 8% of Neutral/Hold-rated and 14% Underperform/Sell-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.

**Analyst Compensation.** Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; (4) compliance with all of Baird's internal policies and procedures; and (5) other considerations, such as Baird's assessment of the prevailing market rates for talent in the sector the research

**Property of Baird. Please contact Baird for permission to share.**

1017

**March 1, 2022   |   TaskUs, Inc.**

analyst covers, but excluding the analyst's contributions to Baird's investment banking services activities. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research Oversight Committee. Analyst compensation is derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/third-party-research-disclosures.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

**Analyst Certification**

The research analyst primarily responsible for the preparation of this research report certifies that the views expressed in this research report and/or financial model accurately reflect such research analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

**Disclaimers**

**Baird prohibits analysts from owning stock in companies they cover.**

This is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed here reflect our judgment at this date and are subject to change. The information has been obtained from sources we consider to be reliable, but we cannot guarantee the accuracy.

**ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST**

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

**Other Disclosures**

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In our standard company-specific research reports, the subject company may be designated as a "Fresh Pick", representing that the research analyst believes the company to be a high-conviction investment idea based on a subjective review of one or more fundamental or quantitative factors until an expiration date specified by the analyst but not to exceed nine months. The Fresh Pick designation and specified expiration date will be displayed in standard company-specific research reports on the company until the occurrence of the expiration date or such time as the analyst removes the Fresh Pick designation from the company in a subsequent, standard company-specific research report. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird disseminates its research reports to all clients simultaneously by posting such reports to Baird's password-protected client portal, https://bol.rwbaird.com/Login("BairdOnline"). All clients may access BairdOnline and at any time. All clients are advised to check BairdOnline for Baird's most recent research reports. After research reports are posted to BairdOnline, such reports may be emailed to clients, based on, among other things, client interest, coverage, stock ownership and indicated email preferences, and electronically distributed to certain third-party research aggregators, who may make such reports available to entitled clients on password-protected, third-party websites. Not all research reports posted to BairdOnline will be emailed to clients or electronically distributed to such research aggregators. To request access to Baird Online, please visit https://bol.rwbaird.com/Login/RequestInstLogin or contact your Baird representative.

**Dividend Yield.** As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

**United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.**

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like

**Baird**                                                                                                                                    15

**Property of Baird. Please contact Baird for permission to share.**

**March 1, 2022**  |  **TaskUs, Inc.**

further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to, and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK. For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

**Copyright 2022 Robert W. Baird & Co. Incorporated**

This information is prepared for the use of Baird clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Baird. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this information (including any investment ratings, estimates or price targets) without first obtaining expressed permission from an authorized officer of Baird.

Ask the analyst a question                                    Click here to unsubscribe

**Property of Baird. Please contact Baird for permission to share.**

1019