**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HUMBERTO LOZADA and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>v.<br><br>TASKUS, INC., BRYCE MADDOCK, JASPAR WEIR, BALAJI SEKAR, AMIT DIXIT, MUKESH MEHTA, SUSIR KUMAR, JACQUELINE D. RESES, and BCP FC AGGREGATOR L.P.,<br><br>               Defendants. | Case No. 1:22-cv-01479 JPC-GS<br><br><u>CLASS ACTION</u><br><br>Judge John P. Cronan |

**<u>SUR-REPLY DECLARATION OF JONATHAN K. YOUNGWOOD</u>**

I, Jonathan K. Youngwood, make this declaration pursuant to 28 U.S.C. § 1746, and state as follows:

1.      I am a Partner at the law firm Simpson Thacher & Bartlett LLP, counsel to TaskUs, Inc. ("TaskUs" or the "Company"), BCP FC Aggregator L.P, Bryce Maddock, Jaspar Weir, Balaji Sekar, Amit Dixit, Mukesh Mehta, Susir Kumar, and Jacqueline D. Reses (collectively, the "Defendants") in the above-captioned action. I am a member of the bar of the State of New York and the United States District Court for the Southern District of New York. I respectfully submit this Declaration in support of Defendants' Sur-Reply in Further Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Expert Sur-Reply Report of Bruce Deal, dated September 20, 2024.

1

3.     Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the Deposition of Chad Coffman, dated September 13, 2024.

4.     Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of TaskUs's Form S-1 Registration Statement, publicly filed with the Securities and Exchange Commission on April 12, 2021.

5.     Attached hereto as Exhibit 4 is a true and correct copy of an analyst report titled, "TASK: Secular Play on Digitizing the Consumer Drives Strong Growth Profile; Initiating at Equal Weight Given Valuation", by Wells Fargo, dated July 6, 2021.

6.     Attached hereto as Exhibit 5 is a true and correct copy of an excerpt from the transcript of the Deposition of Bruce Deal, dated August 15, 2024.

7.     Attached hereto as Exhibit 6 is a true and correct copy of an analyst report titled, "Premium growth at attractive valuation – upgrade to Buy", by Bank of America Securities, dated January 6, 2022.

8.     Attached hereto as Exhibit 7 is a true and correct copy of an analyst report titled, "Details on Q3 results", by Baird Equity Research, dated November 10, 2021.

9.     Attached hereto as Exhibit 8 is a true and correct copy of an analyst report titled, "Details on Q4 results", by Baird Equity Research, dated March 1, 2022.

10.     Attached hereto as Exhibit 9 is a true and correct copy of an analyst report titled, "Adjusting revenue growth estimates", by RBC Capital Markets, dated December 7, 2021.

11.     Attached hereto as Exhibit 10 is a true and correct copy of an analyst report titled, "Q4/21 Preview: Investors looking for more information on revenue growth drivers", by RBC Capital Markets, dated February 28, 2022.

3

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: September 20, 2024
        New York, New York


By:    */s/*    *Jonathan K. Youngwood*
        Jonathan K. Youngwood