# Appendix B

## Compendium of Selected Materials

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

)

HUMBERTO LOZADA and OKLAHOMA    )

FIREFIGHTERS PENSION AND        )

RETIREMENT SYSTEM Individually )

and on Behalf of All Others     )

Similarly Situated,             )

)

Plaintiffs,          )

)

vs.                       ) Case No.

) 1:22-cv-01479(JPC)

TASKUS, INC., BRYCE MADDOCK,     )

JASPAR WEIR, BALAJI SEKAR,       )

AMIT DIXIT, MUKESH MEHTA,        )

SUSIR KUMAR, JACQUELINE D.       )

RESES, and BCP FC AGGREGATOR     )

L.P.,                            )

)

Defendants.          )

_____)

** CONFIDENTIAL **

REMOTE PROCEEDINGS OF

VIDEOTAPED DEPOSITION OF BRUCE DEAL

Pal Alto, California

Thursday, August 15, 2024

Reported Stenographically by:

REAGAN EVANS

CA CSR NO. 8176

TX CSR No. 3308

RPR, RMR, CRR, CCRR, CLR, CRC

CONFIDENTIAL

Page 124

cannot examine TaskUs's stock price reaction to the alleged attrition-related misstatement.

Do you see that?

A    That's exactly what we have been talking about for the last few minutes, yes.

Q    Okay.

Why can't you examine the stock price reaction when the stock began to trade?

A    Because it was already what I, quote, unquote, baked into the information set from the very beginning of trading.

So in order to study a price effect on the front end, you have to have a revelation of new information and an observed change in a stock price. It's a -- the mirror image of the back-end price drop.

But if you don't have new information, you know, you don't expect to see any change because it's already -- it's just baked into the information set that goes into the stock price.

Q    Do you know where TaskUs stock opened on the morning of June 11th?

A    No.  I mean, it doesn't matter for -- I mean, none of these questions are at all relevant

Incomplete hypothetical.

THE WITNESS:  As I understand your hypothetical, the answer would be "no."  It seems like it's tautological in the sense of you're saying, this new information, new value-relevant information is introduced to the market, you know, during a period where there's not trading, one would typically look at then, okay, what's the first observed trading following that?

And if there's an increase in price, a decrease in price, whatever, that may well be.  Again, one would need to study the facts of the situation.

But I'm certainly not opining that because there's a break in trading and information is introduced during that break in trading that means that the stock price -- the observed change in stock price from a trading date to a trading date isn't -- doesn't potentially have some price impact.  I think it could in your hypothetical, depending on the facts, obviously.

BY MR. KUBOTA:

Q   So let's talk about the back end.

You don't dispute that TaskUs stock had a statistically significant price decline on the day

CONFIDENTIAL

Page 131

the Spruce Point Report was released; correct?

A    I agree with that.  I mean, I haven't done my own, you know, kind of separate analysis of the stock price drop, but it -- I don't -- I certainly don't dispute that that was a statistically significant price drop.

I think that's a -- that's a -- I agree with that statement.

Q    And Mr. Coffman found that price decline on January 20th to be statistically significant at the 99 percent confidence level.

Do you recall that?

A    That sounds right.

It doesn't -- I mean, it was a, you know, meaningful drop, in my experience, is a meaningful drop like that.  I think it was 14 percent, is his abnormal return, yeah.

That's almost all you need to know, in my experience, that that would almost certainly be a statistically significant drop.

I -- don't take that to the bank.  I can imagine -- again, there might be a situation where that wouldn't be, but in my experience, that kind of a stock drop is almost certainly going to be statistically significant.

seems to be the same words.  That seems to be that.

Obviously, many other references in this report to attrition in lots of other situations.  In fact, it hits every one of the four categories, in some cases multiple times.  So it is by far from the only reference to it.

But I certainly -- that's why I tried to identify it.  And I say, okay, there is one reference to it.

I didn't see anything else that was even close to it.  So that's -- that's --

Q    I didn't mean to cut you off, but, again, I think my question is more simple.

Can you point me to anywhere in your report that describes criteria that you applied to determine whether an analyst's report mentions the alleged misstatement?

A    I mean, I've not -- I don't think I can answer it any differently than I've answered it, which is, it's sort of -- it answers itself in that I've identified the alleged misstatement.  I've reviewed -- I say I'm going to review the analysts' reports.  The results are very clear at what I'm doing.

I can't -- it's not even a sensible

CONFIDENTIAL

Page 198

question to say, well, like, what are the micro things you need to look at?

Did I need to find, you know, four letters out of the five letters?  I don't define it that way because it's not even that kind of an analysis.

So there isn't kind of a, here's the instructions.  It's a, you know, here's the statement.  Let's review the analysts' reports.  Do we see that statement, or, you know, again, the close approximation of that statement?

And there's only one that even comes close and that's what I've identified.

So it doesn't make sense to say, give me the exact logic rules, if you will.  It's not that kind of an analysis.

Q   It's not that objective, in other words?

A   That's -- no, I don't agree with that.  I think it's quite objective.

I think, again, this wasn't that -- it required professional judgment, but not -- again, there weren't close calls here.

This one I think that any reasonable, you know, professional would probably agree, yeah, that seems to be, you know, talking about the same -- the alleged misstatement.  I don't think that's

CONFIDENTIAL

Page 201

need to be in the context of -- I mean, if you got an example, I can look at it.

But some might say, you know, low attrition, as evidenced by the disclosed rates. And they would quote those rates. That wouldn't be -- that wouldn't go in that category.

The category's got to be in reference to the, you know, discussion of the metrics and low attrition. That's what's at issue here, not the disclosed attrition rates.

So those two words standing alone are not sufficient to get into Category 4.

Q    So how many words have to match the alleged misstatement to qualify for Category 4?

A    I've just discussed this. It's not a -- it's not a, you've got to have -- this is where you need to analyze the statement itself.

And, again, this wasn't -- this wasn't a close call.

I think -- this one I think clearly falls into it. I put it there. It's almost verbatim. Not quite. Almost verbatim. But you need to read the substance of the other analysts. And that's why I put them here. I put them here so that the reader can easily look and say, what does it say? What did

CONFIDENTIAL

Page 207

sure if I can describe it any differently than I've described it.

So I do think it's objective.  I think it's clear from the categories themselves what it is I'm looking for.  The actual categorization itself, I think, again, is -- there's only one that even falls into this category.  I think that one is self-evident.  The other one -- any of the other statements don't.

So I think you've got to consider the whole context of the analysis.  It doesn't lend itself to something that would have had -- you seem to be thinking about it, like, there's got to be some, you know, logic rules if there's three words or four words.  It's not that kind of a judgment.  It's a categorization here.

And I've discussed the concepts in my report.  And I've showed the data.  I've showed my categorizations.

The totality of all of that is, you know, the description of what I've done.

BY MR. KUBOTA:

Q   So let's look at Exhibit 3, page 4, which is the RBC, July 6th, 2021 reports statement that you place in Category 4.  That's at the top of

**Page 251**

Yeah.  I haven't looked at every page of it, but it looks to be the Spruce Report.

Q   Okay.

Turn to page 6, using the numbers in the bottom right.

A   Okay.

Q   Towards the middle of the page, there are three subbullets.

Do you see that?

A   Yes.

Q   The third one says, (as read and/or reflected:)

Task's claim of a superior corporate culture evidenced by below industry standard workforce attrition appear to be highly exaggerated.

Do you see that?

A   I do, yeah.

Q   And you don't make any mention of this disclosure in your report; correct?

A   Oh, I think that's just -- I read that to be just a kind of a -- this is -- I think this is the overview section.

I read that to be just a kind of a

CONFIDENTIAL

Page 252

high-level reference to the more detailed analysis on those three slides, that when they say, "below industry standard workforce attrition," I read that to be their comparison of the 180-day rate to what they calculate as the overall attrition rate.

So it's to my understanding that's not a separate allegation.  It's more of a summary of the allegations I study.

Q   I'm just asking you mechanically, do you discuss this language in your report?

MS. GOCHMAN:  Objection to form.

THE WITNESS:  Are you saying, do I have a footnote that references this specific language?  Is that the question?

BY MR. KUBOTA:

Q   Do you discuss the language that I just read anywhere in your report?

A   I'm not trying to be difficult, but I think my report clearly discusses this -- these questions, and as I discuss in the report, I don't -- I would have to look and see if I have a specific footnote to this.

But to the extent -- if the question is this -- I mean, again, the way I read this is, below industry standard is a reference to the whole

CONFIDENTIAL

Page 253

discussion that I talk about where they ask a question of, hey, you know, industry standard is 30 percent, which is a misquote.  It's in the context of that.  So, yes, I discuss that.

I would have to look to see if I have a separate footnote to this.  But I don't read this as a separate allegation.  So I do think I address this, and I don't view it as a separate allegation.

Q   Do you provide any analysis in your report of whether this language on slide 6 was corrective?

MS. GOCHMAN:  Objection to form.

THE WITNESS:  I mean, I think it's the same answer I just gave.

Yes, in the sense that the much more complete discussion of this point on the later pages is what I actually analyzed in detail in my report. So, yes, I do address this.

BY MR. KUBOTA:

Q   Where do the later pages in the Spruce Report address the highly exaggerated claims of the superior corporate culture evidenced by below industry standard attrition?

A   Well, the whole discussion of industry standard attrition is what's in Figure 1 on page 15 as an example, where there -- that's literally the

CONFIDENTIAL

Page 294

You don't dispute Mr. Coffman's analysis of analysts coverage after the quiet period; correct?

A    I think that's -- I agree with that.

I think his -- what I -- his statement that there were analysts covering it over the full period, I think that's inaccurate.  They weren't covering it initially during the expired period, but I don't dispute that there were multiple analysts.

Obviously, I talk a lot about analysts.  We spent a lot of today talking about analysts.

I don't dispute that once -- once the analysts' coverage starts, there's multiple analysts covering it.  I don't dispute that.

Q    So let's turn to paragraph 93 of your report.  This is the section on the quiet period.

A    Okay.

Q    Are you saying that the temporary lack of analyst coverage during the quiet period proves inefficiency for that period?

A    No, that would be an overstatement.  I'm take -- I'm disputing -- he says there was consistent analyst coverage for TaskUs.  That's often the case in securities cases.

I think a lot of these are related to the specific time period and issues in this case where

CONFIDENTIAL

Page 295

this question of an initial quiet period post-IPO isn't something that would often come up in a 10(b)(5) case, in my experience, because you wouldn't have this question of a quiet period.

So, you know, I think it's too strong to say that during the quiet period -- the fact that there is a quiet period and there's no analyst coverage means it must be inefficient.  That's too strong.

But it means -- it's a -- it is different about this case and it's something that one would want to take into consideration and analyze, and certainly not make a statement that there was consistent analyst coverage, especially during the class period.

It's a relatively short class period. Several months.  And for the first roughly month or so, there was no analyst coverage.

So that's -- that's, you know, something that one wants to think about and a factor in deciding, is -- are the things I've looked at, are they sufficient to determine market efficiency for the class period?

Q   So let's stay on the quiet period for a moment.



**Capital Markets**

RBC Capital Markets, LLC
**Daniel R. Perlin**, CFA (Analyst)
(410) 625-6130, daniel.perlin@rbccm.com
**Matt Roswell**, CFA (AVP)
(410) 625-6131, matt.roswell@rbccm.com
**Amil Patel** (Senior Associate)
(212) 558-0412, amil.patel@rbccm.com

**EQUITY RESEARCH    INITIATION**

July 6, 2021

# TaskUs, Inc.

## Driving the consumer experience in the Digital Economy; initiate at Outperform

**Our view:** We are initiating coverage of TASK with an Outperform rating and $43 price target, as we believe the company is tethered to a large and rapidly growing addressable market, is uniquely 100% focused on digitally native clients, and has a cohesive reinforcing growth strategy capable of sustaining 25%+ y/y revenue growth, with industry leading gross margins.

### Key points:

**TAM is large, growing, & increasing in relevance.** TaskUs targets high-growth technology companies across a wide breadth of verticals within the Digital Economy, which in aggregate, it estimates, represent a total addressable market of ~$100B (CY20) and growing ~20%+ annually.

**Deeply embedded and growing client relationships drive attractive financial model.** TASK has grown its business 100% organically, with existing clients growing their revenues at a ~40% CAGR from FY17-FY20, while TASK was able to grow ~60%, or 1.5x its existing base, over the same timeframe. We see non-voice, digital, and omnichannel services (96% of 2020 revenue) allowing the company to utilize its resources more effectively in addition to nearly all revenue being derived from recurring contracts, which we view as key to driving higher profitability.

**Cohesive, simple, & reinforcing growth strategy.** We believe TaskUs has a simple, reinforcing growth model that includes (1) growing with existing clients (60% FY17-FY20), (2) extending solutions (125% avg. net rev. retention rate 2018-20), (3) adding new clients (~56% win rate in FY20), (4) expanding globally (doubled clients in multiple geos FY17-FY20), and (5) opportunistic M&A. The company has built an organic growth engine and agile operating model tailored for its high growth clients. We believe the company's management team brings together deep domain expertise that has led to the company's strong growth profile and premium technology-focused client base.

**Leader in talent acquisition, which is key in the Digital CX & Content Security industries.** We believe the company's focus on fostering employee culture has led to lower employee attrition, as indicated by a voluntary attrition rate for those employed for over 180 days of 14.9%. We believe this is further evidenced by the high level of internal referrals, which drove 38% of new hires in 2020 and helped drive a 101% fill rate.

**Valuation and target price.** Although the shares are up 41% since its IPO (vs. the S&P 500 at +3%), we believe there could be more upside as it continues to generate above peer revenue growth (30%+) driven by demand from its "digital economy" clients' for TASK's DCX, content security and AI solutions. The shares are currently trading at 19x CY22 RBCe EV/EBITDA, compared to the closest peers at 25x, and at a CY22e P/E of 28x vs 37x, respectively. We are establishing a price target of $43, or an EV/EBITDA multiple of 25x and a P/E of 37x our CY22e estimates.

---

**Sector: Payments, Processors & IT Services**

### Outperform
NASDAQ: TASK; USD 32.39
**Price Target USD 43.00**
#### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
| | 28.00 | 32.39 | 43.00 | 51.00 |
| | ↓14% | | ↑33% | ↑57% |

*Implied Total Returns

### Key Statistics
| | | | |
|---|---|---|---|
| Shares O/S (MM): | 104.1 | Market Cap (MM): | 3,372 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | NA |

### RBC Estimates
| FY Dec | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| **Revenue** | 478.0 | 642.3 | 803.2 | 1,006.6 |
| **EPS, cash Diluted** | 0.67 | 1.23 | 1.16 | 1.47 |
| **P/CEPS** | 48.3x | 26.3x | 27.9x | 22.0x |
| **EBITDA, Adj** | 106.9 | 150.0 | 183.7 | 231.6 |

| Revenue | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2020 | 102.4A | 114.4A | 122.4A | 138.8A |
| 2021 | 152.9A | 162.1E | 162.8E | 164.4E |
| 2022 | 178.7E | 199.1E | 209.6E | 215.8E |
| **EPS, cash Diluted** | | | | |
| 2020 | 0.10A | 0.16A | 0.21A | 0.19A |
| 2021 | 0.27A | 0.36E | 0.30E | 0.30E |
| 2022 | 0.24E | 0.28E | 0.31E | 0.32E |

All values in USD unless otherwise noted.
Priced as of prior trading day's market close, EST (unless otherwise noted).



# Key fundamental questions

|  | **Our view** |
|---|---|
| **How does the company intend to maintain its 25%+ revenue CAGR?** | The company, in our opinion, has built an organic growth engine and agile operating model tailored for its high growth clients. The revenue growth model includes (1) growing with existing clients, (2) extending solutions, (3) adding new clients, (4) expanding globally, and (5) opportunistic M&A. To date, TASK has grown its business 100% organically, with existing clients growing their revenues at a ~40% CAGR from FY17-FY20, while TASK was able to grow ~60%, or 1.5x its existing base, over the same period. The company has seen positive organic growth in every one of its cohorts in every year, with 29 of its clients with $500K+ revenue growing 448% from FY17-FY20, which we believe has driven superior net revenue retention rates. |
| **What sets TASK apart from other, larger providers?** | Unlike its larger scale-seeking peers, TaskUs targets high-growth technology companies across a wide breadth of verticals within the Digital Economy, including social media, ecommerce, gaming, streaming services, food delivery, ride sharing, fintech, and healthcare technology, which the company projects to grow at an unweighted average CAGR of 18% from 2019 to 2023e, supported by strong macro trends driving increasing demand. |
| **Is the company's client concentration a risk, especially for pricing?** | The company's business is dependent on key clients that comprise a high percentage of total revenue. For example, Facebook and DoorDash comprised 32% and 12% of FY20 revenue, while the next 8 largest clients comprised an additional 24%. Overall, the company has 29 clients with $500K+ revenue, which have grown 448% from FY17-FY20; additionally, we believe it has above industry-average net revenue retention rates. |
| **Is employee attrition & turnover, especially from its content security business an issue?** | We believe the company's focus on fostering employee culture has led to lower employee attrition, as indicated by a voluntary attrition rate for those employed for over 180 days of 14.9%. We believe this is further evidenced by the high level of internal referrals, which drove 38% of new hires in 2020 and helped drive a 101% fill rate. Finally, we estimate that only ~15% of TASK's content moderation work involves graphic violence, pornography or other such topics. |
| **Is the company seeing increased wage pressures?** | While TASK, like many of its peers, is seeing increased wage costs, in our opinion, especially for employees with digital skills, we believe that the relative price insensitivity of its clients and operating leverage will help to offset some this pressure. Since 2017, we note that while the company's gross margin has declined from 50.4% to 43.4% in FY20, its adj. EBITDA margin expanded from 17.9% to 22.4% over the same timeframe. |

Daniel R. Perlin, CFA (410) 625-6130; daniel.perlin@rbccm.com    2



# Key ESG questions

*This section is intended to highlight key ESG discussion points relevant to this company, as well as our views on the outlook. Both the questions we highlight and our responses will evolve over time as the dialogue between management, analysts and investors continues to advance. We welcome any feedback on the topics.*

**Our view**

**What are the most material ESG issues facing this company?**

Given TaskUs' large global reach and across 8 countries and >27K employees, in addition to its overall business in serving high-growth Digital Economy companies, we believe diversity & inclusion as well as data privacy and information security are among the most material ESG issues facing the company.

**Does the company integrate ESG considerations into its strategy?**

Yes, the company has well-defined initiatives around supporting its employees in regards to diversity & inclusion, environmental sustainability, and supporting local communities. TaskUs also has a Nominating and ESG Committee Chapter on its Board of Directors that develops corporate governance guidelines and oversees the company's strategy related to environmental and social matters.

**What is diversity like at board / management level?**

TaskUs has a 6-person Board of Directors, including 1 woman, with ethnically diverse members.

**What are the key areas of strength and recent ESG initiatives?**

We see the company's efforts around diversity & inclusion as well as its community outreach initiatives as key areas of strength for TaskUs. The company also provides mandatory unconscious bias training to its leaders, recruiters, and hiring managers and actively hires people from disadvantaged groups, equipping disabled personnel with Jaws screen readers, electronic video magnifiers, and refreshable Braille displays. Lastly, the company's Global Employee Resource Groups enable employee-led discussions and roundtables to increase understanding and drive collaboration. The company actively engages in community partnerships with public schools, universities, military communities, and others to ensure inclusivity. Recent community-focused initiatives from 2018-2020 include TaskUs for Texans, where it joined the Central Texas Food Bank to pack 1,000 food boxes for families affected by the pandemic, as well as Taal Relief, in which employees collected and delivered relief goods to families in evacuation centers displaced by the Taal Volcano eruption in the Philippines, among many others.

**What are additional company-specific ESG areas of focus?**

TaskUs also has a Supplier Diversity program through which it seeks to partner with businesses owned by minorities, women, veterans, service-disability individuals, and LBGTQ+ members. The company also supports various non-profits and local charities. Additionally, TaskUs has a focus on environmental sustainability, launching a paperless initiative in 2017, distributing solar home kits to over 200 indigent families in the Philippines, and joining the cleanup drive in Santa Monica Beach, California while launching a coral planning effort in La Union Beach, Philippines.



