TaskUs, Inc.

Equity Research

Our 2022 and 2023 average diluted share count estimates are 105.4 million and 106.4 million, respectively.

As such, our Adj. EPS estimate for 2021 is $1.21 (+82%).

Our Adj. EPS estimates for 2022 and 2023 are $1.12 (-7%) and $1.41 (+26%), respectively.

Exhibit 25 - TaskUs Adjusted EPS (2017-2023E)



Source: Company reports and Wells Fargo Securities, LLC estimates

Drop in 2022E EPS estimates reflects tax benefit from vesting of stock options in 2021E

**Cash Flow and Capital Allocation**

As shown in Exhibit 26, TaskUS has historically used a sizable portion of operating cash flow (40-50%) for capital expenditures that fund internal growth investments. Periodically, TaskUs will also use operating cash flow along with additional sources of financing for dividend distributions to principal shareholders.

During 2019, the company made a one-time cash distribution to TASK's principal shareholder (Blackstone) for $135.0 million. And again in April 2021, the board of directors declared a cash dividend in the amount of $50.0 million to Blackstone.

Given the company continues to prioritize growth investments, TASK does not pay a regular dividend, and management has signaled that it does not intend to in the foreseeable future.

While the company has not historically been acquisitive, the company has developed an M&A framework, and going forward acquisitions remain one pillar of management's growth strategy. Given capital expenditures take up a sizable portion of operating cash flow, we expect the company would have to take on debt to fund large acquisitions.

That said, with post-IPO net-debt/EBITDA of ~1.3x, we see ample financial flexibility for TASK to make accretive acquisitions. As such, we do not look for the company to prioritize cash flow to repay outstanding debt at this time.

IT Service Providers

Equity Research

Exhibit 26 - Historical Uses of Operating Cash Flow



Source: Company reports and Wells Fargo Securities, LLC

TaskUs, Inc.  

Equity Research

# Financials

**TaskUs (TASK)**
**Annual / Quarterly Earnings Model - Non-GAAP**
Wells Fargo Securities, LLC
**Tim Willi** - Analyst, 314-875-2044, timothy.willi@wellsfargo.com
**Justin Donati, CFA** - Associate, 443-263-6540, justin.donati@wellsfargo.com

| $ in millions, except per share | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 1Q21 | 2Q21E | 3Q21E | 4Q21E | 2021E | 1Q22E | 2Q22E | 3Q22E | 4Q22E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $359.7 | $102.4 | $114.4 | $122.4 | $138.8 | $478.0 | $152.9 | $159.7 | $159.7 | $161.5 | $633.8 | $175.2 | $195.8 | $206.0 | $212.3 | $789.4 | $989.2 |
| Cost of Services | 194.8 | 61.8 | 64.1 | 65.4 | 79.2 | 270.5 | 88.0 | 92.2 | 91.4 | 91.9 | 363.4 | 99.5 | 110.4 | 115.2 | 119.3 | 444.5 | 556.9 |
| Gross Profit | 164.9 | 40.6 | 50.3 | 57.0 | 59.6 | 207.5 | 64.8 | 67.6 | 68.4 | 69.6 | 270.4 | 75.7 | 85.4 | 90.9 | 93.0 | 344.9 | 432.3 |
| Stock based compensation | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.2 | 6.4 | 6.5 | 16.0 | 7.0 | 7.8 | 8.2 | 8.5 | 31.6 | 39.6 |
| General and administrative | 90.6 | 25.7 | 25.7 | 32.2 | 29.9 | 113.5 | 31.5 | 35.9 | 35.0 | 35.4 | 137.8 | 37.1 | 40.8 | 43.1 | 43.6 | 164.6 | 204.8 |
| Total SG&A Expenses | 90.6 | 25.7 | 25.7 | 32.2 | 29.9 | 113.5 | 31.5 | 39.1 | 41.4 | 41.8 | 153.8 | 44.1 | 48.6 | 51.3 | 52.1 | 196.2 | 244.3 |
| EBITDA | 74.3 | 14.9 | 24.6 | 24.9 | 29.7 | 94.0 | 33.3 | 28.4 | 27.0 | 27.8 | 116.5 | 31.6 | 36.7 | 39.6 | 40.9 | 148.8 | 188.0 |
| Adj. EBITDA (excl. share comp/restructuring/earnout) | $74.2 | $17.5 | $26.4 | $30.1 | $32.9 | $106.9 | $39.5 | $36.8 | $35.6 | $36.1 | $148.1 | $38.6 | $44.5 | $47.8 | $49.4 | $180.3 | $227.5 |
| Depreciation | 16.3 | 4.7 | 5.8 | 3.7 | 5.9 | 20.2 | 6.2 | 6.7 | 6.7 | 6.8 | 26.4 | 7.4 | 8.2 | 8.7 | 8.9 | 33.2 | 41.5 |
| Amortization of intangible assets | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 18.8 |
| Other operating expenses | 2.2 | (0.0) | 3.6 | 0.2 | 1.0 | 4.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Operating Profit | 36.9 | 5.5 | 10.5 | 16.3 | 18.1 | 50.3 | 22.4 | 17.0 | 15.6 | 16.3 | 71.3 | 19.6 | 23.8 | 26.2 | 27.3 | 96.8 | 127.6 |
| Other (Income) Expense | (2.0) | 1.4 | (1.1) | 0.6 | (2.5) | (1.6) | 0.8 | 0.0 | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest expense (income) | 9.3 | 2.2 | 2.0 | 1.6 | 1.6 | 7.5 | 1.6 | 1.8 | 1.8 | 1.8 | 7.0 | 1.8 | 1.8 | 1.8 | 1.8 | 7.2 | 7.2 |
| Pre-tax Profit | 29.5 | 1.9 | 9.6 | 14.0 | 18.9 | 44.4 | 20.1 | 15.2 | 13.8 | 14.5 | 63.6 | 17.8 | 22.0 | 24.4 | 25.5 | 89.6 | 120.4 |
| Provision for income taxes | (4.4) | 0.3 | 1.6 | 2.6 | 5.4 | 9.9 | 3.6 | (8.5) | (3.5) | (3.6) | (12.0) | 5.0 | 5.4 | 5.4 | 5.7 | 21.5 | 28.5 |
| Net Profit - GAAP | 33.9 | 1.5 | 8.0 | 11.5 | 13.6 | 34.5 | 16.5 | 23.7 | 17.3 | 18.1 | 75.5 | 12.7 | 16.6 | 19.0 | 19.8 | 68.1 | 91.9 |
| **Non-IFRS Adjustements** | | | | | | | | | | | | | | | | | |
| Transaciton expenses | 0.0 | 0.0 | 0.0 | 0.4 | 0.5 | 0.9 | 3.3 | 2.5 | 0.0 | 0.0 | 5.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Amortization of Intangible Assets | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 18.8 |
| Restructuring & Other One-Time Charges | 2.0 | 2.5 | 1.8 | 4.9 | 2.7 | 11.9 | 2.8 | 2.7 | 2.2 | 1.9 | 9.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Stock Based Compensation | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.2 | 6.4 | 6.5 | 16.0 | 7.0 | 7.8 | 8.2 | 8.5 | 31.6 | 39.6 |
| Contingent consideration | 0.0 | 0.0 | 3.6 | 0.0 | 0.0 | 3.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Foreign Currency Losses (Gains) | (2.0) | 1.4 | (1.1) | 0.6 | (2.4) | (1.5) | 0.8 | 0.0 | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Loss (Gain) on Disposal of Assets | 2.2 | (0.0) | 0.0 | 0.2 | 1.0 | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| O her | (2.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tax benefit from transaction related costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tax benefit from o her adjustments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adjusted Net Profit | $53.0 | $10.2 | $17.0 | $22.2 | $20.0 | $69.4 | $28.2 | $36.8 | $30.5 | $31.1 | $126.7 | $24.4 | $29.1 | $32.0 | $33.0 | $118.5 | $150.2 |
| EPS - Diluted (GAAP) | | | | | | $0.33 | $0.16 | $0.23 | $0.16 | $0.17 | $0.72 | $0.12 | $0.16 | $0.18 | $0.19 | $0.65 | $0.86 |
| EPS - Diluted (Non-IFRS) | | | | | | $0.67 | $0.27 | $0.35 | $0.29 | $0.30 | $1.21 | $0.23 | $0.28 | $0.30 | $0.31 | $1.12 | $1.41 |
| Average Diluted Shares Outstanding | | | | | | 104.1 | 104.1 | 104.4 | 104.7 | 105.0 | 104.5 | 105.4 | 105.0 | 105.9 | 105.4 | 105.4 | 106.4 |
| GAAP tax rate | (14.9%) | 18.3% | 16.9% | 18.3% | 28.3% | 22.3% | 17.7% | (55.7%) | (25.2%) | (24.7%) | (18.8%) | 28.4% | 24.5% | 22.1% | 22.3% | 24.0% | 23.7% |
| Effective tax rate | (9.1%) | 3.2% | 8.8% | 10.3% | 21.1% | 12.5% | 11.2% | (29.9%) | (12.8%) | (13.0%) | (10.4%) | 17.1% | 15.6% | 14.4% | 14.7% | 15.4% | 16.0% |
| **Yr/Yr Change** | | | | | | | | | | | | | | | | | |
| Total revenue | | | | | | 32.9% | 49.2% | 39.6% | 30.5% | 16.4% | 32.6% | 14.6% | 22.6% | 29.0% | 31.5% | 24.5% | 25.3% |
| Cost of services | | | | | | 38.9% | 42.5% | 43.7% | 39.7% | 16.0% | 34.4% | 13.1% | 19.8% | 26.1% | 29.9% | 22.3% | 25.3% |
| Gross profit | | | | | | 25.9% | 59.5% | 34.4% | 19.8% | 16.8% | 30.3% | 16.8% | 26.3% | 32.9% | 33.6% | 27.6% | 25.3% |
| SG&A expenses | | | | | | 25.3% | 22.4% | 52.2% | 28.5% | 39.9% | 35.5% | 39.9% | 24.3% | 24.0% | 24.6% | 27.5% | 24.6% |
| EBITDA | | | | | | 26.6% | 123.6% | 15.8% | 8.6% | (6.4%) | 24.0% | (5.1%) | 29.1% | 46.5% | 47.2% | 27.7% | 26.3% |
| Adjusted EBITDA | | | | | | 44.0% | 126.5% | 39.6% | 18.1% | 9.7% | 38.5% | (2.3%) | 20.9% | 34.3% | 36.6% | 21.8% | 26.2% |
| Operating profit - (GAAP) | | | | | | 36.5% | 307.8% | 62.8% | (4.4%) | (9.9%) | 41.7% | (12.6%) | 39.7% | 68.1% | 67.3% | 35.8% | 31.8% |
| Pre-tax profit | | | | | | 50.4% | 982.5% | 58.0% | (1.7%) | (23.3%) | 43.1% | (11.4%) | 44.4% | 77.0% | 75.6% | 41.0% | 34.4% |
| Net profit | | | | | | 1.8% | 989.8% | 196.0% | 50.6% | 33.4% | 118.8% | (22.9%) | (30.0%) | 10.2% | 9.4% | (9.8%) | 34.9% |
| Adjusted Net profit | | | | | | 30.9% | 177.5% | 116.9% | 37.5% | 55.5% | 82.6% | (13.3%) | (20.8%) | 4.6% | 5.9% | (6.5%) | 26.8% |
| EPS - (GAAP) | | | | | | | | | | | 117.8% | (23.9%) | (30.4%) | 8.9% | 9.0% | (10.6%) | 33.6% |
| EPS - (Non-GAAP) | | | | | | | | | | | 81.8% | (14.5%) | (21.3%) | 3.4% | 5.5% | (7.3%) | 25.6% |
| **% of Total Revenue** | | | | | | | | | | | | | | | | | |
| Cost of services | | | | | | 56.6% | 57.6% | 57.7% | 57.2% | 56.9% | 57.3% | 56.8% | 56.4% | 55.9% | 56.2% | 56.3% | 56.3% |
| Gross profit | | | | | | 43.4% | 42.4% | 42.3% | 42.8% | 43.1% | 42.7% | 43.2% | 43.6% | 44.1% | 43.8% | 43.7% | 43.7% |
| SG&A expenses | | | | | | 23.7% | 20.6% | 24.5% | 25.9% | 25.9% | 24.3% | 25.2% | 24.9% | 24.9% | 24.6% | 24.8% | 24.7% |
| EBITDA | | | | | | 19.7% | 21.8% | 17.8% | 16.9% | 17.2% | 18.4% | 18.1% | 18.8% | 19.2% | 19.3% | 18.8% | 19.0% |
| Adjusted EBITDA | | | | | | 22.4% | 25.9% | 23.1% | 22.3% | 22.4% | 23.4% | 22.1% | 22.8% | 23.2% | 23.3% | 22.8% | 23.0% |
| Depreciation and amortization | | | | | | 8.2% | 7.1% | 7.1% | 7.1% | 7.1% | 7.1% | 6.9% | 6.6% | 6.5% | 6.4% | 6.6% | 6.1% |
| Operating profit - (GAAP) | | | | | | 10.5% | 14.7% | 10.7% | 9.8% | 10.1% | 11.2% | 11.2% | 12.1% | 12.7% | 12.8% | 12.3% | 12.9% |
| Pre-tax profit | | | | | | 9.3% | 13.1% | 9.5% | 8.6% | 9.0% | 10.0% | 10.1% | 11.2% | 11.8% | 12.0% | 11.4% | 12.2% |
| Net profit | | | | | | 7.2% | 10.8% | 14.8% | 10.8% | 11.2% | 11.9% | 7.3% | 8.5% | 9.2% | 9.3% | 8.6% | 9.3% |
| Adjusted Net profit | | | | | | 14.5% | 18.4% | 23.0% | 19.1% | 19.3% | 20.0% | 13.9% | 14.9% | 15.5% | 15.5% | 15.0% | 15.2% |

Source: Company data and Wells Fargo Securities, LLC estimates

## Price Target Basis and Risk

**Price Target for ACN: $300.00**

Our $300 target price is ~30x our CY22E EPS estimate. Our view balances the strong positioning as the global IT services leader, compelling free cash flow characteristics, and shareholder return history against valuation that is now back near peak levels on a variety of valuation metrics, so potentially limiting the upside to valuations from this point, as well as the price of the shares.

**Risk for ACN**

The primary upside risk to our price target is the potential for a faster than expected recovery in IT spending, which could result in revenue growth above our current estimates. Downside risks to our price target are continued COVID-19 related business disruptions that may lead to a slower-than-expected economic recovery. This could continue to weigh on ~30% of ACN's revenue tied to more discretionary, strategy & consulting services. We also see the potential for intensified competitive pressure, especially around digital.

**Price Target for CTSH: $92.00**

Our $92 price target is ~21x our 2022E EPS estimate, but is still at a 4-10 multiple discount to peers, giving us confidence that there is upside potential in the name and we are being conservative in our assumptions.

**Risk for CTSH**

Risks include the loss of a major customer, intensified pricing pressure from competitors, along with continued COVID-19 related business disruptions that could lead to a slower-than-expected economic recovery, which could be negative for new business signings.

**Price Target for EPAM: $510.00**

Our Price Target of $510 is ~6.5x our CY22E revenue estimate, in-line with EPAM's two digital-centric comps.

**Risk for EPAM**

Risks to our target price/estimates include intensifying competitive pressure, the vast majority of EPAM's delivery centers are in less politically stable Eastern European locations, and continued COVID-19 related business disruptions that may lead to a slower-than-expected economic recovery.

**Price Target for TIXT: $37.00**

**We arrive at a price target of $37 based on an EV-to-2022E Adj.EBITDA multiple of ~17.5x**. This also implies a 2022E Price-to-Earnings (P/E) multiple of ~31.5x and an EV-to-2022E revenue multiple of about 4.5x. While we do not believe nominal valuations are stretched relative to TIXT's peers, we find valuation more compelling/attractive in the context of growth, as we are modeling organic revenue growth in the low to mid teens, along with 24% compounded Adj. EBITDA growth and 28% compounded Adj. EPS growth through 2023E. **Looking out to 2022E valuations relative to growth**, TIXT's EV/Adj.EBITDA multiple is currently about 0.7x, about 0.2x on an EV/Revenue basis and 0.8x on a Price-to-Earnings-Growth (PEG) basis. All three of these growth-adjusted multiples are a relative discount to most of the company's peers. If the company can deliver on the growth that we anticipate, we see the potential for upside to valuation multiples.

**Risk for TIXT**

Risks include 1) intensifying competitive pressure, 2) the loss of a large customer, 3) the inability to add enough talent to meet client demand, 4) slower-than-expected adoption of the company's services, 5) above-average debt leverage, and 6) continued COVID-19-related business disruptions that may lead to a slower-than-expected economic recovery.

**Price Target for TASK: $35.00**

We arrive at our price target of $35 based on an EV/EBITDA multiple of ~20x and an EV/Sales multiple of ~4.5x on our CY22 estimates, which assumes TASK trades at a premium relative to the broader universe averages. We believe that a slight premium is warranted given the attractive growth profile of TASK, but the premium is somewhat limited at this time due to the risk associated with customer concentration.

**Risk for TASK**

Downside risks to our price target include factors that would reduce the outlook or adversely affect the company's reputation or operations, including 1) intensifying competitive pressure, 2) the loss of a large customer, 3) the inability to add enough talent to meet client demand, 4) slower-than-expected adoption of the company's services, 5) a data breach, and 6) a downturn in economic conditions or increased regulation resulting in lower IT spending.

Upside risks to our price target include factors that would lift the outlook for revenue/margin/EPS growth, including 1) a faster than expected recovery in customer spending for TASKs' services/solutions, 2) greater than expected market share gains, 3) the potential for future accretive acquisitions, and 4) greater than expected margin improvements.

## Investment Thesis

### ACN

Our Equal Weight rating is driven solely by valuation. While we look for a solid bounce back in revenue and EPS growth and for ACN to build on its enviable operating and capital allocation track record, at this time we believe the price performance and valuation of the shares reflect this expectation and likely limits upside over the next 12 months.

### CTSH

We believe that CTSH is a story where momentum is re-building as a relatively new management team is re-energizing the brand and re-establishing a culture of productivity and accountability that will drive more customer engagement and revenue growth.

### EPAM

Our rating remains Overweight as we believe EPAM is one of the best positioned IT Service providers to support clients along their digital transformation journeys, especially around software engineering, which currently offers the strongest growth opportunity in the IT services market. We believe the company's intense focus on this part of the market while not having exposure to more mature traditional offerings (ITO, BPO consulting) positions it as a preferred investment idea for investors looking to invest in digital transformation.

### TIXT

Our rating remains Overweight. TIXT provides best-in-class customer experiences (CX) to more than 600 global enterprises, where CX is a critical driver of client retention and top line growth. TELUS International has also developed a comprehensive set of digital IT capabilities, and has added industry and technology experts to support clients across the full cycle of their CX and digital transformation (DX) journeys. The company has a significant market opportunity ahead of it, which we believe will allow TIXT to generate attractive EPS growth over the medium term through low- to midteens organic revenue growth, and ongoing margin improvement, with the potential for upside to our estimates from future accretive acquisitions.

### TASK

**At current levels, we believe that the competitive positioning and attractive growth profile of TASK are generally priced into valuation metrics, limiting the near-term upside and prompting a valuation-driven Equal Weight rating.** Valuation aside, we believe that TASK remains very well positioned to capitalize on the sizable secular opportunity presented by the digitization of the consumer and Artificial Intelligence (AI). As consumers become more digital across every aspect of their daily lives, the need for top-tier consumer experience (CX) platforms only increases, and TASK appears well-positioned to benefit from this dynamic, with a roster of industry leaders and digital disrupters. As well, the increased digitization of the consumer drives demand for its burgeoning content moderation business, while the growth of machine learning and AI are growth drivers for its digital annotation division.

## Required Disclosures

I, Timothy Willi, certify that:

1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and

2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

## Additional Information Available Upon Request



**TaskUs, Inc. Rating History as of 07-02-2021**
powered by: BlueMatrix

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)



**Accenture PLC Rating History as of 07-02-2021**
powered by: BlueMatrix

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)

TaskUs, Inc.

Equity Research



**Cognizant Technology Solutions Corp. Rating History as of 07-02-2021**

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)



**EPAM Systems, Inc. Rating History as of 07-02-2021**

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)



**TELUS International (Cda) Inc. Rating History as of 07-02-2021**

powered by: BlueMatrix

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)

Wells Fargo Securities, LLC or its affiliates received compensation for investment banking services from TaskUs, Inc. in the past 12 months.

Wells Fargo Securities, LLC maintains a market in the common stock of TaskUs, Inc..

Wells Fargo Securities, LLC, or its affiliates, managed or co-managed a public offering of securities for TaskUs, Inc. within the past 12 months.

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from TaskUs, Inc. in the next three months.

TaskUs, Inc. currently is, or during the 12 month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided investment banking services to TaskUs, Inc..

Wells Fargo Securities, LLC or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from an affiliate of Accenture PLC

Wells Fargo Securities, LLC maintains a market in the common stock of Accenture PLC.

Wells Fargo Securities, LLC and/or its affiliates, have beneficial ownership of 0.5% or more of any class of the common stock of Cognizant Technology Solutions Corp..

Wells Fargo Securities, LLC or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from an affiliate of Cognizant Technology Solutions Corp.

Wells Fargo Securities, LLC maintains a market in the common stock of Cognizant Technology Solutions Corp..

Cognizant Technology Solutions Corp. currently is, or during the 12-month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided non-investment banking securities-related services to Cognizant Technology Solutions Corp..

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from Cognizant Technology Solutions Corp. in the next three months.

Wells Fargo Securities, LLC received compensation for products or services other than investment banking services from Cognizant Technology Solutions Corp. in the past 12 months.

Wells Fargo Securities, LLC or its affiliates has a significant financial interest in Cognizant Technology Solutions Corp..

Wells Fargo Securities, LLC and/or its affiliates, have beneficial ownership of 0.5% or more of any class of the common stock of EPAM Systems, Inc..

Wells Fargo Securities, LLC maintains a market in the common stock of EPAM Systems, Inc..

EPAM Systems, Inc. currently is, or during the 12-month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided non-investment banking securities-related services to EPAM Systems, Inc..

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from EPAM Systems, Inc. in the next three months.

Wells Fargo Securities, LLC received compensation for products or services other than investment banking services from EPAM Systems, Inc. in the past 12 months.

TaskUs, Inc.

Wells Fargo Securities, LLC or its affiliates has a significant financial interest in EPAM Systems, Inc..

Wells Fargo Securities, LLC or its affiliates received compensation for investment banking services from TELUS International (Cda) Inc. in the past 12 months.

Wells Fargo Securities, LLC or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from an affiliate of TELUS International (Cda) Inc.

Wells Fargo Securities, LLC or its affiliates managed or co managed a public offering of securities for an affiliate of TELUS International (Cda) Inc. within the past 12 months

Wells Fargo Securities, LLC maintains a market in the common stock of TELUS International (Cda) Inc..

Wells Fargo Securities, LLC, or its affiliates, managed or co-managed a public offering of securities for TELUS International (Cda) Inc. within the past 12 months.

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from TELUS International (Cda) Inc. in the next three months.

TELUS International (Cda) Inc. currently is, or during the 12 month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided investment banking services to TELUS International (Cda) Inc..

Wells Fargo Securities, LLC or its affiliates received compensation for investment banking services from an affiliate of TELUS International (Cda) Inc. in the past 12 months.

**STOCK RATING**

**1=Overweight**: Total return on stock expected to be 10%+ over the next 12 months. BUY

**2=Equal Weight**: Total return on stock expected to be 0-10% over the next 12 months. HOLD

**3=Underweight**: Total return on stock expected to lag the Overweight- and Equal Weight-rated stocks within the analyst's coverage universe over the next 12 months. SELL

**As of July 5, 2021**
56.3% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Overweight.
33.2% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Equal Weight.
10.6% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underweight.
Wells Fargo Securities, LLC has provided investment banking services for 58.5% of its Equity Research Overweight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 48.8% of its Equity Research Equal Weight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 41.1% of its Equity Research Underweight-rated companies.

**Important Disclosure for U.S. Clients**

This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities and Structured Asset Investors, LLC ("SAI"), an investment adviser subsidiary of Wells Fargo & Co. If you are paying directly for this research, it is being provided by SAI. For all other recipients in the U.S. this report is being provided by Wells Fargo Securities.

Wells Fargo Securities' research department may, from time to time, provide clients with short-term trading views in its research reports regarding subject companies on which Wells Fargo Securities currently has equity research coverage. A short-term trading view offers a view on how the market price of a subject company's common equity may trend in absolute terms during the 30 days following the date of the short-term trading view. A short-term trading view on a subject company's common equity does not impact our fundamental investment rating or price target for that company, which reflect our view of how the subject company's common equity may perform over a one-year period. A short-term trading view may reach a different conclusion than the firm's fundamental investment rating and price target for a subject company and, therefore, short-term trading views could result in short-term price movements that are contrary to our fundamental investment rating and price target. Short-term trading views are not ratings and the firm does not intend, nor undertakes any obligation, to maintain, update or close out short-term trading views. Short-term trading views may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any short-term trading views discussed in Wells Fargo Securities research reports.

**Important Disclosure for International Clients**

**United Kingdom** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the United Kingdom, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a UK incorporated investment firm authorised and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 (the "Act"), the content of this report has been approved by WFSIL, an authorised person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by WFSIL or Wells Fargo Securities Europe S.A. ("WFSE"). WFSE is a French incorporated investment firm authorized and regulated by the Autorité de contrôle prudentiel et de résolution and the Autorité des marchés financiers. WFSE does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Asia Limited are exempt from the requirements to hold an Australian financial services license in respect of the financial services they provide to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under the laws of the United States, Wells Fargo Securities International Limited is regulated under laws of the United Kingdom, and Wells Fargo Securities Asia

Limited is regulated under the laws of Hong Kong. All such laws differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC, Wells Fargo Securities International Limited or Wells Fargo Securities Asia Limited in the course of providing the financial services will be prepared in accordance with the laws of the United States, United Kingdom or Hong Kong and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**Hong Kong** – This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO). The author or authors of this report is or are not licensed by the Securities and Futures Commission. Professional investors who receive this report should direct any queries regarding its contents to Kelly Chiang and Mandy Wan at WFSAL (email: wfsalresearch@wellsfargo.com).

**Japan** – This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts. This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies. These group companies may include Moody's Investors Services Inc., Standard & Poor's Rating Services and/or Fitch Ratings. Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in the report. This report, including any ratings it contains, should not be considered a recommendation tailored to a particular investor with respect to (i) the security or securities or (ii) any investment strategy or strategies discussed in the report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information or they wish to effect transactions in the securities discussed in this report. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at this time, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities and SAI research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Additional distribution may be effected via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. Wells Fargo Securities' Signature Picks is a product of the Equity Strategy team and represents a portfolio of stocks selected from the Equity Research Department's universe of Overweight rated stocks. Stocks with this designation are selected by the Signature Picks Committee based on factors such as volatility, risks, market cap and liquidity and may not represent the fundamental analysts' top rated stock in their respective coverage universe. For research or other data available on a particular security, please contact your sales representative or go to http://research.wellsfargosecurities.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Europe S.A. is a separate legal entity and distinct from affiliated banks. Copyright © 2021 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED - MAY LOSE VALUE - NO BANK GUARANTEE

Equity Research
**Technology, Media, and Communications | IT Services**

# *William Blair*

**Maggie Nolan, CPA** +1 312 364 5090
mnolan@williamblair.com

**Ted Starck-King, CPA** +1 312 364 8360
tstarck-king@williamblair.com

July 6, 2021
Initiation Report

# TaskUs, Inc.

## Pure-Play Disrupting the CX Market; Initiating With an Outperform Rating

**Pure-play digital CX provider disrupting the status quo.** TaskUs is a next-generation digital customer experience (CX) service provider specializing in high-growth services including digital CX, content moderation, and AI operations. These services sit at the heart of a large addressable market benefiting from multiple secular tailwinds, and the company's unique start-up–like culture and ability to disrupt the status quo differentiate TaskUs from peers.

**Go-to-market strategy and early-mover status drive new client additions and underpin long-term growth.** Management's thesis-led approach in identifying up-and-coming industries and TaskUs's start-up–like culture drive strong alignment, creating a competitive advantage with high-growth and innovative companies. As the go-to CX service provider, TaskUs is well positioned to grow alongside these high-growth companies as they scale, creating a long runway for superior growth.

**Ample untapped opportunities for growth.** We believe that TaskUs has multiple compelling growth opportunities including expanding the company's portfolio of solutions into higher-value services and adding technical capabilities, increasing its total serviceable market. In addition, we believe plans to expand the global delivery footprint can drive top-line growth and create revenue synergies. Overall, we believe that TaskUs has several untapped opportunities, giving us confidence in the sustainability of long-term revenue growth.

**Attractive financial profile and valuation.** We believe TaskUs can generate best-in-class organic revenue growth in the mid-20% range over the medium term. In addition, we believe that TaskUs's best-in-class margin profile supports investments for growth, extending the company's revenue growth trajectory. Given best-in-class revenue growth and stable margins, we believe that TaskUs will drive strong double-digit organic EPS growth annually and positive free cash flow. At $33.24, the stock trades at an attractive valuation, and we believe its multiple will expand as TaskUs executes as a public company.

**Risks:** Risks include a competitive market, customer concentration, ownership concentration, and substitution from digital technologies. In addition, we believe that regulatory risks associated with content moderation services create both an opportunity and potential downside risk.

