**Capital Markets**

is appropriate given its growth rates and other fundamental factors, and based on TASK hitting its revenue growth targets. The implied upside supports our Outperform rating.

### Risks to rating and price target

We see three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macro-economic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.
For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action
The 12 month history of SPARCs can be viewed at RBC Insight.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.
References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

August 10, 2021                                    Daniel R. Perlin, CFA (410) 625-6130; daniel.perlin@rbccm.com    10

**Capital Markets**
**RBC**

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Europe) GmbH, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To EEA Residents:**
This material is distributed in the EU by either RBCEL on an authorised cross-border basis, or by RBC Capital Markets (Europe) GmbH (RBC EG) which is authorised and regulated in Germany by the Bundesanstalt für Finanzdienstleistungsaufsicht (German Federal Financial Supervisory Authority) (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.

**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.

Daniel R. Perlin, CFA (410) 625-6130; daniel.perlin@rbccm.com    11



TaskUs, Inc.

Copyright © RBC Capital Markets, LLC 2021 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2021 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2021
Copyright © Royal Bank of Canada 2021
All rights reserved



EQUITY RESEARCH

RBC Capital Markets, LLC
Daniel R. Perlin, CFA (Analyst)
(410) 625-6130, daniel.perlin@rbccm.com
Matt Roswell, CFA (AVP)
(410) 625-6131, matt.roswell@rbccm.com
Amil Patel (Senior Associate)
(212) 558-0412, amil.patel@rbccm.com

November 10, 2021

# TaskUs, Inc.

## Strong revenue growth continues

**Our view:** TASK delivered revenue and EBITDA at the high of its pre-announced range, with organic growth of 64% y/y accelerating from 57% last quarter, while management increased FY21 guidance and provided Q4/21 guidance above our prior expectations. Increasing estimates and price target, and reiterating Outperform rating.

### Key points:

**Q3/21 results.** TASK reported revenue / adj. EBITDA of $201M / $48M or $18M / $5M above our estimates of $183M / $43M (Street estimates were $192M and $45M), respectively. In October, the company had preannounced Q3/21 revenue and adj. EBITDA ranges of $190M–$201M and $46.3M–$48.4M, above then current expectations. Revenue grew 64% (57% last quarter), all organic, driven by growth from new and existing clients, strong ongoing momentum in verticals such as fintech & ecommerce, and demand for all 3 of the company's solutions (digital CX, content security and AI). Adj. EBITDA was $48M, or a 23.9% margin, $5M above our estimate of $43M, but the margin contracted (70bps) y/y, on headwinds from public company costs.

**FY21 guidance increased, Q4/21 above prior expectations.** Increased FY21 guidance calls for revenue of $747M–$751M (previously $705M–$709M) and adj. EBITDA margins in a range of 23.7%–24.1% (previously 23.7%–24.1%). The midpoint of FY21 revenue and margin guidance implies adj. EBITDA of $181M, vs. $169M previously. Q4/21 guidance calls for revenue of $213M–$217M and adj. EBITDA margins in a range of 22%–23.3%, vs. 23.9% this quarter, and reflecting seasonality to expenses as well as a ramp up in digital solutions investments. At the midpoints, Q4/21 guidance implies revenue of $215M and adj. EBITDA of $49M, vs. prior RBCe of $192M/$43M and the Street at $198M/$43.5M, respectively.

**Sales remained strong.** Management, furthermore, discussed on the call that the company continued to have strong sales momentum from both new and existing clients including 2 new fintech clients (one in the "Buy Now, Pay Later" space and one a credit-card disruptor) as well multiple new health technology and entertainment clients. These wins, in our opinion, support management's guidance for FY21 and 25%+ y/y medium-term revenue growth target, which it reiterated on the conference call.

**Increasing estimates and price target; reiterate Outperform rating.** Incorporating the quarter and guidance, we are increasing our FY21 rev/ adj. EBITDA estimates to $751M/$181M from $708M/$169M, FY22 to $1,006M/$228M from $909M/$208M, and FY23 to $1,2860M/$294M from $1,140M/$262M respectively. With the increased forward numbers and an increase in the target multiple (to 34x from 21.5x) to reflect the continued rapid revenue growth, we are increasing our price target to $69 from $43, which is 34x our FY22 EV/EBITDA and generally in line with the company's more digitally-focused closest peers.

## Outperform

NASDAQ: TASK; USD 58.16
**Price Target USD 69.00 ↑ 43.00**

| WHAT'S INSIDE | |
|---|---|
| ☐ Rating/Risk Change | ☑ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☑ News Analysis |

### Scenario Analysis*

| Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|
| 50.00 | 58.16 | 69.00 | 81.00 |
| ↓ 14% | | ↑ 19% | ↑ 39% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 109.4 | Market Cap (MM): | 6,363 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | 1,347,192 |

### RBC Estimates

| FY Dec | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| Revenue | 478.0 | 750.5 | 1,006.5 | 1,286.3 |
| Prev. | | 708.3 | 909.4 | 1,139.7 |
| EPS, cash Diluted | 0.67 | 1.26 | 1.51 | 1.93 |
| Prev. | | 1.24 | 1.40 | 1.74 |
| P/CEPS | NA | 46.2x | 38.5x | 30.1x |
| EBITDA, Adj | 106.9 | 180.6 | 228.3 | 293.5 |
| Prev. | | 169.0 | 208.0 | 262.3 |

| Revenue | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2020 | 102.4A | 114.4A | 122.4A | 138.8A |
| 2021 | 152.9A | 180.0A | 201.1A | 216.6E |
| Prev. | | | 183.1E | 192.3E |
| 2022 | 224.0E | 249.5E | 262.6E | 270.4E |
| Prev. | 202.4E | 225.5E | 237.3E | 244.3E |
| EPS, cash Diluted | | | | |
| 2020 | 0.10A | 0.16A | 0.21A | 0.19A |
| 2021 | 0.27A | 0.30A | 0.30A | 0.39E |
| Prev. | | | 0.34E | 0.33E |
| 2022 | 0.32E | 0.36E | 0.41E | 0.42E |
| Prev. | 0.30E | 0.34E | 0.38E | 0.38E |

All values in USD unless otherwise noted.
Priced as of prior trading day's market close, EST (unless otherwise noted).

**RBC Capital Markets**

## Analyst's view

TASK reported revenue / adj. EBITDA of $201M / $48M or $18M / $5M above our estimates of $183M / $43M (Street estimates were $192M and $45M), respectively. In October, the company had preannounced Q3/21 revenue and adj. EBITDA ranges of $190M–$201M and $46.3M–$48.4M, above then current expectations. Revenue grew 64% (57% last quarter), all organic, driven by growth from new and existing clients, strong ongoing momentum in verticals such as fintech & ecommerce, and demand for all 3 of the company's solutions (digital CX, content security and AI).  Adj. EBITDA was $48M, or a 23.9% margin, $5M above our estimate of $43M, but the margin contracted (70bps) y/y, on headwinds from public company costs.

Exhibit 1 - Earnings summary comparison ($ in million except per share amounts)

|  | Results vs. Expectations | | | | Prior Year | |
|---|---|---|---|---|---|---|
|  | RBC est. Q3/21 | Actual Q3/21 | Delta/RBC | % Delta | Actual Q3/20 | Y/Y |
| Adj. Revenue | 183 | 201 | 18 | 10% | 122 | 64% |
| Adj. EBITDA | 43 | 48 | 5 | 13% | 30 | 60% |
| % of revenue | 23.3% | 23.9% | 0.6% |  | 24.6% | (70)bps |
| Adj. Net Income | 35 | 33 | (2) | (7%) | 22 | 47% |
| Adj. EPS | $0.34 | $0.30 | ($0.04) | (11.4%) | $0.21 | 40.3% |
| Shares out - diluted | 104.1 | 109.4 | 5.3 | 5.1% | 104.1 | 5.1% |

Source: Company data, RBC Capital Markets estimates

**Revenue growth accelerated; sales remained strong.** Reflecting demand, as well as wins from new and existing clients, revenues increased 64% y/y in Q3/21, accelerating from last quarter's 57%. On the conference call, management noted growth in all three of the company's solutions with DXCM revenue increasing 64% y/y to $123M on strength in fintech, retail & ecommerce; content security increased revenue 34% to $45M on demand from social media and ecommerce clients and AI revenue increased 145% to $30M mainly in the travel vertical. TASK's largest client remained ~27% of Q3/21 revenues, and down from 29% in Q2/21, while its second largest client represented 11% of total revenue, down from 12% last quarter. Management, furthermore, discussed on the call that the company continued to have strong sales momentum from both new and existing clients including 2 new fintech clients (one in the "Buy Now, Pay Later" space and one a credit-card disruptor) as well multiple new health technology and entertainment clients. Interestingly, the company also noted that growth from existing clients represented ~2/3s of total bookings, versus 60% in H1/21 and 40% in 2019. These wins, in our opinion, support management's guidance for FY21 and 25%+ y/y medium-term revenue growth target, which it reiterated on the conference call.

**FY21 guidance increased, Q4/21 above prior expectations.** Increased FY21 guidance calls for revenue of $747M–$751M (previously $705M–$709M) and adj. EBITDA margins in a range of 23.7%–24.1% (previously 23.7%–24.1%). The midpoint of FY21 revenue and margin guidance implies adj. EBITDA of $181M, vs. $169M previously. Q4/21 guidance calls for revenue of $213M–$217M and adj. EBITDA margins in a range of 22%–23.3%, vs. 23.9% this quarter, and reflecting seasonality to expenses as well as a ramp up in digital solutions investments. At the midpoints, Q4/21 guidance implies revenue of $215M and adj. EBITDA of $49M, vs. prior RBCe of $192M/$43M and the Street at $198M/$43.5M, respectively.



**Headcount additions to support growth.** TASK ended Q3/21 with 35,600 employees, a net increase of 4,100, of whom ~90%+ continued working from home. Despite the demand for this talent, the company achieved a 99% hire rate during the quarter and a 4.7 Glassdoor rating. The company delivered 53% of Q3/21 total revenue from the Philippines, 33% from the U.S. and the remainder from "rest-of-world".

**Liquidity and potential M&A.** TASK ended the quarter with $61.3M in cash and $240M in total debt. Reflecting AR build given the rapid revenue growth and cash payments associated with stock-comp related bonuses and the settlement of phantom shares stemming from the IPO, cash flow from operations was a negative ($109m). On the conference call, management reiterated that it would pursue accretive acquisitions that expanded TASK into a new geography, added to the solution set or deepened its vertical focus but intended to remain disciplined.



TaskUs, Inc.

**TaskUs**
Earnings model ($ in millions, except per share data)

| | FY 2019A | Mar-20 1Q20A | Jun-20 2Q20A | Sep-20 3Q20A | Dec-20 4Q20A | FY 2020A | Mar-21 1Q21A | Jun-21 2Q21A | Sep-21 3Q21A | Dec-21 4Q21E | FY 2021E | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | FY 2022E | Mar-23 1Q23E | Jun-23 2Q23E | Sep-23 3Q23E | Dec-23 4Q23E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total revenues | $359.7 | $102.4 | $114.4 | $122.4 | $138.8 | $478.0 | $152.9 | $180.0 | $201.1 | $216.6 | $750.5 | $224.0 | $249.5 | $262.6 | $270.4 | $1,006.5 | $278.8 | $310.0 | $335.2 | $362.2 | $1,286.3 |
| y/y change | 41.5% | 25.6% | 34.2% | 32.2% | 38.4% | 32.9% | 49.2% | 57.4% | 64.2% | 56.1% | 57.0% | 46.5% | 38.6% | 30.6% | 24.8% | 34.1% | 24.5% | 24.3% | 27.6% | 34.0% | 27.8% |
| | | | | | | | | | | | | | | | | | | | | | |
| Cost of services | 194.8 | 61.8 | 64.1 | 65.4 | 79.2 | 270.5 | 88.0 | 103.8 | 112.4 | 120.2 | 424.5 | 127.7 | 142.2 | 146.8 | 151.9 | 568.6 | 158.9 | 176.7 | 187.3 | 203.5 | 726.5 |
| Gross margin | $164.9 | $40.6 | $50.3 | $57.0 | $59.6 | $207.5 | $64.8 | $76.2 | $88.6 | $96.4 | $326.1 | $96.3 | $107.3 | $115.8 | $118.4 | $437.8 | $119.9 | $133.3 | $147.8 | $158.7 | $559.8 |
| % of revenue | 45.8% | 39.7% | 43.9% | 46.6% | 42.9% | 43.4% | 42.4% | 42.3% | 44.1% | 44.5% | 43.4% | 43.0% | 43.0% | 44.1% | 43.8% | 43.5% | 43.0% | 43.0% | 44.1% | 43.8% | 43.5% |
| | | | | | | | | | | | | | | | | | | | | | |
| **Operating expenses:** | | | | | | | | | | | | | | | | | | | | | |
| Total operating expenses | $128.0 | $35.2 | $39.8 | $40.8 | $41.5 | $157.2 | $42.4 | $189.3 | $72.5 | $81.8 | $386.0 | $80.6 | $85.6 | $89.2 | $90.7 | $346.2 | $94.0 | $101.8 | $109.0 | $115.1 | $419.9 |
| % of revenue | 35.6% | 34.3% | 34.8% | 33.3% | 29.9% | 32.9% | 27.8% | 105.1% | 36.1% | 37.8% | 51.4% | 36.0% | 34.3% | 34.0% | 33.6% | 34.4% | 33.7% | 32.8% | 32.5% | 31.8% | 32.6% |
| y/y change | 33% | 22% | 28% | 23% | 18% | 23% | 21% | 375% | 78% | 97% | 146% | 90% | (55%) | 23% | 11% | (10%) | 17% | 19% | 22% | 27% | 21% |
| Operating income | $36.9 | $5.5 | $10.5 | $16.3 | $18.1 | $50.3 | $22.4 | ($113.0) | $16.1 | $14.6 | ($59.9) | $15.7 | $21.7 | $26.6 | $27.7 | $91.6 | $25.9 | $31.5 | $38.9 | $43.6 | $139.8 |
| Operating margin | 10.2% | 5.4% | 9.1% | 13.3% | 13.0% | 10.5% | 14.7% | (62.8%) | 8.0% | 6.7% | (8.0%) | 7.0% | 8.7% | 10.1% | 10.2% | 9.1% | 9.3% | 10.2% | 11.6% | 12.0% | 10.9% |
| | | | | | | | | | | | | | | | | | | | | | |
| Other expense (income) | (2.0) | 1.4 | (1.1) | 0.6 | (2.5) | (1.6) | 0.8 | (1.7) | 1.2 | - | 0.3 | - | - | - | - | - | - | - | - | - | - |
| Financing expense (income) | 9.3 | 2.2 | 2.0 | 1.6 | 1.6 | 7.5 | 1.6 | 1.6 | 1.6 | 1.6 | 6.4 | 1.6 | 1.6 | 1.6 | 1.6 | 6.4 | 1.6 | 1.6 | 1.6 | 1.6 | 6.4 |
| | | | | | | | | | | | | | | | | | | | | | |
| Pretax income | $29.5 | $1.9 | $9.6 | $14.0 | $18.9 | $44.4 | $20.1 | ($113.0) | $13.3 | $13.0 | ($66.7) | $14.1 | $20.1 | $25.0 | $26.1 | $85.2 | $24.3 | $29.9 | $37.3 | $42.0 | $133.4 |
| Income taxes | (4.4) | 0.3 | 1.6 | 2.6 | 5.4 | 9.9 | 3.6 | (7.0) | 1.7 | (3.2) | (5.0) | 4.0 | 4.9 | 5.5 | 5.8 | 20.2 | 5.8 | 7.1 | 8.8 | 9.9 | 31.6 |
| Tax rate | (14.9%) | 18.3% | 16.9% | 18.3% | 28.3% | 22.3% | 17.7% | 6.2% | 12.5% | (24.7%) | 7.5% | 28.4% | 24.5% | 22.1% | 22.3% | 23.7% | 23.7% | 23.7% | 23.7% | 23.7% | 23.7% |
| | | | | | | | | | | | | | | | | | | | | | |
| Net income (GAAP) | $33.9 | $1.5 | $8.0 | $11.5 | $13.6 | $34.5 | $16.5 | ($105.9) | $11.6 | $16.2 | ($61.6) | $10.1 | $15.2 | $19.5 | $20.3 | $65.0 | $18.5 | $22.8 | $28.5 | $32.0 | $101.8 |
| y/y change | 5% | (75%) | 28% | 189% | (23%) | 2% | | | 2% | 19% | | (39%) | (114%) | 67% | 26% | (205%) | 84% | 50% | 46% | 58% | 57% |
| | | | | | | | | | | | | | | | | | | | | | |
| **Adjustments to net income:** | | | | | | | | | | | | | | | | | | | | | |
| Total adjustments | 19.0 | 8.6 | 9.0 | 10.8 | 6.5 | 34.8 | 11.7 | 137.3 | 21.1 | 26.4 | 196.5 | 24.9 | 24.7 | 25.2 | 25.2 | 99.9 | 25.9 | 26.7 | 28.2 | 28.2 | 109.0 |
| | | | | | | | | | | | | | | | | | | | | | |
| Adj. net income | $53.0 | $10.2 | $17.0 | $22.2 | $20.0 | $69.4 | $28.2 | $31.4 | $32.8 | $42.5 | $134.8 | $34.9 | $39.8 | $44.6 | $45.5 | $164.9 | $44.4 | $49.5 | $56.6 | $60.3 | $210.8 |
| y/y change | 63.6% | (3.7%) | 68.6% | 101.5% | (6.2%) | 30.9% | 177.7% | 84.9% | 47.5% | 112.3% | 94.4% | 23.8% | 27.0% | 36.3% | 7.1% | 22.3% | 27.2% | 24.4% | 26.8% | 32.4% | 27.8% |
| | | | | | | | | | | | | | | | | | | | | | |
| EPS (GAAP) | $0.33 | $0.01 | $0.08 | $0.11 | $0.13 | $0.33 | $0.16 | ($1.02) | $0.11 | $0.15 | ($0.58) | $0.09 | $0.14 | $0.18 | $0.19 | $0.59 | $0.17 | $0.21 | $0.26 | $0.29 | $0.93 |
| Adj. EPS | $0.51 | $0.10 | $0.16 | $0.21 | $0.19 | $0.67 | $0.27 | $0.30 | $0.30 | $0.39 | $1.26 | $0.32 | $0.36 | $0.41 | $0.42 | $1.51 | $0.41 | $0.45 | $0.52 | $0.55 | $1.93 |
| y/y change | 64% | | | | | 31% | | | | | 90% | | | | | 19% | | | | | 28% |
| | | | | | | | | | | | | | | | | | | | | | |
| Shares outstanding | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 109.4 | 109.4 | 106.8 | 109.4 | 109.4 | 109.4 | 109.4 | 109.4 | 109.4 | 109.4 | 109.4 | 109.4 | 109.4 |
| | | | | | | | | | | | | | | | | | | | | | |
| **EBITDA** | | | | | | | | | | | | | | | | | | | | | |
| Net income (GAAP) | $33.9 | $1.5 | $8.0 | $11.5 | $13.6 | $34.5 | $16.5 | ($105.9) | $11.6 | $16.2 | ($61.6) | $10.1 | $15.2 | $19.5 | $20.3 | $65.0 | $18.5 | $22.8 | $28.5 | $32.0 | $101.8 |
| Reported EBITDA | $74.1 | $13.5 | $22.1 | $24.1 | $31.2 | $90.9 | $32.6 | ($99.9) | $27.1 | $27.2 | ($13.1) | $28.8 | $35.3 | $40.7 | $42.3 | $147.1 | $41.0 | $47.1 | $55.0 | $60.2 | $203.3 |
| | | | | | | | | | | | | | | | | | | | | | |
| Adj. EBITDA | $74.2 | $17.5 | $26.4 | $30.1 | $32.9 | $106.9 | $39.5 | $44.1 | $48.1 | $48.8 | $180.6 | $48.9 | $55.3 | $61.2 | $62.9 | $228.3 | $62.2 | $69.2 | $78.5 | $83.7 | $293.5 |
| Adj. EBITDA margin (%) | 20.6% | 17.0% | 23.1% | 24.6% | 23.7% | 22.4% | 25.9% | 24.5% | 23.9% | 22.5% | 24.1% | 21.9% | 22.2% | 23.3% | 23.3% | 22.7% | 22.3% | 22.3% | 23.4% | 23.1% | 22.8% |
| y/y change | 30.4% | 1.2% | 56.2% | 54.2% | 60.0% | 44.0% | 126.6% | 67.3% | 59.7% | 48.2% | 69.0% | 23.8% | 25.3% | 27.2% | 28.7% | 26.4% | 27.1% | 25.1% | 28.3% | 33.2% | 28.6% |

Source: Company reports, RBC Capital Markets estimates

Dan Perlin; daniel.perlin@rbccm.com; 410-625-6130

November 10, 2021

Daniel R. Perlin, CFA (410) 625-6130; daniel.perlin@rbccm.com    4



# Key fundamental questions

**Our view**

**How does the company intend to maintain its 25%+ revenue CAGR?**

The company, in our opinion, has built an organic growth engine and agile operating model tailored for its high growth clients. The revenue growth model includes (1) growing with existing clients, (2) extending solutions, (3) adding new clients, (4) expanding globally, and (5) opportunistic M&A. To date, TASK has grown its business 100% organically, with existing clients growing their revenues at a ~40% CAGR from FY17-FY20, while TASK was able to grow ~60%, or 1.5x its existing base, over the same period. The company has seen positive organic growth in every one of its cohorts in every year, with 29 of its clients with $500K+ revenue growing 448% from FY17-FY20, which we believe has driven superior net revenue retention rates.

**What sets TASK apart from other, larger providers?**

Unlike its larger scale-seeking peers, TaskUs targets high-growth technology companies across a wide breadth of verticals within the Digital Economy, including social media, ecommerce, gaming, streaming services, food delivery, ride sharing, fintech, and healthcare technology, which the company projects to grow at an unweighted average CAGR of 18% from 2019 to 2023e, supported by strong macro trends driving increasing demand.

**Is the company's client concentration a risk, especially for pricing?**

The company's business is dependent on key clients that comprise a high percentage of total revenue. For example, Facebook and DoorDash comprised 32% and 12% of FY20 revenue, while the next 8 largest clients comprised an additional 24%. Overall, the company has 29 clients with $500K+ revenue, which have grown 448% from FY17-FY20; additionally, we believe it has above industry-average net revenue retention rates.

**Is employee attrition & turnover, especially from its content security business an issue?**

We believe the company's focus on fostering employee culture has led to lower employee attrition, as indicated by a voluntary attrition rate for those employed for over 180 days of 14.9%. We believe this is further evidenced by the high level of internal referrals, which drove 38% of new hires in 2020 and helped drive a 101% fill rate. Finally, we estimate that only ~15% of TASK's content moderation work involves graphic violence, pornography or other such topics.

**Is the company seeing increased wage pressures?**

While TASK, like many of its peers, is seeing increased wage costs, in our opinion, especially for employees with digital skills, we believe that the relative price insensitivity of its clients and operating leverage will help to offset some this pressure. Since 2017, we note that while the company's gross margin has declined from 50.4% to 43.4% in FY20, its adj. EBITDA margin expanded from 17.9% to 22.4% over the same timeframe.