# Table of contents

TaskUs, Inc. summary ............................................................................................... 5

Investment summary and thesis ............................................................................... 5
1) Total addressable market is large, growing, & increasing in relevance ............... 6
2) Deeply embedded and growing client relationships ........................................... 7
3) Cohesive, simple, & reinforcing growth strategy .............................................. 9
4) Leader in talent acquisition, which is key in the Digital CX & Content Security
   industries ....................................................................................................... 11
5) Attractive financial model drives profitability ................................................ 12

Impact from COVID-19 & performance through the cycle ....................................... 14

Valuation ............................................................................................................... 14

Investment risks .................................................................................................... 18

Company overview ................................................................................................. 20
Products & services ............................................................................................... 21
Delivery & operations ............................................................................................ 23
Financial Snapshot ................................................................................................ 24
Competition ........................................................................................................... 26
Regulatory Environment ........................................................................................ 27
History of company ................................................................................................ 27

Management .......................................................................................................... 29

Board of Directors ................................................................................................. 30

## TaskUs, Inc. summary

TaskUs is a digital outsourcer serving clients across numerous industries within what the company calls the "Digital Economy" (e.g. social media, ride sharing, streaming services, and fintech, among many others). These companies often lack the expertise, scale, or geographic presence to build the operational infrastructure necessary to support their growth. The company's global delivery model (~27,500 employees at 18 locations in 8 countries) is focused on providing clients three key solutions: (1) Digital Customer Experience (DCX), (2) Content Security (CS), and (3) Artificial Intelligence (AI) Operations. TaskUs now serves over 100 clients and has become a top outsourcing partner for many of the world's most recognizable and disruptive brands in the world (e.g. Coinbase, Netflix, Uber, and Zoom), supporting their growth with tech-enabled solutions tailored for the Digital Economy. Founded in 2008, TASK completed its IPO on NASDAQ in June 2021 at $23 per share.

## Investment summary and thesis

We are initiating coverage of TASK with an Outperform rating and a $43 price target, as we believe the company is well positioned to support the operational needs of its high-growth clients as they scale through its tech-enabled outsourcing solutions purpose-built for their various industry verticals within the Digital Economy. We believe the strong projected growth of the company's end markets (average CAGR of 18% from 2019-2023e), high net revenue retention rates, accelerating new client wins, and digitally native service offerings that enable utilization of lower cost non-voice channels should support recurring revenue growth at a 25% CAGR for the medium-term while sustaining EBITDA margins above 20%.

We believe TASK's success will be underpinned by several key attributes, including its: (1) large and growing TAM, (2) deeply embedded and growing client relationships, (3) cohesive, simple, and reinforcing growth strategy, including geographic expansion and M&A, (4) leadership in talent acquisition with low voluntary attrition rates, and (5) attractive underlying financial model designed to drive profitability.

We are establishing a $43 target price for TASK shares, or a 25x EV/EBITDA (CY22e) multiple in line with its premium IT services and digital engineering peers. Despite the shares being up 41% from the IPO price, versus the market's 3% increase, we see the incremental 31% implied upside to our target price as supportive of our Outperform rating. Our estimates for FY21, FY22, and FY23 are as follows: total revenues of $642M, $803M, and $1,007M; and adjusted EBITDA of $150M, $184M and $232M, and adjusted EPS of $1.23, $1.16, and $1.47 respectively.



## 1) Total addressable market is large, growing, & increasing in relevance

TaskUs targets high-growth technology companies across a wide breadth of verticals within the Digital Economy, including social media, ecommerce, gaming, streaming services, food delivery, ride sharing, fintech, and healthcare technology, which the company projects to grow at an unweighted average CAGR of 18% from 2019 to 2023e (see Exhibit 2). TaskUs estimates its total addressable market for these various end markets is currently ~$100B (CY20) and growing ~20%+ across its 3 key services: (1) ~$77B in Digital Customer Experience, (2) ~$5B in Content Security, and (3) ~$18B in Artificial Intelligence Operations.

**Exhibit 1 - TASK's total addressable market ~$100B+ (CY20)**



Source: Company filings, IDC, JC Market Research, RBC Capital Markets

**Key business segments supported by various secular tailwinds.** Each of the three primary services offered by TaskUs is underpinned by unique industry drivers of growth. The company's Digital CX business is characterized by being a critical retention and growth lever, rather than a cost center, which Everest Group projects to grow at a CAGR of 20-25% (2018-2021e). According to a PwC study, 59% of Americans leave a previously loved brand after several bad experiences and 17% after just one bad experience, which underscores the importance of active customer retention efforts given the direct impact of negative experiences on brand affinity coupled with high customer acquisition costs for new economy companies. We believe the strength of TaskUs' DCX solutions is exemplified by its strong net revenue retention (NRR) rates (~125% on average from 2018-2020). The company's Content Security business is projected to grow at a CAGR of 40-50% (2016-2021e) per Everest Group, driven by the exponential growth in user and advertiser generated content and subsequent greater need for content moderation. We believe the company's clients see its CS offering as differentiated and necessary given a revenue CAGR of 157% (2017-2020) in addition to strong NRR. Lastly, IDC projects the AI Operations segment to grow at a CAGR of ~20% (2020-2024e), driven by the rapid growth in AI use cases and algorithms requiring large sets of human-annotated data.

Exhibit 2 - TASK vertical market growth (left) and TAM segment growth (right)



Source: Company filings, IDC, JC Market Research, Everest Group, RBC Capital Markets estimates

**Strong macro trends driving increasing demand**. Emerging digital trends such as the Internet of Things (IoT), cloud computing, mobile web services, and AI are creating new opportunities for economic growth across the changing business ecosystem. TaskUs believes technology companies are becoming increasingly willing to outsource at earlier stages of their business lifecycles, as evidenced by the accelerating pace of outsourcing, driven by the need for more resources for product development and operations as these companies scale. The COVID-19 pandemic has also driven accelerating outsourcing spend as businesses were forced to implement remote working policies. In its prospectus, the company cited a recent study by a third-party outsourcing company of >200 business leaders, which found that 52% of respondents with 1,000-10,000 employees and 61% of respondents with 10,000-50,000 employees planned to outsource for the first time or increase use of outsourcing in 2021. In addition, TaskUs sees an alignment of vendor company culture as consumers increasingly want a personal connection to the brands they choose, which accelerates the need for next-generation outsourcers to act as extensions of their clients' brands to meet this emerging consumer preference.

## 2) Deeply embedded and growing client relationships

To date, TASK has grown its business 100% organically, with existing clients growing their revenues at a ~40% CAGR from FY17-FY20, while TASK was able to grow ~60%, or 1.5x its existing base, over the same timeframe. The company has seen positive organic growth in every one of its cohorts in every year, with 29 of its clients with $500K+ revenue growing 448% from FY17-FY20, which we believe has driven superior net revenue retention rates. TaskUs has a track record of identifying attractive, emerging industry segments, winning marquee clients, as well as establishing thought leadership and operating best practices. The company's agile and responsive operational model enables TaskUs to selectively target high-potential clients who have never outsourced before.



Exhibit 3 - Percentage of clients by vertical (CY20)



Source: Company filings, RBC Capital Markets

Exhibit 4 - Percentage of clients generating $500K+ revenue per year



Source: Company filings, RBC Capital Markets

**100% focused on digitally native companies with accelerating new client wins.** TaskUs defines "digitally native" as companies that were "born on the web and grew up in the cloud", allowing them to enter the market without investing in legacy infrastructure. The company's digitally native service offerings enable TaskUs to utilize lower cost non-voice channels (96% of FY20 revenue) such as chat, native-in-app messaging, SMS, and social platforms, which we believe has been a key driver of profitability. The company's marquee list of digitally native clients includes Facebook (32% of FY20 revenue), DoorDash (12% of FY20 revenue), Zoom, Uber, Oscar, Coinbase, and Netflix. TaskUs has shown a successful track record of winning new clients, which is accelerating, with new client growth up 33% in FY20 vs. a CAGR of 22% (2018-2020). Additionally, the company is becoming more efficient in its time to close new clients, improving from 119 days in FY18 to 107 days in FY20.



**Exhibit 5 - Client win rates**



Source: Company filings, RBC Capital Markets

**Exhibit 6 - Acceleration of new client wins (left, #) and increasing efficiency of average deal duration (right, months)**



Source: Company filings, RBC Capital Markets

## 3) Cohesive, simple, & reinforcing growth strategy

We believe TaskUs has a simple, reinforcing growth model that includes (1) growing with existing clients, (2) extending solutions, (3) adding new clients, (4) expanding globally, and (5) opportunistic M&A. The company has built an organic growth engine and agile operating model tailored for its high growth clients. We believe the company's management team brings together deep domain expertise that has led to the company's strong growth profile and premium technology-focused client base. TaskUs believes it is the only company in its sector with over $250 million in annual revenue to have grown 100% organically.

**Growing with new and existing clients.** While current clients with publicly disclosed financials grew at an unweighted average CAGR of 40% from FY17-FY20, TASK grew ~60% over the same timeframe. As the company's clients grow, along with the complexity of their outsourcing needs, TaskUs gains the opportunity to enhance penetration of current services and cross-sell new services. In 2020, the company's largest client leveraged all 3 of its primary offerings while 38 current clients signed statements for new work. TaskUs integrates consultative expertise, process automation, and technology to expand its value proposition to clients, leading to strong growth in services such as Content Security, which grew at a CAGR of 157% from 2017-

**Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com

2020. TaskUs sees its solutions in anti-money laundering, fraud prevention, and data science as particularly attractive and relevant for its clients. The company has expanded its solutions over time, investing heavily in strategic account management and planning through its Client Services organization to deliver domain expertise, industry insight, and best practices and expand long-term growth. In addition, TaskUs' growth has been fueled by its success in new client wins, which has been supported by the company's brand position and effective sales team. The company identifies emerging industry and funding trends, while engaging prospective clients at the founder and C-suite level, utilizing its experience and references to win new clients. From 2018-2020, 52% of total new client wins came from referrals or inbound inquiries with a total new client win rate of 42%. TaskUs added 36 new clients in 2020 with a win rate of 56% across its various industry verticals.

**Growing geographic footprint while leveraging M&A to expand solution set**. Geographic expansion is becoming increasingly important to existing multinational and potential clients as they scale. From 2017-2020, TaskUs has doubled the number of clients it works with in multiple geographies. The company's geographic expansion has often been driven by specific client requests, including (1) an online gaming client expanding to Taiwan, (2) a European market launch in Greece, and (3) two social media clients in Ireland and Atlanta, Georgia respectively. As the company expands to new geographies, it adds new languages or capabilities to offer to clients, subsequently increasing opportunities to win new business. While TaskUs' growth has historically been purely organic, the company intends to layer M&A into its strategy. The company's M&A framework includes (1) focus on deepening its products and services in DCX and AI Operations, (2) expanding specialty services such as AML and fraud detection, (3) enhancing technical capabilities such as cognitive automation, and (4) geographic expansion. Pro forma for the offering, the company has $79M in cash on hand and we would expect the company to also consider using equity to fund future acquisitions.

Exhibit 7 - Cohesive growth strategy



| Grow w/ current clients | Extend solutions w/existing book | New client wins | Global expansion & M&A |
|---|---|---|---|
| 60% FY17-FY20 | 125% avg net rev retention rate FY18-FY20 | 52% wins inbound/referral & 56% win rate in FY20 | Doubled clients in multiple geos FY17-FY20 |

Source: Company filings, RBC Capital Markets



**Exhibit 8 - Geographic expansion (left, #) and revenues by delivery site (right, $M)**



Source: Company filings, RBC Capital Markets

## 4) Leader in talent acquisition, which is key in the Digital CX & Content Security industries

**Hiring and retention of employees.** TaskUs has built an employee-centric culture at every company site, which we believe has led to strong talent acquisition and retention. In 2020, the company's employee net promoter (eNPS) score, which the company uses to measure satisfaction of employees with the firm, was 72, which is one of the highest of any tech-enabled service provider with over 1,000 employees, while 79% of employees who participated ranked the company a 9 or 10 out of 10. In addition, Glassdoor ranked TaskUs as number 40 on their 2019 Best Places to Work list among U.S. employers with at least 1,000 employees and the company has held an overall rating of 4.6 out of 5.0 since March 2021. TaskUs offers competitive wages with annual increases and also invests in the wellbeing of its employees. The company believes its focus on fostering employee culture has led to lower employee attrition, as indicated by a voluntary attrition rate for those employed for over 180 days of 14.9%. We believe this is further evidenced by the high level of internal referrals, which drove 38% of new hires in 2020 and helped drive a 101% fill rate (the rate at which TaskUs hires full-time employees for posted open positions during a given year calculated by hired headcount divided by required headcount).

**Exhibit 9 - Glassdoor ratings as of March 2021**



Source: Company filings, RBC Capital Markets



**Talent acquisition and retention is key to DCX and CS businesses.** TaskUs believes its clients select the company in part because of its strong culture of employee engagement globally at its various operational sites. Within the DCX business, the evolving marketplace, subscription, and SaaS models resulted in a clear understanding of customer lifetime value and high-growth technology companies have become cognizant that the customer experience they provide is often a key differentiator. As TaskUs' employees are an extension of its clients' brands, tenured and engaged employees are key to delivering better and more consistent results. We believe the company has pr oven its success in this area given its high eNPS as well as cNPS (client net promoter score), which has risen from 35 in 2017 to 75 in 2020, which we see as indicative of consistent improvement by the company. While the majority of content reviewed by employees within the CS business is not offensive, viewing constant misinformation and conspiracy theories can also be challenging. The company developed the *TaskUs Resiliency Studio*, a clinician-led and evidence-based psychological health and safety program for its employees. As of March 31, 2021, TaskUs had a staff of over 100 clinicians, licensed counselors, and behavioral health researchers, as well as other wellness professionals, who helped develop the company's approach to support employee wellbeing and reduce stress. This approach includes: (1) screening for psychological resiliency during the recruitment process, (2) training employees to recognize signs of emotional burnout, (3) on the job support, including one-to-one and group counseling, and (4) post-employment support making counseling resources available to former employees.

Exhibit 10 - Content Security revenue growth validates its talent pool ($M)



Source: Company filings, RBC Capital Markets

## 5)  Attractive financial model drives profitability

As of Q1/21, the DCX segment comprised 65% of total revenue, while the CS and AI Operations segments made up 24% and 11% respectively. While the DCX segment has historically made up the largest portion of revenue, we note that the Content Security and AI operations segments have grown at faster CAGRs from 2017 to 2020 at 157% and 61% respectively (vs. 46% for DCX). We believe this illustrates the impressive growth profile of the company's overall business and ability to drive future profits.

**High-growth end markets and recurring revenue model key to profitability.** We believe the company's particular focus on high-growth technology clients has been key to its impressive

revenue growth. From 2019 to 2023e, TaskUs' target verticals are projected to grow an average CAGR of 18% (TaskUs estimate). The company has outsized the growth of its own clients, which grew at an unweighted average CAGR of 40% from 2017 to 2020, while TaskUs achieved a revenue CAGR of 60%, growing with both new and existing clients. We see non-voice, digital, and omnichannel services (96% of 2020 revenue) allowing the company to utilize its resources more effectively, which has been a driver of higher profitability. In 2020, 99% of revenues came from recurring revenue contracts, which we see as a key driver of profitability, and the company had a net revenue retention rate of 117%. We believe this model will drive strong gross profits and adjusted EBITDA growth, as shown in Exhibit 12.

**Exhibit 11 - Total revenue growth (left, $M) and % of revenue by segment (right, as of March 2021)**



Source: Company filings, RBC Capital Markets

**Exhibit 12 - Gross margin (left, $M) and adjusted EBITDA (right, $M)**



Source: Company filings, RBC Capital Markets estimates



# Impact from COVID-19 & performance through the cycle

The COVID-19 pandemic and resulting travel bans, closing of financial markets or restrictive trading, and limiting of operations of non-essential businesses had a considerable impact on TaskUs' business. The outbreak disrupted global supply chains, increased rates of unemployment and adversely impact numerous industries. In March 2020, in response to the pandemic, TASK mobilized a centralized crisis response team to implement a virtual operating model to protect the health and safety of employees and ensure continued service for clients. The company maintained productivity through a swift transition to this new model, and incurred costs of $0.3 million related to leave payments in CQ1/21 and $2.0 million related to incentive and leave payments for the full 2020 year. The company also invested in internet and Wi-Fi connectivity for employees as well as hotel and shuttle costs for those displaced. Client volume began to stabilize in H2/20, and the company incurred costs of ~$4.8 million due to operational enablement in the full year of 2020.

The company saw a reduction in spend from some clients, including ride sharing, live event ticketing, movie ticketing, travel and retail companies, that experienced customer volume declines due to lockdowns as well as slower revenue growth than expected in AI operations due to declining volumes in outsourcing needs. The company was behind March 2020 revenue forecasts and adjusted budgets downward due to the uncertainty on the short- and long-term impacts of the global economic slowdown. In H2/20, uncertainties began to decline as the company saw an increase in demand driven by a surge in online commerce and content consumption.

# Valuation

We use a broad peer group to value TASK shares, which consists of premium IT services, digital engineering and BPO / digital service firms. Based on the company's growth rates and other fundamental factors, we see the company's closest comps as being among the premium IT services and digital engineering firms. Although the shares are up 41% since its IPO (vs. the S&P 500 at +3%), we believe there could be more upside as it continues to generate above peer revenue growth (25%+) driven by demand from its "digital economy" clients' for TASK's DCX, content security and AI solutions. The shares are currently trading at 19x CY22 RBCe EV/EBITDA, compared to the average of the premium IT services and digital engineering firms at 25x, and CY22e P/E of 28x vs 37x, respectively. We are establishing a price target of $43, or an EV/EBITDA multiple of 25x and a P/E of 37x our CY22e estimates, in line with the closest peers. Our estimates for FY21, FY22, and FY23 are as follows: total revenues of $642M, $803M, and $1,007M; EBITDA of $150M, $184M and $232M; and EPS of $1.23, $1.16, and $1.47, respectively.

Exhibit 13 - Valuation methodology ($M, except per share, priced as of market close on 7/2/21)

| Enterprise Value Calculation | | | CY22e | Target | Closest peers | | Target | Downside | Upside |
|---|---|---|---|---|---|---|---|---|---|
| Current Price: | $32.39 | EV/revenue | 4.4x | 6x | 5.0x | Value range | $43 | $28 | $51 |
| Shares outstanding (M) | 104.1 | EV/EBITDA | 19x | 25x | 25x | P/E | 37x | 24x | 44x |
| Market cap | $3,372 | P/E | 28x | 37x | 40x | EV/EBITDA | 25x | 20x | 27x |
| +Debt | 244 | | | | | EV/revenue | 6x | 4x | 7x |
| -Cash | 79 | | | | | | | | |
| Enterprise Value ($M) = | $3,537 | | | | | Implied upside | 31% | (12%) | 57% |

Closest peers are premium IT services (ACN, GIB, CTSH, INFY, TCS_NS) and digital engineering firms (DAVA, EPAM, GLOB) as shown in Exhibit 14, below.
Source: Company filings, FactSet, RBC Capital Markets estimates



**Price target/base case:** Our price target of $43 is an EV/EBITDA multiple of 25x our CY22 EBITDA estimate and a 37x P/E on CY22 RBCe. These target multiples are generally in line with the average of the company's closest IT Services & digital engineering peers, which we think is appropriate given its growth rates and other fundamental factors, and based on TASK hitting its revenue growth targets. The implied upside supports our Outperform rating.

**Upside scenario:** Our upside scenario of $51 is based on the company achieving a 27x EV/EBITDA on upside RBCe CY22 EBITDA estimate of $202M (10% premium to our base estimate), which represents a 2-point increase to the target multiple that we think is justified given the upside to results. This upside could be driven by faster-than-expected organic growth and/or margin upside.

**Downside scenario:** Our downside scenario of $28 is based on the company achieving a 20x EV/EBITDA on downside RBCe CY22 EBITDA estimate of $156M (15% discount to our base estimate), which represents a 5-point decrease to the target multiple that we think is justified given the downside to results. This downside could be driven by a slowdown in revenue from either lower demand or increased competition, and/or increased expense pressures.