TaskUs is a tech-enabled service provider that serves high-growth technology companies and digital disruptors with expertise in digital CX, content security, and AI operations. Co-founded in 2008, TaskUs has grown to over 100 clients with 27,500 employees across 18 offices in 8 countries. Notable clients include Facebook, DoorDash, Coinbase, Netflix, Oscar, Uber, and Zoom.

| Stock Rating: | **Outperform** |
| --- | --- |
| Symbol: | TASK (Nasdaq) |
| Price: | $33.24 (52-Wk.: $27–$36) |
| Market Value (mil.): | $3,462 |
| Dividend/Yield: | None |
| Fiscal Year End: | December |

| Estimates | 2020A | 2021E | 2022E |
| --- | --- | --- | --- |
| Revenue (mil.) | $478 | $643 | $798 |
| EBITDA (mil.) | $107 | $149 | $180 |
| EPS FY | $7.56 | $1.57 | $1.12 |

| Valuation | | | |
| --- | --- | --- | --- |
| EV/Rev | 7.6x | 5.6x | 4.5x |
| EV/EBITDA | 33.9x | 24.4x | 20.1x |
| P/E | NM | 21.1x | 29.6x |

| Trading Data | |
| --- | --- |
| Shares Outstanding (mil.) | 104.2 |
| Average Daily Volume | 1,293,764 |

| Financial Data | |
| --- | --- |
| Debt (mil.) | $244 |
| Enterprise Value (mil.) | $3,627 |

**Please refer to important disclosures on pages 33 and 34. Analyst certification is on page 33.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

# Contents

**Investment Highlights** ................................................................................................3

**Rating and Valuation** ...............................................................................10

**Risks**................................................................................................13

**Industry Overview and Addressable Market**................................................15

**Competition** ...............................................................................17

**Company Overview**................................................................................18

**Leadership and Ownership**................................................................22

**Navigating COVID-19** ................................................................................24

**Financial Overview**................................................................................24

**ESG Considerations**................................................................................27

Maggie Nolan, CPA  +1 312 364 5090

# Investment Highlights

**Next-Generation Digital CX Provider Disrupting the Traditional CX Marketplace**
TaskUs is a next-generation digital CX service provider specializing in technology-enabled outsourcing solutions for large and digital enterprises. TaskUs's offerings are focused on high-growth services including digital CX services, content moderation, and AI operations. Over 96% of TaskUs's revenue is generated from digital and omnichannel services, which are the faster-growing areas within the CX services market. With roughly 4% of total revenue from voice-based services, TaskUs has minimal exposure to legacy customer support and call center services. Longer term, management aspires to disrupt the status quo in the outsourced CX market and to become the world's largest tech-enabled service provider, and we believe this reflects management's growth mindset and differentiated approach. Further, we believe the company will maintain a strong value proposition, drive efficiencies in delivery, and ultimately strengthen client relationships by proactively integrating technology into service offerings.

TaskUs continuously invests in proprietary and third-party technology, applying an "automation-first" approach to automate simple and repetitive processes, bringing efficiencies into the clients' operations and driving better customer interactions. For example, TaskUs's AutomateUs tool uses a browser-based chatbot and natural language processing to suggest answers for CX representatives. This reduced the average handle time of customer interactions. In addition, TaskUs's AssistUs tool uses web-browser extensions to highlight and contextualize key terms to improve processing times and accuracy of content moderation. In addition, TaskUs provides frontline employees with low-code application platforms, robotic process automation tools, and a sandbox environment to automate and refine processes and to foster innovation. Not only do these investments create efficiencies for clients and TaskUs's own internal operations, but they also enable TaskUs to reinvest for future growth in industry-leading technologies or capabilities. For example, TaskUs is currently developing an application suite and crowdsourcing platform to support AI operations services (the beta is expected to launch to in-house employees before the end of 2021), an area that is rapidly rising to importance in the CX services market.

**Employee-Centric Approach Drives Strong Culture in People-Based Business**
Management recognizes that people are essential to the company's commercial success and ability to execute on the strategic vision and therefore is highly focused on the employee experience. In 2020, TaskUs had an employee Net Promoter Score (eNPS) of 72 and low voluntary attrition (12.7%). Moreover, management heavily emphasizes the company's Glassdoor rating, which currently stands at 4.7 stars and shows strong results across a variety of metrics. Management strives to maintain a Glassdoor rating above 4.5 stars. While many companies may boast strong employee satisfaction, TaskUs goes one step further and links a portion of management's compensation to eNPS, which demonstrates the importance that management places on employee experience. Exhibit 1 compares TaskUs's Glassdoor rating to companies in the industry.

We recognize that the below comparison is not free from bias nor necessarily carries statistical significance. Nonetheless, we believe that the metrics demonstrate the strength of TaskUs's culture and employee experience. Within TaskUs's overall reviews, culture and values, diversity and inclusion, senior management, and compensation and benefits stood out as relative strengths. Of note, slightly more than half of TaskUs's reviews came from the Philippines with no meaningful difference in ratings with non-Philippine reviews. We believe that TaskUs's employee-centric and start-up–like culture has tangible business value, driving higher attendance, more engaged employees, and lower attrition, and results in higher-quality work and customer satisfaction. Ultimately, we believe that TaskUs's start-up–like culture and desire to disrupt the status quo differentiate the company from other CX service providers and will enable TaskUs to capture market share over the long term.

William Blair



**Exhibit 1**
**TaskUs, Inc.**
**Glassdoor Rating**

Source: Glassdoor

### Go-to-Market Strategy and Early-Mover Status Drive New Client Additions

TaskUs has a comprehensive growth strategy that is underpinned by management's thesis-led approach in identifying up-and-coming macro and industry trends. As an early mover, TaskUs creates a competitive advantage by establishing a strong reputation with highly recognizable clients, crafting best practices, and producing thought leadership. Further, we believe that TaskUs positions itself as the go-to CX service provider for companies in these upcoming industries, creating a powerful snowball effect through a strong referral pipeline for start-ups that are looking to scale their operations. For example, within fintech, management analyzed funding rounds in Europe, identifying trends within digital banking companies, and established the thesis that these companies would look to expand into the United States and need partners to help them scale. Quickly, TaskUs sought out and landed a client relationship with a cryptocurrency company. TaskUs leveraged this experience and parlayed its domain expertise into other fintech client relationships including with a digital bank, online lenders, and online brokers. Since then, TaskUs has moved upmarket into know-your-client (KYC), anti–money laundering (AML), fraud detection, and loan processing services. As a result, since 2017, fintech has generated an impressive revenue CAGR of 113%.

In addition, we believe that TaskUs's heritage and culture as a start-up drives strong cultural alignment and enables TaskUs to feel like a natural extension of the client, which is an important characteristic in an industry where brand reputation is vital and there is a heavy emphasis on customer satisfaction scores. We believe this is a sustainable competitive advantage for TaskUs as many competitors are spin-offs of internal CX support functions of larger parent organizations, often from legacy industries.

In our opinion, TaskUs has been highly successful with the thesis-led go-to-market strategy. In 2020, TaskUs signed 36 new clients with a win rate of 56%, and since 2018, TaskUs has a win rate of 42%. In addition, since 2017, over 50 clients have turned to TaskUs to be the first outsourced CX service provider. We believe that the company's success demonstrates that TaskUs has unique positioning in the market and is a provider of choice in up-and-coming industries. As an early mover, we believe TaskUs is very well positioned to drive new client relationships and long-term revenue growth.

**Growing Alongside a High-Growth and High-Potential Client Base**
As a result of the company's thesis-led and early-mover go-to-market strategy, TaskUs's client base ranges from high-growth, late-stage venture capital-backed companies to innovative public companies. TaskUs's largest and notable clients include Facebook (29% of revenue), DoorDash (11% of revenue), Zoom, Oscar, Coinbase, Netflix, and Uber, among others.

**Exhibit 2**
**TaskUs, Inc.**
**Select Clients**



Source: Company filings

As these high-growth and early-stage growth companies scale, they often prioritize growing their core offerings and lack the desire and capabilities to develop strong customer support functions. Instead, these companies are increasingly turning to outsourced CX providers like TaskUs. As a result, we believe that natural growth in the clients' businesses should also drive strong revenue growth for TaskUs. Between 2017 and 2020, TaskUs estimated that current clients that are public companies grew revenue at an average compound annual rate of 40%. Meanwhile, TaskUs grew alongside these clients by expanding the scope of services provided and through higher volumes. Revenue from companies that have been clients since 2017 and contributed more than $500,000 in annual revenue (29 clients in total) grew at an impressive mark of 448%, underpinning TaskUs's industry-leading 60% organic revenue CAGR. Overall, between 2018 and 2020, TaskUs had an average net revenue retention rate (NRR) of 125%, demonstrating the depth and strength of TaskUs's relationships and the stickiness of TaskUs's service offerings, and the company has committed to NRR of more than 115% going forward.

The relationship at large accounts (including Facebook and DoorDash) remains strong, with plenty of runway for growth. We note that TaskUs recently renewed its contract with Facebook and DoorDash, mitigating the near-term risk of these relationships while also establishing a foundation for further growth. While top 10 clients account for 64% of revenue, total revenue from the top 10 accounts grew from $175 million in 2018 to $325 million in 2020, a 36% CAGR. Moreover, the non-top-10 accounts grew at an impressive compound annual rate of 39%, showing healthy growth. Management's medium-term target for revenue growth (more than 25% organic revenue growth) is predicated on client growth in the second year of 65% (historically 117%), and 9% growth for clients in year three and beyond (historically 13% growth).

William Blair



Exhibit 3
TaskUs, Inc.
Net Revenue Retention

** Excluding COVID-19 impacted clients
Source: Company filings

In addition, we believe that TaskUs's rigorous account planning process attempts to focus on companies with sizable budgets and meaningful growth potential. TaskUs targets high-potential clients with a minimum annual contract value (ACV) and that have the potential to significantly increase in ACV. Management has highly detailed account planning processes that enable real-time planning and measurement, and the identification of key client stakeholders, which we believe enables TaskUs to effectively capture this high-potential wallet share.

**Exposure to Fast-Growing Verticals**

As a result of management's thesis-led approach and TaskUs's focus on high-growth technology and digital disruptors, TaskUs's overall client base has a greater index toward high-growth industries and minimal exposure to legacy and slower-growth verticals. As of December 31, 2020, roughly 20% of TaskUs's clients were high-tech companies, 20% retail and e-commerce clients, 13% on-demand travel and transportation, 12% entertainment and gaming, and 12% fintech companies. We believe that TaskUs's vertical exposure compares favorably to other service providers and the overall CX market where pay TV, telecom, and internet is the largest vertical, composing 30% of the market. Total CX outsourced spending within the pay TV, telecom, and internet vertical is expected to grow roughly 5% between 2020 and 2024 according to Teleperformance. By comparison, management projects that TaskUs's target verticals will grow at an unweighted average compound annual rate of 18% from 2019 through 2023, and we believe that TaskUs can grow alongside these clients, taking on increased volume and expanding the scope of work with them (discussed in more detail above). As a result, we believe that TaskUs will capture market share over the next several years.

William Blair



**Exhibit 4**
**TaskUs, Inc.**
**Projected Market Growth (2019-2023)**

Source: Company filings

## Growth Through Bolstering Portfolio of Service Offerings and Expansion of Geographic Footprint

Beyond new client wins and existing client growth, we believe that TaskUs has multiple compelling growth opportunities to expand the company's portfolio of solutions and the global delivery footprint. More specifically, we believe that TaskUs will continue to expand the portfolio of services into higher-value services like integrated consulting, AML, fraud prevention, loan services, and data science. In addition, we believe that TaskUs may look to add technical capabilities in areas like cognitive AI, process automation, and efficiency tools. By expanding the company's portfolio of services and capabilities, we believe that TaskUs increases the potential total serviceable market and enables it to extend its revenue growth trajectory.

In addition to new service offerings and technologies, we believe that TaskUs has ample white space to expand its global delivery model. With roughly 70% of employees located in the Philippines, geographic expansion would enable TaskUs to expand the number of languages supported and capabilities that TaskUs can provide. Since 2017 (when TaskUs expanded its onshore delivery), the number of clients working with TaskUs in multiple geographies has more than doubled, demonstrating a strong demand for service providers that can offer a broad array of services and capabilities. In a recent interview, management revealed plans to add several countries per year to the current delivery footprint. By broadening its language capabilities and geographic footprint, TaskUs becomes a more marketable service provider that can support a variety of needs. In addition, we believe there are multiple benefits to a more diversified global delivery model, including appealing to clients across a variety of price points (onshore, nearshore, and offshore), and diversifying delivery risk (likely a focus area for clients as the pandemic highlighted the need for business continuity planning). As a result, over the long term, as TaskUs expands its global delivery footprint, we believe that adding language capabilities can drive top-line growth, but we also believe that TaskUs can tap into potential revenue synergies.

While we expect that management will use free cash flows to invest in these growth initiatives, we expect that TaskUs will turn to M&A to accelerate these efforts, add scale, and supplement top-line growth.

William Blair

**Industry-Leading Financial Profile**

TaskUs has delivered impressive growth over the last three years, gaining market share by significantly outgrowing the overall business process outsourcing and digital CX market. Since 2017, TaskUs has grown the top line at a 60% compound annual rate compared with its next fastest peer, Telus International (roughly 37% growth), and the peer group median (roughly 9.0% reported growth). Even more impressive, TaskUs's growth has been entirely organic compared with the peer group figures, which include contributions from M&A activity. Further, despite the impact of the pandemic on the broader economy and the overall industry (analysts estimate that outsourced CX services declined between 2% and 3% in 2020), TaskUs continued to significantly outperform the market, growing 32.9%. Over the next several years, we estimate that TaskUs will grow revenue at a 27.6% compound annual rate, continuing its track record of meaningfully outgrowing the peer group and the overall market. Exhibit 5 compares TaskUs's two-year CAGR from 2017 through 2019, 2020 revenue growth, and the two-year expected CAGR from 2020 to 2022 (based on William Blair's estimates and current consensus estimates) to the closest public peers in terms of service lines and capabilities. However, we note that the company's exposure to digital transformation trends (including digital CX), content moderation, and data annotation drive a growth profile that is more aligned with the fast-growth IT services group (referred to as IT Services – Pure Software Dev in exhibit 9 on page 12).



**Exhibit 5**
**TaskUs, Inc.**
**Revenue Growth Rate Comparison**

** Organic revenue CAGR estimate for 2017-2019 by William Blair. The 2020 growth rate and the 2021-2022 CAGR are based on William Blair estimated pro forma organic revenue growth.
Sources: Company filings, FactSet, and William Blair Equity Research

We believe there is potential upside to our current estimates (24.1% growth in 2022 and 24.4% growth in 2023) as management is targeting greater than 25% organic annual revenue growth. As mentioned above, we believe that TaskUs will use M&A to supplement top-line growth and expand the company's total serviceable market by broadening its offerings, add exposure to new end-markets, and expand the company's delivery geographies.

TaskUs has balanced its top-line growth with a strong margin profile that has consistently exceeded the peer group driven by lean and efficient operations. We believe that TaskUs's strong margins are underpinned by the company's high-value services and its high-growth client base that is less price-sensitive than traditional CX clients like telecom companies. We compared the company's margin profile with those of its closest peers, outlined in exhibit 6. While each company defines its operating margin metric differently, we attempted to standardize our analysis through a pro forma adjusted EBIT margin, which adjusts GAAP and IFRS operating margin for stock-based compensation, goodwill impairments, amortization of acquired intangible assets, and one-time transaction-related costs, to derive the operating income after the cost of facilities and equipment.



**Exhibit 6**
**TaskUs, Inc.**
**Adj. EBIT Margin Comparison**

Sources: Company filings, FactSet, and William Blair Equity Research

While the company does not expect significant gross margin expansion, over the long term we believe that TaskUs has the opportunity to drive margin expansion though scale and productivity increases. Importantly, we believe the company's margin profile also supports growth investments. Over the near to medium term, we are modeling roughly flat margins with investments in sales and digital initiatives offsetting G&A leverage. Longer term, we believe further potential G&A leverage provides some opportunity for margin expansion. Combined, we believe TaskUs's best-in-class revenue growth and stable margins will drive strong double-digit organic EPS growth annually and positive free cash flow.

**Three Strong Secular Tailwinds at Its Back**
We believe TaskUs's total addressable market is quite large at $100 billion and growing at a low-double-digit compound annual rate. We believe that the combination of TaskUs's capabilities and offerings positions the company as a unique player in the market and that TaskUs will grow faster than the overall market, capturing market share. TaskUs's core capabilities—digital CX management, content moderation, and data annotation and AI spending—position the company to benefit from three strong secular tailwinds. Management believes the digital CX management services market will grow at a 20% to 25% compound annual rate, content moderation services will grow at a 40% to 50% compound annual rate, and data annotation services will grow at a compound annual rate of roughly 20%. As a result, we believe these strong secular tailwinds will drive outsized growth for TaskUs.

First, there has been an increased focus by companies on providing personalized and seamless customer experiences across all channels of engagement given the growing number of touchpoints with customers and enhanced customer expectations. When customer experience is properly managed, customers generate more lifetime value and positive referrals. In addition, technology has transformed how businesses interact with customers, and companies need to redesign and reengineer business processes around these technologies, creating the need for engaged, experienced, and technology-savvy partners. Therefore, demand for digital customer experience management has increased, and we expect that the market will continue to grow over the coming years. With 96% of revenue in 2020 from digital channels or omnichannel services, we believe that TaskUs's digital CX capabilities sit at the core of this trend.

William Blair

Second, we believe the significant growth of user-generated content positions TaskUs's content moderation business for impressive growth over the coming years. Companies need to balance quickly, appropriately, and consistently identifying and removing objectionable or fraudulent content from their platforms with encouraging customer and user engagement. This is an important branding and reputational issue for companies and is increasingly coming under regulatory scrutiny. According to Gartner, by 2024, content moderation services for user-generated content (UGC) will be surveyed as a top CEO priority by 30% of large organizations. In addition, societal and regulatory focus on UGC is creating a need for and driving demand for TaskUs's core competencies.

Third, the growing use of AI positions TaskUs's AI operations and data annotation services as a high-growth service offering for the company. Data annotation services involve "tagging" images, video, audio, and text files within data sets. The data sets, which are often proprietary to the customer, are then leveraged to train AI and machine learning models to recognize similar images, video, audio, and text. Thus, we believe TaskUs's data annotation offerings also have compelling synergies with the company's content moderation services. With AI in the early stages of adoption, we believe that TaskUs's data annotation services have a long runway for growth.

# Rating and Valuation

We are initiating coverage of TaskUs with an Outperform rating. Over the near to medium term, we believe that TaskUs will generate best-in-class organic revenue growth (we estimate a CAGR of 27.6% through 2023), fueled by strong secular tailwinds for digital CX, content moderation, and data annotation and AI spending, and the company's unique start-up–like culture and ability to disrupt the status quo, which differentiates TaskUs from peers. In addition, given TaskUs's high-growth client base, ample opportunity for growth with existing clients, and exposure to fast-growth industries, we believe that the company has the potential to surpass our estimates (particularly in 2022 and 2023 when we are modeling 24.1% and 24.4% revenue growth, respectively) and outperform management's target of more than 25% organic revenue growth.

Based on a price of $33.24, TaskUs trades at an enterprise value of 20.1 times our calendar 2022 pro forma EBITDA estimate, a slight premium to the blended business process outsourcing (BPO) and IT services peer group at 17.2 times. On a price-to-earnings basis, TaskUs trades at 29.6 times our calendar 2022 EPS estimate, compared with the blended peer group at 28.8 times. However, we believe that enterprise-value-to-EBITDA is the most appropriate basis for comparison because of TaskUs's capital structure (detailed in exhibit 19 on page 23). Based on our analysis of TaskUs's intrinsic value across several valuation methodologies (summarized in exhibit 7), we believe the current share price represents an attractive entry point for investors. The bottom end of the ranges shown in exhibit 7 represents the 25th percentile of our analysis and the top end of the price ranges represents the 75th percentile.

Given TaskUs's significantly above-average revenue growth and above-average margin profile, we believe the stock should trade toward the high end of the ranges in exhibit 7, which is supported by our DCF analysis. The DCF valuation is based on conservative estimates. For example, the high end of the valuation range represents an organic revenue CAGR from 2024 to 2035 of 13.3%, including a 5.5% CAGR over the last five years; an exit multiple of 5.2 times forward EBITDA (Sitel recently agreed to acquire Sykes at 10.4 times forward EBITDA); and peak EBITDA margins of 22.6%. We believe these metrics represent very achievable targets for the company and expect that TaskUs will outperform this scenario. Thus, based on the current share price, we believe that TaskUs offers an attractive expected rate of return for investors. The low end assumes an organic revenue CAGR

of 9.0% from 2024 through 2035 (a -1.3% CAGR over the last five years) and an exit multiple of 5.2 times forward EBITDA. Given the high potential rate of return and the margin of safety, we believe that the current share price offers an attractive risk/return opportunity for investors.



**Exhibit 7**
**TaskUs, Inc.**
**Valuation Range**

Sources: FactSet, PitchBook, company filings, and William Blair Equity Research

We believe that comparable company valuation multiples further support a share price at the higher end of the range given the company's revenue growth and margin profile. We analyzed the peer group's estimated revenue growth over the next two calendar years and margin profile over the same period in relation to the enterprise-value-to-EBITDA multiples, summarized in exhibit 8. Based on our analysis of TaskUs's revenue growth and margin profile, we believe that its stock trades at a roughly 6.4-turn discount to the peer group regression line. We attribute the discount to TaskUs's client concentration risk, and lack of direct comparisons to other public company CX service providers with similar top-line growth (driving uncertainty about the sustainability of top-line growth).



**Exhibit 8**
**TaskUs, Inc.**
**Peer Group Valuation**

Sources: FactSet and William Blair Equity Research

Maggie Nolan, CPA +1 312 364 5090

William Blair

**Exhibit 9**
**TaskUs, Inc.**
**Comparable Company Valuation Table**

| Security | Ticker | Price 7/1/2021 | Mkt Cap ($ mil.) | EV | Revenue Growth | | EV / Rev | | EBITDA Margin | | EV / EBITDA | | EPS Growth | | P/E | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CY21 | CY22 | CY21 | CY22 | CY21 | CY22 | CY21 | CY22 | CY21 | CY22 | CY21 | CY22 |
| **Business Process Outsourcing** | | | | | | | | | | | | | | | | |
| ExlService Holdings, Inc. | EXLS | $106.89 | 3,668 | 3,515 | 10.6% | 9.5% | 3.3x | 3.0x | 21.9% | 20.3% | 15.1x | 14.9x | 17.6% | 3.9% | 25.8x | 24.8x |
| Genpact Limited | G | $45.73 | 8,836 | 9,871 | 6.7% | 8.5% | 2.5x | 2.3x | 19.0% | 18.9% | 13.1x | 12.1x | 7.5% | 10.5% | 20.1x | 18.1x |
| IBEX Ltd | IBEX | $19.41 | 376 | 344 | 9.6% | 9.4% | 0.7x | 0.7x | 14.2% | 14.6% | 5.2x | 4.6x | 28.5% | 25.3% | 15.4x | 12.3x |
| Sykes Enterprises, Incorporated | SYKE | $53.45 | 2,231 | 2,100 | 8.3% | 4.6% | 1.1x | 1.1x | 11.4% | 11.9% | 9.9x | 9.1x | 13.7% | 11.2% | 17.4x | 15.7x |
| Teleperformance SE | TEP-PAR | $406.24 | 24,213 | 22,925 | 13.5% | 7.9% | 2.9x | 2.7x | 20.6% | 20.9% | 14.1x | 12.8x | 84.7% | 13.6% | 32.8x | 28.9x |
| TELUS International (CDA), Inc. | TIXT | $30.45 | 8,207 | 9,321 | 37.2% | 16.0% | 4.3x | 3.7x | 23.5% | 24.7% | 18.3x | 15.0x | 31.0% | 22.6% | 32.7x | 26.7x |
| TTEC Holdings, Inc. | TTEC | $102.47 | 4,852 | 5,116 | 13.2% | 9.5% | 2.3x | 2.1x | 15.2% | 14.9% | 15.3x | 14.2x | 11.3% | 8.0% | 24.1x | 22.3x |
| WNS (Holdings) Limited Sponsored ADR | WNS | $80.41 | 4,148 | 3,855 | 7.7% | 11.2% | 4.1x | 3.7x | 26.5% | 27.0% | 15.4x | 13.6x | 4.2% | 13.5% | 27.2x | 23.9x |
| **Business Process Outsourcing Mean** | | | | | **13.4%** | **9.6%** | **2.7x** | **2.4x** | **19.0%** | **19.2%** | **13.3x** | **12.1x** | **24.8%** | **13.6%** | **24.4x** | **21.6x** |
| **IT Services** | | | | | | | | | | | | | | | | |
| Accenture Plc Class A | ACN | $300.00 | 205,619 | 196,227 | 16.8% | 6.6% | 3.7x | 3.5x | 21.5% | 21.8% | 17.3x | 16.0x | 18.0% | 8.7% | 33.1x | 30.5x |
| Capgemini SE | CAP-FR | $194.75 | 33,829 | 29,960 | 6.4% | 5.3% | 1.5x | 1.4x | 15.8% | 15.6% | 9.4x | 9.0x | 4.4% | 13.5% | 21.4x | 18.9x |
| Cognizant Technology Solutions Corporation Class A | CTSH | $69.84 | 37,339 | 35,873 | 7.8% | 6.6% | 2.0x | 1.9x | 20.2% | 20.4% | 9.9x | 9.2x | 16.1% | 10.9% | 17.6x | 15.9x |
| HCL Technologies Limited | 532281-IN | $13.22 | 35,875 | 33,686 | 10.8% | 11.6% | 3.0x | 2.7x | 25.6% | 25.2% | 11.8x | 10.8x | 8.2% | 11.0% | 19.6x | 17.7x |
| Infosys Limited Sponsored ADR | INFY | $20.96 | 89,563 | 85,923 | 14.5% | 9.8% | 5.7x | 5.2x | 26.9% | 25.9% | 21.2x | 20.1x | 11.9% | 9.1% | 31.8x | 29.1x |
| Perficient, Inc. | PRFT | $81.98 | 2,778 | 2,892 | 14.7% | 9.0% | 4.1x | 3.8x | 20.5% | 21.1% | 20.1x | 17.9x | 24.4% | 12.9% | 26.4x | 23.4x |
| Tata Consultancy Services Limited | B01NPJ | $44.81 | 166,261 | 161,089 | 13.5% | 12.2% | 6.5x | 5.8x | 28.4% | 28.4% | 23.0x | 20.5x | 16.8% | 13.0% | 32.2x | 28.5x |
| Tech Mahindra Limited | 532755-IN | $14.56 | 14,284 | 12,735 | 9.7% | 10.9% | 2.3x | 2.1x | 18.6% | 18.6% | 12.4x | 11.2x | 17.2% | 11.6% | 18.7x | 16.7x |
| Wipro Limited Sponsored ADR | WIT | $7.71 | 42,217 | 37,512 | 15.8% | 12.4% | 3.9x | 3.5x | 23.0% | 22.7% | 17.1x | 15.3x | 10.1% | 10.9% | 28.3x | 25.5x |
| **IT Services Mean** | | | | | **12.2%** | **9.4%** | **3.6x** | **3.3x** | **22.3%** | **22.2%** | **15.8x** | **14.4x** | **14.1%** | **11.3%** | **25.5x** | **22.9x** |
| **IT Services - Pure Software Dev** | | | | | | | | | | | | | | | | |
| Endava Plc Sponsored ADR Class A | DAVA | $116.78 | 6,680 | 6,572 | 44.4% | 20.4% | 9.3x | 7.7x | 24.3% | 23.9% | 38.1x | 32.2x | 53.0% | 14.8% | 59.5x | 51.8x |
| EPAM Systems, Inc. | EPAM | $510.24 | 30,304 | 28,956 | 29.2% | 22.0% | 8.4x | 6.9x | 18.6% | 18.8% | 45.2x | 36.7x | 20.8% | 20.6% | 66.6x | 55.2x |
| Globant SA | GLOB | $216.30 | 9,243 | 9,048 | 39.8% | 21.4% | 7.9x | 6.5x | 18.8% | 19.3% | 42.3x | 33.9x | 44.7% | 18.8% | 65.5x | 55.2x |
| Grid Dynamics Holdings, Inc. Class A | GDYN | $18.80 | 1,132 | 1,032 | 48.3% | 20.1% | 6.3x | 5.2x | 14.5% | 16.2% | 43.0x | 32.1x | 64.3% | 30.4% | 81.7x | 62.7x |
| **IT Services - Pure Software Dev Mean** | | | | | **40.4%** | **21.0%** | **8.0x** | **6.6x** | **19.1%** | **19.6%** | **42.1x** | **33.7x** | **45.7%** | **21.2%** | **68.3x** | **56.2x** |
| **Combined Average** | | | | | **18.0%** | **11.7%** | **4.1x** | **3.6x** | **20.4%** | **20.5%** | **19.9x** | **17.2x** | **24.2%** | **14.0%** | **33.2x** | **28.8x** |
| **TaskUs, Inc.** | **TASK** | **$33.24** | **3,462.1** | **3,626.9** | **34.4%** | **24.1%** | **5.6x** | **4.5x** | **23.2%** | **22.6%** | **24.4x** | **20.1x** | **nm** | **nm** | **21.1x** | **29.6x** |

Sources: FactSet, company filings, and William Blair Equity Research

William Blair

Capabilities aside, the most comparable group in terms of top-line growth is the IT Services – Pure Software Dev group as outlined in exhibit 9 on the previous page, which trades at a significant premium to TaskUs (33.7 times calendar 2022 EBITDA versus 20.1 times, respectively). Over the next several years, we expect that TaskUs will be able to diversify its client base further through both natural growth and acquisitions, which we believe will lead to an expansion of TaskUs's valuation multiple. Second, given TaskUs's track record of 60% organic revenue CAGR since 2017, and the substantial growth opportunities ahead of the company, we believe that TaskUs's target of more 25% organic annual revenue growth is sustainable and leaves room for outperformance. We note that a valuation in line with the peer group (represented by the line of best fit in exhibit 8) represents a share price of roughly $44, or 34% upside to the current share price.