# Key ESG questions

*This section is intended to highlight key ESG discussion points relevant to this company, as well as our views on the outlook. Both the questions we highlight and our responses will evolve over time as the dialogue between management, analysts and investors continues to advance. We welcome any feedback on the topics.*

| | **Our view** |
|---|---|
| **What are the most material ESG issues facing this company?** | Given TaskUs' large global reach and across 8 countries and >27K employees, in addition to its overall business in serving high-growth Digital Economy companies, we believe diversity & inclusion as well as data privacy and information security are among the most material ESG issues facing the company. |
| **Does the company integrate ESG considerations into its strategy?** | Yes, the company has well-defined initiatives around supporting its employees in regards to diversity & inclusion, environmental sustainability, and supporting local communities. TaskUs also has a Nominating and ESG Committee Chapter on its Board of Directors that develops corporate governance guidelines and oversees the company's strategy related to environmental and social matters. |
| **What is diversity like at board / management level?** | TaskUs has a 6-person Board of Directors, including 1 woman, with ethnically diverse members. |
| **What are the key areas of strength and recent ESG initiatives?** | We see the company's efforts around diversity & inclusion as well as its community outreach initiatives as key areas of strength for TaskUs. The company also provides mandatory unconscious bias training to its leaders, recruiters, and hiring managers and actively hires people from disadvantaged groups, equipping disabled personnel with Jaws screen readers, electronic video magnifiers, and refreshable Braille displays. Lastly, the company's Global Employee Resource Groups enable employee-led discussions and roundtables to increase understanding and drive collaboration. The company actively engages in community partnerships with public schools, universities, military communities, and others to ensure inclusivity. Recent community-focused initiatives from 2018-2020 include TaskUs for Texans, where it joined the Central Texas Food Bank to pack 1,000 food boxes for families affected by the pandemic, as well as Taal Relief, in which employees collected and delivered relief goods to families in evacuation centers displaced by the Taal Volcano eruption in the Philippines, among many others. |
| **What are additional company-specific ESG areas of focus?** | TaskUs also has a Supplier Diversity program through which it seeks to partner with businesses owned by minorities, women, veterans, service-disability individuals, and LBGTQ+ members. The company also supports various non-profits and local charities. Additionally, TaskUs has a focus on environmental sustainability, launching a paperless initiative in 2017, distributing solar home kits to over 200 indigent families in the Philippines, and joining the cleanup drive in Santa Monica Beach, California while launching a coral planning effort in La Union Beach, Philippines. |

**Capital Markets** — RBC

## Target/Upside/Downside Scenarios

### TaskUs, Inc.



Source: Bloomberg and RBC Capital Markets estimates for Target

### Valuation

Our price target of $69 is an EV/EBITDA multiple of 34x our CY22 EBITDA estimate and a 46x P/E on CY22 RBCe. These target multiples are in line with company's closest more digitally-focused IT Services & digital engineering peers, which we think is appropriate given its growth rates and other fundamental factors. The implied upside supports our Outperform rating.

### Upside scenario

Our upside scenario of $81 is based on the company achieving a 36x EV/EBITDA on upside RBCe CY22 EBITDA estimate of $251M (10% premium to our base estimate), which represents a 2-point increase to the target multiple that we think is justified given the upside to results. This upside could be driven by faster-than-expected organic growth and/or margin upside.

### Downside scenario

Our downside scenario of $50 is based on the company achieving a 29x EV/EBITDA on downside RBCe CY22 EBITDA estimate of $194M (15% discount to our base estimate), which represents a 5-point decrease to the target multiple that we think is justified given the downside to results. This downside could be driven by a slowdown in revenue from either lower demand or increased competition, and/or increased expense pressures.

### Investment summary

TaskUs, in our opinion, is well positioned to support the operational needs of its high-growth clients as they scale through its tech-enabled outsourcing solutions purpose-built for their various industry verticals within the Digital Economy. We believe the strong projected growth of the company's end markets (average CAGR of 18% from 2019-2023e), high net revenue retention rates, accelerating new client wins, and digitally native service offerings that enable utilization of lower cost non-voice channels should support recurring revenue growth at a 25% CAGR for the medium-term while sustaining EBITDA margins above 20%.

We believe TASK's success will be underpinned by several key attributes, including its: (1) large and growing TAM, (2) deeply embedded and growing client relationships, (3) cohesive, simple, and reinforcing growth strategy, including geographic expansion and M&A, (4) leadership in talent acquisition with low voluntary attrition rates, and (5) attractive underlying financial model designed to drive profitability

### Risks to rating and price target

We see three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macro-economic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.



TaskUs, Inc.

## Company description

TaskUs is a digital outsourcer serving clients across numerous industries within what the company calls the "Digital Economy" (e.g. social media, ride sharing, streaming services, and fintech, among many others). These companies often lack the expertise, scale, or geographic presence to build the operational infrastructure necessary to support their growth. The company's global delivery model is focused on providing clients three key solutions: (1) Digital Customer Experience (DCX), (2) Content Security (CS), and (3) Artificial Intelligence (AI) Operations. TaskUs now serves over 100 clients and has become a top outsourcing partner for many of the world's most recognizable and disruptive brands in the world, supporting their growth with tech-enabled solutions tailored for the Digital Economy.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for TaskUs, Inc. in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from TaskUs, Inc. in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates expects to receive or intends to seek compensation for investment banking services from TaskUs, Inc. in the next three months.

RBC Capital Markets, LLC makes a market in the securities of TaskUs, Inc..

RBC Capital Markets is currently providing TaskUs, Inc. with investment banking services.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

As of March 31, 2020, RBC Capital Markets discontinued its Top Pick rating. Top Pick rated securities represented an analysts best idea in the sector; expected to provide significant absolute returns over 12 months with a favorable risk-reward ratio. Top Pick rated securities have been reassigned to our Outperform rated securities category, which are securities expected to materially outperform sector average over 12 months.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

**Capital Markets**

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings RBC Capital Markets, Equity Research As of 30-Sep-2021 | | | Investment Banking Serv./Past 12 Mos. | |
|---|---|---|---|---|
| Rating | Count | Percent | Count | Percent |
| BUY [Outperform] | 800 | 56.58 | 341 | 42.62 |
| HOLD [Sector Perform] | 562 | 39.75 | 172 | 30.60 |
| SELL [Underperform] | 52 | 3.68 | 3 | 5.77 |



Rating and price target history for: TaskUs, Inc., TASK US as of 09-Nov-2021 (in USD)

Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by: BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**TaskUs, Inc.**

**Valuation**

Our price target of $69 is an EV/EBITDA multiple of 34x our CY22 EBITDA estimate and a 46x P/E on CY22 RBCe. These target multiples are in line with company's closest more digitally-focused IT Services & digital engineering peers, which we think is appropriate given its growth rates and other fundamental factors. The implied upside supports our Outperform rating.

**Capital Markets**

**RBC**

## Risks to rating and price target

We see three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macro-economic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

With regard to the MAR investment recommendation requirements in relation to relevant securities, a member company of Royal Bank of Canada, together with its affiliates, may have a net long or short financial interest in excess of 0.5% of the total issued share capital of the entities mentioned in the investment recommendation. Information relating to this is available upon request from your RBC investment advisor or institutional salesperson.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research content simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets provides eligible clients with access to Equity Research Reports and to SPARC on the Firm's proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in Research Reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published Research Reports reflecting the Research Analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.

For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action
The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com/.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.
References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

**Capital Markets**

**RBC**

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Europe) GmbH, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**

This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**

This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**

This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To EEA Residents:**

This material is distributed in the EU by either RBCEL on an authorised cross-border basis, or by RBC Capital Markets (Europe) GmbH (RBC EG) which is authorised and regulated in Germany by the Bundesanstalt für Finanzdienstleistungsaufsicht (German Federal Financial Supervisory Authority) (BaFin).

**To Persons Receiving This Advice in Australia:**

This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**

This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.

**To Singapore Residents:**

This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**

Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.

November 10, 2021          Daniel R. Perlin, CFA (410) 625-6130; daniel.perlin@rbccm.com      11



TaskUs, Inc.

Copyright © RBC Capital Markets, LLC 2021 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2021 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2021
Copyright © Royal Bank of Canada 2021
All rights reserved



**Capital Markets**

RBC Capital Markets, LLC
**Daniel R. Perlin**, CFA (Analyst)
(410) 625-6130, daniel.perlin@rbccm.com
**Matt Roswell**, CFA (AVP)
(410) 625-6131, matt.roswell@rbccm.com

EQUITY RESEARCH

December 7, 2021

# TaskUs, Inc.

## Adjusting revenue growth estimates

**Our view:** We are adjusting our estimates to reflect a more conservative revenue growth ramp and seasonality. With the adjustment, our revenue growth projection is more in line with management's commentary on the last earnings call. Reducing price target; reiterate Outperform.

### Key points:

**Revenue growth expectations.** Following Q3/21 results, which included an $18M revenue beat relative to our model, we increased our Q4/21 revenue estimate by $24M to $216.6M and FY22 by $97M to $1,006.5M. These estimates, however, did not account for seasonality, especially in Q1/22. Taking this into account, as well as incorporating further conservatism in the ramping of business from recently signed clients, we are reducing our FY22 revenue estimate to $957M from $1,006.5M. Our new revenue estimates imply y/y revenue growth of 27.5%, closer to management's medium-term 25% CAGR target.

**Adjusting estimates.** Reflecting the new revenue expectations, we are maintaining our FY21 revenue, adj. EBITDA and adj. EPS estimates at $750.5M / $181M / $1.26, but reducing our FY22 estimates to $957M / $218M / $1.41 from $1,006.5M / $228M / $1.51, respectively. Our new FY23 estimates are $1.19B / $265M / $1.65, respectively, versus $1.29B / $294M / $1.93, respectively.

**Reiterate Outperform.** We are reiterating our positive outlook on TASK shares, as we believe the company is tethered to a large and rapidly growing addressable market, is uniquely 100% focused on digitally-native clients, and has a cohesive reinforcing growth strategy capable of sustaining 25%+ y/y revenue growth, with industry leading adjusted gross margins.

**Reducing price target.** With the lower forward estimate, we are reducing our price target to $62 (from $69), which is 32x (from 34x) our FY22 RBCe EV/EBITDA and generally in line with the company's more digitally focused closest peers.

## Outperform

NASDAQ: TASK; USD 42.09

**Price Target USD 62.00 ↓ 69.00**

| WHAT'S INSIDE | |
|---|---|
| ☐ Rating/Risk Change | ☑ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☐ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
| | 37.00 | 42.09 | 62.00 | 73.00 |
| | ↓ 12% | | ↑ 47% | ↑ 73% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 109.4 | Market Cap (MM): | 4,605 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | 1,432,127 |

Priced intraday 12/07/21 at 11:05am ET.

### RBC Estimates

| FY Dec | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| **Revenue** | 478.0 | 750.5 | 956.6 | 1,192.9 |
| Prev. | | | 1,006.5 | 1,286.3 |
| **EPS, cash Diluted** | 0.67 | 1.26 | 1.41 | 1.65 |
| Prev. | | | 1.51 | 1.93 |
| **P/CEPS** | 62.8x | 33.4x | 29.9x | 25.5x |
| **EBITDA, Adj** | 106.9 | 180.6 | 218.3 | 264.8 |
| Prev. | | | 228.3 | 293.5 |

| Revenue | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2020 | 102.4A | 114.4A | 122.4A | 138.8A |
| 2021 | 152.9A | 180.0A | 201.1A | 216.6E |
| 2022 | 217.1E | 233.4E | 248.7E | 257.3E |
| Prev. | 224.0E | 249.5E | 262.6E | 270.4E |
| **EPS, cash Diluted** | | | | |
| 2020 | 0.10A | 0.16A | 0.21A | 0.19A |
| 2021 | 0.27A | 0.30A | 0.30A | 0.39E |
| 2022 | 0.31E | 0.33E | 0.37E | 0.39E |
| Prev. | 0.32E | 0.36E | 0.41E | 0.42E |

All values in USD unless otherwise noted.
Priced as of prior trading day's market close, EST (unless otherwise noted).



**TaskUs**
**Earnings model ($ in millions, except per share data)**

| | FY 2019A | Mar-20 1Q20A | Jun-20 2Q20A | Sep-20 3Q20A | Dec-20 4Q20A | FY 2020A | Mar-21 1Q21A | Jun-21 2Q21A | Sep-21 3Q21A | Dec-21 4Q21E | FY 2021E | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | FY 2022E | Mar-23 1Q23E | Jun-23 2Q23E | Sep-23 3Q23E | Dec-23 4Q23E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total revenues | $359.7 | $102.4 | $114.4 | $122.4 | $138.8 | $478.0 | $152.9 | $180.0 | $201.1 | $216.6 | $750.5 | $217.1 | $233.4 | $248.7 | $257.3 | $956.6 | $256.5 | $286.3 | $310.2 | $340.0 | $1,192.9 |
| y/y change | 41.5% | 25.6% | 34.2% | 32.2% | 38.4% | 32.9% | 49.2% | 57.4% | 64.2% | 56.1% | 57.0% | 42.0% | 29.7% | 23.7% | 18.8% | 27.5% | 18.1% | 22.7% | 24.7% | 32.1% | 24.7% |
| | | | | | | | | | | | | | | | | | | | | | |
| Cost of services | 194.8 | 61.8 | 64.1 | 65.4 | 79.2 | 270.5 | 88.0 | 103.8 | 112.4 | 120.2 | 424.5 | 125.9 | 135.4 | 140.5 | 144.1 | 546.0 | 148.8 | 166.1 | 175.2 | 190.4 | 680.4 |
| Gross margin | $164.9 | $40.6 | $50.3 | $57.0 | $59.6 | $207.5 | $64.8 | $76.2 | $88.6 | $96.4 | $326.1 | $91.2 | $98.0 | $108.2 | $113.2 | $410.7 | $107.7 | $120.2 | $134.9 | $149.6 | $512.5 |
| % of revenue | 45.8% | 39.7% | 43.9% | 46.6% | 42.9% | 43.4% | 42.4% | 42.3% | 44.1% | 44.5% | 43.4% | 42.0% | 42.0% | 43.5% | 44.0% | 42.9% | 42.0% | 42.0% | 43.5% | 44.0% | 43.0% |
| | | | | | | | | | | | | | | | | | | | | | |
| Operating expenses: | | | | | | | | | | | | | | | | | | | | | |
| Total operating expenses | $128.0 | $35.2 | $39.8 | $40.8 | $41.5 | $157.2 | $42.4 | $189.3 | $72.5 | $81.8 | $386.0 | $76.1 | $80.1 | $85.0 | $86.7 | $327.9 | $86.9 | $94.4 | $101.4 | $108.4 | $391.1 |
| % of revenue | 35.6% | 34.3% | 34.8% | 33.3% | 29.9% | 32.9% | 27.8% | 105.1% | 36.1% | 37.8% | 51.4% | 35.0% | 34.3% | 34.2% | 33.7% | 34.3% | 33.9% | 33.0% | 32.7% | 31.9% | 32.8% |
| y/y change | 33% | 22% | 28% | 23% | 18% | 23% | 21% | 375% | 78% | 97% | 146% | 79% | (58%) | 17% | 6% | (15%) | 14% | 18% | 19% | 25% | 19% |
| Operating income | $36.9 | $5.5 | $10.5 | $16.3 | $18.1 | $50.3 | $22.4 | ($113.0) | $16.1 | $14.6 | ($59.9) | $15.1 | $17.9 | $23.2 | $26.6 | $82.7 | $20.8 | $25.9 | $33.5 | $41.2 | $121.4 |
| Operating margin | 10.2% | 5.4% | 9.1% | 13.3% | 13.0% | 10.5% | 14.7% | (62.8%) | 8.0% | 6.7% | (8.0%) | 7.0% | 7.7% | 9.3% | 10.3% | 8.6% | 8.1% | 9.0% | 10.8% | 12.1% | 10.2% |
| | | | | | | | | | | | | | | | | | | | | | |
| Other expense (income) | (2.0) | 1.4 | (1.1) | 0.6 | (2.5) | (1.6) | 0.8 | (1.7) | 1.2 | - | 0.3 | - | - | - | - | - | - | - | - | - | - |
| Financing expense (income) | 9.3 | 2.2 | 2.0 | 1.6 | 1.6 | 7.5 | 1.6 | 1.6 | 1.6 | 1.6 | 6.4 | 1.6 | 1.6 | 1.6 | 1.6 | 6.4 | 1.6 | 1.6 | 1.6 | 1.6 | 6.4 |
| | | | | | | | | | | | | | | | | | | | | | |
| Pretax income | $29.5 | $1.9 | $9.6 | $14.0 | $18.9 | $44.4 | $20.1 | ($113.0) | $13.3 | $13.0 | ($66.7) | $13.5 | $16.3 | $21.6 | $25.0 | $76.3 | $19.2 | $24.3 | $31.9 | $39.6 | $115.0 |
| Income taxes | (4.4) | 0.3 | 1.6 | 2.6 | 5.4 | 9.9 | 3.6 | (7.0) | 1.7 | (3.2) | (5.0) | 3.8 | 4.0 | 4.8 | 5.6 | 18.1 | 4.5 | 5.8 | 7.6 | 9.4 | 27.2 |
| Tax rate | (14.9%) | 18.3% | 16.9% | 18.3% | 28.3% | 22.3% | 17.7% | 6.2% | 12.5% | (24.7%) | 7.5% | 28.4% | 24.5% | 22.1% | 22.3% | 23.8% | 23.7% | 23.7% | 23.7% | 23.7% | 23.7% |
| | | | | | | | | | | | | | | | | | | | | | |
| Net income (GAAP) | $33.9 | $1.5 | $8.0 | $11.5 | $13.6 | $34.5 | $16.5 | ($105.9) | $11.6 | $16.2 | ($61.6) | $9.7 | $12.3 | $16.8 | $19.4 | $58.2 | $14.6 | $18.5 | $24.3 | $30.2 | $87.7 |
| y/y change | 5% | (75%) | 28% | 189% | (23%) | 2% | | | 2% | 19% | | (41%) | (112%) | 45% | 20% | (194%) | 51% | 51% | 45% | 56% | 51% |
| | | | | | | | | | | | | | | | | | | | | | |
| Adjustments to net income: | | | | | | | | | | | | | | | | | | | | | |
| Total adjustments | 19.0 | 8.6 | 9.0 | 10.8 | 6.5 | 34.8 | 11.7 | 137.3 | 21.1 | 26.4 | 196.5 | 24.9 | 24.7 | 24.7 | 24.7 | 98.9 | 24.7 | 24.7 | 24.7 | 24.7 | 98.8 |
| | | | | | | | | | | | | | | | | | | | | | |
| Adj. net income | $53.0 | $10.2 | $17.0 | $22.2 | $20.0 | $69.4 | $28.2 | $31.4 | $32.8 | $42.5 | $134.8 | $34.5 | $37.0 | $41.5 | $44.1 | $157.1 | $39.3 | $43.2 | $49.0 | $54.9 | $186.5 |
| y/y change | 63.6% | (3.7%) | 68.6% | 101.5% | (6.2%) | 30.9% | 177.7% | 84.9% | 47.5% | 112.3% | 94.4% | 22.4% | 17.8% | 26.7% | 3.7% | 16.5% | 13.9% | 17.0% | 18.1% | 24.5% | 18.7% |
| | | | | | | | | | | | | | | | | | | | | | |
| EPS (GAAP) | $0.33 | $0.01 | $0.08 | $0.11 | $0.13 | $0.33 | $0.16 | ($1.02) | $0.11 | $0.15 | ($0.58) | $0.09 | $0.11 | $0.15 | $0.17 | $0.52 | $0.13 | $0.16 | $0.21 | $0.27 | $0.78 |
| Adj. EPS | $0.51 | $0.10 | $0.16 | $0.21 | $0.19 | $0.67 | $0.27 | $0.30 | $0.30 | $0.39 | $1.26 | $0.31 | $0.33 | $0.37 | $0.39 | $1.41 | $0.35 | $0.38 | $0.43 | $0.48 | $1.65 |
| y/y change | 64% | | | | | 31% | | | | | 89% | | | | | 12% | | | | | 17% |
| | | | | | | | | | | | | | | | | | | | | | |
| Shares outstanding | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 109.4 | 109.9 | 106.9 | 110.5 | 111.0 | 111.5 | 112.0 | 111.3 | 112.5 | 112.9 | 113.4 | 113.8 | 113.2 |
| | | | | | | | | | | | | | | | | | | | | | |
| EBITDA | | | | | | | | | | | | | | | | | | | | | |
| Net income (GAAP) | $33.9 | $1.5 | $8.0 | $11.5 | $13.6 | $34.5 | $16.5 | ($105.9) | $11.6 | $16.2 | ($61.6) | $9.7 | $12.3 | $16.8 | $19.4 | $58.2 | $14.6 | $18.5 | $24.3 | $30.2 | $87.7 |
| Reported EBITDA | $74.1 | $13.5 | $22.1 | $24.1 | $31.2 | $90.9 | $32.6 | ($99.9) | $27.1 | $27.2 | ($13.1) | $28.2 | $31.5 | $37.3 | $41.2 | $138.2 | $35.9 | $41.5 | $49.6 | $57.8 | $184.8 |
| | | | | | | | | | | | | | | | | | | | | | |
| Adj. EBITDA | $74.2 | $17.5 | $26.4 | $30.1 | $32.9 | $106.9 | $39.5 | $44.1 | $48.1 | $48.8 | $180.6 | $48.4 | $51.5 | $57.3 | $61.2 | $218.3 | $55.9 | $61.5 | $69.6 | $77.8 | $264.8 |
| Adj. EBITDA margin (%) | 20.6% | 17.0% | 23.1% | 24.6% | 23.7% | 22.4% | 25.9% | 24.5% | 23.9% | 22.5% | 24.1% | 22.3% | 22.1% | 23.0% | 23.8% | 22.8% | 21.8% | 21.5% | 22.4% | 22.9% | 22.2% |
| y/y change | 30.4% | 1.2% | 56.2% | 54.2% | 60.0% | 44.0% | 126.6% | 67.3% | 59.7% | 48.2% | 69.0% | 22.4% | 16.7% | 19.1% | 25.3% | 20.9% | 15.5% | 19.5% | 21.5% | 27.2% | 21.3% |

Source: Company reports, RBC Capital Markets estimates

Dan Perlin; daniel.perlin@rbccm.com; 410-625-6130

Daniel R. Perlin, CFA (410) 625-6130; daniel.perlin@rbccm.com    2



TaskUs, Inc.

# Key fundamental questions

**Our view**

**How does the company intend to maintain its 25%+ revenue CAGR?**

The company, in our opinion, has built an organic growth engine and agile operating model tailored for its high growth clients. The revenue growth model includes (1) growing with existing clients, (2) extending solutions, (3) adding new clients, (4) expanding globally, and (5) opportunistic M&A. To date, TASK has grown its business 100% organically, with existing clients growing their revenues at a ~40% CAGR from FY17-FY20, while TASK was able to grow ~60%, or 1.5x its existing base, over the same period. The company has seen positive organic growth in every one of its cohorts in every year, with 29 of its clients with $500K+ revenue growing 448% from FY17-FY20, which we believe has driven superior net revenue retention rates.

**What sets TASK apart from other, larger providers?**

Unlike its larger scale-seeking peers, TaskUs targets high-growth technology companies across a wide breadth of verticals within the Digital Economy, including social media, ecommerce, gaming, streaming services, food delivery, ride sharing, fintech, and healthcare technology, which the company projects to grow at an unweighted average CAGR of 18% from 2019 to 2023e, supported by strong macro trends driving increasing demand.