### Exhibit 14 - Comparable company valuation (priced as of market close on 7/2/21)

| | | Price | Mkt. Cap | Ent. Val | EV / Revenue CY21e | CY22e | EV/EBITDA CY21e | CY22e | P/E CY21e | CY22e | Net debt / TTM EBITDA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Premium IT Services** | | | | | | | | | | | |
| Accenture Plc | ACN | $304.84 | $193,310 | $186,744 | 3.6x | 3.3x | 19.1x | 17.6x | 33.6x | 30.3x | 0.0x |
| CGI, Inc. | GIB | $91.46 | $22,609 | $24,858 | 2.5x | 2.4x | 12.5x | 12.3x | 20.4x | 18.8x | 1.2x |
| Cognizant | CTSH | $69.61 | $36,791 | $36,348 | 2.0x | 1.9x | 10.9x | 9.8x | 17.6x | 15.5x | 0.0x |
| Infosys Ltd. | INFY | $21.07 | $89,347 | $86,094 | 5.7x | 5.0x | 21.0x | 18.8x | 30.8x | 27.2x | 0.0x |
| Tata Consultancy | TCS_NS | $44.49 | $164,556 | $160,358 | 6.5x | 5.8x | 22.9x | 20.3x | 32.2x | 28.5x | 0.0x |
| Wipro | WIT | $7.76 | $39,488 | $36,192 | 3.8x | 3.4x | 16.3x | 14.9x | 28.5x | 25.7x | 0.0x |
| | | | | Median | 3.7x | 3.3x | 17.7x | 16.2x | 29.6x | 26.5x | 0.0x |
| | | | | Mean | 4.0x | 3.6x | 17.1x | 15.6x | 27.2x | 24.3x | 0.2x |
| **BPO / Digital Services** | | | | | | | | | | | |
| ExlService | EXLS | $106.62 | $3,567 | $3,515 | 3.3x | 3.0x | 15.8x | 14.9x | 25.5x | 24.1x | 0.0x |
| Genpact | G | $46.07 | $8,630 | $10,058 | 2.5x | 2.3x | 13.0x | 12.0x | 20.0x | 17.7x | 2.0x |
| TELUS International | TIXT | $31.72 | $8,399 | $9,513 | 4.4x | 3.8x | 17.9x | 14.9x | 26.5x | 26.5x | 23.4x |
| WNS | WNS | $81.74 | $4,038 | $3,937 | 4.1x | 3.7x | 15.6x | 14.0x | 27.0x | 23.7x | 0.0x |
| | | | | Median | 3.7x | 3.4x | 15.7x | 14.4x | 26.0x | 23.9x | 1.0x |
| | | | | Mean | 3.6x | 3.2x | 15.6x | 13.9x | 24.7x | 23.0x | 6.3x |
| **Digital Engineering / IT Services** | | | | | | | | | | | |
| Endava Plc | DAVA | $117.23 | $6,378 | $6,332 | 9.1x | 7.3x | 39.4x | 33.2x | 62.6x | 51.9x | 0.0x |
| EPAM Systems | EPAM | $516.28 | $29,121 | $27,991 | 8.1x | 6.6x | 43.6x | 35.1x | 66.6x | 53.8x | 0.0x |
| Globant SA | GlOB | $216.11 | $8,932 | $8,831 | 7.8x | 6.4x | 39.0x | 32.4x | 63.7x | 52.9x | 0.0x |
| | | | | Median | 8.1x | 6.6x | 39.4x | 33.2x | 63.7x | 52.9x | 0.0x |
| | | | | Mean | 8.3x | 6.8x | 40.7x | 33.6x | 64.3x | 52.9x | 0.0x |
| | | | | **Total** | | | | | | | |
| | | | | Median | 4.1x | 3.7x | 17.9x | 14.9x | 28.5x | 26.5x | 0.0x |
| | | | | Mean | 4.9x | 4.2x | 22.1x | 19.2x | 35.0x | 30.5x | 2.0x |
| **TaskUs** | TASK | $32.39 | $3,372 | $3,537 | 5.5x | 4.4x | 23.6x | 19.3x | 26.2x | 27.9x | 1.5x |

All non-US companies' information shown in USD
Source: Company filings, RBC Capital Markets estimates for ACN, CTSH, TIXT & TASK, FactSet consensus for all others

## Exhibit 15 - Comparable operating metrics (priced as of market close on 7/2/21)

| Premium IT Services | | Price | Mkt. Cap | Ent. Val | Revenue CY21e | CY22e | Gross Margin CY21e | CY22e | EBITDA Margin CY21e | CY22e |
|---|---|---|---|---|---|---|---|---|---|---|
| Accenture Plc | ACN | $304.84 | $193,310 | $186,744 | $52,017 | $56,130 | 31.9% | 32.3% | 18.8% | 18.9% |
| CGI, Inc. | GIB | $91.46 | $22,609 | $24,858 | $10,018 | $10,373 | 19.2% | - | 19.8% | 19.4% |
| Cognizant | CTSH | $69.61 | $36,791 | $36,348 | $17,926 | $19,026 | 36.6% | 36.9% | 18.6% | 19.5% |
| Infosys Ltd. | INFY | $21.07 | $89,347 | $86,094 | $15,125 | $17,107 | 35.8% | 35.8% | 27.1% | 26.8% |
| Tata Consultancy | TCS_NS | $44.49 | $164,556 | $160,358 | $24,632 | $27,589 | 42.5% | 42.4% | 28.5% | 28.6% |
| Wipro | WIT | $7.76 | $39,488 | $36,192 | $9,579 | $10,771 | 31.4% | 31.2% | 23.2% | 22.6% |
| | | | | | Median | 33.9% | 35.8% | 21.5% | 21.1% |
| | | | | | Mean | 32.9% | 35.7% | 22.7% | 22.6% |
| BPO / Digital Services | | | | | | | | | | |
| ExlService | EXLS | $106.62 | $3,567 | $3,515 | $1,060 | $1,162 | 37.0% | 36.4% | 21.1% | 20.3% |
| Genpact | G | $46.07 | $8,630 | $10,058 | $3,976 | $4,366 | 35.8% | 35.9% | 19.4% | 19.2% |
| TELUS International | TIXT | $31.72 | $8,399 | $9,513 | $2,160 | $2,524 | - | - | 24.6% | 25.3% |
| WNS | WNS | $44.49 | $4,038 | $3,937 | $951 | $1,063 | 36.7% | 37.0% | 26.5% | 26.5% |
| | | | | | Median | 36.7% | 36.4% | 22.9% | 22.8% |
| | | | | | Mean | 36.5% | 36.4% | 22.9% | 22.8% |
| Digital Engineering / IT Services | | | | | | | | | | |
| Endava Plc | DAVA | $117.23 | $6,378 | $6,332 | $697 | $866 | 36.4% | 54.0% | 23.1% | 22.0% |
| EPAM Systems | EPAM | $516.28 | $29,121 | $27,991 | $3,451 | $4,231 | 34.6% | 35.1% | 18.6% | 18.8% |
| Globant SA | GIOB | $216.11 | $8,932 | $8,831 | $1,135 | $1,385 | 38.0% | 39.1% | 19.9% | 19.7% |
| | | | | | Median | 36.4% | 39.1% | 19.9% | 19.7% |
| | | | | | Mean | 36.3% | 42.7% | 20.5% | 20.2% |
| | | | | | Total | | | | |
| | | | | | Median | 36.1% | 36.9% | 23.1% | 22.0% |
| | | | | | Mean | 34.7% | 38.6% | 22.7% | 22.6% |
| TaskUs | TASK | $32.39 | $3,372 | $3,537 | $642 | $803 | 42.7% | 43.7% | 23.4% | 22.9% |

All non-US companies' information shown in USD
Source: Company filings, RBC Capital Markets estimates for ACN, CTSH, TIXT & TASK, FactSet consensus for all others

## Exhibit 16 - Comparable company growth metrics (priced as of market close on 7/2/21)

| Premium IT Services | | Price | Mkt. Cap | Ent. Val | Revenue growth CY21e | CY22e | EBITDA growth CY21e | CY22e | EPS growth CY21e | CY22e |
|---|---|---|---|---|---|---|---|---|---|---|
| Accenture Plc | ACN | $304.84 | $193,310 | $186,744 | 16.3% | 7.9% | 15.2% | 8.6% | 19.1% | 10.8% |
| CGI, Inc. | GIB | $91.46 | $22,609 | $24,858 | 5.8% | 3.5% | 4.9% | 1.5% | 14.9% | 8.6% |
| Cognizant | CTSH | $69.61 | $36,791 | $36,348 | 7.7% | 6.1% | 25.3% | 11.4% | 15.8% | 13.5% |
| Infosys Ltd. | INFY | $21.07 | $89,347 | $86,094 | 13.9% | 13.1% | 16.0% | 11.7% | 15.2% | 13.0% |
| Tata Consultancy | TCS_NS | $44.49 | $164,556 | $160,358 | 13.1% | 12.0% | 16.7% | 12.8% | 16.0% | 12.9% |
| | | | | | Median | 13.1% | 7.9% | 16.0% | 11.4% | 15.8% | 12.9% |
| | | | | | Mean | 11.3% | 8.5% | 15.6% | 9.2% | 16.2% | 11.7% |
| BPO / Digital Services | | | | | | | | | | |
| ExlService | EXLS | $106.62 | $3,567 | $3,515 | 10.6% | 9.7% | 18.2% | 5.8% | 18.4% | 5.9% |
| Genpact | G | $46.07 | $8,630 | $10,058 | 7.2% | 9.8% | 8.8% | 8.7% | 8.5% | 13.3% |
| TELUS International | TIXT | $31.72 | $8,399 | $9,513 | 36.6% | 16.8% | 36.1% | 19.8% | 69.2% | 0.0% |
| WNS | WNS | $81.74 | $4,038 | $3,937 | 8.4% | 11.8% | 6.9% | 11.7% | 7.5% | 13.9% |
| | | | | | Median | 9.5% | 10.8% | 13.5% | 10.2% | 13.5% | 9.6% |
| | | | | | Mean | 15.7% | 12.0% | 17.5% | 11.5% | 25.9% | 8.3% |
| Digital Engineering / IT Services | | | | | | | | | | |
| Endava Plc | DAVA | $117.23 | $6,378 | $6,332 | 30.8% | 24.2% | 29.4% | 18.5% | 25.1% | 20.5% |
| EPAM Systems | EPAM | $516.28 | $29,121 | $27,991 | 29.8% | 22.6% | 24.9% | 24.1% | 22.3% | 23.7% |
| Globant SA | GIOB | $216.11 | $8,932 | $8,831 | 39.4% | 22.0% | 45.2% | 20.6% | 38.5% | 20.4% |
| | | | | | Median | 30.8% | 22.6% | 29.4% | 20.6% | 25.1% | 20.5% |
| | | | | | Mean | 33.3% | 22.9% | 33.2% | 21.1% | 28.6% | 21.5% |
| | | | | | Total | | | | | | |
| | | | | | Median | 13.5% | 11.9% | 17.5% | 11.7% | 17.2% | 13.1% |
| | | | | | Mean | 18.3% | 13.3% | 20.6% | 12.9% | 22.5% | 13.0% |
| TaskUs | TASK | $32.39 | $3,372 | $3,537 | 34.4% | 25.0% | 40.4% | 22.4% | 85.3% | (6.0%) |

All non-US companies' information shown in USD
Source: Company filings, RBC Capital Markets estimates for ACN, CTSH, TIXT & TASK, FactSet consensus for all others

## Exhibit 17 - TASK vs. competitors – fundamental comparisons (priced as of market close on 7/2/21)



All non-US companies' information shown in USD
Source: Company filings, RBC Capital Markets estimates for ACN, CTSH, TIXT & TASK, FactSet consensus for all others

## Exhibit 18 - TASK vs. competitors – valuation comparisons (priced as of market close on 7/2/21)



All non-US companies' information shown in USD
Source: Company filings, RBC Capital Markets estimates for ACN, CTSH, TIXT & TASK, FactSet consensus for all others

# Investment risks

We believe there are three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macro-economic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.

### Dual class voting shares will concentrate voting control with stockholders who held TASK shares prior to its IPO

The company's Class A common stock, which is offered in the IPO, has 1 vote per share while Class B common stock has 10 votes per share. This will allow TaskUs' Sponsor and Co-Founders to control 98.5% of the company post-offering. This concentrated control limits shareholders' ability to influence corporate matters (e.g. election of directors or M&A), and may prevent unsolicited acquisition proposals or offers for common stock that stockholders may believe is in their best interest. In addition, this dual class structure could lower the price of Class A stock or result in increased volatility.

### High customer concentration with top 5 clients comprising 56% of FY20 revenue

The company's business is dependent on key clients that comprise a high percentage of total revenue. For example, Facebook and DoorDash comprised 32% and 12% of FY20 revenue, while the next 8 largest clients comprised an additional 24%. The loss of any key clients could have a materially adverse effect on the financial condition of the business while the reliance on any individual client for a significant portion of revenue may allow that client to have pricing leverage when negotiating contracts and terms of service.

### Intensely competitive market for all three of the company's main service lines with some being significantly larger

All of the company's key business lines are highly competitive, fragmented, and continuously evolving. TaskUs faces competition from a variety of companies, including some of its own clients, and its competitive environment will likely remain intense for the foreseeable future. The company's services and solutions may easily be replicated by competitors, while trends toward near-shore and offshore outsourcing, including international expansion by foreign or domestic competitors, may result in new competition in the company's end markets. In addition, certain services are subject to highly competitive pricing and aggressive contract terms while larger companies may develop solutions in-house instead of outsourcing.

### Talent acquisition is a finite resource and very competitive and the company's successes is heavily influenced by its ability to hire & retain a knowledgeable workforce

The company's ability to acquire new clients is dependent on its ability to attract, train, retain, and motivate sales and marketing personnel. The company's brand name and reputation that help distinguish its service offerings contribute to its ability to recruit and retain employees. Damage to the company's reputation could adversely affect recruitment and retention efforts and the company must remain cognizant of potentially harmful statements made by current or former employees, clients, competitors, vendors, regulators and other entities. TaskUs must effectively train its sales and marketing personnel to successfully gain new clients in various new verticals, geographies and with respect to new services or solutions. In addition, TaskUs faces the risk of losing clients, suppliers, and technology professionals if any senior management or key employees join a competing firm.

### Clients can terminate contracts at their own convenience

Certain client contracts lack minimum volume requirements, and the profitability of each client contract or work order may fluctuate over time. Some clients fail to accurately forecast their demand for TASK's services, which could lead to over-hiring without the ability to charge for excess headcounts. The company's contracts also generally allow clients to terminate contracts for convenience with advance notice or reduce their use of TaskUs' services. As a result, there is no assurance that contracts will be profitable, which could make it more difficult to accurately forecast financial results.

### Ability to integrate and manage possible acquisitions given TaskUs has only grown organically thus far

TaskUs has historically grown 100% organically despite developing a framework for M&A activity. Given its limited experience in M&A, the company may face difficulty in successfully integrating and managing future acquisitions. The company cannot predict the timing of any contemplated transactions, none of which the company currently considers probable. M&A may also disrupt the company's operations, divert resources, and require significant management attention that could be utilized more efficiently for development of the current business. In addition, the anticipated benefits of any M&A, investment, or similar partnerships may not be realized or could expose the company to unknown liabilities or potential litigation against acquisition targets.

**Capital Markets** RBC®

# Company overview

TaskUs is a digital outsourcer serving clients across numerous industries within what the company calls the "Digital Economy" (e.g. social media, ride sharing, streaming services, and fintech, among many others). These companies often lack the expertise, scale, or geographic presence to build the operational infrastructure necessary to support their growth. TaskUs has become a top outsourcing partner for many of the world's most recognizable and disruptive brands in the world (e.g. Coinbase, Netflix, Uber, and Zoom), supporting their growth with tech-enabled solutions tailored for the Digital Economy. Founded in 2008, TASK completed its IPO on the NASDAQ in June 2021 at $23 per share.

The company's global delivery model (~27,500 employees at 18 locations in 8 countries) is focused on providing clients three key solutions: (1) Digital Customer Experience (CX), (2) Content Security (CS), and (3) Artificial Intelligence (AI) Operations. TaskUs' CX business consists primarily of omnichannel customer care services delivered through non-voice channels in addition to solutions such as customer care, trust & safety solutions, and customer acquisition solutions. The CS segment consists of review and disposition of user and advertiser generated content for purposes such as removal or labeling of policy violating, offensive, or misleading content. Lastly, the company's AI Operations business primarily consists of data labeling, annotation, and transcription services performed for the training and tuning of AI algorithms through machine learning.

TaskUs estimates its target end markets represent a total addressable market of over $100B (CY20), growing at a CAGR of 20%+. The company now serves over 100 of the world's leading technology companies with an estimated unweighted average CAGR of 40% from 2017 to 2020, while TASK was able to grow ~60%, or ~1.5x its existing clients, over the same time period. The company has a cohesive, simple and reinforcing growth strategy that has driven an attractive, profitable financial model with recurring revenue (99% of total FY20 revenue) growth targeted at a 25% CAGR for the medium term with adj. EBITDA margins remaining above 20%.

Exhibit 19 - TASK total revenue (left, $M) and adjusted EBITDA (right, $M)



Source: Company filings, RBC Capital Markets estimates

## Products & services

### Digital Customer Experience

The Digital CX segment primarily consists of omnichannel customer care services delivered through digital (non-voice) channels (93% of 2020 DCX revenues), in addition to other solutions such as services for new product or market launches, trust and safety solutions, as well as customer acquisition solutions. The company's DCX clients are primarily online or app-based businesses in verticals such as ride-sharing, ecommerce, food delivery, and streaming media. TaskUs primarily leverages non-voice channels and applies an "automation first" approach to client engagement. An engagement typically begins with a lead from the company's consulting team who bring deep domain expertise in areas such as channel strategy, tool selection and enablement, and operations optimization. After establishing an operating framework, the company's Implementations and Operations teams build a project plan and execute a strategy by identifying critical key performance indicators (KPIs). TaskUs then employs its omnichannel experts, who become brand ambassadors for clients by establishing deep connection, and ultimately execute on various solutions such as:

- **Omni-Channel Customer Care**. This service comprises a significant portion of DCX services and involves protecting and maintaining clients' brands. Over a decade, the company developed an approach tailored to these channels for clients across account management, billing, and technical support, with differentiated operational levers such as:
  - *Automating for Efficiency in Operation*. TaskUs strives to drive efficiency for both its clients' and its own business by continually seeking opportunities to automate simple, rote work enabling employees to focus on higher value added services.
  - *Innovation and Insights*. The company employs a differentiated insights and innovation governance model to deliver advanced analytics and propose automated efficiencies while managing continuous improvement through data science, near-real-time dashboards, and leadership insights.
  - *Culture Builders*. TaskUs' employee-centric culture is part of why clients choose the company, as tenured and engaged employees deliver better and more consistent results.
- **New Product or Market Launches**: TaskUs has developed a value-added framework of product and new market launch playbook to help clients succeed in their often high-stakes product launches or market entries. The company delivers key market insights, speed and agility, and frontline feedback on customer experience to allow clients to adapt and win quickly in new initiatives.
- **Trust & Safety**: The company has skilled employees who perform the critical support needed to protect end users, detect fraud, address unwarranted user activity, and manage regulatory compliance, particularly for verticals facing bad-actors on their platforms (e.g. ride-sharing, gaming, online dating, and streaming media).
- **Customer Acquisition**: TaskUs supports lead research, lead generation, appointment setting, new customer outreach and activation, retention, and advanced customer conversion from free and low cost subscription and product offering to those of higher value and profitability.
- **Voice of the Customer**: The company's team of data scientists and analytics teams build data models for decision making based on customer satisfaction or dissatisfaction by leveraging its internal and external customer experience data to provide insights and feedback on customer, process, and product operations policies.

**Digital CX Consulting and Services.** In 2016, TaskUs launched TaskUs Consulting Group to provide a broader suite of services to growth-stage clients beyond day-to-day operations, as clients often need assistance designing their customer experience programs and optimizing their operations, often due to a lack of in-house training in early stages of their companies.