# Risks

**Competitive Market for Customer Care BPO and Content Moderation Services**
The market for customer care BPO and content moderation services is competitive, fragmented, and rapidly changing as digital technologies evolve. There are also few barriers to entry, so new service providers may arise in the future. TaskUs faces competition from other CX management and customer contact center providers, pure-play BPO service providers, global IT consulting and offshore IT services firms, and in-house customer contact teams. To remain competitive and achieve high satisfaction ratings, TaskUs must establish a positive reputation for customer services, underpinned by a strong corporate culture and an engaged and technology-savvy workforce. We believe that TaskUs's start-up–like culture, the emphasis on high-growth clients and up-and-coming industries, and intent on disrupting the status quo differentiates the company from other CX service providers and will enable TaskUs to capture market share over the long term.

**Customer Concentration**
TaskUs has meaningful customer concentration within its largest clients, particularly among the top 10 clients, which represented roughly 68% of revenue in 2020. TaskUs's largest clients are Facebook and DoorDash, representing 32% and 12% of revenues, respectively, in 2020. TaskUs is embedded into multiple lines of business within these customers, diversifying TaskUs's risk across multiple budget holders. Further, we note that TaskUs recently renewed its contract with Facebook and DoorDash, mitigating the near-term risk of these relationships while also establishing a foundation for further growth.

In 2020, TaskUs's recurring revenue contracts accounted for over 99% of its revenues. The average net revenue retention rate for TaskUs was 125% from 2018 through 2020, demonstrating the strength of TaskUs's value proposition and the stickiness of TaskUs's service offerings. Aside from Facebook and DoorDash, revenue grew 37.8% in 2020, outgrowing the consolidated company and showing the strength of the overall client base. We believe that M&A activity would further diminish TaskUs's concentration risk over time. Exhibit 10 details TaskUs's customer concentration.

William Blair



**Exhibit 10**
**TaskUs, Inc.**
**Customer Concentration ($ millions)**

* Revenue in 2018 represents top 10 clients as the top 2 client concentration metrics are not disclosed
Sources: Company filings and William Blair Equity Research

### Legal and Regulatory Risks Present Both Upside Opportunity and Downside Risk

With a multitude of events over the last several years drawing regulatory scrutiny of social media platforms and protected speech, given TaskUs's content moderation offerings, we believe that legal and regulatory risks create both upside opportunity and downside risk. This includes the potential repeal in the United States of Section 230 of the Communications Act, otherwise known as the Communications Decency Act, which provides immunity for website publishers from third-party content. We believe the repeal or imposition of more stringent requirements on website publishers, including social media platforms, would act as a catalyst for TaskUs's content moderation business.

However, content moderation services can involve reviewing user-generated multimedia content for discriminatory, threatening, offensive, illegal, or otherwise inappropriate material. Therefore, reviewing highly graphic content can wear on the individuals tasked with performing the work, leading to negative mental health externalities like post-traumatic stress disorder. TaskUs thus faces several risks associated with the work, including higher attrition rates, reputational damage to TaskUs or its clients, greater-than-anticipated support costs, and potential lawsuits. Still, TaskUs provides employees with numerous resources to mitigate these risks including the TaskUs Resiliency Studio, a clinician-led and evidence-based psychological health and safety program. In addition, TaskUs is transparent during the recruitment process and screens employees for psychological resiliency. Management also supports employees with on-the-job resources like one-on-one and group counseling. TaskUs also provides post-employment counseling resources. TaskUs faces other legal and regulatory risks that could affect the sentiment toward outsourcing service providers.

### Ownership Concentration and Trading Liquidity

As of the time of the offering, TaskUs had 97.3 million basic shares outstanding. With the dual share class structure and multiple voting shares, we also note that roughly 98% of the voting power is concentrated among the two co-founders (each roughly 16% voting control) and Blackstone (roughly 66% voting control), who will be able to apply significant influence over TaskUs. In addition, we estimate less than 16% of the shares outstanding will be tradeable in the first 180 days due to the lock-up agreement.

**Technology Degrades the Addressable Market Faster Than It Expands the Reach Into New Markets**

Like the broader business process management market, TaskUs faces the risk that digital technologies like automation, AI, and ML and future technology advancements become an increasingly viable substitute for human labor. According to IDC, customer support and services (including customer-facing chat bots, self-service options, and intelligent advisors) was the top area where organizations will look to drive greater automation. As a result, TaskUs faces the risk that technology captures portions of the addressable market faster than it expands TaskUs's reach into new markets and processes. Alone, technologies like AI, ML, and automation are capable of parsing through large data sets and flagging clearly objectionable material or automating repetitive manual tasks. However, the digital technologies struggle with exercising judgment and operating in uncertainty. Over the longer term, we believe digital technology tools can be leveraged to augment human judgment and make processes more efficient, collectively creating the best possible customer experience.

**International Operations and Foreign-Currency Risk**

The company is subject to the inherent risks of international operations, including greater uncertainty about the legal, tax, regulatory, and bureaucratic environments. In addition, we recognize that during periods of elevated geopolitical tensions, public perception and client sentiments may shift. We expect that management will look to diversify the company's geographical footprint, likely through M&A activity.

While nearly all of TaskUs's revenue is in the U.S. dollar, in 2020, a substantial portion of its expenses was paid in the Philippine peso. Excluding the effects of forward contracts, a 10% swing in the Philippine peso against the U.S. dollar would have impacted TaskUs's expenses by roughly $18.9 million in 2020. As its profitability is exposed to foreign-currency fluctuations, TaskUs enters foreign-currency forward contracts to mitigate the exchange rate risk.

# Industry Overview and Addressable Market

**Industry Background**

Over the last several years, customer engagement and customer interaction services have been changing rapidly. With the rise of e-commerce, direct-to-consumer business models, social media, and competition from digitally born enterprises, brand reputation and customer experiences are as important as ever. As a result, companies have placed a greater emphasis on creating and generating positive customer experiences and interactions. While voice remains the predominant channel of engagement (analysts estimate as much as 79% of the market), its prevalence is undoubtedly decaying and being replaced by omnichannel interactions such as chat and messaging (9%), email (7%), and social networks (5%). Everest estimates that digital solutions will grow at a compound annual rate of roughly 42% and will represent close to 20% of the outsourced CX market by 2022, up from 7% in 2019. The growing number of consumer touchpoints has created a need for a seamless experience across channels, whether voice or digital. As a result, customer contacts centers have evolved from purely voice-based interaction centers to hubs for omnichannel points of customer engagement and management.

With the proliferation of user-generated content (including video, audio, photographic, and text), companies need to balance quickly, appropriately, and consistently identifying and removing objectionable and fraudulent content from their platforms while encouraging customer and user engagement. Social media and internet-based companies, gaming platforms, and direct-to-consumer businesses face significant reputation risks and public backlash from instances where inappropriate or objectional or fraudulent content is posted. On the other hand, over-moderation or

William Blair

inconsistent moderation can stymie efforts to grow a brand and frustrate users, leading to undesired churn. Given the expertise in customer engagement and balancing customer interactions, CX service providers like TaskUs are uniquely positioned and have increasingly taken on content moderation and trust and safety needs for clients.

Most recently, with the quantity of data being produced on a daily basis exponentially increasing (the World Economic Forum estimated that total amount of data created, captured, copied, and consumed in the world in 2020 was 59 zettabytes [59 trillion gigabytes] and is growing at a compound rate of 61%), enterprises and organizations have turned to data analytics and machine learning to extract insights and make decisions using structured and unstructured data. However, simply having data does not automatically enable machine learning models to consume and interpret the data. For example, pedestrians, cars, and street signs need to be identified within videos to train autonomous driving machine learning models. Similarly, text sentiment models require labels within training data to understand slang and nuances in language. This need has given rise to data annotation services, which involve people "tagging" images, video, audio, and text files within data sets. The data sets, which are often proprietary to the customer, are then leveraged to train AI and machine learning models to recognize similar images, video, audio, and text. Given the potential applications, we believe data annotation is a natural extension of content moderation.

**Total Addressable Market**
Based on TaskUs's existing capabilities and services, we believe the company's total addressable market consists of the total outsourced spending for CX BPO services (including digital CX services), content moderation services, and data annotation services. Management sizes TaskUs's total addressable market at roughly $100 billion with a low-double-digit CAGR. Industry analysts estimate that the outsourced CX management market was roughly $75 billion to $87 billion in 2019 and expect the overall industry to grow at a 4% to 5% compound annual rate through 2022. However, within the outsourced CX market, analysts also estimate the digital CX management services market was roughly $6 billion in 2019 and has a 20% to 25% CAGR in the near term. With 96% of TaskUs's revenue coming from nonvoice channels (digital or omnichannel), the digital CX management services market better reflects TaskUs's target market and expected CX services growth. Further, content moderation services ($5 billion growing at a 40% to 50% compound annual rate) and data annotation services ($18 billion growing at a 21% compound annual rate), while smaller addressable markets, are high-growth and rapidly changing markets.

The outsourced CX market is highly fragmented with the largest provider in the space, Teleperformance, occupying roughly 6% market share and the nine largest providers collectively representing 26% of the market (according to Teleperformance). In addition, the overall market is consolidating with several high-profile acquisitions and transactions since the start of 2019, including Sitel's recent agreement to acquire Sykes, the spin-off of Telus International in February 2021, the spin-off of Concentrix from Synnex in November 2020, TTEC's acquisition of VoiceFoundry in August 2020, and Telus International's acquisition of CCC in December 2019, among others.

Based on an estimated $100 billion addressable market and roughly $478 million of revenue in 2020, we believe TaskUs has less than 1% market share. See exhibit 11 for our disaggregated market share analysis. Given TaskUs's high-growth customer base and a greater percentage of revenue from high-growth digital transformation services, CX management services, content moderation, and data annotation services, we believe that TaskUs will grow faster than the overall market and capture share.

**Exhibit 11**
**TaskUs, Inc.**
**Market Share Analysis**

| | TaskUs Revenue (2020, $B) | % of Total Revenue | Est. Addressable Market ($B) | Est. Market Share |
|---|---|---|---|---|
| Contact Center (including DXMS) | 0.3 | 62.8% | 77 | < 0.5% |
| Content Security and Moderation | 0.1 | 26.7% | 5 | 3% |
| Data Annotation | 0.0 | 10.5% | 18 | < 0.5% |
| Total | 0.5 | | 100 | 0.5% |

Sources: TaskUs and William Blair Equity Research

# Competition

The market for digital CX management, digital transformation services, and content moderation is competitive, fragmented, and rapidly changing as technology and regulations evolve. There are relatively few barriers to entry in the industry; the primary barrier is establishing credibility and proving capabilities with large enterprise customers. These large enterprise customers are often sensitive to their image and rely on their reputation to drive growth in their businesses. Gaining trust with the large enterprise customers is difficult. In addition, new entrants face challenges with the supply of labor and scaling operations to support global operations. Because of differences in languages and cultures, it is important for CX service providers to employ a diverse talent pool that is fluent in many different languages. In addition, in terms of data annotation services, barriers to entry include having access to a large network of talent with diverse demographics to minimize biases in data sets and the ability to scale up and down based on the size of project workflows. In February 2020, IDC's surveys indicated that on average enterprises employ three internally managed contact centers and two outsourced contact centers. With a large number of competitors in the industry, customers often maintain a degree of pricing power over IT service providers, particularly in legacy service lines. Below are TaskUs's main forms of competition.

- **Customer Experience Management and Customer Contact Centers.** TaskUs's closest peer group consists of CX service providers, including Telus International, Teleperformance, Concentrix, Sitel, TTEC, Webhelp, Sykes, Ibex, Conduent, and 24-7 Intouch, among others. We believe that TaskUs's start-up–like culture, the emphasis on high-growth clients and up-and-coming industries, and intent on disrupting the status quo differentiates the company from other CX service providers and will enable TaskUs to capture market share over the long term.

- **Pure-Play BPO Service Providers.** With expertise in operating and integrating digital technologies into front- and back-office operations, pure-play BPO firms including Genpact, WNS, and ExlService are also competitors to TaskUs. However, TaskUs has deep expertise in customer experience management, content moderation, and data annotation. Comparatively, while the pure-play BPO providers provide some customer interaction services, their domain expertise extends across multiple horizontals, such as finance and accounting, HR, and procurement, among others.

- **Global IT Consulting and IT Services Firms.** TaskUs faces competition from several global IT consulting and IT services firms, including Accenture, Tata Consultancy Services, Wipro, Cognizant, DXC, HCL, NTT Data, and Tech Mahindra. While these firms often have significant expertise in digital technologies, TaskUs has deep expertise in managing the customer experience process, helping clients transform processes and adapt to new technologies.

William Blair

- **In-House Customer Contact Teams.** In addition to other competitors in the market, TaskUs faces the threat of substitutes in the form of in-house IT departments. As an alternative, clients may decide to use in-house contact centers for a variety of reasons. Any increased trend toward insourcing could negatively affect TaskUs's financial performance. However, Everest estimates that roughly 26% of the CX management market is outsourced, indicating low penetration levels, in our view. We believe companies are increasingly seeking partners in innovation given the rapid pace of change in technology.

# Company Overview

**Background**

TaskUs is a tech-enabled service provider that is focused on serving high-growth technology companies and fast-growth digital disruptors with expertise in digital CX, content security, and AI operations services. TaskUs was co-founded in 2008 by two high-school friends, Bryce Maddock, chief executive officer, and Jaspar Weir, president, as a B2C virtual personal assistant business. TaskUs quickly pivoted to focusing on enabling start-ups to scale their operational infrastructure to support growth. Since then, TaskUs has grown to over 100 clients with 27,500 employees across 18 offices in eight countries.

**Services**

TaskUs's offerings are focused on high-growth services including digital CX services (63% of revenue), content moderation (27% of revenue), and AI operations (10% of revenue). Further, over 96% of TaskUs's revenue is generated from digital and omnichannel services, which are the faster-growing areas within the CX services market. With roughly 4% of total revenue from voice-based services, TaskUs has minimal exposure to legacy customer support and call center services.

- *Digital CX.* TaskUs's main service offering consists of omnichannel customer care services delivered through digital (nonvoice) channels including email, chat, SMS, social media, and in-app messaging. Digital CX also includes trust and safety services (i.e., protecting end-users from bad actors), customer acquisition (e.g., lead generation and customer outreach), voice of the customer analytics, digital CX consulting, and new product launch support.

- *Content security.* Content security involves the review and removal of user- and advertiser-generated content that violates the client's policies, is offensive, or is misleading. This can include areas like intellectual property, job postings, e-commerce, objectionable material, and political advertising.

- *AI operations.* TaskUs provides data labeling, annotation, and transcription services, which involves "tagging" images, video, audio, and text files within data sets. The data sets, which are often proprietary to the customer, are then leveraged to train AI and machine learning models to recognize similar images, video, audio, and text.

William Blair

**Exhibit 12**
**TaskUs, Inc.**
**Service Offerings**



### Digital CX

- Omnichannel Customer Care
- New Product and Market Launches
- Trust and Safety
- Customer Acquisition
- Voice of the Customer



### Content Security

- Content Moderation
- Resiliency Studio
- Global Policy Management
- Tools and Innovation



### AI Operations

- Data Annotation
- Computer Vision
- Natural Language Processing
- Video Processing
- Sensor Processing

Source: Company filings

**Exhibit 13**
**TaskUs, Inc.**
**Revenue by Service Offering**



Source: Company filings

Maggie Nolan, CPA  +1 312 364 5090  |  19

William Blair

**Exhibit 14**
**TaskUs, Inc.**
**Case Studies**

| Company | Primary Solutions | Example of Services Provided |
|---|---|---|
| Leading Social Network | Content Security and AI Operations | TaskUs conducts the world's largest political ad moderation operations, supporting the U.K., EU, Israeli, and Nigerian elections. In addition, TaskUs provides support for the client's communities and anti–money laundering support for the client's cryptocurrency. |
| Leading Food Delivery Company | Digital CX and AI Operations | TaskUs provides blended customer services support (merchants, delivery agents, and customers) through chat, email, and voice and also customer acquisition services, signing up new restaurants. In addition, TaskUs provides support for the client's menu management business with AI operations. |
| Zoom | Digital CX | With the pandemic accelerating its business, Zoom struggled to keep up with customer support. TaskUs onboarded and trained 89 teammates in 10 days, ultimately scaling to 700 CX professionals to provide ongoing customer support. |
| Uber | Digital CX | Initially streamlined the review and onboarding of new drivers. Since then, TaskUs has also taken on rider and driver support services. |
| Coinbase | Digital CX | TaskUs came in and created an entire operating process including policies and procedures and addressed a backlog of support requests. Since then, TaskUs has built additional teams to handle fraud and compliance requirements. |

Sources: Company filings and William Blair Equity Research

## Customers and Verticals

TaskUs's core customers are high-growth technology and digital disruptors that are predominantly online or app-based businesses. TaskUs has more than 100 clients across several industry verticals. TaskUs exclusively focused on high-tech clients and companies that operate in the digital economy. The company's client base ranges from high-growth, late-stage venture-capital–backed companies to innovative public companies. Large and notable clients include Facebook (29% of revenue), DoorDash (11% of revenue), Zoom, Oscar, Coinbase, Netflix, and Uber, among others.

TaskUs's customer base is well diversified across several industries including fintech, on-demand travel and transportation, entertainment and gaming, social media, high-tech, healthtech, and retail and e-commerce. Exhibit 15 details TaskUs's percentage of clients by vertical.



**Exhibit 15**
**TaskUs, Inc.**
**Percentage of Clients by Vertical**

- Social media
- On-demand travel & transportation
- Entertainment & gaming
- High-tech
- Fintech
- Retail & e-commerce
- Healthtech
- Professional services & industry
- Other

Sources: Company filings

Maggie Nolan, CPA  +1 312 364 5090

Within its clients, TaskUs has meaningful customer concentration among its top 2 (roughly 40% of revenue) and its top 10 clients (roughly 64% of revenue). For further discussion on TaskUs's customer concentration, refer to the customer concentration risk on page 13.

**Employees, Delivery, Sales, and Marketing**
As of March 31, 2021, TaskUs had roughly 27,500 employees across eight countries including 70% in the Philippines, 15% in the United States, and 11% in India. TaskUs is based in New Braunfels, Texas, and has 18 delivery centers around the globe predominantly in the Philippines. TaskUs's global delivery footprint enables the company to service multiple continental locations and time zones. Refer to exhibit 16 for global footprint map.



**Exhibit 16**
**TaskUs, Inc.**
**Company Locations**

| Philippines | U.S. | India | Other |
|---|---|---|---|
| 19,190 | 4,020 | 3,160 | 1,130 |
| 70% | 15% | 11% | 4% |

Source: Company filings

TaskUs has organized the business and operations around individual office locations. Each office site is run under a "Site CEO" model, a decentralized strategy that empowers site vice presidents (the site CEO) to have full responsibility for operations and also leveraging TaskUs's shared services resources. This culture of autonomy and "Teammate First Design" is at the center TaskUs's competitive strategy. Focusing on its employee experiences has rewarded TaskUs with high employee Net Promoter Scores (72 in 2020), being ranked 40th on Glassdoor's 2019 Best Places to Work, and low voluntary attrition (12.7%). Moreover, the company's Glassdoor rating, which currently stands at 4.7 stars, shows strong results across a variety of metrics, including culture and values, diversity and inclusion, senior management, and compensation and benefits. We believe that TaskUs's employee-centric and start-up–like culture has tangible business value, driving higher attendance, more engaged employees, and lower attrition, and results in higher-quality work and customer satisfaction.

TaskUs's go-to-market strategy is based on elements of a modern SaaS sales model rather than the classic outsourcing model. Instead of relying heavily on top sales executives to drive sales, TaskUs equips junior-level talent to create sales teams that allow for fostering customer-facing relationships onshore and account management and marketing offshore. TaskUs's strong customer relationships enable it to embed itself into the customer's strategy early and grow revenues as the customer grows (as discussed further in our investment highlights on page 5).

TaskUs's rigorous account planning process focuses on companies with sizable budgets and meaningful growth potential. TaskUs targets high-potential clients with a minimum annual contract value (ACV) and that have the potential to significantly increase in ACV. In addition, management categorizes clients into four groups based on the size of the client and the potential for growth. Associated with these classifications, TaskUs developed detailed client retention strategies and goals, and a clear delineation between business development and client service responsibilities. In addition, management has highly detailed account planning processes that enable real-time planning, measure the performance of the sales engine, and aid in the identification of key client stakeholders. Further, management employs a rigorous six-stage pipeline and pipeline management process to regularly evaluate and prioritize opportunities, ensuring a proper allocation of resources.

# Leadership and Ownership

### Management Team
TaskUs has a strong management team, led by the company's co-founders and other top executives that have extensive experience within the industry and their role. In exhibit 17, we provide more detail on the management team including its prior experience and tenure at TaskUs.

**Exhibit 17**
**TaskUs, Inc.**
**Management Team**

| Name | Position | Joined TaskUs | Prior Experience |
|---|---|---|---|
| Bryce Maddock | CEO | 2008 | - TaskUs: Co-founder, leads global operations<br>- New York University: Bachelor of Arts in international business |
| Jaspar Weir | President | 2008 | - TaskUs: Co-founder, leads growth and corporate development initiatives<br>- University of Southern California: Bachelor of Science in communications |
| Jarrod Johnson | Chief Customer Officer | 2016 | - TaskUs (2016-present): SVP of Business Development through December 2017<br>- FacilitySource (2014-2016): SVP of Business Development<br>- Xerox (2008-2014): SVP and Group President of Xerox Business Services<br>- Duke University: M.B.A.<br>- Gustavus Adolphus College: Bachelor of Arts |
| Balaji Sekar | CFO | 2016 | - TaskUs (2016-present): CFO<br>- PatientSafe Solutions (2015-2016): CFO<br>- Sutherland Global Services (2013-2015): CFO of Sutherland Healthcare Solutions<br>- University of Chicago: M.B.A.<br>- University of Madras: Bachelor of Commerce<br>- License: Chartered Accountant (India) |

Sources: Company filings and LinkedIn

### Board of Directors
TaskUs's board is made up of six directors, four of whom are independent directors, and there is one female director. The two co-founders and affiliates of The Blackstone Group Inc. own a majority (98.2%, assuming the exercise of the underwriters' overallotment options) of eligible shares to vote in the election of TaskUs directors. Exhibit 18 provides details on the composition of the board. Blackstone and TaskUs's co-founders have the right to designate nominees to the board, subject to the maintenance of certain ownership requirements.

**Exhibit 18**
**TaskUs, Inc.**
**Board of Directors**

| Name | Position | Experience |
|---|---|---|
| Bryce Maddock | Director | - See profile in exhibit 17 |
| Jaspar Weir | Director | - See profile in exhibit 17 |
| Amit Dixit | Director | - Director since October 2018<br>- Blackstone: Senior Managing Director and Head of Asia Private Equity |
| Susir Kumar | Director | - Director since July 2019<br>- Ingroup Consulting: Founder and Managing Partner<br>- Other experience: Intelenet Global Services (CEO) |
| Mukesh Mehta | Director | - Non-executive Director since October 2018<br>- Blackstone: Senior Managing Director in Private Equity<br>- Licenses: Chartered Accountant (India) |
| Jacqueline Reses | Director | - Director since July 2019<br>- Other board experience: Square, Inc., Square Financial Services, Social Capital Hedosophia Holdings, Pershing Square Tontine Holdings, Affirm Holdings, Context Logic, National Public Radio, and the Economic Advisory Council of the Federal Reserve Bank of San Francisco<br>- Former Chief Development Officer of Yahoo! |

Sources: Company filings and LinkedIn

## Capitalization and Ownership

TaskUs has a two-class common stock structure, consisting of class A and class B shares. The class B shares are multiple voting shares (10 votes per common share), while the class A shares are subordinated and have one vote per share. The class B shares are solely held by the co-founders, Bryce Maddock and Jaspar Weir, and the Blackstone Group, Inc. As of the date of the offering, there were 97.3 million pro forma basic shares outstanding. Following the IPO, TaskUs's co-founders and Blackstone will own roughly 98.2% of the voting power. TaskUs's class A shares are listed on the Nasdaq Global Select Market. Exhibit 19 details TaskUs's ownership and capitalization following the IPO, assuming the exercise of the underwriters' overallotment options.

**Exhibit 19**
**TaskUs, Inc.**
**Ownership and Capitalization**

| Summary of Ownership | Shares (millions) | Ownership (%) |
|---|---|---|
| Class A | 15.2 | 16% |
| Blackstone - Class B | 55.3 | 57% |
| Bryce Maddock - Class B | 13.4 | 14% |
| Jaspar Weir - Class B | 13.4 | 14% |
| Dilutive Shares | 6.9 | |
| **Fully Diluted Shares Outstanding** | **104.2** | |

| Summary of Capitalization | Value ($ millions) | Ratio |
|---|---|---|
| Equity Value | $3,462 | 93% |
| Debt (Excluding Leases) | $244 | 7% |
| Preferred Stock | $0 | |
| Noncontrolling Interest | $0 | |
| Cash | $79 | |
| **Enterprise Value** | **$3,627** | |

Sources: Company filings and William Blair Equity Research

In connection with the IPO, Blackstone and certain directors and officers have entered a lock-up agreement for 180 days.

Maggie Nolan, CPA  +1 312 364 5090 | 23

William Blair

# Navigating COVID-19

The company responded quickly and effectively to the changing environment as a result of COVID-19. In fact, TaskUs started piloting its work from home (WFH) delivery in February 2019 and designing a VDI architecture in February 2020. As a result, this planning enabled TaskUs to go fully WFH within a day of the Philippines declaring a state of emergency, with delivery in India and Mexico following shortly thereafter. As of December 2020, roughly 93% of TaskUs's teammates were working from home. Management anticipates a broader transition back to the office starting in October 2021 and fully completing the transition in 2022. Longer term, TaskUs plans on maintaining meaningful WFH operations in the United States and Europe, employing a hub-and-spoke model where employees return to office one day a week to maintain company culture, provide coaching opportunities, and support other face-to-face interactions.

Despite the surrounding disruption, TaskUs maintained strong delivery. Impressively, TaskUs produced sequential and year-over-year growth through all quarters of 2020, a feat that not many service providers can claim. In 2020, the overall market was estimated to have declined by 2% to 3% due to supply disruptions. As WFH solutions were deployed, the market began to regain momentum from a surge in volumes as customers sought to reach their insurance provider or bank, check on order statuses, or make inquiries about food deliveries, among a plethora of reasons. The surge in inbound volumes highlighted the limitations and rigidity of in-house call center operations and thus many companies enlisted the help of CX service providers to support their operations and to provide scale. TaskUs benefited and signed 39 new clients in 2020, including Zoom. Zoom turned to TaskUs to support a more than 30-fold increase in customer support inquires; within 10 days TaskUs had 89 people in training and ultimately mobilized a team of over 700 professionals providing billing and technical support. However, some clients in the on-demand and travel vertical were impacted by lower volumes.

In terms of costs and margins, gross margins decreased 240 basis points year-over-year, primarily related to foreign exchange headwinds and an increase in U.S. wages to $15 per hour. In addition, TaskUs incurred roughly $6.4 million of COVID-19–related charges and one-time employee benefits costs, including internet and Wi-Fi connectivity, hotel and shuttle costs for employees, and certain incentive and leave pay. With a reduction in travel expenses (a 120-basis-point tailwind), adjusted EBITDA margins increased 180 basis points year-over-year in 2020.

# Financial Overview

### Revenue and Revenue Recognition
TaskUs generates revenue by providing digital CX, content security, and AI operations services and solutions from roughly 18 delivery centers around the globe. TaskUs bills clients on time-and-materials, cost-plus, unit-priced, fixed-price, or outcome-oriented basis. As of March 31, 2021, roughly 70% of TaskUs team members were based in the Philippines where a majority of revenues were generated. In addition, roughly 15% of TaskUs's workforce was based in the United States, 11% in India, and 4% based elsewhere. Exhibit 20 details TaskUs's revenue mix by delivery geography.

TaskUs has minimal revenue seasonality with the third and fourth quarters historically representing slightly more than 50% of revenue, driven by the highest number of working days in the third quarter and food delivery volumes in the fourth quarter. Statements of work typically enumerate the specific services, related pricing, and other terms of delivery that supplement a master services agreement (MSA), which contains broader contractual information. Generally, TaskUs's contracts have a duration of one to three years with automatic renewal provisions. In addition, the MSAs can be terminated by the client with limited notice without penalty. In exhibit 21, we include TaskUs's historical revenue and our annual revenue estimates through 2023.



**Exhibit 20**
**TaskUs, Inc.**
**Revenue by Delivery Geography**

Sources: Company filings



**Exhibit 21**
**TaskUs, Inc.**
**Revenue Estimates and Actuals**

Sources: Company filings and William Blair Equity Research

## Gross Profit and Cost of Revenue

Cost of revenue is primarily composed of employee-related costs (salaries, employee welfare, employee engagement, recruiting, and professional development), facilities, and technology costs. In 2020, TaskUs reported a gross margin of 43.4%, a 240-basis-point decrease year-over-year due to $6.4 million in operational enablement costs related to COVID-19 (e.g., internet and Wi-Fi connectivity, hotel and shuttle costs, and certain incentive and leave pay) and FX headwinds. The primary gross margin driver for TaskUs is the onshore-offshore mix, with offshore delivery generating higher gross margins. Our model assumes a stable geographic delivery mix. In addition, we note that management has not disclosed the specific gross margins for each service line but has indicated that there is not a meaningful difference. That said, over the long term, as TaskUs moves upmarket to higher-value service offerings, we believe the company has the opportunity to drive higher gross margins. Exhibit 22 illustrates TaskUs's historical and estimated gross profit and margins.