**Is the company's client concentration a risk, especially for pricing?**

The company's business is dependent on key clients that comprise a high percentage of total revenue. For example, Facebook and DoorDash comprised 32% and 12% of FY20 revenue, while the next 8 largest clients comprised an additional 24%. Overall, the company has 29 clients with $500K+ revenue, which have grown 448% from FY17-FY20; additionally, we believe it has above industry-average net revenue retention rates.

**Is employee attrition & turnover, especially from its content security business an issue?**

We believe the company's focus on fostering employee culture has led to lower employee attrition, as indicated by a voluntary attrition rate for those employed for over 180 days of 14.9%. We believe this is further evidenced by the high level of internal referrals, which drove 38% of new hires in 2020 and helped drive a 101% fill rate. Finally, we estimate that only ~15% of TASK's content moderation work involves graphic violence, pornography or other such topics.

**Is the company seeing increased wage pressures?**

While TASK, like many of its peers, is seeing increased wage costs, in our opinion, especially for employees with digital skills, we believe that the relative price insensitivity of its clients and operating leverage will help to offset some this pressure. Since 2017, we note that while the company's gross margin has declined from 50.4% to 43.4% in FY20, its adj. EBITDA margin expanded from 17.9% to 22.4% over the same timeframe.



# Key ESG questions

*This section is intended to highlight key ESG discussion points relevant to this company, as well as our views on the outlook. Both the questions we highlight and our responses will evolve over time as the dialogue between management, analysts and investors continues to advance. We welcome any feedback on the topics.*

**Our view**

**What are the most material ESG issues facing this company?**

Given TaskUs' large global reach and across 8 countries and >27K employees, in addition to its overall business in serving high-growth Digital Economy companies, we believe diversity & inclusion as well as data privacy and information security are among the most material ESG issues facing the company.

**Does the company integrate ESG considerations into its strategy?**

Yes, the company has well-defined initiatives around supporting its employees in regards to diversity & inclusion, environmental sustainability, and supporting local communities. TaskUs also has a Nominating and ESG Committee Chapter on its Board of Directors that develops corporate governance guidelines and oversees the company's strategy related to environmental and social matters.

**What is diversity like at board / management level?**

TaskUs has a 6-person Board of Directors, including 1 woman, with ethnically diverse members.

**What are the key areas of strength and recent ESG initiatives?**

We see the company's efforts around diversity & inclusion as well as its community outreach initiatives as key areas of strength for TaskUs. The company also provides mandatory unconscious bias training to its leaders, recruiters, and hiring managers and actively hires people from disadvantaged groups, equipping disabled personnel with Jaws screen readers, electronic video magnifiers, and refreshable Braille displays. Lastly, the company's Global Employee Resource Groups enable employee-led discussions and roundtables to increase understanding and drive collaboration. The company actively engages in community partnerships with public schools, universities, military communities, and others to ensure inclusivity. Recent community-focused initiatives from 2018-2020 include TaskUs for Texans, where it joined the Central Texas Food Bank to pack 1,000 food boxes for families affected by the pandemic, as well as Taal Relief, in which employees collected and delivered relief goods to families in evacuation centers displaced by the Taal Volcano eruption in the Philippines, among many others.

**What are additional company-specific ESG areas of focus?**

TaskUs also has a Supplier Diversity program through which it seeks to partner with businesses owned by minorities, women, veterans, service-disability individuals, and LBGTQ+ members. The company also supports various non-profits and local charities. Additionally, TaskUs has a focus on environmental sustainability, launching a paperless initiative in 2017, distributing solar home kits to over 200 indigent families in the Philippines, and joining the cleanup drive in Santa Monica Beach, California while launching a coral planning effort in La Union Beach, Philippines.



RBC Capital Markets

TaskUs, Inc.

## Target/Upside/Downside Scenarios

### TaskUs, Inc.

Source: Bloomberg and RBC Capital Markets estimates for Target

### Valuation

Our price target of $62 is an EV/EBITDA multiple of 32x our CY22 EBITDA estimate and a 44x P/E on CY22 RBCe. These target multiples are in line with company's closest more digitally-focused IT Services & digital engineering peers, which we think is appropriate given its growth rates and other fundamental factors. The implied upside supports our Outperform rating.

### Upside scenario

Our upside scenario of $73 is based on the company achieving a 34x EV/EBITDA on upside RBCe CY22 EBITDA estimate of $240M (10% premium to our base estimate), which represents a 2-point increase to the target multiple that we think is justified given the upside to results. This upside could be driven by faster-than-expected organic growth and/or margin upside.

### Downside scenario

Our downside scenario of $37 is based on the company achieving a 24x EV/EBITDA on downside RBCe CY22 EBITDA estimate of $175M (20% discount to our base estimate), which represents a 7-point decrease to the target multiple that we think is justified given the downside to results. This downside could be driven by a slowdown in revenue from either lower demand or increased competition, and/or increased expense pressures.

## Investment summary

TaskUs, in our opinion, is well positioned to support the operational needs of its high-growth clients as they scale through its tech-enabled outsourcing solutions purpose-built for their various industry verticals within the Digital Economy. We believe the strong projected growth of the company's end markets (average CAGR of 18% from 2019-2023e), high net revenue retention rates, accelerating new client wins, and digitally native service offerings that enable utilization of lower cost non-voice channels should support recurring revenue growth at a 25% CAGR for the medium-term while sustaining EBITDA margins above 20%.

We believe TASK's success will be underpinned by several key attributes, including its: (1) large and growing TAM, (2) deeply embedded and growing client relationships, (3) cohesive, simple, and reinforcing growth strategy, including geographic expansion and M&A, (4) leadership in talent acquisition with low voluntary attrition rates, and (5) attractive underlying financial model designed to drive profitability.

## Risks to rating and price target

We see three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macro-economic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.



**TaskUs, Inc.**

## Company description

TaskUs is a digital outsourcer serving clients across numerous industries within what the company calls the "Digital Economy" (e.g. social media, ride sharing, streaming services, and fintech, among many others). These companies often lack the expertise, scale, or geographic presence to build the operational infrastructure necessary to support their growth. The company's global delivery model is focused on providing clients three key solutions: (1) Digital Customer Experience (DCX), (2) Content Security (CS), and (3) Artificial Intelligence (AI) Operations. TaskUs now serves over 100 clients and has become a top outsourcing partner for many of the world's most recognizable and disruptive brands in the world, supporting their growth with tech-enabled solutions tailored for the Digital Economy.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for TaskUs, Inc. in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from TaskUs, Inc. in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates expects to receive or intends to seek compensation for investment banking services from TaskUs, Inc. in the next three months.

RBC Capital Markets, LLC makes a market in the securities of TaskUs, Inc..

RBC Capital Markets is currently providing TaskUs, Inc. with investment banking services.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.
**Ratings**
**Outperform (O):** Expected to materially outperform sector average over 12 months.
**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.
**Underperform (U):** Returns expected to be materially below sector average over 12 months.
**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.
**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.
As of March 31, 2020, RBC Capital Markets discontinued its Top Pick rating. Top Pick rated securities represented an analysts best idea in the sector; expected to provide significant absolute returns over 12 months with a favorable risk-reward ratio. Top Pick rated securities have been reassigned to our Outperform rated securities category, which are securities expected to materially outperform sector average over 12 months.
**Risk Rating**
The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

**RBC** Capital Markets

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.



| | | | Investment Banking Serv./Past 12 Mos. | |
|---|---|---|---|---|
| Rating | Count | Percent | Count | Percent |
| BUY [Outperform] | 800 | 56.58 | 341 | 42.62 |
| HOLD [Sector Perform] | 562 | 39.75 | 172 | 30.60 |
| SELL [Underperform] | 52 | 3.68 | 3 | 5.77 |

Distribution of ratings — RBC Capital Markets, Equity Research — As of 30-Sep-2021



Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by: BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**TaskUs, Inc.**
**Valuation**

Our price target of $62 is an EV/EBITDA multiple of 32x our CY22 EBITDA estimate and a 44x P/E on CY22 RBCe. These target multiples are in line with company's closest more digitally-focused IT Services & digital engineering peers, which we think is appropriate given its growth rates and other fundamental factors. The implied upside supports our Outperform rating.

**Capital Markets**
**RBC**

## Risks to rating and price target

We see three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macro-economic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.
With regard to the MAR investment recommendation requirements in relation to relevant securities, a member company of Royal Bank of Canada, together with its affiliates, may have a net long or short financial interest in excess of 0.5% of the total issued share capital of the entities mentioned in the investment recommendation. Information relating to this is available upon request from your RBC investment advisor or institutional salesperson.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research content simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets provides eligible clients with access to Equity Research Reports and to SPARC on the Firm's proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in Research Reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published Research Reports reflecting the Research Analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.
For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action
The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.
References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

**TaskUs, Inc.**

![RBC Capital Markets logo]

# Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Europe) GmbH, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To EEA Residents:**
This material is distributed in the EU by either RBCEL on an authorised cross-border basis, or by RBC Capital Markets (Europe) GmbH (RBC EG) which is authorised and regulated in Germany by the Bundesanstalt für Finanzdienstleistungsaufsicht (German Federal Financial Supervisory Authority) (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.

**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.

December 7, 2021                                    **Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com     9



TaskUs, Inc.

Copyright © RBC Capital Markets, LLC 2021 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2021 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2021
Copyright © Royal Bank of Canada 2021
All rights reserved

**BofA GLOBAL RESEARCH**

**BofA SECURITIES**

# TaskUs

# Premium growth at attractive valuation – upgrade to Buy

**Rating Change: BUY | PO: 71.00 USD | Price: 46.21 USD**

## Pullback creates opportunity

We upgrade TaskUs to Buy from Neutral. Shares have lagged the S&P500 by ~5,000bps and other customer experience (CX) outsourcing peers by ~3,800bps since touching highs on 9/23/21 following the June 2021 IPO. In our view, this underperformance was mostly due to the broader market rotation out of growth names, rather than company-specific factors. TASK has delivered two very solid quarters as a public company so far, with ~57% organic growth YTD, and consecutive beat and raise prints. TASK also continues to gradually reduce its client concentration (top 10 was 61% of revs in 3Q21 vs. 74% in 2019). While we recognize that lock-up expiration on 1/18 could introduce some near-term volatility, we believe robust fundamentals will continue in 2022 and beyond, supported by TASK's enviable list of "digital disruptor" clients, including Facebook, Uber, DoorDash, Netflix and Zoom. Next potential catalyst is likely 4Q21 earnings.

## Attractive top and bottom-line financial profile

During the 3Q21 earnings call, management confidently reiterated its 25%+ long-term organic revenue growth outlook, which we believe will be driven by the trend accelerating digitization of CX support services, particularly within TASK's primary verticals including retail, hi-tech, and on-demand travel/transportation. Facebook/Meta (FB) represented 27% of TASK's 3Q revenues (down from 32% in '20), but 70-75% of FB revenues are in content security, which we believe will remain a high investment priority for leading social media platforms such as FB, where user privacy continues to be a big focus amid regulatory scrutiny. We also believe TASK is faring quite well in the ongoing war for talent, with employee attrition trending in the 15-20% range (better than industry average and below 2019 levels), a very high Glassdoor rating of 4.7, and plans to start capitalizing on talent pools in Malaysia, Poland, and Romania during 1H22. Like all headcount-intensive businesses, TASK is faced with wage inflation, but the impact of this has already been accounted for in management's commentary that adjusted EBITDA margins are expected to decline about 1% in '22, to ~23%.

## Unchanged PO suggests 26% upside

We see the recent underperformance as an opportunity, and with the stock trading at just 34x 2023 P/E vs. peer group at 31x, we upgrade TASK to Buy (from Neutral). Our estimates and $71 PO are unchanged, reflecting 26% upside potential.

| Estimates (Dec) (US$) | 2019 | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| EPS | NA | 0.67 | 1.16 | 1.25 | 1.57 |
| GAAP EPS | NA | 0.33 | (0.60) | 0.42 | 0.57 |
| EPS Change (YoY) | NA | NA | 73.1% | 7.8% | 25.6% |
| Consensus EPS (Bloomberg) | | | 1.25 | 1.30 | 1.64 |
| DPS | NA | 0 | 0.48 | 0 | 0 |
| **Valuation (Dec)** | | | | | |
| P/E | NA | 69.0x | 39.8x | 37.0x | 29.4x |
| GAAP P/E | NA | 140.0x | NM | 110.0x | 81.1x |
| Dividend Yield | NA | 0% | 1.0% | 0% | 0% |
| EV / EBITDA* | NA | 13.4x | 7.9x | 6.7x | 5.3x |
| Free Cash Flow Yield* | NA | 2.4% | -6.1% | 3.6% | 7.0% |

*For full definitions of iQmethod℠ measures, see page 5.

BofA Securities does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
Refer to important disclosures on page 6 to 8. Analyst Certification on page 3. Price Objective Basis/Risk on page 3.                                    12365636

Timestamp: 06 January 2022 06:00AM EST

**06 January 2022**

Equity

### Key Changes

| (US$) | Previous | Current |
|---|---|---|
| Inv. Opinion | C-2-9 | C-1-9 |
| Inv. Rating | NEUTRAL | BUY |

**Jason Kupferberg**
Research Analyst
BofAS
+1 646 855 1961
jason.kupferberg@bofa.com

**Cassie Chan**
Research Analyst
BofAS
+1 646 855 1829
cassie.chan@bofa.com

**Mihir Bhatia**
Research Analyst
BofAS
+1 415 676 3575
mihir.bhatia@bofa.com

**Nathaniel Richam-Odoi**
Research Analyst
BofAS
+1 646 855 1607
nate.richam-odoi@bofa.com

### Stock Data

| | |
|---|---|
| Price | 46.21 USD |
| Price Objective | 71.00 USD |
| Date Established | 21-Oct-2021 |
| Investment Opinion | C-1-9 |
| 52-Week Range | 26.66 USD - 85.49 USD |
| Mrkt Val (mn) / Shares Out (mn) | 1,260 USD / 27.3 |
| Average Daily Value (mn) | 57.12 USD |
| BofA Ticker / Exchange | TASK / NAS |
| Bloomberg / Reuters | TASK US / TASK.OQ |
| ROE (2021E) | 32.0% |
| Net Dbt to Eqty (Dec-2020A) | 40.5% |

BofA GLOBAL RESEARCH

# *iQprofile*[SM] TaskUs

## *iQ*method[SM] – Bus Performance*

| (US$ Millions) | 2019 | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| Return on Capital Employed | NA | NA | -7.9% | 7.2% | 8.1% |
| Return on Equity | NA | 41.0% | 32.0% | 29.0% | 28.5% |
| Operating Margin | NA | 11.3% | -7.7% | 7.2% | 7.6% |
| Free Cash Flow | NA | 30 | (77) | 45 | 88 |

## *iQ*method[SM] – Quality of Earnings*

| (US$ Millions) | 2019 | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| Cash Realization Ratio | NA | 0.7x | -0.2x | 0.7x | 0.9x |
| Asset Replacement Ratio | NA | 1.0x | 1.8x | 1.5x | 1.5x |
| Tax Rate | NA | 22.3% | 1.6% | 24.1% | 24.0% |
| Net Debt-to-Equity Ratio | NA | 40.5% | 27.3% | 18.3% | 5.6% |
| Interest Cover | NA | 6.7x | -8.7x | 9.4x | 12.4x |

## Income Statement Data (Dec)

| (US$ Millions) | 2019 | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| Sales | NA | 478 | 750 | 941 | 1,177 |
| % Change | NA | NA | 57.0% | 25.4% | 25.1% |
| Gross Profit | NA | 208 | 324 | 407 | 506 |
| % Change | NA | NA | 56.3% | 25.4% | 24.5% |
| EBITDA | NA | 107 | 181 | 214 | 268 |
| % Change | NA | NA | 69.4% | 18.2% | 25.0% |
| Net Interest & Other Income | NA | (6) | (7) | (7) | (7) |
| **Net Income (Adjusted)** | **NA** | **69** | **122** | **138** | **174** |
| **% Change** | **NA** | **NA** | **75.6%** | **13.3%** | **25.8%** |

## Free Cash Flow Data (Dec)

| (US$ Millions) | 2019 | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| Net Income from Cont Operations (GAAP) | NA | 35 | (63) | 46 | 63 |
| Depreciation & Amortization | NA | 39 | 48 | 56 | 66 |
| Change in Working Capital | NA | (20) | (53) | (44) | (25) |
| Deferred Taxation Charge | NA | (6) | (7) | (7) | (7) |
| Other Adjustments, Net | NA | 4 | 49 | 50 | 62 |
| Capital Expenditure | NA | (21) | (51) | (56) | (71) |
| **Free Cash Flow** | **NA** | **30** | **-77** | **45** | **88** |
| **% Change** | **NA** | **NA** | **NM** | **NM** | **94.9%** |

## Balance Sheet Data (Dec)

| (US$ Millions) | 2019 | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| Cash & Equivalents | NA | 108 | 79 | 96 | 153 |
| Trade Receivables | NA | 88 | 176 | 221 | 262 |
| Other Current Assets | NA | 16 | 20 | 26 | 33 |
| Property, Plant & Equipment | NA | 57 | 85 | 142 | 212 |
| Other Non-Current Assets | NA | 439 | 421 | 403 | 404 |
| **Total Assets** | **NA** | **708** | **781** | **887** | **1,064** |
| Short-Term Debt | NA | 46 | 6 | 14 | 25 |
| Other Current Liabilities | NA | 65 | 110 | 120 | 142 |
| Long-Term Debt | NA | 199 | 189 | 179 | 166 |
| Other Non-Current Liabilities | NA | 59 | 54 | 46 | 41 |
| **Total Liabilities** | **NA** | **369** | **358** | **358** | **374** |
| **Total Equity** | **NA** | **339** | **423** | **529** | **689** |
| **Total Equity & Liabilities** | **NA** | **708** | **781** | **887** | **1,064** |

* For full definitions of *iQmethod*[SM] measures, see page 5.

## Company Sector

Computer Services

## Company Description

TaskUs is a leading provider of services related to customer support and customer experience (CX). TASK employs nearly 23,600 staff globally in 18 CX and IT delivery centers in 8 countries and serves approximately 100+ clients. In 2020, TASK generated $478M in total revenues, with Digital CX representing 63% of total revenues, Content Security 27% of revenues, and AI Operations 11% of revenues. Top 2 clients contributed 44% of total revenues in 2020.

## Investment Rationale

Shares have lagged significantly since touching highs on 9/23/21 following the June 2021 IPO, in our view largely due to the broader market rotation out of growth. Fundamentally, TASK has delivered two very solid beat-and-raise quarters as a public company, while also gradually reducing its client concentration. Accelerating digitization of CX outsourcing services should support TASK's 25%+ long-term organic revenue growth outlook, and employee attrition is better than the industry average.

## Stock Data

| | |
|---|---|
| Average Daily Volume | 1,236,038 |

## Quarterly Earnings Estimates

| | 2020 | 2021 |
|---|---|---|
| Q1 | NA | 0.27A |
| Q2 | NA | 0.28A |
| Q3 | NA | 0.30A |
| Q4 | NA | 0.31E |

## Price objective basis & risk

**TaskUs (TASK)**

We derive our $71 price objective from a blend of 42x multiple to our 2023E adj. EPS estimate and our DCF. We believe this multiple is appropriate based on TASK's comp group, a mix of CRM outsourcing providers and global IT services companies. This implies a 1.7x PEG multiple, which is in-line with the S&P500, justified in our view given TASK's higher organic growth profile and highly visible recurring revenue, but also higher client concentration and limited float/trading volume. Our DCF model assumes a WACC of 9.5% and terminal growth rate of 3%.

Downside risks to our price objective are: 1) loss of large clients that prevent TASK from achieving its financial growth targets, 2) intensifying competition for Digital talent, 3) wage inflation, and 4) limited free float and low trading liquidity.

## Analyst Certification

I, Jason Kupferberg, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.



BofA GLOBAL RESEARCH

## US - Payments, Processors, Specialty Finance and IT services Coverage Cluster

| Investment rating | Company | BofA Ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | Accenture Plc | ACN | ACN US | Jason Kupferberg |
| | Affirm Holdings | AFRM | AFRM US | Jason Kupferberg |
| | AGNC Investment Corp | AGNC | AGNC US | Derek Hewett |
| | Alliance Data Systems | ADS | ADS US | Mihir Bhatia |
| | Angel Oak Mortgage Inc. | AOMR | AOMR US | Derek Hewett |
| | Annaly Capital Management | NLY | NLY US | Derek Hewett |
| | Ares Capital Corporation | ARCC | ARCC US | Derek Hewett |
| | Barings BDC Inc | BBDC | BBDC US | Derek Hewett |
| | Black Knight | BKI | BKI US | Mihir Bhatia |
| | Blackrock TCP Capital Corp | TCPC | TCPC US | Derek Hewett |
| | Blackstone Mortgage Trust Inc | BXMT | BXMT US | Derek Hewett |
| | BTRS Holdings | BTRS | BTRS US | Jason Kupferberg |
| | Capital One Financial | COF | COF US | Mihir Bhatia |
| | CI&T | CINT | CINT US | Jason Kupferberg |
| | Cognizant Technology Solutions | CTSH | CTSH US | Jason Kupferberg |
| | Coinbase | COIN | COIN US | Jason Kupferberg |
| | Compass Diversified Holdings | CODI | CODI US | Derek Hewett |
| | Discover Financial | DFS | DFS US | Mihir Bhatia |
| | DLocal | DLO | DLO US | Jason Kupferberg |
| | DXC Technology | DXC | DXC US | Jason Kupferberg |
| | EngageSmart | ESMT | ESMT US | Jason Kupferberg |
| | EPAM Systems | EPAM | EPAM US | Jason Kupferberg |
| | Essent Group | ESNT | ESNT US | Mihir Bhatia |
| | Fidelity National Information Services | FIS | FIS US | Jason Kupferberg |
| | Fiserv Inc | FISV | FISV US | Jason Kupferberg |
| | FleetCor Technologies Inc. | FLT | FLT US | Mihir Bhatia |
| | Flywire | FLYW | FLYW US | Jason Kupferberg |
| | Global Payments Inc | GPN | GPN US | Jason Kupferberg |
| | Guild Holdings Company | GHLD | GHLD US | Derek Hewett |
| | Mastercard Inc | MA | MA US | Jason Kupferberg |
| | New Mountain Finance Corporation | NMFC | NMFC US | Derek Hewett |
| | Nuvei | NVEI | NVEI US | Jason Kupferberg |
| | Owl Rock Capital Corporation | ORCC | ORCC US | Derek Hewett |
| | PayPal Holdings Inc | PYPL | PYPL US | Jason Kupferberg |
| | Paysafe | PSFE | PSFE US | Jason Kupferberg |
| | Safehold, Inc | SAFE | SAFE US | Derek Hewett |
| | Shift4 Payments, Inc | FOUR | FOUR US | Jason Kupferberg |
| | Sixth Street Specialty Lending, Inc | TSLX | TSLX US | Derek Hewett |
| | Synchrony Financial | SYF | SYF US | Mihir Bhatia |
| | TaskUs | TASK | TASK US | Jason Kupferberg |
| | TCG BDC | CGBD | CGBD US | Derek Hewett |
| | TTEC Holdings | TTEC | TTEC US | Jason Kupferberg |
| | Visa Inc. | V | V US | Jason Kupferberg |
| | WEX Inc. | WEX | WEX US | Mihir Bhatia |
| **NEUTRAL** | | | | |
| | American Express Company | AXP | AXP US | Mihir Bhatia |
| | Bain Capital Specialty Finance, Inc. | BCSF | BCSF US | Derek Hewett |
| | Blackstone Secured Lending Fund | BXSL | BXSL US | Derek Hewett |
| | Block Inc | SQ | SQ US | Jason Kupferberg |
| | Ellington Financial | EFC | EFC US | Derek Hewett |
| | Enact Holdings | ACT | ACT US | Mihir Bhatia |
| | Golub Capital BDC, Inc. | GBDC | GBDC US | Derek Hewett |
| | MGIC Investment Corp. | MTG | MTG US | Mihir Bhatia |
| | Paymentus | PAY | PAY US | Jason Kupferberg |
| | PennyMac Mortgage Investment Trust | PMT | PMT US | Derek Hewett |
| | Rocket Companies, Inc. | RKT | RKT US | Mihir Bhatia |
| | Thoughtworks | TWKS | TWKS US | Jason Kupferberg |
| **UNDERPERFORM** | | | | |
| | ADP | ADP | ADP US | Jason Kupferberg |
| | Apollo Investment Corporation | AINV | AINV US | Derek Hewett |
| | CGI Inc. | GIB | GIB US | Jason Kupferberg |
| | CGI Inc. | YGIBA | GIB/A CN | Jason Kupferberg |
| | Evo Payments | EVOP | EVOP US | Jason Kupferberg |

**BofA GLOBAL RESEARCH**

## US - Payments, Processors, Specialty Finance and IT services Coverage Cluster

| Investment rating | Company | BofA Ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| | Home Point Capital | HMPT | HMPT US | Mihir Bhatia |
| | i3 Verticals, Inc. | IIIV | IIIV US | Jason Kupferberg |
| | Invesco Mortgage Capital, Inc. | IVR | IVR US | Derek Hewett |
| | loanDepot Inc | LDI | LDI US | Derek Hewett |
| | New York Mortgage Trust | NYMT | NYMT US | Derek Hewett |
| | Paychex | PAYX | PAYX US | Jason Kupferberg |
| | Radian Group Inc | RDN | RDN US | Mihir Bhatia |
| | Telus International | TIXT | TIXT US | Jason Kupferberg |
| | Telus International | YTIXT | TIXT CN | Jason Kupferberg |
| | Western Asset Mortgage Capital Corp | WMC | WMC US | Derek Hewett |
| | Western Union | WU | WU US | Jason Kupferberg |
| **RVW** | | | | |
| | Goldman Sachs BDC, Inc. | GSBD | GSBD US | Derek Hewett |

## *IQ*method ᴿᴹ Measures Definitions

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | NOPAT = (EBIT + Interest Income) × (1 − Tax Rate) + Goodwill Amortization | Total Assets − Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5 Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations − Total Capex | N/A |

| Quality of Earnings | Numerator | Denominator |
|---|---|---|
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt − Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |

| Valuation Toolkit | Numerator | Denominator |
|---|---|---|
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations − Total Capex | Market Cap = Current Share Price × Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price × Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

*iQmethod* ᴿᴹ is the set of BofA Global Research standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and validations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

*iQdatabase* ® is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by BofA Global Research.