The company's consulting expertise includes: (1) Digital Customer Experience Strategy (customer journey mapping, channel strategy, chat bot and automation strategy), (2) Human Capital and Talent Enablement (recruitment profile management, training redesign, knowledge base optimization and re-design), (3) Operational Excellence (workflow and process mapping, best practice analysis on workforce, quality and analytics), and (4) Technology Assessment & Recommendations (tool evaluation, selection and implementation services). Digital service examples include acquiring advertising customers for a leading music streaming platform, including transaction sizes up to $100K as well as white-glove technical, billing, and account management support for streaming services, among other areas.

## Content Security

The CS business primarily consists of review and disposition of user and advertiser generated content, including removal or labeling of policy-violating, offensive, or misleading content. The company's key areas of focus within this segment include intellectual property, job and commerce postings, objectionable material, and political advertising. The rise of apps and social networks has driven an exponential growth of user-generated content and advertising, requiring TaskUs to constantly refine its response to emerging threats, evolving vernacular, and increasing regulations particularly around social networks. Government regulation and advertiser sentient have driven the need for effective review and removal of inappropriate content (e.g. hate speech, racism, and disinformation on platforms).

**Content Security Services**. The company's CS services utilize both AI and human experts to review and remove offensive content. TaskUs' proprietary technology improves the efficiency and accuracy of its operations and leverages AI to effectively remove text and images that are commonly understood as objectionable or previously marked as offensive. While some forms of content violations are more easily moderated by AI (e.g. sexual images and offensive text), certain other forms (e.g. political advertising manipulation, bullying, and hate speech) require the company's Human Content Security experts to manually discern context, parse novel slang, and identify images intentionally modified to avoid detection. As of Q1/21, TaskUs had ~4K employees who collectively moderated tens of millions of pieces of content per month, with a focus on several key areas including (1) intellectual property, (2) job and commerce postings, (3) objectionable material, and (4) political advertising. The company's CS service offerings include:

- **TaskUs Resiliency Studio**: a clinician-led and evidence-based psychological health and safety program aimed at employee well-being.
- **Global Policy Management**: partnering with clients to apply best practices to policy development and distribution, product design, quality, and training given evolving government regulations, cultural norms, and distinct content policies around social networks across geographies.
- **Tools and Innovation**: which have a significant impact on efficiency, accuracy, and quality; TaskUs partners with its clients to customize toolsets and develop proprietary technology to improve productivity and accuracy while reviewing employee decisions on an ongoing basis to close the feedback loop through coaching and performance management.
- **Other CS service use cases**: (1) categorizing different types of political ads and reviewing ad landing pages, with greater than 90% accuracy, (2) real-time monitoring of highly visible live streams to ensure inappropriate content is quickly removed, (3) reviewing and banning fake "bot" accounts on dating applications, and (4) reviewing third-party job postings for a hiring site and tagging them for easy searchability.

### Artificial Intelligence Operations

AI Operations primarily consists of data labeling, annotation, and transcription services designed to train and tune AI algorithms through machine learning. TaskUs began supporting AI applications over a decade ago with efforts such as transcribing voicemail messages and scoring sentiment of social media posts, but has since increased in sophistication, complexity, and applications. TaskUs builds large sets of training data for clients, including annotation of videos, photos, audio clips, and text. Applications powered by data annotation include:

- **Computer Vision:** Computers require millions of labeled images, often down to a single pixel, in order to "see" the world. This may include reviewing images of price tags and stock keeping unit placement on store shelves to teach robots to identify out of place items.
- **Natural Language Processing:** Written text is annotated based on parts of speech, meaning, and sentiment to understand different phrases. For example, slang in different languages within user posts on a website may be tagged to identify cultural trends.
- **Video Processing:** Combines computer vision and natural language processing as videos require training of both audio and visual data sets.
- **Sensor Processing:** Sensory data from sources such as LiDAR systems for autonomous vehicles is used to refine sensor algorithms. For example, a LiDAR scanner must be able to trace and tag objects such as scooters on sidewalks as non-harmful.

## Delivery & operations

The company's operations are designed to scale rapidly through experimentation and iteration as well as data-driven decision-making. Many of the company's clients have little to no outsourcing experience with over 50 of its clients turning to TaskUs to be their first outsourcer in its area of service since 2017. The company's clients tend to have relatively short operating histories and therefore often lack a playbook for running TaskUs' operations. In the company's 2020 cNPS survey, 76% of respondents agreed or strongly agreed that their programs' operational performance expectations are regularly met through a wide range of services offered by the company including:

- **Subject Matter Expertise**: TaskUs has "SME" teams in each of its 3 primary business lines that partner with clients to define their objectives, produce product roadmaps, develop policy, training and hiring profiles as well as calibrate KPIs.
- **Project Management Organization**: The company's "PMO" integrates its sales and operations to help ensure client success. TaskUs maintains a dedicated senior team of PMP certified project managers with deep industry expertise who are assigned to both new and existing clients to support business expansion.
- **Modern Service Excellence**: The company delivers operational excellence to its clients through its differentiated culture of ownership and accountability, using real-time dashboards and KPI management to meet and exceed clients' expectations. TaskUs has achieved multiple certifications and compliance standards including SOC 2 Type 2, HIPAA and PCI, which have helped in retaining talent and continuous improvement, while providing an advantage on metrics of efficiency, client satisfaction, and low attrition.
- **Agile Automation**: The majority of technologies TaskUs uses are client developed or third party tools, though there remains significant opportunities to improve the company's efficiency and quality with its technology. The company's Digital Innovation team focuses on rapid prototyping using lightweight technical solution (e.g. browser based extensions, robotic process automation, and productivity and workflow analytics).
- **Data Science and Analytics**: TaskUs builds custom data dashboards for each client, which transparently reveal its metrics (e.g. productivity, quality, and employee engagement) down to the employee level. The company's Business Intelligence teams apply data



science to client data to drive insights back into its operations in a cycle of continuous improvement.

**Global Delivery Model.** TaskUs primarily utilizes offshore and near-shore markets in its delivery strategy with 96% of its 2020 revenue delivered from non-voice digital channels or omnichannel services. TaskUs has a "provincial strategy" with the majority of offshore sites not located in major "Tier 1" cities or business districts like Makati, Philippines or Mumbai, India. The company's offices are located near its employees, reducing commute times in most sites, which TaskUs believes provides advantages such as (1) less competition for talent, (2) lower salary and rent costs as well as lower cost of living, (3) higher employee retention and (4) favorable incentives with local municipalities. The company's Global Delivery Model consists of its ~27,500 employees across 18 locations in 8 countries, focused on all 3 of its key business lines.

Exhibit 20 - Global employee headcount



Source: Company filings, RBC Capital Markets

## Financial Snapshot

In FY21e, we estimate TASK will generate $642M in total revenues, up 34% y/y, and $150M in adj. EBITDA, or a 23.4% margin (up ~100bps y/y). For FY22e, we assume continued demand for the company's service offerings to drive +25% y/y growth in revenues to $803M and an adjusted EBITDA of $184M, or a 22.9% margin.

### Revenues

TaskUs derives revenue from its 3 key service offerings, Digital Customer Experience, Content Security, and AI Operations, each outlined above. While delivering these services, TaskUs bills clients on either time-and-materials, cost-plus, unit-priced, fixed-priced, or on an outcome-oriented basis. Service revenue from time-and-materials or cost-plus contracts is recognized as those services are performed. Unit-priced services are recognized monthly as transactions are processed. Outcome-oriented service revenue is recognized when it becomes reasonably certain that the desired outcome has been achieved. We believe TASK's high net revenue retention rates, which it maintained even through COVID-19, exemplifies the company's strong underlying financial model (see Exhibit 21).

Exhibit 21 - Net revenue retention rates



Source: Company filings, RBC Capital Markets

## Expenses

Cost of services, which includes costs related to delivery of services and primarily consists of personnel expenses (e.g. salary & wages), employee welfare, employee engagement, recruiting, and professional development, makes up the majority of TASK's expenses (~53% of revenue from FY17-FY20). General and administrative expenses, including costs related to technology, human resources, legal, finance, global shared services, professional fees, insurance premiums, and other corporate expenses makes up the next largest portion (~21% of revenue from FY17-FY20). Selling expenses, which includes personnel costs, travel expenses, and other expenses for client services, sales and marketing teams, is the third largest cost for TaskUs (~7% of revenue from FY17-FY20). The remainder of the company's expenses consists primarily of depreciation and amortization. While stock compensation did not historically make up a significant portion of expenses, we expect this to become a more consistent expense in FY21e and beyond.



Exhibit 22 - Expenses and operating income, as a % of revenue



Source: Company filings, RBC Capital Markets estimates

## Balance sheet and cash flow

At the end of FY20, TASK had ~$199M in long-term debt and ~$46M as the current portion of debt on the balance sheet (total debt of ~$245M) with cash of ~$108M. In addition, in FY20 the company generated $50.8M in cash flow from operations. We expect TASK to continue generating healthy cash of ~$130M and ~$127M in cash flow from operations in FY21e and FY22e and expect the company to pay down ~$57M in debt over the next two years.

## Competition

TaskUs competes with large multinational service providers, offshore service providers from lower-cost jurisdictions like parts of India and Latin America, companies that utilize new, potentially disruptive technologies or delivery models, including AI solutions, as well as in-house functions of large companies with their own resources without the need for outsourcing. Key competitive factors in the business include vendor company culture, ability to act as partners and support innovation, quality of personnel and service, breadth of offering, scalability and global coverage, ability to apply technology to improve efficiency and quality, and, in particular competitive pricing. TaskUs primarily competes with next-gen digital outsources such as 24/7 Intouch, Appen, and TDCX, technology service firms with outsourcing offerings such as Accenture, Genpact, Tata Consulting Services, and Cognizant, as well as traditional call center providers such as IBEX, Teleperformance, Telus International, TTEC, VXI, and Sutherland.

## Regulatory Environment

As the company conducts business globally, TaskUs is subject to numerous laws and regulations in the U.S. as well as other countries in which it operates. U.S. laws and regulations generally involve areas such as privacy, data security, intellectual property, competition, consumer protection, and export taxation, among other subjects, many of which are still evolving and being tested in the courts, which presents an uncertain level of regulatory risk.

TaskUs must maintain the privacy and security of Personally Identifiable Information collected from consumers, and ensure compliance under both the GDPR and CCPA with requests from individuals. The company also ensures access to protected health information in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPPA) for its employees. In addition, TaskUs is subject to the Payment Card Industry Data Security Standards (PCI-DSS), requiring companies that process payment card data to implement certain data security measures. In terms of content moderation, the U.S. Communications Decency Act (CDA) regulates hate speech on the internet while shielding "interactive computer services" (e.g. websites and social media platforms) from liability for the speech of their users. Globally, other countries have anti-bribery laws and/or regulations similar to the FCPA. TaskUs maintains a Global Code of Conduct and other policies against bribery and corruption and trains employees to act in accordance with these policies.

## History of company

TaskUs was founded in 2008 by Co-Founders Bryce Maddock and Jasper Weir. The business was originally created to provide busy professionals with task-based virtual assistants working from the Philippines. As the founders met other startup leaders, they found there was little interest in tasked-based virtual assistants and that their companies struggled to efficiently scale their operations as they grew. TASK then pivoted to address this challenge, persuading some venture-backed companies to give them the chance to handle critical parts of their operations like advanced technical support and content review instead of just simple data entry and transcription. This resulted in a strong referral system with other startup founders and TASK grew to support dozens of rapidly growing companies. The company leveraged SaaS products in the early days of cloud technology, creating a scalable, agile, and capital efficient process while harnessing web, mobile, and software tools to compete for and win Greenfield opportunities, including large RFPs.

In 2009, TaskUs opened its first international office in the Philippines with just 5 employees. In 2011, the company expanded its service offerings to deliver its first Digital CX and CS programs, progressing beyond simpler voicemail transcription and social media sentiment analysis it had primarily performed prior. In 2013, the company was called "The startup world's little secret" by a popular tech blog, which greatly accelerated sales, while Uber selected the company to design and execute a streamlined driver onboarding process, and then expanded the relationship to make TASK its first outsourcing partner for rider and driver support to help scale its global operations. The company launched its U.S. operations in San Antonio in 2016, added its CFO and CCO, and launched its Digital CX Consulting Services. The company launched an office in Tijuana, Mexico in 2017, and a Taiwan office in 2018 while receiving an investment by Blackstone. The company's growing clients were scaling businesses that never existed before and TASK developed new service offerings like content security, multi-sided market place support, and fintech compliance services. By March 31, 2021, TaskUs grew to ~27,500 employees across 18 offices in 8 countries.

## Exhibit 23 - History of TaskUs



Source: Company filings, RBC Capital Markets

# Management

### Bryce Maddock – Chief Executive Officer & Co-Founder

Mr. Maddock co-founded TaskUs with Jaspar Weir in 2008, serving as the CEO since then and as a member of the Board of Directors since October 2018. His role as CEO generally involves leading the company's global operations. Mr. Maddock holds a Bachelor of Arts degree in International Business from New York University.

### Jaspar Weir – President & Co-Founder

Mr. Weir also co-founded the company and has served as President since 2018 and a member of the Board of Directors since October 2008. He primarily focuses on leading the company's transformational growth and corporate development. Mr. Weir holds a Bachelor of Science degree in Communications from the University of Southern California.

### Jarrod Johnson – Chief Customer Office

Mr. Johnson has served as Chief Customer Officer since January 2018 and SVP of Business Development from October 2016 to December 2017. Prior to TaskUs, he was SVP of Business Development at FacilitySource, a facility managing company from 2014 to August 2016 as well SVP and Group President at Xerox Business Services, an enterprises services company from 2008 to 2014. Prior to that, he held multiple positions over 10 years at IBM Corporation from 1999 to 2008. Mr. Johnson holds a Master's of Business Administration from the Fuqua School of Business at Duke University as well as a Bachelor of Arts from Gustavus Adolphus College.

### Balaji Sekar – Chief Financial Officer

Mr. Sekar has served as CFO since August 2016. Prior to TaskUs, he was CFO of PatientSafe Solutions from August 2015 to July 2016, CFO of Sutherland Healthcare Solutions from July 2013 to July 2015, and other senior level positions at Sutherland Global Services. Mr. Sekar holds a Master's of Business Administration from the Booth School of Business at the University of Chicago as well as a Bachelor of Commerce from the University of Madras.

### Stephan Daoust – Chief Operating Officer

Mr. Daoust became COO of TaskUS in January 2021, prior to which he was SVP & Country Leader of Delivery & Operations of Concentrix Philippines (formerly Convergys prior to its merger with Synnex Corporation in 2018) in addition to various leadership roles at the organization for over 21 years. Mr. Daoust holds a Bachelor of Arts in Law and Justice from Laurentian University as well as a Bachelor of Laws from the Universite de Moncton.

### Curt Gooden – Chief Information Officer

Mr. Gooden became CIO of TaskUs in December 2018, bringing his expertise in contact center information technology. Prior to TaskUs, he was CIO for C3/Everise and gained over 20 years of experience in the Business Processing Information (BPO) industry, holding various leadership roles at top BPO companies (e.g. Intrawest, Teletech, and Aegis) in information technology and security. Mr. Gooden holds a Bachelor of Science in Business Administration and Information Systems from Colorado State University.

**Capital
Markets**

RBC

# Board of Directors

### Bryce Maddock – Chief Executive Officer & Co-Founder
Please see Management section for biography.

### Jaspar Weir – President & Co-Founder
Please see Management section for biography.

### Amit Dixit - Director
Mr. Dixit is a Senior Managing Director and Head of Asia Private Equity at Blackstone. He has served on the Board of Directors since October 2018. Prior to joining Blackstone in 2007, Mr. Dixit was involved in various investment opportunities in India and South Asia. Prior to that, he was Principal at Warburg Pincus. Mr. Dixit holds a Master's of Business Administration from the University of Chicago, Booth School of Business, is a Chartered Accountant, and also holds a Bachelor of Commerce from the University of Madras.

### Susir Kumar – Director
Mr. Kumar is founder of Ingroup Consulting Services LLP, where he currently serves as Managing Partner. He has served on the Board of Directors since July 2019. Prior to Ingroup, Mr. Kumar served as Chief Executive Officer of Intelenet Global Services, a Business Process Management company, from 2000 to August 2015 and was its Chairman from September 2015 through September 2018. Before that, Mr. Kumar held a senior leadership position in HDFC. He is currently also a board member of KOOH Sports and Hygienic Research Institute Pvt Ltd. Mr. Kumar holds a Bachelor's degree in Business Management from Mangalore University as well as a Master's degree in Philosophy from Mumbai University and is a member of the Institute of Company Secretaries of India.

### Mukesh Mehta - Director
Mr. Mehta is currently a Senior Managing Director in the Private Equity Group of Blackstone. He has served as a non-executive Director since October 2018. Prior to joining Blackstone in August 2016, Mr. Mehta was a Vice President in the Private Equity division of The Carlyle Group from May 2006 to July 2016. Prior to that, Mr. Mehta worked in the Investment Banking Division at Citigroup from January 2004 to May 2006 and in the Assurance & Business Advisory Group at PricewaterhouseCoopers LLP. Mr. Mehta is a Chartered Accountant in India and holds a Master's Degree in Commerce from Mumbai University as well as a Bachelor's Degree from the University of Mumbai.

### Jacqueline Reses - Director
Ms. Reses previously served as Executive Chairman of Square Financial Services LLC and Capital Lead at Square, Inc., a publicly traded financial services, from October 2015 until October 2020. She has served as a member of the Board of Directors since July 2019. From February 2016 to July 2018, Ms. Reses served as People Lead for Square, Inc. Prior to that, she served as Chief Development Officer of Yahoo! Inc. from September 2012 to October 2015, where she focused on leading partnerships, acquisitions and investments, significant corporate tax transactions, as well as human resources. Prior to Yahoo, Ms. Reses led the U.S. media group as a Partner at Apax Partners Worldwide LLP, a global private equity firm, which she joined in 2001. She currently serves on the Board of Directors of Social Capital Hedosophia Holdings Corp. III, Pershing Square Tontine Holdings, Ltd., Affirm Holdings, Inc., ContextLogic Inc., National Public Radio and the Economic Advisory Council of the Federal Reserve Bank of San Francisco. Ms. Reses also previously served on the board of directors of Alibaba Group Holding Limited and Social Capital Hedosophia Holding Corp. Ms. Reses holds a B.S. in Economics with honors from the Wharton School of the University of Pennsylvania.



Payments, Processors & IT Services
TaskUs, Inc.