William Blair



**Exhibit 22**
**TaskUs, Inc.**
**Gross Profit and Margin Estimates and Actuals**

Sources: Company filings and William Blair Equity Research

### Adjusted EBITDA

Management evaluates its core operations and makes strategic decisions by analyzing adjusted EBITDA and adjusted net income. Adjusted EBITDA excludes depreciation and amortization, stock-based compensation expense, offering and transaction-related costs, foreign currency, gains or losses on the disposal of assets, COVID-19–related expenses, severance costs, lease terminations, and contingent consideration. In 2020, TaskUs's adjusted EBITDA rose by roughly 180 basis points year-over-year. Over the near to medium term, we are modeling roughly flat margins with investments in sales and digital initiatives offsetting G&A leverage. Longer term, we believe further potential G&A leverage provides some opportunity for margin expansion.



**Exhibit 23**
**TaskUs, Inc.**
**Adjusted EBITDA and Margin Estimates and Actuals**

Sources: Company filings and William Blair Equity Research

**Cash Flow**

TaskUs has generated consistent positive operating cash flows given the company's strong revenue growth and margin profile. The business generated $58.9 million in operating cash flows in 2020 and $43.8 million in 2019. While TaskUs had negative operating cash flows in 2018, this was the result of a $55 million impact on working capital related to the Blackstone acquisition. Adjusting for this transaction, operating cash flow would have been roughly $33 million. This operating cash flow translated to leveraged free cash flow margins of 6.3% in 2020 and 6.6% in 2019. Despite the global macroeconomic recession in 2020, TaskUs continued to generate positive operating cash flow, demonstrating the resilience of the business to generate cash. We estimate that TaskUs will generate $81.4 million of leveraged free cash flow (a margin of 12.7%) in 2021. In exhibit 24, we show our leveraged free cash flow and margin estimates through 2023.



**Exhibit 24**
**TaskUs, Inc.**
**Free Cash Flow and Margin Estimates and Actuals**

Sources: Company filings and William Blair Equity Research

# ESG Considerations

Given TaskUs's services have a direct impact on society and culture through customer experience and content moderating, we view the company as an interesting investment opportunity for investors who are focused on ESG. The rise of hyperconnectivity, social media, and user-generated content has brought up concerns and regulatory scrutiny about user safety and privacy as well as related cultural implications for local and global communities. In our view, TaskUs's execution of content moderation services has an important role to play in shaping our society's relationship with technology. And we believe that the company's pursuit of trust and safety services will be a unique consideration for investors, particularly those interested in a company's social or societal impact.

We believe that investors should also recognize the human impact and potential negative mental health consequences of content moderation services. These services can involve reviewing user-generated multimedia content for discriminatory, threatening, offensive, illegal, or otherwise inappropriate material. Therefore, reviewing highly graphic content can wear on the individuals tasked with performing the work, leading to mental health concerns like post-traumatic stress disorder. As discussed, TaskUs prioritizes its employees and takes multiple measures to mitigate the risk associated with content moderation services including the TaskUs Resiliency Studio, a clinician-led

William Blair

and evidence-based psychological health and safety program, on-the-job resources like one-on-one and group counseling, and post-employment counseling, as well. We believe that TaskUs is highly focused on employee experience and that the company has been successful in this regard. In 2020, TaskUs had an employee Net Promoter Score of 72, low voluntary attrition (12.7%), and high internal referral rates (roughly 38% of new hires came from internal referrals). In addition, the company's Glassdoor rating of 4.7 stars demonstrates the strength of TaskUs's culture and employee experience.

We believe other top ESG considerations for TaskUs include the company's environmental footprint and workforce diversity and initiatives. TaskUs has 18 delivery centers globally with plans to expand. Given the energy requirements, water usage, and plastic waste, TaskUs has a relatively large environmental footprint, which it is trying to combat through various sustainability projects. In terms of overall demographics, as of March 31, 2021, women made up 52% of employees, 44% of management, and one of six board members. TaskUs is also active within the social community, heading initiatives that empower employees to take on racial and social justice issues as well as partnering with suppliers owned by minority-owned, women-owned, veteran-owned, service disability-owned, and LGBTQIA+-owned suppliers.

**Exhibit 25**
**TaskUs, Inc.**
**Earnings Model**

| Fiscal Year ends December ($ in millions except for per share items) | 2018 | 2019 | Mar-20 1Q20 | Jun-20 2Q20 | Sep-20 3Q20 | Dec-20 4Q20 | 2020 | Mar-21 1Q21 | Jun-21 2Q21E | Sep-21 3Q21E | Dec-21 4Q21E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | **254.2** | **359.7** | **102.4** | **114.4** | **122.4** | **138.8** | **478.0** | **152.9** | **162.5** | **162.8** | **164.5** | **642.7** | **797.6** | **992.4** |
| Q/Q change | | | 2.1% | 11.7% | 7.0% | 13.4% | | 10.1% | 6.3% | 0.2% | 1.0% | | | |
| Y/Y change | 116.7% | 41.5% | 25.6% | 34.2% | 32.2% | 38.4% | 32.9% | 49.2% | 42.0% | 33.0% | 18.5% | 34.4% | 24.1% | 24.4% |
| Cost of Services | 127.8 | 194.8 | 61.8 | 64.1 | 65.4 | 79.2 | 270.5 | 88.0 | 93.8 | 93.1 | 93.6 | 368.5 | 449.9 | 559.8 |
| **Gross Profit** | **126.4** | **164.9** | **40.6** | **50.3** | **57.0** | **59.6** | **207.5** | **64.8** | **68.7** | **69.7** | **70.9** | **274.2** | **347.7** | **432.6** |
| Gross Margin | 49.7% | 45.8% | 39.7% | 43.9% | 46.6% | 42.9% | 43.4% | 42.4% | **42.3%** | **42.8%** | **43.1%** | 42.7% | 43.6% | 43.6% |
| Q/Q change | | | -650 bps | 420 bps | 270 bps | -370 bps | | -50 bps | -10 bps | 50 bps | 30 bps | | | |
| Y/Y change | -70 bps | -390 bps | -620 bps | -220 bps | 150 bps | -330 bps | -240 bps | 270 bps | -160 bps | -380 bps | 20 bps | -70 bps | 90 bps | 0 bps |
| **Total SG&A** | **78.9** | **90.6** | **25.7** | **25.7** | **32.2** | **29.9** | **113.5** | **31.5** | **40.3** | **42.3** | **43.2** | **157.3** | **199.4** | **248.1** |
| % of Revenue | 31.0% | 25.2% | 25.1% | 22.5% | 26.3% | 21.5% | 23.7% | 20.6% | 24.8% | 26.0% | 26.2% | 24.5% | 25.0% | 25.0% |
| Q/Q change | | | 0.3% | -0.1% | 25.2% | -7.2% | | 5.4% | 28.1% | 4.8% | 2.1% | | | |
| Y/Y change | 107.0% | 14.9% | 27.4% | 13.8% | 45.0% | 16.6% | 25.3% | 22.4% | 56.9% | 31.3% | 44.4% | 38.6% | 26.8% | 24.4% |
| **Depreciation** | **12.2** | **16.3** | **4.7** | **5.8** | **3.7** | **5.9** | **20.2** | **6.2** | **6.8** | **6.8** | **6.9** | **26.8** | **33.5** | **41.7** |
| % of Revenue | 4.8% | 4.5% | 4.6% | 5.1% | 3.0% | 4.3% | 4.2% | 4.1% | **4.2%** | **4.2%** | **4.2%** | 4.2% | 4.2% | 4.2% |
| Q/Q change | | | 2.0% | 23.4% | -36.5% | 60.5% | | 4.6% | 10.0% | 0.2% | 1.0% | | | |
| Y/Y change | 71.6% | 33.4% | 23.8% | 50.3% | -8.3% | 28.3% | 23.4% | 31.6% | 17.3% | 85.0% | 16.5% | 32.8% | 25.1% | 24.4% |
| **Amortization of Intangible Assets** | **4.7** | **18.8** | **4.7** | **4.7** | **4.7** | **4.7** | **18.8** | **4.7** | **4.7** | **4.7** | **4.7** | **18.8** | **18.8** | **18.8** |
| % of Revenue | 1.9% | 5.2% | 4.6% | 4.1% | 3.8% | 3.4% | 3.9% | 3.1% | 2.9% | 2.9% | 2.9% | 2.9% | 2.4% | 1.9% |
| Q/Q change | | | 0.0% | 0.0% | 0.0% | 0.0% | | 0.0% | 0.0% | 0.0% | 0.0% | | | |
| Y/Y change | | 300.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Loss (Gain) on Disposal of Assets** | **0.6** | **2.2** | **(0.0)** | **0.0** | **0.2** | **1.0** | **1.1** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** |
| **Contingent consideration** | **0.0** | **0.0** | **0.0** | **3.6** | **0.0** | **0.0** | **3.6** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** |
| **Operating Income** | **30.0** | **36.9** | **5.5** | **10.5** | **16.3** | **18.1** | **50.3** | **22.4** | **16.8** | **15.9** | **16.1** | **71.2** | **96.0** | **124.0** |
| % of Revenue | 11.8% | 10.2% | 5.4% | 9.1% | 13.3% | 13.0% | 10.5% | 14.7% | 10.3% | 9.8% | 9.8% | 11.1% | 12.0% | 12.5% |
| Q/Q change | | | -590 bps | 370 bps | 420 bps | -30 bps | | 170 bps | 0.00 | -50 bps | 0 bps | | | |
| Y/Y change | 0 bps | -160 bps | -520 bps | -50 bps | 390 bps | 170 bps | 30 bps | 930 bps | 120 bps | -350 bps | -320 bps | 60 bps | 90 bps | 50 bps |
| Other (Income) Expense | 1.3 | (2.0) | 1.4 | (1.1) | 0.6 | (2.5) | (1.6) | 0.8 | 0.0 | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 |
| Financing Expense | 2.0 | 9.3 | 2.2 | 2.0 | 1.6 | 1.6 | 7.5 | 1.6 | 1.8 | 1.9 | 1.8 | 7.1 | 7.1 | 7.1 |
| **Pre-Tax Income (EBT)** | **26.6** | **29.5** | **1.9** | **9.6** | **14.0** | **18.9** | **44.4** | **20.1** | **15.0** | **14.1** | **14.3** | **63.4** | **88.8** | **116.9** |
| % of Revenue | 10.5% | 8.2% | 1.8% | 8.4% | 11.5% | 13.6% | 9.3% | 13.1% | 9.2% | 8.6% | 8.7% | 9.9% | 11.1% | 11.8% |
| **(Benefit From) Provision for Income Taxes** | **(5.6)** | **(4.4)** | **0.3** | **1.6** | **2.6** | **5.4** | **9.9** | **3.6** | **(8.3)** | **(3.5)** | **(3.5)** | **(11.9)** | **21.3** | **26.1** |
| Tax Rate | -20.9% | -14.9% | 18.3% | 16.9% | 18.3% | 28.3% | 22.3% | 17.7% | **-55.7%** | **-25.2%** | **-24.7%** | -18.7% | 24.0% | 23.7% |
| **Net Income** | **32.2** | **33.9** | **1.5** | **8.0** | **11.5** | **13.6** | **34.5** | **16.5** | **23.3** | **17.6** | **17.8** | **75.2** | **67.5** | **90.7** |
| % of Revenue | 12.7% | 9.4% | 1.5% | 7.0% | 9.4% | 9.8% | 7.2% | 10.8% | 14.3% | 10.8% | 10.8% | 11.7% | 8.5% | 9.1% |
| Q/Q change | | | -91.4% | 428.6% | 43.1% | 18.3% | | 21.8% | 41.3% | -24.5% | 1.1% | | | |
| Y/Y change | 257.2% | 5.3% | -75.3% | 28.3% | 189.1% | -23.0% | 1.7% | 989.6% | 191.2% | 53.6% | 31.2% | 117.8% | -10.2% | 34.4% |
| **Shares outstanding (Diluted - weighted avg.)** | | **9.2** | **9.2** | | | | **9.2** | **9.2** | **104.2** | **104.4** | **104.7** | **80.6** | **105.3** | **106.4** |
| Q/Q change | | | | | | | | | nm | 0.3% | 0.3% | | | |
| Y/Y change | | | | | | | 0.0% | 0.0% | nm | nm | nm | nm | nm | 1.0% |
| **Diluted EPS** (GAAP) | | **$3.70** | **$0.17** | | | | **$3.76** | **$1.80** | **$0.22** | **$0.17** | **$0.17** | **$0.93** | **$0.64** | **$0.85** |
| Q/Q change | | | | | | | | | nm | -24.7% | 0.8% | | | |
| Y/Y change | | | | | | | 1.7% | 989.6% | nm | nm | nm | nm | nm | 33.1% |
| **Pro Forma Adjustments** | | | | | | | | | | | | | | |
| **Adj. EBITDA** | **56.9** | **74.2** | **17.5** | **26.4** | **30.1** | **32.9** | **106.9** | **39.5** | **36.8** | **36.2** | **36.2** | **148.9** | **180.2** | **224.2** |
| % of Revenue | 22.4% | 20.6% | 17.0% | 23.1% | 24.6% | 23.7% | 22.4% | 25.9% | 22.7% | 22.2% | 22.0% | 23.2% | 22.6% | 22.6% |
| Q/Q change | | | -350 bps | 610 bps | 150 bps | -90 bps | | 220 bps | -320 bps | -50 bps | -20 bps | | | |
| Y/Y change | 450 bps | -180 bps | -420 bps | 330 bps | 350 bps | 320 bps | 180 bps | 890 bps | 0.00 | -240 bps | -170 bps | 80 bps | -60 bps | 0 bps |
| **Adj. Net Income** | **32.4** | **53.0** | **10.2** | **17.0** | **22.2** | **20.0** | **69.4** | **28.2** | **36.5** | **31.0** | **31.0** | **126.9** | **118.3** | **147.7** |
| % of Revenue | 12.7% | 14.7% | 9.9% | 14.8% | 18.1% | 14.4% | 14.5% | 18.4% | 22.5% | 19.0% | 18.9% | 19.7% | 14.8% | 14.9% |
| Q/Q change | | | -52.4% | 67.0% | 30.9% | -9.8% | | 40.8% | 29.5% | -15.1% | 0.0% | | | |
| Y/Y change | 276.3% | 63.6% | -3.6% | 68.6% | 101.5% | -6.2% | 30.9% | 177.5% | 115.2% | 39.6% | 54.9% | 82.9% | -6.8% | 24.9% |
| **Adj. Diluted EPS** | | **$5.77** | **$1.11** | | | | **$7.56** | **$3.07** | **$0.35** | **$0.30** | **$0.30** | **$1.57** | **$1.12** | **$1.39** |
| Q/Q change | | | | | | | | | nm | -15.3% | -0.2% | | | |
| Y/Y change | | | | | | | 30.9% | | nm | nm | nm | nm | nm | 23.7% |

Sources: Company filings and William Blair Equity Research

30 | Maggie Nolan, CPA +1 312 364 5090

William Blair

**Exhibit 26**
**TaskUs, Inc.**
**Balance Sheet**

| Fiscal Year ends December<br>($ in millions except for per share items) | 2018 | 2019 | Mar-20<br>1Q20 | Jun-20<br>2Q20 | Sep-20<br>3Q20 | Dec-20<br>4Q20 | 2020 | Mar-21<br>1Q21 | Jun-21<br>2Q21E | Sep-21<br>3Q21E | Dec-21<br>4Q21E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | | |
| Cash | 25.3 | 37.5 | 70.7 | 82.1 | 102.3 | 107.7 | 107.7 | 135.5 | 46.4 | 68.0 | 86.5 | 86.5 | 149.3 | 247.3 |
| Accounts receivable, net | 45.0 | 58.0 | 66.8 | 78.7 | 81.2 | 87.8 | 87.8 | 91.8 | 107.1 | 107.3 | 108.4 | 108.4 | 140.5 | 172.9 |
| Other receivables | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| Prepaid expenses | 4.7 | 10.2 | 9.1 | 10.7 | 9.8 | 13.0 | 13.0 | 11.6 | 12.8 | 12.8 | 13.3 | 13.3 | 21.7 | 18.8 |
| Income tax receivable | 0.0 | 1.7 | 1.6 | 0.0 | 5.1 | 1.6 | 1.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other current assets | 0.1 | 0.6 | 0.5 | 0.5 | 0.6 | 1.1 | 1.1 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 |
| **Total Current Assets** | **75.1** | **108.1** | **148.8** | **172.1** | **199.1** | **211.3** | **211.3** | **239.9** | **167.2** | **189.1** | **209.1** | **209.1** | **312.5** | **440.0** |
| | | | | | | | | | | | | | | |
| **Non-Current Assets** | | | | | | | | | | | | | | |
| Property and equipment, net | 34.0 | 45.1 | 48.5 | 47.7 | 47.7 | 57.0 | 57.0 | 57.0 | 64.5 | 71.7 | 75.2 | 75.2 | 89.5 | 107.4 |
| Deferred tax assets | 0.0 | 0.1 | 0.1 | 0.1 | 0.2 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 |
| Intangibles | 278.0 | 259.1 | 254.4 | 249.7 | 245.0 | 240.3 | 240.3 | 235.6 | 230.9 | 226.2 | 221.4 | 221.4 | 202.6 | 183.8 |
| Goodwill | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 |
| Other Non-Current Assets | 2.5 | 2.5 | 2.7 | 2.8 | 2.9 | 2.6 | 2.6 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 |
| **Total Non-Current Assets** | **510.2** | **502.6** | **501.4** | **496.1** | **491.5** | **496.2** | **496.2** | **491.8** | **494.6** | **497.1** | **495.8** | **495.8** | **491.3** | **490.4** |
| **Total Assets** | **585.4** | **610.7** | **650.1** | **668.1** | **690.6** | **707.5** | **707.5** | **731.6** | **661.8** | **686.2** | **705.0** | **705.0** | **803.8** | **930.3** |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | | |
| Accounts payable and accrued liabilities | 15.1 | 24.3 | 23.9 | 26.8 | 26.2 | 41.9 | 41.9 | 38.8 | 39.5 | 39.0 | 39.4 | 39.4 | 49.8 | 61.5 |
| Accrued payroll and employee-related liabilities | 13.9 | 17.1 | 16.4 | 20.2 | 28.5 | 22.0 | 22.0 | 30.6 | 31.7 | 33.0 | 34.1 | 34.1 | 41.1 | 50.7 |
| Current portion of long-term debt | 0.5 | 2.4 | 3.2 | 44.4 | 44.7 | 46.0 | 46.0 | 47.3 | 47.3 | 47.3 | 47.3 | 47.3 | 47.3 | 47.3 |
| Current portion of income tax payable | 1.7 | 0.0 | 0.0 | 1.2 | 0.0 | 0.0 | 0.0 | 3.4 | 3.4 | 3.4 | 3.4 | 3.4 | 3.4 | 3.4 |
| Deferred Revenue | 2.3 | 2.1 | 1.9 | 3.1 | 3.8 | 4.7 | 4.7 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 |
| Deferred Rent | 0.6 | 1.0 | 0.9 | 1.1 | 0.9 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| **Total Current Liabilities** | **34.1** | **46.9** | **46.3** | **96.8** | **104.2** | **114.8** | **114.8** | **125.7** | **127.5** | **128.3** | **129.9** | **129.9** | **147.3** | **168.6** |
| | | | | | | | | | | | | | | |
| **Noncurrent liabilities** | | | | | | | | | | | | | | |
| Income Tax Payable | 1.9 | 1.7 | 1.7 | 1.7 | 1.7 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 |
| Long Term Debt | 82.7 | 204.9 | 243.5 | 202.5 | 201.3 | 198.8 | 198.8 | 196.3 | 155.1 | 154.6 | 154.1 | 154.1 | 142.8 | 125.7 |
| Deferred rent | 1.8 | 1.8 | 1.9 | 2.2 | 2.3 | 2.2 | 2.2 | 2.3 | 2.3 | 2.3 | 2.3 | 2.3 | 2.3 | 2.3 |
| Accrued payroll and employee-related liabilities | 0.0 | 0.0 | 0.0 | 0.9 | 1.7 | 2.6 | 2.6 | 2.6 | 2.6 | 2.6 | 2.6 | 2.6 | 2.6 | 2.6 |
| Other long-term payable | 0.0 | 0.5 | 0.5 | 0.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred tax liabilities | 66.2 | 57.5 | 57.5 | 55.3 | 54.6 | 50.9 | 50.9 | 50.9 | 50.7 | 50.7 | 44.1 | 44.1 | 37.5 | 30.9 |
| **Total Noncurrent Liabilities** | **152.5** | **266.3** | **305.0** | **263.3** | **261.7** | **257.5** | **257.5** | **255.1** | **213.8** | **213.3** | **206.2** | **206.2** | **188.2** | **164.5** |
| **Equity** | | | | | | | | | | | | | | |
| Preferred Stock | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Noncontrolling Interest | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Equity** | **398.7** | **297.5** | **298.8** | **308.0** | **324.8** | **335.1** | **335.1** | **350.8** | **320.5** | **344.6** | **368.9** | **368.9** | **468.3** | **597.2** |
| **Total Liabilities + Equity** | **585.4** | **610.7** | **650.1** | **668.1** | **690.6** | **707.5** | **707.5** | **731.6** | **661.8** | **686.2** | **705.0** | **705.0** | **803.8** | **930.3** |

Sources: Company filings and William Blair Equity Research

**Exhibit 27**
**TaskUs, Inc.**
**Statement of Cash Flow**

| Fiscal Year ends December<br>($ in millions except for per share items) | 2018 | 2019 | Mar-20<br>1Q20 | Jun-20<br>2Q20 | Sep-20<br>3Q20 | Dec-20<br>4Q20 | 2020 | Mar-21<br>1Q21 | Jun-21<br>2Q21E | Sep-21<br>3Q21E | Dec-21<br>4Q21E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flows From Operating Activities** | | | | | | | | | | | | | | |
| Net Income | 32.2 | 33.9 | 1.5 | | | | 34.5 | 16.5 | 23.3 | 17.6 | 17.8 | 75.2 | 67.5 | 89.2 |
| Depreciation | 12.2 | 16.3 | 4.7 | | | | 20.1 | 6.2 | 6.8 | 6.8 | 6.9 | 26.8 | 33.5 | 41.7 |
| Amortization of Intangibles | 4.7 | 18.8 | 4.7 | | | | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 18.8 | 18.8 |
| Stock Based Compensation | 0.0 | 0.0 | 0.0 | | | | 0.0 | 0.0 | 3.2 | 6.5 | 6.6 | 16.3 | 31.9 | 39.7 |
| Bad Debt Expense | 0.1 | 0.1 | 1.1 | | | | 2.2 | 0.2 | 0.8 | 0.8 | 0.8 | 2.5 | 3.7 | 4.6 |
| % of Revenue | 0.0% | 0.0% | 1.0% | | | | 0.5% | 0.2% | 0.5% | 0.5% | 0.5% | 0.4% | 0.5% | 0.5% |
| Loss (Gain) on Disposal of Assets | 0.6 | 2.2 | (0.0) | | | | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Amortization of Loan Discounts | 0.1 | 2.5 | 0.0 | | | | 0.5 | 0.1 | 1.6 | 0.0 | 0.0 | 1.8 | 0.0 | 0.0 |
| Unrealized foreign exchange losses for forward contracts | 0.1 | (1.1) | 1.5 | | | | 0.1 | 1.8 | 0.0 | 0.0 | 0.0 | 1.8 | 0.0 | 0.0 |
| Deferred Taxes | (8.2) | (8.8) | 0.0 | | | | (6.5) | 0.0 | (0.2) | 0.0 | (6.6) | (6.8) | (6.6) | (6.6) |
| Changes in operating assets and liabilities: | | | | | | | | | | | | | | |
| (Increase) / Decrease in Accounts Receivable | | (13.0) | (9.8) | | | | (32.0) | (6.1) | (16.0) | (1.0) | (1.8) | (24.9) | (35.9) | (36.9) |
| Increase / (Decrease) in Accounts Payable | | (2.1) | (0.4) | | | | 13.5 | 0.5 | 0.7 | (0.5) | 0.4 | 1.1 | 10.4 | 11.6 |
| Increase / (Decrease) in Accrued Payroll | | 2.6 | (0.5) | | | | 6.7 | 8.8 | 1.1 | 1.3 | 1.1 | 12.2 | 7.0 | 9.6 |
| (Increase) / Decrease in Other Working Capital | (64.3) | (7.7) | (0.6) | | | | (0.2) | 7.2 | (1.2) | (0.1) | (0.4) | 5.5 | (8.4) | 2.9 |
| **Cash Flow from Operating Activities** | **(22.4)** | **43.8** | **2.054** | | | | **58.9** | **39.9** | **24.9** | **36.2** | **29.4** | **130.3** | **122.0** | **174.6** |
| **Cash Flows From Investing Activities** | | | | | | | | | | | | | | |
| Purchase of Property, Plant, and Equipment | (22.9) | (20.0) | (8.6) | | | | (28.9) | (10.1) | (14.4) | (14.1) | (10.4) | (48.9) | (47.9) | (59.5) |
| % of Revenue | -9.0% | -5.6% | -8.4% | | | | -6.0% | -6.6% | -8.8% | -8.6% | -6.3% | -7.6% | -6.0% | -6.0% |
| Payment for acquisition | (298.9) | 0.0 | 0.0 | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Cash Flow from Investing Activities** | **(321.8)** | **(20.0)** | **(8.6)** | | | | **(28.9)** | **(10.1)** | **(14.4)** | **(14.1)** | **(10.4)** | **(48.9)** | **(47.9)** | **(59.5)** |
| **Cash Flows From Financing Activities** | | | | | | | | | | | | | | |
| Dividends | 0.0 | (135.0) | | | | | 0.0 | 0.0 | (50.0) | 0.0 | 0.0 | (50.0) | 0.0 | 0.0 |
| Capital Increase | 0.0 | 0.0 | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net Change in Borrowings | 81.9 | 122.2 | 39.4 | | | | 37.0 | (1.3) | (42.8) | (0.5) | (0.5) | (45.1) | (11.4) | (17.1) |
| Other Financing Activities | 268.6 | 0.0 | | | | | 0.0 | 0.0 | (6.9) | 0.0 | 0.0 | (6.9) | 0.0 | 0.0 |
| **Cash Flow from Financing Activities** | **350.5** | **(12.8)** | **39.4** | | | | **37.0** | **(1.3)** | **(99.7)** | **(0.5)** | **(0.5)** | **(102.0)** | **(11.4)** | **(17.1)** |
| Effect of exchange rate changes on cash | (0.3) | 1.3 | 0.4 | | | | 3.2 | (0.7) | 0.0 | 0.0 | 0.0 | (0.7) | 0.0 | 0.0 |
| Increase / (Decrease) in Cash and Cash Equivalents | 6.0 | 12.3 | 33.2 | | | | 70.2 | 27.8 | (89.1) | 21.6 | 18.5 | (21.2) | 62.8 | 98.0 |
| Cash and Cash Equivalents - Opening Balance | 19.3 | 25.3 | 37.5 | | | | 37.5 | 107.7 | 135.5 | 46.4 | 68.0 | 107.7 | 86.5 | 149.3 |
| Cash and Cash Equivalents - Closing Balance | 25.3 | 37.5 | 70.7 | | | | 107.7 | 135.5 | 46.4 | 68.0 | 86.5 | 86.5 | 149.3 | 247.3 |

Sources: Company filings and William Blair Equity Research

William Blair

The prices of the common stock of other public companies mentioned in this report follow:

| | |
|---|---|
| Accenture Plc (Outperform) | $300.00 |
| Blackstone Group Inc. (Not Rated) | $97.11 |
| Cognizant Technology Solutions Corporation (Outperform) | $69.84 |
| Coinbase Global, Inc. | $241.44 |
| Concentrix Corporation | $159.97 |
| Conduent, Inc. | $7.38 |
| DoorDash, Inc. (Outperform) | $180.59 |
| DXC Technology Co. | $40.39 |
| ExlService Holdings, Inc. (Outperform) | $106.89 |
| Facebook, Inc. (Outperform) | $354.39 |
| Genpact Limited (Outperform) | $45.73 |
| Netflix, Inc. (Outperform) | $533.54 |
| Oscar Health, Inc. | $21.25 |
| SYNNEX Corporation | $122.05 |
| Telus International (Outperform) | $30.45 |
| TTEC Holdings, Inc. (Outperform) | $102.47 |
| Uber Technologies, Inc. (Outperform) | $50.59 |
| WNS (Holdings) Limited (Outperform) | $80.41 |
| Zoom Video Communications, Inc. (Outperform) | $386.48 |

32 | Maggie Nolan, CPA  +1 312 364 5090

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate was a manager or co-manager of a public offering of equity securities for TaskUs, Inc. within the prior 12 months.

William Blair or an affiliate is a market maker in the security of TaskUs, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from TaskUs, Inc. or an affiliate within the next three months.

William Blair or an affiliate received compensation for investment banking services or non-investment-banking services from TaskUs, Inc. within the last 12 months. TaskUs, Inc. is or was, within the last 12 months, an investment banking client of William Blair & Company and/or one or more of its affiliates.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of TaskUs, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Maggie Nolan attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 34786.40
S&P 500: 4352.34
NASDAQ: 14639.30





Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of July 6, 2021):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 76 | Outperform (Buy) | 29 |
| Market Perform (Hold) | 23 | Market Perform (Hold) | 11 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

33 | Maggie Nolan +1 312 364 5090

William Blair

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2021, William Blair & Company, L.L.C. All rights reserved.