*iQprofile* ᴿᴹ, *iQmethod* ᴿᴹ are service marks of Bank of America Corporation. *iQdatabase* ® is a registered service mark of Bank of America Corporation.



BofA GLOBAL RESEARCH

# Disclosures

## Important Disclosures

**TaskUs (TASK) Price Chart**



B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of a date no more than one trading day prior to the date of the report.

**Equity Investment Rating Distribution: Technology Group (as of 31 Dec 2021)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships [R1] | Count | Percent |
|---|---|---|---|---|---|
| Buy | 242 | 64.53% | Buy | 153 | 63.22% |
| Hold | 77 | 20.53% | Hold | 47 | 61.04% |
| Sell | 56 | 14.93% | Sell | 31 | 55.36% |

**Equity Investment Rating Distribution: Global Group (as of 31 Dec 2021)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships [R1] | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1982 | 58.85% | Buy | 1249 | 63.02% |
| Hold | 696 | 20.67% | Hold | 429 | 61.64% |
| Sell | 690 | 20.49% | Sell | 346 | 50.14% |

[R1] Issuers that were investment banking clients of BofA Securities or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.

FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS*, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of both a stock's: absolute total return potential as well as its attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster[R2] |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

[R2] Ratings dispersions may vary from time to time where BofA Global Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

*INCOME RATINGS*, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Global Research report referencing the stock.

Price Charts for the securities referenced in this research report are available on the Price Charts website, or call 1-800-MERRILL to have them mailed.
BofAS or one of its affiliates acts as a market maker for the equity securities recommended in the report: TaskUs.
BofAS or an affiliate was a manager of a public offering of securities of this issuer within the last 12 months: TaskUs.
The issuer is or was, within the last 12 months, an investment banking client of BofAS and/or one or more of its affiliates: TaskUs.
BofAS or an affiliate has received compensation from the issuer for non-investment banking services or products within the past 12 months: TaskUs.
The issuer is or was, within the last 12 months, a non-securities business client of BofAS and/or one or more of its affiliates: TaskUs.
BofAS or an affiliate has received compensation for investment banking services from this issuer within the past 12 months: TaskUs.
BofAS or one of its affiliates is willing to sell to, or buy from, clients the common equity of the issuer on a principal basis: TaskUs.
The issuer is or was, within the last 12 months, a securities business client (non-investment banking) of BofAS and/or one or more of its affiliates: TaskUs.
BofA Global Research personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall



**BofA GLOBAL RESEARCH**

profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.

## Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers. BofA Global Research policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits.

Prices are indicative and for information purposes only. Except as otherwise stated in the report, for the purpose of any recommendation in relation to: 1) an equity security, the price referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is indicative of the traded price as of the date and time of the report; or 2) a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including BofA Securities trading desks.

The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.

Officers of BofAS or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

Refer to BofA Global Research policies relating to conflicts of interest.

"BofA Securities" includes BofA Securities, Inc. ("BofAS") and its affiliates. Investors should contact their BofA Securities representative or Merrill Global Wealth Management financial advisor if they have questions concerning this report or concerning the appropriateness of any investment idea described herein for such investor. "BofA Securities" is a global brand for BofA Global Research.

Information relating to Non-US affiliates of BofA Securities and Distribution of Affiliate Research Reports:

BofAS and/or Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") may in the future distribute, information of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); BofASE (France): BofA Securities Europe SA is authorized by the Autorité de Contrôle Prudentiel et de Résolution (ACPR) and regulated by the ACPR and the Autorité des Marchés Financiers (AMF). Note that BofA Securities Europe SA has registered address at 51 rue la Boétie, 75008 Paris, is registered under no. 842 602 690 RCS Paris, and its share capital can be found on BofASE's disclaimer webpage; BofA Europe (Milan): Bank of America Europe Designated Activity Company, Milan Branch, regulated by the Bank of Italy, the European Central Bank (ECB) and the Central Bank of Ireland (CBI); BofA Europe (Frankfurt): Bank of America Europe Designated Activity Company, Frankfurt Branch regulated by BaFin, the ECB and the CBI; BofA Europe (Madrid): Bank of America Europe Designated Activity Company, Sucursal en España, regulated by the Bank of Spain, the ECB and the CBI; Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Investment Industry Regulatory Organization of Canada; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; Merrill Lynch (Argentina): Merrill Lynch Argentina SA, regulated by Comisión Nacional de Valores; BofAS Japan: BofA Securities Japan Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International, LLC Seoul Branch, regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; BofAS India: BofA Securities India Limited, regulated by the Securities and Exchange Board of India (SEBI); Merrill Lynch (Indonesia): PT Merrill Lynch Sekuritas Indonesia, regulated by Otoritas Jasa Keuangan (OJK); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (Russia): OOO Merrill Lynch Securities, Moscow, regulated by the Central Bank of the Russian Federation; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Brazil): Merrill Lynch S.A. Corretora de Títulos e Valores Mobiliários, regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company: Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.

This information: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK), which is authorized by the PRA and regulated by the FCA and the PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been approved for publication and is distributed in the European Economic Area (EEA) by BofASE (France), which is authorized by the ACPR and regulated by the ACPR and the AMF; has been considered and distributed in Japan by BofAS Japan, a registered securities dealer under the Financial Instruments and Exchange Act in Japan, or its permitted affiliates; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC; is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by BofAS India; and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch (Singapore) (Company Registration No 198602883D). Merrill Lynch (Singapore) is regulated by MAS. Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distributes this information in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of Bank of America N.A., Australia Branch, neither MLEA nor any of its affiliates involved in preparing this information is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this information in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Information prepared and issued by Merrill Lynch (DIFC) is done so in accordance with the requirements of the DFSA conduct of business rules. BofA Europe (Frankfurt) distributes this information in Germany and is regulated by BaFin, the ECB and the CBI. BofA Securities entities, including BofA Europe and BofASE (France), may outsource/delegate the marketing and/or provision of certain research services or aspects of research services to other branches or members of the BofA Securities group. You may be contacted by a different BofA Securities entity acting for and on behalf of your service provider where permitted by applicable law. This does not change your service provider. Please refer to the Electronic Communications Disclaimers for further information.

This information has been prepared and issued by BofAS and/or one or more of its non-US affiliates. The author(s) of this information may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so. BofAS and/or MLPF&S is the distributor of this information in the US and accepts full responsibility for information distributed to BofAS and/or MLPF&S clients in the US by its non-US affiliates. Any US person receiving this information and wishing to effect any transaction in any security discussed herein should do so through BofAS and/or MLPF&S and not such foreign affiliates. Hong Kong recipients of this information should contact Merrill Lynch (Asia Pacific) Limited in respect of any matters relating to dealing in securities or provision of specific advice on securities or any other matters arising from, or in connection with, this information. Singapore recipients of this information should contact Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this information. For clients that are not accredited investors, expert investors or institutional investors Merrill Lynch (Singapore) Pte Ltd accepts full responsibility for the contents of this information distributed to such clients in Singapore.

**General Investment Related Disclosures:**

Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Securities.

This document provides general information only, and has been prepared for, and is intended for general distribution to, BofA Securities clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This document and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this document and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this document.

Securities and other financial instruments referred to herein, or recommended, offered or sold by BofA Securities, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. Digital assets are extremely speculative, volatile and are largely unregulated. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such



**BofA GLOBAL RESEARCH**

securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

BofA Securities is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned herein. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

BofAS or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. BofAS or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Securities, through business units other than BofA Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented herein. Such ideas or recommendations may reflect different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Securities is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this information. In the event that the recipient received this information pursuant to a contract between the recipient and BofAS for the provision of research services for a separate fee, and in connection therewith BofAS may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom BofAS has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by BofAS). If such recipient uses the services of BofAS in connection with the sale or purchase of a security referred to herein, BofAS may act as principal for its own account or as agent for another person. BofAS is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

Copyright and General Information:

Copyright 2022 Bank of America Corporation. All rights reserved. iQdatabase® is a registered service mark of Bank of America Corporation. This information is prepared for the use of BofA Securities clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Securities. BofA Global Research information is distributed simultaneously to internal and client websites and other portals by BofA Securities and is not publicly-available material. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained herein (including any investment recommendations, estimates or price targets) without first obtaining express permission from an authorized officer of BofA Securities.

Materials prepared by BofA Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Securities, including investment banking personnel. BofA Securities has established information barriers between BofA Global Research and certain business groups. As a result, BofA Securities does not disclose certain client relationships with, or compensation received from, such issuers. To the extent this material discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this material. BofA Global Research personnel's knowledge of legal proceedings in which any BofA Securities entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this material is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Securities in connection with the legal proceedings or matters relevant to such proceedings.

This information has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of BofAS any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Securities and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This information may contain links to third-party websites. BofA Securities is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this information and is not incorporated by reference. The inclusion of a link does not imply any endorsement by or any affiliation with BofA Securities. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Securities is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

All opinions, projections and estimates constitute the judgment of the author as of the date of publication and are subject to change without notice. Prices also are subject to change without notice. BofA Securities is under no obligation to update this information and BofA Securities ability to publish information on the subject issuer(s) in the future is subject to applicable quiet periods. You should therefore assume that BofA Securities will not update any fact, circumstance or opinion contained herein.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Securities policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports or investment opinions relating to securities, financial instruments and/or issuers may no longer be current. Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with BofAS or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Securities nor any officer or employee of BofA Securities accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this information.



# TaskUs, Inc. (TASK)
## Short Report Creates Big Pullback; We Like the Stock



**We like TASK a lot on the near 10% pullback today triggered by a short report.** The items raised like client concentration, attrition, free cash flow generation (weak due to fast growth) are all well known. A new item raised is the allegation that Bryce inflated his undergrad degrees...the allegations seem to be splitting hairs...the fast growth, Blackstone backing, and strong financial acumen (CFO knows the numbers extremely well) signifies the company is operated very well.

- **This morning, there was a short report on TASK that has stock down 10%+.**

- **Several items are quite well known** -- Facebook has been ~27% of revenue, FCF dynamics are weak due to fast growth (ramping receivables), attrition may be high and can be hard to calculate (which is true across the industry).

- **A new allegation is that CEO Bryce Maddock inflated some undergrad degrees**...this would be concerning if true, but it appears that there were very slight changes in the BA degree in different reports (it didn't look like material changes)...like "BA in International Business," "BA in International Relations," and "Double Major in Business and International Relations." We could see a much bigger issue if this was a clear exaggeration, but this seems pretty minor overall. The company operates very well, and Blackstone backing shows a high level of confidence.

- **There was also a nearly 12 year old apology (from 2010) that Bryce made about being cocky.** He is clearly confident, and we could envision a low/mid-20s-year old Bryce coming across as a little cocky. He currently seems very humble/ kind, and very focused on the good of employees (helping with healthcare, living wage, etc.).

- **We think this is a very good company and like the fast revenue growth and high margins a lot**...they have a strong connection to the fast-growth tech industry, and we understand some recent rise/fall in their stock in relation to other fast-growth tech.

- **The pullback puts the stock around an S&P multiple on an NTM basis, which seems way too inexpensive for a 25%+ revenue grower.**

**TaskUs provides outsourcing services across digital customer experience, content security, and AI operations.**

## RESEARCH UPDATE
**1-Year Price Chart**



### Stock Data

| | |
|---|---|
| Rating: | Outperform |
| Suitability: | Average Risk |
| Price Target: | $74 |
| Price (1/20/22): | $31.19 |
| Market Cap (mil): | $3,259 |
| Shares Out (mil): | 104.5 |
| Average Daily Vol (mil): | 1.33 |
| Dividend Yield: | 0.0% |

### Estimates

| FY Dec | 2021E | 2022E | 2023E |
|---|---|---|---|
| Q1 | 0.27 A | 0.27 E | 0.34 E |
| Q2 | 0.32 A | 0.31 E | 0.39 E |
| Q3 | 0.30 A | 0.39 E | 0.49 E |
| Q4 | 0.36 E | 0.40 E | 0.50 E |
| **Fiscal EPS** | **1.26 E** | **1.38 E** | **1.72 E** |
| Fiscal P/E | 24.8x | 22.6x | 18.1x |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

[ **Please refer to Appendix - Important Disclosures and Analyst Certification** ]

**David J. Koning, CFA**
Sr. Research Analyst
dkoning@rwbaird.com
414.298.7494

**Robert W. Bamberger, CFA**
Sr. Research Associate
rbamberger@rwbaird.com
414.298.5094

**Patrick A. Schulz, CFA**
Research Associate
pschulz@rwbaird.com
414.298.6218

Property of Baird. Please contact Baird for permission to share.

January 20, 2022   |   **TaskUs, Inc.**

# Details

**Our $74 price target** reflects ~43X our 2023E EPS of $1.72. For perspective, the functional comps (TIXT/TEP/TTEC) all currently trade ~18-30X C2022E EPS while the growth comps (GLOB/EPAM/DAVA) all trade ~59-69X C2022E EPS. In a year, we think TASK could trade in between these two groups.

- **EV/EBITDA:** Our price target also reflects ~29X our 2023E EBITDA. The functional comp (TIXT/TEP/TTEC) currently averages ~14.5X C2022E EBITDA, and we think a year from now TASK could trade above the functional comps given the growth profile. The growth comp group (GLOB/EPAM/DAVA) currently average ~40X C2022E EBITDA.

# Investment Thesis

**Strong client base and revenue retention.** TaskUs has over 100 clients across several verticals within the digital economy. In 2020, >99% of revenues came from recurring revenue contracts, and they had a net revenue retention rate of 117%.

**Fast-growth market opportunity.** TaskUs competes in several fast-growth areas of the digital outsourcing market. The company estimates the Digital Customer Experience market is growing at a 20-25% CAGR, Content Security market is growing at a 40-50% CAGR, and AI Operations market is growing at a 20% CAGR.

**Successful founder-led management team.** Bryce Maddock (CEO) and Jaspar Weir (President) co-founded TaskUs in 2008 with an initial concept to provide virtual assistants working from the Philippines (first office was a small place above a mechanic shop). Since then, the company has grown to >35,600 employees serving >100 clients across many fast-growth verticals.

**Strong margin profile.** Given the company's digital focus, we expect adjusted EBITDA margins to be ~23% by 2023E. The continued mix shift towards digital and higher-margin services will also benefit margins over time.

**Clean balance sheet.** As of the end of Q3-21, the company had net leverage of ~1.1X. We expect the company to maintain a clean balance sheet and low leverage profile over time.

# ESG Considerations

**Environmental:** TaskUs prioritizes environmental sustainability with projects such as a paperless initiative, solar home kit distribution in the Philippines, coral planting and beach clean ups.

**Social:** TaskUs diversity strategy originates in education and action by hiring from marginalized and disadvantages groups, making contributions to their local communities, sparking Diversity & Inclusion dialogues and creating employee resource groups. The company was recognized in 2019 by Investors in People, winning the Social Responsibility Award.

**Governance:** TaskUs believes that their board of directors provides a wide range of skills and experiences to effectively satisfy its oversight responsibilities. In accordance with their emphasis on sustainability and diversity, the board also has an ESG committee to oversee environmental and social matter strategy.

**Property of Baird. Please contact Baird for permission to share.**

1089

# Risks & Caveats

**Client concentration.** Client concentration remains reasonably high with the top 10 clients representing ~68% of revenue (as of 2020). However, concentration has come down from 74% of 2019 revenue from the top 10 clients. The company's largest client (Facebook) represents ~32% of revenue and the second largest client (Doordash) represents ~12% of revenue.

**Pricing pressure and labor inflation.** The company participates in a highly competitive industry from both a direct competitor standpoint and an end-market perspective. As such, pricing pressures and labor inflation are always areas of concern.

**Scrutiny around Content Moderation.** TaskUs reviews and disposes user/advertiser content to remove or label policy violating, offensive, or misleading content. While they have developed and enforce their Content Security policies, this work is subject to press and/or regulatory scrutiny in addition to the well-being of employees doing this work.

**Economic sensitivity.** While a majority of their customer care volume is digital (96% as of 2020), economic weakness can translate into lower call volumes and customer interactions. In addition, economic impacts, such as COVID, can also impact certain client volume (ex: certain verticals) and labor capacity.

**Changes in technology preferences.** Client expectations around digital offerings and technology solutions may change over time, thus requiring TaskUs to further invest in expanding their offerings. In addition, competitors may invest into digital offerings to offer services/technologies that are more attractive to customers.

**Potential legislative risks.** The company could be subject to potential new labor laws that may differ across different geographies. In addition, TaskUs is subject to privacy and data security regulations relating to how they handle sensitive and confidential information.

# Company Description

TaskUs provides digital outsourcing services and provides three main service offerings, including Digital Customer Experience (~63% of 2020 revenue), Content Security (~27% of 2020 revenue), and AI Operations (~10% of 2020 revenue). With ~35,600 employees, the company provides services in 18 delivery centers across 8 countries.

**Property of Baird. Please contact Baird for permission to share.**

1090

**January 20, 2022**  |  **TaskUs, Inc.**

# Appendix - Important Disclosures and Analyst Certification

Approved on 20 January 2022 10:19EST/ Published on 20 January 2022 10:24EST.



2 Robert W. Baird & Co. Incorporated and/or its affiliates managed or co-managed a public offering of securities of TaskUs, Inc. in the past 12 months.

3 Robert W. Baird & Co. Incorporated and/or its affiliates have received investment banking compensation from TaskUs, Inc. in the past 12 months.

1 Robert W. Baird & Co. Incorporated makes a market in the securities of TASK.

Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Please contact a Baird representative for more information.

**Investment Ratings: Outperform (O)** - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. **Neutral (N)** - Expected to perform in line with the broader U.S. equity market over the next 12 months. **Underperform (U)** - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.

**Risk Ratings: L - Lower Risk** – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings. **A - Average Risk** – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. **H - Higher Risk** – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. **S - Speculative Risk** – High growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.

**Valuation, Ratings and Risks.** The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.

**Distribution of Investment Ratings.** As of December 31, 2021, Baird U.S. Equity Research covered 754 companies, with 66% rated Outperform/Buy, 33% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 18% of Outperform/Buy-rated, 9% of Neutral/Hold-rated and 17% Underperform/Sell-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.

**Analyst Compensation.** Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; (4) compliance with all of Baird's internal policies and procedures; and (5) other considerations, such as Baird's assessment of the prevailing market rates for talent in the sector the research

**Property of Baird. Please contact Baird for permission to share.**

analyst covers, but excluding the analyst's contributions to Baird's investment banking services activities. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research Oversight Committee. Analyst compensation is derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/third-party-research-disclosures.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

**Analyst Certification**

The research analyst primarily responsible for the preparation of this research report certifies that the views expressed in this research report and/or financial model accurately reflect such research analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

**Disclaimers**

**Baird prohibits analysts from owning stock in companies they cover.**

This is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed here reflect our judgment at this date and are subject to change. The information has been obtained from sources we consider to be reliable, but we cannot guarantee the accuracy.

**ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST**

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

**Other Disclosures**

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In our standard company-specific research reports, the subject company may be designated as a "Fresh Pick", representing that the research analyst believes the company to be a high-conviction investment idea based on a subjective review of one or more fundamental or quantitative factors until an expiration date specified by the analyst but not to exceed nine months. The Fresh Pick designation and specified expiration date will be displayed in standard company-specific research reports on the company until the occurrence of the expiration date or such time as the analyst removes the Fresh Pick designation from the company in a subsequent, standard company-specific research report. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird disseminates its research reports to all clients simultaneously by posting such reports to Baird's password-protected client portal, https://bol.rwbaird.com/Login("BairdOnline"). All clients may access BairdOnline and at any time. All clients are advised to check BairdOnline for Baird's most recent research reports. After research reports are posted to BairdOnline, such reports may be emailed to clients, based on, among other things, client interest, coverage, stock ownership and indicated email preferences, and electronically distributed to certain third-party research aggregators, who may make such reports available to entitled clients on password-protected, third-party websites. Not all research reports posted to BairdOnline will be emailed to clients or electronically distributed to such research aggregators. To request access to Baird Online, please visit https://bol.rwbaird.com/Login/RequestInstLogin or contact your Baird representative.

**Dividend Yield.** As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

**United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.**

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like

**Property of Baird. Please contact Baird for permission to share.**

1092

**January 20, 2022  |  TaskUs, Inc.**

further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to, and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK. For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

**Copyright 2022 Robert W. Baird & Co. Incorporated**

This information is prepared for the use of Baird clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Baird. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this information (including any investment ratings, estimates or price targets) without first obtaining expressed permission from an authorized officer of Baird.