**TaskUs**
Earnings model ($ in millions, except per share data)

| | FY 2018A | FY 2019A | Mar-20 1Q20A | Jun-20 2Q20A | Sep-20 3Q20A | Dec-20 4Q20A | FY 2020A | Mar-21 1Q21A | Jun-21 2Q21E | Sep-21 3Q21E | Dec-21 4Q21E | FY 2021E | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | FY 2022E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total revenues | $254.2 | $359.7 | $102.4 | $114.4 | $122.4 | $138.8 | $478.0 | $152.9 | $162.1 | $162.8 | $164.6 | $642.3 | $178.7 | $199.1 | $209.6 | $215.8 | $803.2 | $1,006.6 |
| y/y change | 116.7% | 41.5% | 25.6% | 34.2% | 32.2% | 38.4% | 32.9% | 49.2% | 41.7% | 33.0% | 18.6% | 34.4% | 16.9% | 22.9% | 28.8% | 31.1% | 25.0% | 25.3% |
| | | | | | | | | | | | | | | | | | | |
| Cost of services | 127.8 | 194.8 | 61.8 | 64.1 | 65.4 | 79.2 | 270.5 | 88.0 | 93.6 | 93.1 | 93.6 | 368.3 | 101.5 | 112.3 | 117.2 | 121.3 | 452.2 | 566.7 |
| Gross margin | $126.4 | $164.9 | $40.6 | $50.3 | $57.0 | $59.6 | $207.5 | $64.8 | $68.5 | $69.7 | $70.9 | $274.0 | $77.2 | $86.8 | $92.4 | $94.5 | $351.0 | $439.9 |
| % of revenue | 49.7% | 45.8% | 39.7% | 43.9% | 46.6% | 42.9% | 43.4% | 42.4% | 42.3% | 42.8% | 43.1% | 42.7% | 43.2% | 43.6% | 44.1% | 43.8% | 43.7% | 43.7% |
| | | | | | | | | | | | | | | | | | | |
| Operating expenses: | | | | | | | | | | | | | | | | | | |
| Total operating expenses | $96.4 | $128.0 | $35.2 | $39.8 | $40.8 | $41.5 | $157.2 | $42.4 | $51.1 | $53.6 | $54.3 | $201.5 | $57.2 | $62.6 | $65.5 | $66.7 | $252.0 | $309.7 |
| % of revenue | 37.9% | 35.6% | 34.3% | 34.8% | 33.3% | 29.9% | 32.9% | 27.8% | 31.5% | 33.0% | 33.0% | 31.4% | 32.0% | 31.4% | 31.2% | 30.9% | 31.4% | 30.8% |
| y/y change | 113% | 33% | 22% | 28% | 23% | 18% | 23% | 21% | 28% | 32% | 31% | 28% | 35% | 22% | 22% | 23% | 25% | 23% |
| Operating income | $30.0 | $36.9 | $5.5 | $10.5 | $16.3 | $18.1 | $50.3 | $22.4 | $17.4 | $16.1 | $16.6 | $72.5 | $20.0 | $24.3 | $26.9 | $27.8 | $99.0 | $130.2 |
| Operating margin | 11.8% | 10.2% | 5.4% | 9.1% | 13.3% | 13.0% | 10.5% | 14.7% | 10.7% | 9.9% | 10.1% | 11.3% | 11.2% | 12.2% | 12.9% | 12.9% | 12.3% | 12.9% |
| | | | | | | | | | | | | | | | | | | |
| Other expense (income) | 1.3 | (2.0) | 1.4 | (1.1) | 0.6 | (2.5) | (1.6) | 0.8 | - | - | - | 0.8 | - | - | - | - | - | - |
| Financing expense (income) | 2.0 | 9.3 | 2.2 | 2.0 | 1.6 | 1.6 | 7.5 | 1.6 | 1.8 | 1.9 | 1.8 | 7.1 | 1.8 | 1.8 | 1.8 | 1.8 | 7.1 | 7.1 |
| | | | | | | | | | | | | | | | | | | |
| Pretax income | $26.7 | $29.5 | $1.9 | $9.6 | $14.0 | $18.9 | $44.4 | $20.1 | $15.6 | $14.2 | $14.8 | $64.6 | $18.3 | $22.5 | $25.1 | $26.0 | $91.9 | $123.1 |
| Income taxes | (5.6) | (4.4) | 0.3 | 1.6 | 2.6 | 5.4 | 9.9 | 3.6 | (8.7) | (3.6) | (3.7) | (12.3) | 5.2 | 5.5 | 5.6 | 5.8 | 22.0 | 29.2 |
| Tax rate | (20.9%) | (14.9%) | 18.3% | 16.9% | 18.3% | 28.3% | 22.3% | 17.7% | (55.7%) | (25.2%) | (24.7%) | (19.1%) | 28.4% | 24.5% | 22.1% | 22.3% | 24.0% | 23.7% |
| | | | | | | | | | | | | | | | | | | |
| Net income (GAAP) | $32.2 | $33.9 | $1.5 | $8.0 | $11.5 | $13.6 | $34.5 | $16.5 | $24.2 | $17.8 | $18.4 | $77.0 | $13.1 | $17.0 | $19.6 | $20.2 | $69.8 | $93.9 |
| y/y change | 257% | 5% | (75%) | 28% | 189% | (23%) | 2% | 989% | 203% | 55% | 36% | 123% | (21%) | (30%) | 10% | 10% | (9%) | 34% |
| | | | | | | | | | | | | | | | | | | |
| Adjustments to net income: | | | | | | | | | | | | | | | | | | |
| Total adjustments | 0.1 | 19.0 | 8.6 | 9.0 | 10.8 | 6.5 | 34.8 | 11.7 | 13.2 | 13.4 | 13.2 | 51.5 | 11.9 | 12.7 | 13.1 | 13.3 | 51.0 | 59.1 |
| | | | | | | | | | | | | | | | | | | |
| Adj. net income | $32.4 | $53.0 | $10.2 | $17.0 | $22.2 | $20.0 | $69.4 | $28.2 | $37.4 | $31.2 | $31.6 | $128.5 | $24.9 | $29.7 | $32.7 | $33.5 | $120.8 | $153.0 |
| y/y change | 276.3% | 63.6% | (3.7%) | 68.6% | 101.5% | (6.2%) | 30.9% | 177.7% | 120.6% | 40.5% | 58.1% | 85.3% | (11.6%) | (20.8%) | 4.7% | 6.0% | (6.0%) | 26.6% |
| | | | | | | | | | | | | | | | | | | |
| EPS (GAAP) | $0.31 | $0.33 | $0.01 | $0.08 | $0.11 | $0.13 | $0.33 | $0.16 | $0.23 | $0.17 | $0.18 | $0.74 | $0.13 | $0.16 | $0.19 | $0.19 | $0.67 | $0.90 |
| Adj. EPS | $0.31 | $0.51 | $0.10 | $0.16 | $0.21 | $0.19 | $0.67 | $0.27 | $0.36 | $0.30 | $0.30 | $1.23 | $0.24 | $0.28 | $0.31 | $0.32 | $1.16 | $1.47 |
| y/y change | | 64% | | | | | 31% | | | | | 85% | | | | | (6%) | 27% |
| | | | | | | | | | | | | | | | | | | |
| Shares outstanding | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 |
| | | | | | | | | | | | | | | | | | | |
| **EBITDA** | | | | | | | | | | | | | | | | | | |
| Net income (GAAP) | $32.2 | $33.9 | $1.5 | $8.0 | $11.5 | $13.6 | $34.5 | $16.5 | $24.2 | $17.8 | $18.4 | $77.0 | $13.1 | $17.0 | $19.6 | $20.2 | $69.8 | $93.9 |
| Reported EBITDA | $45.7 | $74.1 | $13.5 | $22.1 | $24.1 | $31.2 | $90.9 | $32.6 | $28.9 | $27.6 | $28.2 | $117.3 | $32.3 | $37.3 | $40.4 | $41.5 | $151.6 | $191.3 |
| | | | | | | | | | | | | | | | | | | |
| Adj. EBITDA | $56.9 | $74.2 | $17.5 | $26.4 | $30.1 | $32.9 | $106.9 | $39.5 | $37.4 | $36.3 | $36.8 | $150.0 | $39.4 | $45.3 | $48.8 | $50.2 | $183.7 | $231.6 |
| Adj. EBITDA margin (%) | 22.4% | 20.6% | 17.0% | 23.1% | 24.6% | 23.7% | 22.4% | 25.9% | 23.1% | 22.3% | 22.3% | 23.4% | 22.1% | 22.8% | 23.3% | 23.3% | 22.9% | 23.0% |
| y/y change | 171.0% | 30.4% | 1.2% | 56.2% | 54.2% | 60.0% | 44.0% | 126.6% | 41.9% | 20.6% | 11.6% | 40.4% | (0.3%) | 21.1% | 34.4% | 36.5% | 22.4% | 26.1% |

Source: Company reports, RBC Capital Markets estimates

Dan Perlin; daniel.perlin@rbccm.com; 410-625-6130

Daniel R. Perlin, CFA (410) 625-6130; daniel.perlin@rbccm.com    31



**TaskUs**
**Balance Sheet ($ in millions, except per share data)**

| | FYE 2017A | FYE 2018A | FYE 2019A | Mar-20 1Q-20A | Jun-20 2Q-20A | Sep-20 3Q-20A | FYE 2020A | Mar-21 1Q-21E | Jun-21 2Q-21E | Sep-21 3Q-21E | FYE 2021E | Mar-22 1Q-22E | Jun-22 2Q-22E | Sep-22 3Q-22E | FYE 2022E | FYE 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | | | |
| Cash | $19.3 | $25.3 | $37.5 | $70.7 | $82.1 | $102.3 | $107.7 | $135.5 | $52.3 | $75.8 | $94.0 | $108.4 | $119.2 | $142.3 | $161.1 | $227.4 |
| Accounts receivable | 25.6 | 45.0 | 58.0 | 66.8 | 78.7 | 81.2 | 87.8 | 92.0 | 107.3 | 107.5 | 108.6 | 117.5 | 131.1 | 138.0 | 142.2 | 165.8 |
| Other receivables | 0.3 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.4 | 0.4 | 0.4 | 0.4 | 0.5 | 0.5 | 0.5 | 0.6 | 0.7 |
| Prepaid expenses | 2.2 | 4.7 | 10.2 | 9.1 | 10.7 | 9.8 | 13.0 | 11.6 | 12.4 | 12.4 | 12.6 | 13.6 | 15.2 | 16.0 | 16.4 | 20.6 |
| Income tax receivable | - | - | 1.7 | 1.6 | - | 5.1 | 1.6 | - | - | - | - | - | - | - | - | - |
| Other current assets | 1.1 | 0.1 | 0.6 | 0.5 | 0.5 | 0.6 | 1.1 | 0.6 | 0.7 | 0.7 | 0.7 | 0.7 | 0.8 | 0.9 | 0.9 | 1.1 |
| **TOTAL CURRENT ASSETS** | 48.5 | 75.1 | 108.1 | 148.8 | 172.1 | 199.1 | 211.3 | 240.1 | 173.1 | 196.8 | 216.3 | 240.7 | 266.8 | 297.7 | 321.1 | 415.6 |
| | | | | | | | | | | | | | | | | |
| Property, plant & equipment, net | 17.6 | 34.0 | 45.1 | 48.5 | 47.7 | 47.7 | 57.0 | 57.1 | 64.6 | 71.8 | 75.2 | 78.3 | 81.9 | 85.7 | 89.7 | 107.8 |
| Deferred tax assets | 0.1 | - | 0.1 | 0.1 | 0.1 | 0.2 | 0.6 | 0.6 | - | - | - | - | - | - | - | - |
| Intangible assets, net | - | 278.0 | 259.1 | 254.4 | 249.7 | 245.0 | 240.3 | 235.6 | 230.9 | 226.2 | 221.4 | 216.7 | 212.0 | 207.3 | 202.6 | 183.8 |
| Goodwill, net | - | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 |
| Other non-current assets | 2.9 | 2.5 | 2.5 | 2.7 | 2.8 | 2.9 | 2.6 | 2.9 | 3.1 | 3.1 | 3.2 | 3.4 | 3.8 | 4.0 | 4.1 | 5.2 |
| **TOTAL ASSETS** | 69.0 | 585.4 | 610.7 | 650.1 | 668.1 | 690.6 | 707.5 | 732.0 | 667.4 | 693.6 | 711.8 | 734.8 | 760.3 | 790.5 | 813.2 | 908.0 |
| | | | | | | | | | | | | | | | | |
| **LIABILITIES & EQUITY** | | | | | | | | | | | | | | | | |
| Accounts payable & accrued liabilities | $8.1 | $15.1 | $24.3 | $23.9 | $26.8 | $26.2 | $41.9 | $38.9 | $39.9 | $40.4 | $40.7 | $43.6 | $48.2 | $50.4 | $51.9 | $60.7 |
| Accrued payroll & employee liabilities | 6.4 | 13.9 | 17.1 | 16.4 | 20.2 | 28.5 | 22.0 | 30.7 | 32.1 | 34.6 | 36.7 | 38.0 | 40.0 | 42.3 | 45.0 | 56.3 |
| Current maturities of debt | 9.6 | 0.5 | 2.4 | 3.2 | 44.4 | 44.7 | 46.0 | 47.4 | 8.7 | 10.0 | 11.4 | 12.6 | 14.0 | 15.3 | 56.0 | 133.9 |
| Income taxes payable | 0.7 | 1.7 | - | - | 1.2 | - | - | 3.4 | - | - | - | 3.8 | - | - | - | - |
| Deferred revenue | 2.1 | 2.3 | 2.1 | 1.9 | 3.1 | 3.8 | 4.7 | 5.6 | 5.4 | 5.2 | 5.0 | 4.7 | 4.6 | 4.4 | 4.2 | 3.9 |
| Deferred rent | 0.3 | 0.6 | 1.0 | 0.9 | 1.1 | 0.9 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.3 |
| **TOTAL CURRENT LIABILITIES** | 27.2 | 34.1 | 46.9 | 46.3 | 96.8 | 104.2 | 114.8 | 126.0 | 86.2 | 90.3 | 93.8 | 102.9 | 106.8 | 112.5 | 157.1 | 255.1 |
| | | | | | | | | | | | | | | | | |
| Income taxes payable | 2.1 | 1.9 | 1.7 | 1.7 | 1.7 | 1.7 | 3.0 | 3.0 | 3.436 | 3.7 | 4.0 | 4.3 | 4.6 | 5.0 | 5.3 | 7.1 |
| Long-term debt | 1.9 | 82.7 | 204.9 | 204.9 | 202.5 | 201.3 | 198.8 | 196.1 | 193.7 | 191.2 | 187.4 | 183.6 | 179.7 | 175.9 | 131.4 | (0.0) |
| Deferred rent | 1.7 | 1.8 | 1.8 | 1.9 | 2.2 | 2.3 | 2.2 | 2.3 | 2.315 | 2.3 | 2.3 | 2.3 | 2.3 | 2.3 | 2.3 | 1.2 |
| Accrued payroll & employee liabilities | - | - | - | - | 0.9 | 1.7 | 2.6 | 2.6 | 2.643 | 2.6 | 2.6 | - | - | - | - | - |
| Other long-term payables | - | - | 0.5 | 39.0 | 0.7 | - | - | - | - | - | - | - | - | - | - | - |
| Deferred income taxes | 0.9 | 66.2 | 57.5 | 57.5 | 55.3 | 54.6 | 50.9 | 50.9 | 50.7 | 50.7 | 44.1 | 44.1 | 44.1 | 44.1 | 37.5 | 30.9 |
| **TOTAL LIABILITIES** | 33.9 | 186.6 | 313.2 | 351.3 | 360.1 | 365.9 | 372.4 | 381.1 | 339.0 | 340.9 | 334.2 | 337.2 | 337.6 | 339.8 | 333.6 | 294.3 |
| | | | | | | | | | | | | | | | | |
| Common Stock | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Additional paid-in capital | 12.1 | 399.0 | 399.0 | 399.0 | 399.0 | 399.0 | 399.0 | 399.0 | 402.3 | 408.8 | 415.4 | 422.5 | 430.5 | 438.9 | 447.5 | 487.8 |
| Retained earnings | 23.6 | (0.9) | (101.9) | (100.4) | (92.4) | (77.4) | (67.4) | (50.9) | (76.7) | (58.9) | (40.4) | (27.4) | (10.4) | 9.2 | 29.4 | 123.3 |
| Other comprehensive income | (0.5) | 0.5 | 0.3 | 0.1 | 1.3 | 3.0 | 3.4 | 2.7 | 2.8 | 2.7 | 2.6 | 2.4 | 2.5 | 2.6 | 2.6 | 2.6 |
| **TOTAL STOCKHOLDERS' EQUITY** | 35.1 | 398.7 | 297.5 | 298.8 | 308.0 | 324.8 | 335.1 | 351.0 | 328.5 | 352.7 | 377.7 | 397.6 | 422.7 | 450.7 | 479.6 | 613.8 |
| | | | | | | | | | | | | | | | | |
| **TOTAL LIABILITIES & EQUITY** | 69.0 | 585.4 | 610.7 | 650.1 | 668.1 | 690.6 | 707.5 | 732.0 | 667.4 | 693.6 | 711.8 | 734.8 | 760.3 | 790.5 | 813.2 | 908.0 |

Source: Company reports, RBC Capital Markets estimates

Dan Perlin; daniel.perlin@rbccm.com; 410-625-6130

**Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com    32

**Capital Markets RBC®**

**TaskUs**
**Cash Flow Statement ($ in millions, except per share data)**

| | FYE 2018A | FYE 2019A | FYE 2020A | Mar-21 3mo | Jun-21 6mo | Sep-21 9mo | FYE 2021E | Mar-22 3mo | Jun-22 6mo | Sep-22 9mo | FYE 2022E | FYE 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOW FROM OPERATING ACTIVITIES** | | | | | | | | | | | | |
| Net income | 32.2 | 33.9 | 34.5 | 16.5 | 40.7 | 58.5 | 77.0 | 13.1 | 30.0 | 49.6 | 69.8 | 93.9 |
| | | | | | | | | | | | | |
| Depreciation | 12.2 | 16.3 | 20.2 | 6.2 | 13.0 | 19.8 | 26.8 | 7.5 | 15.9 | 24.7 | 33.7 | 42.3 |
| Amortization of intangibles | 4.7 | 18.8 | 18.8 | 4.7 | 9.4 | 14.1 | 18.8 | 4.7 | 9.4 | 14.1 | 18.8 | 18.8 |
| Stock compensation | - | - | - | - | 3.2 | 9.8 | 16.3 | 7.1 | 15.1 | 23.5 | 32.1 | 40.3 |
| Bad debt expense | 0.1 | 0.1 | 2.2 | 0.7 | 1.5 | 2.2 | 3.0 | 0.8 | 1.8 | 2.7 | 3.7 | 4.7 |
| Loss (gain) on disposal of assets | 0.6 | 2.2 | 1.1 | - | - | - | - | - | - | - | - | - |
| Amortization of loan discount | 0.1 | 2.5 | 0.5 | - | 1.6 | 1.6 | 1.6 | - | - | - | - | - |
| Deferred taxes | (8.2) | (8.8) | (6.5) | - | (0.2) | (0.2) | (6.8) | - | - | - | (6.6) | (6.6) |
| | | | | | | | | | | | | |
| Working Capital | (61.4) | (19.9) | (20.0) | 8.0 | (9.3) | (7.2) | (6.9) | (5.6) | (19.3) | (23.6) | (25.0) | (13.1) |
| **Net Cash Used in Operations** | **(19.7)** | **45.2** | **50.8** | **36.1** | **60.0** | **98.7** | **129.8** | **27.6** | **52.9** | **91.1** | **126.6** | **180.2** |
| | | | | | | | | | | | | |
| **CASH FLOW FROM INVESTING ACTIVITIES** | | | | | | | | | | | | |
| Purchase of property, plant & equipment | (25.6) | (21.5) | (20.8) | (6.3) | (20.6) | (34.7) | (45.0) | (10.7) | (22.7) | (35.2) | (48.2) | (60.4) |
| Acquisitions, net | (298.9) | - | - | - | - | - | - | - | - | - | - | - |
| Other investing activities | | | | | | | | | | | | |
| **Net Cash From (used in) Investing** | **(324.5)** | **(21.5)** | **(20.8)** | **(6.3)** | **(20.6)** | **(34.7)** | **(45.0)** | **(10.7)** | **(22.7)** | **(35.2)** | **(48.2)** | **(60.4)** |
| | | | | | | | | | | | | |
| **CASH FLOW BEFORE FINANCING** | **(344.2)** | **23.8** | **30.0** | **29.8** | **39.4** | **64.0** | **84.8** | **16.9** | **30.3** | **55.9** | **78.4** | **119.8** |
| | | | | | | | | | | | | |
| **CASH FLOW FROM FINANCING ACTIVITIES** | | | | | | | | | | | | |
| Dividends | - | (135.0) | - | - | (50.0) | (50.0) | (50.0) | - | - | - | - | - |
| Shares issued / capital increase | - | - | - | - | - | - | - | - | - | - | - | - |
| Change in borrowings | 81.9 | 122.2 | 37.0 | (1.2) | (44.0) | (45.1) | (47.7) | (2.5) | (5.0) | (7.5) | (11.4) | (53.5) |
| Other | 268.6 | - | - | - | - | - | - | - | - | - | - | - |
| **Net Cash From Financing** | **350.5** | **(12.8)** | **37.0** | **(1.2)** | **(94.0)** | **(95.1)** | **(97.7)** | **(2.5)** | **(5.0)** | **(7.5)** | **(11.4)** | **(53.5)** |
| | | | | | | | | | | | | |
| Effect of exchange rates | (0.3) | 1.3 | 3.2 | (0.9) | (0.9) | (0.9) | (0.9) | - | - | - | - | - |
| **Net increase in cash & equivalents** | **6.0** | **12.3** | **70.2** | **27.7** | **(55.4)** | **(32.0)** | **(13.8)** | **14.4** | **25.2** | **48.3** | **67.1** | **66.3** |
| Cash & equivalents beginning of period | 19.3 | 25.3 | 37.5 | 107.7 | 107.7 | 107.7 | 107.7 | 94.0 | 94.0 | 94.0 | 94.0 | 161.1 |
| **Cash & equivalents end of period** | **25.3** | **37.5** | **107.7** | **135.5** | **52.3** | **75.8** | **94.0** | **108.4** | **119.2** | **142.3** | **161.1** | **227.4** |

Source: Company reports, RBC Capital Markets estimates

Dan Perlin; daniel.perlin@rbccm.com; 410-625-6130

## Target/Upside/Downside Scenarios

### TaskUs, Inc.



Source: Bloomberg and RBC Capital Markets estimates for Target

### Valuation

Our price target of $43 is an EV/EBITDA multiple of 25x our CY22 EBITDA estimate and a 37x P/E on CY22 RBCe. These target multiples are generally in line with the average of the company's closest IT Services & digital engineering peers, which we think is appropriate given its growth rates and other fundamental factors, and based on TASK hitting its revenue growth targets. The implied upside supports our Outperform rating.