*All statements in this report attributable to Gartner represent William Blair's interpretation of data, research opinion or viewpoints published as part of a syndicated subscription service by Gartner, Inc., and have not been reviewed by Gartner. Each Gartner publication speaks as of its original publication date (and not as of the date of this report). The opinions expressed in Gartner publications are not representations of fact, and are subject to change without notice.*
*Any statements in this report that are attributable to IDC Research, Inc. ("IDC") represent William Blair's interpretation of data, research opinion or viewpoints published as part of a syndicated subscription service by IDC and have not been reviewed by IDC. IDC's research is current as of the date IDC published it, not the date that William Blair's reports are published. Further, IDC's research contains IDC's opinion, not representations of fact, and are subject to change without notice.*

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

*William Blair*

# Equity Research Directory

**John F. O'Toole, Partner    Manager and Director of Research    +1 312 364 8612**
**Kyle Harris, CFA, Partner    Operations Manager    +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner    +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants,*
*Automotive/E-commerce*

**Jon Andersen, CFA, Partner    +1 312 364 8697**
*Consumer Products*

**Dylan Carden    +1 312 801 7857**
*Consumer Technology, Specialty Retail*

**Daniel Hofkin    +1 312 364 8965**
*Hardlines, Specialty Retail*

**Ryan Sundby, CFA    +1 312 364 5443**
*Outdoor and Recreation*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner    +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers,*
*Property & Casualty Insurance*

**Robert Napoli, Partner    +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA    +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt    +1 312 364 8106**
*Financial Services Distributors, Property & Casualty Insurance*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner    +1 415 248 2870**
Group Head–Biotechnology
*Biotechnology*

**Andy T. Hsieh, Ph.D.    +1 312 364 5051**
*Biotechnology*

**Myles R. Minter, Ph.D.    +1 312 364 5283**
*Biotechnology*

**Matt Phipps, Ph.D.    +1 312 364 8602**
*Biotechnology*

**Raju Prasad, Ph.D.    +1 312 364 8469**
*Biotechnology*

### Healthcare Technology and Services

**Ryan Daniels, CFA, Partner    +1 312 364 8418**
Co-Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**John Kreger, Partner    +1 312 364 8597**
Co-Group Head–Healthcare Technology and Services
*Distribution, Outsourcing, Pharmacy Benefit Management*

**Margaret Kaczor, CFA, Partner    +1 312 364 8608**
*Medical Technology*

### Life Sciences

**Brian Weinstein, CFA, Partner    +1 312 364 8170**
Group Head–Life Sciences
*Diagnostics, Life Science Tools, Medical Technology*

**Matt Larew    +1 312 364 8242**
*Healthcare Delivery, Life Science Tools*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Nick Heymann    +1 212 237 2740**
Co-Group Head–Global Industrial Infrastructure
*Multi-industry*

**Larry De Maria, CFA    +1 212 237 2753**
Co-Group Head–Global Industrial Infrastructure
*Capital Goods*

**Louie DiPalma, CFA    +1 312 364 5437**
*Aerospace, Defense, and Government Software*

**Brian Drab, CFA, Partner    +1 312 364 8280**
*Industrial Technology*

**Ryan Merkel, CFA    +1 312 364 8603**
*Building Products, Specialty Distribution*

## GLOBAL SERVICES

**Tim Mulrooney    +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA    +1 312 364 8689**
*Consulting, HR Technology, Information Services*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner    +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Bhavan Suri, Partner    +1 312 364 5341**
Co-Group Head–Technology, Media, and Communications
*IT Services, Software, Software as a Service*

**Arjun Bhatia, CPA    +1 312 364 5696**
*Software as a Service*

**Jim Breen, CFA    +1 617 235 7513**
*Internet Infrastructure and Communication Services*

**Jonathan Ho, Partner    +1 312 364 8276**
*Cybersecurity, Security Technology*

**Kamil Mielczarek, CFA    +1 212 237 2714**
*Software*

**Maggie Nolan, CPA    +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA    +1 312 364 8694**
*Software as a Service*

**Ralph Schackart III, CFA, Partner    +1 312 364 8753**
*Digital Media, Internet*

**Stephen Sheldon, CFA, CPA    +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler    +1 212 237 2755**
*Software, Software as a Service*

**Alessandra Vecchi    +1 212 237 2764**
*Semiconductors/Wireless*

## ECONOMICS

**Richard de Chazal, CFA    +44 20 7868 4489**

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA    +1 312 364 8540**
**Audrey Majors, Editor and SA    +1 312 364 8992**
**Beth Pekol Porto, Editor and SA    +1 312 364 8924**
**Lisa Zurcher, Editor and SA    +44 20 7868 4549**

**APPLICATION SOFTWARE EQUITY RESEARCH**

**BTIG**

# TaskUs, Inc.
# (TASK, Buy, $45 PT)

July 8, 2021

Help Me, Help You. Initiating Coverage of TaskUs, Inc. with a Buy Rating and $45 Price Target

Matt VanVliet, CFA
(212) 738-6160  mvanvliet@btig.com

Rachel Freeman, CFA, MSc
(212) 527-3566  rfreeman@btig.com

## WHAT YOU SHOULD KNOW:

**We are initiating coverage of TaskUs with a Buy rating and $45 price target.** TaskUs is an emerging leader of modern, tech-enabled services, primarily operating as a Business Process Outsourcing (BPO) provider. Leading tech and other digital-native businesses increasingly turn to TaskUs to help lead major transformational projects across CX and other next-gen demands. TaskUs helps build and operate complex bespoke systems that require heavy manual services components for clients that complement the core competencies of digital disruptors. By outsourcing the services work to TaskUs, its clients focus on providing next-gen technology and TaskUs manages the employees and workflows.

- Tech giants and next-gen disruptors continue to radically change how consumers and businesses conduct daily operations, but this change has also brought a departure from legacy customer service and support strategies. Digital-native tech firms are not in the business of employing large teams of services workers conducting highly manual processes. This has opened the door for TaskUs to take on a long list of critical tasks from these companies as a preferred outsourced service provider.

- **Exposure to high tech growth without the regulatory scrutiny and premium multiples.** The TaskUs customer base is made up of the who's who of global tech and high-growth digital disruptors, and TASK shares represent a value approach to investing in the growth of the industry, in our view. The company has generated a three-year revenue CAGR of 60% with solid 22%-plus EBITDA margins, and we expect strong future growth. This is likely to be comprised of annual contributions from new logo growth of 8%–10%, organic growth of existing projects in scale and scope to contribute 10%–15%, and cross-sell of new projects at existing customers of 5%–15%. This provides a blended growth of 20%–30% per annum for the next several years without an overreliance on any single revenue stream.

- **TAM of over $100bn+, consisting of various next-gen, high demand service offerings that require purpose-built systems and business units.** Many current and potential customers rely heavily on innovative technology and disrupting legacy industries with digital processes, and many of these companies are inherently averse to operating and managing highly manual and headcount-intensive processes, choosing instead to outsource to BPOs. TaskUs is a preferred partner due to its expertise and proven ability to quickly and effectively scale to the significant demands of its customers.

- **Land and Expand model working with 125% Net Revenue Retention.** TaskUs currently has 100+ clients with expectations to grow new logos in high-single-digit range coupled with ~125% Net Revenue Retention (2018-2020 avg). Customer NPS of 75 has been major driver of significant expansion at existing clients as well as investments in advanced capabilities and highly efficient processes.

- **Valuation:** Our price target of $45 is based on shares trading at 23.5x EV/2022 EBITDA, which is slightly below the current business services group average, to account for the smaller scale of the company relative to its larger competitors.

| Company Data | |
|---|---|
| Closing Price | $31.21 |
| Price Target | $45.00 |
| Market Cap (M) | $3,036.42 |
| Enterprise Value (M) | $2,985.00 |
| Shares Out (M) | 97.29 |
| Avg Daily Vol-3 Months (M) | 1.08 |

| Revisions | Previous | Current |
|---|---|---|
| Rating | – | Buy |
| Price Target | – | $45.00 |
| FY21E EPS | – | 1.30 |
| FY22E EPS | – | 1.05 |
| FY21E REV | – | 643.00 |
| FY22E REV | – | 802.50 |

| EPS (Adjusted) | | | |
|---|---|---|---|
| FY Dec | 2020A | 2021E | 2022E |
| Q1 | 0.16 | 0.37A | 0.21 |
| Q2 | 0.25 | 0.33 | 0.26 |
| Q3 | 0.32 | 0.30 | 0.29 |
| Q4 | 0.28 | 0.30 | 0.29 |
| **FY EPS** | **1.01** | **1.30** | **1.05** |
| FY P/E | 30.9x | 24.0x | 29.7x |

| Revenue (M) | | | |
|---|---|---|---|
| FY Dec | 2020A | 2021E | 2022E |
| Q1 | 102.43 | 152.87A | 178.50 |
| Q2 | 114.40 | 162.50 | 199.00 |
| Q3 | 122.42 | 163.00 | 209.50 |
| Q4 | 138.79 | 164.63 | 215.50 |
| **FY REV** | **478.05** | **643.00** | **802.50** |
| FY EV/S | 6.2x | 4.6x | 3.7x |
| FY P/S | 6.4x | 4.7x | 3.8x |

Source: FactSet, BTIG Estimates and Company Documents reported as $ currency.
**FY** = Fiscal Year **CY** = Calendar Year

PLEASE READ: IMPORTANT DISCLOSURES AND ANALYST'S CERTIFICATION APPEAR IN APPENDIX    WWW.BTIG.COM

APPLICATION SOFTWARE EQUITY RESEARCH

## Investment Thesis

TaskUs is one of the leading tech-enabled services organizations for the high tech industry, providing key functionality and scale across customer experience and success, content security and compliance, and an emerging AI enablement practice. The majority of its customer base are digital-native, technology providers that are disrupting major global verticals and TaskUs provides the headcount and processes for important high-touch, manual workflows supporting those organizations' core tech ops and key value drivers. Growth for TaskUs is tightly correlated to the growth of its customers driven by expanded scope of existing projects from organic growth as well as new contracts with existing and net-new customers. The high value of the projects delivered generates a strong margin profile relative to other competitors that compete more aggressively on cost reduction and leverage through scale rather than expertise.

## Upcoming Catalysts

Geographic expansion in Europe, Latin America, and additional areas of North America.

Increased regulatory scrutiny of tech firms resulting in additional usage of third-party services to ensure objectivity and compliance with various regulations.

## Base Case Assumptions: $45 Price Target

Maintaining nearly 25% growth over the next few years from ongoing success in net revenue expansion at existing customers.

Improving margin trends and solid FCF generation.

Mid-single digit net-new logo growth.

## Upside Scenario

Reacceleration of net revenue retention with greater expansion at existing customers and minimal churn.

Increased net-new logo growth from ongoing regulatory burden and increased focus on digital CX initiatives.

Revenue growth remains above 30% for several years resulting in outsized EBITDA margin gains and better FCF conversion.

## Downside Scenario

Contract reductions and limited expansion deals at existing customers causes net revenue retention rates to dip, resulting in margin compression.

Net-new logo growth slows amid increased competition from global systems integrators being more aggressive around price and packaged offerings.

## Price Performance



TASK
S&P 500 (rebased)
Source: FactSet

## Company Description

TaskUs is a leading digital outsourcer, focused on serving high-growth technology companies. The company helps its clients support their end customers' needs in an increasingly-complex compliance landscape, by handling critical tasks in the digital world. As of December 31, 2020, TaskUs had over 100 clients spanning numerous industry segments within the Digital Economy, including social media, e-commerce, gaming, streaming media, food delivery and ride sharing, HiTech, FinTech and HealthTech.



**APPLICATION SOFTWARE EQUITY RESEARCH**

## Investment Highlights

**TaskUs is a digital outsourcer and BPO (Business Process Outsourcing) partner focused on serving high-growth technology companies.** Its core industry verticals served are projected to grow 12%–26% annually based on industry analysts' projections through 2023.

**Omni-channel delivery model is focused on providing three key services:** Digital Customer Experience, Content Security and AI operations. Each is a rapidly growing area of investment across the enterprise but often have very industry- and / or company-specific elements that make out-of-the-box SaaS solutions difficult to implement or effectively generate near-term ROI.

**Strategic talent sourcing.** TaskUs currently has ~27,500 employees across 18 locations in eight countries. The company balances proximity to clients and contract demands with low-cost geographies with a talent pool capable of meeting those requirements. TaskUs has effectively located its operations in second and third tier cities in many regions to control costs and avoid direct competition with larger BPOs. This has been critical to very high employee satisfaction scores (eNPS of 72 and <15% voluntary turnover).

**TAM of over $100bn+, consisting of various next-gen, high demand service offerings that require purpose-built systems and business units.** Many current and potential customers rely heavily on innovative technology and disrupting legacy industries with digital processes, and many of these companies are inherently averse to operating and managing highly manual and headcount-intensive processes, choosing instead to outsource to BPOs.

**Land and Expand model.** TaskUs currently has 100+ clients with expectations to grow new logos in high-single digit range coupled with ~125% Net Revenue Retention (2018-2020 avg). Customer NPS of 75 has been major driver of significant expansion at existing clients as well as investments in advanced capabilities and highly efficient processes.

## Investment Risks

**Revenue concentration.** TaskUs has a handful of very large customers with 56% of 2020 revenue from its top five clients, including 32% of revenue from its largest client. This is declining over time as new growth is increasingly from new logos and smaller existing clients. However, the loss of some or all of its business with any of its key clients could have a material adverse effect on its financials (top 10 customers accounted for 2018-2020 revenue share of 69%, 74%, 68%).

**Project-based contracts.** TaskUs commitments from clients are most often via contracts of 1-3 years in length, typically with automatic renewal provisions. However, some contracts allow clients to terminate contracts (with advance notice) even before completion or choose not to renew them, which could pressure growth and margins.

**TaskUs relies on building its technology infrastructure, data, and operational systems using equipment and systems from various external parties to deliver its mandates.** Unauthorized or improper access of sensitive information or cybersecurity breaches and incidents, could result in financial liability and harm the reputation of TaskUs. Any errors or failure to meet expectations outlined in contracts could result in claims for substantial damages against the company.

**Competition remains significant and continues to increase in many of the markets in which TaskUs operates.** Much of the competition is from companies that rely on competitive pricing pressure to win business. TaskUs focuses on innovative ways to meet evolving business demands to avoid competing on price, but may not be able to sustain that positioning in future years as competition invests in technology as well as headcount.

**International operations are critical (56% of 2020 revenue was from work in the Philippines; 36% from the US; 8% from ROW).** Geopolitical risks in the Philippines around political instability, natural disasters, and health and security threats could cause major disruptions to TaskUs operations. Additionally, the resulting impacts to global currencies could impact profitability as the vast majority of TaskUs revenues are in USD while costs are mostly in local currencies, including the Philippine Peso, Indian Rupee, Mexican Peso, Euro and Taiwanese Dollar.

## Valuation

We are initiating coverage on TaskUs, Inc (TASK) shares with a Buy rating and $45 PT, which is 23.5x our CY22 EBITDA estimate. This is near the lower-end of current multiples for the business services peer group which appropriately accounts for TaskUs as a relatively nascent company with sub-scale global coverage. We believe this is a conservative approach to future growth expectations and projected investments ahead of additional market share gains, which could prove to undervalue the company in the long run, but given its brief time as a public company represents our most likely fair value scenario.

APPLICATION SOFTWARE EQUITY RESEARCH

BTIG

## Market Size and Opportunity

The global outsourcing market has been growing 8%-10% per year over the last decade or more, and as more industries are disrupted by digital-native firms, the opportunities for tech-enabled services partners is growing at an even faster rate. The majority of large companies expect to increase outsourcing post-COVID, especially for functions like digital customer experience, that have taken on a rapidly increasing importance as e-commerce mix has jumped significantly across nearly every industry. More importantly, as tech companies displace legacy providers of numerous goods and services, the desire of those tech firms to employ armies of people to handle highly manual tasks is significantly lower than the legacy firms. The benefit possessed by the tech firms is typically significantly higher margin profile which can then support outsourcing those functions while still maintaining superior margins. This has helped create a Total Addressable Market (TAM) opportunity for TaskUs that is estimated to be >$100bn, consisting of the following major service offerings:

### Digital Customer Experience - omni-channel customer care solutions primarily focused on digital channels such as e-mail, app, and social media platforms

We are continuing to see an increased focus on Customer Experience (CX) within the enterprise world, and our recent industry checks point to CX having moved up on the priority list for organizations in a much more dramatic way than what we've seen in the past (e.g, Gartner's last Board of Directors survey found that the number one expected investment in digital technology is the enhancement of customer engagement, and its last CEO survey found that customer experience is the first thing that comes to mind when executives think about digital business — these are both a first for Gartner's research). In today's environment where switching costs are extremely low (59% of Americans will walk away from a brand they love after several bad experiences and 17% after just one bad experience), companies are no longer viewing CX as a cost center, but rather as a critical growth and retention lever. IDC estimates that global customer care outsourcing services spend was **$77bn in 2020**. The digital customer experience market is projected to grow at a 20-25% CAGR from 2018 to 2021 (Everest Group).

### Content Security - review and removal of user and advertiser-generated content which violate terms of service and other client policies

The rise of social media and other community apps has led to an explosion of user-generated content - every day, users upload millions of Facebook (FB, Not Rated) photos and Instagram stories, along with days' worth of YouTube videos (GOOGL, Not Rated). This has subsequently led to a significant increase in targeted advertising. Managing this user and advertiser generated content is critical for maintaining compliance with platform policies, government regulations and advertiser standards. JC Market Research estimates that the content moderation solutions market was **$5.3bn in 2020**. Everest Group estimates that the market will grow at a CAGR of 40-50% from 2016 to 2021.

### Artificial Intelligence (AI) Operations - data annotation and transcription services to train and tune AI algorithms

The development of AI technologies requires large sets of annotated data that must be refined through ongoing manual training. As a result, the AI services market (which includes data labelling and algorithm training) has expanded significantly as AI use cases continue to evolve. IDC predicts that the worldwide AI services market will grow from **$18.4bn in 2020** to $37.8bn in 2024 (20% CAGR over the four-year period).

APPLICATION SOFTWARE EQUITY RESEARCH

**Figure 1 - Projected Growth CAGRs of TaskUs Markets by Service Offering**



*Source: Company reports*

TaskUs' strategy is to target the intersection of these high-growth service offerings across attractive digital economy verticals, including food delivery, on-demand transport, eCommerce, mobile gaming, streaming services, digital health, fintech and social media. The vertical markets TaskUs is prioritizing are projected to grow at an unweighted CAGR of 18% from 2019-2023, based on industry analysts.

**Figure 2 - Projected Growth CAGRs of TaskUs Markets by Vertical**



*Source: Company reports*

**BTIG**

APPLICATION SOFTWARE EQUITY RESEARCH

We see a few key tailwinds to the market opportunity for TaskUs:

**Exclusive focus on the rapidly growing Digital Economy.** In 2020, technology companies represented 66% of the total market cap of the world's twenty most highly valued public companies, up from just 16% in 2010. In the private markets, there were more than 580 unicorns in 2020 vs. 80 unicorns in 2015. This radical growth is being led by the Digital Economy, and new and emerging digital trends continue to expand the market landscape. TaskUs' exclusive focus on serving high-growth technology companies allows the company to benefit from and participate in the rapid growth of the Digital Economy, while at the same time remaining diversified to any particular industry segment.

**Outsourcing spend accelerating (particularly for tech companies).** We expect the global pandemic to drive incremental outsourcing spend going forward given that it demonstrated to many organizations that the physical location of employees (or whether they are employed directly or by an outsourced partner) is less important than previously thought. According to a recent survey of more than 200 business leaders and decision-makers, 52% of respondents with 1k to 10k employees and 61% of respondents with 10k to 50k employees planned to outsource for the first time or increase the use of outsourcing in 2021. We expect this trend to emerge even more prominently in the case of technology companies, as this group was already driving outsized growth within the overall outsourcing industry prior to the pandemic. Tech companies are often averse to operating and managing highly manual and headcount-intensive processes, choosing instead to outsource to BPOs so that they can focus on growing their core offerings. We expect to see tech companies increasingly adopt outsourcing solutions, and at earlier stages of their lifecycles.

## Business Overview

TaskUs was founded in 2008 by two high school friends, Bryce Maddock and Jaspar Weir, and $25,000 in savings. When it started, the company was essentially a virtual assistance business - people would contact them looking to outsource a task and TaskUs would reach out to call centers, hiring someone to do the jobs as needed. The pair initially hired people across many different countries and the business model was largely focused on individuals, which led to logistical issues and left little room for growth. After realizing the best returns were coming from the Philippines, they set up a small office in the country with 5 employees, deciding to refocus the company in one centralized space. They also decided to target startups that had a potential to grow, rather than individuals. Within three months of this pivot, TaskUs had an order from a fast-growing startup that needed 100 people to take on a voice mail transcription project.

**Figure 3 - TaskUs Company History**

Source: Company filings.

APPLICATION SOFTWARE EQUITY RESEARCH

Today, the company has 27,500 employees globally supporting the outsourced customer service and back-office needs of the world's most disruptive companies. TaskUs provides solutions across three key service offerings: Digital Customer Experience (63% of 2020 revenue), Content Security (27% of 2020 revenue) and AI Operations (10% of 2020 revenue). Employees work across eighteen locations in eight countries (Philippines, US, Mexico, Taiwan, India, Greece, Ireland and Colombia). The Philippines is the largest off-shore market with approximately 19,190 employees, or 70% of total employees, and 56% of revenue in 2020 coming from work performed in the country.

**Figure 4 - TaskUs Headcount as of March 2021**



*Source: Company filings. Note: headcount numbers are approximate.*

**TaskUs is not your typical BPO.** TaskUs was able to break into the highly competitive outsourcing market in part by focusing on a very specific market: young startups that care about having a good cultural fit enough to pay a bit more for it. To this day, culture remains a key differentiator for TaskUs - the company invests heavily in its employees' wellbeing and happiness, fueling their drive and helping them excel. In 2020, its employee net promoter score (eNPS) was 72, and 79% of employees who participated rated the company 9 or 10 on a scale of 10. Glassdoor ranked TaskUs number 40 on its 2019 Best Places to Work list among US employers with at least 1k employees, and the company is rated 4.7 out of 5.0 on Glassdoor (up from 4.6 in March 2021). But why is this important? TaskUs believes that vendor company culture is the number one selection criteria when digital economy companies evaluate outsourcing vendors. This has become increasingly relevant as customers increasingly desire and expect a personal experience and connection with a brand. TaskUs is set to continue benefiting from this trend given its unique positioning as a next-generation outsourcer that can act as an extension of its clients' brands. The company believes its culture focused on employee engagement and satisfaction has been a key factor in closing deals, and that clients choose TaskUs in part because: 1) they view the company culture as aligned with their own, and 2) they are confident in TaskUs' ability to represent, protect and grow their brands. Alongside the customer acquisition benefits, TaskUs' focus on culture has also led to an increased ability to attract talent, as well as low attrition relative to the industry average. As a result, TaskUs' team of tenured and engaged employees deliver better and more consistent results, minimizing employee cost and improving profitability.

**TaskUs allows high-growth tech companies to focus on their core business.** High-growth technology companies within the Digital Economy are the exclusive focus of TaskUs' business (vs. most of its competitors who view technology as one of many client verticals). These high growth companies are focused on developing new products or services and often lack the desire, expertise, scale and/or geographic presence to build the operational infrastructure to support their growth. TaskUs is able to support the growth of its innovative clients by providing technology-enabled outsourcing solutions purpose-built for the Digital Economy. It delivers human capital, process expertise, and technologies to meet clients' outsourcing needs, and today is the outsourcing partner of choice for many of the most disruptive brands in the world.

**TaskUs customers: who are they?** At the end of 2020, TaskUs had over 100 clients spanning numerous industry segments within the Digital Economy, including social media, e-commerce, gaming, streaming media e.g., Netflix (NFLX, Not Rated), food delivery

APPLICATION SOFTWARE EQUITY RESEARCH

and ride sharing e.g., Uber (UBER, Buy, $80 PT - Analyst: Jake Fuller), HiTech e.g., Zoom (ZM, Buy, $495 PT), FinTech e.g., Coinbase (COIN, Buy, $500 PT - Analyst: Mark Palmer) and HealthTech e.g., Oscar Health (OSCR, Not Rated). Customers include three of the top four social media sites, the top audio and top video streaming service provider, three of the top four food delivery apps and over a dozen disruptive FinTech companies. Its top ten and twenty clients accounted for 68% and 81% of revenue for FY20, respectively. Its largest client, Facebook, generated 32% and 35% of its revenue for FY20 and FY19, respectively. Its second largest client, DoorDash (DASH, Neutral - Analyst: Jake Fuller), generated 12% and 11% of its revenue for FY20 and FY19. TaskUs ended 2020 with 72 clients generating $500k+/year in revenue, vs. 57 clients in 2019. Average net retention rate was 125% in 2018-2020.

**Figure 5 - TaskUs Clients by Vertical as of Dec. 31, 2020**



Source: Company filings.

**Vertical GTM model drives TAM expansion, new customer acquisition and long-term growth.** TaskUs has a strong track record of identifying attractive industry segments in their infancy, and winning marquee clients. A good example of this is TaskUs' success in establishing and building out its FinTech market segment: 1) in 2017 it identified digital banking as a major driver of digital outsourcing growth; 2) it attended industry conferences and engaged leaders; 3) won a crypto firm and used it to build qualifications and references; 4) grew with the crypto client, then picked up two digital banks as clients, one online lender and one online brokerage; 5) learned KYC and AML space, fraud detection and loan processing, and found operators to move up-market into higher value services; and 6) added subject matter expertise with new leadership capabilities. Between 2017 and 2020, TaskUs achieved a FinTech revenue CAGR of 113%. TaskUs continues to identify and target high growth industry markets and clients via its consistent verticalized approach; it also is actively working to expand and move up-market across current industry verticals (and sub-verticals).

**Strong track record of sales wins across new clients...** TaskUs works with a broad range of clients in different stages of their lifecycle, ranging from start-up companies to established public companies. However, it is important to emphasize that for new customers, TaskUs targets high-growth, agile companies that plan to scale rapidly, but either would have a hard time or are not interested in scaling from an employee headcount basis given the respective size of their business (e.g., In 2020, TaskUs closed new logo, Zoom, in response to the latter's accelerated business plans as a result of daily meeting participants going from 10m to 300m over the course of a few months). The company's efforts to acquire new customers have greatly benefited from strong brand positioning — from 2018 to 2020, 52% of total new client wins came from referrals or inbound inquiries. TaskUs brought on 36 new clients in 2020 (56% new client win rate for every dollar of opportunity pursued), bringing total customer count to 100+, vs. 27 new clients won in 2019 and 24 in 2018.

**...But existing customer base has been an even larger opportunity (with plenty of runway).** TaskUs' target markets are social media, e-commerce, streaming media, food delivery, ride share and other consumer services disruptors (emerging verticals also being prioritized are gaming, HiTech, FinTech and HealthTech). TaskUs' GTM strategy is somewhat balanced between: 1) acquiring

**BTIG**

APPLICATION SOFTWARE EQUITY RESEARCH

new logos from a fairly established set of companies that falls within these target markets, and 2) finding new opportunities at existing customers. We note that expansion projects at existing customers remains the largest component of net new business (new logos would be secondary, although most of the new logos also expand significantly over time – revenue from TaskUs clients that were clients since 2017 grew by 448% through the end of 2020, based on 29 clients who generated $500k or more in revenue for each of those years). A significant amount of TaskUs business development is spent on efforts to enhance the penetration of current services, as well as cross-sell new services — the company invests heavily in strategic account management and planning in order to capture this opportunity. In 2020, TaskUs' largest client (Facebook) leveraged all three of its primary service offerings and 38 current clients signed new statements of work.

**Figure 6 - New Client Sales Highlights**





*Source: Company filings. *Deal duration reflects the number of days between the creation of an opportunity in our opportunity management system and when a contract is signed.*

**Targeting hyper growth companies allows TaskUs to reap the benefits as clients grow.** TaskUs has positioned itself as a team of "Startup and Scale Specialists" — the company is highly agile in its ability to handle the unique needs of startups, and it is a global leader in helping brands scale headcount and infrastructure. Its clients are often newly funded, youthful companies that face logistical challenges while undergoing rapid growth, and TaskUs offers them a high level of scalability to support that growth. The company's agile and responsive operational model allows it to selectively target high-potential clients who have never outsourced before. Since 2017, over 50 of TaskUs clients trusted TaskUs to be their first outsourcer in its areas of service, driven by an understanding of the company's ability to support their journey from startup to global enterprise. As its clients grow, TaskUs benefits from the increased outsourcing volumes and incremental revenue — between 2017 and 2020, its current clients (with public financials) grew their revenue at a ~40% CAGR; over the same period, TaskUs had a 60% revenue CAGR as it grew with its existing clients and added new clients. Today, TaskUs has 20 clients that are $1bn+ companies, including Zoom, Uber, Netflix, Coinbase and Oscar Health.

**Leader in Content Security.** The recent explosion in user and advertiser generated content has greatly increased the demand and need for content moderation. According to JC Market Research, TaskUs is a top five provider by market share in the Global Content Moderation Solutions market. As of March 31, 2021, TaskUs had approximately 4,000 front line teammates performing work in Content Security dealing with misinformation, offensive content, and critical policy issues. Content Security revenue grew at a CAGR of 157% from 2017 to 2020.