Ask the analyst a question                    Click here to unsubscribe

**Property of Baird. Please contact Baird for permission to share.**

**BofA GLOBAL RESEARCH**

BofA SECURITIES

# TaskUs

# Short report looks weak on multiple levels; reiterate Buy

**Reiterate Rating: BUY | PO: 71.00 USD | Price: 29.16 USD**

## Shares overreacting to weak arguments in short report

Yesterday, Spruce Point issued a short report on TASK. In our opinion, the content of the report constitutes a weak bear case. We view yesterday's 15% pullback in the stock as an overreaction, and reiterate our Buy rating. Spruce Point's character attacks against TASK's CEO and CFO merely point out minor wording differences in various versions of the CEO's biographical information, and loose historical connections in the professional experience of TASK's CFO. Spruce Point speculates that Facebook (TASK's largest customer) is under a fixed-price contract, but per TASK management Facebook is in fact priced on a time and materials basis. And while we acknowledge the overall recent increase in TASK's DSO (days sales outstanding) and unbilled receivables, we believe this is because of a backlog in invoicing due to the rapid ramp among many TASK clients, rather than issues around achieving contract deliverables, or collecting cash from clients. Based on our conversations with management, improvements in the order-to-cash process are a high priority for TASK (which will help improve DSO), and we believe TASK will respond to Spruce Point's allegations in due course.

## Remain confident in TASK's fundamentals

We believe the fundamental story at TASK is intact, including its competitive position as a leading provider of customer experience (CX) outsourcing and content moderation solutions to enterprise digital-centric clients such as Facebook, DoorDash, Zoom, Uber, Netflix and others. We remain comfortable with management's medium-term targets for 25%+ annual revenue growth and adjusted EBITDA margins of 20%+.

## Valuation is compelling

Shares now trade at just 22.7x/17.8x F22/F23 P/E, merely in-line with comps (TTEC, TIXT, Teleperformance, CNXC) at 21x/18x, respectively, despite TASK's much faster organic growth profile and solid quarterly execution. TASK also now trades at a PEG multiple of <1.0x, far lower than comps and the S&P500. We reiterate our Buy rating.

| Estimates (Dec) (US$) | 2019 | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| EPS | NA | 0.67 | 1.16 | 1.25 | 1.57 |
| GAAP EPS | NA | 0.33 | (0.60) | 0.42 | 0.57 |
| EPS Change (YoY) | NA | NA | 73.1% | 7.8% | 25.6% |
| Consensus EPS (Bloomberg) | | | 1.24 | 1.30 | 1.65 |
| DPS | NA | 0 | 0.48 | 0 | 0 |
| **Valuation (Dec)** | | | | | |
| P/E | NA | 43.5x | 25.1x | 23.3x | 18.6x |
| GAAP P/E | NA | 88.4x | NM | 69.4x | 51.2x |
| Dividend Yield | NA | 0% | 1.6% | 0% | 0% |
| EV / EBITDA* | NA | 9.0x | 5.3x | 4.5x | 3.6x |
| Free Cash Flow Yield* | NA | 3.8% | -9.7% | 5.7% | 11.1% |

* For full definitions of *iQmethod*℠ measures, see page 5.

**21 January 2022**

Equity

**Jason Kupferberg**
Research Analyst
BofAS
+1 646 855 1961
jason.kupferberg@bofa.com

**Cassie Chan**
Research Analyst
BofAS
+1 646 855 1829
cassie.chan@bofa.com

**Mihir Bhatia**
Research Analyst
BofAS
+1 415 676 3575
mihir.bhatia@bofa.com

**Nathaniel Richam-Odoi**
Research Analyst
BofAS
+1 646 855 1607
nate.richam-odoi@bofa.com

### Stock Data

| | |
|---|---|
| Price | 29.16 USD |
| Price Objective | 71.00 USD |
| Date Established | 21-Oct-2021 |
| Investment Opinion | C-1-9 |
| 52-Week Range | 26.57 USD - 85.49 USD |
| Mrkt Val (mn) / Shares Out (mn) | 795 USD / 27.3 |
| Average Daily Value (mn) | 39.56 USD |
| BofA Ticker / Exchange | TASK / NAS |
| Bloomberg / Reuters | TASK US / TASK.OQ |
| ROE (2021E) | 32.0% |
| Net Dbt to Eqty (Dec-2020A) | 40.5% |

**BofA Securities does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**Refer to important disclosures on page 6 to 8. Analyst Certification on page 3. Price Objective Basis/Risk on page 3.**                    12373795

Timestamp: 21 January 2022 01:08PM EST

# *iQ*profile<sup>SM</sup> TaskUs

## *iQ*method<sup>SM</sup> – Bus Performance*

| (US$ Millions) | 2019 | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| Return on Capital Employed | NA | NA | -7.9% | 7.2% | 8.1% |
| Return on Equity | NA | 41.0% | 32.0% | 29.0% | 28.5% |
| Operating Margin | NA | 11.3% | -7.7% | 7.2% | 7.6% |
| Free Cash Flow | NA | 30 | (77) | 45 | 88 |

## *iQ*method<sup>SM</sup> – Quality of Earnings*

| (US$ Millions) | 2019 | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| Cash Realization Ratio | NA | 0.7x | -0.2x | 0.7x | 0.9x |
| Asset Replacement Ratio | NA | 1.0x | 1.8x | 1.5x | 1.5x |
| Tax Rate | NA | 22.3% | 1.6% | 24.1% | 24.0% |
| Net Debt-to-Equity Ratio | NA | 40.5% | 27.3% | 18.3% | 5.6% |
| Interest Cover | NA | 6.7x | -8.7x | 9.4x | 12.4x |

## Income Statement Data (Dec)

| (US$ Millions) | 2019 | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| Sales | NA | 478 | 750 | 941 | 1,177 |
| % Change | NA | NA | 57.0% | 25.4% | 25.1% |
| Gross Profit | NA | 208 | 324 | 407 | 506 |
| % Change | NA | NA | 56.3% | 25.4% | 24.5% |
| EBITDA | NA | 107 | 181 | 214 | 268 |
| % Change | NA | NA | 69.4% | 18.2% | 25.0% |
| Net Interest & Other Income | NA | (6) | (7) | (7) | (7) |
| **Net Income (Adjusted)** | **NA** | **69** | **122** | **138** | **174** |
| **% Change** | **NA** | **NA** | **75.6%** | **13.3%** | **25.8%** |

## Free Cash Flow Data (Dec)

| (US$ Millions) | 2019 | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| Net Income from Cont Operations (GAAP) | NA | 35 | (63) | 46 | 63 |
| Depreciation & Amortization | NA | 39 | 48 | 56 | 66 |
| Change in Working Capital | NA | (20) | (53) | (44) | (25) |
| Deferred Taxation Charge | NA | (6) | (7) | (7) | (7) |
| Other Adjustments, Net | NA | 4 | 49 | 50 | 62 |
| Capital Expenditure | NA | (21) | (51) | (56) | (71) |
| **Free Cash Flow** | **NA** | **30** | **-77** | **45** | **88** |
| **% Change** | **NA** | **NA** | **NM** | **NM** | **94.9%** |

## Balance Sheet Data (Dec)

| (US$ Millions) | 2019 | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| Cash & Equivalents | NA | 108 | 79 | 96 | 153 |
| Trade Receivables | NA | 88 | 176 | 221 | 262 |
| Other Current Assets | NA | 16 | 20 | 26 | 33 |
| Property, Plant & Equipment | NA | 57 | 85 | 142 | 212 |
| Other Non-Current Assets | NA | 439 | 421 | 403 | 404 |
| **Total Assets** | **NA** | **708** | **781** | **887** | **1,064** |
| Short-Term Debt | NA | 46 | 6 | 14 | 25 |
| Other Current Liabilities | NA | 65 | 110 | 120 | 142 |
| Long-Term Debt | NA | 199 | 189 | 179 | 166 |
| Other Non-Current Liabilities | NA | 59 | 54 | 46 | 41 |
| **Total Liabilities** | **NA** | **369** | **358** | **358** | **374** |
| **Total Equity** | **NA** | **339** | **423** | **529** | **689** |
| **Total Equity & Liabilities** | **NA** | **708** | **781** | **887** | **1,064** |

* For full definitions of *iQmethod*<sup>SM</sup> measures, see page 5.

## Company Sector

Computer Services

## Company Description

TaskUs is a leading provider of services related to customer support and customer experience (CX). TASK employs nearly 23,600 staff globally in 18 CX and IT delivery centers in 8 countries and serves approximately 100+ clients. In 2020, TASK generated $478M in total revenues, with Digital CX representing 63% of total revenues, Content Security 27% of revenues, and AI Operations 11% of revenues. Top 2 clients Facebook and DoorDash contributed 44% of total revenues in 2020.

## Investment Rationale

Shares have lagged significantly since touching highs on 9/23/21 following the June 2021 IPO, in our view largely due to the broader market rotation out of growth. Fundamentally, TASK has delivered two very solid beat-and-raise quarters as a public company, while also gradually reducing its client concentration. Accelerating digitization of CX outsourcing services should support TASK's 25%+ long-term organic revenue growth outlook, and employee attrition is better than the industry average.

## Stock Data

| | |
|---|---|
| Average Daily Volume | 1,356,754 |

## Quarterly Earnings Estimates

| | 2020 | 2021 |
|---|---|---|
| Q1 | NA | 0.27A |
| Q2 | NA | 0.28A |
| Q3 | NA | 0.30A |
| Q4 | NA | 0.31E |

# Price objective basis & risk

**TaskUs (TASK)**

We derive our $71 price objective from a blend of 42x multiple to our 2023E adj. EPS estimate and our DCF. We believe this multiple is appropriate based on TASK's comp group, a mix of CRM outsourcing providers and global IT services companies. This implies a 1.7x PEG multiple, which is in-line with the S&P500, justified in our view given TASK's higher organic growth profile and highly visible recurring revenue, but also higher client concentration and limited float/trading volume. Our DCF model assumes a WACC of 9.5% and terminal growth rate of 3%.

Downside risks to our price objective are: 1) loss of large clients that prevent TASK from achieving its financial growth targets, 2) intensifying competition for Digital talent, 3) wage inflation, and 4) limited free float and low trading liquidity.

# Analyst Certification

I, Jason Kupferberg, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.



BofA GLOBAL RESEARCH

## US - Payments, Processors, Specialty Finance and IT services Coverage Cluster

| Investment rating | Company | BofA Ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | Accenture Plc | ACN | ACN US | Jason Kupferberg |
| | Affirm Holdings | AFRM | AFRM US | Jason Kupferberg |
| | AGNC Investment Corp | AGNC | AGNC US | Derek Hewett |
| | Alliance Data Systems | ADS | ADS US | Mihir Bhatia |
| | Angel Oak Mortgage Inc. | AOMR | AOMR US | Derek Hewett |
| | Annaly Capital Management | NLY | NLY US | Derek Hewett |
| | Ares Capital Corporation | ARCC | ARCC US | Derek Hewett |
| | Barings BDC Inc | BBDC | BBDC US | Derek Hewett |
| | Black Knight | BKI | BKI US | Mihir Bhatia |
| | Blackrock TCP Capital Corp | TCPC | TCPC US | Derek Hewett |
| | Blackstone Mortgage Trust Inc | BXMT | BXMT US | Derek Hewett |
| | BTRS Holdings | BTRS | BTRS US | Jason Kupferberg |
| | Capital One Financial | COF | COF US | Mihir Bhatia |
| | CI&T | CINT | CINT US | Jason Kupferberg |
| | Cognizant Technology Solutions | CTSH | CTSH US | Jason Kupferberg |
| | Coinbase | COIN | COIN US | Jason Kupferberg |
| | Compass Diversified Holdings | CODI | CODI US | Derek Hewett |
| | Discover Financial | DFS | DFS US | Mihir Bhatia |
| | DLocal | DLO | DLO US | Jason Kupferberg |
| | DXC Technology | DXC | DXC US | Jason Kupferberg |
| | EngageSmart | ESMT | ESMT US | Jason Kupferberg |
| | EPAM Systems | EPAM | EPAM US | Jason Kupferberg |
| | Essent Group | ESNT | ESNT US | Mihir Bhatia |
| | Fidelity National Information Services | FIS | FIS US | Jason Kupferberg |
| | Fiserv Inc | FISV | FISV US | Jason Kupferberg |
| | FleetCor Technologies Inc. | FLT | FLT US | Mihir Bhatia |
| | Flywire | FLYW | FLYW US | Jason Kupferberg |
| | Global Payments Inc | GPN | GPN US | Jason Kupferberg |
| | Guild Holdings Company | GHLD | GHLD US | Derek Hewett |
| | Mastercard Inc | MA | MA US | Jason Kupferberg |
| | New Mountain Finance Corporation | NMFC | NMFC US | Derek Hewett |
| | Nuvei | NVEI | NVEI US | Jason Kupferberg |
| | Owl Rock Capital Corporation | ORCC | ORCC US | Derek Hewett |
| | PayPal Holdings Inc | PYPL | PYPL US | Jason Kupferberg |
| | Paysafe | PSFE | PSFE US | Jason Kupferberg |
| | Safehold, Inc | SAFE | SAFE US | Derek Hewett |
| | Shift4 Payments, Inc | FOUR | FOUR US | Jason Kupferberg |
| | Sixth Street Specialty Lending, Inc | TSLX | TSLX US | Derek Hewett |
| | Synchrony Financial | SYF | SYF US | Mihir Bhatia |
| | TaskUs | TASK | TASK US | Jason Kupferberg |
| | TCG BDC | CGBD | CGBD US | Derek Hewett |
| | TTEC Holdings | TTEC | TTEC US | Jason Kupferberg |
| | Visa Inc. | V | V US | Jason Kupferberg |
| | WEX Inc. | WEX | WEX US | Mihir Bhatia |
| **NEUTRAL** | | | | |
| | American Express Company | AXP | AXP US | Mihir Bhatia |
| | Bain Capital Specialty Finance, Inc. | BCSF | BCSF US | Derek Hewett |
| | Blackstone Secured Lending Fund | BXSL | BXSL US | Derek Hewett |
| | Block Inc | SQ | SQ US | Jason Kupferberg |
| | Ellington Financial | EFC | EFC US | Derek Hewett |
| | Enact Holdings | ACT | ACT US | Mihir Bhatia |
| | Golub Capital BDC, Inc. | GBDC | GBDC US | Derek Hewett |
| | MGIC Investment Corp. | MTG | MTG US | Mihir Bhatia |
| | Paymentus | PAY | PAY US | Jason Kupferberg |
| | PennyMac Mortgage Investment Trust | PMT | PMT US | Derek Hewett |
| | Rocket Companies, Inc. | RKT | RKT US | Mihir Bhatia |
| | Thoughtworks | TWKS | TWKS US | Jason Kupferberg |
| **UNDERPERFORM** | | | | |
| | ADP | ADP | ADP US | Jason Kupferberg |
| | Apollo Investment Corporation | AINV | AINV US | Derek Hewett |
| | CGI Inc. | GIB | GIB US | Jason Kupferberg |
| | CGI Inc. | YGIBA | GIB/A CN | Jason Kupferberg |
| | Evo Payments | EVOP | EVOP US | Jason Kupferberg |

**BofA GLOBAL RESEARCH**

## US - Payments, Processors, Specialty Finance and IT services Coverage Cluster

| Investment rating | Company | BofA Ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| | Home Point Capital | HMPT | HMPT US | Mihir Bhatia |
| | i3 Verticals, Inc. | IIIV | IIIV US | Jason Kupferberg |
| | Invesco Mortgage Capital, Inc. | IVR | IVR US | Derek Hewett |
| | loanDepot Inc | LDI | LDI US | Derek Hewett |
| | New York Mortgage Trust | NYMT | NYMT US | Derek Hewett |
| | Paychex | PAYX | PAYX US | Jason Kupferberg |
| | Radian Group Inc | RDN | RDN US | Mihir Bhatia |
| | Telus International | TIXT | TIXT US | Jason Kupferberg |
| | Telus International | YTIXT | TIXT CN | Jason Kupferberg |
| | Western Asset Mortgage Capital Corp | WMC | WMC US | Derek Hewett |
| | Western Union | WU | WU US | Jason Kupferberg |
| **RVW** | | | | |
| | Goldman Sachs BDC, Inc. | GSBD | GSBD US | Derek Hewett |

## *iQ*method ℠ Measures Definitions

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | NOPAT = (EBIT + Interest Income) × (1 − Tax Rate) + Goodwill Amortization | Total Assets − Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5 Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations − Total Capex | N/A |

| Quality of Earnings | Numerator | Denominator |
|---|---|---|
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt − Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |

| Valuation Toolkit | Numerator | Denominator |
|---|---|---|
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations − Total Capex | Market Cap = Current Share Price × Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price × Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

*iQmethod ℠* is the set of BofA Global Research standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and validations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

*iQdatabase ®* is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by BofA Global Research.

*iQprofile ℠*, *iQmethod ℠* are service marks of Bank of America Corporation. *iQdatabase ®* is a registered service mark of Bank of America Corporation.



BofA GLOBAL RESEARCH

# Disclosures

## Important Disclosures

**TaskUs (TASK) Price Chart**



TASK ——— No Coverage ▢ Restricted ▢ PO ▢

B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of a date no more than one trading day prior to the date of the report.

### Equity Investment Rating Distribution: Technology Group (as of 31 Dec 2021)

| Coverage Universe | Count | Percent | Inv. Banking Relationships [R1] | Count | Percent |
|---|---|---|---|---|---|
| Buy | 242 | 64.53% | Buy | 153 | 63.22% |
| Hold | 77 | 20.53% | Hold | 47 | 61.04% |
| Sell | 56 | 14.93% | Sell | 31 | 55.36% |

### Equity Investment Rating Distribution: Global Group (as of 31 Dec 2021)

| Coverage Universe | Count | Percent | Inv. Banking Relationships [R1] | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1982 | 58.85% | Buy | 1249 | 63.02% |
| Hold | 696 | 20.67% | Hold | 429 | 61.64% |
| Sell | 690 | 20.49% | Sell | 346 | 50.14% |

[R1] Issuers that were investment banking clients of BofA Securities or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.

FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS*, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of both a stock's: absolute total return potential as well as its attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster[R2] |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

[R2]Ratings dispersions may vary from time to time where BofA Global Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

*INCOME RATINGS*, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Global Research report referencing the stock.

Price Charts for the securities referenced in this research report are available on the Price Charts website, or call 1-800-MERRILL to have them mailed.
BofAS or one of its affiliates acts as a market maker for the equity securities recommended in the report: TaskUs.
BofAS or an affiliate was a manager of a public offering of securities of this issuer within the last 12 months: TaskUs.
The issuer is or was, within the last 12 months, an investment banking client of BofAS and/or one or more of its affiliates: TaskUs.
BofAS or an affiliate has received compensation from the issuer for non-investment banking services or products within the past 12 months: TaskUs.
The issuer is or was, within the last 12 months, a non-securities business client of BofAS and/or one or more of its affiliates: TaskUs.
BofAS or an affiliate has received compensation for investment banking services from this issuer within the past 12 months: TaskUs.
BofAS or one of its affiliates is willing to sell to, or buy from, clients the common equity of the issuer on a principal basis: TaskUs.
The issuer is or was, within the last 12 months, a securities business client (non-investment banking) of BofAS and/or one or more of its affiliates: TaskUs.
BofA Global Research personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall



profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.

## Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers. BofA Global Research policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits.

Prices are indicative and for information purposes only. Except as otherwise stated in the report, for the purpose of any recommendation in relation to: 1) an equity security, the price referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is indicative of the traded price as of the date and time of the report; or 2) a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including BofA Securities trading desks.

The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.

Officers of BofAS or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

Refer to BofA Global Research policies relating to conflicts of interest.

"BofA Securities" includes BofA Securities, Inc. ("BofAS") and its affiliates. Investors should contact their BofA Securities representative or Merrill Global Wealth Management financial advisor if they have questions concerning this report or concerning the appropriateness of any investment idea described herein for such investor. "BofA Securities" is a global brand for BofA Global Research.

Information relating to Non-US affiliates of BofA Securities and Distribution of Affiliate Research Reports:
BofAS and/or Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") may in the future distribute, information of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); BofASE (France): BofA Securities Europe SA is authorized by the Autorité de Contrôle Prudentiel et de Résolution (ACPR) and regulated by the ACPR and the Autorité des Marchés Financiers (AMF). Note that BofA Securities Europe SA has registered address at 51 rue la Boétie, 75008 Paris, is registered under no. 842 602 690 RCS Paris, and its share capital can be found on BofASE's disclaimer webpage; BofA Europe (Milan): Bank of America Europe Designated Activity Company, Milan Branch, regulated by the Bank of Italy, the European Central Bank (ECB) and the Central Bank of Ireland (CBI); BofA Europe (Frankfurt): Bank of America Europe Designated Activity Company, Frankfurt Branch regulated by BaFin, the ECB and the CBI; BofA Europe (Madrid): Bank of America Europe Designated Activity Company, Sucursal en España, regulated by the Bank of Spain, the ECB and the CBI; Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Investment Industry Regulatory Organization of Canada; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; Merrill Lynch (Argentina): Merrill Lynch Argentina SA, regulated by Comisión Nacional de Valores; BofAS Japan: BofA Securities Japan Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International, LLC Seoul Branch, regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; BofAS India: BofA Securities India Limited, regulated by the Securities and Exchange Board of India (SEBI); Merrill Lynch (Indonesia): PT Merrill Lynch Sekuritas Indonesia, regulated by Otoritas Jasa Keuangan (OJK); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (Russia): OOO Merrill Lynch Securities, Moscow, regulated by the Central Bank of the Russian Federation; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Brazil): Merrill Lynch S.A. Corretora de Títulos e Valores Mobiliários, regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company: Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.

This information: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK), which is authorized by the PRA and regulated by the FCA and the PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been approved for publication and is distributed in the European Economic Area (EEA) by BofASE (France), which is authorized by the ACPR and regulated by the ACPR and the AMF; has been considered and distributed in Japan by BofAS Japan, a registered securities dealer under the Financial Instruments and Exchange Act in Japan, or its permitted affiliates; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC; is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by BofAS India; and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch (Singapore) (Company Registration No 198602883D). Merrill Lynch (Singapore) is regulated by MAS. Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distributes this information in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of Bank of America N.A., Australia Branch, neither MLEA nor any of its affiliates involved in preparing this information is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this information in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Information prepared and issued by Merrill Lynch (DIFC) is done so in accordance with the requirements of the DFSA conduct of business rules. BofA Europe (Frankfurt) distributes this information in Germany and is regulated by BaFin, the ECB and the CBI. BofA Securities entities, including BofA Europe and BofASE (France), may outsource/delegate the marketing and/or provision of certain research services or aspects of research services to other branches or members of the BofA Securities group. You may be contacted by a different BofA Securities entity acting for and on behalf of your service provider where permitted by applicable law. This does not change your service provider. Please refer to the Electronic Communications Disclaimers for further information.