### Upside scenario

Our upside scenario of $51 is based on the company achieving a 27x EV/EBITDA on upside RBCe CY22 EBITDA estimate of $202M (10% premium to our base estimate), which represents a 2-point increase to the target multiple that we think is justified given the upside to results. This upside could be driven by faster-than-expected organic growth and/or margin upside.

### Downside scenario

Our downside scenario of $28 is based on the company achieving a 20x EV/EBITDA on downside RBCe CY22 EBITDA estimate of $156M (15% discount to our base estimate), which represents a 5-point decrease to the target multiple that we think is justified given the downside to results. This downside could be driven by a slowdown in revenue from either lower demand or increased competition, and/or increased expense pressures.

### Investment summary

TaskUs, in our opinion, is well positioned to support the operational needs of its high-growth clients as they scale through its tech-enabled outsourcing solutions purpose-built for their various industry verticals within the Digital Economy. We believe the strong projected growth of the company's end markets (average CAGR of 18% from 2019-2023e), high net revenue retention rates, accelerating new client wins, and digitally native service offerings that enable utilization of lower cost non-voice channels should support recurring revenue growth at a 25% CAGR for the medium-term while sustaining EBITDA margins above 20%.

We believe TASK's success will be underpinned by several key attributes, including its: (1) large and growing TAM, (2) deeply embedded and growing client relationships, (3) cohesive, simple, and reinforcing growth strategy, including geographic expansion and M&A, (4) leadership in talent acquisition with low voluntary attrition rates, and (5) attractive underlying financial model designed to drive profitability

### Risks to rating and price target

We see three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macro-economic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.

**Capital Markets**
**RBC**

## Company description

TaskUs is a digital outsourcer serving clients across numerous industries within what the company calls the "Digital Economy" (e.g. social media, ride sharing, streaming services, and fintech, among many others). These companies often lack the expertise, scale, or geographic presence to build the operational infrastructure necessary to support their growth. The company's global delivery model is focused on providing clients three key solutions: (1) Digital Customer Experience (DCX), (2) Content Security (CS), and (3) Artificial Intelligence (AI) Operations. TaskUs now serves over 100 clients and has become a top outsourcing partner for many of the world's most recognizable and disruptive brands in the world (e.g. Coinbase, Netflix, Uber, and Zoom), supporting their growth with tech-enabled solutions tailored for the Digital Economy.

## Required disclosures

### Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/ DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for TaskUs, Inc. in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from TaskUs, Inc. in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates expects to receive or intends to seek compensation for investment banking services from TaskUs, Inc. in the next three months.

RBC Capital Markets, LLC makes a market in the securities of TaskUs, Inc..

RBC Capital Markets is currently providing TaskUs, Inc. with investment banking services.

### Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

As of March 31, 2020, RBC Capital Markets discontinued its Top Pick rating. Top Pick rated securities represented an analysts best idea in the sector; expected to provide significant absolute returns over 12 months with a favorable risk-reward ratio. Top Pick rated securities have been reassigned to our Outperform rated securities category, which are securities expected to materially outperform sector average over 12 months.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

**Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com



## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.



| | Distribution of ratings | | | |
| Distribution of ratings | | | | |
| RBC Capital Markets, Equity Research | | | | |
| As of 30-Jun-2021 | | | | |
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
|---|---|---|---|---|
| BUY [Outperform] | 787 | 55.70 | 318 | 40.41 |
| HOLD [Sector Perform] | 575 | 40.69 | 173 | 30.09 |
| SELL [Underperform] | 51 | 3.61 | 4 | 7.84 |



**Rating and price target history for: TaskUs, Inc., TASK US as of 05-Jul-2021 (in USD)**

Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by: BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at www.rbcinsight.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

### TaskUs, Inc.

#### Valuation

Our price target of $43 is an EV/EBITDA multiple of 25x our CY22 EBITDA estimate and a 37x P/E on CY22 RBCe. These target multiples are generally in line with the average of the company's closest IT Services & digital engineering peers, which we think is appropriate given its growth rates and other fundamental factors, and based on TASK hitting its revenue growth targets. The implied upside supports our Outperform rating.

**RBC Capital Markets**

### Risks to rating and price target

We see three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macro-economic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to

https://www.rbccm.com/global/file-414164.pdf

or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.

For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action

The 12 month history of SPARCs can be viewed at RBC Insight.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Europe) GmbH, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch.

July 6, 2021    **Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com    37

The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To EEA Residents:**
This material is distributed in the EU by either RBCEL on an authorised cross-border basis, or by RBC Capital Markets (Europe) GmbH (RBC EG) which is authorised and regulated in Germany by the Bundesanstalt für Finanzdienstleistungsaufsicht (German Federal Financial Supervisory Authority) (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.

**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.
Copyright © RBC Capital Markets, LLC 2021 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2021 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2021
Copyright © Royal Bank of Canada 2021



Payments, Processors & IT Services
TaskUs, Inc.

All rights reserved

**Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com    39

## Equity Research



Initiation of Coverage — July 6, 2021

**IT Service Providers**

# TaskUs, Inc. (TASK)

## TASK: Secular Play on Digitizing the Consumer Drives Strong Growth Profile; Initiating at Equal Weight Given Valuation

### Our Call

**We are initiating TASK with an Equal Weight rating and $35 target price. At current prices we believe that the competitive positioning and attractive growth profile of TASK are generally priced into the valuation metrics, limiting the near-term upside, and prompting a valuation-driven Equal Weight rating.** Valuation aside, we believe TASK remains very well positioned to capitalize on the sizable secular opportunity presented by the digitization of the consumer and the increasing need for top-tier consumer experience (CX) platforms. As well, the increased digitization of the consumer drives demand for its burgeoning content moderation services while the growth of machine learning and AI are growth drivers for its digital annotation division.

**Attractive secular growth profile driven by the digitization of the consumer expected to drive revenue growth in excess of 20%.** We look for TASK to benefit from the increased digitization of the consumer across all facets of their daily lives. As consumers increasingly leverage digital platforms and services for everything from dining, to financial services or health, the need for top-tier CX platforms only increases and becomes a key component to acquiring and retaining consumers. TASK has positioned itself to benefit from this dynamic by largely focusing on "digital -first" enterprises with a client base of industry leaders and digital disrupters. We look for them to expand their relationships with existing customers while also growing the customer base.

**Content moderation and annotation present an additional growth opportunity.** As consumers turn more digital in nature, the amount of user generated content only increases, driving demand for the content moderation services that TASK provides across a variety of platform and business types such as social networks, eCommerce marketplaces, and gaming platforms. Additionally, as machine learning and AI continue to grow in importance, it presents an attractive opportunity for the annotation business at TASK, where we believe they are in the early stages of the growth curve.

**Financial flexibility and margin opportunity add to the earnings equation beyond just top-line growth.** Over time, we believe TASK can augment strong top-line growth with modest margin expansion driven by potential operating leverage in areas such as SG&A and certain operational aspects, while also continuing to invest heavily in its digital support capabilities. As well, with post-IPO net-debt/EBITDA of ~1.3x, we see ample financial flexibility for TASK to make accretive acquisitions.

**Financial Outlook**. We look for TASK to drive top-line growth of at least 25% over the next several years, with Adj.EBITDA margin around 23%. Our revenue/Adj. EPS estimates are $633.8MM/$1.21 in '21E, $789.4MM/$1.12 in '22E, and $989.MM/$1.41 in '23E.

**Valuation largely discounts near-term growth expectations.** Our $35 price target implies a EV/EBITDA multiple of about 20x and a EV/Sales multiple of ~4.5x on our CY22 estimates. Our price target assumes TASK shares trades at a premium to the broader IT Services and Customer Care sectors at around 18x on EV/EBITDA and ~3.5-4x on EV/ Sales. We believe a slight premium is warranted given the attractive growth profile of TASK, but we believe that the customer concentration of the company will serve as a bit of cap on valuations for the foreseeable future.

Equity Analyst(s)

**Timothy Willi**
Senior Equity Analyst | Wells Fargo Securities, LLC
timothy.willi@wellsfargo.com | 314-406-2623

**Justin Donati, CFA**
Associate Equity Analyst | Wells Fargo Securities, LLC
justin.donati@wellsfargo.com | 443-263-6540

| Rating | Equal Weight |
| --- | --- |
| Ticker | TASK |
| Price Target: | $35.00 |
| Upside/(Downside) to Target | 5.3% |
| Price (07/01/2021) | $33.24 |
| 52 Week Range | $27.06 - 35.62 |
| Shares Outstanding | 97,290,174 |
| Market Cap (MM) | $3,234 |
| Enterprise Value (MM) | $3,399 |
| Average Daily Volume | 547,674 |
| Average Daily Value (MM) | $18 |
| Dividend (NTM) | $0.00 |
| Dividend Yield | 0.0% |
| Net Debt (MM) - last reported | $165 |
| ROIC - Current year est. | 13% |
| 3 Yr EPS CAGR from current year (unless otherwise noted) | 28% |

| $ EPS | 2020A | 2021E Curr. | 2021E Prior | 2022E Curr. | 2022E Prior |
| --- | --- | --- | --- | --- | --- |
| Q1 (Mar) | - | 0.27 A | NC | 0.23 E | NC |
| Q2 (Jun) | - | 0.35 E | NC | 0.28 E | NC |
| Q3 (Sep) | - | 0.29 E | NC | 0.30 E | NC |
| Q4 (Dec) | - | 0.30 E | NC | 0.31 E | NC |
| FY | 0.67 A | 1.21 E | NC | 1.12 E | NC |
| P/E | 49.9x | 27.4x | | 29.6x | |

*Net Debt figures reflect pro-forma estimates based on the company's 6/10/21 filingROIC figures reflect most recently completed quarterEPS: Adjusted EPS excludes stock-based compensation expense and other one-time items*
*Source: Company Data, Wells Fargo Securities estimates, and Refinitiv. NA = Not Available, Volatility = Historical trading volatility*

All estimates/forecasts are as of 7/5/2021 unless otherwise stated. 7/6/2021 5:00:03EDT. Please see page 28 for rating definitions, important disclosures and required analyst certifications. Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

## Wells Fargo Express Takeaways

**Investment Thesis**
**At current levels, we believe that the competitive positioning and attractive growth profile of TASK are generally priced into valuation metrics, limiting the near-term upside and prompting a valuation-driven Equal Weight rating.** Valuation aside, we believe that TASK remains very well positioned to capitalize on the sizable secular opportunity presented by the digitization of the consumer and Artificial Intelligence (AI). As consumers become more digital across every aspect of their daily lives, the need for top-tier consumer experience (CX) platforms only increases, and TASK appears well-positioned to benefit from this dynamic, with a roster of industry leaders and digital disrupters. As well, the increased digitization of the consumer drives demand for its burgeoning content moderation business, while the growth of machine learning and AI are growth drivers for its digital annotation division.

**Upcoming Catalysts**
Potential upcoming catalysts for our earnings estimates and/or the shares of the company would be the following; 1) The release of 2nd quarter earnings, expected in late July or early August, and the potential for management to provide initial guidance or a longer-term financial framework. 2) The announcement of a sizable new customer. 3) The expansion of a relationship with an existing customer or an existing customer seeing an acceleration in their business. 4) An accretive acquisition.

**Risk v. Reward – Upside/Downside Scenarios**
*Base Case*
We arrive at our price target of $35 based on an EV/EBITDA multiple of ~20x and an EV/Sales multiple of ~4.5x on our CY22 estimates, which assumes TASK trades at a premium relative to the broader universe averages. We believe that a slight premium is warranted given the attractive growth profile of TASK, but the premium is somewhat limited at this time due to the risk associated with customer concentration.

Downside risks to our price target include factors that would reduce the outlook or adversely affect the company's reputation or operations, including 1) intensifying competitive pressure, 2) the loss of a large customer, 3) the inability to add enough talent to meet client demand, 4) slower-than-expected adoption of the company's services, 5) a data breach, and 6) a downturn in economic conditions or increased regulation resulting in lower IT spending.

Upside risks to our price target include factors that would lift the outlook for revenue/margin/EPS growth, including 1) a faster than expected recovery in customer spending for TASKs' services/solutions, 2) greater than expected market share gains, 3) the potential for future accretive acquisitions, and 4) greater than expected margin improvements.

*Upside Scenario*
Our upside scenario assumes top-line growth continues in the low 30% range through 2022 along with a slightly faster pace of margin expansion. We would expect this to result in modest multiple expansion (~23x EV/EBITDA and ~5.0x EV/Sales) yielding a price target of around $42.

*Downside Scenario*
Our downside scenario assumes top-line growth slows to the upper-teen's in 2022, along with more pronounced margin degradation as management ramp's investments to re-accelerate growth. This could result in modest multiple compression (~17x EV/EBITDA and ~4.0x EV/Sales) yielding a price target of around $28.

TaskUs, Inc.

## Company Overview

TaskUs is one of the leading providers of digital customer experience (CX) services globally. They serve as the leading CX partner to many of the world's top technology and digitally native companies. In addition, TASK is one of the top providers of end-to-end content moderation/security services, and they continue to grow their data annotation (i.e. labeling) operations that power Artificial Intelligence/ Machine Learning (AI/ML) training algorithms. The company has ~27,500 team members that serve over 100 clients across a number of large and fast growing industries.

## Investment Highlights

### Investment Positives

**We see a number of secular tailwinds for the company's digital customer experience (CX), content moderation, and data annotation services**

We see a number of industry trends with the potential to drive substantial demand/growth for TASK's horizontal technology offerings over the next 3-5+ years. 1) Across a number of industries, business leaders are finding that digitally enabled customer experiences (CX) are a competitive differentiator. In our opinion, the C-suite is now prioritizing investments to develop digital channels to engage with their customers, and that spending should accelerate for data-driven initiatives that help companies stay ahead of changing customer preferences. 2) Continued growth of social media platforms and the exponential growth in user and advertiser generated content should continue to drive significant demand for TASK's content moderation/trust and security services. Finally, 3) the advancement of Artificial Intelligence / Machine Learning (AI/ML) technologies is expected to drive strong demand for data annotation (i.e. labeling) services given the essential role they play in helping to train AI/ML systems.

**High quality client list across attractive, fast growing "digital economy" verticals**

Since the company's inception, TASK has primarily targeted digitally-native clients in attractive, high-growth verticals such as social media, FinTech, eCommerce and media streaming services. As a result, TASK's has amassed a client list that now includes some leading tech-enabled companies in the world. With many of their clients and end-markets still experiencing rapid growth, TASK should naturally benefit from scaling with their clients, and given the deep domain expertise they have been able to develop across these verticals. TASK remains well positioned to continue adding new customers, in our view.

**Solid revenue visibility given highly recurring client base**

In 2020, over 99% of revenue came from recurring revenue contracts. This stems in part from the fact that TASK typically signs clients to multi-year contracts at the beginning of a new relationship, or when renewing a service agreement. We also assume this reflects the high regard clients have for the company's cutting-edge capabilities, along with the sticky nature of its customer experience services that drive high-quality brand experiences for its clients. These factors have historically led to high client retention rates as seen by TASK's 125% average net revenue retention rate from 2018-2020.

**Long runway for growth by penetrating existing clients and adding new logos**

A majority of revenue still comes from TASK's top 10 (~65-70%) and top 20 customers (~80%). We see TaskUs as well positioned across a number of multi-billion dollar commercial markets, and we believe the company has substantial white space to expand and cross-sell additional services and solutions not only within its top clients, but also across the balance of its large client base. We highlight that TaskUs has a strong track record of sales wins across new and existing clients, with win rates in the ~55-70% range for existing clients and ~40-55% range for new clients. We also look for grow with existing and new clients to be aided by further expansion of their global delivery footprint, which should help cater to a number of multinational clients moving forward.

**Potentially better positioned to maintain gross margin given growth oriented customer base that is focused on the quality of CX services provided rather than price**

As previously discussed, a majority of TASK's clients operate in attractive, high-growth industries where excellent customer and user experiences (CX/UX) are critical not only for customer retention but also growth. We believe customers in these industries remain less price sensitive and therefore more willing to pay a premium for TASK's differentiated digital customer experience services. We also see the potential for less pricing pressure on TASK's gross margin, at least-in the near term, given their

limited exposure to more commoditized, legacy-voice based services (less than 10% of total revenue). We would also expect new specialized services, such as Content Security and AI Operations, to drive an increasing mix of higher value/margin digital services, potentially adding another offset to any increased pricing pressure on TASK's digital customer experience (CX) offerings.

## Investment Risks / Concerns

### Customer Concentration

The company currently has two clients that each contribute more than 10% of revenue, including FaceBook which contributed 35% of revenue in 2019 and 32% of revenue in 2020, and DoorDash which generated 11% of revenue in 2019 and 12% in 2020. In addition, the top 10 and top 20 clients accounted for about 68% and 81% of revenue, respectively in 2020. A loss of any significant customer could potentially have a material impact on the company's revenue growth and profitability in the future.

### The potential for a slowdown in service levels for certain customers that saw an uptick in activity during the COVID-19 pandemic

TASK's digital customer experience (CX) services saw a strong acceleration in demand during 2020, reflecting new client additions, along with increased demand from existing clients. In particular, we believe this was driven by a handful of clients in the video/audio streaming (i.e. Zoom), gaming, and food delivery (i.e. DoorDash) industries which saw a rapid surge in demand during the COVID-19 pandemic for customer support, leading to TaskUs scaling service levels for these clients. As the economy returns to normal, we see the potential for moderating growth rates in service levels for some clients as more people return to in-person work settings, in-restaurant dining, etc.

### Increasing competition

Competition continues to increase in the markets TASK operates, particularly in digital customer experience (CX), where TaskUs faces are a number of multi-national competitors with greater scale, greater financial resources, a broader geographic and delivery footprint, greater technological expertise, and more established industry relationships. This could result in the loss of key clients, loss of market share, and/or pricing pressures in the future. TASK could also face rising pressure for high-skilled/qualified talent to meet client demand.

### Potential shareholder overhang from concentrated voting control and limited float

Following the company's IPO, Blackstone and TASK's two co-founders still maintain a majority control of the company, holding approximately 84% of shares outstanding, and close to 98% of combined voting power. Given the concentrated shareholder base, trading liquidity (float) may remain limited for some time. In addition, we note that all shares offered to the public in connection with the June IPO were subordinate (Class A) shares, with holders of TASK's multiple voting shares (Class B) entitled to a 10:1 voting power.

### Future acquisition and integration challenges

Although 100% of TASK's growth has been organic to-date, the company has signaled their intent to evaluate M&A opportunities in order to expand into higher value services, add new geographies, or add additional technical capabilities. Since the management team does not have significant experience with acquisitions/integration, future M&A efforts could divert company resources or management's attention and may result in other business disruptions. In addition, future acquisitions may not live up to financial expectations, the company could be unable to retain key talent or leadership, or could lose key customers, among other things.

### A potential data breach / disclosure of sensitive or confidential customer data could lead to litigation, fines and reputational damage

A number of TASK's solutions help clients capture, analyze and store customer data. As a result, they are subject to local and national privacy and data security laws. In some circumstances, TASK's contracts have high or unlimited liability for damages resulting from breaches of privacy or data security. In addition, fines can be levied by the government for breaches of consumer data. In the European Union, fines can reach as high as 4% of a company's annual total revenue.