**Expanding geographically.** The majority of TaskUs revenues are derived from contracts with customers who are located in the US, but the company delivers its services from areas outside of the US. The number of clients working with TaskUs in multiple geographies more than doubled from 2017 to 2020, driven by increased demand for multilingual capabilities and global presence by TaskUs' multinational clients and potential clients. In many cases, geographic expansion is driven by specific client requests, and new office locations are usually anchored by a large client (e.g., online gaming client that led the company to Taiwan). TaskUs plans to continue expanding its geographic footprint to drive growth in both existing and new clients, and expects to set up teams in Australia and New Zealand in the future. Although 100% of its growth to-date has been organic, TaskUs is pursuing opportunistic M&A in order to expand into higher-value services and additional capabilities. It intends to opportunistically add

**BTIG**

technical capabilities, including cognitive AI, process automation and efficiency tools. It is also looking at opportunities to expand into more premium services and end markets such as anti money laundering, data and analytics and fraud detection platforms.

**Figure 7 - TaskUs Historical Geographic Expansion**

| Year | Total Sites | Countries Entered | Total Countries |
|---|---|---|---|
| 2017 | 9 | 1 (Mexico) | 3 |
| 2018 | 14 | 1 (Taiwan) | 4 |
| 2019 | 13 | 1 (India) | 5 |
| 2020 | 18(1) | 3 (Greece, Ireland, Colombia) | 8 |

(1)  Colombia operations and employees are currently virtual.

*Source: Company filings.*

**Contract structure and pricing.** Contracts are typically one to three years in length with automatic renewal provisions, but certain contracts may provide for termination at the client's convenience with advance notice. Agreements generally include the number of TaskUs employees to be assigned to a given campaign in each location in which the work is performed and client obligations for providing headcount forecasting and notice in the event of an increase or decrease in volume, among other terms. We emphasize that TaskUs differentiates itself with its agility and responsiveness at scale — the company is purpose built to be able to quickly adjust support in response to clients' changing needs. The company doesn't compete directly on price — its primary focus is not to reduce operating costs. While TaskUs does offer a competitive service, it is not positioned as a low-cost provider; it is more interested in developing long-term partnerships that will drive increased profitability from each customer. We view its service offering as appropriately priced given its more advanced expertise, as well as its ability and willingness to adapt to customers needs and build a complete solution around those needs.

## Product Overview

TaskUs' omni-channel delivery model works across the company's three core offerings – Digital Customer Experience, Content Security and AI Operations. Solutions are primarily delivered through digital channels such as chat, native in-app messaging, SMS, and social channels (96% of revenue in 2020 was delivered from non-voice, digital channels or omni-channel services). The cloud-based technology infrastructure is designed with high-growth companies in mind - clients can quickly get set up so that they can start outsourcing many of their core processes.

### Digital Customer Experience

**Omni-Channel Customer Care**: Protecting and maintaining clients' brands via omni-channel delivery model (primarily non-voice, but even the pure voice work is supported by cloud infrastructure). TaskUs customizes the support experience to the specific client and channel it operates within.

**New Product or Market Launches**: Value-added framework of product and market launch playbooks for clients to use as they navigate critical new growth initiatives.

**Trust & Safety**: TaskUs employees perform the critical support needed to protect end users, detect and eliminate fraud, address unwanted user activity, and manage regulatory compliance.

**Customer Acquisition**: TaskUs supports lead research, lead generation, appointment setting, new customer outreach and activation, retention, and advanced customer conversion from free and low cost subscription/product offerings to one of higher value and profitability.

**Voice of the Customer**: TaskUs leverages its access to a wealth of internal and external customer experience data to provide insights and feedback on customer, process and product operations and policies.

### Content Security

TaskUs' End-to-End Content Security capabilities include:

**User Safety:** Moderation of user-generated content across social, gaming, dating, live-streaming and marketplaces intended to increase user safety.

**Platform Integrity:** Managing platform health by identifying and mitigating fraudulent and deceptive practices.

**Business Integrity:** Assessing complex branding and advertising content to monitor compliance, placement and accuracy.

**BTIG**

APPLICATION SOFTWARE EQUITY RESEARCH

**Content Curation:** Reviewing, validating and analyzing data for accuracy, relevance, compliance and product quality.

Other highlights of TaskUs' Content Security offering include:

**TaskUs Resiliency Studio**: A clinician-led and evidence-based psychological health and safety program for employees viewing content, to care for their well-being.

**Global Policy Management**: As a result of government regulations and cultural norms, major social networks must maintain increasingly distinct content policies in different geographies. TaskUs' Content Security organization partners with its clients to apply best practices to policy development and distribution, product design, quality, and training.

**Tools and Innovation**: TaskUs partners with its clients to customize the tool sets used by employees providing Content Security services / develop proprietary technology to improve productivity and accuracy.

## Artificial Intelligence Operations

TaskUs first began supporting AI applications over a decade ago including next-generation product development efforts such as transcribing voicemail messages for visual voicemail solutions and manually scoring the sentiment of social media posts for social listening tools. Today, its services have increased in sophistication and complexity as AI applications have evolved.

TaskUs' Artificial Intelligence Operations solutions include:

**Data Annotation**: TaskUs builds large sets of training data for its clients by annotating videos, photos, audio clips and text based on their policy specifications.

**Computer Vision**: Algorithms which allow a computer to "see" the world require millions of labeled images. For mission critical applications such as autonomous vehicles these images often must be labeled down to a single pixel.

**Natural Language Processing**: To understand the meaning of phrases, algorithms are trained with large sets of written text that has been annotated based on parts of speech, meaning and sentiment.

**Video Processing:** Combines two distinct training data sets – the audio file must be transcribed and annotated NLP analysis and objects in the image files must be tagged to enable Computer Vision.

**Sensor Processing:** Refining algorithms which make decisions based on sensor data requires annotated sets of sensor data.

## Competitive Analysis

The markets in which TaskUs competes are highly competitive, fragmented and continuously evolving. Competition can best be bucketed into three distinct groups – 1) next generation digital outsourcers, 2) technology service firms with outsourcing offerings, and 3) traditional call center providers. Overall, competitive factors and components generally include service quality, value-added service offerings, industry experience, advanced technological capabilities, global coverage, reliability, scalability, security, price, employee wellness and culture.

**Next generation digital outsourcers:** Providers that deviate from traditional outsourcing offerings (i.e., customer calls) to include a hybrid of technological assistance that focuses primarily on digital channels. Next gen outsourcers provide solutions that are geared toward as-a-service, and customer relationships are viewed as a partnership, with the focus being to deliver value-added strategic solutions above all else (even cost). In today's world, customers are demanding more productivity, speed, mobility and innovation, and next gen digital outsourcers are investing in the latest digital platforms and services for their delivery models, as well as incorporating advanced technology into their solutions. Examples of TaskUs competitors within this group are 24/7 Intouch (Private), Appen (ASX: APX, Not Rated), and TDCX (Private), among others.

**Technology service firms with outsourcing offerings:** Large, multinational IT services and consulting companies that offer BPO services as one of their many offerings. These providers do offer next gen outsourcing solutions, though given the much larger size of the organization, are less agile and slower moving to incorporate advanced technology into their solutions than the pure next gen digital outsourcers. Examples of TaskUs competitors within this group are Accenture (ACN, Not Rated), Genpact (G, Not Rated), Tata Consultancy Services (NSE: TCS, Not Rated) and Cognizant (CTSH, Not Rated), among others.

**Traditional call center providers:** Customer service BPO providers that employ telephony to manage customer interactions using self-service and automated service. These companies often serve hundreds of markets, support numerous languages and dialects from hundreds of contact centers around the world. Multichannel and/or digital services may also be provided, though telephony services is the core offering. These providers will often work with legacy companies to help them with their digital transformation,

APPLICATION SOFTWARE EQUITY RESEARCH

as well as with organizations that lack process and scale. Examples of TaskUs competitors within this group are Teleperformance (EPA: TEP, Not Rated), Telus International (TU, Not Rated), TTEC (TTEC, Not Rated), VXI (Private) and Sutherland (Private), among others.

TaskUs also competes with offshore service providers from lower-cost jurisdictions that offer similar services as TaskUs, niche solution providers that compete with TaskUs in specific geographic markets, industry segments or service areas, and in-house functions of large companies that use their own resources.

## Financial Overview

The company's topline growth is driven by a healthy mix of three key categories: expansion of current projects, new projects at existing customers, and net-new logo acquisition. Over the past few years the mix has skewed toward more revenue coming from existing customers though new projects and growth in scope of current contracts has been relatively evenly split. The three-year revenue CAGR (2017–2020) has been 60%, which is not expected to continue at quite the same level, but is directionally indicative of the high-growth of the industry and the standing of TaskUs as a preffered partner for next-gen demands. Looking ahead at the general growth algorithm, we expect new logo growth to add 8%–10% annually, organic growth of existing projects in scale and scope to contribute 10%–15% annually, and cross-sell of new projects at existing customers to also represent 5%–15% per year. This provides a blended growth of 20%–30% per annum for the next several years without an overreliance on any single revenue stream.

Gross margins in the low-to-mid 40% range are in line or above peers in the industry, despite its smaller scale at this point, which is a clear reflection of the critical nature of the projects that TaskUs is operating and its avoidance of pursuing contract wins simply by being the lowest cost option. Although TaskUs provides superior benefits and compensation (in many cases) to its employees, its strategy to focus on less concentrated areas of low-cost labor markets has provided a competitive differentiation. Examples of this strategy are its offices in the Philippines located in the areas around Manila, rather than the more costly city center, or its San Antonio and Rio Grande Valley offices to effectively service many Austin-based clients as well as others requiring US-based employees. Looking ahead, we are currently projecting relatively flat gross margins over the next few years as we are expecting the company to continue to invest in geographic expansion and additional tech specializations, which will offset the leverage from topline growth that would otherwise be anticipated.

The nature of the customer base being a fairly well-known group of major global tech firms and high-growth digital disruptors, reduces the burden of the sales team to focus more on identifying and winning key opportunities rather than in constant search of new logos to fill the top of the funnel. This manages to keep sales and marketing expenses in the mid-single digit range, and while some additional spending in the short run might help raise the company overall profile, we do not expect the rise to be more than 50–100 bps from the recent 4.5%–5% levels from the past couple years.

General and Administrative expenses comprise the largest operating expense for the company in the 16%–17% range, though the added public company costs and ongoing geographic expansion could see a short-term uptick ahead of anticipated topline growth from those investments. The company currently operates 18 locations across eight different countries with more than 27,500 total employees, which would otherwise necessitate some significant backoffice and overhead expenses. However, the company's geographic strategy to secure major contracts in new areas before investing in real estate or local management has helped protect margins over time. The focus on lower cost markets and even within those suburbn locations or smaller, lower tier cities has always kept expenses lower than peers. Instead, management has consistently invested in delivering a higher quality employee experience with modern office space, above market benefits and valuable perks, that keeps recruiting costs down by typically filling open positions within ~15 days on average rather than keeping a deep bench of underutilized staff as well as very low turnover compared to similar firms.

Operating margins have been in the mid-teens the past couple years, with a steady expansion from 11.5–12% in 2017-18. Looking ahead, we expett modest expansion of 50–100 bps per year as growth initiatives and public company expenses offset topline leverage and overall scale advantages of the business. This results in EBITDA margins in the low-to-mid 20% range which should see similar additional upside moving forward as the capital investments are more aligned with new contract awards and headcount demand as outlined above, rather than planting flags in new locations in hopes of replicating growth seen elsewhere. This is an efficient growth plan, in our view, and one enabled by providing true value-add services and operations rather than simply providing lower cost employees than customers can source themselves.

Free cash flow generation remains solid for a higher growth company at around 4% of revenue in 2020. So while this is less than one-quarter of the adjusted operating margins, we believe the company's investments in geographic expansion and building out newer practice areas is still a strong performance. Looking ahead, we expect the company's cash conversion rate to improve



APPLICATION SOFTWARE EQUITY RESEARCH

further, and we expect its FCF margin to more than double over the next couple years, and continue to climb thereafter in line with operating margin expansion on average.

## Management Overview

**Bryce Maddock, CEO and Director.** Mr. Maddock co-founded TaskUs with Jaspar Weir in 2008. He has served as Chief Executive Officer since 2008 and as a member of the board of directors since October 2018. In his role as Chief Executive Officer, Mr. Maddock leads global operations. Mr. Maddock received a Bachelor of Arts degree in International Business from New York University.

**Jaspar Weir, President and Director.** Mr. Weir co-founded TaskUs with Bryce Maddock in 2008. He has served as President since 2008 and as a member of the board of directors since October 2018. In his role as President, Mr. Weir is focused on leading the company's transformational growth and corporate development. Mr. Weir received a Bachelor of Science degree in Communications from the University of Southern California.

**Jarrod Johnson, Chief Customer Officer.** Mr. Johnson has served as Chief Customer Officer since January 2018 and Senior Vice President of Business Development from October 2016 through December 2017. Prior to joining TaskUs, Mr. Johnson held the position of Senior Vice President, Business Development at FacilitySource, a facility management company, from 2014 to August 2016, Senior Vice President and Group President at Xerox Business Services (formerly Affiliated Computer Services), an enterprises services company, from 2008 to 2014, and multiple positions over 10 years at IBM Corporation from 1999 to 2008. Mr. Johnson received a Master's of Business Administration, Fuqua School of Business, at Duke University and a Bachelor of Arts from Gustavus Adolphus College.

**Balaji Sekar, Chief Financial Officer.** Mr. Sekar has served as Chief Financial Officer since August 2016. Prior to joining TaskUs, Mr. Sekar held the position of Chief Financial Officer of PatientSafe Solutions from August 2015 to July 2016, Chief Financial Officer of Sutherland Healthcare Solutions from July 2013 to July 2015, as well as other senior level positions at Sutherland Global Services. Mr. Sekar received a Master's of Business Administration from the University of Chicago, Booth School of Business, is a Chartered Accountant from India, and received a Bachelor of Commerce from the University of Madras in India.

Non-executive Board Members include: Amit Dixit, Senior MD, Private Equity at Blackstone; Mukesh Mehta, Senior MD, Private Equity at Blackstone; Susir Kumar, Founder and Former Chairman, Intelenet; and Jacqueline Reses, Global Head of Capital at Square.



APPLICATION SOFTWARE EQUITY RESEARCH

## BTIG | RESEARCH & STRATEGY

### Application Software
Analyst: Matt VanVliet, CFA 212-738-6160

| Company Name | Rating | Ticker | Price 7/8/21 | Net Cash/ Sh | TEV ($mn) | TEV / Sales 20A | 21E | 22E | Revenue Growth 19A-'20A | 20A-'21E | 21E-'22E | Oper. Margin 20A | 21E | 22E | P/E 20A | 21E | 22E | P/FCF 20A | 21E | 22E | EV/EBITDA 20A | 21E | 22E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TaskUs | B | TASK | $31.21 | $0.53 | $2,985 | 6.2x | 4.6x | 3.7x | 32.9% | 34.5% | 24.8% | 17.9% | 17.7% | 18.3% | 30.9x | 24.0x | 29.7x | NA | 38.3x | 46.4x | 27.6x | 20.1x | 16.3x |
| Accenture | NC | ACN | $309.15 | $10.17 | $192,976 | 4.2x | 3.7x | 3.4x | 6.6% | 12.2% | 9.0% | 14.9% | 15.2% | 15.3% | 40.3x | 33.9x | 31.0x | 25.5x | 23.7x | NA | 22.3x | 19.6x | 17.8x |
| Cognizant | NC | CTSH | $68.37 | $0.83 | $35,861 | 2.2x | 2.0x | 1.9x | -0.8% | 8.1% | 6.0% | 12.7% | 15.3% | 15.7% | 20.0x | 17.2x | 15.7x | 12.8x | 18.9x | 15.2x | 12.7x | 10.7x | 9.9x |
| EPAM Systems | NC | EPAM | $515.20 | $19.22 | $29,153 | 11.0x | 8.4x | 6.9x | 15.9% | 29.8% | 22.6% | 17.8% | 17.1% | 17.2% | 81.1x | 66.5x | 54.9x | 63.2x | 168.9x | 59.5x | 55.3x | 44.6x | 35.9x |
| ExlService | NC | EXLS | $107.04 | $1.53 | $3,621 | 3.8x | 3.4x | 3.1x | -3.3% | 10.6% | 9.7% | 11.5% | 13.5% | 13.0% | 30.4x | 25.7x | 24.4x | 23.0x | 35.1x | 28.9x | 19.2x | 16.2x | 15.3x |
| Genpact | NC | G | $47.00 | ($7.39) | $10,509 | 2.8x | 2.6x | 2.4x | 5.4% | 7.2% | 9.8% | 11.8% | 12.8% | 13.3% | 22.2x | 20.4x | 18.0x | 18.1x | 20.1x | 18.3x | 15.5x | 14.0x | 12.8x |
| Grid Dynamics | NC | GDYN | $18.99 | $1.93 | $881 | 7.9x | 5.3x | 4.5x | -5.8% | 49.9% | 18.2% | 8.7% | 11.9% | 8.8% | NA | 83.2x | 59.2x | NA | NA | NA | 70.3x | 37.2x | 27.8x |
| Globant | NC | GLOB | $216.11 | $2.46 | $8,793 | 10.8x | 7.7x | 6.3x | 23.5% | 39.4% | 22.6% | 15.2% | 15.6% | 15.9% | 88.2x | 63.6x | 53.0x | NA | NA | NA | 58.2x | 39.6x | 32.3x |
| Perficient | NC | PRFT | $81.57 | ($4.61) | $2,845 | 4.6x | 4.0x | 3.7x | 8.2% | 15.1% | 8.9% | 9.0% | 12.9% | 14.1% | 32.5x | 26.1x | 23.4x | NA | NA | NA | 25.0x | 19.7x | 17.7x |
| WNS ADR | NC | WNS | $80.57 | $2.04 | $3,880 | 4.4x | 4.1x | 3.6x | 0.9% | 8.4% | 11.8% | 15.8% | 15.8% | 16.2% | 28.4x | 27.1x | 23.2x | 22.0x | 24.4x | 23.0x | 18.7x | 18.2x | 15.9x |
| Wipro ADR | NC | WIT | $7.54 | $0.60 | $38,360 | 4.6x | 4.0x | 3.6x | 2.3% | 16.1% | 12.5% | 19.1% | 18.3% | 18.0% | 31.6x | 26.7x | 25.4x | 26.9x | 29.7x | 26.7x | 20.0x | 17.4x | 15.6x |
| **Business Services Group** | | | | | Median: | 4.5x | 4.0x | 3.6x | 3.8% | 13.7% | 10.8% | 13.8% | 15.2% | 15.5% | 31.6x | 26.9x | 24.9x | 23.0x | 24.4x | 24.8x | 21.2x | 18.9x | 16.8x |
| | | | | | Mean: | 5.6x | 4.5x | 3.9x | 5.3% | 19.7% | 13.1% | 13.6% | 14.8% | 14.7% | 41.6x | 39.0x | 32.8x | 27.3x | 45.8x | 28.6x | 31.7x | 23.7x | 20.1x |

B = Buy, N = Neutral, S = Sell, NC = Not Covered, UR = Under Review

Source: Company data, FactSet, BTIG estimates



APPLICATION SOFTWARE EQUITY RESEARCH

**TaskUs**
**Statement of Income**
**$000, except per-share data**

BTIG
Matt VanVliet, CFA
212-738-6160

| $000, except per-share data | FY 2017A | FY 2018A | FY 2019A | Mar-20 1Q20A | Jun-20 2Q20A | Sep-20 3Q20A | Dec-20 4Q20A | FY 2020A | Mar-21 1Q21A | Jun-21 2Q21E | Sep-21 3Q21E | Dec-21 4Q21E | FY 2021E | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | FY 2022E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | $117,288 | $254,209 | $359,681 | $102,429 | $114,400 | $122,425 | $138,792 | $478,046 | $152,871 | $162,500 | $163,000 | $164,629 | $643,000 | $178,500 | $199,000 | $209,500 | $215,500 | $802,500 | $1,000,000 |
| Cost of Revenue (Non-GAAP) | $58,157 | $127,762 | $194,786 | $61,782 | $64,135 | $65,378 | $79,215 | $270,510 | $88,030 | $93,763 | $93,188 | $93,667 | $368,647 | $101,388 | $112,236 | $117,111 | $121,111 | $451,846 | $562,503 |
| GAAP Gross Profit | $59,131 | $126,447 | $164,895 | $40,646 | $50,265 | $57,047 | $59,578 | $207,536 | $64,841 | $68,738 | $69,812 | $70,962 | $274,353 | $77,112 | $86,764 | $92,390 | $94,389 | $350,655 | $437,497 |
| Non-GAAP Gross Profit | $59,131 | $126,447 | $164,895 | $40,646 | $50,265 | $57,047 | $59,578 | $207,536 | $64,841 | $68,738 | $69,812 | $70,962 | $274,353 | $77,112 | $86,764 | $92,390 | $94,389 | $350,655 | $437,497 |
| Total GAAP Operating Expenses | $45,265 | $96,434 | $128,033 | $35,152 | $39,806 | $40,752 | $41,496 | $157,206 | $42,440 | $51,400 | $53,755 | $54,609 | $202,204 | $57,666 | $63,258 | $66,116 | $67,658 | $254,698 | $312,848 |
| Non-GAAP Expenses | | | | | | | | | | | | | | | | | | | |
| Sales and Marketing | $11,544 | $18,519 | $21,381 | $5,437 | $5,398 | $6,174 | $7,207 | $24,215 | $6,661 | $7,313 | $7,661 | $8,231 | $29,866 | $8,925 | $9,950 | $10,475 | $10,775 | $40,125 | $51,469 |
| General and Administrative | $26,572 | $60,392 | $69,249 | $17,757 | $18,520 | $20,765 | $19,452 | $76,495 | $18,672 | $29,250 | $28,036 | $28,152 | $104,109 | $29,253 | $32,039 | $33,520 | $34,305 | $129,117 | $160,406 |
| Depreciation | $7,132 | $12,236 | $16,329 | $4,714 | $5,816 | $3,696 | $5,930 | $20,155 | $6,203 | $6,825 | $6,846 | $6,914 | $26,788 | $7,676 | $8,557 | $9,009 | $9,267 | $34,508 | $42,000 |
| Amortization of Intangibles & Other Expenses | $17 | $5,286 | $2,226 | ($55) | ($50) | $154 | $966 | $1,115 | $27 | $0 | $0 | $0 | $27 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Non-GAAP Operating Expenses | $45,265 | $96,434 | $109,185 | $27,903 | $29,733 | $30,789 | $33,555 | $121,980 | $31,563 | $43,388 | $42,543 | $43,297 | $160,791 | $45,854 | $50,546 | $53,004 | $54,346 | $203,750 | $253,875 |
| GAAP Income from Operations | $13,867 | $30,013 | $36,862 | $5,494 | $10,459 | $16,295 | $18,082 | $50,329 | $22,401 | $17,338 | $16,057 | $16,353 | $72,149 | $19,446 | $23,506 | $26,274 | $26,731 | $95,957 | $124,650 |
| Non-GAAP Income from Operations | $13,867 | $30,013 | $55,710 | $12,743 | $20,532 | $26,258 | $26,023 | $85,555 | $33,278 | $25,350 | $27,269 | $27,665 | $113,562 | $31,258 | $36,218 | $39,386 | $40,043 | $146,905 | $183,623 |
| Total Interest & Other Expense, net | ($177) | $3,364 | $7,145 | $2,241 | $1,937 | $1,483 | $644 | $6,304 | $1,521 | $1,800 | $1,400 | $1,400 | $6,121 | $1,300 | $1,300 | $1,300 | $1,300 | $5,200 | $5,200 |
| Non-GAAP Income Before Tax | $14,044 | $26,650 | $48,566 | $10,502 | $18,595 | $24,775 | $25,378 | $79,251 | $31,757 | $23,550 | $25,869 | $26,265 | $107,441 | $29,958 | $34,918 | $38,086 | $38,743 | $141,705 | $178,423 |
| Provision for Income Taxes (Benefit) | $5,022 | ($5,573) | ($4,411) | $339 | $1,629 | $2,564 | $5,354 | $9,886 | $3,559 | ($8,700) | ($3,600) | ($3,700) | ($12,441) | $8,507 | $8,538 | $8,412 | $8,632 | $34,089 | $28,765 |
| GAAP Net Income | $9,022 | $32,223 | $33,940 | $1,515 | $8,008 | $11,456 | $13,554 | $34,533 | $16,507 | $24,238 | $18,257 | $18,653 | $77,655 | $9,639 | $13,668 | $16,562 | $16,799 | $56,668 | $90,684 |
| GAAP EPS | $0.16 | $0.56 | $0.56 | $0.02 | $0.13 | $0.18 | $0.20 | $0.54 | $0.24 | $0.27 | $0.20 | $0.20 | $0.92 | $0.10 | $0.15 | $0.18 | $0.18 | $0.60 | $0.93 |
| Non-GAAP Net Income | $9,022 | $32,223 | $52,976 | $10,163 | $16,967 | $22,211 | $20,024 | $69,365 | $28,198 | $32,250 | $29,469 | $29,965 | $119,882 | $21,451 | $26,380 | $29,674 | $30,111 | $107,616 | $149,657 |
| Non-GAAP EPS | $0.15 | $0.53 | $0.83 | $0.16 | $0.25 | $0.32 | $0.28 | $1.01 | $0.37 | $0.33 | $0.30 | $0.30 | $1.30 | $0.21 | $0.26 | $0.29 | $0.29 | $1.05 | $1.40 |
| EBITDA | $21,003 | $40,925 | $74,042 | $13,506 | $22,123 | $24,459 | $36,644 | $96,733 | $32,562 | $28,875 | $28,015 | $28,379 | $117,831 | $32,334 | $37,275 | $40,495 | $41,209 | $151,312 | $187,498 |
| Adjusted EBITDA | $21,484 | $40,925 | $74,230 | $17,442 | $22,800 | $30,117 | $37,891 | $108,250 | $39,541 | $36,675 | $36,015 | $36,179 | $148,410 | $39,434 | $45,275 | $48,895 | $49,809 | $183,412 | $227,623 |
| Basic Shares Outstanding | 54,939 | 57,921 | 60,365 | 61,705 | 63,282 | 65,460 | 66,133 | 64,145 | 67,533 | 88,303 | 89,703 | 91,203 | 84,186 | 92,203 | 93,203 | 94,203 | 95,203 | 93,703 | 97,703 |
| Diluted Shares Outstanding | 59,073 | 61,229 | 63,249 | 65,161 | 67,171 | 69,605 | 70,320 | 68,064 | 76,520 | 97,290 | 98,690 | 100,190 | 93,173 | 101,190 | 102,190 | 103,190 | 104,190 | 102,690 | 106,690 |
| Total SBC | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $3,300 | $6,500 | $6,600 | $16,400 | $7,100 | $8,000 | $8,400 | $8,600 | $32,100 | $40,125 |
| y/y Growth | | | | | | | | | | | | | | | 85.0% | 30.0% | 30.0% | 95.7% | 25.0% |
| Total Amortization of Intangibles | $0 | $0 | $18,848 | $4,712 | $4,712 | $4,712 | $4,712 | $18,848 | $4,712 | $4,712 | $4,712 | $4,712 | $18,848 | $4,712 | $4,712 | $4,712 | $4,712 | $18,848 | $18,848 |
| Total CRA & OTI | $0 | $0 | $188 | $3,936 | $4,247 | $6,043 | $1,758 | $15,984 | $6,979 | $4,500 | $1,500 | $1,200 | $14,179 | $0 | $0 | $0 | $0 | $0 | $0 |
| *As a % of Revenue* | | | | | | | | | | | | | | | | | | | |
| GAAP Gross Margin | 50.4% | 49.7% | 45.8% | 39.7% | 43.9% | 46.6% | 42.9% | 43.4% | 42.4% | 42.3% | 42.8% | 43.1% | 42.7% | 43.2% | 43.6% | 44.1% | 43.8% | 43.7% | 43.7% |
| Non-GAAP Gross Margin | 50.4% | 49.7% | 45.8% | 39.7% | 43.9% | 46.6% | 42.9% | 43.4% | 42.4% | 42.3% | 42.8% | 43.1% | 42.7% | 43.2% | 43.6% | 44.1% | 43.8% | 43.7% | 43.7% |
| Adjusted Gross Margin | 50.4% | 49.7% | 45.8% | 39.7% | 43.9% | 46.6% | 42.9% | 43.4% | 42.4% | 42.3% | 42.8% | 43.1% | 42.7% | 43.2% | 43.6% | 44.1% | 43.8% | 43.7% | 43.7% |
| Sales and Marketing | 9.8% | 7.3% | 5.9% | 5.3% | 4.7% | 5.0% | 5.2% | 5.1% | 4.4% | 4.5% | 4.7% | 5.0% | 4.6% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.1% |
| General and Administrative | 22.7% | 23.8% | 19.3% | 17.3% | 16.2% | 17.0% | 14.0% | 16.0% | 12.2% | 18.0% | 17.2% | 17.1% | 16.2% | 16.4% | 16.1% | 16.0% | 15.9% | 16.1% | 16.0% |
| Depreciation | 6.1% | 4.8% | 4.5% | 4.6% | 5.1% | 3.0% | 4.3% | 4.2% | 4.1% | 4.2% | 4.2% | 4.2% | 4.2% | 4.3% | 4.3% | 4.3% | 4.3% | 4.3% | 4.2% |
| Non-GAAP Operating Income | 11.8% | 11.8% | 15.5% | 12.4% | 17.9% | 21.4% | 18.7% | 17.9% | 21.8% | 15.6% | 16.7% | 16.8% | 17.7% | 17.5% | 18.2% | 18.8% | 18.6% | 18.3% | 18.4% |
| Tax Rate (Non-GAAP) | 35.8% | (20.9%) | (9.1%) | 3.2% | 8.8% | 10.3% | 21.1% | 12.5% | 11.2% | (36.9%) | (13.9%) | (14.1%) | (11.6%) | 28.4% | 24.5% | 22.1% | 22.3% | 24.1% | 16.1% |
| EBITDA Margin | 18.3% | 16.1% | 20.6% | 17.0% | 19.9% | 24.6% | 27.3% | 22.6% | 25.9% | 22.6% | 22.1% | 22.0% | 23.1% | 22.1% | 22.8% | 23.3% | 23.1% | 22.9% | 22.8% |
| Non-GAAP Net Margin | 7.7% | 12.7% | 14.7% | 9.9% | 14.8% | 18.1% | 14.4% | 14.5% | 18.4% | 19.8% | 18.1% | 18.2% | 18.6% | 12.0% | 13.3% | 14.2% | 14.0% | 13.4% | 15.0% |
| *Growth (y/y)* | | | | | | | | | | | | | | | | | | | |
| Total Revenue | | 116.7% | 41.5% | 25.6% | 34.2% | 32.2% | 38.4% | 32.9% | 49.2% | 42.0% | 33.1% | 18.6% | 34.5% | 16.8% | 22.5% | 28.5% | 30.9% | 24.8% | 24.6% |
| Cost of Revenue | | 119.7% | 52.5% | 40.0% | 39.6% | 28.7% | 46.9% | 38.9% | 42.5% | 46.2% | 42.5% | 18.2% | 36.3% | 15.2% | 19.7% | 25.7% | 29.3% | 22.6% | 24.5% |
| Non-GAAP Gross Profit | | 113.8% | 30.4% | 8.7% | 27.8% | 36.6% | 28.5% | 25.9% | 59.5% | 36.8% | 22.4% | 19.1% | 32.2% | 18.9% | 26.2% | 32.3% | 33.0% | 27.8% | 24.8% |
| Sales and Marketing | | 71.6% | 33.4% | 23.8% | 50.3% | (8.3%) | 28.3% | 23.4% | 31.6% | 17.4% | 85.2% | 16.6% | 32.9% | 23.7% | 25.4% | 31.6% | 34.0% | 28.8% | 21.7% |
| Research and Development | | 60.4% | 15.4% | 11.6% | 5.3% | 26.4% | 10.8% | 13.3% | 22.5% | 35.5% | 24.1% | 14.2% | 23.3% | 34.0% | 36.1% | 36.7% | 30.9% | 34.3% | 28.3% |
| General and Administrative | | 127.3% | 14.7% | 32.4% | 16.3% | 50.3% | 18.5% | 29.0% | 22.4% | 60.3% | 32.7% | 53.2% | 41.8% | 46.4% | 23.0% | 21.4% | 23.5% | 27.3% | 24.4% |
| Total Operating Expenses | | 113.0% | 32.8% | 22.2% | 27.7% | 23.2% | 18.5% | 22.8% | 20.7% | 29.1% | 31.9% | 31.6% | 28.6% | 35.9% | 23.1% | 23.0% | 23.4% | 26.0% | 22.8% |
| Non-GAAP Operating Income | | 116.4% | 85.6% | (4.6%) | 59.4% | 95.8% | 62.0% | 53.6% | 161.1% | 23.5% | 3.9% | 6.3% | 32.7% | (6.1%) | 42.9% | 44.4% | 44.7% | 29.4% | 25.0% |
| Adjusted EBITDA | | 90.5% | 81.4% | 1.1% | 35.1% | 54.2% | 84.2% | 45.8% | 126.7% | 60.9% | 19.6% | (4.5%) | 37.1% | (0.3%) | 23.4% | 35.8% | 37.7% | 23.6% | 24.1% |
| Non-GAAP Net Income | | 257.2% | 64.4% | (3.6%) | 68.6% | 101.5% | (6.2%) | 30.9% | 177.5% | 90.1% | 32.7% | 49.6% | 72.8% | (23.9%) | (18.2%) | 0.7% | 0.5% | (10.2%) | 39.1% |