This information has been prepared and issued by BofAS and/or one or more of its non-US affiliates. The author(s) of this information may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so. BofAS and/or MLPF&S is the distributor of this information in the US and accepts full responsibility for information distributed to BofAS and/or MLPF&S clients in the US by its non-US affiliates. Any US person receiving this information and wishing to effect any transaction in any security discussed herein should do so through BofAS and/or MLPF&S and not such foreign affiliates. Hong Kong recipients of this information should contact Merrill Lynch (Asia Pacific) Limited in respect of any matters relating to dealing in securities or provision of specific advice on securities or any other matters arising from, or in connection with, this information. Singapore recipients of this information should contact Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this information. For clients that are not accredited investors, expert investors or institutional investors Merrill Lynch (Singapore) Pte Ltd accepts full responsibility for the contents of this information distributed to such clients in Singapore.

**General Investment Related Disclosures:**

Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Securities.

This document provides general information only, and has been prepared for, and is intended for general distribution to, BofA Securities clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This document and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this document and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this document.

Securities and other financial instruments referred to herein, or recommended, offered or sold by BofA Securities, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. Digital assets are extremely speculative, volatile and are largely unregulated. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such



**BofA GLOBAL RESEARCH**

securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

BofA Securities is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned herein. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

BofAS or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. BofAS or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Securities, through business units other than BofA Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented herein. Such ideas or recommendations may reflect different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Securities is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this information. In the event that the recipient received this information pursuant to a contract between the recipient and BofAS for the provision of research services for a separate fee, and in connection therewith BofAS may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom BofAS has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by BofAS). If such recipient uses the services of BofAS in connection with the sale or purchase of a security referred to herein, BofAS may act as principal for its own account or as agent for another person. BofAS is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

Copyright and General Information:

Copyright 2022 Bank of America Corporation. All rights reserved. iQdatabase® is a registered service mark of Bank of America Corporation. This information is prepared for the use of BofA Securities clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Securities. BofA Global Research information is distributed simultaneously to internal and client websites and other portals by BofA Securities and is not publicly-available material. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained herein (including any investment recommendations, estimates or price targets) without first obtaining express permission from an authorized officer of BofA Securities.

Materials prepared by BofA Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Securities, including investment banking personnel. BofA Securities has established information barriers between BofA Global Research and certain business groups. As a result, BofA Securities does not disclose certain client relationships with, or compensation received from, such issuers. To the extent this material discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this material. BofA Global Research personnel's knowledge of legal proceedings in which any BofA Securities entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this material is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Securities in connection with the legal proceedings or matters relevant to such proceedings.

This information has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of BofAS any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Securities and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This information may contain links to third-party websites. BofA Securities is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this information and is not incorporated by reference. The inclusion of a link does not imply any endorsement by or any affiliation with BofA Securities. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Securities is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

All opinions, projections and estimates constitute the judgment of the author as of the date of publication and are subject to change without notice. Prices also are subject to change without notice. BofA Securities is under no obligation to update this information and BofA Securities ability to publish information on the subject issuer(s) in the future is subject to applicable quiet periods. You should therefore assume that BofA Securities will not update any fact, circumstance or opinion contained herein.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Securities policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports or investment opinions relating to securities, financial instruments and/or issuers may no longer be current. Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with BofAS or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Securities nor any officer or employee of BofA Securities accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this information.



**Goldman Sachs | Equity Research**

23 January 2022 | 10:23PM EST

# TaskUs, Inc. (TASK): Strong Fundamental Profile at a Discount; Reiterating Buy Rating

**More than twice the growth, better margins, less than half the growth adjusted multiple of its peer group.** TASK stock has declined approximately 47% year-to-date and has declined 37.5% since our initiation on 1/9/22. In this note we reiterate our Buy rating as we see this weakness as an opportunity to own best in class performance at a discount. Since its IPO, TASK has delivered meaningful beat and raise results, with revenue and EBITDA both over expectations. We believe expectations are very reasonable for the next few years ahead with our estimates above consensus. Our estimates for CY22 imply twice the average growth of the company's BPO peers with better margins. With our investment thesis intact, TASK currently trades at 0.5x NTM EV/EBITDA/Growth which is less than half the current BPO peer median.

**Strong performance, reasonable expectations.** Since the company's IPO last year, revenue beat consensus estimates (Bloomberg) for 2Q21 and 3Q21 by 11.1% and 4.6% respectively. EBITDA beat consensus estimates by 24.0% and 15.3% respectively. For the company's most recent quarter, TASK delivered revenue growth of 64% y/y, adjusted EBITDA margins of 24%, and GAAP profitability which is rare performance to find for an emerging growth technology vendor in our view. According to Bloomberg, consensus estimates imply expectations of 28% y/y revenue growth with EBITDA margins of 23% for CY22, which we view as very reasonable considering TASK's recent level of performance. For comparison, estimates for relevant BPO peers imply average revenue growth of 11% with average EBITDA margins of 18% for CY22.

**Favorable exposure to the digital economy.** TaskUs often pursues customers with accelerating growth that are early in their maturity life cycle, at times turning away less attractive business. Customer exposure is concentrated as TASK's two largest customers account for approximately 38% of its revenue. However, although TASK continues to grow wallet share within its largest customers, growth with customers outside of the top 10 remains faster than company average which we anticipate will continue to dilute concentration risk over time. In addition to better levels of selectivity for growth business, TASK continues to outpace peers by more effectively leveraging technology to manage business that other vendors may find more challenging.

**Brian Essex, CFA**
+1(212)357-2692 | brian.essex@gs.com
Goldman Sachs & Co. LLC

**Charlotte Bedick**
+1(212)934-4591 |
charlotte.bedick@gs.com
Goldman Sachs & Co. LLC

**Hannah Velasquez**
+1(212)357-6107 |
hannah.velasquez@gs.com
Goldman Sachs & Co. LLC

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 15-Aug-2024 03:03 PM.

**Improving underlying metrics.** BPO business can be a bit different from other segments of the IT Services industry as work can be at the lower end of the IT Services skill level spectrum with a focus on volume of service. This dynamic is reflected in revenue per employee. For example, TASK averages approximately $20k revenue per employee compared to TWKS which averages over $100k per employee reflecting higher rates for higher skilled digital consulting, engineering, and development talent. As we noted in our recent initiation report, TASK maintains a healthy global delivery model that helps the company manage shifts in type or quality of work effectively. In our view, quality of service is reflected in gross margins which have trended in the mid to low 40%s compared to gross margins in the 30%s for peers. Unbilled receivables as a percentage of total AR are relatively in-line with BPO peers and have improved. We view healthy eNPS scores, improving attrition levels, and strong Glassdoor ratings compared to its peer group as positives as well with regard to employee satisfaction levels at the company.

**TaskUs has not yet released an earnings date for its quarter ending December 31, 2021.**

### Valuation and Risks

Our 12-month PT of $77 is based on a blended EV/Sales and EV/EBITDA multiple based valuation. Our EV/sales multiple of 6.7x applied to Q5-Q8 estimates, or 0.2x EV/sales/growth, implies a valuation of $69 per share. We value TASK in line with BPO peers on a growth adjusted basis. Our 35.0x EV/EBITDA multiple, or 1.3x on a growth adjusted basis, applied to our Q5-Q8 sales estimates result in a valuation of $84 per share. The EV/EBITDA multiple is in line with BPO peers on a growth adjusted basis.

Risks: customer concentration (-), content moderation risks (-), geographic/labor risk (-)

| TASK | 12m Price Target: **$77.00** | Price: **$28.79** | Upside: **167.5%** |
|------|------------------------------|-------------------|--------------------|

| Buy | GS Forecast | | | | |
|-----|-------------|---|---|---|---|
| | | **12/20** | **12/21E** | **12/22E** | **12/23E** |
| Market cap: $3.2bn | Revenue ($ mn) | 478.0 | 749.8 | 958.9 | 1,208.2 |
| Enterprise value: $3.3bn | EBITDA ($ mn) | 106.9 | 181.6 | 223.0 | 282.6 |
| 3m ADTV: $65.6mn | EBIT ($ mn) | 86.7 | 149.4 | 167.3 | 225.4 |
| United States | EPS ($) | 0.00 | 1.18 | 1.29 | 1.69 |
| Americas Security Software and | P/E (X) | NM | 24.4 | 22.3 | 17.0 |
| IT Services | EV/EBITDA (X) | – | 15.8 | 12.9 | 10.2 |
| M&A Rank: 3 | FCF yield (%) | NM | (1.1) | 2.9 | 4.3 |
| | Dividend yield (%) | – | 0.0 | 0.0 | 0.0 |
| | Net debt/EBITDA (X) | 1.3 | 0.6 | 0.1 | (0.4) |
| | | **9/21** | **12/21E** | **3/22E** | **6/22E** |
| | EPS ($) | 0.30 | 0.29 | 0.28 | 0.29 |

Source: Company data, Goldman Sachs Research estimates, FactSet. Price as of 21 Jan 2022 close.

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 15-Aug-2024 03:03 PM.

# Disclosure Appendix

## Reg AC

I, Brian Essex, CFA, hereby certify that all of the views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## Disclosures

**The rating(s) for TaskUs, Inc. is/are relative to the other companies in its/their coverage universe:** Accenture Plc, Avepoint Inc., CGI Inc., Check Point Software Tech., Clear Secure Inc., Cognizant Technology Solutions, CrowdStrike Holdings, CyberArk, Fortinet Inc., International Business Machines Corp., Jamf Holding, KnowBe4 Inc., Mandiant Inc., McAfee Corp, Mimecast Ltd., Okta Inc., Palo Alto Networks Inc., Ping Identity Holding, Qualys Inc., Rapid7 Inc., SailPoint Technologies Holdings, SecureWorks Corp., SentinelOne Inc., Softchoice Corp., TaskUs, Inc., Tenable Holdings, Thoughtworks Holding, Verint Systems Inc., Zscaler Inc.

## Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs beneficially owned 1% or more of common equity (excluding positions managed by affiliates and business units not required to be aggregated under US securities law) as of the month end preceding this report: TaskUs, Inc. ($28.79)

Goldman Sachs has received compensation for investment banking services in the past 12 months: TaskUs, Inc. ($28.79)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: TaskUs, Inc. ($28.79)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: TaskUs, Inc. ($28.79)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: TaskUs, Inc. ($28.79)

Goldman Sachs has managed or co-managed a public or Rule 144A offering in the past 12 months: TaskUs, Inc. ($28.79)

Goldman Sachs makes a market in the securities or derivatives thereof: TaskUs, Inc. ($28.79)

## Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

|        | Rating Distribution | | | Investment Banking Relationships | | |
|--------|------|------|------|------|------|------|
|        | Buy  | Hold | Sell | Buy  | Hold | Sell |
| Global | 50%  | 35%  | 15%  | 65%  | 57%  | 47%  |

As of January 1, 2022, Goldman Sachs Global Investment Research had investment ratings on 3,096 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage universe and related definitions' below. The Investment

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 15-Aug-2024 03:03 PM.

Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

## Price target and rating history chart(s)



The price targets shown should be considered in the context of all prior published Goldman Sachs research, which may or may not have included price targets, as well as developments relating to the company, its industry and financial markets.

## Regulatory disclosures

## Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at https://www.gs.com/research/hedge.html.

## Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests and a copy of Goldman Sachs' Australian Sell-Side Research Independence Policy Statement are available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Brazil:** Disclosure information in relation to CVM Resolution n. 20 is available at https://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 20 of CVM Resolution n. 20, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** This research, and any access to it, is intended only for "professional investors" within the meaning of the Financial Services and Capital Markets Act, unless otherwise agreed by Goldman Sachs. Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests is available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity.

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 15-Aug-2024 03:03 PM.

Research reports do not constitute a personalized investment recommendation as defined in Russian laws and regulations, are not addressed to a specific client, and are prepared without analyzing the financial circumstances, investment profiles or risk profiles of clients. Goldman Sachs assumes no responsibility for any investment decisions that may be taken by a client or any other person based on this research report. **Singapore:** Goldman Sachs (Singapore) Pte. (Company Number: 198602165W), which is regulated by the Monetary Authority of Singapore, accepts legal responsibility for this research, and should be contacted with respect to any matters arising from, or in connection with, this research. **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union and United Kingdom:** Disclosure information in relation to Article 6 (2) of the European Commission Delegated Regulation (EU) (2016/958) supplementing Regulation (EU) No 596/2014 of the European Parliament and of the Council (including as that Delegated Regulation is implemented into United Kingdom domestic law and regulation following the United Kingdom's departure from the European Union and the European Economic Area) with regard to regulatory technical standards for the technical arrangements for objective presentation of investment recommendations or other information recommending or suggesting an investment strategy and for disclosure of particular interests or indications of conflicts of interest is available at https://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage universe and related definitions

**Buy (B), Neutral (N), Sell (S)** Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage universe. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a  stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each region's Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage.  The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage Universe:** A list of all stocks in each coverage universe is available by primary analyst, stock and coverage universe at https://www.gs.com/research/hedge.html.

**Not Rated (NR).** The investment rating, target price and earnings estimates (where relevant) have been suspended pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or in a strategic transaction involving this company, when there are legal, regulatory or policy constraints due to Goldman Sachs' involvement in a transaction, and in certain other circumstances.  **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining an investment rating or target price. The previous investment rating and target price, if any, are no longer in effect for this stock and should not be relied upon.  **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company.  **Not Covered (NC).** Goldman Sachs does not cover this company.  **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable.  **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Public Communication Channel Goldman Sachs Brazil: 0800 727 5764 and / or contatogoldmanbrasil@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Canal de Comunicação com o Público Goldman Sachs Brasil: 0800 727 5764 e/ou contatogoldmanbrasil@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom.

Effective from the date of the United Kingdom's departure from the European Union and the European Economic Area ("Brexit Day") the following information with respect to distributing entities will apply:

Goldman Sachs International ("GSI"), authorised by the Prudential Regulation Authority ("PRA") and regulated by the Financial Conduct Authority ("FCA") and the PRA, has approved this research in connection with its distribution in the United Kingdom.

**European Economic Area:** GSI, authorised by the PRA and regulated by the FCA and the PRA, disseminates research in the following jurisdictions within the European Economic Area: the Grand Duchy of Luxembourg, Italy, the Kingdom of Belgium, the Kingdom of Denmark, the Kingdom of Norway, the Republic of Finland, Portugal, the Republic of Cyprus and the Republic of Ireland; GS -Succursale de Paris (Paris branch) which, from Brexit Day, will be authorised by the French Autorité de contrôle prudentiel et de resolution ("ACPR") and regulated by the Autorité de contrôle prudentiel et de resolution and the Autorité des marches financiers ("AMF") disseminates research in France; GSI - Sucursal en España (Madrid branch) authorized in Spain by the Comisión Nacional del Mercado de Valores disseminates research in the Kingdom of Spain; GSI - Sweden Bankfilial (Stockholm branch) is authorized by the SFSA as a "third country branch" in accordance with Chapter 4, Section 4 of the Swedish Securities and Market Act (Sw. lag (2007:528) om värdepappersmarknaden) disseminates research in the Kingdom of Sweden; Goldman Sachs Bank Europe SE ("GSBE") is a credit institution incorporated in Germany and, within the Single Supervisory Mechanism, subject to direct prudential supervision by the European Central Bank and in other respects supervised by German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht, BaFin) and Deutsche Bundesbank and disseminates research in the Federal Republic of Germany and those jurisdictions within the European Economic Area where GSI is not authorised to disseminate research and additionally, GSBE, Copenhagen Branch filial af GSBE, Tyskland, supervised by the Danish Financial Authority disseminates research in the Kingdom of Denmark; GSBE - Sucursal en España (Madrid branch) subject (to a limited extent) to local supervision by the Bank of Spain disseminates research in the Kingdom of Spain;  GSBE - Succursale Italia (Milan branch) to the relevant applicable

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 15-Aug-2024 03:03 PM.

extent, subject to local supervision by the Bank of Italy (Banca d'Italia) and the Italian Companies and Exchange Commission (Commissione Nazionale per le Società e la Borsa "Consob") disseminates research in Italy; GSBE - Succursale de Paris (Paris branch), supervised by the AMF and by the ACPR disseminates research in France; and GSBE - Sweden Bankfilial (Stockholm branch), to a limited extent, subject to local supervision by the Swedish Financial Supervisory Authority (Finansinpektionen) disseminates research in the Kingdom of Sweden.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (https://www.sipc.org).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage universe as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options and futures disclosure documents which are available from Goldman Sachs sales representatives or at https://www.theocc.com/about/publications/character-risks.jsp and https://www.fiadocumentation.org/fia/regulatory-disclosures_1/fia-uniform-futures-and-options-on-futures-risk-disclosures-booklet-pdf-version-2018. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to https://research.gs.com.

Disclosure information is also available at https://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

**© 2022 Goldman Sachs.**

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 15-Aug-2024 03:03 PM.

**J.P.Morgan**

North America Equity Research
25 January 2022

# TaskUs

## Our Detailed Views on Recent Concerns

In light of recent investor worries that pushed the stock down 19% since January 19 (vs. SPX down 4%), we maintain our TASK's estimates, and reiterate our investment thesis and OW rating. We dug deeper into various concerns highlighted in the short report, and believe the stock weakness seems overdone as headwinds aren't necessarily incremental to our prior views. The company's CY22 guidance will be paramount for the stock over the near term – we expect revenue guidance to be at least in line with Street expectations (of 27% y/y growth), and EBITDA margin guidance to imply 100bps in y/y deterioration. With the stock trading at a 45% discount to Digital pure-plays that grow at similar rates, we reiterate our OW rating on TASK.

- **Revenue per employee and wage inflation.** Contrary to concerns, we calculate (on a like-to-like basis across various periods) TASK's revenue per employee increased from $22.3k in 2019, to $22.8k in 2020, and to an average of ~$24k in 1Q-3Q21. We continue to believe TASK faces lower pricing pressure than its customer care peers. Wage inflation is a real concern and increasing US wages represents a margin headwind this year; our and consensus estimates represent 100bps deterioration in CY22 EBITDA margins, partially stemming from wage inflation.

- **Employee retention.** We agree that excluding certain employees from the definition doesn't offer a full picture of employee attrition, but TASK's definition is consistent with 3 out of 4 BPO peers' in our coverage. We view the company's highest Glassdoor rating as a validation of its culture/employee retention policies. Potential slowdown in 4Q headcount increase is also consistent with our estimates (JPMe 2,000 in 4Q vs. ~4k in 1Q-3Q21), with lower addition stemming from 27% growth est. for CY22 vs. 55%+ for CY21.

- **Receivables.** We believe TASK's new order-to-cash system and record growth rates in 1H21 could have contributed to a temporary increase in unbilled receivables in 1Q/2Q21. Given unbilled receivables normalized in 3Q, we'd expect overall receivables should also decline over the near term. The top client accounted for 26% of receivables, in line with its 27% revenue contribution.

- **Content security.** Much of TASK's Content security business (JPMe 80%+) stems from its largest customer – hence, the segment's growth should mirror the top client's, which we expect to grow at a below company average rate. We believe TASK needs to diversify its revenue sources in the unit, which also represents a growth opportunity. We estimate the segment's revenue per employee (calculated using avg. headcount) went from $41K in 4Q20 to $37K in 1Q and 2Q21 – likely due to increase in offshore mix this year.

- **CY22 preview.** We expect CY22 revenue growth guidance, at its midpoint, to be about in line with (or slightly above) consensus and JPM estimates of 27% growth, and the low end of the guidance to be above/at 25% growth. Our expectation assumes strong demand environment in CY22, but not as much as it was in 2021. We also expect EBITDA margin guidance to point to 100bps in y/y deterioration. Our CY22 and CY23 estimates represent 27%/23% and 26%/23.2% in revenue growth/EBITDA margins, respectively.

Sources for: Style Exposure – J.P. Morgan Quantitative and Derivatives Strategy; all other tables are company data and J.P. Morgan estimates.

## Overweight

**TASK, TASK US**

Price (24 Jan 22): $29.59

**Price Target (Dec-22): $78.00**

### Payments, Processors & IT Services

**Puneet Jain** AC
(1-212) 622-1436
puneet.x.jain@jpmorgan.com
**Bloomberg** JPMA JAIN <GO>
J.P. Morgan Securities LLC

**Tien-tsin Huang, CFA**
(1-212) 622-6632
tien-tsin.huang@jpmorgan.com
J.P. Morgan Securities LLC

**Hitesh Malla**
(91-22) 6157-3897
hitesh.malla@jpmchase.com
J.P. Morgan India Private Limited

### Quarterly Forecasts (FYE Dec)

Adj. EBITDA  ($ mn)

|  | 2020A | 2021E | 2022E |
|---|---|---|---|
| Q1 | 17 | 40A | 48 |
| Q2 | 26 | 44A | 54 |
| Q3 | 30 | 48A | 58 |
| Q4 | 33 | 49 | 59 |
| FY | 107 | 180 | 219 |

### Style Exposure

| Quant Factors | Current %Rank | Hist %Rank (1=Top) | | | |
|---|---|---|---|---|---|
| | | 6M | 1Y | 3Y | 5Y |
| Value | 61 | 61 | | | |
| Growth | 30 | 15 | | | |
| Momentum | 18 | | | | |
| Quality | 70 | 42 | 73 | 98 | 98 |
| Low Vol | 95 | | | | |

**See page 14 for analyst certification and important disclosures, including non-US analyst disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

## Price Performance



|  | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | -45.6% | -42.7% | -50.0% | - |
| Rel | -36.2% | -33.4% | -38.8% | - |

## Company Data

| | |
|---|---|
| Shares O/S (mn) | 111 |
| 52-week range ($) | 85.49-26.04 |
| Market cap ($ mn) | 3,270.30 |
| Exchange rate | 1.00 |
| Free float(%) | 99.4% |
| 3M - Avg daily vol (mn) | 1.48 |
| 3M - Avg daily val ($ mn) | 70.7 |
| Volatility (90 Day) | 95 |
| Index | RUSSELL 2000 |
| BBG BUY\|HOLD\|SELL | 8\|0\|0 |

## Key Metrics (FYE Dec)

| $ in millions | FY20A | FY21E | FY22E | FY23E |
|---|---|---|---|---|
| **Financial Estimates** | | | | |
| Revenue | 478 | 750 | 953 | 1,201 |
| Adj. EBIT | 87 | 152 | 183 | 233 |
| Adj. EBITDA | 107 | 180 | 219 | 279 |
| Adj. net income | 67 | 123 | 138 | 178 |
| Adj. EPS | 0.68 | 1.20 | 1.24 | 1.56 |
| BBG EPS | - | 1.24 | 1.30 | 1.65 |
| Cashflow from operations | 51 | 49 | 156 | 216 |
| FCFF | 43 | (13) | 99 | 144 |
| **Margins and Growth** | | | | |
| Revenue growth | 32.9% | 56.9% | 27.0% | 26.1% |
| EBIT margin | 18.1% | 20.2% | 19.2% | 19.4% |
| EBIT growth | 49.6% | 75.0% | 20.8% | 27.1% |
| EBITDA margin | 22.3% | 24.0% | 23.0% | 23.2% |
| EBITDA growth | 43.8% | 68.7% | 21.7% | 27.0% |
| Net margin | 14.0% | 16.5% | 14.5% | 14.8% |
| Adj. EPS growth | 27.7% | 76.9% | 3.1% | 25.8% |
| **Ratios** | | | | |
| Adj. tax rate | 15.5% | 15.0% | 21.6% | 21.6% |
| Interest cover | 14.3 | 27.9 | 33.1 | 44.9 |
| Net debt/Equity | 0.4 | 0.2 | 0.0 | NM |
| Net debt/EBITDA | 1.2 | 0.5 | 0.0 | NM |
| ROE | 21.1% | 33.2% | 29.0% | 27.8% |
| **Valuation** | | | | |
| FCFF yield | 1.5% | (0.4%) | 3.0% | 4.3% |
| Dividend yield | 0.0% | 1.6% | 0.0% | 0.0% |
| EV/Revenue | 13.7 | 8.7 | 6.8 | 5.3 |
| EV/EBITDA | 61.4 | 36.2 | 29.3 | 22.7 |
| Adj. P/E | 43.6 | 24.6 | 23.9 | 19.0 |

## Summary Investment Thesis and Valuation

Our OW view is based on:

- Attractive TAM that's ready to grow at an exponential rate;

- Agile delivery and strong culture differentiating TASK from competition;

- High penetration potential in existing clients; and

- Best-in-class revenue growth profile and above-average margins.