TaskUs, Inc.

## Thoughts on Valuation: Slight Premium is Warranted due to Growth but Limited by Customer Concentration

Our $35 price target implies a EV/EBITDA multiple of about 20x and a EV/Sales multiple of ~4.5x on our CY22 estimates versus peers currently at ~18.0x and ~3.5-4x, respectively. Taking a balanced approach across a wide variety of metrics versus the broader universe, we believe that TASK can support a premium valuation, and note that while TASK is trading at a premium to the broader universe, it is still at a discount to the digital engineering names EPAM, DAVA and GLOB, which we believe could support an argument for some modest expansion in the multiple down the road. However, we believe the likelihood of valuation expansion is modest at this time as elevated customer concentration (top-2 customers are ~45% of revenue) is a risk factor that we believe limits the premium the market would be willing to further award the company. As such, see near-term the upside potential to the story as somewhat limited, and the risk/reward ratio is relatively balanced at this time, leading us to an Equal Weight rating.

IT Service Providers

Equity Research

| | | | Price | 2020 | YTD | Trade | Mkt | Ent | EPS | | P/E | | PEG | | EBITDA | | EV/EBITDA | | EV/Revenue | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IT & BPO Services Universe** | | | | | | | | | | | | | | | | | | | | |
| **Summary Valuation** | | | | | | | | | | | | | | | | | | | | |
| Senior Analyst - Tim Willi, 314-875-2044, timothy.willi@wellsfargo.com | | | | | | | | | | | | | | | | | | | | |
| Associate - Justin Donati, 443-263-6540, justin.donati@wellsfargo.com | | | | | | | | | | | | | | | | | | | | |
| | Symbol | Rating | 7/2/21 | Return | Return | Vol | Cap | Val | 2021E | 2022E | 2021E | 2022E | 2021E | 2022E | 2021E | 2022E | 2021E | 2022E | 2021E | 2022E |
| **_Global IT & Consulting Services_** | | | | | | | | | | | | | | | | | | | | |
| Accenture | ACN | 2 | 304.84 | 24% | 17% | 1,271 | 193,467 | 191,973 | 9.18 | 9.97 | 33.2x | 30.6x | 1.6x | 3.6x | 9,939 | 10,797 | 19.3x | 17.8x | 3.7x | 3.4x |
| Capgemini | CAP-FR | NR | 164.65 | 16% | 30% | 54 | 28,411 | 33,310 | 7.66 | 8.69 | 21.5x | 18.9x | 3.6x | 1.4x | 2,701 | 2,820 | 12.3x | 11.8x | 1.9x | 1.8x |
| Cognizant | CTSH | 1 | 69.61 | 32% | -15% | 2,018 | 36,713 | 35,247 | 3.96 | 4.34 | 17.6x | 16.0x | 1.1x | 1.7x | 3,392 | 3,654 | 10.4x | 9.6x | 2.0x | 1.9x |
| Infosys | INFY | NR | 21.07 | 64% | 24% | 30,191 | 89,585 | 86,332 | 0.68 | 0.77 | 30.8x | 27.2x | 2.0x | 2.1x | 4,098 | 4,578 | 21.1x | 18.9x | 5.7x | 5.0x |
| Tata Consultancy Services Ltd. | 532540-IN | NR | 44.74 | 30% | 14% | 679 | 167,340 | 162,255 | 1.39 | 1.57 | 32.2x | 28.5x | 2.1x | 2.2x | 7,027 | 7,860 | 23.1x | 20.6x | 6.5x | 5.8x |
| | | | _Mean_ | 33% | 14% | | | | | | 27.0x | 24.3x | 2.1x | 2.2x | | | 17.2x | 15.7x | 4.0x | 3.6x |
| | | | _Median_ | 30% | 17% | | | | | | 30.8x | 27.2x | 2.0x | 2.1x | | | 19.3x | 17.8x | 3.7x | 3.4x |
| **_Business Process Outsourcing (BPO) Services_** | | | | | | | | | | | | | | | | | | | | |
| Genpact | G | NR | 46.07 | -2% | 11% | 192 | 8,901 | 10,330 | 2.30 | 2.61 | 20.0x | 17.7x | 2.3x | 1.3x | 753 | 818 | 13.7x | 12.6x | 2.6x | 2.4x |
| EXLServices | EXLS | NR | 106.62 | 23% | 25% | 5 | 3,659 | 3,606 | 4.18 | 4.43 | 25.5x | 24.1x | 1.4x | 4.1x | 223 | 236 | 16.2x | 15.3x | 3.4x | 3.1x |
| WNS Holdings | WNS | NR | 81.74 | 9% | 13% | 11 | 4,086 | 3,986 | 3.03 | 3.45 | 27.0x | 23.7x | 3.6x | 1.7x | 213 | 244 | 18.7x | 16.3x | 4.2x | 3.7x |
| | | | _Mean_ | 10% | 17% | | | | | | 24.2x | 21.8x | 2.4x | 2.4x | | | 16.2x | 14.7x | 3.4x | 3.1x |
| | | | _Median_ | 9% | 13% | | | | | | 25.5x | 23.7x | 2.3x | 1.7x | | | 16.2x | 15.3x | 3.4x | 3.1x |
| **_Software Development / Digital Transformation Services_** | | | | | | | | | | | | | | | | | | | | |
| Endava PLC | DAVA | NR | 117.23 | 65% | 53% | 6 | 6,706 | 6,661 | 1.87 | 2.26 | 62.6x | 52.0x | 2.0x | 2.5x | 171 | 208 | 39.0x | 32.0x | 9.6x | 7.7x |
| EPAM Systems | EPAM | 1 | 516.28 | 69% | 44% | 17 | 29,004 | 27,657 | 7.74 | 9.32 | 66.7x | 55.4x | 3.0x | 2.7x | 653 | 792 | 42.4x | 34.9x | 8.0x | 6.7x |
| Globant SA | GLOB | NR | 216.11 | 105% | -1% | 9 | 8,894 | 8,793 | 3.39 | 4.08 | 63.7x | 52.9x | 1.7x | 2.6x | 222 | 272 | 39.6x | 32.3x | 7.7x | 6.3x |
| | | | _Mean_ | 80% | 32% | | | | | | 64.3x | 53.4x | 2.2x | 2.6x | | | 40.3x | 33.1x | 8.4x | 6.9x |
| | | | _Median_ | 69% | 44% | | | | | | 63.7x | 52.9x | 2.0x | 2.6x | | | 39.6x | 32.3x | 8.0x | 6.7x |
| **_Customer Experience (CX) Providers_** | | | | | | | | | | | | | | | | | | | | |
| Concentrix | CNXC | NR | 164.25 | NA | 66% | 19 | 8,542 | 9,537 | 9.34 | 10.24 | 17.6x | 16.0x | 0.3x | 1.7x | 841 | 915 | 11.3x | 10.4x | NA | 1.6x |
| Teleperformance SE | TEP-FR | NR | 346.70 | 25% | 28% | 6 | 20,358 | 22,575 | 10.44 | 11.86 | 33.2x | 29.2x | 0.4x | 2.1x | 1,371 | 1,505 | 16.5x | 15.0x | 3.4x | 3.1x |
| TELUS International | TIXT | 1 | 31.72 | NA | 27% | 50 | 8,485 | 9,599 | 0.92 | 1.19 | 34.5x | 26.7x | 1.2x | 0.9x | 529 | 636 | 18.1x | 15.1x | 4.4x | 3.8x |
| TTEC Holdings | TTEC | NR | 103.34 | 84% | 42% | 7 | 4,894 | 5,219 | 4.26 | 4.63 | 24.3x | 22.3x | 2.1x | 2.6x | 335 | 370 | 15.6x | 14.1x | 2.4x | 2.2x |
| | | | _Mean_ | 54% | 41% | | | | | | 27.4x | 23.6x | 1.0x | 1.8x | | | 15.4x | 13.7x | 3.4x | 2.7x |
| | | | _Median_ | 54% | 35% | | | | | | 28.7x | 24.5x | 0.8x | 1.9x | | | 16.0x | 14.5x | 3.4x | 2.7x |
| **_Data Annotation Service Providers_** | | | | | | | | | | | | | | | | | | | | |
| Appen | APX-AU | NR | 13.61 | 10% | -45% | 163 | 1,694 | 1,641 | 0.48 | 0.59 | 28.2x | 23.1x | NE | 1.0x | 107.38 | 128.03 | 15.3x | 12.8x | 2.8x | 2.5x |
| | | | Price | 2020 | YTD | Trade | Mkt | Ent | EPS | | P/E | | PEG | | EBITDA | | EV/EBITDA | | EV/Revenue | |
| | Symbol | Rating | 7/2/21 | Return | Return | Vol | Cap | Val | 2021E | 2022E | 2021E | 2022E | 2021E | 2022E | 2021E | 2022E | 2021E | 2022E | 2021E | 2022E |
| | | | | | | | | **Mean Across all Groups** | | | 33.7x | 29.0x | 1.9x | 2.1x | | | 20.8x | 18.1x | 4.6x | 3.8x |
| | | | | | | | | **Median Across all Groups** | | | 29.5x | 25.4x | 2.0x | 2.1x | | | 17.3x | 15.2x | 3.7x | 3.3x |
| TaskUs | TASK | 2 | 32.39 | NA | 41% | 121 | 3,151 | 3,309 | 1.21 | 1.12 | 26.8x | 28.9x | 0.3x | NE | 148 | 180 | 22.3x | 18.4x | 5.2x | 4.2x |
| **S&P 500** | **SPX** | | 4,352 | 16% | 16% | | | | | | 23.6x | 20.7x | | | | | | | | |

Source: Company reports, Wells Fargo Securities, LLC estimates and FactSet (consensus estimates co's not under coverage)
_$ in millions, except where stated_
_Capgemini and Teleperformance SE figures are in Euros (EUR), Appen figures are in Australian Dollars (AUD)_
_All Estimates on a calendar year basis_
**Rating:** 1 = Overweight; 2 = Equal Weight; 3 = Underweight; NR = Not Rated; SR = Suspended

TaskUs, Inc.                                                                 Equity Research

## Company Overview

TaskUs was founded in 2008 by Bryce Maddock and Jaspar Weir. The company initially provided task-based virtual assistants working form the Philippines. After some time, the company's co-founders recognized a market opportunity and pivoted to helping early stage technology start-ups outsource different functions of their business. At first, TASK handled basic data entry and transcription work, but as they gained the trust of their customers they took on more critical parts of their operations including advanced technical support. Over the years, the company has continued to develop new service offerings, like content security, multi-sided marketplace support, FinTech compliance, and data annotation, among other things.

TASK has also continued to add a number of high quality clients across many attractive, fast growing "digital economy" verticals. As a result, TASK has scaled with many of their clients, and today TASK is one of the leading digital customer experience (CX) providers globally, with over 27,500 team members working from 18 offices across eight countries. As well, TaskUs is also one of the leading providers of end-to-end content moderation/security capabilities and the company continues to grow its data annotation (i.e. labeling) operations that power Artificial Intelligence/Machine Learning (AI/ML) training algorithms.

Exhibit 1 - TaskUs Company History



Source: Company reports

Exhibit 2 - TaskUs Company Snapshot



Source: Company reports

## Business Overview

Today, TaskUs has more than 100 clients across eight targeted markets, including 1) Social Media, 2) E-commerce, 3) Gaming, 4) Streaming Media, 5) Food Delivery & Ride Share, 6) Hi-Tech, 7) FinTech, and 8) HealthTech.

**Exhibit 3 - Revenue by Industry (2020)**



Source: Company reports

TASK continues to target clients that are part of the rapidly growing "Digital Economy", where enhanced customer and user experiences (CX/UX) have become a competitive differentiator, critical for not only customer acquisition (i.e. growth), but also brand loyalty and customer retention. With a laser focus on digital-centric customers, TaskUs has designed their services and solutions to rapidly scale and benefit from the growth of their customers. That said, to a lesser degree TASK also targets many Fortune 500 companies, where they can help enterprises develop new CX/UX channels to remain relevant in today's digital first world.

### Customer Concentration

In 2019 and 2020, the company had two clients that each accounted for over 10% of revenue. This includes Facebook that accounted for 35% of revenue in 2019 and 32% in 2020, and DoorDash, which generated 12% and 11% of revenue, respectively. TaskUs also has a number of other high-profile clients that include Uber, Netflix, Coinbase, Zoom, and Oscar. As seen in Exhibit 4, the company still generates a majority of revenue from their top 10 and 20 clients.

**Exhibit 4 - Top Clients, as a % of Revenue**



Source: Company reports and Wells Fargo Securities, LLC

**Exhibit 5 - TASK Notable Clients**

| Social Media | eCommerce | Entertainment/ Gaiming | Food Delivery & Ride Share | Hi-Tech | FinTech | HealthTech |
|---|---|---|---|---|---|---|
| Facebook | | Netflix | Uber | Zoom | Coinbase | Oscar |
| | | | Doordash | | | |

Source: Company reports and Wells Fargo Securities, LLC

TaskUs, Inc.                                                                     Equity Research

**Employees**

At the end of March, the company had approximately 27,500 employees, located across 18 delivery sites and 8 countries, with a majority of team members located in the Philippines (~70% of total employees), followed by the U.S. (15%), and India (11%).

Over the past 10+ years, TaskUs has continued to make organic investments to expand its delivery sites, and to access skilled talent pools in a number of geographies. This includes doubling the number of delivery centers since 2017, and expanding operations into five new countries over the same period.

Exhibit 6 - TASK: Delivery Footprint



Exhibit 7 - TASK: Employees by Geography



Source: Company reports

Source: Company reports

In order to scale with many of its rapidly growing customers, TaskUs has had to increase its number of team members at an annualized rate of ~41% from 2017-2020. Exhibit 8 highlights the rapid pace of head count growth over the past three years.

Exhibit 8 - Growth of Total Employees



Source: Company reports and Wells Fargo Securities, LLC

(1) March 2021 Yr/Yr growth rate is off of 2019 base

TaskUs has been successful in the war for talent, thanks in large part to the company's fixation on providing a best in-class culture and employee experience. In an effort to build world-class employee experiences, TASK has designed offices that look and feel like Google campuses, create an environment inspiring environment to work within. In addition, many facilities have on-site child care and workout centers for employees. And in the Philippines, TASK has helped position itself as

an employer of choice, by offering additional benefits, such as scholarship programs to pay for the education of children for any employee that has been with the company for a year or longer.

Managements' commitment to its front line workers across the globe, and the success they've had building and scaling their strong culture is reflected in some of the industry's lowest levels of attrition rates (<15% voluntary attrition in 2020), one of the highest employee net promoter scores (eNPS was 72 in 2020), and one of the highest glassdoor scores (as seen in Exhibit 9). Glassdoor also ranked TaskUs number 40 on their "2019 Best Places to Work" list among U.S. employers.

As an employer of choice, TASK believes this helps drive higher quality work, and in turn higher customer satisfaction levels, along with lower attrition. It also enables the company to recruit additional employees to accommodate growth. This point is made evident by the fact that approximately 38% of new hires in 2020 came from internal referrals.

Outside internal referrals, TaskUs focuses its pipeline for talent around a "provincial strategy" in its offshore markets, meaning the vast majority of their offices and delivery sites are not located in major "Tier 1" cities. TASK believes this strategy offers numerous advantages including 1) less competition for talent, 2) lower cost of living, 3) reduced commute times and 4) favorable incentives with local municipalities. According to the company, these factors contribute to both a superior employee experience along with lower costs.

Exhibit 9 - TASK Glassdoor Rating vs Peers



Source: Company reports

## Services and Solutions

As previously discussed, TaskUs began predominantly as a customer experience (CX) and technical support outsourcing partner for tech-enabled start-ups, but over time they have added additional services and capabilities to meet the growing needs of their clients.

Today, the company's global delivery model focuses on providing three key services: 1) Digital Customer Experience (CX) services and solutions, 2) Content Security, and 3) Artificial Intelligence (AI) Operations. Exhibits 10 and 11 provide a snapshot of TASK's revenue by service offering, along with a look at the growth in revenue by offerings over the last three years.

We examine each of TASK's these service offerings in the section below:

**Exhibit 10 - Revenue (%) by Service Offering (2020)**



Source: Company reports and Wells Fargo Securities, LLC

**Exhibit 11 - Revenue by Service Offering (in $ millions)**



Source: Company reports and Wells Fargo Securities, LLC

### Digital Customer Experience (CX)

TASK offers omni-channel customer care services primarily through digital (non-voice) channels including on-line and in-app, and also through social media platforms. The company's Digital CX services and solutions include: 1) Omni-channel customer care and Technical Support, 2) Customer acquisition services, 3) Consulting/Strategy services, 4) Trust & Safety services, 5) New Product or Market Launch services, and finally 6) Voice of the Customer/Data analytic services.

TASK's digital first strategy allows the company to utilize low-cost, non-voice channels, with 93% of segment revenue from digital or omni-channels. More importantly, the digital nature of the support services allows TASK to automate a greater portion of these interactions, support multiple interactions concurrently and then use support staff based in higher margin offshore markets.

Exhibit 12 - Digital CX Revenue (2020)



Source: Company reports and Wells Fargo Securities, LLC

Over the years, TASK has also built a breath of technology products among its client base, and has gained deeper industry expertise around technical support and complex technical troubleshooting, and today can support the next generation of digital Business-to-Consumer (B2C) and Business-to-Business (B2B) customer experiences.

A great example of the company's deep technology and domain expertise can be seen in their work with on-demand food delivery apps, where a support incident in these three-sided marketplaces (customer + driver + restaurant) may involve messaging with the driver, calling a restaurant, and finally sending a push notification to the end customer.

By performing these complicated, real-time services, TaskUs appears to have earned the right to move up the value chain for their clients.

**Content Security**

Over a decade ago, TaskUs started helping nascent social networks police their website and apps by reviewing and removing any user or advertiser generated content which violates client policies.

As discussed in greater detail later in this report, a growing number of apps and social networks have led to exponential growth of user-generated content and advertising. Combined with increasing regulatory and political pressure on companies to review and remove inappropriate content, more and more companies are turning to outsourcing partners like TaskUs for Content Security services.

At the end of 2020, the company had ~3,800 team members developing and enforcing Content Security policies in several areas including job and commerce postings, political advertising, gaming websites, dating apps, online marketplaces along with social networks. While many believe that content security is about removing violent or other graphic images from platforms, TASK has indicated that this is actually a minority of its business. Instead, the following areas get more of their focus and resources:

1. User Safety/User Generated Content (UGC) moderation for social, gaming, dating, live-streaming and marketplaces

2. Platform integrity where TASK helps ensure platform health by identifying, and mitigating fraud and deceptive practices

3. Business integrity where TASK helps evaluate complex brand and advertising components to ensure compliance, placement & accuracy

4. Content curation which includes the review, research, and data analysis for accuracy, relevance compliance & product quality

TaskUs, Inc.                                                                          Equity Research

**Artificial Intelligence (AI) Operations**

To build effective AI applications, it requires large sets of data that must be annotated by humans. As such, TASK's AI operations primarily involves data labeling, annotation and transcription services for the purpose of training and tuning AI algorithms through the process of machine learning (ML).

TASK's began supporting some of the first AI applications more than a decade ago, by transcribing voicemail messages, but the company has developed more sophisticated and complex tools and solutions. Today the company offers data annotation and labeling services for video, photos, audio, and text. They also offer services around computer vision, natural language processing (NLP), video processing, and sensor processing.

Some real-world applications for TASK's AI Operation services include tracing and tagging objects to be identified by a self-driving vehicle, annotating audio clips and parts of speech to train chatbots, smart speakers and digital assistants, and tagging images of price tags and product placements to teach store-roaming robots to identify out of place products.

While many tech companies currently have in-house teams helping to develop and annotate large data sets, they also rely on flexible outsourced solutions for their data annotation work. As such, TASK believes they have an opportunity to become one of the biggest outsourced provides in this space by 2023.

We also note, that TASK continues to explore strategic M&A targets to help build out their AI Operations.