*Source: Company reports and BTIG estimates*



| Balance Sheet - TaskUs $000, except per-share data | FY 2017A | FY 2018A | FY 2019A | Mar-20 1Q20A | Jun-20 2Q20A | Sep-20 3Q20A | Dec-20 4Q20A | FY 2020A | Mar-21 1Q21A | Jun-21 2Q21E | Sep-21 3Q21E | Dec-21 4Q21E | FY 2021E | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | FY 2022E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $19,275 | $25,281 | $37,541 | $70,739 | $82,111 | $102,307 | $107,728 | $107,728 | $135,493 | $294,433 | $325,093 | $327,768 | $327,768 | $357,160 | $369,095 | $404,848 | $396,843 | $396,843 | $515,283 |
| Accounts receivable, net | $25,603 | $45,000 | $57,981 | $66,758 | $78,691 | $81,201 | $87,782 | $87,782 | $91,827 | $107,143 | $106,443 | $107,367 | $107,367 | $119,000 | $131,209 | $136,808 | $140,543 | $140,543 | $168,522 |
| Other receivables | $313 | $113 | $112 | $110 | $62 | $138 | $105 | $105 | $390 | | | | $0 | | | | | $0 | $0 |
| Prepaid expenses | $2,203 | $4,698 | $10,207 | $9,070 | $10,699 | $9,786 | $13,032 | $13,032 | $11,553 | $15,198 | $13,029 | $21,402 | $21,402 | $15,806 | $18,611 | $16,746 | $28,015 | $28,015 | $32,640 |
| Income tax receivable | $0 | $0 | $1,718 | $1,632 | $0 | $5,062 | $1,606 | $1,606 | $0 | $1,654 | $0 | $0 | $0 | ($500) | ($1,114) | ($1,932) | ($3,025) | ($3,025) | ($10,292) |
| Other current assets | $1,070 | $56 | $559 | $461 | $521 | $604 | $1,051 | $1,051 | $623 | $623 | $623 | $623 | $623 | $623 | $623 | $623 | $623 | $623 | $623 |
| Total current assets | $48,465 | $75,148 | $108,118 | $148,771 | $172,084 | $199,097 | $211,304 | $211,304 | $239,886 | $419,050 | $445,187 | $457,159 | $457,159 | $492,089 | $518,424 | $557,093 | $563,000 | $563,000 | $706,775 |
| Property and equipment, net | $17,609 | $34,038 | $45,076 | $48,491 | $47,724 | $47,671 | $56,957 | $56,957 | $56,974 | $62,337 | $66,901 | $69,864 | $69,864 | $72,898 | $76,281 | $79,843 | $83,506 | $83,506 | $101,506 |
| Deferred tax assets | $81 | $0 | $131 | $55 | $66 | $169 | $585 | $585 | $568 | $568 | $568 | $568 | $568 | $568 | $568 | $568 | $568 | $568 | $568 |
| Intangible assets, net | $0 | $277,988 | $259,142 | $254,430 | $249,718 | $245,007 | $240,295 | $240,295 | $235,583 | $235,583 | $235,583 | $235,583 | $235,583 | $235,583 | $235,583 | $235,583 | $235,583 | $235,583 | $235,583 |
| Goodwill | $0 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 |
| Operating leases | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $4,712 | $9,424 | $14,136 | $14,136 | $18,848 | $23,560 | $28,272 | $32,984 | $32,984 | $51,832 |
| Other non-current assets | $2,877 | $2,471 | $2,475 | $2,654 | $2,818 | $2,938 | $2,630 | $2,630 | $2,899 | $2,899 | $2,899 | $2,899 | $2,899 | $2,899 | $2,899 | $2,899 | $2,899 | $2,899 | $2,899 |
| Total assets | $69,031 | $585,380 | $610,675 | $650,136 | $668,145 | $690,616 | $707,506 | $707,506 | $731,645 | $920,884 | $956,297 | $975,944 | $975,944 | $1,018,620 | $1,053,050 | $1,099,993 | $1,114,275 | $1,114,275 | $1,294,899 |
| Accounts payable and accrued liabilities | $8,086 | $15,129 | $24,252 | $23,889 | $26,841 | $26,223 | $41,935 | $41,935 | $38,758 | $41,528 | $39,844 | $49,389 | $49,389 | $43,633 | $50,856 | $51,211 | $64,650 | $64,650 | $81,600 |
| Accrued payroll and employee-related liabilities | $6,373 | $13,871 | $17,106 | $16,433 | $20,249 | $28,549 | $21,994 | $21,994 | $30,578 | $27,625 | $30,970 | $23,048 | $23,048 | $28,638 | $33,830 | $39,805 | $30,170 | $30,170 | $38,080 |
| Current portion of long-term debt | $9,607 | $450 | $2,431 | $3,218 | $44,409 | $44,671 | $45,984 | $45,984 | $47,296 | $47,296 | $47,296 | $47,296 | $47,296 | $47,296 | $47,296 | $47,296 | $47,296 | $47,296 | $47,296 |
| Income tax payable, current | $705 | $1,746 | $0 | $0 | $1,164 | $0 | $0 | $0 | $3,413 | $1,654 | $0 | $0 | $0 | $3,570 | $3,980 | $4,954 | $4,310 | $4,310 | $5,440 |
| Deferred revenue | $2,137 | $2,292 | $2,107 | $1,893 | $3,077 | $3,830 | $4,711 | $4,711 | $5,586 | $6,480 | $8,035 | $9,803 | $9,803 | $11,469 | $13,189 | $15,168 | $17,140 | $17,140 | $29,968 |
| Deferred rent | $339 | $610 | $959 | $895 | $1,084 | $912 | $218 | $218 | $89 | $89 | $89 | $89 | $89 | $89 | $89 | $89 | $89 | $89 | $89 |
| Operating lease liabilities | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total current liabilities | $27,247 | $34,097 | $46,856 | $46,328 | $96,824 | $104,185 | $114,842 | $114,842 | $125,720 | $124,672 | $126,234 | $129,624 | $129,624 | $134,695 | $149,240 | $158,523 | $163,655 | $163,655 | $202,473 |
| Income tax payable, non-current | $2,133 | $1,884 | $1,704 | $1,704 | $1,704 | $1,704 | $2,988 | $2,988 | $2,988 | $2,988 | $2,988 | $2,988 | $2,988 | $2,988 | $2,988 | $2,988 | $2,988 | $2,988 | $2,988 |
| Long-term debt | $1,944 | $82,650 | $204,874 | $204,918 | $202,477 | $201,279 | $198,768 | $198,768 | $196,257 | $200,757 | $202,257 | $203,457 | $203,457 | $203,457 | $203,457 | $203,457 | $203,457 | $203,457 | $203,457 |
| Deferred rent, non-current | $1,679 | $1,799 | $1,772 | $1,858 | $2,177 | $2,339 | $2,194 | $2,194 | $2,315 | $2,315 | $2,315 | $2,315 | $2,315 | $2,315 | $2,315 | $2,315 | $2,315 | $2,315 | $2,315 |
| Accrued payroll and employee-related liabilities, non-current | $0 | $0 | $0 | $0 | $931 | $1,725 | $2,641 | $2,641 | $2,640 | $2,640 | $2,640 | $2,640 | $2,640 | $2,640 | $2,640 | $2,640 | $2,640 | $2,640 | $2,640 |
| Other long-term payables | $0 | $0 | $466 | $39,032 | $652 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $8,925 | $9,950 | $12,570 | $15,085 | $15,085 | $19,040 |
| Deferred tax liabilities | $887 | $66,209 | $57,503 | $57,503 | $55,346 | $54,627 | $50,936 | $50,936 | $50,936 | | | | $0 | | | | | $0 | $0 |
| Total liabilities | $33,890 | $186,639 | $313,175 | $351,344 | $360,112 | $365,858 | $372,369 | $372,369 | $380,836 | $333,372 | $336,434 | $341,024 | $341,024 | $355,020 | $370,590 | $382,493 | $390,140 | $390,140 | $432,913 |
| Common stock | $1 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 |
| Additional paid-in capital | $12,075 | $399,027 | $399,027 | $399,027 | $399,027 | $399,027 | $399,027 | $399,027 | $399,027 | $560,621 | $574,714 | $571,119 | $571,119 | $590,160 | $595,352 | $613,829 | $603,666 | $603,666 | $650,832 |
| Retained earnings | $23,609 | ($871) | ($101,931) | ($100,415) | ($92,408) | ($77,382) | ($67,398) | ($67,398) | ($50,891) | | | | $0 | | | | | $0 | $0 |
| Accumulated comprehensive income | ($544) | $493 | $312 | $89 | $1,322 | $3,021 | $3,416 | $3,416 | $2,561 | $26,799 | $45,056 | $63,709 | $63,709 | $73,348 | $87,016 | $103,579 | $120,377 | $120,377 | $211,061 |
| Total stockholders' equity | $35,141 | $398,741 | $297,501 | $298,792 | $308,033 | $324,758 | $335,137 | $335,137 | $350,789 | $587,512 | $619,863 | $634,920 | $634,920 | $663,600 | $682,461 | $717,499 | $724,135 | $724,135 | $861,985 |
| Total liabilities and stockholders' equity | $69,031 | $585,380 | $610,675 | $650,136 | $668,145 | $690,616 | $707,506 | $707,506 | $731,645 | $920,884 | $956,297 | $975,944 | $975,944 | $1,018,620 | $1,053,050 | $1,099,993 | $1,114,275 | $1,114,275 | $1,294,899 |

| | FY 2017A | FY 2018A | FY 2019A | Mar-20 1Q20A | Jun-20 2Q20A | Sep-20 3Q20A | Dec-20 4Q20A | FY 2020A | Mar-21 1Q21A | Jun-21 2Q21E | Sep-21 3Q21E | Dec-21 4Q21E | FY 2021E | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | FY 2022E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calculated Bookings | | $254,364 | $359,497 | $102,215 | $115,584 | $123,177 | $139,674 | $480,649 | $153,746 | $163,394 | $164,555 | $166,397 | $648,092 | $180,166 | $200,720 | $211,478 | $217,472 | $809,837 | $1,012,829 |
| Bookings (y/y growth) | | NM | 41.3% | 24.9% | 36.1% | 32.9% | 39.5% | 33.7% | 50.4% | 41.4% | 33.6% | 19.1% | 34.8% | 17.2% | 22.8% | 28.5% | 30.7% | 25.0% | 25.1% |
| TTM Bookings growth (y/y) | | NM | 41.3% | 29.7% | 26.9% | 27.9% | 33.7% | 33.7% | 40.1% | 41.3% | 40.9% | 34.8% | 34.8% | 26.7% | 22.7% | 22.1% | 25.0% | 25.0% | 25.1% |
| Deferred Revenue Growth (y/y) | | 7.2% | (8.0%) | (26.5%) | 38.1% | 66.9% | 123.5% | 123.5% | 195.0% | 110.6% | 109.8% | 108.1% | 108.1% | 105.3% | 103.5% | 88.8% | 74.8% | 74.8% | 74.8% |

Source: Company reports and BTIG estimates

APPLICATION SOFTWARE EQUITY RESEARCH



| Cash Flow Statement - TaskUs, Inc.<br>$000, except per-share data | FY<br>2017A | FY<br>2018A | FY<br>2019A | Mar-20<br>1Q20A | Jun-20<br>2Q20A | Sep-20<br>3Q20A | Dec-20<br>4Q20A | FY<br>2020A | Mar-21<br>1Q21A | Jun-21<br>2Q21E | Sep-21<br>3Q21E | Dec-21<br>4Q21E | FY<br>2021E | Mar-22<br>1Q22E | Jun-22<br>2Q22E | Sep-22<br>3Q22E | Dec-22<br>4Q22E | FY<br>2022E | FY<br>2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating activities:** | | | | | | | | | | | | | | | | | | | |
| Net income (loss) | $9,022 | $32,223 | $33,940 | $1,515 | $8,008 | $11,456 | $13,554 | $34,533 | $16,507 | $24,238 | $18,257 | $18,653 | $77,655 | $9,639 | $13,668 | $16,562 | $16,799 | $56,668 | $90,684 |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | | | | | | | | | | | | | | | | | | |
| Depreciation | $7,137 | $12,237 | $16,319 | $4,696 | $5,816 | $3,696 | $10,880 | $25,087 | $6,203 | $6,825 | $6,846 | $6,914 | $26,788 | $7,676 | $8,557 | $9,009 | $9,267 | $34,508 | $42,000 |
| Amortization of intangibles | $0 | $4,712 | $18,847 | $4,712 | $4,712 | $4,712 | $4,712 | $18,848 | $4,712 | $4,712 | $4,712 | $4,712 | $18,848 | $4,712 | $4,712 | $4,712 | $4,712 | $18,848 | $18,848 |
| Stock-based compensation | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $3,300 | $6,500 | $6,600 | $16,400 | $7,100 | $8,000 | $8,400 | $8,600 | $32,100 | $40,125 |
| Bad debt expense | $102 | $125 | $65 | $1,071 | $0 | $0 | $1,129 | $2,200 | $231 | $231 | $231 | $231 | $924 | $431 | $431 | $431 | $431 | $1,724 | $2,524 |
| Amortization of debt financing costs | $20 | $138 | $2,526 | $44 | $0 | $385 | $511 | $940 | $114 | $4,500 | $1,500 | $1,200 | $7,314 | $0 | $0 | $0 | $0 | $0 | $0 |
| Loss (gain) on disposal of assets | $0 | $575 | $2,227 | ($5) | $0 | $155 | $967 | $1,116 | $27 | $0 | $0 | $0 | $27 | $0 | $0 | $0 | $0 | $0 | $0 |
| Deferred taxes | $1,058 | ($8,140) | ($8,838) | $0 | ($2,169) | ($822) | ($4,107) | ($7,097) | $0 | ($2,169) | ($822) | ($4,107) | ($7,097) | $0 | ($2,169) | ($822) | ($4,107) | ($7,097) | ($7,097) |
| Other non-cash charges | $0 | $0 | $0 | $1,452 | $0 | $0 | ($6,247) | ($4,795) | $1,820 | $0 | $0 | $0 | $1,820 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Change in operating assets and liabilities:** | | | | | | | | | | | | | | | | | | | |
| Accounts receivable | ($2,951) | ($19,823) | ($13,046) | ($9,849) | ($11,933) | ($2,510) | ($6,581) | ($30,873) | ($6,106) | ($15,316) | $700 | ($924) | ($21,646) | ($11,633) | ($12,209) | ($5,599) | ($3,735) | ($33,177) | ($27,978) |
| Other receivables, prepaid expenses and other current assets | ($116) | ($1,158) | ($4,771) | ($330) | ($1,640) | $755 | ($3,661) | ($4,876) | $1,558 | ($3,255) | $2,169 | ($8,373) | ($7,901) | $5,596 | ($2,805) | $1,866 | ($11,269) | ($6,613) | ($4,625) |
| Deferred contract acquisition costs | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other non-current assets | $0 | $229 | ($457) | ($224) | ($164) | ($120) | $308 | ($200) | ($297) | $0 | $0 | $0 | ($297) | $0 | $0 | $0 | $0 | $0 | $0 |
| Accounts payable and accrued liabilities | ($1,023) | ($4,880) | ($645) | ($444) | ($2,953) | $618 | ($15,712) | ($18,490) | $471 | ($2,770) | $1,683 | ($9,544) | ($10,160) | $5,755 | ($7,222) | ($356) | ($13,439) | ($15,261) | ($16,950) |
| Accrued payroll and employee-related liabilities | $181 | ($36,013) | $2,593 | ($546) | $3,143 | $12,116 | $15,670 | $30,382 | $8,755 | $5,631 | $392 | ($4,577) | $10,201 | $5,590 | $10,782 | $11,167 | ($3,660) | $23,879 | $26,950 |
| Income tax payable | $0 | ($568) | ($3,652) | $108 | $1,164 | ($1,164) | $1,284 | $1,392 | $5,037 | ($1,759) | ($1,654) | $0 | $1,624 | $3,570 | $410 | $974 | ($644) | $4,310 | $1,130 |
| Deferred revenue | $472 | $155 | ($211) | ($214) | $1,503 | $913 | $737 | $2,939 | $666 | $894 | $1,555 | $1,768 | $4,883 | $1,666 | $1,720 | $1,978 | $1,972 | $7,337 | $12,829 |
| Deferred rent | $31 | $443 | $323 | $68 | $507 | ($511) | ($839) | ($274) | $224 | $0 | $0 | $0 | $224 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net Cash Provided by Continuing Operations** | $13,932 | ($19,746) | $45,219 | $2,054 | $5,995 | $30,178 | $12,604 | $50,832 | $39,922 | $25,063 | $42,070 | $12,553 | $119,608 | $40,102 | $23,876 | $48,323 | $4,925 | $117,225 | $178,439 |
| Net cash used in discontinued operating activities | $0 | $0 | $0 | - | - | - | - | $0 | - | - | - | - | $0 | - | - | - | - | $0 | $0 |
| **Net Cash Provided by Operating Activities** | $13,932 | ($19,746) | $45,219 | $2,054 | $5,995 | $30,178 | $12,604 | $50,832 | $39,922 | $25,063 | $42,070 | $12,553 | $119,608 | $40,102 | $23,876 | $48,323 | $4,925 | $117,225 | $178,439 |
| **Cash flows from investing activities:** | | | | | | | | | | | | | | | | | | | |
| Purchases of property and equipment | ($10,380) | ($25,657) | ($19,228) | ($8,612) | ($6,279) | ($5,521) | ($10,010) | ($30,422) | ($10,127) | ($12,188) | ($11,410) | ($9,878) | ($43,602) | ($10,710) | ($11,940) | ($12,570) | ($12,930) | ($48,150) | ($60,000) |
| Proceeds from the disposal of property and equipment | $0 | $13 | ($30,513) | $0 | ($293,049) | $54,210 | $52,369 | ($186,470) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payment for acquisitions | $0 | ($298,889) | ($13,890) | $0 | ($28,413) | $0 | ($137,025) | ($165,438) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net cash used in investing activities** | ($10,380) | ($324,533) | ($63,631) | ($8,612) | ($327,741) | $48,689 | ($94,666) | ($382,330) | ($10,127) | ($12,188) | ($11,410) | ($9,878) | ($43,602) | ($10,710) | ($11,940) | ($12,570) | ($12,930) | ($48,150) | ($60,000) |
| **Financing activities:** | | | | | | | | | | | | | | | | | | | |
| Proceeds from exercise of common stock options | $0 | $7,779 | $7,705 | $0 | $6,080 | $2,848 | $2,728 | $11,656 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Proceeds from sale of common stock | $0 | $5,470 | $7,823 | $0 | $5,666 | $0 | $5,803 | $11,469 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Proceeds from long-term debt | $6,551 | $250,711 | $0 | $39,878 | $688,934 | $0 | $0 | $728,812 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payments on long-term debt | $0 | ($32,594) | $0 | ($525) | $0 | $0 | $0 | ($525) | ($1,313) | $0 | $0 | $0 | ($1,313) | $0 | $0 | $0 | $0 | $0 | $0 |
| Payments of loan fees | $0 | ($318) | $0 | $0 | ($181,462) | ($5,003) | ($13,885) | ($200,350) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payments of dividends | $0 | ($8,544) | ($7,054) | $0 | ($2,195) | ($833) | ($687) | ($3,715) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payments for equity offering expenses | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net cash used in financing activities** | $6,551 | $222,504 | $8,474 | $39,353 | $517,023 | ($2,988) | ($6,041) | $547,347 | ($1,313) | $0 | $0 | $0 | ($1,313) | $0 | $0 | $0 | $0 | $0 | $0 |
| Impact of exchange rate changes on cash | $51 | ($11,791) | $0 | $402 | | | | $402 | ($717) | | | | ($717) | | | | | $0 | $0 |
| Increase (decrease) in cash and cash equivalents | $10,155 | ($133,566) | ($9,938) | $33,197 | $195,277 | $75,879 | ($88,103) | $216,251 | $27,765 | $12,875 | $30,660 | $2,675 | $73,976 | $29,392 | $11,936 | $35,753 | ($8,005) | $69,075 | $118,439 |
| Cash and cash equivalents, beginning of period | $9,120 | $19,275 | ($114,291) | $37,541 | $70,738 | $266,016 | $341,895 | $37,541 | $253,792 | $281,557 | $294,433 | $325,093 | $253,792 | $327,768 | $357,160 | $369,095 | $404,848 | $327,768 | $396,843 |
| Cash and cash equivalents, end of period | $19,275 | ($114,291) | $37,541 | $70,738 | $266,016 | $341,895 | $253,792 | $253,792 | $281,557 | $294,433 | $325,093 | $327,768 | $327,768 | $357,160 | $369,095 | $404,848 | $396,843 | $396,843 | $515,283 |
| **Free Cash Flow** | $3,553 | ($45,403) | $25,991 | ($6,558) | ($284) | $24,657 | $2,594 | $20,410 | $29,795 | $12,875 | $30,660 | $2,675 | $76,006 | $29,392 | $11,936 | $35,753 | ($8,005) | $69,075 | $118,439 |
| FCF/Share | $0.06 | ($0.74) | $0.41 | ($0.10) | ($0.00) | $0.35 | $0.04 | $0.30 | $0.39 | $0.13 | $0.31 | $0.03 | $0.82 | $0.29 | $0.12 | $0.35 | ($0.08) | $0.67 | $1.11 |

Source: Company reports and BTIG estimates

**BTIG**

APPLICATION SOFTWARE EQUITY RESEARCH

## BTIG Covered Companies Mentioned in this Report

TaskUs, Inc. (TASK, Buy, $45 PT; Closing Price: $31.21; Analyst: Matt VanVliet)
Coinbase Global, Inc. (COIN, Buy, $500 PT;  Closing Price: $244.29; Analyst: Mark Palmer)
DoorDash, Inc. (DASH, Neutral, Closing Price: $178.56; Analyst: Jake Fuller)
Uber Technologies, Inc. (UBER, Buy, $80 PT;  Closing Price: $47.55; Analyst: Jake Fuller)
Zoom Video Communications Inc (ZM, Buy, $495 PT;  Closing Price: $386.01; Analyst: Matt VanVliet)



**APPLICATION SOFTWARE EQUITY RESEARCH**

## Appendix: Analyst Certification and Other Important Disclosures

### Analyst Certification

I, Matt VanVliet, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

I, Rachel Freeman, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

### Regulatory Disclosures

#### Ratings Definitions

BTIG LLC's ("BTIG") ratings, effective June 12, 2017, are defined as follows:

**BUY** – A security which is expected to produce a positive total return of 15% or greater over the 12 months following the recommendation. The BUY rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**SELL** – A security which is expected to produce a negative total return of 15% or greater over the next 12 months following the recommendation. The SELL rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**NEUTRAL** – A security which is not expected to appreciate or depreciate meaningfully over the next 12 months.

**NOT RATED** – A security which is not rated or covered by BTIG.

**UNDER REVIEW** – Effective immediately, coverage of the following securities is Under Review. Ratings, price targets, disclosures, and estimates for the companies listed below are suspended and should no longer be relied upon.

### Distribution of Ratings and Investment Banking Clients

BTIG must disclose in each research report the percentage of all securities rated by the member to which the member would assign a "buy", "neutral" or "sell" rating. The said ratings are updated on a quarterly basis. BTIG must also disclose the percentage of subject companies within each of these three categories for whom the member has provided investment banking services within the previous twelve months.

Current Rating Distribution (as of July 9, 2021):

| Coverage Universe | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Buy | 309 | 72.7% | Buy | 107 | 34.6% |
| Neutral | 114 | 26.8% | Neutral | 21 | 18.4% |
| Sell | 2 | 0.5% | Sell | 0 | 0.0% |

For purposes of FINRA ratings distribution rules, BTIG's stock ratings of Buy, Neutral and Sell fall into Buy, Hold and Sell categories, respectively.

### Company Valuation and Risk Disclosures

#### TaskUs, Inc. (TASK, Buy, $45 PT)

**Valuation:** Our price target of $45 is based on shares trading at 23.5x EV/2022 EBITDA, which is slightly below the current business services group average to account for the smaller scale of the company relative to its larger competitors.
**Risks:** Risks include a highly competitive industry, higher revenue concentration than peers, heavy reliance on building and staffing innovative workflows and processes in an ever-changing environment, and geopolitical issues in several countries that are key for lower cost employees.

APPLICATION SOFTWARE EQUITY RESEARCH



TaskUs, Inc. Rating History as of 07/07/2021

## Company–Specific Regulatory Disclosures

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: TaskUs, Inc. (TASK)

BTIG LLC had an investment banking services client relationship during the past 12 months with: TaskUs, Inc. (TASK)

BTIG LLC managed or co-managed a public offering of securities in the past 12 months for: TaskUs, Inc. (TASK)

BTIG LLC has received compensation for investment banking services in the past 12 months from: TaskUs, Inc. (TASK)

## Other Disclosures

Additional Information Available Upon Request

## General Disclosures

Research reports produced by BTIG LLC ("BTIG") are published for and intended to be distributed solely to BTIG institutional and corporate clients. Recipients of BTIG reports will not be considered clients of BTIG solely because they may have received such BTIG report.

To the extent recipient accesses BTIG research, whether on a BTIG research website or through a third-party platform, BTIG is able to search, filter, download and review information on the readership of BTIG's research, including the specific research consumed and the name, company name, email address and, in certain circumstances, the location of the individual who accessed the research (the "Readership Information"). Recipient consents to BTIG's receipt of the Readership Information, including receipt of that information from a third party.

The research analyst(s) responsible for the preparation of this report receives compensation based upon a variety of factors, including the quality and accuracy of research, internal/client feedback, and overall Firm revenues.

BTIG reports are based on public information and BTIG considers the same to be reliable, comprehensive information, but makes no representation or warranty that the reports are accurate or complete. BTIG opinions and information provided in this report are as of the date of the report and may change without notice. An issuer may be classified as "Under Review" or "Research Restricted". In these cases, investors should consider any previous investment recommendation and/or rating to a subject company/issuer to no longer be current and should not be relied upon nor considered a solicitation.