### Valuation

Our Dec'22 PT of $78 is based on a 31x EBITDA, at a 30% discount to digital pure-play ITS firms, despite growing at a faster rate. We believe if the company can demonstrate a sustainable 25%+ growth profile, significant upside to valuation is possible, which combined with above-average earnings growth profile, offering significant stock upside (our PT implies 50%+ upside).

## Performance Drivers



| Factors | 6M Corr | 1Y Corr |
|---|---|---|
| **Market: MSCI US** | 0.25 | 0.22 |
| **Sect: Technology** | -0.27 | -0.16 |
| **Ind: Software & Serv** | 0.19 | 0.05 |
| **Macro:** | | |
| Economic Surprise | -0.44 | -0.33 |
| US 10yr yield | 0.11 | 0.09 |
| Credit Spread | -0.22 | -0.07 |
| **Quant Styles:** | | |
| Momentum | -0.32 | -0.20 |
| Size | -0.29 | -0.20 |
| Quality | -0.24 | -0.13 |

Source: J.P. Morgan Quantitative and Derivatives Strategy for Performance Drivers; company data, Bloomberg Finance L.P. and J.P. Morgan estimates for all other tables. Note: Price history may not be complete or exact

2

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

## PM Summary

In light of recent investor worries that pushed the stock down 19% since January 19 (vs. SPX down 4%), we maintain our estimates for TASK, and reiterate our investment thesis and OW rating. We dug deeper into various concerns highlighted in the short report, and believe the stock weakness seems overdone as headwinds aren't necessarily incremental to our prior views.

We believe the company's: 1) receivables trends should improve over the near term, 2) revenue per employee is actually increasing y/y (when calculated on a like-to-like basis), 3) attrition rate definition is consistent with many peers', 4) wage inflation is a real concern, but not necessarily incremental to our/Street expectations, and finally, 6) content security's revenue per employee declined vs. 4Q20, but has been steady since then (decline could have stemmed from an increase in offshore mix within the segment).

We expect CY22 revenue guidance to be in line with/just above Street expectations (of 27% y/y growth), and EBITDA margin guidance implying 100bps in y/y deterioration. We reiterate our CY22 revenue growth estimate of 27%, and remain confident in the company's medium-term targets of 25%+ in revenue growth.

With stock down 45% YTD (vs. S&P 500 down 8%) and down 19% since last Thursday (vs. S&P500 down 4%), we continue to recommend TASK stock. TASK trades at 16x CY22E EBITDA compared with 28x for Digital pure-play firms (that have similar growth rates), and 14x for customer care peers that grow at a much lower rate.

Below we summarize various concerns, and share our views on each.

## Unbilled receivables

### Concern
Unbilled receivables, as % of LTM sales, increased through Q221, and declined significantly in Q321.

Unbilled receivables, as % of overall receivables, increased from ~55% in 2019/2020 to 64% in 1Q and then declined to 43% in 3Q. Expressed as % of LTM sales, the metric went from 9% in 2019 to 10% in 2020 and peaked at 12% in Q221, before declining to 10% in Q321.

### Our views
We believe TASK's new order-to-cash system along with record growth rates in 1H21 (in terms of new revenue added) could have contributed to the temporary increase in unbilled receivables.

Unbilled receivables are not unusual in the industry. Many companies aggregate services rendered at month end and bill their customers in the subsequent month (or later). This results in last month's receivables showing up as unbilled at quarter-end. However, unbilled mix within overall receivables remain generally steady for companies in a steady-growth mode.

3

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

**North America Equity Research**
25 January 2022

J.P.Morgan

At TASK, we believe implementation of a new order-to-cash system along with significant growth in 1H21 (which included many new customers on-boarded) could have delayed the on-boarding and, ultimately, the billing process in the period. Consequently, unbilled (as % of sales and total receivables) declined in 3Q21 as the company likely cleared (partially) the backlog. This also implies unbilled receivables should remain low in 4Q, and should also be accompanied with a decline in overall receivables.

## Top client receivables

**Concern**

Top client receivables increased significantly in 3Q21, much more than the revenue growth. TASK's top client revenue increased 35% y/y YTD, while receivables increased 100%+ in #3Q21 (vs. what they were in 4Q20).

**Our views**

The top client accounted for 26% of overall receivables, right in line with its 27% revenue contribution in the quarter. However, last year, the client contributed 32% of revenue and 22% of receivables. We believe unusually low levels of receivables last year contributed to significant y/y increase this year.

By comparison, the second largest customer accounted for 13% of receivables and 11% of revenue.

## Revenue per employee

**Concern**

TASK's revenue per employee has been flat to down since 2018.

**Our views**

We calculate the company's revenue per employee to indicate an increasing trend since 2019. Based on period beginning and ending headcount, TASK's revenue per employee in 2019 was $22.34k, which increased by 2% to $22.8k in 2020, and further increased to an average of $24k in 2021 (YTD or even on LTM basis as well) – on track for a mid- to high-single-digit y/y increase this year.

The data indicate the company's revenue per employee is up in the high-single digits since 2019, having increased each year.  See Table below.

**Table 1: Revenue per Employee Trends**

|  | 2018 | 2019 | 2020 | 1Q21 | 2Q21 | 3Q21 |
|---|---|---|---|---|---|---|
| Period ending headcount | 13,800 | 18,400 | 23,594 | 27,500 | 31,500 | 35,600 |
| Avg. headcount | ND | 16,100 | 20,997 | 25,547 | 29,500 | 33,550 |
| Revenue | $254 | $360 | $478 | $153 | $180 | $201 |
| Revenue per employee | ND | $22,340 | $22,767 | $23,935 | $24,410 | $23,971 |

Source: J.P. Morgan estimates, Company data.

We believe a big driver of changes to revenue per employee is regional mix, as there might be significant differences in the metric across different regions (e.g., US's revenue per employee could be ~3x that of the Philippines or India).

4

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

**North America Equity Research**
25 January 2022

J.P.Morgan

*Pricing trends are mixed*
We believe the company receives COLA increases (cost-of-living adjustments) on its contracts, resulting in price increases each year. However, TASK also offers price concessions on renewals to some of its customers as it benefits from learning curve on rule-based and repeatable nature of customer care services. We believe pricing trends for TASK are generally more favorable than at its peers, as the company exclusively focuses on high-tech clients that are more focused on high-growth and customer engagement and consequently may not be as price sensitive at this point of their life cycle.

*Revenue per employee likely increased y/y in 2019*
While the company hasn't disclosed its 2017-end headcount (which would have helped calculate average headcount or revenue per employee for 2018), we believe TASK's revenue per employee likely increased in 2019 as well (vs. 2018 levels).

Our views stem from significant increase in the US revenue mix from 2018 (29% of total revenue) to 2019 (37% of total), which should have significantly helped the company's overall revenue per employee (US revenue per employee is 3x that of the Philippines).

## Wage inflation

**Concern**
TASK's cost per employee is steadily increasing, partially stemming from wage inflation rates in India and the Philippines. Moreover, this increase in cost per employee is not offset by a commensurate increase in revenue per employee, hurting margins.

TASK's cost per employee increased from $12k in 2019 to almost $13k by 3Q21 YTD.

**Our views**
Wage inflation is a real concern for the industry, and isn't just limited to India and the Philippines, where increases might be higher but absolute level of wages are significantly below US wages. We expect wage inflation (specifically US wages) to be a key driver of margin deterioration in CY22. We estimate TASK's CY22 EBITDA margins at 23%, down 100bps y/y, including 60bps deterioration in gross margins.

Some of the historical increase in cost per employee could also be attributed to changes in regional mix of employees (e.g., Philippines-based revenue has declined from 58% in 2019 to 52% by 3Q21). Moreover, adverse FX movement (PHP vs. the USD) could also have contributed to increase in cost per employee over the past few years (we estimate 250bps in EBITDA margin impact since 2019). However, FX could actually represent a tailwind in CY22, helping offset (partially) adverse impact of wage inflation this year.

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

## Employee Retention

**Concern**

TASK's definition of attrition rate doesn't include employees who joined the company within the last 180 days. Actual attrition rate, including all employees, would be much higher than reported numbers of 15% (in 2020) and 27% (in 2019).

TASK also removed disclosures around "gross employee addition," which would indicate overall attrition rate of 46% in 2019, as opposed to reported 27% (which doesn't account for employees who left within 180 days of joining the company). Similarly, internal referral rates have deteriorated from 48% in 2019 to 38% in 2020.

Finally, TASK's employee additions could have significantly reduced in 4Q21, compared with trends from earlier in the year.

**Our views**

We agree that excluding certain employees from the definition doesn't offer the full picture of attrition rate at the company. Attrition rate is typically the highest for such employees, which means excluding employees who have recently joined the company under-reports overall attrition rates.

That said, TASK's definition of attrition rate is consistent with other BPO firms in the industry. Most BPO firms (see table below) define attrition rates by excluding employees who have joined the company in the last 180 days. We believe this practice stems from relatively high levels of attrition in this tenure (due to new joinees' expectations aren't met or they get a counteroffer from a competitor). Moreover, these employees have relatively low levels of impact on client delivery as they are in many cases only recently assigned to client projects, and are easier to replace than it is for tenured personnel.

**Table 2: Attrition definition for other BPO firms in our coverage**

| Firm | G | EXLS | WNS | TIXT |
|---|---|---|---|---|
| Definition | All employees | 180 days+ | 180 days+ | 180 days+ |

Source: Company reports.

Given differences in attrition rate definitions across various firms, we increasingly lean on external sources for employee retention (and motivation) metrics, which would be consistently defined across various firms. One such metric is Glassdoor rating, in which TASK fares much better than its peers.

6

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

**North America Equity Research**
25 January 2022

J.P.Morgan

**Figure 1: Glassdoor Ratings of TASK's Peers (Data from our TASK initiation report, published 07/06/2021)**



Source: glassdoor.com

We also agree with the view that internal referral rates have declined vs. the last year, likely as the company increases in size, it would look at multiple avenues for adding headcount.

*Slowdown in 4Q21 hiring*
It's forward-looking data – potential slowdown in hiring would indicate a slowdown in growth trends. However, the data do not necessarily indicate growth rates will be below current estimates.

First, a slowdown in hiring would be expected given revenue trends. CY21 guidance and our estimates point to ~$270M in y/y revenue addition (representing 55%+ growth), which compares with our estimate of $200M (or 27% growth) in 2022 revenue increase. Lower absolute revenue addition would call for lower levels of hiring, compared with much of 2021. As such, our estimate represents 2,000k in employee adds in 4Q21, well below 4,000 in each of the prior three years.

Then, the data source (based on Linkedin data) may not fully reflect all employees at the company. For example, the Linkedin data, it appears, account for only one-third of total headcount.

## Content Security

**Concerns**
Content security growth rates for TASK are slowing, going from 38% in 2Q21 to 34% in 3Q21 (including sequentially flattish in 1Q21 and up 6% in 3Q21). Moreover, the segment's revenue per employee metric has deteriorated from $41k (annualized) in 4Q20 (JPM calculations, based on average revenue per employee in the period) to $37k in both 1Q and 2Q21. Finally, TASK may not be an industry leader in Content security practice.

**Our views**
Much of TASK's Content security business (JPMe 80%+) stems from its largest customer. Hence, much of growth in the segment would reflect growth at its top clients. Given the top client already represents $200M+ in revenue run rate (~25% of total revenue), it, and consequently TASK's Content security, may not grow at company average rates. As such, the company's 34% growth in 3Q21 may not be necessarily alarming (given the top client is expected to grow its business by ~20%).

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

**J.P.Morgan**

We believe the company needs to diversify its revenue sources in the segment, which could include: 1) getting its foot in the door at other large clients of content security (TikTok and Youtube), or 2) diversifying into other forms of user-generated content (such as user reviews, etc., or NFTs). As such the segment will likely represent an area of investment for the company over the near term, as peers such as ACN and TIXT have larger content management practices.

*Revenue per employee*
Calculating TASK's revenue per employee using average employees in the quarter, we estimate the segment's revenue per employee deteriorated from 4Q20 (of $41k) to $37K in 1Q and 2Q21.

We believe ~10% decline in revenue per employee could have stemmed from increase in offshore mix within the segment, and also potentially from like-to-like pricing, specifically at the top client. The company primarily provides content management services from the US, and has been increasingly ramping up its Philippines and India centers for certain types of services within the segment. We believe an increase in offshore mix (Philippines's revenue per employee is one-third of that of the US) could also have driven lower revenue per employee in the segment.

**Table 3: Content Security: Revenue per Employee Calculations**

|  | Dec'20 | Mar'21 | June'21 |
|---|---|---|---|
| Beginning headcount | 3,200 | 3,800 | 4,000 |
| Ending headcount | 3,800 | 4,000 | 5,250 |
| Average headcount | 3,500 | 3,900 | 4,625 |
| Quarterly rev | $36.2 | $36.1 | $43.0 |
| Avg. revenue per employee | $41,423 | $37,053 | $37,189 |

Source: J.P. Morgan estimates, Company data.

## Disclosures

### Concerns
TASK stopped disclosing ACV (annualized contract value), and changed the definition of win rates, making it more "complex," and is facing increasing competitive threats. The company doesn't disclose its interest income on its cash balance.

### Our views
*Industrywide competitiveness*
We agree that the industry's competitive intensity is increasing, as various vendors that had been focused on servicing legacy clients could be looking to service "tech disrupter" clients as well. However, we believe TASK should continue to benefit from its pure-play status, which has enabled it to set up its organizational structure, internal process, and culture to specifically service such clients and be agile in ramping up and delivery. See our TASK initiation report, "*TaskUs: A Derivative Play on Tech Disruption; Initiate at Overweight, dated 07/06/2021,*" for details on TASK's differentiation in servicing such clients.

*ACV and win rates*
Annualized contract value is a very useful metric, in our view, to form opinion on future growth rates, but most of the companies in IT services/BPO coverage don't disclose ACV trends. In our IT services/BPO coverage of 15+ stocks, only CNDT and RXT disclose ACV trends on a regular basis.

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

Most firms don't even disclose TCV (total contract value), which may not be as useful as ACV is but indicates booking trends. Only, ACN, DXC, and IBM share TCV metrics on a regular basis, while G shares the metric on an annual basis. Other firms, similar to TASK, merely offer qualitative views on signings.

Win rates – we believe TASK's new definition is appropriate and essentially the same definition as what it was before, except that the new definition describes what ACV means, instead of using the word directly.

*Interest income*
We believe the company's interest income is reported in other income. In the past, low levels of interest income would have made the metric immaterial, but as the company's cash balance increases, we'd expect the company to report or disclose its interest income levels.

## CY22 Preview

**Revenue growth expectations**
We maintain our CY22 revenue estimate of $953M (essentially in line with consensus of $956M), representing 27% y/y growth. Our estimate is consistent with the company's medium-term growth target of 25%+, and would represent the top-decile growth in our IT and BPO services coverage.

We expect CY22 revenue growth guidance, at its midpoint, to be about in line with (or slightly above) consensus and JPM estimates of 27% growth, and the low end of the guidance to be above/at 25% growth. Our expectation assumes strong demand environment in CY22, but not as much as it was in 2021.

*Demand environment is likely strong*
We believe the company will guide for CY22 revenue in a reasonably strong demand environment. Various data points (such as CAN's results) indicate increasing demand for digital disruption in various industries, which bodes well for TASK's clients. We expect the company to benefit from a strong demand environment, but also note that growth rates may not be as strong as in CY21, when TASK continued to benefit from COVID-19 and from rapid expansion in its Fintech vertical.

*Considerations for CY22 growth guidance*
We believe the company will need to balance conservatism with meeting expectations, when it guides for CY22 revenue growth. Given TASK is still a relatively new company with limited operating history as a public company, we believe building a track record of meeting and beating expectations would be crucial. Hence, the guidance needs to be conservative enough to absorb mild shocks to the company's internal expectations.

Similarly, the guidance shouldn't be too conservative and significantly below the company's medium-term growth targets. TASK highlighted, on 3Q earnings call and at the J.P. Morgan USIC conference in Nov, that it expects 25%+ revenue growth in CY22, consistent with its medium-term targets. We believe some investors could be disappointed with guidance that's below the 25% bar, even at its low end.

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

**EBITDA margin expectations**

We also maintain our CY22 EBITDA margin estimate of 23%, down 100bps y/y and below the company's medium-term EBITDA margin target of 25%+. We believe the company will incur incremental expenses related to: 1) public company expenses, 2) US wage inflation, and 3) regional diversification.

These headwinds should be partially offset by SG&A leverage (specifically given 20%+ revenue growth) and favorable FX trends (140bps benefit to CY22) after it's been a headwind to margins over the last three years.

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

# Investment Thesis, Valuation and Risks

## TaskUs Inc *(Overweight; Price Target: $78.00)*

**Investment Thesis**

**Attractive and very high growth TAM**

TASK's total addressable market is sized at over $100B, of which it has penetrated less than 1%. As digital disruption takes hold in various legacy industries, TASK's clients should grow at a high clip. More importantly, the trend is leading to an exponential increase in new potential clients.

**Agile delivery and strong culture differentiates TASK from competition**

The company differentiates itself based on its delivery model, which is agile and built to service technology customers, a culture that attracts young employees and resonates with clients, and a deep network and brand within technology clients.

**Penetration potential in existing clients**

The company has an enviable track record of ramping up its top customer, Facebook, to $150M+ in annual revenue within three years (2018-20). Beyond the top two clients, the company's next eighteen top clients represent 38% of its total revenue and could potentially increase to 2-10x of their current sizes.

**Best-in-class revenue growth with above-average margins**

We expect TaskUs to grow at an industry-leading +25% rate beyond this year, higher than its customer care peers' and even digital pure-play IT services firms. Our estimates represent a relatively conservative ~115% in NRR (net retention rate). At ~23% EBITDA margins, TASK is operating at well above industry-average levels.

**Valuation**

Our Dec'22 PT of $78 is based on a 31x EBITDA, at a 30% discount to digital pure-play ITS firms, despite growing at a faster rate. We believe if the company can demonstrate a sustainable 25%+ growth profile, significant upside to valuation is possible, which combined with above-average earnings growth profile, offering significant stock upside (our PT implies 50%+ upside).

**Risks to Rating and Price Target**

**Customer concentration**

TaskUs operates at among the highest customer concentrations in our coverage – with its top client, Facebook, contributing 20%+ of total revenues and the top 10 clients generating ~64%.

**Sales and delivery execution must remain sharp**

The company needs to ensure its delivery execution remains sharp, specifically as it relates to being quick in responding to ever changing end-customer needs and protecting clients' customer data. Similarly, the company relies on its sales force to penetrate existing customers' businesses and win new clients, which are so critical for its growth model. Putting the right resources into new sales and delivery will be important to scale its delivery model.

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

**Scalability of operations**

TaskUs operates in high-growth markets, and it relies on its culture, internal processes, and brand to attract potential employees and fulfil sudden surges in demand. This poses a risk that the company must maintain its culture and processes to be able to continue to hire and retain employees.

**Content moderation work offers high risk if not done right**

Content moderation, which tasks team members to ensure trust and safety standards of client content, represents ~25% of TASK's revenue and is growing at above-average rates. The work carries headline risk, high attrition rates, and is more likely to be automated.

**Key man risk**

Co-founders Bryce Maddock and Jaspar Weir are responsible for driving many of the company's initiatives and practices – from its differentiated brand, agile culture to network within Hitech clients. Either of the co-founders leaving the firm would be a major blow to stock sentiment, in our view.