## Management

**Bryce Maddock—CEO & Co-Founder**. Mr. Maddock has served as CEO since 2008. In his role, he leads the company's global operations.

**Jaspar Weir—President & Co-Founder**. Mr. Weir has served as President since 2008, and is focused on leading TASK's growth and corporate development.

**Balaji Sekar—CFO**. Mr. Sekar has been in his role since joining the company in August 2016. Prior to joining TaskUs, he served as CFO of PatientSafe Solutions from August 2015 to August 2016, and prior to that as CFO of Sutherland Healthcare Solutions from July 2013 to July 2015.

**Jarrod Johnson—Chief Customer Officer (CCO)**. Mr. Johnson has held the role as CCO since January 2018, and prior to that he served as Senior Vice President of Business Development from October 2016 through December 2017. He previously held the position of Senior Vice President of Business Development at FacilitySource from 2014 to 2016. Prior to that, he served as Senior Vice President and Group President at Xerox Business Services from 2008 to 2014. He also held multiple positions for over 10 years at IBM.

## Industry Overview

Looking across TASK's three service offerings, management sees an aggregate market opportunity estimated at over $100 billion.

More importantly, in our view, each of the company's horizontal markets continue to experience strong demand, fueled by a number of emerging secular trends that we expect will continue to drive robust double-digit growth over the next 2-3+ years. By comparison, Gartner has projected worldwide spending on IT services to continue growing at about 4-5% on an annualized basis from 2019 to 2024.

Exhibit 13 - TASK's Market Opportunity



Sources: Everest Group (Digital CX and Content Security); IDC, *Worldwide Artificial Intelligence Services Forecast, 4 year CAGR from 2020-2024*, August 2020 (AI Services).

**A brief overview of the market for Digital Customer Experience**

Based on industry data from IDC, Gartner and Everest Group, TASK estimates the market for customer care outsourcing services is around $75 to $80 billion, growing roughly 4%, with demand driven by an increasing complexity of customer interactions and from growth in new digital channels. While a sizable portion of this market consists of traditional "voice-based" services, TASK focuses primarily on digitally enabled CX solutions, supporting customer across multiple channels.

Given the rising importance of digital CX solutions, industry advisory Everest Group estimates that the market for digital CX services is expected to grow at a 20-25% annualized rate from 2018 to 2021, substantially faster than traditional "voice- based" customer care services.

**A brief overview of the market for Content Security**

While the market for outsourced content security/moderation solutions remains nascent (~$5 billion), the market continues to expand rapidly, driven by the exponential growth of user-generated content across many social media platforms. Combined with increasing regulatory and political pressure on companies to review and remove inappropriate content, more and more companies are turning to outsourcing partners like TaskUs for Content Security Services.

Based on these trends, Everest Group estimates that the market for Content Security will grow at an annualized rate of 40-50% from 2016 to 2021.

**A brief overview of the market for Data Annotation services**

Demand for data annotation services is likely to continue growing rapidly, in our view, based on increased adoption of Artificial Intelligence (AI) and Machine Learning (ML) algorithms and tools by enterprises globally.

Given current estimates by IDC for total spending on AI technologies to reach approximately $37 to $38 billion by 2024, growing ~20% on an annualized basis (from $18.4 billion in 2018), we think it is reasonable to expect spending on data annotation services to grow roughly in-line with the broader market for AI technologies.

**TaskUs also sits at the intersection of a number of attractive "Digital Economy" verticals**

In addition to having a number in-demand technology offerings, TaskUs also sits at the intersection of a number of attractive verticals in the "Digital Economy". These particular verticals have growth

at roughly 4x the rate of overall U.S. economic growth over the last 10+ years, and growth across its targeted end-markets is expected to remain well above average.

Exhibit 14 - Projected Growth across TASK's Targeted Markets



*The vertical markets we prioritize are projected to grow at an unweighted average CAGR of 18% from 2019 to 2023.*

Sources: The Business Research Company; TechSci Research; Technavio; Allied Market Research; and eMarketer.

## A Quick Look at the Competition

TaskUs competes across a large and fragmented market. In addition to in-house technology and customer experience (CX) teams, TASK list the following group of competitors.

**Next-gen/Digital customer experience (CX) outsourcers**

- 24/7 Intouch
- TDCX (formerly Teledirect)
- TELUS International (TIXT)
- Webhelp
- Appen (APX-ASX) — Specializes in data annotation services

**Traditional call center providers:**

- Teleperformance S.A. (TEP-PAR)
- TTEC Holdings (TTEC)
- Sutherland Global Services
- VXI Global

**Technology service firms with outsourcing offerings:**

- Accenture (ACN)
- Cognizant (CTSH)
- Genpact (G)
- Tata Consultancy Services

Based on our conversations with management, along with other industry participants, we believe TASK's primary competitors in the digital customer experience (CX) market are TDCX, Teleperformance and TELUS International (TIXT). In the Content Security market, it is our understanding that TASK primarily competes with Accenture (ACN) and Genpact (G). Finally, in AI Operations, we understand the two primary competitors for data annotation outsourcing services are Lionbridge AI (recently acquired by TIXT) and ScaleAI.

## Overview of Revenue/Model Drivers

### Client Retention and Grow with Current Clients

Historically, client retention has remained a key component of the revenue and profitability model for TaskUs as they generate a majority of annual revenue from existing clients. Not only is this an important factor in driving a highly recurring base of revenue (~99% of revenue came from recurring revenue contracts in 2020), but more so, the company's ability to continually expand volumes and services within its existing customers.

Exhibit 15 - Net Revenue Retention (NRR)



Source: Company reports and Wells Fargo Securities, LLC

Without COVID impacted clients, the NRR would have been approximately 126% in 2020

With regard to growth with existing clients, TASK has been the beneficiary of increased outsourcing volumes and incremental revenue opportunities as their clients have scaled rapidly, and looked to TaskUs for additional outsourcing services so that they could focus on their core businesses. As a point of reference, between 2017 and 2020, TaskUs clients with publicly disclosed financials grew their revenue at an estimated unweighted average rate of 40% per year, while TaskUS achieved an annualized growth rate of 60% over the same period, reflecting in part growth from existing clients in addition to adding new logos.

### Extending solutions with current clients

TaskUs has continued to build out highly complementary services and solutions, such as process automation, along with consultative and domain expertise in an effort to further expand their value proposition to clients. In addition, they have also developed new adjacent services in the areas of Content Security and AI Operations. Services such as Content Security, grew at an annualized rate of 157% between 2017 and 2020.

Management continues to see a significant opportunity to enhance uptake of current services in addition to cross-selling newly developed services into their existing client base, and we believe that an increased focus on account management and really digging into understanding their clients and their business strategies will elevate the chances of winning additional business from existing customers. Currently, across TASK's top 10 customers, 8 utilize at least two of TASK's core service offerings. Management has noted they continue to see attractive demand for services like data analytics, learning experience design, fraud prevention, along with vertical specific services like Know Your Customer (KYC) and Anti-Money Laundering (AML) services in their FinTech vertical.

### Adding New Logos

TaskUs remains well-positioned in a number of large, and rapidly growing commercial markets, and with only about 100 current clients, management sees sizable opportunities to add new clients in the on-line gaming, hi-tech, and media streaming markets moving forward. In addition, TaskUs has

opportunities to add some Fortune 500 clients, where TaskUs can help these clients stay relevant through their own digital transformations.

Overall, the company has maintained strong win rates and new client additions over the last three years. We highlight some key sales highlights below in Exhibit 16.

Exhibit 16 - New Client Sales Highlights (2018-2020)



\* Deal duration reflects the number of days between the creation of an opportunity in our opportunity management system and when a contract is signed.

Source: Company reports

**Expanding Geographically**

Over the past 10+ years, TaskUs has continued to make organic investments to expand its delivery sites and to access skilled talent polls in a number of geographies. This includes doubling its number of delivery centers since 2017, and expanding operations into 5 new countries over the same period.

In some cases, TASK's geographic expansion has been driven by specific client requests, as the number of clients working with TaskUs in multiple geographies has doubled from 2017 to 2020. That said, the company plans to continue expanding its global presence and multilingual capabilities to drive growth with both existing and new clients, and the company sees a good amount of pent-up demand for their services outside existing locations that could lead to meaningful growth as they continue to expand their footprint.

Exhibit 17 - TaskUs Geographic Expansion (2017-2020)



Source: Company reports

**Pursuing Opportunistic M&A**

Although 100% of TASK's growth has been organic to-date, the company has signaled that they intend to evaluate M&A opportunities to 1) expand into higher value services, 2) add new geographies, or 3) add additional technical capabilities to increase delivery effectiveness or to expand to more premium services and end-markets such as anti-money laundering, data and analytics and fraud detection platforms. While embarking on an M&A strategy does present risks, we believe that TASK has built out the financial and operational infrastructure to allow them to begin to build an M&A pipeline and ultimately integrate transactions, that should help reduce deal driven risk.

Equity Research

## Balance Sheet

At the end of March 2021, TaskUs had a cash balance of $135.5 million, compared to $107.7 million at the end of 2020 and $37.5 million at the end of 2019. Total debt outstanding as of March 31 was $243.6 million, down slightly from $244.8 million at the end of 2020, but up slightly from $207.3 million at the end of 2019. This brings net debt at the end of March to $108.1 million, or ~0.8x of trailing-twelve-month (TTM) adjusted EBITDA.

**Impact of recent common stock offering**

On June 10, TASK priced a ~$304 million common stock offering, consisting of approximately $121 million of net proceeds to the company (after fees, etc.), with the remainder of the proceeds going to selling shareholders. TASK subsequently used the net proceeds from the offering, together with cash on hand, to satisfy payments for vested phantom shares (along with deferred dividend payments to the vested phantom shares) that became due upon the completion of the company's IPO.

Based on a June 10 company filing, management expected pro forma cash to be about $78.8 million, while total debt was expected to remain unchanged from the end of March. This would bring pro-forma financial leverage (net debt/TTM adjusted EBITDA) to ~1.3x.

## Financial Review and Estimates

### Revenue

In 2019 and 2020, TASK's revenue grew 41% and 33%, respectively.

<u>Revenue Growth by Service Offerings</u>

During 2020, TASK's Digital Customer Experience and Content Security services contributed approximately 26pts and 7pts, respectively, of the total 33% increase in revenue over the prior year.



Exhibit 18 - Revenue by Service Offering (in $ millions)

Source: Company reports



Exhibit 19 - Revenue Growth by Service Offering (Yr/Yr)

Source: Company reports

TASK's Digital Customer Experience (CX) services have grown at a 46% annualized rate from 2017 to 2020. In 2020, revenue from Digital Customer Experience (CX) services also grew 46% to $300.4 million, reflecting an acceleration in growth compared to 23% in 2019. The step-up in demand during 2020 reflected new client additions, along with increased demand from existing clients. In particular, we believe this was driven by a handful of clients in the video/audio streaming (i.e., Zoom, Netflix, etc.), gaming, and food delivery (i.e., DoorDash) industries which saw a strong surge in demand during the COVID-19 pandemic, leading to TaskUs scaling support levels for these clients.

In addition, TaskUs continued to see solid growth in Content Security services, growing 22% to $127.7 million in 2020. Content Security grew 95% in 2019 and over 600% in 2018, given growth off a small base. From 2017 to 2020, the Content Security business has grown at an annualized rate of 157%.

The company's AI Operations experienced growth of 2% during 2020 to $50.0 million. This represented a deceleration from the prior year (+47% in 2019), in part given a tough year-over-year compare, and due to a reduction in volumes from clients that were temporarily impacted by the COVID-19 pandemic. From 2017 to 2020, TASK's AI Operations have grown at an annualized rate of 59%.

Revenue by Client Cohort

As previously mentioned, TASK's revenue grew 41% in 2019 and 33% in 2020. Volumes and services to the existing client base expanded 5% in 2019 and 15% in 2020. Growth was supplemented by revenue from clients added in the previous year (ramp up of clients in their second year) which grew 87% in 2019 and 50% in 2020. Revenue also benefited from new clients additions, which contributed 6% to total revenue in 2019 and 13% in 2020.

**2021E Revenue**

Our revenue estimate for 2021 is $633.8 million (+33%). We are modeling our revenue estimates across TASK's three client cohorts: 1) revenue from existing clients, 2) revenue from the ramp-up of clients added in the previous year, and 3) new client additions.

Exhibit 20 - TaskUS Revenue and Growth (2017-2023E)

Source: Company reports and Wells Fargo Securities, LLC estimates

Revenue from existing clients

For 2021, we are forecasting revenue from existing clients to grow approximately 14% or $58.3 million on an existing revenue base of $416.3 million. This reflects a slight moderation from the 15% growth experienced during 2020. Our thought process is driven in part by an expectation that some larger customers in the video/audio streaming (i.e. Zoom), gaming, and food delivery (i.e. DoorDash) industries that saw a surge in volumes in 2020 may see some moderation in growth. This is partially offset by a rebound in service levels from customers in the travel/hospitality, and ride-sharing industries, among others, that experienced greater business disruptions during the COVID-19 pandemic, but should see a pickup in demand as the economy re-opens.

Revenue from the ramp-up of clients added in the previous year

Following the addition of 39 new clients in 2020 (up from 27 in 2019 and 24 in 2018), we are projecting revenue from clients added in the prior year to contribute $105.0 million in 2021 (+70% compared to $61.8 million of revenue contribution from these clients in 2020). During 2020, the clients in their second year with TASK grew service revenues by 50%.

## Revenue from new clients added in the current year

We are currently projecting new clients added in 2021 to contribute roughly $54.3 million or about 9% of revenue. New clients contributed $61.8 million or 13% of revenue in 2020 and $20.2 million or 6% of revenue in 2019.

**Exhibit 21 – Task Revenue Build (in $ millions)**



Source: Company reports and Wells Fargo Securities, LLC estimates

**Exhibit 22 – Revenue Growth (Yr/Yr) by Client Cohort**



Source: Company reports and Wells Fargo Securities, LLC estimates

Year-over-Year growth from the ramp-up of clients added in the previous year removes the impact of Q4 revenue on the next year

### 2022E-2023E Revenue

As shown in Exhibits 21 and 22, for 2022 and 2023 we expect revenue from existing clients to grow about 9% each year. We also expect growth from the ramp-up of clients added in the previous year to moderate slightly, to 65% in each year. Finally, we expect new clients to contribute 9% to revenue in both years.

Based on these assumptions, our revenue estimate for 2022 is $789.4 million (+25%), and for 2023 our revenue estimate is $989.2 million (+25%). Our revenue estimates assume no acquisitions at this time, but we not that future company actions could result in upside to our revenue estimates.

### Adjusted EBITDA – (excludes future stock-based compensation and other one-time expenses)

Adjusted EBITDA expanded 30% in 2019 to $74.2 million (20.6% margin, -180bps) and increased 44% in 2020 to $106.9 million (22.4% margin, +180bps). In both years, gross margin was pressured by ongoing investments to add additional team members, fill leadership roles, and bring on new sales-related hires. However, the primary headwind to gross margin over the past several years has been a greater mix of delivery from lower-margin onshore centers, particularly in the U.S (as opposed to offshore delivery from the Philippines and India).

It is our understanding that the added U.S. delivery mix has been driven by the ongoing service needs of one of TASK's largest clients. Ultimately, the added U.S. delivery capacity has resulted in service revenues from the U.S. expanding from ~7% of global service revenue in 2017 to ~29% in 2018 and 37% in 2019. This change in geographic delivery mix largely explains the ~390bp decline in gross margin in during 2019. That being said, the U.S. service mix stabilized at around 36% of global revenue in 2020, creating less of a drag on gross margin over the last year.

Management was able to partially offset pressure on gross margin in 2019 through operating efficiencies, with SG&A as a percentage of revenue down to 25.2% in 2019 (vs 31.0% in 2018). Ongoing SG&A improvements from increased scale and other cost optimization initiatives continued

TaskUs, Inc.

Equity Research

to improve SG&A as a percentage of revenue to 23.7% in 2020, and helped to fully offset gross margin pressure during 2020.

Exhibit 23 - Adjusted EBITDA and Margin (2017-2023E)



Source: Company reports and Wells Fargo Securities, LLC estimates

### 2021E Adjusted EBITDA

For 2021, we expect adjusted EBITDA will increase 39% to $148.1 million (23.4% margin, +100bps). While we expect the company to continue re-investing for growth, we anticipate gross margin declines will moderate relative to the past few years, as the geographic mix of delivery is expected remain around 1/3 U.S and ~2/3 from lower-cost offshore locations. Assuming this mix is maintained, it should have a minimal impact gross margin going forward. Combined with our strong revenue growth outlook, we look for additional SG&A scale efficiencies and further cost optimization initiatives to also aid Adj.EBITDA margin expansion in 2021.

### 2022E-2023E Adjusted EBITDA

For 2022, we estimate adjusted EBITDA will grow 22% to $180.3 million (22.8% margin, -60bps). Our anticipated drop in adjusted EBITDA margin reflects in part, 1) a tough year-over-year compare following strong Q1 2021 performance (Q1 Adj. EBITDA margin was 25.9%), 2) the expectation for incremental investments in digital technologies and offerings (as a percentage of revenue), along 3) a full year of added public company costs (vs ~7months in 2021) that should weigh on year-over-year margin comparisons. Again, we look for SG&A efficiencies, operating leverage, and an increasing mix of higher margin services to offset some of these margin headwinds in 2022.

For 2023, we estimate adjusted EBITDA will grow 26% to $227.5 million (23.0% margin, +20bps). We expect TASK to return to a more normal pace of margin expansion driven by a combination of our strong revenue growth outlook, relatively flattish gross margin, and further SG&A scale efficiencies.

**Over the medium to long term, we see the following as potential margin tailwinds/headwinds:**

- **Gross margin improvement through** an increasing mix of higher value services (digital, content moderation, AI Operations), efficiencies of scale, further optimization of seat turns/utilization and productivity gains from automation initiatives
- **SG&A improvements** (as a percent of revenue) through continuing to lower attrition and reduce recruiting/training costs, continuing to move delivery sites to tier 2/3 cities, leveraging a global shared services model, and from leveraging scale efficiencies.
- SG&A savings are to be **partially offset by continued investments** in sales and marketing, developing new solutions/services to drive top line growth and from building out additional delivery centers and a geographic footprint.

## Interest Expense

Interest expense was $9.3 million in 2019 and $7.5 million in 2020. Given that a majority of the proceeds from the recent IPO are expected to be used to retire phantom vested shares, we expect only a modest amount to be directed toward repaying outstanding debt.

### 2021E-2023E Interest Expense

Based on our expectation for the company to prioritize cash flow toward growth-related investments, at least in the near-term, we expect debt to remain relatively unchanged over the next few years. As such, our interest expense estimates are $7.0 million in 2021, $7.2 million in 2022, and $7.2 million in 2023.

## Tax Rate

TASK's GAAP-based tax rate was 22.3% in 2020. In connection with the IPO, we expect the company will see a material tax benefit in 2021 as the company uses the proceeds to retire phantom and vested stock-based compensation awards. As a result, we estimate the company's GAAP tax rate may turn out to be around -19% in 2021.

On a normalized basis, we expect the company's GAAP tax rate to be around 23%-24%. Our estimated tax rate is 24.0% in 2022 and 23.7% in 2023.

### Adjusted Net Income and Adjusted EPS

### 2021E-2023E Adjusted Net Income

Based on our outlook for strong revenue growth, and additional Adj. EBITDA margin expansion, this drives our Adj.Net income estimate of $126.7 million in 2021 (+83%).

While we anticipate strong revenue and adjusted EBITDA growth in 2022, given the material tax benefit expected in 2021, we forecast Adj.Net Income to decline slightly to $118.5 million (-6%) in 2022.

Our Adj.Net Income estimate for 2023 is $150.2 million (+27%).

**Exhibit 24 - TaskUs Adjusted Net Income (2017-2023E)**



Source: Company reports and Wells Fargo Securities, LLC estimates

Drop in 2022E Net Income estimates reflects tax benefit from vesting of stock options in 2021E

### 2021E-2023E Adjusted EPS

Following the company's IPO in June, we estimate TaskUs has an average diluted share count of approximately 104.1 million. We are currently modeling a modest increase in the share count over our forecast horizon. This brings our 2021 average diluted share count estimate to 104.5 million.