This research report is not an offer to buy or sell or solicitation of an offer to buy or sell any security in any jurisdiction where such an offer or solicitation would be illegal. This research report was not drafted specifically for any particular individual or entity and is not a personal recommendation to participate in any particular trading strategy or transaction. Any recipient of this research report should obtain independent advice specific to their personal circumstances before undertaking any investment activity and must make their own independent evaluation of any securities or financial instruments.

Facts, views or opinions presented in this report have not been reviewed by, and may not reflect information known to, employees or other professionals in the "BTIG Group" (BTIG Group includes, but is not limited to, BTIG and its parents, subsidiaries and/or affiliates). BTIG Group employees, including Sales Representatives and Traders, may provide oral or written commentary or



advice that may be inconsistent with the opinions and/or views expressed in this research report. BTIG Group employees and/or its affiliates not involved in the preparation of this research report may have investments in securities or derivatives of securities of companies mentioned in this report that are inconsistent with the views discussed in this report.

Investors in securities products bear certain risks in conjunction with those investments. The value of, and income from, any investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors within or beyond the companies' control. Recipient of the research reports should be aware that investments in securities may pose significant risks due to the inherent uncertainty associated with relying on forecasts of various factors that can affect the earnings, cash flow and overall valuation of a company. Any investment in securities should be undertaken only upon consideration of issues relating to the recipient's overall investment portfolio and objectives (such as diversification by asset class, industry or company) as well as time horizon and liquidity needs. Further, past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. There may be time limitations on the exercise of options or other rights in any securities transactions.

Investing in foreign markets and securities, including ADRs, is subject to additional risks such as currency fluctuation, limited information, political instability, economic risk, and the potential for illiquid markets. Investing in emerging markets may accentuate these risks. Non-U.S. reporting issuers of foreign securities, however, may not make regular or complete public disclosure relating to their financial condition or the securities that they issue.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability of any damages of any kind relating to such data. The report or any portion hereof may not be reprinted, sold or redistributed without the written consent of BTIG. This report is intended only for use by the recipient. The recipient acknowledges that all research and analysis in this report are the property of BTIG and agrees to limit the use of all publications received from BTIG within his, or her or its, own company or organization. No rights are given for passing on, transmitting, re transmitting or reselling the information provided.

## Jurisdiction and Dissemination

BTIG is a U.S. broker-dealer and member of FINRA and SIPC.

BTIG Australia Limited ACN 128 554 601, member of ASIC and ASX; BTIG Hong Kong Limited, an Exchange Participant of SEHK and licensed and regulated by the SFC; BTIG Ltd, member of the LSE, authorized and regulated by the FSA; and BTIG Singapore Pte Ltd, registered and licensed with MAS; are all separate but affiliated entities of BTIG. Unless governing law permits otherwise, you must contact a BTIG entity in your home jurisdiction for further information, or if you want to use our services in effecting a transaction.

Issued and approved for distribution in the UK and EEA by BTIG Ltd. to eligible counterparties and professional clients only. Issued and distributed in Australia to "wholesale clients" only by BTIG Australia Limited. In Singapore and Hong Kong, further information may be obtained from BTIG Singapore Pte Ltd and BTIG Hong Kong Limited, respectively.

EQUITY RESEARCH



## Capital Markets

RBC Capital Markets, LLC
**Daniel R. Perlin**, CFA (Analyst)
(410) 625-6130, daniel.perlin@rbccm.com
**Matt Roswell**, CFA (AVP)
(410) 625-6131, matt.roswell@rbccm.com
**Amil Patel** (Senior Associate)
(212) 558-0412, amil.patel@rbccm.com

August 10, 2021

# TaskUs, Inc.

## Strong upside in first quarter as a public company

**Our view:** TASK delivered a solid revenue and EBITDA performance in its first quarter as a public company, as organic growth was 57% y/y, while guidance is above our prior expectations. Increasing estimates, maintaining price target, and reiterating Outperform rating.

### Key points:

**Q2/21 results.** TASK reported revenue / adj. EBITDA of $180M / $44M or $18M / $7M above our estimates of $162M / $37M (Street estimates were $162M and $36M), respectively. Revenue grew 57% y/y, all organic with no FX impact, driven by growth from new and existing clients. Adj. EBITDA was $44M, or a 24.5% margin, $7M above our estimate of $37M, and the margin expanded 150bps y/y, driven by revenue growth and efficiencies despite some headwinds from public company costs (for roughly half a month) and FX effects of costs from a stronger Philippine peso.

**Q3/21 and FY21 guidance above prior expectations.** FY21 guidance calls for revenue of $705M–$709M, above prior RBCe of $642M and the Street at $641M, and adj. EBITDA margins in a range of 23.7%–24.1%. The midpoint of FY21 revenue and margin guidance implies adj. EBITDA of $169M, above prior RBCe of $150M and the Street at $149M. Q3/21 guidance calls for revenue of $182M–$186M and adj. EBITDA margins in a range of 23.1%–23.5%, reflecting a full quarter of public company costs as well as investments in digital solutions and preparations for employees to return to the office. At the midpoints, Q3/21 guidance implies revenue of $184M and adj. EBITDA of $43M, vs. prior RBCe of $163M/$36M and the Street at $165M/$35M, respectively. On the call, furthermore, management discussed adj. EBITDA margins of ~23% as a decent target going into next year.

**Revenue growth accelerated; sales remained strong.** Reflecting demand, as well as wins from new and existing clients, revenues increased 57% y/y in Q2/21, accelerating from last quarter's 49%. Management, furthermore, discussed on the call that the company had record sales in H1/21 and signed four new ecommerce clients, a leading data app, a gaming platform and had an existing autonomous vehicle client add TASK's AI solutions. These wins, in our opinion, support management's guidance for FY21 and 25% y/y medium-term revenue growth target, which it reiterated on the conference call.

**Increasing estimates, maintaining price target and reiterating Outperform rating.** Incorporating the quarter and guidance, we are increasing our FY21 rev/adj. EBITDA estimates to $708M/$169M from $642M/$150M, FY22 to $909M/$208M from $803M/$184M, and FY23 to $1,140M/$262M from $1,007M/$232M. Despite these changes, we are leaving our price target unchanged at $43, which is 21.5x our FY22 EV/EBITDA (prior 25x to reflect the broader comp group's current blended valuation) and in line with the company's closest peers.

## Outperform

NASDAQ: TASK; USD 32.26

**Price Target USD 43.00**

| WHAT'S INSIDE | |
|---|---|
| ☐ Rating/Risk Change | ☐ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☑ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
| | 28.00 | 32.26 | 43.00 | 51.00 |
| | ↓13% | | ↑33% | ↑58% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 104.1 | Market Cap (MM): | 3,358 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | 292,863 |

### RBC Estimates

| FY Dec | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| **Revenue** | 478.0 | 708.3 | 909.4 | 1,139.7 |
| Prev. | | 642.3 | 803.2 | 1,006.6 |
| **EPS, cash Diluted** | 0.67 | 1.24 | 1.40 | 1.74 |
| Prev. | | 1.23 | 1.16 | 1.47 |
| **P/CEPS** | 48.1x | 26.0x | 23.0x | 18.5x |
| **EBITDA, Adj** | 106.9 | 169.0 | 208.0 | 262.3 |
| Prev. | | 150.0 | 183.7 | 231.6 |

| Revenue | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2020 | 102.4A | 114.4A | 122.4A | 138.8A |
| 2021 | 152.9A | 180.0A | 183.1E | 192.3E |
| Prev. | | 162.1E | 162.8E | 164.4E |
| 2022 | 202.4E | 225.5E | 237.3E | 244.3E |
| Prev. | 178.7E | 199.1E | 209.6E | 215.8E |
| **EPS, cash Diluted** | | | | |
| 2020 | 0.10A | 0.16A | 0.21A | 0.19A |
| 2021 | 0.27A | 0.30A | 0.34E | 0.33E |
| Prev. | | 0.36E | 0.30E | 0.30E |
| 2022 | 0.30E | 0.34E | 0.38E | 0.38E |
| Prev. | 0.24E | 0.28E | 0.31E | 0.32E |

All values in USD unless otherwise noted.
Priced as of prior trading day's market close, EST (unless otherwise noted).



## Analyst's view

TASK reported revenue / adj. EBITDA of $180M / $44M or $18M / $7M above our estimates of $162M / $37M (Street estimates were $162M and $36M), respectively.  Revenue grew 57% y/y, all organic with no FX impact, driven by growth from new and existing clients, strong ongoing momentum in verticals such as fintech & ecommerce, and demand for all 3 of the company's solutions (digital CX, content security and AI).  Adj. EBITDA was $44M, or a 24.5% margin, $7M above our estimate of $37M, and the margin expanded 150bps y/y, driven by revenue growth and efficiencies despite some headwinds from public company costs (for roughly half a month) and FX effects of costs from a stronger Philippine peso.

Exhibit 1 - Earnings summary comparison ($ in million except per share amounts)

|  | Results vs. Expectations | | | | Prior Year | |
| --- | --- | --- | --- | --- | --- | --- |
|  | RBC est. | Actual | | | Actual | |
|  | Q2/21 | Q2/21 | Delta/RBC | % Delta | Q2/20 | Y/Y |
| Adj. Revenue | 162 | 180 | 18 | 11% | 114 | 57% |
| Adj. EBITDA | 37 | 44 | 7 | 18% | 26 | 67% |
| % of revenue | 23.1% | 24.5% | 1.4% |  | 23.1% | 150bps |
| Adj. Net Income | 37 | 31 | (6) | (16%) | 17 | 85% |

Source: Company data, RBC Capital Markets estimates

**Revenue growth accelerated; sales remained strong.** Reflecting demand, as well as wins from new and existing clients, revenues increased 57% y/ in Q2/21, accelerating from last quarter's 49%.  On the conference call, management noted that the company experienced double-digit growth in its two largest verticals (social media and on-demand transportation & food delivery), while fintech increased $10M q/q or ~300% y/y, ecommerce grew in the "triple digits" and health & high-tech in the high double-digits. TASK's largest client, despite growing in the quarter, comprised 27% of Q2/21 revenues, down from 29% last quarter, and its second largest client represented an unchanged 12% of total revenue. Management, furthermore, discussed on the call that the company had record sales in H1/21 and signed four new ecommerce clients, a leading data app, a gaming platform and had an existing autonomous vehicle client add TASK's AI solutions. These wins, in our opinion, support management's guidance for FY21 and 25% y/y medium-term revenue growth target, which it reiterated on the conference call.

**Q3/21 and FY21 guidance above prior expectations.** FY21 guidance calls for revenue of $705M–$709M, above prior RBCe of $642M and the Street at $641M, and adj. EBITDA margins in a range of 23.7%–24.1%. The midpoint of FY21 revenue and margin guidance implies adj. EBITDA of $169M, above prior RBCe of $150M and the Street at $149M. Q3/21 guidance calls for revenue of $182M–$186M and adj. EBITDA margins in a range of 23.1%–23.5%, reflecting a full quarter of public company costs as well as investments in digital solutions and preparations for employees to return to the office. At the midpoints, Q3/21 guidance implies revenue of $184M and adj. EBITDA of $43M, vs. prior RBCe of $163M/$36M and the Street at $165M/$35M, respectively. On the call, furthermore, management discussed adj. EBITDA margins of ~23% as a decent target going in to next year.

**Headcount additions to support growth.** TASK ended Q2/21 with 31,500 employees, of whom 91% continued working from home. Despite the demand for this talent, the company achieved a 98% hire rate during the quarter and a 4.7 Glassdoor rating. The company delivered 53% of

Q2/21 total revenue from the Philippines, 31% from the U.S. and the remainder from "rest-of-world".

**Liquidity and potential M&A.** TASK completed its IPO on June 11th, generating gross proceeds of $120M, of which $50M went to fund a prepaid dividend and the remainder will go to settle phantom shares. Cash flow from operations was $5.8M, and the company ended the quarter with $195M in cash & equivalents and $242M in debt. On the conference call, management reiterated that it would pursue accretive acquisitions that expand TASK into a new geography, add to its solution set or deepen its vertical focus.



TaskUs, Inc.

**TaskUs**
Earnings model ($ in millions, except per share data)

| | FY 2018A | FY 2019A | Mar-20 1Q20A | Jun-20 2Q20A | Sep-20 3Q20A | Dec-20 4Q20A | FY 2020A | Mar-21 1Q21A | Jun-21 2Q21A | Sep-21 3Q21E | Dec-21 4Q21E | FY 2021E | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | FY 2022E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total revenues | $254.2 | $359.7 | $102.4 | $114.4 | $122.4 | $138.8 | $478.0 | $152.9 | $180.0 | $183.1 | $192.3 | $708.3 | $202.4 | $225.5 | $237.3 | $244.3 | $909.4 | $1,139.7 |
| y/y change | 116.7% | 41.5% | 25.6% | 34.2% | 32.2% | 38.4% | 32.9% | 49.2% | 57.4% | 49.6% | 38.6% | 48.2% | 32.4% | 25.2% | 29.6% | 27.0% | 28.4% | 25.3% |
| | | | | | | | | | | | | | | | | | | |
| Cost of services | 127.8 | 194.8 | 61.8 | 64.1 | 65.4 | 79.2 | 270.5 | 88.0 | 103.8 | 104.4 | 109.4 | 405.6 | 114.9 | 127.2 | 132.6 | 137.3 | 512.1 | 641.6 |
| Gross margin | $126.4 | $164.9 | $40.6 | $50.3 | $57.0 | $59.6 | $207.5 | $64.8 | $76.2 | $78.7 | $82.9 | $302.7 | $87.4 | $98.3 | $104.6 | $107.0 | $397.4 | $498.1 |
| % of revenue | 49.7% | 45.8% | 39.7% | 43.9% | 46.6% | 42.9% | 43.4% | 42.4% | 42.3% | 43.0% | 43.1% | 42.7% | 43.2% | 43.6% | 44.1% | 43.8% | 43.7% | 43.7% |
| | | | | | | | | | | | | | | | | | | |
| Operating expenses: | | | | | | | | | | | | | | | | | | |
| Total operating expenses | $96.4 | $128.0 | $35.2 | $39.8 | $40.8 | $41.5 | $157.2 | $42.4 | $189.3 | $68.9 | $74.2 | $374.9 | $74.2 | $79.2 | $82.5 | $83.7 | $319.7 | $382.6 |
| % of revenue | 37.9% | 35.6% | 34.3% | 34.8% | 33.3% | 29.9% | 32.9% | 27.8% | 105.1% | 37.6% | 38.6% | 52.9% | 36.7% | 35.1% | 34.8% | 34.3% | 35.2% | 33.6% |
| y/y change | 113% | 33% | 22% | 28% | 23% | 18% | 23% | 21% | 375% | 69% | 79% | 138% | 75% | (58%) | 20% | 13% | (15%) | 20% |
| Operating income | $30.0 | $36.9 | $5.5 | $10.5 | $16.3 | $18.1 | $50.3 | $22.4 | ($113.0) | $9.8 | $8.7 | -$72.2 | $13.2 | $19.1 | $22.1 | $23.3 | $77.6 | $115.6 |
| Operating margin | 11.8% | 10.2% | 5.4% | 9.1% | 13.3% | 13.0% | 10.5% | 14.7% | (62.8%) | 5.4% | 4.5% | -10.2% | 6.5% | 8.5% | 9.3% | 9.5% | 8.5% | 10.1% |
| | | | | | | | | | | | | | | | | | | |
| Other expense (income) | 1.3 | (2.0) | 1.4 | (1.1) | 0.6 | (2.5) | (1.6) | 0.8 | (1.7) | - | - | (0.9) | - | - | - | - | - | - |
| Financing expense (income) | 2.0 | 9.3 | 2.2 | 2.0 | 1.6 | 1.6 | 7.5 | 1.6 | 1.6 | 1.9 | 1.8 | 6.9 | 1.8 | 1.8 | 1.8 | 1.8 | 7.1 | 7.1 |
| | | | | | | | | | | | | | | | | | | |
| Pretax income | $26.7 | $29.5 | $1.9 | $9.6 | $14.0 | $18.9 | $44.4 | $20.1 | ($113.0) | $8.0 | $6.8 | ($78.1) | $11.4 | $17.3 | $20.3 | $21.5 | $70.5 | $108.4 |
| Income taxes | (5.6) | (4.4) | 0.3 | 1.6 | 2.6 | 5.4 | 9.9 | 3.6 | (7.0) | (2.0) | (1.7) | (7.2) | 3.2 | 4.2 | 4.5 | 4.8 | 16.7 | 25.7 |
| Tax rate | (20.9%) | (14.9%) | 18.3% | 16.9% | 18.3% | 28.3% | 22.3% | 17.7% | 6.2% | (25.2%) | (24.7%) | 9.2% | 28.4% | 24.5% | 22.1% | 22.3% | 23.7% | 23.7% |
| | | | | | | | | | | | | | | | | | | |
| Net income (GAAP) | $32.2 | $33.9 | $1.5 | $8.0 | $11.5 | $13.6 | $34.5 | $16.5 | ($105.9) | $10.0 | $8.5 | ($71.0) | $8.2 | $13.1 | $15.8 | $16.7 | $53.8 | $82.7 |
| y/y change | 257% | 5% | (75%) | 28% | 189% | (23%) | 2% | | | (13%) | (37%) | | (51%) | (112%) | 59% | 97% | (176%) | 54% |
| | | | | | | | | | | | | | | | | | | |
| Adjustments to net income: | | | | | | | | | | | | | | | | | | |
| Total adjustments | 0.1 | 19.0 | 8.6 | 9.0 | 10.8 | 6.5 | 34.8 | 11.7 | 137.3 | 25.2 | 25.9 | 200.1 | 22.9 | 22.7 | 23.2 | 23.3 | 92.2 | 98.8 |
| | | | | | | | | | | | | | | | | | | |
| Adj. net income | $32.4 | $53.0 | $10.2 | $17.0 | $22.2 | $20.0 | $69.4 | $28.2 | $31.4 | $35.2 | $34.4 | $129.1 | $31.1 | $35.8 | $39.0 | $40.0 | $145.9 | $181.6 |
| y/y change | 276.3% | 63.6% | (3.7%) | 68.6% | 101.5% | (6.2%) | 30.9% | 177.7% | 84.9% | 58.4% | 71.7% | 86.2% | 10.3% | 14.1% | 11.0% | 16.3% | 13.0% | 24.4% |
| | | | | | | | | | | | | | | | | | | |
| EPS (GAAP) | $0.31 | $0.33 | $0.01 | $0.08 | $0.11 | $0.13 | $0.33 | $0.16 | ($1.02) | $0.10 | $0.08 | ($0.68) | $0.08 | $0.13 | $0.15 | $0.16 | $0.52 | $0.79 |
| Adj. EPS | $0.31 | $0.51 | $0.10 | $0.16 | $0.21 | $0.19 | $0.67 | $0.27 | $0.30 | $0.34 | $0.33 | $1.24 | $0.30 | $0.34 | $0.38 | $0.38 | $1.40 | $1.74 |
| y/y change | | 64% | | | | | 31% | | | | | 86% | | | | | 13% | 24% |
| | | | | | | | | | | | | | | | | | | |
| Shares outstanding | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 |
| | | | | | | | | | | | | | | | | | | |
| **EBITDA** | | | | | | | | | | | | | | | | | | |
| Net income (GAAP) | $32.2 | $33.9 | $1.5 | $8.0 | $11.5 | $13.6 | $34.5 | $16.5 | ($105.9) | $10.0 | $8.5 | ($71.0) | $8.2 | $13.1 | $15.8 | $16.7 | $53.8 | $82.7 |
| Reported EBITDA | $45.7 | $74.1 | $13.5 | $22.1 | $24.1 | $31.2 | $90.9 | $32.6 | ($99.9) | $22.2 | $21.4 | ($23.7) | $26.4 | $33.3 | $36.8 | $38.2 | $134.7 | $182.3 |
| | | | | | | | | | | | | | | | | | | |
| Adj. EBITDA | $56.9 | $74.2 | $17.5 | $26.4 | $30.1 | $32.9 | $106.9 | $39.5 | $44.1 | $42.7 | $42.6 | $169.0 | $44.6 | $51.3 | $55.3 | $56.8 | $208.0 | $262.3 |
| Adj. EBITDA margin (%) | 22.4% | 20.6% | 17.0% | 23.1% | 24.6% | 23.7% | 22.4% | 25.9% | 24.5% | 23.3% | 22.2% | 23.9% | 22.1% | 22.8% | 23.3% | 23.3% | 22.9% | 23.0% |
| y/y change | 171.0% | 30.4% | 1.2% | 56.2% | 54.2% | 60.0% | 44.0% | 126.6% | 67.3% | 41.9% | 29.4% | 58.1% | 12.9% | 16.3% | 29.4% | 33.3% | 23.1% | 26.1% |

Source: Company reports, RBC Capital Markets estimates



# Key fundamental questions

**Our view**

**How does the company intend to maintain its 25%+ revenue CAGR?**

The company, in our opinion, has built an organic growth engine and agile operating model tailored for its high growth clients. The revenue growth model includes (1) growing with existing clients, (2) extending solutions, (3) adding new clients, (4) expanding globally, and (5) opportunistic M&A. To date, TASK has grown its business 100% organically, with existing clients growing their revenues at a ~40% CAGR from FY17-FY20, while TASK was able to grow ~60%, or 1.5x its existing base, over the same period. The company has seen positive organic growth in every one of its cohorts in every year, with 29 of its clients with $500K+ revenue growing 448% from FY17-FY20, which we believe has driven superior net revenue retention rates.

**What sets TASK apart from other, larger providers?**

Unlike its larger scale-seeking peers, TaskUs targets high-growth technology companies across a wide breadth of verticals within the Digital Economy, including social media, ecommerce, gaming, streaming services, food delivery, ride sharing, fintech, and healthcare technology, which the company projects to grow at an unweighted average CAGR of 18% from 2019 to 2023e, supported by strong macro trends driving increasing demand.

**Is the company's client concentration a risk, especially for pricing?**

The company's business is dependent on key clients that comprise a high percentage of total revenue. For example, Facebook and DoorDash comprised 32% and 12% of FY20 revenue, while the next 8 largest clients comprised an additional 24%. Overall, the company has 29 clients with $500K+ revenue, which have grown 448% from FY17-FY20; additionally, we believe it has above industry-average net revenue retention rates.

**Is employee attrition & turnover, especially from its content security business an issue?**

We believe the company's focus on fostering employee culture has led to lower employee attrition, as indicated by a voluntary attrition rate for those employed for over 180 days of 14.9%. We believe this is further evidenced by the high level of internal referrals, which drove 38% of new hires in 2020 and helped drive a 101% fill rate. Finally, we estimate that only ~15% of TASK's content moderation work involves graphic violence, pornography or other such topics.

**Is the company seeing increased wage pressures?**

While TASK, like many of its peers, is seeing increased wage costs, in our opinion, especially for employees with digital skills, we believe that the relative price insensitivity of its clients and operating leverage will help to offset some this pressure. Since 2017, we note that while the company's gross margin has declined from 50.4% to 43.4% in FY20, its adj. EBITDA margin expanded from 17.9% to 22.4% over the same timeframe.



# Key ESG questions

*This section is intended to highlight key ESG discussion points relevant to this company, as well as our views on the outlook. Both the questions we highlight and our responses will evolve over time as the dialogue between management, analysts and investors continues to advance. We welcome any feedback on the topics.*

**Our view**

**What are the most material ESG issues facing this company?**

Given TaskUs' large global reach and across 8 countries and >27K employees, in addition to its overall business in serving high-growth Digital Economy companies, we believe diversity & inclusion as well as data privacy and information security are among the most material ESG issues facing the company.

**Does the company integrate ESG considerations into its strategy?**

Yes, the company has well-defined initiatives around supporting its employees in regards to diversity & inclusion, environmental sustainability, and supporting local communities. TaskUs also has a Nominating and ESG Committee Chapter on its Board of Directors that develops corporate governance guidelines and oversees the company's strategy related to environmental and social matters.

**What is diversity like at board / management level?**

TaskUs has a 6-person Board of Directors, including 1 woman, with ethnically diverse members.

**What are the key areas of strength and recent ESG initiatives?**

We see the company's efforts around diversity & inclusion as well as its community outreach initiatives as key areas of strength for TaskUs. The company also provides mandatory unconscious bias training to its leaders, recruiters, and hiring managers and actively hires people from disadvantaged groups, equipping disabled personnel with Jaws screen readers, electronic video magnifiers, and refreshable Braille displays. Lastly, the company's Global Employee Resource Groups enable employee-led discussions and roundtables to increase understanding and drive collaboration. The company actively engages in community partnerships with public schools, universities, military communities, and others to ensure inclusivity. Recent community-focused initiatives from 2018-2020 include TaskUs for Texans, where it joined the Central Texas Food Bank to pack 1,000 food boxes for families affected by the pandemic, as well as Taal Relief, in which employees collected and delivered relief goods to families in evacuation centers displaced by the Taal Volcano eruption in the Philippines, among many others.

**What are additional company-specific ESG areas of focus?**

TaskUs also has a Supplier Diversity program through which it seeks to partner with businesses owned by minorities, women, veterans, service-disability individuals, and LBGTQ+ members. The company also supports various non-profits and local charities. Additionally, TaskUs has a focus on environmental sustainability, launching a paperless initiative in 2017, distributing solar home kits to over 200 indigent families in the Philippines, and joining the cleanup drive in Santa Monica Beach, California while launching a coral planning effort in La Union Beach, Philippines.

**RBC Capital Markets**

## Target/Upside/Downside Scenarios

### TaskUs, Inc.



Source: Bloomberg and RBC Capital Markets estimates for Target

## Valuation

Our price target of $43 is an EV/EBITDA multiple of 21.5x our CY22 EBITDA estimate and a 30x P/E on CY22 RBCe. These target multiples are generally in line with the average of the company's closest IT Services & digital engineering peers, which we think is appropriate given its growth rates and other fundamental factors, and based on TASK hitting its revenue growth targets. The implied upside supports our Outperform rating.

## Upside scenario

Our upside scenario of $51 is based on the company achieving a 23.5x EV/EBITDA on upside RBCe CY22 EBITDA estimate of $229M (10% premium to our base estimate), which represents a 2-point increase to the target multiple that we think is justified given the upside to results. This upside could be driven by faster-than-expected organic growth and/or margin upside.

## Downside scenario

Our downside scenario of $28 is based on the company achieving a 16.5x EV/EBITDA on downside RBCe CY22 EBITDA estimate of $177M (15% discount to our base estimate), which represents a 5-point decrease to the target multiple that we think is justified given the downside to results. This downside could be driven by a slowdown in revenue from either lower demand or increased competition, and/or increased expense pressures.

## Investment summary

TaskUs, in our opinion, is well positioned to support the operational needs of its high-growth clients as they scale through its tech-enabled outsourcing solutions purpose-built for their various industry verticals within the Digital Economy. We believe the strong projected growth of the company's end markets (average CAGR of 18% from 2019-2023e), high net revenue retention rates, accelerating new client wins, and digitally native service offerings that enable utilization of lower cost non-voice channels should support recurring revenue growth at a 25% CAGR for the medium-term while sustaining EBITDA margins above 20%.

We believe TASK's success will be underpinned by several key attributes, including its: (1) large and growing TAM, (2) deeply embedded and growing client relationships, (3) cohesive, simple, and reinforcing growth strategy, including geographic expansion and M&A, (4) leadership in talent acquisition with low voluntary attrition rates, and (5) attractive underlying financial model designed to drive profitability

## Risks to rating and price target

We see three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macro-economic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.

**Capital Markets**
**RBC**®

## Company description

TaskUs is a digital outsourcer serving clients across numerous industries within what the company calls the "Digital Economy" (e.g. social media, ride sharing, streaming services, and fintech, among many others). These companies often lack the expertise, scale, or geographic presence to build the operational infrastructure necessary to support their growth. The company's global delivery model is focused on providing clients three key solutions: (1) Digital Customer Experience (DCX), (2) Content Security (CS), and (3) Artificial Intelligence (AI) Operations. TaskUs now serves over 100 clients and has become a top outsourcing partner for many of the world's most recognizable and disruptive brands in the world, supporting their growth with tech-enabled solutions tailored for the Digital Economy.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for TaskUs, Inc. in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from TaskUs, Inc. in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates expects to receive or intends to seek compensation for investment banking services from TaskUs, Inc. in the next three months.

RBC Capital Markets, LLC makes a market in the securities of TaskUs, Inc..

RBC Capital Markets is currently providing TaskUs, Inc. with investment banking services.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

As of March 31, 2020, RBC Capital Markets discontinued its Top Pick rating. Top Pick rated securities represented an analysts best idea in the sector; expected to provide significant absolute returns over 12 months with a favorable risk-reward ratio. Top Pick rated securities have been reassigned to our Outperform rated securities category, which are securities expected to materially outperform sector average over 12 months.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.



## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

**Distribution of ratings**
**RBC Capital Markets, Equity Research**
**As of 30-Jun-2021**

| Rating | Count | Percent | Investment Banking Serv./Past 12 Mos. Count | Percent |
|---|---|---|---|---|
| BUY [Outperform] | 787 | 55.70 | 318 | 40.41 |
| HOLD [Sector Perform] | 575 | 40.69 | 173 | 30.09 |
| SELL [Underperform] | 51 | 3.61 | 4 | 7.84 |



**Rating and price target history for: TaskUs, Inc., TASK US as of 09-Aug-2021 (in USD)**

06-Jul-2021
Rtg:I:O
Target: 43.00

Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by: BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at www.rbcinsight.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**TaskUs, Inc.**
**Valuation**

Our price target of $43 is an EV/EBITDA multiple of 21.5x our CY22 EBITDA estimate and a 30x P/E on CY22 RBCe. These target multiples are generally in line with the average of the company's closest IT Services & digital engineering peers, which we think