J.P.Morgan

12

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

# TaskUs: Summary of Financials

| Income Statement - Annual | FY19A | FY20A | FY21E | FY22E | FY23E | Income Statement - Quarterly | | 1Q21A | 2Q21A | 3Q21A | 4Q21E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 360 | 478 | 750 | 953 | 1,201 | Revenue | | 153A | 180A | 201A | 216 |
| COGS | (195) | (271) | (429) | (548) | (689) | COGS | | (88)A | (104)A | (112)A | (124) |
| **Gross profit** | **165** | **208** | **322** | **405** | **512** | **Gross profit** | | **65A** | **76A** | **89A** | **92** |
| SG&A | (91) | (114) | (336) | (247) | (294) | SG&A | | (31)A | (178)A | (60)A | (66) |
| **Adj. EBITDA** | **74** | **107** | **180** | **219** | **279** | **Adj. EBITDA** | | **40A** | **44A** | **48A** | **49** |
| D&A | (35) | (39) | (47) | (55) | (64) | D&A | | (11)A | (11)A | (12)A | (13) |
| **Adj. EBIT** | **58** | **87** | **152** | **183** | **233** | **Adj. EBIT** | | **33A** | **37A** | **41A** | **40** |
| Net Interest | (9) | (7) | (6) | (7) | (6) | Net Interest | | (2)A | (2)A | (2)A | (2) |
| **Adj. PBT** | **49** | **79** | **145** | **177** | **227** | **Adj. PBT** | | **32A** | **36A** | **39A** | **39** |
| Tax | 4 | (10) | 1 | (23) | (34) | Tax | | (4)A | 7A | (2)A | (1) |
| Minority Interest | - | - | - | - | - | Minority Interest | | - | - | - | - |
| **Adj. Net Income** | **52** | **67** | **123** | **138** | **178** | **Adj. Net Income** | | **27A** | **31A** | **33A** | **32** |
| Reported EPS | 0.34 | 0.35 | (0.66) | 0.66 | 1.00 | Reported EPS | | 0.17A | (1.09)A | 0.11A | 0.09 |
| **Adj. EPS** | **0.53** | **0.68** | **1.20** | **1.24** | **1.56** | **Adj. EPS** | | **0.27A** | **0.32A** | **0.30A** | **0.29** |
| DPS | 1.37 | 0.00 | 0.49 | 0.00 | 0.00 | DPS | | 0.00A | 0.54A | 0.00A | 0.00 |
| Payout ratio | 397.8% | 0.0% | NM | 0.0% | 0.0% | Payout ratio | | 0.0%A | NMA | 0.0%A | 0.0% |
| Shares outstanding | 99 | 99 | 103 | 112 | 114 | Shares outstanding | | 99A | 98A | 109A | 111 |

| Balance Sheet & Cash Flow Statement | FY19A | FY20A | FY21E | FY22E | FY23E | Ratio Analysis | FY19A | FY20A | FY21E | FY22E | FY23E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 38 | 108 | 150 | 238 | 333 | Gross margin | 45.8% | 43.4% | 42.9% | 42.5% | 42.7% |
| Accounts receivable | 58 | 88 | 144 | 176 | 238 | EBITDA margin | 20.6% | 22.3% | 24.0% | 23.0% | 23.2% |
| Inventories | - | - | - | - | - | EBIT margin | 16.1% | 18.1% | 20.2% | 19.2% | 19.4% |
| Other current assets | 13 | 16 | 29 | 33 | 42 | Net profit margin | 14.6% | 14.0% | 16.5% | 14.5% | 14.8% |
| **Current assets** | **108** | **211** | **324** | **448** | **613** | | | | | | |
| PP&E | 45 | 57 | 77 | 98 | 124 | ROE | 15.0% | 21.1% | 33.2% | 29.0% | 27.8% |
| LT investments | - | - | - | - | - | ROA | 8.8% | 10.1% | 16.1% | 15.6% | 17.2% |
| Other non current assets | 457 | 439 | 421 | 403 | 384 | ROCE | 10.4% | 13.3% | 20.9% | 19.8% | 21.0% |
| **Total assets** | **611** | **708** | **822** | **948** | **1,121** | SG&A/Sales | 25.2% | 23.7% | 44.8% | 25.9% | 24.5% |
| | | | | | | Net debt/equity | 0.6 | 0.4 | 0.2 | 0.0 | NM |
| Short term borrowings | 24 | 42 | 61 | 66 | 89 | | | | | | |
| Payables | 2 | 46 | 50 | 50 | 50 | P/E (x) | 55.7 | 43.6 | 24.6 | 23.9 | 19.0 |
| Other short term liabilities | 20 | 27 | 46 | 50 | 70 | P/BV (x) | 9.8 | 8.7 | 7.5 | 6.0 | 4.6 |
| **Current liabilities** | **47** | **115** | **156** | **166** | **209** | EV/EBITDA (x) | 89.1 | 61.4 | 36.2 | 29.3 | 22.7 |
| Long-term debt | 205 | 199 | 189 | 177 | 128 | Dividend Yield | 4.6% | 0.0% | 1.6% | 0.0% | 0.0% |
| Other long term liabilities | 61 | 59 | 69 | 56 | 54 | | | | | | |
| **Total liabilities** | **313** | **372** | **414** | **400** | **392** | Sales/Assets (x) | 0.6 | 0.7 | 1.0 | 1.1 | 1.2 |
| Shareholders' equity | 298 | 335 | 408 | 548 | 729 | Interest cover (x) | 7.9 | 14.3 | 27.9 | 33.1 | 44.9 |
| Minority interests | - | - | - | - | - | Operating leverage | 70.7% | 150.7% | 131.8% | 77.0% | 104.1% |
| **Total liabilities & equity** | **611** | **708** | **822** | **948** | **1,121** | | | | | | |
| BVPS | 3.02 | 3.40 | 3.97 | 4.90 | 6.38 | Revenue y/y Growth | 41.5% | 32.9% | 56.9% | 27.0% | 26.1% |
| y/y Growth | (25.4%) | 12.7% | 16.7% | 23.5% | 30.3% | EBITDA y/y Growth | 30.2% | 43.8% | 68.7% | 21.7% | 27.0% |
| Net debt/(cash) | 192 | 133 | 99 | 6 | (116) | Tax rate | 7.8% | 15.5% | 15.0% | 21.6% | 21.6% |
| | | | | | | Adj. Net Income y/y Growth | 6.2% | 27.7% | 84.6% | 12.1% | 28.4% |
| **Cash flow from operating activities** | **45** | **51** | **49** | **156** | **216** | EPS y/y Growth | 6.2% | 27.7% | 76.9% | 3.1% | 25.8% |
| o/w Depreciation & amortization | 35 | 39 | 58 | 55 | 64 | DPS y/y Growth | - | (100.0%) | - | (100.0%) | - |
| o/w Changes in working capital | (26) | (34) | (50) | (53) | (54) | | | | | | |
| **Cash flow from investing activities** | **(21)** | **(21)** | **(62)** | **(57)** | **(72)** | | | | | | |
| o/w Capital expenditure | (21) | (21) | (62) | (57) | (72) | | | | | | |
| as % of sales | 6.0% | 4.4% | 8.2% | 6.0% | 6.0% | | | | | | |
| **Cash flow from financing activities** | **(13)** | **37** | **63** | **(11)** | **(49)** | | | | | | |
| o/w Dividends paid | (135) | 0 | (50) | 0 | 0 | | | | | | |
| o/w Net debt issued/(repaid) | 122 | 37 | (8) | (11) | (49) | | | | | | |
| **Net change in cash** | **12** | **70** | **50** | **88** | **95** | | | | | | |
| Adj. Free cash flow to firm | 24 | 43 | (13) | 99 | 144 | | | | | | |
| y/y Growth | 144.1% | 80.2% | (130.6%) | (856.9%) | 45.0% | | | | | | |

Source: Company reports and J.P. Morgan estimates.

Note: $ in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

**North America Equity Research**
25 January 2022

J.P.Morgan

**Analyst Certification:** The Research Analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple Research Analysts are primarily responsible for this report, the Research Analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the Research Analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect the Research Analyst's personal views about any and all of the subject securities or issuers; and (2) no part of any of the Research Analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the Research Analyst(s) in this report. For all Korea-based Research Analysts listed on the front cover, if applicable, they also certify, as per KOFIA requirements, that the Research Analyst's analysis was made in good faith and that the views reflect the Research Analyst's own opinion, without undue influence or intervention.

All authors named within this report are Research Analysts unless otherwise specified. In Europe, Sector Specialists (Sales and Trading) may be shown on this report as contacts but are not authors of the report or part of the Research Department.

## Important Disclosures

- **Market Maker:** J.P. Morgan Securities LLC makes a market in the securities of TaskUs.

- **Market Maker/ Liquidity Provider:** J.P. Morgan is a market maker and/or liquidity provider in the financial instruments of/related to TaskUs.

- **Manager or Co-manager:** J.P. Morgan acted as manager or co-manager in a public offering of securities or financial instruments (as such term is defined in Directive 2014/65/EU) of/for TaskUs within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: TaskUs.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: TaskUs.

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: TaskUs.

- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: TaskUs.

- **Investment Banking Compensation Received:** J.P. Morgan has received in the past 12 months compensation for investment banking services from TaskUs.

- **Potential Investment Banking Compensation:** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from TaskUs.

- **Non-Investment Banking Compensation Received:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from TaskUs.

- **Debt Position:** J.P. Morgan may hold a position in the debt securities of TaskUs, if any.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies, and certain non-covered companies, by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request.

14

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

**North America Equity Research**
25 January 2022

J.P.Morgan

TaskUs (TASK, TASK US) Price Chart



| Date | Rating | Price ($) | Price Target ($) |
|---|---|---|---|
| 06-Jul-21 | OW | 32.39 | 45 |
| 11-Aug-21 | OW | 32.26 | 50 |
| 17-Aug-21 | OW | 39.50 | 52 |
| 11-Nov-21 | OW | 58.16 | 78 |

Source: Bloomberg Finance L.P. and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Jul 06, 2021. All share prices are as of market close on the previous business day.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, https://www.jpmorganmarkets.com.

**Coverage Universe: Jain, Puneet**: Broadridge (BR), CI&T (CINT), Conduent (CNDT), ExlService Holdings Inc. (EXLS), Grid Dynamics (GDYN), Perficient (PRFT), TaskUs (TASK), WNS Holdings Ltd. (WNS)

**J.P. Morgan Equity Research Ratings Distribution, as of January 01, 2022**

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage* | 52% | 37% | 11% |
| IB clients** | 53% | 46% | 34% |
| JPMS Equity Research Coverage* | 51% | 37% | 12% |
| IB clients** | 74% | 68% | 50% |

*Please note that the percentages might not add to 100% because of rounding.
**Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months.
For purposes only of FINRA ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

A history of J.P. Morgan investment recommendations disseminated during the preceding 12 months can be accessed on the Research & Commentary page of http://www.jpmorganmarkets.com where you can also search by analyst name, sector or financial instrument.

**Analysts' Compensation:** The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Registration of non-US Analysts:** Unless otherwise noted, the non-US analysts listed on the front of this report are employees of non-US affiliates of J.P. Morgan Securities LLC, may not be registered as research analysts under FINRA rules, may not be associated persons of J.P. Morgan Securities LLC, and may not be subject to FINRA Rule 2241 or 2242 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

## Other Disclosures

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

All research material made available to clients are simultaneously available on our client website, J.P. Morgan Markets, unless specifically permitted by relevant laws. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research material available on a particular stock, please contact your sales representative.

Any long form nomenclature for references to China; Hong Kong; Taiwan; and Macau within this research material are Mainland China; Hong Kong SAR (China); Taiwan (China); and Macau SAR (China).

J.P. Morgan Research may, from time to time, write on issuers or securities targeted by economic or financial sanctions imposed or administered by the governmental authorities of the U.S., EU, UK or other relevant jurisdictions (Sanctioned Securities). Nothing in this report is intended to be read or construed as encouraging, facilitating, promoting or otherwise approving investment or dealing in such Sanctioned Securities. Clients should be aware of their own legal and compliance obligations when making investment decisions.

**Options and Futures related research:** If the information contained herein regards options- or futures-related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit https://www.theocc.com/components/docs/riskstoc.pdf for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

**Changes to Interbank Offered Rates (IBORs) and other benchmark rates:** Certain interest rate benchmarks are, or may in the future become, subject to ongoing international, national and other regulatory guidance, reform and proposals for reform. For more information, please consult: https://www.jpmorgan.com/global/disclosures/interbank_offered_rates

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including, but not limited to, the J.P. Morgan Corporate and Investment Bank and its Global Research division.

**Legal entity responsible for the production and distribution of research:** The legal entity identified below the name of the Reg AC Research Analyst who authored this material is the legal entity responsible for the production of this research. Where multiple Reg AC Research Analysts authored this material with different legal entities identified below their names, these legal entities are jointly responsible for the production of this research. Research Analysts from various J.P. Morgan affiliates may have contributed to the production of this material but may not be licensed to carry out regulated activities in your jurisdiction (and do not hold themselves out as being able to do so). Unless otherwise stated below, this material has been distributed by the legal entity responsible for production. If you have any queries, please contact the relevant Research Analyst in your jurisdiction or the entity in your jurisdiction that has distributed this research material.

**Legal Entities Disclosures and Country-/Region-Specific Disclosures:**
**Argentina:** JPMorgan Chase Bank N.A Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"- Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission" - ALYC y AN Integral N°51). **Australia:** J.P. Morgan Securities Australia Limited ("JPMSAL") (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by the Australian Securities and Investments Commission and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. This material is issued and distributed in Australia by or on behalf of JPMSAL only to "wholesale clients" (as defined in section 761G of the Corporations Act 2001). A list of all financial products covered can be found by visiting

16

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

**North America Equity Research**
25 January 2022

J.P.Morgan

https://www.jpmm.com/research/disclosures. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all Global Industry Classification Standard (GICS) sectors, as well as across a range of market capitalisation sizes. If applicable, in the course of conducting public side due diligence on the subject company(ies), the Research Analyst team may at times perform such diligence through corporate engagements such as site visits, discussions with company representatives, management presentations, etc. Research issued by JPMSAL has been prepared in accordance with J.P. Morgan Australia's Research Independence Policy which can be found at the following link: J.P. Morgan Australia - Research Independence Policy. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. This material is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc. **Chile:** Inversiones J.P. Morgan Limitada is an unregulated entity incorporated in Chile. **China:** J.P. Morgan Securities (China) Company Limited has been approved by CSRC to conduct the securities investment consultancy business. **Dubai International Financial Centre (DIFC)**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - The Gate, West Wing, Level 3 and 9 PO Box 506551, Dubai, UAE. This material has been distributed by JP Morgan Chase Bank, N.A., Dubai Branch to persons regarded as professional clients or market counterparties as defined under the DFSA rules. **European Economic Area (EEA):** Unless specified to the contrary, research is distributed in the EEA by J.P. Morgan SE ("JPM SE"), which is subject to prudential supervision by the European Central Bank ("ECB") in cooperation with BaFin and Deutsche Bundesbank in Germany. JPM SE is a company headquartered in Frankfurt with registered address at TaunusTurm, Taunustor 1, Frankfurt am Main, 60310, Germany. The material has been distributed in the EEA to persons regarded as professional investors (or equivalent) pursuant to Art. 4 para. 1 no. 10 and Annex II of MiFID II and its respective implementation in their home jurisdictions ("EEA professional investors"). This material must not be acted on or relied on by persons who are not EEA professional investors. Any investment or investment activity to which this material relates is only available to EEA relevant persons and will be engaged in only with EEA relevant persons. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong, and J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. JP Morgan Chase Bank, N.A., Hong Kong (CE Number AAL996) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission, is organized under the laws of the United States with limited liability. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with the Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited and the Bombay Stock Exchange Limited (SEBI Registration Number – INZ000239730) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: http://www.jpmipl.com. JPMorgan Chase Bank, N.A. - Mumbai Branch is licensed by the Reserve Bank of India (RBI) (Licence No. 53/ Licence No. BY.4/94; SEBI - IN/CUS/014/ CDSL : IN-DP-CDSL-444-2008/ IN-DP-NSDL-285-2008/ INBI00000984/ INE231311239) as a Scheduled Commercial Bank in India, which is its primary license allowing it to carry on Banking business in India and other activities, which a Bank branch in India are permitted to undertake. For non-local research material, this material is not distributed in India by J.P. Morgan India Private Limited. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Korea**: J.P. Morgan Securities (Far East) Limited, Seoul Branch, is a member of the Korea Exchange (KRX). JPMorgan Chase Bank, N.A., Seoul Branch, is licensed as a branch office of foreign bank (JPMorgan Chase Bank, N.A.) in Korea. Both entities are regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). For non-macro research material, the material is distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X), which is a Participating Organization of Bursa Malaysia Berhad and holds a Capital Markets Services License issued by the Securities Commission in Malaysia. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V.and J.P. Morgan Grupo Financiero are members of the Mexican Stock Exchange and are authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **New Zealand**: This material is issued and distributed by JPMSAL in New Zealand only to "wholesale clients" (as defined in the Financial Advisers Act 2008). JPMSAL is registered as a Financial Service Provider under the Financial Service providers (Registration and Dispute Resolution) Act of 2008. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Russia**: CB J.P. Morgan Bank International LLC is regulated by the Central Bank of Russia. **Singapore**: This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 093/09/2021 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited, and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore), both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this material in Singapore are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
25 January 2022

J.P.Morgan

material. As at the date of this material, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this material. Arising from its role as a designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited and JPMorgan Chase Bank, N.A., Johannesburg Branch are members of the Johannesburg Securities Exchange and are regulated by the Financial Services Board. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. Material relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material that may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission, and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **UK:** Unless specified to the contrary, research is distributed in the UK by J.P. Morgan Securities plc ("JPMS plc") which is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. JPMS plc is registered in England & Wales No. 2711006, Registered Office 25 Bank Street, London, E14 5JP. This material is directed in the UK only to: (a) persons having professional experience in matters relating to investments falling within article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) (Order) 2005 ("the FPO"); (b) persons outlined in article 49 of the FPO (high net worth companies, unincorporated associations or partnerships, the trustees of high value trusts, etc.); or (c) any persons to whom this communication may otherwise lawfully be made; all such persons being referred to as "UK relevant persons". This material must not be acted on or relied on by persons who are not UK relevant persons. Any investment or investment activity to which this material relates is only available to UK relevant persons and will be engaged in only with UK relevant persons. Research issued by JPMS plc has been prepared in accordance with JPMS plc's policy for prevention and avoidance of conflicts of interest related to the production of Research which can be found at the following link: J.P. Morgan EMEA - Research Independence Policy. **U.S.**: J.P. Morgan Securities LLC ("JPMS") is a member of the NYSE, FINRA, SIPC, and the NFA. JPMorgan Chase Bank, N.A. is a member of the FDIC. Material published by non-U.S. affiliates is distributed in the U.S. by JPMS who accepts responsibility for its content.

**General:** Additional information is available upon request. The information in this material has been obtained from sources believed to be reliable. While all reasonable care has been taken to ensure that the facts stated in this material are accurate and that the forecasts, opinions and expectations contained herein are fair and reasonable, JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) make no representations or warranties whatsoever to the completeness or accuracy of the material provided, except with respect to any disclosures relative to J.P. Morgan and the Research Analyst's involvement with the issuer that is the subject of the material. Accordingly, no reliance should be placed on the accuracy, fairness or completeness of the information contained in this material. Any data discrepancies in this material could be the result of different calculations and/or adjustments. J.P. Morgan accepts no liability whatsoever for any loss arising from any use of this material or its contents, and neither J.P. Morgan nor any of its respective directors, officers or employees, shall be in any way responsible for the contents hereof, apart from the liabilities and responsibilities that may be imposed on them by the relevant regulatory authority in the jurisdiction in question, or the regulatory regime thereunder. Opinions, forecasts or projections contained in this material represent J.P. Morgan's current opinions or judgment as of the date of the material only and are therefore subject to change without notice. Periodic updates may be provided on companies/industries based on company-specific developments or announcements, market conditions or any other publicly available information. There can be no assurance that future results or events will be consistent with any such opinions, forecasts or projections, which represent only one possible outcome. Furthermore, such opinions, forecasts or projections are subject to certain risks, uncertainties and assumptions that have not been verified, and future actual results or events could differ materially. The value of, or income from, any investments referred to in this material may fluctuate and/or be affected by changes in exchange rates. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Past performance is not indicative of future results. Accordingly, investors may receive back less than originally invested. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipients of this material must make their own independent decisions regarding any securities or financial instruments mentioned herein and should seek advice from such independent financial, legal, tax or other adviser as they deem necessary. J.P. Morgan may trade as a principal on the basis of the Research Analysts' views and research, and it may also engage in transactions for its own account or for its clients' accounts in a manner inconsistent with the views taken in this material, and J.P. Morgan is under no obligation to ensure that such other communication is brought to the attention of any recipient of this material. Others within J.P. Morgan, including Strategists, Sales staff and other Research Analysts, may take views that are inconsistent with those taken in this material. Employees of J.P. Morgan not involved in the preparation of this material may have investments in the securities (or derivatives of such securities) mentioned in this material and may trade them in ways different from those discussed in this material. This material is not an advertisement for or marketing of any issuer, its products or services, or its securities in any jurisdiction.

18

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

**North America Equity Research**
25 January 2022

J.P.Morgan

"Other Disclosures" last revised January 22, 2022.

**Copyright 2022 JPMorgan Chase & Co. All rights reserved. This material or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

**North America Equity Research**
25 January 2022

J.P.Morgan

19

# Morgan Stanley | RESEARCH

**UPDATE**

January 28, 2022 05:01 AM GMT

## TaskUs, Inc. | North America

# An Achievable Task

| ⌁ Stock Rating | ⊚ Industry View | ◉ Price Target |
|---|---|---|
| Overweight | Attractive | $60.00 |

Despite recent investor questions around durability of TASK's growth and strength of its client relationships, we continue to see multiple levers for TASK to comfortably sustain revenue growth of at least 25% over the medium term.

**Customer relationships remain robust.** TASK's roots of being "born on the web and [grown] up in the cloud" bring cultural alignment with the digital-native customers it services (e.g., FB, UBER, NFLX). Discussions with end customers suggest strength in TASK's relationships, with differentiated service quality and a robust ability to staff in a challenging labor market, with the latter largely driven by TASK's reputation as an "employer of choice" in the regions it operates in (Exhibit 1). This was apparent in the company's recent competitive share gain at a top 10 rideshare client.

**Expanding use cases and geographies.** While Content Security (23% of 3Q21 revenue; Exhibit 2) is largely driven by three social media companies, TASK continues to see interest in the service beyond social media content moderation. The company has added job boards, dating applications, and e-commerce marketplaces, among others, as users of the service. Additionally, we believe TASK's recent announcement of expansion into Eastern Europe (Poland and Romania) and Southeast Asia (Malaysia) should help drive further growth at existing customers as well as win new customers, particularly as customers look to utilize foreign language capabilities and lower cost of delivery. Further, we see potential margin benefits as select customers increasingly shift work offshore given lower pricing and comparable delivery quality, often incentivizing customers to increase volumes with TASK.

**Acquisitions to drive expansion optionality.** To date, 100% of TASK's growth has been organic. We appreciate the company's strategy to grow with its current clients through incremental outsourcing volumes as well as cross-selling, and we see acquisitions as another avenue of growth for the company that management may opportunistically pursue. Central to our thesis on IT Services, acquisitions allow companies to stay on the leading edge of emerging technology, particularly given the high levels of VC investment in enterprise-focused software. While we have no knowledge of any potential transactions, we believe management will likely look for targets of similar growth rates, customer base, culture, and profitability in order to expand into higher-value services, add new geographies, or additional capabilities, particularly around increasing vertical-specific offerings and deepening expertise in existing capabilities. Adding capabilities such as software development services via acquisitions should push

MORGAN STANLEY & CO. LLC

**James E Faucette**
EQUITY ANALYST
James.Faucette@morganstanley.com · +1 212 296-5771

**Jonathan Y Lee**
EQUITY ANALYST
Jonathan.Y.Lee@morganstanley.com · +1 212 761-9499

**Michael N Infante**
RESEARCH ASSOCIATE
Michael.Infante@morganstanley.com · +1 212 761-4631

**Meryl R Thomas, CFA**
RESEARCH ASSOCIATE
Meryl.Thomas@morganstanley.com · +1 212 761-0774

**Sandy Beatty, CFA**
RESEARCH ASSOCIATE
Sandy.Beatty@morganstanley.com · +1 212 761-5777

### TaskUs, Inc. ( TASK.O, TASK US )

IT Services / United States of America

| | |
|---|---|
| Stock Rating | Overweight |
| Industry View | Attractive |
| Price target | $60.00 |
| Shr price, close (Jan 27, 2022) | $27.63 |
| Mkt cap, curr (mm) | $3,401 |
| 52-Week Range | $85.49-26.04 |

| Fiscal Year Ending | 12/20 | 12/21e | 12/22e | 12/23e |
|---|---|---|---|---|
| ModelWare EPS ($) | 0.42 | (0.62) | 0.61 | 1.06 |
| EPS ($)** | 0.72 | 1.21 | 1.30 | 1.76 |
| P/E** | - | 44.7 | 21.2 | 15.7 |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
** = Based on consensus methodology
e = Morgan Stanley Research estimates

### QUARTERLY EPS ($)

| Quarter | 2020 | 2021e Prior | 2021e Current | 2022e Prior | 2022e Current |
|---|---|---|---|---|---|
| Q1 | 0.10 | - | 0.27a | - | 0.24 |
| Q2 | 0.16 | - | 0.32a | - | 0.29 |
| Q3 | 0.27 | - | 0.30a | - | 0.36 |
| Q4 | 0.19 | - | 0.32 | - | 0.41 |

e = Morgan Stanley Research estimates, a = Actual Company reported data

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. nvestors should consider Morgan Stanley Research as only a single factor in making their investment decision.

**For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.**

1



revenue per employee higher, moving toward that of diversified IT Services companies.

**Remain OW.** We continue to believe that TASK should trade at a premium to contact center / BPO peers with similar capabilities, but a discount to high-growth digital-focused IT Services peers, given TASK's faster growth relative to that of contact center / BPO peers, but lower revenue per employee when compared to digital-focused IT Services peers. We expect management to utilize a disciplined acquisition strategy designed to broaden its capability set in order to further cater to high-growth companies and successfully move into higher value services in order to increase revenue per employee, helping to sustain its premium valuation.

# Morgan Stanley | RESEARCH



## Analysis

**Exhibit 1:** TASK's continues to hire in a talent constrained environment



Source: Company data, Morgan Stanley Research

**Exhibit 2:** Content Security represents 23% of TASK's revenue



Source: Company data, Morgan Stanley Research

3