Morgan Stanley | RESEARCH

UPDATE

# Valuation Methodology and Risks

**TaskUs, Inc. (TASK.O)**

Our price target is derived from our Base Case scenario, which assumes organic revenue growth above 25%. Our target applies a 34x P/E multiple to our Base Case CY23E EPS, a premium to that of peers to reflect faster growth and greater exposure to digital-native customers.

**Risks to Upside**

- Greater than expected growth of end customers
- Incremental share wins
- Greater than expected demand for content moderation, customer care, and / or data annotation
- Longer than expected growth approaching 40%

**Risks to Downside**

- Pricing pressure
- Elevated levels of attrition
- Share loss to competitors, insourcing, and / or automation

4

Morgan Stanley | RESEARCH



# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared by Morgan Stanley & Co. LLC, and/or Morgan Stanley C.T.V.M. S.A., and/or Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., and/or Morgan Stanley Canada Limited. As used in this disclosure section, "Morgan Stanley" includes Morgan Stanley & Co. LLC, Morgan Stanley C.T.V.M. S.A., Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., Morgan Stanley Canada Limited and their affiliates as necessary.

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Sandy Beatty, CFA; James E Faucette; Michael N Infante; Jonathan Y Lee; Meryl R Thomas, CFA.
.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies. A Portuguese version of the policy can be found at www.morganstanley.com.br

## Important Regulatory Disclosures on Subject Companies

As of December 31, 2021, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: Accenture Plc, DXC Technology Company, Endava PLC, EPAM Systems Inc, **TaskUs, Inc.**.

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of **TaskUs, Inc.**, TELUS International (Cda) Inc..

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from Accenture Plc, **TaskUs, Inc.**, TELUS International (Cda) Inc..

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from Accenture Plc, Cognizant Technology Solutions Corp, Endava PLC, **TaskUs, Inc.**, TELUS International (Cda) Inc., TTEC Holdings, Inc..

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from Accenture Plc, Cognizant Technology Solutions Corp, DXC Technology Company.

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: Accenture Plc, Cognizant Technology Solutions Corp, Endava PLC, **TaskUs, Inc.**, TELUS International (Cda) Inc., TTEC Holdings, Inc..

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: Accenture Plc, Cognizant Technology Solutions Corp, DXC Technology Company.

Morgan Stanley & Co. LLC makes a market in the securities of Accenture Plc, Cognizant Technology Solutions Corp, TTEC Holdings, Inc..

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

(as of December 31, 2021)

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm.

For disclosure purposes only (in accordance with FINRA requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

5

# Morgan Stanley | RESEARCH



| STOCK RATING CATEGORY | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OTHER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| Overweight/Buy | 1505 | 42% | 403 | 45% | 27% | 671 | 42% |
| Equal-weight/Hold | 1547 | 43% | 402 | 45% | 26% | 695 | 44% |
| Not-Rated/Hold | 0 | 0% | 0 | 0% | 0% | 0 | 0% |
| Underweight/Sell | 544 | 15% | 90 | 10% | 17% | 220 | 14% |
| TOTAL | 3,596 | | 895 | | | 1586 | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

## Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

## Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Stock Price, Price Target and Rating History (See Rating Definitions)

# Morgan Stanley | RESEARCH





Stock Rating History: 1/1/17 : NA/C; 2/5/18 : NA/A; 11/19/19 : NA/NR; 2/26/20 : NA/I; 7/6/21 : E/I; 12/13/21 : O/I; 1/10/22 : O/A

Price Target History: 7/6/21 : 34; 8/11/21 : 37; 12/13/21 : 55; 1/10/22 : 60

Source: Morgan Stanley Research        Date Format : MM/DD/YY        Price Target ▬▪▬        No Price Target Assigned (NA)
Stock Price (Not Covered by Current Analyst) ▬    Stock Price (Covered by Current Analyst) ▬▬
Stock and Industry Ratings (abbreviations below) appear as ◆ Stock Rating/Industry View
Stock Ratings: Overweight (O) Equal-weight (E) Underweight (U) Not-Rated (NR)  No Rating Available (NA)
Industry View: Attractive (A)   In-line (I)   Cautious (C)    No Rating (NR)
Effective January 13, 2014, the stocks covered by Morgan Stanley Asia Pacific will be rated relative to the analyst's industry (or industry team's) coverage.
Effective January 13, 2014, the industry view benchmarks for Morgan Stanley Asia Pacific are as follows: relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Important Disclosures for Morgan Stanley Smith Barney LLC & E*TRADE Securities LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.

Each Morgan Stanley research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC and E*TRADE Securities LLC. This review and approval is conducted by the same person who reviews the research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of DXC Technology Company.

Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions. Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).

If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.

Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's

7

**Morgan Stanley** | RESEARCH

UPDATE

securities/instruments.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

The "Important Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.

To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A. located at Av. Brigadeiro Faria Lima, 3600, 6th floor, São Paulo - SP, Brazil; and is regulated by the Comissão de Valores Mobiliários; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Asia International Limited, Hong Kong Branch; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Asia International Limited, Singapore Branch (Registration number T11FC0207F); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Canada by Morgan Stanley Canada Limited, which has approved of and takes responsibility for its contents in Canada; in Germany and the European Economic Area where required by Morgan Stanley Europe S.E., authorised and regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin) under the reference number 149169; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulatory Authority and regulated by the Financial Conduct Authority and the Prudential Regulatory Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. RMB Morgan Stanley Proprietary Limited is a member of the JSE Limited and A2X (Pty) Ltd. RMB Morgan Stanley Proprietary Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia , and is directed at Sophisticated investors only.

Morgan Stanley Bank AG currently acts as a designated sponsor for the following securities: Cognizant Technology Solutions Corp.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.

As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms. Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.

The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P.

Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

Indicators and trackers referenced in Morgan Stanley Research may not be used as, or treated as, a benchmark under Regulation EU 2016/1011, or any other similar framework.

The issuers and/or fixed income products recommended or discussed in certain fixed income research reports may not be continuously followed. Accordingly, investors should regard those fixed income research reports as providing stand-alone analysis and should not expect continuing analysis or additional reports

**Morgan Stanley** | RESEARCH

relating to such issuers and/or individual fixed income products.

**INDUSTRY COVERAGE: IT Services**

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (01/27/2022) |
|---|---|---|
| **James E Faucette** | | |
| Accenture Plc (ACN.N) | O (02/26/2020) | $333.36 |
| Cognizant Technology Solutions Corp (CTSH.O) | E (01/10/2022) | $81.79 |
| DXC Technology Company (DXC.N) | E (01/29/2021) | $28.99 |
| Endava PLC (DAVA.N) | O (01/10/2022) | $110.00 |
| EPAM Systems Inc (EPAM.N) | O (08/12/2020) | $433.41 |
| TaskUs, Inc. (TASK.O) | O (12/13/2021) | $27.63 |
| TELUS International (Cda) Inc. (TIXT.N) | E (03/01/2021) | $26.27 |
| TTEC Holdings, Inc. (TTEC.O) | U (01/10/2022) | $75.22 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

© 2022 Morgan Stanley

# TaskUs, Inc. (TASK)

## Q4 Earnings and Initial 2022 Guidance Preview



**We like TASK into earnings and expect a good Q4 report; initial 2022 guidance likely around consensus; we view risk/reward as favorable at ~18X 2023E EPS.** We think Q4 revenue/EPS likely above consensus given strong demand environment. Initial 2022 guidance likely around consensus and similar to recent management commentary. We like the stock into earnings given the recent pullback caused by short report and view valuation as attractive at ~18X 2023E EPS for likely 25%+ revenue growth over the next few years.

- We expect TaskUs to report Q4 earnings in mid/late-February.

- **We think Q4 revenue/EPS likely mildly above consensus.**
  - **Revenue:** Likely mildly above consensus $216 million (guidance is $213-217 million; we are $215 million). Our estimate reflects +55% yoy organic growth (Q3 was +64%).
    - **Sequential revenue growth:** Our estimate seems conservative given we model +7% sequential growth (past three Q4's have averaged +14%; range is +8-20%). Our estimate also reflects +$14 million sequential growth (past three Q4's have been +$8-16 million).
    - **Our recent CQ4-21 contact survey** showed new sales activity remained strong and in growth mode, though we acknowledge the small sample size (link to survey note).
  - **Adjusted EBITDA:** Likely mildly above our/consensus $49 million estimate (guidance implies ~$47-50 million). Our estimate reflects sequential adjusted EBITDA growth of +$1 million on sequential revenue growth of +$14 million, which seems conservative. We also estimate adjusted EBITDA margin of 22.7% (down from 23.9% in Q3).
    - **Management commentary:** Previously noted that Q4 will continue to be impacted by public company costs, some employees returning to the office, investments in digital innovation, and slightly higher seasonal operating costs.
  - **Adjusted EPS:** Likely mildly above consensus $0.34 (we are $0.36).

- **Initial 2022 guidance likely around consensus.**
  - **Revenue:** We think likely around +25%+ yoy growth, which could imply $935 million+ (consensus is $956 million). In a mid-November competitor conference, management noted confidence in revenue growth at/above 25%.
  - **Adjusted EBITDA:** We think guidance like ~23% margin, which could imply adjusted EBITDA of around $215+ million (consensus is $221 million). Management previously noted they expect margin ~23% in 2022 given some wage pressure.

- **Interesting items to look for on the call:** Employee attrition/wage impact, Content Security growth opportunities, willingness of hyper-growth tech clients to spend given recent valuation pullbacks, comments on recent short report (link to note).

- **We like TASK given strong financial profile and reasonable valuation.**
  - **Organic revenue growth expected to be 25%+** for the next few years (driven by fast-growth tech client base); adjusted EBITDA margins likely ~23% in 2023E with path towards ~25% over time.
  - **Valuation seems pretty attractive** at ~18X 2023E EPS, given fast-growth potential over the next few years.

**TaskUs provides outsourcing services across digital customer experience, content security, and AI operations.**

## LOWERING PRICE TARGET

**1-Year Price Chart**



### Stock Data

| | |
|---|---|
| Rating: | Outperform |
| Suitability: | Average Risk |
| Price Target/Previous: | ▼$45/$74 |
| Price (1/31/22): | $32.00 |
| Market Cap (mil): | $3,344 |
| Shares Out (mil): | 104.5 |
| Average Daily Vol (mil): | 1.37 |
| Dividend Yield: | 0.0% |

### Estimates

| FY Dec | 2021E | 2022E | 2023E |
|---|---|---|---|
| Q1 | 0.27 A | 0.27 E | 0.34 E |
| Q2 | 0.32 A | 0.31 E | 0.39 E |
| Q3 | 0.30 A | 0.39 E | 0.49 E |
| Q4 | 0.36 E | 0.40 E | 0.50 E |
| **Fiscal EPS** | **1.26 E** | **1.38 E** | **1.72 E** |
| Fiscal P/E | 25.4x | 23.2x | 18.6x |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

[ **Please refer to Appendix - Important Disclosures and Analyst Certification** ]

**David J. Koning, CFA**
Sr. Research Analyst
dkoning@rwbaird.com
414.298.7494

**Robert W. Bamberger, CFA**
Sr. Research Associate
rbamberger@rwbaird.com
414.298.5094

**Patrick A. Schulz, CFA**
Research Associate
pschulz@rwbaird.com
414.298.6218

Property of Baird. Please contact Baird for permission to share.

# Details

---

## Initial 2022 Potential Guidance

**Review of TASK 2022E Expectations**
**(Yellow Cells are Guidance Items)**

| Metrics | 2021E | 2022E Expectations | |
|---|---|---|---|
| | Baird 2021E | Expected Guidance | Consensus 2022E |
| **Revenue** | **$749** | **$935+** | **$956** |
| Organic constant-fx growth | *57%* | *25%+* | *28%* |
| Reported growth | *57%* | *25%+* | *28%* |
| **Adjusted EBITDA** | **$181** | **$215+** | **$221** |
| Margin | *24.1%* | *~23%* | *23.1%* |
| Growth % yoy | *69%* | *19%+* | *22%* |
| Core D&A | $28 | ~$37 | $40 |
| Interest Expense | $6 | ~$6 | $7 |
| **Adjusted Pretax Income** | **$146** | **$172+** | **$174** |
| Tax | $13 | $27-31 | $29 |
| Adjusted Tax Rate | *9.2%* | *15-17%* | *16.5%* |
| **Adjusted Net Income** | **$132** | **$143+** | **$145** |
| **Adjusted EPS** | **$1.26** | **$1.30+** | **$1.30** |
| Growth % yoy | *76%* | *3%+* | *5%* |
| **Shares** | **105m** | **~110m** | **112m** |

*Source: Baird Estimates, FactSet, and Company Reports*

**Property of Baird. Please contact Baird for permission to share.**

# Investment Perspective

**We view TaskUs as a strong franchise, and our Outperform rating reflects strong and ongoing growth momentum from a very attractive client base.** We like the company's 25%+ organic growth profile over the next few years, 99%+ of revenue coming from recurring revenue contracts, >115% net revenue retention and continued mix shift toward digital and higher-margin services.

**We view the following as key positive themes:**

- **Strong client base and revenue retention.** TaskUs has over 100 clients across several verticals within the digital economy. In 2020, >99% of revenues came from recurring revenue contracts, and they had a net revenue retention rate of 117%.

- **Fast-growth market opportunity.** TaskUs competes in several fast growth areas of the digital outsourcing market. The company estimates the Digital Customer Experience market is growing at a 20-25% CAGR, Content Security market is growing at a 40-50% CAGR, and AI Operations market is growing at a 20% CAGR.

- **Successful founder-led management team.** Bryce Maddock (CEO) and Jaspar Weir (President) co-founded TaskUs in 2008 with an initial concept to provide virtual assistants working from the Philippines (first office was a small place above a mechanic shop). Since then, the company has grown to >35,600 employees serving >100 clients across many fast-growth verticals.

- **Strong margin profile.** Given the company's digital focus, we expect adjusted EBITDA margins to be ~23% by 2023E. The continued mix shift towards digital and higher-margin services will also benefit margins over time.

- **Clean balance sheet.** As of the end of Q3-21, the company had net leverage of ~1.1X. We expect the company to maintain a clean balance sheet and low leverage profile over time.

**We view the following as biggest risks:**

- **Client concentration.** Client concentration remains reasonably high with the top 10 clients representing ~61% of revenue (as of Q3-21). However, concentration has come down from 74% of 2019 revenue from the top 10 clients. The company's largest client (Facebook) represents ~27% of revenue (as of Q3-21) and the second-largest client (Doordash) represents ~11% of revenue (as of Q3-21).

- **Pricing pressure and labor inflation.** The company participates in a highly competitive industry from both a direct competitor standpoint and an end-market perspective. As such, pricing pressures and labor inflation are always areas of concern.

- **Scrutiny around Content Moderation.** While they have developed and enforce their Content Security policies, this work is subject to press and/or regulatory scrutiny in addition to the well-being of employees doing this work.

- **Economic sensitivity.** While a majority of their customer care volume is digital (96% as of 2020), economic weakness can translate into lower call volumes and customer interactions. In addition, economic impacts, such as COVID, can also impact certain client volume (ex: certain verticals) and labor capacity.

**Property of Baird. Please contact Baird for permission to share.**

1060

January 31, 2022  |  **TaskUs, Inc.**

**Here's our EPS attribution chart below:**

| TaskUs Revenue/EPS Growth Attribution | | | | | | |
|---|---|---|---|---|---|---|
| | **2018** | **2019** | **2020** | **2021E** | **2022E** | **2023E** |
| **Total Revenue Growth** | **117%** | **41%** | **33%** | **57%** | **29%** | **25%** |
| Margin Impact | 105% | -12% | 17% | 19% | -8% | 4% |
| **Adjusted EBIT Growth** | **222%** | **30%** | **50%** | **75%** | **21%** | **29%** |
| Leverage Impact | | | | 7% | 1% | 1% |
| Interest Expense | | | | 1% | 0% | 0% |
| Other | | | | 0% | 0% | 0% |
| Tax Rate | | | | 7% | -8% | -3% |
| Shares | | | | -14% | -5% | -2% |
| **EPS Growth** | | | | **76%** | **9%** | **25%** |

Source: Company Filings and Baird Estimates

**We view year-out risk/reward to be $25-70, based on the following:**

- **Good case $70 –** This reflects ~35X a good-case 2023E EPS of $2.00. For perspective, functional comps TIXT/TEP/TTEC all trade ~16-26X C2022E EPS while growth comps GLOB/EPAM/DAVA all trade ~42-55X C2022E EPS. This also reflects ~24X a good-case EBITDA of $325 million (functional comps currently trade ~13X C2022E EBITDA; growth comps currently trade ~29-30X C2022E EBITDA).

- **Bad case $25 –** This reflects ~17X a bad-case 2023E EPS of $1.50. For perspective, functional comps TIXT/TEP/TTEC trade ~16-26X C2022E EPS. This also reflects ~13X a bad-case EBITDA of $225 million (functional comps currently trade ~13X C2022E EBITDA; growth comps currently trade ~29-30X C2022E EBITDA).

**Our new $45 price target** reflects ~26X our 2023E EPS of $1.72. For perspective, the functional comps (TIXT/TEP/TTEC) all currently trade ~16-26X C2022E EPS while the growth comps (GLOB/EPAM/DAVA) all trade ~42-55X C2022E EPS. In a year, we think TASK could trade in between these two groups.

- **EV/EBITDA:** Our price target also reflects ~20X our 2023E EBITDA. The functional comp (TIXT/TEP/TTEC) currently averages ~13X C2022E EBITDA, and we think a year from now TASK could trade above the functional comps given the growth profile. The growth comp group (GLOB/EPAM/DAVA) currently average ~29-30X C2022E EBITDA.

**Property of Baird. Please contact Baird for permission to share.**

1061

# Investment Thesis

**Strong client base and revenue retention.** TaskUs has over 100 clients across several verticals within the digital economy. In 2020, >99% of revenues came from recurring revenue contracts, and they had a net revenue retention rate of 117%.

**Fast-growth market opportunity.** TaskUs competes in several fast-growth areas of the digital outsourcing market. The company estimates the Digital Customer Experience market is growing at a 20-25% CAGR, Content Security market is growing at a 40-50% CAGR, and AI Operations market is growing at a 20% CAGR.

**Successful founder-led management team.** Bryce Maddock (CEO) and Jaspar Weir (President) co-founded TaskUs in 2008 with an initial concept to provide virtual assistants working from the Philippines (first office was a small place above a mechanic shop). Since then, the company has grown to >35,600 employees serving >100 clients across many fast-growth verticals.

**Strong margin profile.** Given the company's digital focus, we expect adjusted EBITDA margins to be ~23% by 2023E. The continued mix shift towards digital and higher-margin services will also benefit margins over time.

**Clean balance sheet.** As of the end of Q3-21, the company had net leverage of ~1.1X. We expect the company to maintain a clean balance sheet and low leverage profile over time.

# ESG Considerations

**Environmental:** TaskUs prioritizes environmental sustainability with projects such as a paperless initiative, solar home kit distribution in the Philippines, coral planting and beach clean ups.

**Social:** TaskUs diversity strategy originates in education and action by hiring from marginalized and disadvantages groups, making contributions to their local communities, sparking Diversity & Inclusion dialogues and creating employee resource groups. The company was recognized in 2019 by Investors in People, winning the Social Responsibility Award.

**Governance:** TaskUs believes that their board of directors provides a wide range of skills and experiences to effectively satisfy its oversight responsibilities. In accordance with their emphasis on sustainability and diversity, the board also has an ESG committee to oversee environmental and social matter strategy.

**Property of Baird. Please contact Baird for permission to share.**

1062

# Risks & Caveats

**Client concentration.** Client concentration remains reasonably high with the top 10 clients representing ~68% of revenue (as of 2020). However, concentration has come down from 74% of 2019 revenue from the top 10 clients. The company's largest client (Facebook) represents ~32% of revenue and the second largest client (Doordash) represents ~12% of revenue.

**Pricing pressure and labor inflation.** The company participates in a highly competitive industry from both a direct competitor standpoint and an end-market perspective. As such, pricing pressures and labor inflation are always areas of concern.

**Scrutiny around Content Moderation.** TaskUs reviews and disposes user/advertiser content to remove or label policy violating, offensive, or misleading content. While they have developed and enforce their Content Security policies, this work is subject to press and/or regulatory scrutiny in addition to the well-being of employees doing this work.

**Economic sensitivity.** While a majority of their customer care volume is digital (96% as of 2020), economic weakness can translate into lower call volumes and customer interactions. In addition, economic impacts, such as COVID, can also impact certain client volume (ex: certain verticals) and labor capacity.

**Changes in technology preferences.** Client expectations around digital offerings and technology solutions may change over time, thus requiring TaskUs to further invest in expanding their offerings. In addition, competitors may invest into digital offerings to offer services/technologies that are more attractive to customers.

**Potential legislative risks.** The company could be subject to potential new labor laws that may differ across different geographies. In addition, TaskUs is subject to privacy and data security regulations relating to how they handle sensitive and confidential information.

# Company Description

TaskUs provides digital outsourcing services and provides three main service offerings, including Digital Customer Experience (~63% of 2020 revenue), Content Security (~27% of 2020 revenue), and AI Operations (~10% of 2020 revenue). With ~35,600 employees, the company provides services in 18 delivery centers across 8 countries.

**Property of Baird. Please contact Baird for permission to share.**

1063

**January 31, 2022**   |   **TaskUs, Inc.**

# Appendix - Important Disclosures and Analyst Certification

Approved on 31 January 2022 16:11EST/ Published on 31 January 2022 16:16EST.



2 Robert W. Baird & Co. Incorporated and/or its affiliates managed or co-managed a public offering of securities of TaskUs, Inc. in the past 12 months.

3 Robert W. Baird & Co. Incorporated and/or its affiliates have received investment banking compensation from TaskUs, Inc. in the past 12 months.

1 Robert W. Baird & Co. Incorporated makes a market in the securities of TASK.

Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Please contact a Baird representative for more information.

**Investment Ratings: Outperform (O)** - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. **Neutral (N)** - Expected to perform in line with the broader U.S. equity market over the next 12 months. **Underperform (U)** - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.

**Risk Ratings: L - Lower Risk** – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings. **A - Average Risk** – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. **H - Higher Risk** – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. **S - Speculative Risk** – High growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.

**Valuation, Ratings and Risks.** The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.

**Distribution of Investment Ratings.** As of December 31, 2021, Baird U.S. Equity Research covered 754 companies, with 66% rated Outperform/Buy, 33% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 18% of Outperform/Buy-rated, 9% of Neutral/Hold-rated and 17% Underperform/Sell-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.

**Analyst Compensation.** Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; (4) compliance with all of Baird's internal policies and procedures; and (5) other considerations, such as Baird's assessment of the prevailing market rates for talent in the sector the research

**Property of Baird. Please contact Baird for permission to share.**

analyst covers, but excluding the analyst's contributions to Baird's investment banking services activities. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research Oversight Committee. Analyst compensation is derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/third-party-research-disclosures.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

**Analyst Certification**

The research analyst primarily responsible for the preparation of this research report certifies that the views expressed in this research report and/or financial model accurately reflect such research analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

**Disclaimers**

**Baird prohibits analysts from owning stock in companies they cover.**

This is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed here reflect our judgment at this date and are subject to change. The information has been obtained from sources we consider to be reliable, but we cannot guarantee the accuracy.

**ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST**

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

**Other Disclosures**

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In our standard company-specific research reports, the subject company may be designated as a "Fresh Pick", representing that the research analyst believes the company to be a high-conviction investment idea based on a subjective review of one or more fundamental or quantitative factors until an expiration date specified by the analyst but not to exceed nine months. The Fresh Pick designation and specified expiration date will be displayed in standard company-specific research reports on the company until the occurrence of the expiration date or such time as the analyst removes the Fresh Pick designation from the company in a subsequent, standard company-specific research report. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird disseminates its research reports to all clients simultaneously by posting such reports to Baird's password-protected client portal, https://bol.rwbaird.com/Login("BairdOnline"). All clients may access BairdOnline and at any time. All clients are advised to check BairdOnline for Baird's most recent research reports. After research reports are posted to BairdOnline, such reports may be emailed to clients, based on, among other things, client interest, coverage, stock ownership and indicated email preferences, and electronically distributed to certain third-party research aggregators, who may make such reports available to entitled clients on password-protected, third-party websites. Not all research reports posted to BairdOnline will be emailed to clients or electronically distributed to such research aggregators. To request access to Baird Online, please visit https://bol.rwbaird.com/Login/RequestInstLogin or contact your Baird representative.

**Dividend Yield.** As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

**United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.**

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like

Property of Baird. Please contact Baird for permission to share.

**January 31, 2022**   |   **TaskUs, Inc.**

further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to, and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK. For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

**Copyright 2022 Robert W. Baird & Co. Incorporated**

This information is prepared for the use of Baird clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Baird. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this information (including any investment ratings, estimates or price targets) without first obtaining expressed permission from an authorized officer of Baird.

Ask the analyst a question                                        Click here to unsubscribe

**Property of Baird. Please contact Baird for permission to share.**

1066

# TaskUs, Inc. (TASK)

## Initial Comments on Q4 Results



**Q4 revenue/adjusted EBITDA was well above consensus into mixed sentiment; initial 2022 guidance also nicely above consensus; we like the stock (seems likely to be up 10% tomorrow).** Q4 revenue was ~5% above consensus and adjusted EBITDA ~15% above. Initial 2022 revenue guidance is +30% yoy growth (we think Street generally expected 25%+) and adjusted EBITDA margin ~23%. We look to the call for more commentary around demand environment, current labor environment (wage inflation, attrition), and margin puts/takes.

- **Q4 revenue/EBITDA were above.**
  - **Adjusted EPS** of $0.34 was in line with consensus $0.34 (we were $0.36). Variance to our estimate was driven by revenue (+$0.02) and core margin (+$0.04), offset by higher taxes (-$0.08).
  - **Revenue** was $227 million, ~5% above consensus $216 million (we were $215 million; guided to $213-217 million) This represents organic growth of +59% (Q3 was +64%).
  - **Adjusted EBITDA** was $56.2 million, ~15% above us/consensus $49 million. This reflects margin of 24.8% (up ~110bps yoy) and was above their guidance of 22.0-23.3%. This also reflects growth of +71% yoy (Q3 was +60%).

- **Initial 2022 guidance provided.**
  - **Revenue:** $980-1,000 million (consensus $956 million). Revenue reflects +30% growth at the midpoint (we think Street expected guidance of 25%+).
  - **Adjusted EBITDA margin:** ~23%. We estimate this could reflect adjusted EBITDA of ~$225-230 million (consensus $220 million).

- **Q1 guidance was also provided.**
  - **Revenue:** $229-232 million (consensus was $217 million), up 1-2% sequentially (most expected flat/down sequentially).
  - **Adjusted EBITDA margin:** ~22.5% (we were 21.0%). We estimate this could reflect adjusted EBITDA of $51-52 million (we are $45 million).

- **Other interesting items:**
  - **Employees:** 40.1k employees (~90% working from home) up from 35.6k employees in Q3 (90% working from home in Q3); this implies annualized run-rate revenue/employee of ~$23k (~$23k in Q3).
  - **Clients:** Ended 2021 with 93 clients with revenue over $0.5 million, (includes 16 clients with revenue of at least $10 million and 72 clients with revenue of at least $1 million)
  - **Win rate:** Total 2021 win rate, inclusive of new clients and existing clients, of 60%
  - **2021 net revenue retention rate:** 141%.

- **We look to the call to hear more about:** Demand trends, wage pressure, visibility into 2022, recent client wins/ramps, additional guidance commentary, any one-time revenue/margin impacts during the quarter, client concentration/performance.

- **We like TASK given strong 25%+ organic growth at 16X 2023E EPS.**
  - **Organic revenue growth expected to be 25%+** for the next few years (driven by fast-growth tech client base); adjusted EBITDA margins likely ~25% over time (guided to 23% in 2022).
  - **Valuation seems very attractive** at ~16X 2023E EPS, given fast-growth potential over the next few years.

**TaskUs provides outsourcing services across digital customer experience, content security, and AI operations.**

## RESEARCH UPDATE

**1-Year Price Chart**



### Stock Data

| | |
|---|---|
| Rating: | Outperform |
| Suitability: | Average Risk |
| Price Target: | $45 |
| Price (2/28/22): | $28.72 |
| Market Cap (mil): | $3,001 |
| Shares Out (mil): | 104.5 |
| Average Daily Vol (mil): | 1.17 |
| Dividend Yield: | 0.0% |

### Estimates

| FY Dec | 2021E | 2022E | 2023E |
|---|---|---|---|
| Q1 | 0.27 A | 0.27 E | 0.34 E |
| Q2 | 0.32 A | 0.31 E | 0.39 E |
| Q3 | 0.30 A | 0.39 E | 0.49 E |
| Q4 | 0.36 E | 0.40 E | 0.50 E |
| **Fiscal EPS** | **1.26 E** | **1.38 E** | **1.72 E** |
| Fiscal P/E | 22.8x | 20.8x | 16.7x |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

**Please refer to Appendix - Important Disclosures and Analyst Certification**

**David J. Koning, CFA**
Sr. Research Analyst
dkoning@rwbaird.com
414.298.7494

**Robert W. Bamberger, CFA**
Sr. Research Associate
rbamberger@rwbaird.com
414.298.5094

**Patrick A. Schulz, CFA**
Research Associate
pschulz@rwbaird.com
414.298.6218

Property of Baird. Please contact Baird for permission to share.

**February 28, 2022  |  TaskUs, Inc.**

# Details

### TaskUs Variance Analysis
For the Period Ending December 31, 2021

| Q4-21 | Actual | Year Ago | Change | Estimate | Variance |
|---|---|---|---|---|---|
| **Revenue** | **226.8** | **138.8** | **63%** | **215.1** | **5%** |
| Cost of Services | 127.5 | 79.2 | 61% | 121.5 | 5% |
| **Gross Profit** | **99.3** | **59.6** | **67%** | **93.6** | **6%** |
| *Gross Margin %* | *43.8%* | *42.9%* | *85-Bp* | *43.5%* | *28-Bp* |
| SG&A Expense | 65.7 | 29.9 | 120% | 65.5 | 0% |
| Other (Income) Loss | (0.1) | (2.5) | -95% | 0.0 | #DIV/0! |
| **Adjusted EBITDA** | **56.2** | **32.9** | **70%** | **48.8** | **15%** |
| *Adj EBITDA Margin* | *24.8%* | *23.7%* | *103-Bp* | *22.7%* | *207-Bp* |
| Depreciation | 8.7 | 5.9 | 46% | 8.1 | 7% |
| **Adjusted EBIT** | **47.5** | **27.0** | **76%** | **40.7** | **17%** |
| *Adj EBIT Margin* | *20.9%* | *19.5%* | *147-Bp* | *18.9%* | *201-Bp* |
| Financing Expense | 1.7 | 1.6 | 4% | 1.6 | 4% |
| **Adjusted Pretax Income** | **45.8** | **25.4** | **80%** | **39.1** | **17%** |
| Adjusted Tax | 8.7 | 5.4 | 63% | (0.8) | -1166% |
| *Adjusted Tax Rate* | *19.0%* | *21.1%* | *(207-Bp)* | *-2.1%* | *2112-Bp* |
| **Adjusted Net Income** | **37.1** | **20.0** | **85%** | **39.9** | **-7%** |
| **Adjusted EPS** | **0.34** | **0.22** | **54%** | **0.36** | **-8%** |
| Shares outstanding | 110.5 | 91.7 | 20% | 109.5 | 1% |

*Source: Company Reports, Baird Estimates*

**Our $45 price target** reflects ~26X our 2023E EPS of $1.72. For perspective, the functional comps (TIXT/TEP/TTEC) all currently trade ~17-25X C2022E EPS while the growth comps (GLOB/DAVA) trade ~49-55X C2022E EPS. In a year, we think TASK could trade in between these two groups.

- **EV/EBITDA:** Our price target also reflects ~20X our 2023E EBITDA. The functional comp (TIXT/TEP/TTEC) currently averages ~12-13X C2022E EBITDA, and we think a year from now TASK could trade above the functional comps given the growth profile. The growth comp group (GLOB/DAVA) currently average ~29-30X C2022E EBITDA.

# Investment Thesis

**Strong client base and revenue retention.** TaskUs has over 100 clients across several verticals within the digital economy. In 2020, >99% of revenues came from recurring revenue contracts, and they had a net revenue retention rate of 117%.

**Fast-growth market opportunity.** TaskUs competes in several fast-growth areas of the digital outsourcing market. The company estimates the Digital Customer Experience market is growing at a 20-25% CAGR, Content Security market is growing at a 40-50% CAGR, and AI Operations market is growing at a 20% CAGR.

**Successful founder-led management team.** Bryce Maddock (CEO) and Jaspar Weir (President) co-founded TaskUs in 2008 with an initial concept to provide virtual assistants working from the Philippines (first office was a small place above a mechanic shop). Since then, the company has grown to >35,600 employees serving >100 clients across many fast-growth verticals.

**Baird**
2

Property of Baird. Please contact Baird for permission to share.

**Strong margin profile.** Given the company's digital focus, we expect adjusted EBITDA margins to be ~23% by 2023E. The continued mix shift towards digital and higher-margin services will also benefit margins over time.

**Clean balance sheet.** As of the end of Q3-21, the company had net leverage of ~1.1X. We expect the company to maintain a clean balance sheet and low leverage profile over time.

## ESG Considerations

**Environmental:** TaskUs prioritizes environmental sustainability with projects such as a paperless initiative, solar home kit distribution in the Philippines, coral planting and beach clean ups.

**Social:** TaskUs diversity strategy originates in education and action by hiring from marginalized and disadvantages groups, making contributions to their local communities, sparking Diversity & Inclusion dialogues and creating employee resource groups. The company was recognized in 2019 by Investors in People, winning the Social Responsibility Award.

**Governance:** TaskUs believes that their board of directors provides a wide range of skills and experiences to effectively satisfy its oversight responsibilities. In accordance with their emphasis on sustainability and diversity, the board also has an ESG committee to oversee environmental and social matter strategy.

## Risks & Caveats

**Client concentration.** Client concentration remains reasonably high with the top 10 clients representing ~68% of revenue (as of 2020). However, concentration has come down from 74% of 2019 revenue from the top 10 clients. The company's largest client (Facebook) represents ~32% of revenue and the second largest client (Doordash) represents ~12% of revenue.

**Pricing pressure and labor inflation.** The company participates in a highly competitive industry from both a direct competitor standpoint and an end-market perspective. As such, pricing pressures and labor inflation are always areas of concern.

**Scrutiny around Content Moderation.** TaskUs reviews and disposes user/advertiser content to remove or label policy violating, offensive, or misleading content. While they have developed and enforce their Content Security policies, this work is subject to press and/or regulatory scrutiny in addition to the well-being of employees doing this work.

**Economic sensitivity.** While a majority of their customer care volume is digital (96% as of 2020), economic weakness can translate into lower call volumes and customer interactions. In addition, economic impacts, such as COVID, can also impact certain client volume (ex: certain verticals) and labor capacity.

**Changes in technology preferences.** Client expectations around digital offerings and technology solutions may change over time, thus requiring TaskUs to further invest in expanding their offerings. In addition, competitors may invest into digital offerings to offer services/technologies that are more attractive to customers.

Property of Baird. Please contact Baird for permission to share.

**Potential legislative risks.** The company could be subject to potential new labor laws that may differ across different geographies. In addition, TaskUs is subject to privacy and data security regulations relating to how they handle sensitive and confidential information.

## Company Description

TaskUs provides digital outsourcing services and provides three main service offerings, including Digital Customer Experience (~63% of 2020 revenue), Content Security (~27% of 2020 revenue), and AI Operations (~10% of 2020 revenue). With ~35,600 employees, the company provides services in 18 delivery centers across 8 countries.

**Property of Baird. Please contact Baird for permission to share.**

**February 28, 2022**  |  **TaskUs, Inc.**

# Appendix - Important Disclosures and Analyst Certification

Approved on 28 February 2022 16:58EST/ Published on 28 February 2022 17:03EST.



2 Robert W. Baird & Co. Incorporated and/or its affiliates managed or co-managed a public offering of securities of TaskUs, Inc. in the past 12 months.

3 Robert W. Baird & Co. Incorporated and/or its affiliates have received investment banking compensation from TaskUs, Inc. in the past 12 months.

1 Robert W. Baird & Co. Incorporated makes a market in the securities of TASK.

Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Please contact a Baird representative for more information.

**Investment Ratings: Outperform (O)** - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. **Neutral (N)** - Expected to perform in line with the broader U.S. equity market over the next 12 months. **Underperform (U)** - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.

**Risk Ratings: L - Lower Risk** – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings. **A - Average Risk** – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. **H - Higher Risk** – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. **S - Speculative Risk** – High growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.

**Valuation, Ratings and Risks.** The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.

**Distribution of Investment Ratings.** As of February 28, 2022, Baird U.S. Equity Research covered 749 companies, with 65% rated Outperform/Buy, 34% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 20% of Outperform/Buy-rated, 8% of Neutral/Hold-rated and 14% Underperform/Sell-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.

**Analyst Compensation.** Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; (4) compliance with all of Baird's internal policies and procedures; and (5) other considerations, such as Baird's assessment of the prevailing market rates for talent in the sector the research

**Property of Baird. Please contact Baird for permission to share.**

1045

analyst covers, but excluding the analyst's contributions to Baird's investment banking services activities. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research Oversight Committee. Analyst compensation is derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/third-party-research-disclosures.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

**Analyst Certification**

The research analyst primarily responsible for the preparation of this research report certifies that the views expressed in this research report and/or financial model accurately reflect such research analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

**Disclaimers**

**Baird prohibits analysts from owning stock in companies they cover.**

This is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed here reflect our judgment at this date and are subject to change. The information has been obtained from sources we consider to be reliable, but we cannot guarantee the accuracy.

**ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST**

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

**Other Disclosures**

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In our standard company-specific research reports, the subject company may be designated as a "Fresh Pick", representing that the research analyst believes the company to be a high-conviction investment idea based on a subjective review of one or more fundamental or quantitative factors until an expiration date specified by the analyst but not to exceed nine months. The Fresh Pick designation and specified expiration date will be displayed in standard company-specific research reports on the company until the occurrence of the expiration date or such time as the analyst removes the Fresh Pick designation from the company in a subsequent, standard company-specific research report. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird disseminates its research reports to all clients simultaneously by posting such reports to Baird's password-protected client portal, https://bol.rwbaird.com/Login("BairdOnline"). All clients may access BairdOnline and at any time. All clients are advised to check BairdOnline for Baird's most recent research reports. After research reports are posted to BairdOnline, such reports may be emailed to clients, based on, among other things, client interest, coverage, stock ownership and indicated email preferences, and electronically distributed to certain third-party research aggregators, who may make such reports available to entitled clients on password-protected, third-party websites. Not all research reports posted to BairdOnline will be emailed to clients or electronically distributed to such research aggregators. To request access to Baird Online, please visit https://bol.rwbaird.com/Login/RequestInstLogin or contact your Baird representative.

**Dividend Yield.** As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

**United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.**

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like

**Baird**                                                                                                                     6

**Property of Baird. Please contact Baird for permission to share.**

**February 28, 2022  |  TaskUs, Inc.**

further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to, and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK. For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

**Copyright 2022 Robert W. Baird & Co. Incorporated**

This information is prepared for the use of Baird clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Baird. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this information (including any investment ratings, estimates or price targets) without first obtaining expressed permission from an authorized officer of Baird.

Ask the analyst a question                                                                                              Click here to unsubscribe

**Property of Baird. Please contact Baird for permission to share.**

Accessible version
**BofA GLOBAL RESEARCH**

**BofA SECURITIES**

# TaskUs

# 4Q shows this team is up to the TASK

**Reiterate Rating: BUY | PO: 45.00 USD | Price: 28.72 USD**

## 1Q22E/F22 outlook reflects robust top-line trends

The highlight of TASK's F4Q print was F22 rev growth guidance range of $980-$1,000M or 28.8-31.5% y/y growth, which at the midpoint is 4.7%/2.6% above BofAe/Street. TASK expects F22 adj. EBITDA margins to be ~23%, in-line with BofAe/Street at 22.7%/23.0%, with existing price escalators and geographic mix partially offsetting return-to-office costs and higher wage inflation. Of note, TASK's '22 rev outlook does not assume any growth in TASK's top client due to geographic changes in headcount (higher offshore mix), which is expected to occur in 2H22. However, TASK expects to add hundreds of additional employees to service this client in '22, and noted that the mix shift to Philippines/India is margin accretive to the contract. Among the other 4 of TASK's top 5 clients, 2 are expected to grow revs in the double-digits and the other 2 in the triple-digit range, and we view the increased revenue diversification as a positive. In 4Q, TASK delivered a 7%/14% beat on revs/adj. EBITDA, while improving DSO to 65 vs. 71 in 3Q, which was a top concern highlighted in last month's Spruce Point short report. TASK also provided 1Q rev guide of $229.0-$232.2M, well ahead of both BofAe/Street at $217M, despite a $2M revenue headwind due to Omicron. 1QE adj. EBITDA margins of ~22.5% are in-line with BofAe and slightly above the Street at 22.2%. Hiring remained robust in 4Q, with 4,500 net new additions (vs. 4,100 in 3Q) and plans to grow q/q headcount by +4,000 each quarter in '22. Voluntary attrition remained impressive at 15.3% in '21. Management also indicated that the company has 95% visibility on 1Q revs, and net leverage of 0.9x remains healthy, with M&A as a potential source of upside.

## Well-rounded beat in F4Q

TASK grew 4Q revs by 63.4% to $226.8M, beating BofAe/Cons/guidance of $216.5M/$216.1M/$213-$217M. Margins of 24.8% were ahead of BofAe/Cons by 200bps/210bps and guidance of 22-23.3%. Adj. EPS of $0.34 beat BofAe/Cons by $0.03/$0.01. Top 1/2 clients represented 25%/9% of revs in 4Q (vs. 27%/11% in 3Q).

## Reiterate Buy and adjusting PO

We believe today's print reflects the enduring strength of TASK's fundamentals, and we remain bullish on TASK's long-term organic growth profile (25%+ organic revenue growth with 20%+ margins) and highly visible recurring revenue profile driven by digitally disruptive clients. We continue to believe that TASK should trade at a 20% premium relative to comps, which have seen a decrease in valuation, and thus lower our PO to $45 vs. $71 prior, now based on 26x C23 P/E (vs. 42x '23E P/E prior). Reiterate Buy.

| Estimates (Dec) (US$) | 2020A | 2021A | 2022E | 2023E | 2024 |
|---|---|---|---|---|---|
| EPS | 0.67 | 1.19 | 1.32 | 1.65 | NA |
| GAAP EPS | 0.33 | (0.56) | 0.45 | 0.60 | NA |
| EPS Change (YoY) | NA | 77.6% | 10.9% | 25.0% | NA |
| Consensus EPS (Bloomberg) | | | 1.30 | 1.65 | NA |
| DPS | 0 | 0.47 | 0 | 0 | NA |
| **Valuation (Dec)** | | | | | |
| P/E | 42.9x | 24.1x | 21.8x | 17.4x | NA |
| GAAP P/E | 87.0x | NM | 63.8x | 47.9x | NA |
| Dividend Yield | 0% | 1.7% | 0% | 0% | NA |
| EV / EBITDA* | 8.2x | 4.7x | 3.9x | 3.1x | NA |
| Free Cash Flow Yield* | 3.8% | -11.8% | 11.7% | 3.0% | NA |

\* For full definitions of *iQmethod* ℠ measures, see page 5.

**BofA Securities does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
Refer to important disclosures on page 6 to 8. Analyst Certification on page 3. Price Objective Basis/Risk on page 3.          12388979

Timestamp: 28 February 2022 09:09PM EST

**28 February 2022**

Equity

**Key Changes**

| (US$) | Previous | Current |
|---|---|---|
| Price Obj. | 71.00 | 45.00 |
| 2022E Rev (m) | 941.4 | 993.9 |
| 2023E Rev (m) | 1,177.5 | 1,243.2 |
| 2022E EPS | 1.25 | 1.32 |
| 2023E EPS | 1.57 | 1.65 |

**Jason Kupferberg**
Research Analyst
BofAS
+1 646 855 1961
jason.kupferberg@bofa.com

**Cassie Chan**
Research Analyst
BofAS
+1 646 855 1829
cassie.chan@bofa.com

**Mihir Bhatia**
Research Analyst
BofAS
+1 415 676 3575
mihir.bhatia@bofa.com

**Nathaniel Richam-Odoi**
Research Analyst
BofAS
+1 646 855 1607
nate.richam-odoi@bofa.com

**Stock Data**

| | |
|---|---|
| Price | 28.72 USD |
| Price Objective | 45.00 USD |
| Date Established | 28-Feb-2022 |
| Investment Opinion | C-1-9 |
| 52-Week Range | 25.12 USD - 85.49 USD |
| Mrkt Val (mn) / Shares Out (mn) | 783 USD / 27.3 |
| Average Daily Value (mn) | 38.60 USD |
| BofA Ticker / Exchange | TASK / NAS |
| Bloomberg / Reuters | TASK US / TASK.OQ |
| ROE (2022E) | 31.3% |
| Net Dbt to Eqty (Dec-2021A) | 46.1% |

BofA GLOBAL RESEARCH

# *iQ*profile<sup>SM</sup> TaskUs

### *iQ*method <sup>SM</sup> – Bus Performance*

| (US$ Millions) | 2020A | 2021A | 2022E | 2023E | 2024 |
|---|---|---|---|---|---|
| Return on Capital Employed | NA | -7.5% | 7.6% | 8.2% | NA |
| Return on Equity | 41.0% | 34.8% | 31.3% | 28.1% | NA |
| Operating Margin | 11.3% | -7.1% | 7.4% | 7.7% | NA |
| Free Cash Flow | 30 | (92) | 91 | 24 | NA |

### *iQ*method <sup>SM</sup> – Quality of Earnings*

| (US$ Millions) | 2020A | 2021A | 2022E | 2023E | 2024 |
|---|---|---|---|---|---|
| Cash Realization Ratio | 0.7x | -0.3x | 1.2x | 0.7x | NA |
| Asset Replacement Ratio | 1.0x | 2.0x | 2.2x | 2.0x | NA |
| Tax Rate | 22.3% | 3.7% | 24.1% | 24.0% | NA |
| Net Debt-to-Equity Ratio | 40.5% | 46.1% | 8.3% | 4.5% | NA |
| Interest Cover | 6.7x | -8.3x | 10.8x | 14.1x | NA |

### Income Statement Data (Dec)

| (US$ Millions) | 2020A | 2021A | 2022E | 2023E | 2024 |
|---|---|---|---|---|---|
| Sales | 478 | 761 | 994 | 1,243 | NA |
| % Change | NA | 59.1% | 30.7% | 25.1% | NA |
| Gross Profit | 208 | 329 | 429 | 535 | NA |
| % Change | NA | 58.5% | 30.5% | 24.5% | NA |
| EBITDA | 107 | 188 | 227 | 283 | NA |
| % Change | NA | 75.8% | 20.5% | 24.7% | NA |
| Net Interest & Other Income | (6) | (7) | (7) | (7) | NA |
| **Net Income (Adjusted)** | **69** | **125** | **147** | **184** | **NA** |
| **% Change** | **NA** | **80.2%** | **17.3%** | **25.4%** | **NA** |

### Free Cash Flow Data (Dec)

| (US$ Millions) | 2020A | 2021A | 2022E | 2023E | 2024 |
|---|---|---|---|---|---|
| Net Income from Cont Operations (GAAP) | 35 | (59) | 50 | 67 | NA |
| Depreciation & Amortization | 39 | 48 | 59 | 69 | NA |
| Change in Working Capital | (20) | (63) | 21 | (74) | NA |
| Deferred Taxation Charge | (6) | (11) | (3) | (7) | NA |
| Other Adjustments, Net | 4 | 52 | 53 | 66 | NA |
| Capital Expenditure | (21) | (59) | (89) | (97) | NA |
| **Free Cash Flow** | **30** | **-92** | **91** | **24** | **NA** |
| **% Change** | **NA** | **NM** | **NM** | **-74.1%** | **NA** |

### Balance Sheet Data (Dec)

| (US$ Millions) | 2020A | 2021A | 2022E | 2023E | 2024 |
|---|---|---|---|---|---|
| Cash & Equivalents | 108 | 64 | 144 | 156 | NA |
| Trade Receivables | 88 | 163 | 163 | 251 | NA |
| Other Current Assets | 16 | 20 | 28 | 35 | NA |
| Property, Plant & Equipment | 57 | 80 | 169 | 266 | NA |
| Other Non-Current Assets | 439 | 424 | 404 | 405 | NA |
| **Total Assets** | **708** | **750** | **908** | **1,113** | **NA** |
| Short-Term Debt | 46 | 51 | 14 | 25 | NA |
| Other Current Liabilities | 65 | 85 | 112 | 132 | NA |
| Long-Term Debt | 199 | 187 | 177 | 164 | NA |
| Other Non-Current Liabilities | 59 | 48 | 47 | 42 | NA |
| **Total Liabilities** | **369** | **371** | **349** | **363** | **NA** |
| **Total Equity** | **339** | **379** | **559** | **749** | **NA** |
| **Total Equity & Liabilities** | **708** | **750** | **908** | **1,113** | **NA** |

* For full definitions of *iQmethod* <sup>SM</sup> measures, see page 5.

## Company Sector
Computer Services

## Company Description
TaskUs is a leading provider of services related to customer support and customer experience (CX). TASK employs nearly 23,600 staff globally in 18 CX and IT delivery centers in 8 countries and serves approximately 100+ clients. In 2020, TASK generated $478M in total revenues, with Digital CX representing 63% of total revenues, Content Security 27% of revenues, and AI Operations 11% of revenues. Top 2 clients contributed 44% of total revenues in 2020.

## Investment Rationale
Shares have lagged significantly since touching highs on 9/23/21 following the June 2021 IPO, in our view largely due to the broader market rotation out of growth. Fundamentally, TASK has delivered two very solid beat-and-raise quarters as a public company, while also gradually reducing its client concentration. Accelerating digitization of CX outsourcing services should support TASK's 25%+ long-term organic revenue growth outlook, and employee attrition is better than the industry average.

## Stock Data

| | |
|---|---|
| Average Daily Volume | 1,343,923 |

## Quarterly Earnings Estimates

| | 2021 | 2022 |
|---|---|---|
| Q1 | 0.27A | 0.30E |
| Q2 | 0.28A | 0.32E |
| Q3 | 0.30A | 0.35E |
| Q4 | 0.34A | 0.35E |

**BofA GLOBAL RESEARCH**

## Price objective basis & risk

**TaskUs (TASK)**

We derive our $45 price objective from a blend of 26x multiple to our 2023E adj. EPS estimate and our DCF. We believe this multiple is appropriate based on TASK's comp group, a mix of CRM outsourcing providers and global IT services companies. Our multiple is a 20% premium to comps, justified in our view given TASK's higher organic growth profile and highly visible recurring revenue, and increasing signs of revenue/client diversification offset by limited float/trading volume. Our DCF model assumes a WACC of 9.8% and terminal growth rate of 3%.

Downside risks to our price objective are: 1) loss of large clients that prevent TASK from achieving its financial growth targets, 2) intensifying competition for Digital talent, 3) wage inflation, and 4) limited free float and low trading liquidity.

## Analyst Certification

I, Jason Kupferberg, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.



BofA GLOBAL RESEARCH

## US - Payments, Processors, Specialty Finance and IT services Coverage Cluster

| Investment rating | Company | BofA Ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | Accenture Plc | ACN | ACN US | Jason Kupferberg |
| | Affirm Holdings | AFRM | AFRM US | Jason Kupferberg |
| | Alliance Data Systems | ADS | ADS US | Mihir Bhatia |
| | American Express Company | AXP | AXP US | Mihir Bhatia |
| | Angel Oak Mortgage Inc. | AOMR | AOMR US | Derek Hewett |
| | Ares Capital Corporation | ARCC | ARCC US | Derek Hewett |
| | Barings BDC Inc | BBDC | BBDC US | Derek Hewett |
| | Black Knight | BKI | BKI US | Mihir Bhatia |
| | Blackrock TCP Capital Corp | TCPC | TCPC US | Derek Hewett |
| | Blackstone Mortgage Trust Inc | BXMT | BXMT US | Derek Hewett |
| | Block Inc | SQ | SQ US | Jason Kupferberg |
| | BTRS Holdings | BTRS | BTRS US | Jason Kupferberg |
| | Capital One Financial | COF | COF US | Mihir Bhatia |
| | CI&T | CINT | CINT US | Jason Kupferberg |
| | Cognizant Technology Solutions | CTSH | CTSH US | Jason Kupferberg |
| | Coinbase | COIN | COIN US | Jason Kupferberg |
| | Compass Diversified Holdings | CODI | CODI US | Derek Hewett |
| | Crescent Capital BDC | CCAP | CCAP US | Derek Hewett |
| | Discover Financial | DFS | DFS US | Mihir Bhatia |
| | DLocal | DLO | DLO US | Jason Kupferberg |
| | DXC Technology | DXC | DXC US | Jason Kupferberg |
| | EngageSmart | ESMT | ESMT US | Jason Kupferberg |
| | Essent Group | ESNT | ESNT US | Mihir Bhatia |
| | Fidelity National Information Services | FIS | FIS US | Jason Kupferberg |
| | Fiserv Inc | FISV | FISV US | Jason Kupferberg |
| | FleetCor Technologies Inc. | FLT | FLT US | Mihir Bhatia |
| | Flywire | FLYW | FLYW US | Jason Kupferberg |
| | Global Payments Inc | GPN | GPN US | Jason Kupferberg |
| | Guild Holdings Company | GHLD | GHLD US | Derek Hewett |
| | Mastercard Inc | MA | MA US | Jason Kupferberg |
| | New Mountain Finance Corporation | NMFC | NMFC US | Derek Hewett |
| | Nuvei | NVEI | NVEI US | Jason Kupferberg |
| | Owl Rock Capital Corporation | ORCC | ORCC US | Derek Hewett |
| | PayPal Holdings Inc | PYPL | PYPL US | Jason Kupferberg |
| | Paysafe | PSFE | PSFE US | Jason Kupferberg |
| | Safehold, Inc | SAFE | SAFE US | Derek Hewett |
| | Shift4 Payments, Inc | FOUR | FOUR US | Jason Kupferberg |
| | Sixth Street Specialty Lending, Inc | TSLX | TSLX US | Derek Hewett |
| | SoFi Technologies Inc | SOFI | SOFI US | Mihir Bhatia |
| | Synchrony Financial | SYF | SYF US | Mihir Bhatia |
| | TaskUs | TASK | TASK US | Jason Kupferberg |
| | TCG BDC | CGBD | CGBD US | Derek Hewett |
| | TTEC Holdings | TTEC | TTEC US | Jason Kupferberg |
| | Visa Inc. | V | V US | Jason Kupferberg |
| | WEX Inc. | WEX | WEX US | Mihir Bhatia |
| **NEUTRAL** | | | | |
| | AGNC Investment Corp | AGNC | AGNC US | Derek Hewett |
| | Annaly Capital Management | NLY | NLY US | Derek Hewett |
| | Bain Capital Specialty Finance, Inc. | BCSF | BCSF US | Derek Hewett |
| | Blackstone Secured Lending Fund | BXSL | BXSL US | Derek Hewett |
| | BrightSpire Capital Inc. | BRSP | BRSP US | Derek Hewett |
| | Ellington Financial | EFC | EFC US | Derek Hewett |
| | Enact Holdings | ACT | ACT US | Mihir Bhatia |
| | EPAM Systems | EPAM | EPAM US | Jason Kupferberg |
| | Golub Capital BDC, Inc. | GBDC | GBDC US | Derek Hewett |
| | MGIC Investment Corp. | MTG | MTG US | Mihir Bhatia |
| | Nubank | NU | NU US | Jason Kupferberg |
| | Paymentus | PAY | PAY US | Jason Kupferberg |
| | PennyMac Mortgage Investment Trust | PMT | PMT US | Derek Hewett |
| | Thoughtworks | TWKS | TWKS US | Jason Kupferberg |
| **UNDERPERFORM** | | | | |
| | ADP | ADP | ADP US | Jason Kupferberg |
| | Apollo Investment Corporation | AINV | AINV US | Derek Hewett |

**BofA GLOBAL RESEARCH**

**US - Payments, Processors, Specialty Finance and IT services Coverage Cluster**

| Investment rating | Company | BofA Ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| | CGI Inc. | GIB | GIB US | Jason Kupferberg |
| | CGI Inc. | YGIBA | GIB/A CN | Jason Kupferberg |
| | Home Point Capital | HMPT | HMPT US | Mihir Bhatia |
| | i3 Verticals, Inc. | IIIV | IIIV US | Jason Kupferberg |
| | Invesco Mortgage Capital, Inc. | IVR | IVR US | Derek Hewett |
| | loanDepot Inc | LDI | LDI US | Derek Hewett |
| | New York Mortgage Trust | NYMT | NYMT US | Derek Hewett |
| | Paychex | PAYX | PAYX US | Jason Kupferberg |
| | Radian Group Inc | RDN | RDN US | Mihir Bhatia |
| | Rocket Companies, Inc. | RKT | RKT US | Mihir Bhatia |
| | Telus International | TIXT | TIXT US | Jason Kupferberg |
| | Telus International | YTIXT | TIXT CN | Jason Kupferberg |
| | Western Asset Mortgage Capital Corp | WMC | WMC US | Derek Hewett |
| | Western Union | WU | WU US | Jason Kupferberg |
| **RVW** | | | | |
| | Goldman Sachs BDC, Inc. | GSBD | GSBD US | Derek Hewett |

## *IQ*method ℠ Measures Definitions

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | $NOPAT = (EBIT + Interest\ Income) \times (1 - Tax\ Rate) + Goodwill\ Amortization$ | Total Assets − Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5 Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations − Total Capex | N/A |

| Quality of Earnings | Numerator | Denominator |
|---|---|---|
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt − Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |

| Valuation Toolkit | Numerator | Denominator |
|---|---|---|
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations − Total Capex | Market Cap = Current Share Price × Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price × Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

*iQmethod*℠ is the set of BofA Global Research standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and validations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

*iQdatabase*® is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by BofA Global Research.

*iQprofile*℠, *iQmethod*℠ are service marks of Bank of America Corporation. *iQdatabase*® is a registered service mark of Bank of America Corporation.



BofA GLOBAL RESEARCH

# Disclosures

## Important Disclosures

**TaskUs (TASK) Price Chart**



B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of a date no more than one trading day prior to the date of the report.

### Equity Investment Rating Distribution: Technology Group (as of 31 Dec 2021)

| Coverage Universe | Count | Percent | Inv. Banking Relationships [R1] | Count | Percent |
|---|---|---|---|---|---|
| Buy | 242 | 64.53% | Buy | 153 | 63.22% |
| Hold | 77 | 20.53% | Hold | 47 | 61.04% |
| Sell | 56 | 14.93% | Sell | 31 | 55.36% |

### Equity Investment Rating Distribution: Global Group (as of 31 Dec 2021)

| Coverage Universe | Count | Percent | Inv. Banking Relationships [R1] | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1982 | 58.85% | Buy | 1249 | 63.02% |
| Hold | 696 | 20.67% | Hold | 429 | 61.64% |
| Sell | 690 | 20.49% | Sell | 346 | 50.14% |

[R1] Issuers that were investment banking clients of BofA Securities or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.

FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS*, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of both a stock's: absolute total return potential as well as its attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster[R2] |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

[R2] Ratings dispersions may vary from time to time where BofA Global Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

*INCOME RATINGS*, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Global Research report referencing the stock.

Price Charts for the securities referenced in this research report are available on the Price Charts website, or call 1-800-MERRILL to have them mailed.
BofAS or one of its affiliates acts as a market maker for the equity securities recommended in the report: TaskUs.
BofAS or an affiliate was a manager of a public offering of securities of this issuer within the last 12 months: TaskUs.
The issuer is or was, within the last 12 months, an investment banking client of BofAS and/or one or more of its affiliates: TaskUs.
BofAS or an affiliate has received compensation from the issuer for non-investment banking services or products within the past 12 months: TaskUs.
The issuer is or was, within the last 12 months, a non-securities business client of BofAS and/or one or more of its affiliates: TaskUs.
BofAS or an affiliate has received compensation for investment banking services from this issuer within the past 12 months: TaskUs.
BofAS or one of its affiliates is willing to sell to, or buy from, clients the common equity of the issuer on a principal basis: TaskUs.
The issuer is or was, within the last 12 months, a securities business client (non-investment banking) of BofAS and/or one or more of its affiliates: TaskUs.



BofA GLOBAL RESEARCH

BofA Global Research personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.

## Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers. BofA Global Research policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits.

Prices are indicative and for information purposes only. Except as otherwise stated in the report, for the purpose of any recommendation in relation to: 1) an equity security, the price referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is indicative of the traded price as of the date and time of the report; or 2) a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including BofA Securities trading desks.

The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.

Officers of BofAS or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

Refer to BofA Global Research policies relating to conflicts of interest.

"BofA Securities" includes BofA Securities, Inc. ("BofAS") and its affiliates. Investors should contact their BofA Securities representative or Merrill Global Wealth Management financial advisor if they have questions concerning this report or concerning the appropriateness of any investment idea described herein for such investor. "BofA Securities" is a global brand for BofA Global Research.

Information relating to Non-US affiliates of BofA Securities and Distribution of Affiliate Research Reports:

BofAS and/or Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") may in the future distribute, information of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); BofASE (France): BofA Securities Europe SA is authorized by the Autorité de Contrôle Prudentiel et de Résolution (ACPR) and regulated by the ACPR and the Autorité des Marchés Financiers (AMF). Note that BofA Securities Europe SA has registered address at 51 rue la Boétie, 75008 Paris, is registered under no. 842 602 690 RCS Paris, and its share capital can be found on BofASE's disclaimer webpage; BofA Europe (Milan): Bank of America Europe Designated Activity Company, Milan Branch, regulated by the Bank of Italy, the European Central Bank (ECB) and the Central Bank of Ireland (CBI); BofA Europe (Frankfurt): Bank of America Europe Designated Activity Company, Frankfurt Branch regulated by BaFin, the ECB and the CBI; BofA Europe (Madrid): Bank of America Europe Designated Activity Company, Sucursal en España, regulated by the Bank of Spain, the ECB and the CBI; Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Investment Industry Regulatory Organization of Canada; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; Merrill Lynch (Argentina): Merrill Lynch Argentina SA, regulated by Comisión Nacional de Valores; BofAS Japan: BofA Securities Japan Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International, LLC Seoul Branch, regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; BofAS India: BofA Securities India Limited, regulated by the Securities and Exchange Board of India (SEBI); Merrill Lynch (Indonesia): PT Merrill Lynch Sekuritas Indonesia, regulated by Otoritas Jasa Keuangan (OJK); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (Russia): OOO Merrill Lynch Securities, Moscow, regulated by the Central Bank of the Russian Federation; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Brazil): Merrill Lynch S.A. Corretora de Títulos e Valores Mobiliários, regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company: Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.

This information: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK), which is authorized by the PRA and regulated by the FCA and the PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been approved for publication and is distributed in the European Economic Area (EEA) by BofASE (France), which is authorized by the ACPR and regulated by the ACPR and the AMF; has been considered and distributed in Japan by BofAS Japan, a registered securities dealer under the Financial Instruments and Exchange Act in Japan, or its permitted affiliates; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC; is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by BofAS India; and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch (Singapore) (Company Registration No 198602883D). Merrill Lynch (Singapore) is regulated by MAS. Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distributes this information in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of Bank of America N.A., Australia Branch, neither MLEA nor any of its affiliates involved in preparing this information is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this information in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Information prepared and issued by Merrill Lynch (DIFC) is done so in accordance with the requirements of the DFSA conduct of business rules. BofA Europe (Frankfurt) distributes this information in Germany and is regulated by BaFin, the ECB and the CBI. BofA Securities entities, including BofA Europe and BofASE (France), may outsource/delegate the marketing and/or provision of certain research services or aspects of research services to other branches or members of the BofA Securities group. You may be contacted by a different BofA Securities entity acting for and on behalf of your service provider where permitted by applicable law. This does not change your service provider. Please refer to the Electronic Communications Disclaimers for further information.

This information has been prepared and issued by BofAS and/or one or more of its non-US affiliates. The author(s) of this information may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so. BofAS and/or MLPF&S is the distributor of this information in the US and accepts full responsibility for information distributed to BofAS and/or MLPF&S clients in the US by its non-US affiliates. Any US person receiving this information and wishing to effect any transaction in any security discussed herein should do so through BofAS and/or MLPF&S and not such foreign affiliates. Hong Kong recipients of this information should contact Merrill Lynch (Asia Pacific) Limited in respect of any matters relating to dealing in securities or provision of specific advice on securities or any other matters arising from, or in connection with, this information. Singapore recipients of this information should contact Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this information. For clients that are not accredited investors, expert investors or institutional investors Merrill Lynch (Singapore) Pte Ltd accepts full responsibility for the contents of this information distributed to such clients in Singapore.

General Investment Related Disclosures:

Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Securities.

This document provides general information only, and has been prepared for, and is intended for general distribution to, BofA Securities clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This document and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this document and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this document.

Securities and other financial instruments referred to herein, or recommended, offered or sold by BofA Securities, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. Digital assets are extremely speculative, volatile



**BofA GLOBAL RESEARCH**

and are largely unregulated. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

BofA Securities is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned herein. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

BofAS or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. BofAS or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Securities, through business units other than BofA Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented herein. Such ideas or recommendations may reflect different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Securities is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this information. In the event that the recipient received this information pursuant to a contract between the recipient and BofAS for the provision of research services for a separate fee, and in connection therewith BofAS may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom BofAS has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by BofAS). If such recipient uses the services of BofAS in connection with the sale or purchase of a security referred to herein, BofAS may act as principal for its own account or as agent for another person. BofAS is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

**Copyright and General Information:**

Copyright 2022 Bank of America Corporation. All rights reserved. iQdatabase® is a registered service mark of Bank of America Corporation. This information is prepared for the use of BofA Securities clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Securities. BofA Global Research information is distributed simultaneously to internal and client websites and other portals by BofA Securities and is not publicly-available material. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained herein (including any investment recommendations, estimates or price targets) without first obtaining express permission from an authorized officer of BofA Securities.

Materials prepared by BofA Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Securities, including investment banking personnel. BofA Securities has established information barriers between BofA Global Research and certain business groups. As a result, BofA Securities does not disclose certain client relationships with, or compensation received from, such issuers. To the extent this material discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this material. BofA Global Research personnel's knowledge of legal proceedings in which any BofA Securities entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this material is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Securities in connection with the legal proceedings or matters relevant to such proceedings.

This information has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of BofAS any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Securities and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This information may contain links to third-party websites. BofA Securities is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this information and is not incorporated by reference. The inclusion of a link does not imply any endorsement by or any affiliation with BofA Securities. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Securities is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

All opinions, projections and estimates constitute the judgment of the author as of the date of publication and are subject to change without notice. Prices also are subject to change without notice. BofA Securities is under no obligation to update this information and BofA Securities ability to publish information on the subject issuer(s) in the future is subject to applicable quiet periods. You should therefore assume that BofA Securities will not update any fact, circumstance or opinion contained herein.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Securities policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports or investment opinions relating to securities, financial instruments and/or issuers may no longer be current. Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with BofAS or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Securities nor any officer or employee of BofA Securities accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this information.



EQUITY RESEARCH



RBC Capital Markets, LLC
Daniel R. Perlin, CFA (Analyst)
(410) 625-6130, daniel.perlin@rbccm.com
Matt Roswell, CFA (AVP)
(410) 625-6131, matt.roswell@rbccm.com

February 28, 2022

# TaskUs, Inc.

## Q4/21 Preview: Investors looking for more information on revenue growth drivers

**Our view:** We expect TASK to report generally in line with our estimates, with investors focused on organic revenue growth and margins, as well as FY22 guidance. For FY22, we are forecasting revenue of $957M, EBITDA of $218M and EPS of $1.41, while the Street is at $956M, $220M and $1.30, respectively.

### Key points:

**Reporting, estimates vs. consensus, stock performance.** TASK is scheduled to report Feb. 28th after the market closes and host a conference call at 5:00pm ET. Our Q4 estimates are for revenue, adj. EBITDA and adj. EPS of $217M (+56% y/y), $49M and $0.39, while the Street is at $216M / $49M / $0.34, respectively. Since reporting last quarter, the shares are down (53%) vs. the S&P 500 off (8%). The stock is currently trading at ~3x FY22e EV/ revenue, compared to the average of 5x average over its trading history; therefore, we believe the shares are positioned constructively going into the print. Given the current market volatility, we are reducing our downside scenario to $25 from $37, or 17x EV to downside CY22 RBCe EBITDA (15% below our base case).

**Specific areas of focus.** We believe there are several areas of investor interest this quarter including 1) the competitive environment, specifically in AI operations and content security; 2) growth in new client cohorts; 3) growth at the company's largest client; and 4) any strains in talent acquisition given high demand. Reflecting demand, as well as wins from new and existing clients, revenues increased 64% y/y in Q3/21, accelerating from last quarter's 57%. On the conference call, management noted growth in all three of the company's solutions. TASK's largest client remained ~27% of total revenues in Q3/21, while its second largest client represented 11% of total revenue, down from 12% the previous quarter.

**Intra-quarter items.** On Jan. 21st, TASK released a statement in a response to the short-selling report reiterating their confidence in their strategy. Management's, previously disclosed, targets are to grow revenue 25%+ in FY22 and over the medium term, while generating 25% EBITDA margins over the medium term.

**Thesis remains intact.** We reiterate our outlook on TASK shares, as we believe the company is tethered to a large and rapidly growing addressable market, is uniquely 100% focused on digitally-native clients, and has a cohesive reinforcing growth strategy capable of sustaining 25%+ y/y revenue growth, with industry-leading adjusted gross margins.

## Outperform

NASDAQ: TASK; USD 27.87

### Price Target USD 62.00

| WHAT'S INSIDE | |
| --- | --- |
| ☐ Rating/Risk Change | ☐ Price Target Change |
| ☐ In-Depth Report | ☐ Est. Change |
| ☑ Preview | ☐ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
| --- | --- | --- | --- | --- |
| | 25.00 | 27.87 | 62.00 | 73.00 |
| | ↓10% | | ↑122% | ↑162% |

*Implied Total Returns

### Key Statistics

| | | | |
| --- | --- | --- | --- |
| Shares O/S (MM): | 109.4 | Market Cap (MM): | 3,049 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | 1,355,087 |

### RBC Estimates

| FY Dec | 2020A | 2021E | 2022E | 2023E |
| --- | --- | --- | --- | --- |
| Revenue | 478.0 | 750.5 | 956.6 | 1,192.9 |
| EPS, cash Diluted | 0.67 | 1.26 | 1.41 | 1.65 |
| P/CEPS | 41.6x | 22.1x | 19.8x | 16.9x |
| EBITDA, Adj | 106.9 | 180.6 | 218.3 | 264.8 |

| Revenue | Q1 | Q2 | Q3 | Q4 |
| --- | --- | --- | --- | --- |
| 2020 | 102.4A | 114.4A | 122.4A | 138.8A |
| 2021 | 152.9A | 180.0A | 201.1A | 216.6E |
| 2022 | 217.1E | 233.4E | 248.7E | 257.3E |
| EPS, cash Diluted | | | | |
| 2020 | 0.10A | 0.16A | 0.21A | 0.19A |
| 2021 | 0.27A | 0.30A | 0.30A | 0.39E |
| 2022 | 0.31E | 0.33E | 0.37E | 0.39E |

All values in USD unless otherwise noted.
Priced as of prior trading day's market close, EST (unless otherwise noted).



TaskUs, Inc.

**TaskUs**
Earnings model ($ in millions, except per share data)

| | FY 2019A | Mar-20 1Q20A | Jun-20 2Q20A | Sep-20 3Q20A | Dec-20 4Q20A | FY 2020A | Mar-21 1Q21A | Jun-21 2Q21A | Sep-21 3Q21A | Dec-21 4Q21E | FY 2021E | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | FY 2022E | Mar-23 1Q23E | Jun-23 2Q23E | Sep-23 3Q23E | Dec-23 4Q23E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total revenues | $359.7 | $102.4 | $114.4 | $122.4 | $138.8 | $478.0 | $152.9 | $180.0 | $201.1 | $216.6 | $750.5 | $217.1 | $233.4 | $248.7 | $257.3 | $956.6 | $256.5 | $286.3 | $310.2 | $340.0 | $1,192.9 |
| y/y change | 41.5% | 25.6% | 34.2% | 32.2% | 38.4% | 32.9% | 49.2% | 57.4% | 64.2% | 56.1% | 57.0% | 42.0% | 29.7% | 23.7% | 18.8% | 27.5% | 18.1% | 22.7% | 24.7% | 32.1% | 24.7% |
| | | | | | | | | | | | | | | | | | | | | | |
| Cost of services | 194.8 | 61.8 | 64.1 | 65.4 | 79.2 | 270.5 | 88.0 | 103.8 | 112.4 | 120.2 | 424.5 | 125.9 | 135.4 | 140.5 | 144.1 | 546.0 | 148.8 | 166.1 | 175.2 | 190.4 | 680.4 |
| Gross margin | $164.9 | $40.6 | $50.3 | $57.0 | $59.6 | $207.5 | $64.8 | $76.2 | $88.6 | $96.4 | $326.1 | $91.2 | $98.0 | $108.2 | $113.2 | $410.7 | $107.7 | $120.2 | $134.9 | $149.6 | $512.5 |
| % of revenue | 45.8% | 39.7% | 43.9% | 46.6% | 42.9% | 43.4% | 42.4% | 42.3% | 44.1% | 44.5% | 43.4% | 42.0% | 42.0% | 43.5% | 44.0% | 42.9% | 42.0% | 42.0% | 43.5% | 44.0% | 43.0% |
| | | | | | | | | | | | | | | | | | | | | | |
| **Operating expenses:** | | | | | | | | | | | | | | | | | | | | | |
| Total operating expenses | $128.0 | $35.2 | $39.8 | $40.8 | $41.5 | $157.2 | $42.4 | $189.3 | $72.5 | $81.8 | $386.0 | $76.1 | $80.1 | $85.0 | $86.7 | $327.9 | $86.9 | $94.4 | $101.4 | $108.4 | $391.1 |
| % of revenue | 35.6% | 34.3% | 34.8% | 33.3% | 29.9% | 32.9% | 27.8% | 105.1% | 36.1% | 37.8% | 51.4% | 35.0% | 34.3% | 34.2% | 33.7% | 34.3% | 33.9% | 33.0% | 32.7% | 31.9% | 32.8% |
| y/y change | 33% | 22% | 28% | 23% | 18% | 23% | 21% | 375% | 78% | 97% | 146% | 79% | (58%) | 17% | 6% | (15%) | 14% | 18% | 19% | 25% | 19% |
| Operating income | $36.9 | $5.5 | $10.5 | $16.3 | $18.1 | $50.3 | $22.4 | ($113.0) | $16.1 | $14.6 | ($59.9) | $15.1 | $17.9 | $23.2 | $26.6 | $82.7 | $20.8 | $25.9 | $33.5 | $41.2 | $121.4 |
| Operating margin | 10.2% | 5.4% | 9.1% | 13.3% | 13.0% | 10.5% | 14.7% | (62.8%) | 8.0% | 6.7% | (8.0%) | 7.0% | 7.7% | 9.3% | 10.3% | 8.6% | 8.1% | 9.0% | 10.8% | 12.1% | 10.2% |
| | | | | | | | | | | | | | | | | | | | | | |
| Other expense (income) | (2.0) | 1.4 | (1.1) | 0.6 | (2.5) | (1.6) | 0.8 | (1.7) | 1.2 | - | 0.3 | - | - | - | - | - | - | - | - | - | - |
| Financing expense (income) | 9.3 | 2.2 | 2.0 | 1.6 | 1.6 | 7.5 | 1.6 | 1.6 | 1.6 | 1.6 | 6.4 | 1.6 | 1.6 | 1.6 | 1.6 | 6.4 | 1.6 | 1.6 | 1.6 | 1.6 | 6.4 |
| | | | | | | | | | | | | | | | | | | | | | |
| Pretax income | $29.5 | $1.9 | $9.6 | $14.0 | $18.9 | $44.4 | $20.1 | ($113.0) | $13.3 | $13.0 | ($66.7) | $13.5 | $16.3 | $21.6 | $25.0 | $76.3 | $19.2 | $24.3 | $31.9 | $39.6 | $115.0 |
| Income taxes | (4.4) | 0.3 | 1.6 | 2.6 | 5.4 | 9.9 | 3.6 | (7.0) | 1.7 | (3.2) | (5.0) | 3.8 | 4.0 | 4.8 | 5.6 | 18.1 | 4.5 | 5.8 | 7.6 | 9.4 | 27.2 |
| Tax rate | (14.9%) | 18.3% | 16.9% | 18.3% | 28.3% | 22.3% | 17.7% | 6.2% | 12.5% | (24.7%) | 7.5% | 28.4% | 24.5% | 22.1% | 22.3% | 23.8% | 23.7% | 23.7% | 23.7% | 23.7% | 23.7% |
| | | | | | | | | | | | | | | | | | | | | | |
| Net income (GAAP) | $33.9 | $1.5 | $8.0 | $11.5 | $13.6 | $34.5 | $16.5 | ($105.9) | $11.6 | $16.2 | ($61.6) | $9.7 | $12.3 | $16.8 | $19.4 | $58.2 | $14.6 | $18.5 | $24.3 | $30.2 | $87.7 |
| y/y change | 5% | (75%) | 28% | 189% | (23%) | 2% | | | 2% | 19% | | (41%) | (112%) | 45% | 20% | (194%) | 51% | 51% | 45% | 56% | 51% |
| | | | | | | | | | | | | | | | | | | | | | |
| **Adjustments to net income:** | | | | | | | | | | | | | | | | | | | | | |
| Total adjustments | 19.0 | 8.6 | 9.0 | 10.8 | 6.5 | 34.8 | 11.7 | 137.3 | 21.1 | 26.4 | 196.5 | 24.9 | 24.7 | 24.7 | 24.7 | 98.9 | 24.7 | 24.7 | 24.7 | 24.7 | 98.8 |
| | | | | | | | | | | | | | | | | | | | | | |
| Adj. net income | $53.0 | $10.2 | $17.0 | $22.2 | $20.0 | $69.4 | $28.2 | $31.4 | $32.8 | $42.5 | $134.8 | $34.5 | $37.0 | $41.5 | $44.1 | $157.1 | $39.3 | $43.2 | $49.0 | $54.9 | $186.5 |
| y/y change | 63.6% | (3.7%) | 68.6% | 101.5% | (6.2%) | 30.9% | 177.7% | 84.9% | 47.5% | 112.3% | 94.4% | 22.4% | 17.8% | 26.7% | 3.7% | 16.5% | 13.9% | 17.0% | 18.1% | 24.5% | 18.7% |
| | | | | | | | | | | | | | | | | | | | | | |
| EPS (GAAP) | $0.33 | $0.01 | $0.08 | $0.11 | $0.13 | $0.33 | $0.16 | ($1.02) | $0.11 | $0.15 | ($0.58) | $0.09 | $0.11 | $0.15 | $0.17 | $0.52 | $0.13 | $0.16 | $0.21 | $0.27 | $0.78 |
| Adj. EPS | $0.51 | $0.10 | $0.16 | $0.21 | $0.19 | $0.67 | $0.27 | $0.30 | $0.30 | $0.39 | $1.26 | $0.31 | $0.33 | $0.37 | $0.39 | $1.41 | $0.35 | $0.38 | $0.43 | $0.48 | $1.65 |
| y/y change | 64% | | | | | 31% | | | | | 89% | | | | | 12% | | | | | 17% |
| | | | | | | | | | | | | | | | | | | | | | |
| Shares outstanding | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 104.1 | 109.4 | 109.9 | 106.9 | 110.5 | 111.0 | 111.5 | 112.0 | 111.3 | 112.5 | 112.9 | 113.4 | 113.8 | 113.2 |
| | | | | | | | | | | | | | | | | | | | | | |
| **EBITDA** | | | | | | | | | | | | | | | | | | | | | |
| Net income (GAAP) | $33.9 | $1.5 | $8.0 | $11.5 | $13.6 | $34.5 | $16.5 | ($105.9) | $11.6 | $16.2 | ($61.6) | $9.7 | $12.3 | $16.8 | $19.4 | $58.2 | $14.6 | $18.5 | $24.3 | $30.2 | $87.7 |
| Reported EBITDA | $74.1 | $13.5 | $22.1 | $24.1 | $31.2 | $90.9 | $32.6 | ($99.9) | $27.1 | $27.2 | ($13.1) | $28.2 | $31.5 | $37.3 | $41.2 | $138.2 | $35.9 | $41.5 | $49.6 | $57.8 | $184.8 |
| | | | | | | | | | | | | | | | | | | | | | |
| Adj. EBITDA | $74.2 | $17.5 | $26.4 | $30.1 | $32.9 | $106.9 | $39.5 | $44.1 | $48.1 | $48.8 | $180.6 | $48.4 | $51.5 | $57.3 | $61.2 | $218.3 | $55.9 | $61.5 | $69.6 | $77.8 | $264.8 |
| Adj. EBITDA margin (%) | 20.6% | 17.0% | 23.1% | 24.6% | 23.7% | 22.4% | 25.9% | 24.5% | 23.9% | 22.5% | 24.1% | 22.3% | 22.1% | 23.0% | 23.8% | 22.8% | 21.8% | 21.5% | 22.4% | 22.9% | 22.2% |
| y/y change | 30.4% | 1.2% | 56.2% | 54.2% | 60.0% | 44.0% | 126.6% | 67.3% | 59.7% | 48.2% | 69.0% | 22.4% | 16.7% | 19.1% | 25.3% | 20.9% | 15.5% | 19.5% | 21.5% | 27.2% | 21.3% |

Source: Company reports, RBC Capital Markets estimates

Dan Perlin; daniel.perlin@rbccm.com; 410-625-6130

Daniel R. Perlin, CFA (410) 625-6130; daniel.perlin@rbccm.com    2



# Key fundamental questions

|  | **Our view** |
|---|---|
| **How does the company intend to maintain its 25%+ revenue CAGR?** | The company, in our opinion, has built an organic growth engine and agile operating model tailored for its high growth clients. The revenue growth model includes (1) growing with existing clients; (2) extending solutions, (3) adding new clients; (4) expanding globally; and (5) opportunistic M&A. To date, TASK has grown its business 100% organically, with existing clients growing their revenues at a ~40% CAGR from FY17-FY20, while TASK was able to grow ~60%, or 1.5x its existing base, over the same period. The company has seen positive organic growth in every one of its cohorts in every year, with 29 of its clients with $500K+ revenue growing 448% from FY17-FY20, which we believe has driven superior net revenue retention rates. |
| **What sets TASK apart from other, larger providers?** | Unlike its larger scale-seeking peers, TaskUs targets high-growth technology companies across a wide breadth of verticals within the Digital Economy, including social media, ecommerce, gaming, streaming services, food delivery, ride sharing, fintech, and healthcare technology, which the company projects to grow at an unweighted average CAGR of 18% from 2019 to 2023e, supported by strong macro trends driving increasing demand. |
| **Is the company's client concentration a risk, especially for pricing?** | The company's business is dependent on key clients that comprise a high percentage of total revenue. For example, Facebook and DoorDash comprised 32% and 12% of FY20 revenue, while the next 8 largest clients comprised an additional 24%. Overall, the company has 29 clients with $500K+ revenue, which have grown 448% from FY17-FY20; additionally, we believe it has above industry-average net revenue retention rates. |
| **Is employee attrition & turnover, especially from its content security business an issue?** | We believe the company's focus on fostering employee culture has led to lower employee attrition, as indicated by a voluntary attrition rate for those employed for over 180 days of 14.9%. We believe this is further evidenced by the high level of internal referrals, which drove 38% of new hires in 2020 and helped drive a 101% fill rate. Finally, we estimate that only ~15% of TASK's content moderation work involves graphic violence, pornography or other such topics. |
| **Is the company seeing increased wage pressures?** | While TASK, like many of its peers, is seeing increased wage costs, in our opinion, especially for employees with digital skills, we believe that the relative price insensitivity of its clients and operating leverage will help to offset some this pressure. Since 2017, we note that while the company's gross margin has declined from 50.4% to 43.4% in FY20, its adj. EBITDA margin expanded from 17.9% to 22.4% over the same timeframe. |



# Key ESG questions

*This section is intended to highlight key ESG discussion points relevant to this company, as well as our views on the outlook. Both the questions we highlight and our responses will evolve over time as the dialogue between management, analysts and investors continues to advance. We welcome any feedback on the topics.*

**Our view**

**What are the most material ESG issues facing this company?**

Given TaskUs' large global reach and across 8 countries and >27K employees, in addition to its overall business in serving high-growth Digital Economy companies, we believe diversity & inclusion as well as data privacy and information security are among the most material ESG issues facing the company.

**Does the company integrate ESG considerations into its strategy?**

Yes, the company has well-defined initiatives around supporting its employees in regard to diversity & inclusion, environmental sustainability, and supporting local communities. TaskUs also has a Nominating and ESG Committee Chapter on its Board of Directors that develops corporate governance guidelines and oversees the company's strategy related to environmental and social matters.

**What is diversity like at board / management level?**

TaskUs has a 6-person Board of Directors, including 1 woman, with ethnically diverse members.

**What are the key areas of strength and recent ESG initiatives?**

We see the company's efforts around diversity & inclusion as well as its community outreach initiatives as key areas of strength for TaskUs. The company also provides mandatory unconscious bias training to its leaders, recruiters, and hiring managers and actively hires people from disadvantaged groups, equipping disabled personnel with Jaws screen readers, electronic video magnifiers, and refreshable Braille displays. Lastly, the company's Global Employee Resource Groups enable employee-led discussions and roundtables to increase understanding and drive collaboration. The company actively engages in community partnerships with public schools, universities, military communities, and others to ensure inclusivity. Recent community-focused initiatives from 2018-2020 include TaskUs for Texans, where it joined the Central Texas Food Bank to pack 1,000 food boxes for families affected by the pandemic, as well as Taal Relief, in which employees collected and delivered relief goods to families in evacuation centers displaced by the Taal Volcano eruption in the Philippines, among many others.

**What are additional company-specific ESG areas of focus?**

TaskUs also has a Supplier Diversity program through which it seeks to partner with businesses owned by minorities, women, veterans, service-disability individuals, and LBGTQ+ members. The company also supports various non-profits and local charities. Additionally, TaskUs has a focus on environmental sustainability, launching a paperless initiative in 2017, distributing solar home kits to over 200 indigent families in the Philippines, and joining the cleanup drive in Santa Monica Beach, California while launching a coral planning effort in La Union Beach, Philippines.

**RBC Capital Markets**

## Target/Upside/Downside Scenarios

### TaskUs, Inc.



Source: Bloomberg and RBC Capital Markets estimates for Target

### Valuation

Our price target of $62 is an EV/EBITDA multiple of 32x our CY22 EBITDA estimate and a 44x P/E on CY22 RBCe. These target multiples are in line with company's closest more digitally-focused IT Services & digital engineering peers, which we think is appropriate given its growth rates and other fundamental factors. The implied upside supports our Outperform rating.

### Upside scenario

Our upside scenario of $73 is based on the company achieving a 34x EV/EBITDA on upside RBCe CY22 EBITDA estimate of $240M (10% premium to our base estimate), which represents a 2-point increase to the target multiple that we think is justified given the upside to results. This upside could be driven by faster-than-expected organic growth and/or margin upside.

### Downside scenario

Our downside scenario of $25 is based on the company achieving a 17x EV/EBITDA on downside RBCe CY22 EBITDA estimate of $175M (20% discount to our base estimate), which represents a 15-point decrease to the target multiple that we think is justified given the downside to results. This downside could be driven by a slowdown in revenue from either lower demand or increased competition, and/or increased expense pressures.

### Investment summary

TaskUs, in our opinion, is well positioned to support the operational needs of its high-growth clients as they scale through its tech-enabled outsourcing solutions purpose-built for their various industry verticals within the Digital Economy. We believe the strong projected growth of the company's end markets (average CAGR of 18% from 2019-2023e), high net revenue retention rates, accelerating new client wins, and digitally native service offerings that enable utilization of lower cost non-voice channels should support recurring revenue growth at a 25% CAGR for the medium-term while sustaining EBITDA margins above 20%.

We believe TASK's success will be underpinned by several key attributes, including its: (1) large and growing TAM; (2) deeply embedded and growing client relationships; (3) cohesive, simple, and reinforcing growth strategy, including geographic expansion and M&A; (4) leadership in talent acquisition with low voluntary attrition rates; and (5) attractive underlying financial model designed to drive profitability.

### Risks to rating and price target

We see three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macro-economic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.

TaskUs, Inc.

**Capital Markets**

RBC®

## Company description

TaskUs is a digital outsourcer serving clients across numerous industries within what the company calls the "Digital Economy" (e.g. social media, ride sharing, streaming services, and fintech, among many others). These companies often lack the expertise, scale, or geographic presence to build the operational infrastructure necessary to support their growth. The company's global delivery model is focused on providing clients three key solutions: (1) Digital Customer Experience (DCX), (2) Content Security (CS), and (3) Artificial Intelligence (AI) Operations. TaskUs now serves over 100 clients and has become a top outsourcing partner for many of the world's most recognizable and disruptive brands in the world, supporting their growth with tech-enabled solutions tailored for the Digital Economy.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/ DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for TaskUs, Inc. in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from TaskUs, Inc. in the past 12 months.

RBC Capital Markets, LLC makes a market in the securities of TaskUs, Inc..

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

As of March 31, 2020, RBC Capital Markets discontinued its Top Pick rating. Top Pick rated securities represented an analysts best idea in the sector; expected to provide significant absolute returns over 12 months with a favorable risk-reward ratio. Top Pick rated securities have been reassigned to our Outperform rated securities category, which are securities expected to materially outperform sector average over 12 months.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

**RBC Capital Markets**

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings | | | | |
|---|---|---|---|---|
| RBC Capital Markets, Equity Research | | | | |
| As of 31-Dec-2021 | | | | |
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [Outperform] | 831 | 57.59 | 365 | 43.92 |
| HOLD [Sector Perform] | 557 | 38.60 | 180 | 32.32 |
| SELL [Underperform] | 55 | 3.81 | 3 | 5.45 |



Rating and price target history for: TaskUs, Inc., TASK US as of 25-Feb-2022 (in USD)

Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by: BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**TaskUs, Inc.**
### Valuation
Our price target of $62 is an EV/EBITDA multiple of 32x our CY22 EBITDA estimate and a 44x P/E on CY22 RBCe. These target multiples are in line with company's closest more digitally-focused IT Services & digital engineering peers, which we think is appropriate given its growth rates and other fundamental factors. The implied upside supports our Outperform rating.

**Capital Markets**
**RBC**®

## Risks to rating and price target

We see three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macro-economic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.
With regard to the MAR investment recommendation requirements in relation to relevant securities, a member company of Royal Bank of Canada, together with its affiliates, may have a net long or short financial interest in excess of 0.5% of the total issued share capital of the entities mentioned in the investment recommendation. Information relating to this is available upon request from your RBC investment advisor or institutional salesperson.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research content simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets provides eligible clients with access to Equity Research Reports and to SPARC on the Firm's proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in Research Reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published Research Reports reflecting the Research Analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.
For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action
The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.
References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

**RBC** **Capital Markets**

TaskUs, Inc.

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Europe) GmbH, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To EEA Residents:**
This material is distributed in the EU by either RBCEL on an authorised cross-border basis, or by RBC Capital Markets (Europe) GmbH (RBC EG) which is authorised and regulated in Germany by the Bundesanstalt für Finanzdienstleistungsaufsicht (German Federal Financial Supervisory Authority) (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.

**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.

February 28, 2022                                         **Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com        9



TaskUs, Inc.

Copyright © RBC Capital Markets, LLC 2022 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2022 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2022
Copyright © Royal Bank of Canada 2022
All rights reserved



**EQUITY RESEARCH**

RBC Capital Markets, LLC
**Daniel R. Perlin**, CFA (Analyst)
(410) 625-6130, daniel.perlin@rbccm.com
**Matt Roswell**, CFA (AVP)
(410) 625-6131, matt.roswell@rbccm.com

February 28, 2022

# TaskUs, Inc.

## Strong quarter and guide highlights increased diversification

**Our view:** Q4 print and guidance suggest TASK continues to go deeper & more complex with existing clients, while winning new & broader mandates with new clients. Despite its largest client (25% of revs in Q4/21) undergoing a sizable optimization project, TASK provided FY22 revenue growth guidance of ~30% y/y, above its medium-term outlook of 25%. Adjusting estimates and price target and reiterating Outperform rating.

### Key points:

**Q4/21 results.** TASK reported revenue / adj. EBITDA of $227M / $56M or $10M / $7M above our estimates of $217M / $49M (Street estimates were $216M and $49M), respectively. Revenue grew 63.4% (64% last quarter), all organic, driven by growth from new and existing clients, strong ongoing momentum in verticals such as fintech & ecommerce, and demand for all 3 of the company's solutions (digital CX, content security and AI). Adj. EBITDA was $56M, or a 24.8% margin, $7M above our estimate of $49M, but the margin contracted (100bps) y/y, on headwinds from public company costs.

**FY22 guidance and Q1/22 above prior expectations.** FY22 guidance calls for revenue of $980M–$1B and an adj. EBITDA margin of ~23%. The midpoint of FY22 revenue and margin guidance implies adj. EBITDA of $228M. Q1/22 guidance calls for revenue of $229M–$232.2M and an adj. EBITDA margin of ~22.5% vs. 24.8% in Q4/21, reflecting seasonality, as well as a ramp-up in digital solutions investments.

**Revenue growth remains strong; specialization drives DXCM wins.** Reflecting demand, as well as wins from new and existing clients, revenues increased 63.4% y/y in Q4/21, a slight deceleration from last quarter's 64%. On the conference call, management noted growth in all three of the company's solutions with DXCM revenue increasing 69% y/y to $148M on strength in fintech and cryptocurrency specialization, content security increased revenue 23% to $45M on volume growth from social media and ecommerce clients and AI revenue increased 128% to $34M driven by expansions with new and existing clients in social media, fintech, ecommerce, and a large autonomous vehicle company.

**Adjusting estimates and price target.** Incorporating the results and guidance, we are increasing our FY22 and FY23 rev/Adj. EBITDA estimates to $990M/$228M and $1.2B/$290M from $957M/$218M and $1.2B/$265M, respectively. Despite better results and guidance, we are lowering our price target to reflect the current market volatility and peer comparisons. As a result, our price target goes to $46 from $62 or 18x our CY23E EV/EBITDA, which is more in line with high growth IT service peers. We believe the quarter supports our positive thesis, as we believe the company is tethered to a large and rapidly growing addressable market, is uniquely 100% focused on digitally native clients, and has a cohesive reinforcing growth strategy capable of sustaining 25%+ y/y revenue growth.

## Outperform

NASDAQ: TASK; USD 28.72

**Price Target USD 46.00 ↓ 62.00**

| WHAT'S INSIDE | |
|---|---|
| ☐ Rating/Risk Change | ☑ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☑ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
| | 24.00 | 28.72 | 46.00 | 56.00 |
| | ↓ 16% | | ↑ 60% | ↑ 95% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 110.5 | Market Cap (MM): | 3,174 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | 1,343,923 |

### RBC Estimates

| FY Dec | 2020A | 2021A | 2022E | 2023E |
|---|---|---|---|---|
| **Revenue** | 478.0 | 760.7 | 990.1 | 1,232.3 |
| Prev. | | 750.5 | 956.6 | 1,192.9 |
| **EPS, cash Diluted** | 0.67 | 1.21 | 1.45 | 1.78 |
| Prev. | | 1.26 | 1.41 | 1.65 |
| **P/CEPS** | 42.9x | 23.7x | 19.8x | 16.1x |
| **EBITDA, Adj** | 106.9 | 187.9 | 228.2 | 289.9 |
| Prev. | | 180.6 | 218.3 | 264.8 |

| Revenue | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2021 | 152.9A | 180.0A | 201.1A | 226.8A |
| Prev. | | | | 216.6E |
| 2022 | 230.8E | 240.3E | 251.3E | 267.6E |
| Prev. | 217.1E | 233.4E | 248.7E | 257.3E |
| 2023 | 274.7E | 295.6E | 314.1E | 347.8E |
| Prev. | 256.5E | 286.3E | 310.2E | 340.0E |
| **EPS, cash Diluted** | | | | |
| 2021 | 0.27A | 0.30A | 0.30A | 0.34A |
| Prev. | | | | 0.39E |
| 2022 | 0.33E | 0.33E | 0.38E | 0.41E |
| Prev. | 0.31E | | 0.37E | 0.39E |
| 2023 | 0.38E | 0.41E | 0.47E | 0.53E |
| Prev. | 0.35E | 0.38E | 0.43E | 0.48E |

All values in USD unless otherwise noted.
Priced as of prior trading day's market close, EST (unless otherwise noted).



## Analyst's view

TASK reported revenue / adj. EBITDA of $227M / $56M or $10M / $7M above our estimates of $217M / $49M (Street estimates were $216M and $49M), respectively. Revenue grew 63.4% (64% last quarter), all organic, driven by growth from new and existing clients, strong ongoing momentum in verticals such as fintech & ecommerce, and demand for all 3 of the company's solutions (digital CX, content security and AI). Adj. EBITDA was $56M, or a 24.8% margin, $7M above our estimate of $49M, but the margin contracted (100bps) y/y, on headwinds from public company costs.

Exhibit 1 - Earnings summary comparison ($ in million except per share amounts)

| | Results vs. Expectations | | | | Prior Year | |
|---|---|---|---|---|---|---|
| | RBC est. Q4/21 | Actual Q4/21 | Delta/RBC | % Delta | Actual Q4/20 | Y/Y |
| Adj. Revenue | 217 | 227 | 10 | 5% | 139 | 63% |
| Adj. EBITDA | 49 | 56 | 7 | 15% | 33 | 70% |
| % of revenue | 22.5% | 24.8% | 2.2% | | 23.7% | 100bps |
| Adj. Net Income | 43 | 37 | (6) | (13%) | 20 | 85% |
| Adj. EPS | $0.39 | $0.34 | ($0.05) | (13.3%) | $0.19 | 74.4% |
| Shares out - diluted | 109.9 | 110.5 | 0.6 | 0.5% | 104.1 | 6.1% |

Source: Company data, RBC Capital Markets estimates

**Revenue growth remains strong; specialization drives DXCM wins.** Reflecting demand, as well as wins from new and existing clients, revenues increased 63.4% y/y in Q4/21, a slight deceleration from last quarter's 64%. On the conference call, management noted growth in all three of the company's solutions with DXCM revenue increasing 69% y/y to $148M on strength in fintech and cryptocurrency specialization, content security increased revenue 23% to $45M on volume growth from social media and ecommerce clients and AI revenue increased 128% to $34M driven by expansions with new and existing clients in social media, fintech, ecommerce, and a large autonomous vehicle company. Management discussed strong sales momentum from both new and existing clients, ending the year with a new client win rate of 49% and a total new business win rate of 60%. In addition, TASK achieved a 141% net revenue retention rate at year-end, up from 117% in 2020, because of clients scaling aggressively. These wins, in our opinion, support management's guidance for FY22 and a 25%+ y/y medium-term revenue growth target, which it reiterated on the conference call.

**Revenue from largest client to be flat in FY22 on reallocation of delivery resources.** Revenue from the company's largest client, a leading social media platform, comprised 25% of total revenue, down from 27% the previous quarter, despite increasing revenues $3M q/q. On the conference call, management noted that it and the client have agreed on a plan to reallocate the geographic breakdown of the delivery network for this client, which will result in flat y/y revenue in FY22 despite an increase in the number of team members supporting the client as these resources are deployed in lower cost jurisdictions. The company also expects to reassign existing team members who might be disrupted by this reallocation to other clients. TASK's second-largest client contributed 9% of total revenue, down from 11% in Q3/21, and the company expects this client to return to growth in Q1/22.

Daniel R. Perlin, CFA (410) 625-6130; daniel.perlin@rbccm.com    2



**FY22 guidance and Q1/22 above prior expectations.** FY22 guidance calls for revenue of $980M–$1B and an adj. EBITDA margin of ~23%. The midpoint of FY22 revenue and margin guidance implies adj. EBITDA of $228M. Q1/22 guidance calls for revenue of $229M–$232.2M and an adj. EBITDA margin of ~22.5% vs. 24.8% Q4/21, reflecting seasonality, as well as a ramp-up in digital solutions investments. At the midpoints, Q4/21 guidance implies revenue of $230.6M and adj. EBITDA of $52M, vs. prior RBCe of $217M/$48M and the Street at $217M/$48M, respectively.

**Headcount additions to support growth.** TASK ended Q4/21 with 40,100 employees, a net increase of 4,500, of whom ~90%+ continued working from home, though management expects employees to return to the office starting in Q2/22. TASK's attrition rate (voluntary attrition after 180 days) was 15.3% during the quarter and achieved a 4.6 Glassdoor rating. The company delivered 53% of FY/21 total revenue from the Philippines, 32% from the U.S. and the remainder from "rest-of-world."

**Liquidity and potential M&A.** TASK ended the quarter with $61.3M in cash and $234M in total debt. Reflecting AR build given the rapid revenue growth and cash payments associated with stock-comp related bonuses and the settlement of phantom shares stemming from the IPO, cash flow from operations was a negative ($109m). On the conference call, management reiterated that it would pursue accretive acquisitions that expanded TASK into a new geography, added to the solution set or deepened its vertical focus but intended to remain disciplined.



**TaskUs, Inc.**

**TaskUs**
Earnings model ($ in millions, except per share data)

| | FY 2019A | FY 2020A | Mar-21 1Q21A | Jun-21 2Q21A | Sep-21 3Q21A | Dec-21 4Q21A | FY 2021E | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | FY 2022E | Mar-23 1Q23E | Jun-23 2Q23E | Sep-23 3Q23E | Dec-23 4Q23E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total revenues | $359.7 | $478.0 | $152.9 | $180.0 | $201.1 | $226.8 | $760.7 | $230.8 | $240.3 | $251.3 | $267.6 | $990.1 | $274.7 | $295.6 | $314.1 | $347.8 | $1,232.3 |
| y/y change | 41.5% | 32.9% | 49.2% | 57.4% | 64.2% | 63.4% | 59.1% | 51.0% | 33.5% | 25.0% | 18.0% | 30.1% | 19.0% | 23.0% | 25.0% | 30.0% | 24.5% |
| | | | | | | | | | | | | | | | | | |
| Cost of services | 194.8 | 270.5 | 88.0 | 103.8 | 112.4 | 127.5 | 431.7 | 132.0 | 139.4 | 141.2 | 150.4 | 563.0 | 157.9 | 171.5 | 176.5 | 195.1 | 701.1 |
| Gross margin | $164.9 | $207.5 | $64.8 | $76.2 | $88.6 | $99.3 | $329.0 | $98.8 | $100.9 | $110.1 | $117.2 | $427.0 | $116.7 | $124.2 | $137.6 | $152.7 | $531.2 |
| % of revenue | 45.8% | 43.4% | 42.4% | 42.3% | 44.1% | 43.8% | 43.2% | 42.8% | 42.0% | 43.8% | 43.8% | 43.1% | 42.5% | 42.0% | 43.8% | 43.9% | 43.1% |
| | | | | | | | | | | | | | | | | | |
| Operating expenses: | | | | | | | | | | | | | | | | | |
| Total operating expenses | $128.0 | $157.2 | $42.4 | $189.3 | $72.5 | $79.1 | $383.2 | $80.8 | $82.9 | $85.3 | $88.4 | $337.4 | $91.4 | $94.1 | $97.9 | $104.4 | $387.9 |
| % of revenue | 35.6% | 32.9% | 27.8% | 105.1% | 36.1% | 34.9% | 50.4% | 35.0% | 34.5% | 33.9% | 33.1% | 34.1% | 33.3% | 31.8% | 31.2% | 30.0% | 31.5% |
| y/y change | 33% | 23% | 21% | 375% | 78% | 91% | 144% | 90% | (56%) | 18% | 12% | (12%) | 13% | 14% | 15% | 18% | 15% |
| Operating income | $36.9 | $50.3 | $22.4 | ($113.0) | $16.1 | $20.2 | ($54.3) | $18.0 | $18.0 | $24.8 | $28.8 | $89.6 | $25.3 | $30.0 | $39.7 | $48.3 | $143.3 |
| Operating margin | 10.2% | 10.5% | 14.7% | (62.8%) | 8.0% | 8.9% | (7.1%) | 7.8% | 7.5% | 9.9% | 10.7% | 9.0% | 9.2% | 10.2% | 12.6% | 13.9% | 11.6% |
| | | | | | | | | | | | | | | | | | |
| Other expense (income) | (2.0) | (1.6) | 0.8 | (1.7) | 1.2 | (0.1) | 0.2 | - | - | - | - | - | - | - | - | - | - |
| Financing expense (income) | 9.3 | 7.5 | 1.6 | 1.6 | 1.6 | 1.7 | 6.5 | 1.7 | 1.7 | 1.7 | 1.7 | 6.8 | 1.7 | 1.7 | 1.7 | 1.7 | 6.8 |
| | | | | | | | | | | | | | | | | | |
| Pretax income | $29.5 | $44.4 | $20.1 | ($113.0) | $13.3 | $18.6 | ($61.0) | $16.3 | $16.3 | $23.1 | $27.1 | $82.8 | $23.6 | $28.3 | $38.0 | $46.6 | $136.5 |
| Income taxes | (4.4) | 9.9 | 3.6 | (7.0) | 1.7 | (0.5) | (2.3) | 4.6 | 4.0 | 5.1 | 6.0 | 19.7 | 5.6 | 6.7 | 9.0 | 11.1 | 32.4 |
| Tax rate | (14.9%) | 22.3% | 17.7% | 6.2% | 12.5% | (2.5%) | 3.7% | 28.4% | 24.5% | 22.1% | 22.3% | 23.9% | 23.7% | 23.7% | 23.7% | 23.7% | 23.7% |
| | | | | | | | | | | | | | | | | | |
| Net income (GAAP) | $33.9 | $34.5 | $16.5 | ($105.9) | $11.6 | $19.1 | ($58.7) | $11.6 | $12.4 | $18.0 | $21.0 | $63.0 | $18.0 | $21.6 | $29.0 | $35.6 | $104.2 |
| y/y change | 5% | 2% | | | 2% | 41% | | (29%) | (112%) | 55% | 10% | (207%) | 55% | 75% | 61% | 69% | 65% |
| | | | | | | | | | | | | | | | | | |
| Adjustments to net income: | | | | | | | | | | | | | | | | | |
| Total adjustments | 19.0 | 34.8 | 11.7 | 137.3 | 21.1 | 18.0 | 188.1 | 24.7 | 24.7 | 24.7 | 24.7 | 98.8 | 24.7 | 24.7 | 24.7 | 24.7 | 98.8 |
| | | | | | | | | | | | | | | | | | |
| Adj. net income | $53.0 | $69.4 | $28.2 | $31.4 | $32.8 | $37.1 | $129.4 | $36.4 | $37.1 | $42.7 | $45.7 | $161.9 | $42.7 | $46.3 | $53.7 | $60.3 | $203.0 |
| y/y change | 63.6% | 30.9% | 177.7% | 84.9% | 47.5% | 85.1% | 86.6% | 28.9% | 18.1% | 30.4% | 23.4% | 25.1% | 17.5% | 25.0% | 25.6% | 31.8% | 25.4% |
| | | | | | | | | | | | | | | | | | |
| EPS (GAAP) | $0.33 | $0.33 | $0.16 | ($1.02) | $0.11 | $0.17 | ($0.55) | $0.10 | $0.11 | $0.16 | $0.19 | $0.56 | $0.16 | $0.19 | $0.25 | $0.31 | $0.92 |
| Adj. EPS | $0.51 | $0.67 | $0.27 | $0.30 | $0.30 | $0.34 | $1.21 | $0.33 | $0.33 | $0.38 | $0.41 | $1.45 | $0.38 | $0.41 | $0.47 | $0.53 | $1.78 |
| y/y change | 64% | 31% | | | | | 81% | | | | | 20% | | | | | 23% |
| | | | | | | | | | | | | | | | | | |
| Shares outstanding | 104.1 | 104.1 | 104.1 | 104.1 | 109.4 | 110.5 | 107.0 | 111.1 | 111.6 | 112.1 | 112.6 | 111.9 | 113.1 | 113.5 | 114.0 | 114.4 | 113.7 |
| | | | | | | | | | | | | | | | | | |
| **EBITDA** | | | | | | | | | | | | | | | | | |
| Net income (GAAP) | $33.9 | $34.5 | $16.5 | ($105.9) | $11.6 | $19.1 | ($58.7) | $11.6 | $12.4 | $18.0 | $21.0 | $63.0 | $18.0 | $21.6 | $29.0 | $35.6 | $104.2 |
| Reported EBITDA | $74.1 | $90.9 | $32.6 | ($99.9) | $27.1 | $33.7 | ($6.6) | $31.9 | $32.4 | $39.7 | $44.1 | $148.2 | $41.2 | $46.4 | $56.5 | $65.7 | $209.9 |
| | | | | | | | | | | | | | | | | | |
| Adj. EBITDA | $74.2 | $106.9 | $39.5 | $44.1 | $48.1 | $56.2 | $187.9 | $51.9 | $52.4 | $59.7 | $64.1 | $228.2 | $61.2 | $66.4 | $76.5 | $85.7 | $289.9 |
| Adj. EBITDA margin (%) | 20.6% | 22.4% | 25.9% | 24.5% | 23.9% | 24.8% | 24.7% | 22.5% | 21.8% | 23.8% | 24.0% | 23.0% | 22.3% | 22.5% | 24.4% | 24.6% | 23.5% |
| y/y change | 30.4% | 44.0% | 126.6% | 67.3% | 59.7% | 70.5% | 75.8% | 31.1% | 18.9% | 24.1% | 14.2% | 21.4% | 18.0% | 26.6% | 28.2% | 33.7% | 27.1% |

Source: Company reports, RBC Capital Markets estimates

Dan Perlin; daniel.perlin@rbccm.com; 410-625-6130



**TaskUs, Inc.**

# Key ESG questions

*This section is intended to highlight key ESG discussion points relevant to this company, as well as our views on the outlook. Both the questions we highlight and our responses will evolve over time as the dialogue between management, analysts and investors continues to advance. We welcome any feedback on the topics.*

**Our view**

**What are the most material ESG issues facing this company?**

Given TaskUs' large global reach and across 8 countries and >27K employees, in addition to its overall business in serving high-growth Digital Economy companies, we believe diversity & inclusion as well as data privacy and information security are among the most material ESG issues facing the company.

**Does the company integrate ESG considerations into its strategy?**

Yes, the company has well-defined initiatives around supporting its employees in regard to diversity & inclusion, environmental sustainability, and supporting local communities. TaskUs also has a Nominating and ESG Committee Chapter on its Board of Directors that develops corporate governance guidelines and oversees the company's strategy related to environmental and social matters.

**What is diversity like at board / management level?**

TaskUs has a 6-person Board of Directors, including 1 woman, with ethnically diverse members.

**What are the key areas of strength and recent ESG initiatives?**

We see the company's efforts around diversity & inclusion as well as its community outreach initiatives as key areas of strength for TaskUs. The company also provides mandatory unconscious bias training to its leaders, recruiters, and hiring managers and actively hires people from disadvantaged groups, equipping disabled personnel with Jaws screen readers, electronic video magnifiers, and refreshable Braille displays. Lastly, the company's Global Employee Resource Groups enable employee-led discussions and roundtables to increase understanding and drive collaboration. The company actively engages in community partnerships with public schools, universities, military communities, and others to ensure inclusivity. Recent community-focused initiatives from 2018-2020 include TaskUs for Texans, where it joined the Central Texas Food Bank to pack 1,000 food boxes for families affected by the pandemic, as well as Taal Relief, in which employees collected and delivered relief goods to families in evacuation centers displaced by the Taal Volcano eruption in the Philippines, among many others.

**What are additional company-specific ESG areas of focus?**

TaskUs also has a Supplier Diversity program through which it seeks to partner with businesses owned by minorities, women, veterans, service-disability individuals, and LBGTQ+ members. The company also supports various non-profits and local charities. Additionally, TaskUs has a focus on environmental sustainability, launching a paperless initiative in 2017, distributing solar home kits to over 200 indigent families in the Philippines, and joining the cleanup drive in Santa Monica Beach, California while launching a coral planning effort in La Union Beach, Philippines.

**RBC** Capital Markets

## Target/Upside/Downside Scenarios

TaskUs, Inc.



Source: Bloomberg and RBC Capital Markets estimates for Target

### Valuation

Our price target of $46 is an EV/EBITDA multiple of 18x our CY23 EBITDA estimate. These target multiples are in line with the company's closest, more digitally focused IT Services & digital engineering peers, which we think is appropriate given its growth rates and other fundamental factors. The implied upside supports our Outperform rating.

### Upside scenario

Our upside scenario of $56 is based on the company achieving a 20x EV/EBITDA on upside RBCe CY23 EBITDA estimate of $319M (10% premium to our base estimate), which represents a 2-point increase to the target multiple that we think is justified given the upside to results. This upside could be driven by faster-than-expected organic growth and/or margin upside.

### Downside scenario

Our downside scenario of $24 is based on the company achieving a 12x EV/EBITDA on downside RBCe CY23 EBITDA estimate of $232M (20% discount to our base estimate), which represents a 6-point decrease to the target multiple that we think is justified given the downside to results. This downside could be driven by a slowdown in revenue from either lower demand or increased competition, and/or increased expense pressures.

### Investment summary

TaskUs, in our opinion, is well positioned to support the operational needs of its high-growth clients as they scale through its tech-enabled outsourcing solutions purpose-built for their various industry verticals within the Digital Economy. We believe the strong projected growth of the company's end markets (average CAGR of 18% from 2019-2023E), high net revenue retention rates, accelerating new client wins, and digitally native service offerings that enable utilization of lower cost non-voice channels should support recurring revenue growth at a 25% CAGR for the medium-term while sustaining EBITDA margins above 20%.

We believe TASK's success will be underpinned by several key attributes, including its: (1) large and growing TAM; (2) deeply embedded and growing client relationships; (3) cohesive, simple, and reinforcing growth strategy, including geographic expansion and M&A; (4) leadership in talent acquisition with low voluntary attrition rates; and (5) attractive underlying financial model designed to drive profitability.

### Risks to rating and price target

We see three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macroeconomic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.

TaskUs, Inc.

**Capital Markets**
**RBC**

## Company description

TaskUs is a digital outsourcer serving clients across numerous industries within what the company calls the "Digital Economy" (e.g., social media, ride sharing, streaming services, and fintech, among many others). These companies often lack the expertise, scale, or geographic presence to build the operational infrastructure necessary to support their growth. The company's global delivery model is focused on providing clients three key solutions: (1) Digital Customer Experience (DCX), (2) Content Security (CS), and (3) Artificial Intelligence (AI) Operations. TaskUs now serves over 100 clients and has become a top outsourcing partner for many of the world's most recognizable and disruptive brands in the world, supporting their growth with tech-enabled solutions tailored for the Digital Economy.

## Required disclosures

### Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/ DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for TaskUs, Inc. in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from TaskUs, Inc. in the past 12 months.

RBC Capital Markets, LLC makes a market in the securities of TaskUs, Inc..

### Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**
**Outperform (O):** Expected to materially outperform sector average over 12 months.
**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.
**Underperform (U):** Returns expected to be materially below sector average over 12 months.
**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.
**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.
As of March 31, 2020, RBC Capital Markets discontinued its Top Pick rating. Top Pick rated securities represented an analysts best idea in the sector; expected to provide significant absolute returns over 12 months with a favorable risk-reward ratio. Top Pick rated securities have been reassigned to our Outperform rated securities category, which are securities expected to materially outperform sector average over 12 months.
**Risk Rating**
The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.



## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings | | | | |
|---|---|---|---|---|
| RBC Capital Markets, Equity Research | | | | |
| As of 31-Dec-2021 | | | | |
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [Outperform] | 831 | 57.59 | 365 | 43.92 |
| HOLD [Sector Perform] | 557 | 38.60 | 180 | 32.32 |
| SELL [Underperform] | 55 | 3.81 | 3 | 5.45 |



Rating and price target history for: TaskUs, Inc., TASK US as of 25-Feb-2022 (in USD)

| 06-Jul-2021 | 10-Nov-2021 | 07-Dec-2021 |
|---|---|---|
| Rtg:I:O | Rtg:O | Rtg:O |
| Target: 43.00 | Target: 69.00 | Target: 62.00 |

Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by: BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**TaskUs, Inc.**
### Valuation
Our price target of $46 is an EV/EBITDA multiple of 18x our CY23 EBITDA estimate. These target multiples are in line with the company's closest, more digitally focused IT Services & digital engineering peers, which we think is appropriate given its growth rates and other fundamental factors. The implied upside supports our Outperform rating.

**Capital Markets**
**RBC**

## Risks to rating and price target

We see three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macroeconomic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

With regard to the MAR investment recommendation requirements in relation to relevant securities, a member company of Royal Bank of Canada, together with its affiliates, may have a net long or short financial interest in excess of 0.5% of the total issued share capital of the entities mentioned in the investment recommendation. Information relating to this is available upon request from your RBC investment advisor or institutional salesperson.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research content simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets provides eligible clients with access to Equity Research Reports and to SPARC on the Firm's proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in Research Reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published Research Reports reflecting the Research Analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.

For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action

The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

**Capital Markets**

**RBC**

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Europe) GmbH, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To EEA Residents:**
This material is distributed in the EU by either RBCEL on an authorised cross-border basis, or by RBC Capital Markets (Europe) GmbH (RBC EG) which is authorised and regulated in Germany by the Bundesanstalt für Finanzdienstleistungsaufsicht (German Federal Financial Supervisory Authority) (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.

**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.



TaskUs, Inc.

Copyright © RBC Capital Markets, LLC 2022 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2022 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2022
Copyright © Royal Bank of Canada 2022
All rights reserved

# TASK reports solid Q4/21 and guidance

**Sentiment Indicator :** positive

Produced by Perlin, Daniel (RBC Capital Markets, LLC) on Monday, February 28, 2022, 16:57 PM ET

Disseminated on Monday, February 28, 2022, 17:02 PM ET

**TaskUs (TASK)**
Outperform | Last Price: $28.72 | Price target: $62 | Market cap: $3.2B
Conference call at 5:00 pm ET

Quick takeaways: revenue & adj. EBITDA beat
1) reported $227M / $56M in revenue / adj. EBITDA compared to RBCe of $217M / $49M and the Street at $216M / $49M
2) revenues increased 63.4% y/y, all organic, versus 64% (organic) last quarter

Guidance: FY22 & Q1/22 above expectations
- FY22 guidance calls for revenue of $980M–$1B and an adj. EBITDA margin of ~23%
  - midpoints of FY22 guidance imply revenue of $990M and adj. EBITDA of $228M, vs. RBCe of $957M / $218M and the Street at $956M / $220M, respectively
- Q1/22 guidance calls for revenue of $229M–$232.2M and an adj. EBITDA margin in a range of ~22.5%
  - at the midpoints implies revenue of $230.6M and adj. EBITDA of $52M, vs. RBCe of $217M / $48 and the Street at $217M / $48M, respectively

Conference call focus
1) the competitive environment, specifically in AI operations and content security
2) growth in new client cohorts
3) growth at the company's largest client
4) any strains in talent acquisition given high demand

**TaskUs**
Earnings model comparison ($ in millions except per share amounts)

|  | Results vs. Expectations | | | | Prior Year | |
| --- | --- | --- | --- | --- | --- | --- |
|  | RBC est. Q4/21 | Actual Q4/21 | Delta/RBC | % Delta | Actual Q4/20 | Y/Y |
| Adj. Revenue | 217 | 227 | 10 | 5% | 139 | 63% |
| Adj. EBITDA | 49 | 56 | 7 | 15% | 33 | 70% |
| % of revenue | 22.5% | 24.8% | 2.2% |  | 23.7% | 100bps |
| Adj. Net Income | 43 | 37 | (6) | (13%) | 20 | 85% |
| Adj. EPS | $0.39 | $0.34 | ($0.05) | (13.3%) | $0.19 | 74.4% |
| Shares out - diluted | 109.9 | 110.5 | 0.6 | 0.5% | 104.1 | 6.1% |

Source: Company data, RBC Capital Markets estimates

---

**RBC Capital Markets, LLC**
**Daniel Perlin (Analyst)** | (410) 625-6130 | Daniel.Perlin@rbccm.com
**RBC Capital Markets, LLC**
**Matt Roswell (AVP)** | (410) 625-6131 | Matt.Roswell@rbccm.com

Click here for conflict of interest and other disclosures relating to TaskUs, Inc., Daniel Perlin These disclosures are also available by sending a written request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7 or an email to rbcinsight@rbccm.com

All rights reserved. This material may not be published, broadcast, rewritten or redistributed in any form. Please click here for legal restrictions and terms of use applicable to this site. Use of this site signifies your agreement to the terms of use.

# TaskUs, Inc. (TASK)
## Details on Q4 Results



**Q4 revenue/adjusted EBITDA well above consensus into mixed sentiment; initial 2022 guidance also nicely above consensus; we like the stock and think it could be up 5-10% today.** Initial 2022 revenue guidance +30% yoy (we think Street generally expected 25%+) and adjusted EBITDA margin ~23%. Despite headwinds from Omicron-related absenteeism and fewer working days, Q1 revenue guidance is still +51% yoy. Management expects 25%+ revenue growth over the next 2-3 years. We view valuation attractive ~16X our 2023E EPS (high-growth comps GLOB/DAVA trade ~49-55X C2022E EPS for pretty similar growth).

- **Q4 revenue/EBITDA were nicely above Street.**
  - **Adjusted EPS** of $0.34 was in line with consensus $0.34 (we were $0.36). Variance to our estimate was driven by revenue (+$0.02) and core margin (+$0.04), offset by higher taxes (-$0.08).
  - **Revenue** was $227 million, ~5% above consensus $216 million (guided to $213-217 million) This represents organic growth of +59% (Q3 was +64%).
  - **Adjusted EBITDA** was $56.2 million, ~15% above us/consensus $49 million. This reflects margin of 24.8% (up ~110bps yoy) and was above their guidance of 22.0-23.3%. This also reflects growth of +71% yoy (Q3 was +60%).

- **Initial 2022 guidance well above Street.**
  - **Revenue:** $980-1,000 million (consensus $956 million). Revenue reflects +30% growth at the midpoint (we think Street expected guidance of 25%+).
  - **Adjusted EBITDA margin:** ~23%. We estimate this could reflect adjusted EBITDA of ~$225-230 million (consensus $220 million).

- **Q1 guidance was also provided.**
  - **Revenue:** $229-232 million (consensus was $217 million), up 1-2% sequentially (most expected flat/down sequentially). Noted headwind from Omicron-related absenteeism (~$2 million) and 2 fewer days in Q1 (we think around $7 million).
  - **Adjusted EBITDA margin:** ~22.5% (we were 21.0%). We estimate this could reflect adjusted EBITDA of $51-52 million (we are $45 million).

- **Other interesting items:**
  - **Employees:** 40.1k employees (~90% working from home) up from 35.6k employees in Q3 (90% working from home in Q3); this implies annualized run-rate revenue/employee of ~$23k (~$23k in Q3).
  - **Largest client:** Noted they are optimizing global delivery footprint of their largest client and will move hundreds of employees to Philippines and India. Revenue should be flat yoy for this client.
  - **Win rate:** Total 2021 win rate, inclusive of new clients and existing clients, of 60%
  - **Revenue by service offering:** Digital CX +69% yoy (+64% in Q3); Content Security +23% (+34% in Q3); AI Operations +128% (+145% in Q3)

- **Raising 2022E EPS to $1.42 (from $1.38) and 2023E EPS to $1.80 (from $1.72).**

- **We like TASK given strong 25%+ organic growth at 16X 2023E EPS.**
  - **Organic revenue growth expected to be 25%+** for the next few years (driven by fast-growth tech client base); adjusted EBITDA margins likely ~25% over time (guided to 23% in 2022).
  - **Valuation seems very attractive** at ~16X 2023E EPS, given fast-growth potential over the next few years.

**TaskUs provides outsourcing services across digital customer experience, content security, and AI operations.**

## ESTIMATE CHANGE

**1-Year Price Chart**



### Stock Data

| | |
|---|---|
| Rating: | Outperform |
| Suitability: | Average Risk |
| Price Target: | $45 |
| Price (2/28/22): | $28.72 |
| Market Cap (mil): | $3,174 |
| Shares Out (mil): | 110.5 |
| Average Daily Vol (mil): | 1.17 |
| Dividend Yield: | 0.0% |

### Estimates

| FY Dec | 2021A | 2022E | 2023E |
|---|---|---|---|
| Q1 | 0.27 A | 0.32 E | 0.40 E |
| Q2 | 0.32 A | 0.34 E | 0.42 E |
| Q3 | 0.30 A | 0.37 E | 0.47 E |
| Q4 | 0.34 A | 0.39 E | 0.51 E |
| **Fiscal EPS** | **1.26 A** | **1.42 E** | **1.80 E** |
| Previous Est | | 1.38 E | 1.72 E |
| Fiscal P/E | 22.8x | 20.2x | 16.0x |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

> **Please refer to Appendix - Important Disclosures and Analyst Certification**

**David J. Koning, CFA**
Sr. Research Analyst
dkoning@rwbaird.com
414.298.7494

**Robert W. Bamberger, CFA**
Sr. Research Associate
rbamberger@rwbaird.com
414.298.5094

**Patrick A. Schulz, CFA**
Research Associate
pschulz@rwbaird.com
414.298.6218

**Property of Baird. Please contact Baird for permission to share.**

# Details

---

## Investment Perspective

**We view TaskUs as a strong franchise, and our Outperform rating reflects strong and ongoing growth momentum from a very attractive client base.** We like the company's 25%+ organic growth profile over the next few years, 99%+ of revenue coming from recurring revenue contracts, >115% net revenue retention and continued mix shift toward digital and higher-margin services.

**We view the following as key positive themes:**

- **Strong client base and revenue retention.** TaskUs has over 100 clients across several verticals within the digital economy. In 2021 they had a net revenue retention rate of 141%.

- **Fast-growth market opportunity.** TaskUs competes in several fast growth areas of the digital outsourcing market. The company estimates the Digital Customer Experience market is growing at a 20-25% CAGR, Content Security market is growing at a 40-50% CAGR, and AI Operations market is growing at a 20% CAGR.

- **Successful founder-led management team.** Bryce Maddock (CEO) and Jaspar Weir (President) co-founded TaskUs in 2008 with an initial concept to provide virtual assistants working from the Philippines (first office was a small place above a mechanic shop). Since then, the company has grown to >35,600 employees serving >100 clients across many fast-growth verticals.

- **Strong margin profile.** Given the company's digital focus, we expect adjusted EBITDA margins to be ~23% by 2023E. The continued mix shift towards digital and higher-margin services will also benefit margins over time.

- **Clean balance sheet.** As of the end of Q4-21, the company had net leverage of ~0.9X. We expect the company to maintain a clean balance sheet and low leverage profile over time.

**We view the following as biggest risks:**

- **Client concentration.** Client concentration remains reasonably high with the top 10 clients representing ~60% of revenue (for full year 2021). However, concentration has come down from 74% of 2019 revenue from the top 10 clients. The company's largest client (Facebook) represents ~27% of revenue (for full year 2021) and the second-largest client (DoorDash) represents ~11% of revenue (for full year 2021).

- **Pricing pressure and labor inflation.** The company participates in a highly competitive industry from both a direct competitor standpoint and an end-market perspective. As such, pricing pressures and labor inflation are always areas of concern.

- **Scrutiny around Content Moderation.** While they have developed and enforce their Content Security policies, this work is subject to press and/or regulatory scrutiny in addition to the well-being of employees doing this work.

- **Economic sensitivity.** While a majority of their customer care volume is digital (96% as of 2020), economic weakness can translate into lower call volumes and customer interactions. In addition, economic impacts, such as COVID, can also impact certain client volume (ex: certain verticals) and labor capacity.

**Property of Baird. Please contact Baird for permission to share.**

1005

**March 1, 2022 | TaskUs, Inc.**

**Here's our EPS attribution chart below:**

| TaskUs Revenue/EPS Growth Attribution | | | | | | |
|---|---|---|---|---|---|---|
| | **2018** | **2019** | **2020** | **2021** | **2022E** | **2023E** |
| **Total Revenue Growth** | **117%** | **41%** | **33%** | **59%** | **31%** | **25%** |
| Margin Impact | 105% | -12% | 17% | 24% | -11% | 6% |
| **Adjusted EBIT Growth** | **222%** | **30%** | **50%** | **83%** | **20%** | **31%** |
| Leverage Impact | | | | 8% | 1% | 1% |
| Interest Expense | | | | 1% | 0% | 0% |
| Other | | | | 0% | 0% | 0% |
| Tax Rate | | | | -6% | 0% | -4% |
| Shares | | | | -19% | -9% | -1% |
| **EPS Growth** | | | | **67%** | **12%** | **27%** |

Source: Company Filings and Baird Estimates

**We view year-out risk/reward to be $25-70, based on the following:**

- **Good case $70 –** This reflects ~35X a good-case 2023E EPS of $2.00. For perspective, functional comps TIXT/TEP/TTEC all trade ~17-25X C2022E EPS while growth comps GLOB/DAVA trade ~49-55X C2022E EPS. This also reflects ~24X a good-case EBITDA of $325 million (functional comps currently trade ~12-13X C2022E EBITDA; growth comps currently trade ~29-30X C2022E EBITDA).

- **Bad case $25 –** This reflects ~17X a bad-case 2023E EPS of $1.50. For perspective, functional comps TIXT/TEP/TTEC trade ~17-25X C2022E EPS. This also reflects ~13X a bad-case EBITDA of $225 million (functional comps currently trade ~12-13X C2022E EBITDA; growth comps currently trade ~29-30X C2022E EBITDA).

**Our $45 price target** reflects ~25X our 2023E EPS of $1.80. For perspective, the functional comps (TIXT/TEP/TTEC) all currently trade ~17-25X C2022E EPS while the growth comps (GLOB/DAVA) all trade ~49-55X C2022E EPS. In a year, we think TASK could trade in between these two groups.

- **EV/EBITDA:** Our price target also reflects ~17X our 2023E EBITDA. The functional comp (TIXT/TEP/TTEC) currently averages ~12-13X C2022E EBITDA, and we think a year from now TASK could trade above the functional comps given the growth profile. The growth comp group (GLOB/DAVA) currently average ~29-30X C2022E EBITDA.

**Property of Baird. Please contact Baird for permission to share.**

1006

**March 1, 2022   |   TaskUs, Inc.**

# Guidance

**Initial 2022 guidance was nicely above consensus**
- **Revenue:** $980-1,000 million (consensus $956 million). Revenue reflects +30% growth at the midpoint (we think Street expected guidance of 25%+).
  - **Largest client:** Helping this client optimize their delivery operations; will transition employees to Philippines/India (has lower revenue/employee in this region, but higher margins). Management noted they are not forecasting any revenue growth from this client during 2022, which is embedded within guidance. Their relationship with this client remains very strong.
- **Adjusted EBITDA margin:** ~23%. We estimate this could reflect adjusted EBITDA of ~$225-230 million (consensus $220 million).
- **Cost of Services:** Management noted that wage pressure will be offset by COLA contracts and they expect cost of services as a % of revenue to be roughly flat in 2022 vs 2021.

**Q1-22 guidance was also provided.**
- **Revenue:** $229-232 million (consensus was $217 million), up 1-2% sequentially (most expected flat/down sequentially). Management noted two impacts to Q1 include (1) absenteeism from Omicron should impact revenue by ~$2 million (attendance has returned to lower levels in February) and (2) Q1 has two fewer working days than Q4.
- **Adjusted EBITDA margin:** ~22.5% (we were 21.0%). We estimate this could reflect adjusted EBITDA of $51-52 million (we are $45 million).

**Medium-term financial targets (reiterated):** Management noted they remain confident in their ability to deliver 25% growth or above with adjusted EBITDA margins at/around 25%. Management defined medium-term as the next 2-3 years.
- **Margin drivers:** Main margin drivers include optimization of cost of services/SG&A expenses, geographic mix shift towards offshore (margin accretive), and growth in specialized services.

**Baird**                                                                                                    4

Property of Baird. Please contact Baird for permission to share.

**March 1, 2022**   |   **TaskUs, Inc.**

# Estimates

**2022**

**We are raising our 2022E EPS to $1.42 (from $1.38).** We are raising our revenue estimate to $995 million (from $967 million) reflecting +31% yoy growth (previously expected +29%), raising our adjusted EBITDA margin to 23.1% (previously 23.0%), and raising our tax rate to 14.9% (from 14.8%).

| 2022 EPS Bridge | | | | |
|---|---|---|---|---|
| | **Revenue** | **Adj EBITDA** | **Adj EBITDA Margin %** | **Adj EPS** |
| **2021E** | **761** | **188** | **24.7%** | **1.26** |
| Core Growth (1) | 234 | 42 | -1.5% | 0.35 |
| D&A | | | | -0.08 |
| Interest Expense | | | | 0.00 |
| Tax Rate | | | | 0.00 |
| Share Count | | | | -0.12 |
| **2022E** | **995** | **229** | **23.1%** | **1.42** |

*Source: Company Reports and Baird Estimates*
*(1) Assumes ~15-20% core incremental margin*

**2023**

**We are raising our 2023E EPS to $1.80 (from $1.72).** We are raising our revenue estimate to $1.24 billion (from $1.21 billion) reflecting +25% yoy (similar to previous expectation), raising adjusted EBITDA margin to 23.9% (from 23.4%), and raising our tax rate to 17.2% (from 17.1%).

| 2023 EPS Bridge | | | | |
|---|---|---|---|---|
| | **Revenue** | **Adj EBITDA** | **Adj EBITDA Margin %** | **Adj EPS** |
| **2022E** | **995** | **229** | **23.1%** | **1.42** |
| Core Growth (1) | 244 | 66 | 0.8% | 0.51 |
| D&A | | | | -0.06 |
| Interest Expense | | | | 0.00 |
| Tax Rate | | | | -0.05 |
| Share Count | | | | -0.02 |
| **2023E** | **1,239** | **296** | **23.9%** | **1.80** |

*Source: Company Reports and Baird Estimates*
*(1) Assumes ~25-30% core incremental margin*

**Property of Baird. Please contact Baird for permission to share.**

1008

## Details on Q4 Results

**Adjusted EPS** of $0.34 was in line with consensus $0.34 (we were $0.36). Variance to our estimate was driven by revenue (+$0.02) and core margin (+$0.04), offset by higher taxes (-$0.08).

**Revenue** was $227 million, ~5% above consensus $216 million (we were $215 million; guided to $213-217 million) This represents organic growth of +59% (Q3 was +64%).

**Gross profit** was $99.3 million (+67% yoy) and was ~6% above our $93.6 million estimate. Gross margin was 43.8% (up ~90bps yoy) and was above our 43.5% estimate.

**Adjusted EBITDA** was $56.2 million, ~15% above us/consensus $49 million. This reflects margin of 24.8% (up ~110bps yoy) and was above their guidance of 22.0-23.3%. This also reflects growth of +71% yoy (Q3 was +60%).

**Financing expense** of $1.7 million was near our $1.6 million estimate.

**Tax expense** of $8.7 million was above our estimate of -$0.8 million.

### TaskUs Variance Analysis
For the Period Ending December 31, 2021

| Q4-21 | Actual | Year Ago | Change | Estimate | Variance |
|---|---|---|---|---|---|
| **Revenue** | **226.8** | **138.8** | **63%** | **215.1** | **5%** |
| Cost of Services | 127.5 | 79.2 | 61% | 121.5 | 5% |
| **Gross Profit** | **99.3** | **59.6** | **67%** | **93.6** | **6%** |
| *Gross Margin %* | *43.8%* | *42.9%* | *85-Bp* | *43.5%* | *28-Bp* |
| SG&A Expense | 65.7 | 29.9 | 120% | 65.5 | 0% |
| Other (Income) Loss | (0.1) | (2.5) | -95% | 0.0 | #DIV/0! |
| **Adjusted EBITDA** | **56.2** | **32.9** | **70%** | **48.8** | **15%** |
| *Adj EBITDA Margin* | *24.8%* | *23.7%* | *103-Bp* | *22.7%* | *207-Bp* |
| Depreciation | 8.7 | 5.9 | 46% | 8.1 | 7% |
| **Adjusted EBIT** | **47.5** | **27.0** | **76%** | **40.7** | **17%** |
| *Adj EBIT Margin* | *20.9%* | *19.5%* | *147-Bp* | *18.9%* | *201-Bp* |
| Financing Expense | 1.7 | 1.6 | 4% | 1.6 | 4% |
| **Adjusted Pretax Income** | **45.8** | **25.4** | **80%** | **39.1** | **17%** |
| Adjusted Tax | 8.7 | 5.4 | 63% | (0.8) | -1166% |
| *Adjusted Tax Rate* | *19.0%* | *21.1%* | *(207-Bp)* | *-2.1%* | *2112-Bp* |
| **Adjusted Net Income** | **37.1** | **20.0** | **85%** | **39.9** | **-7%** |
| **Adjusted EPS** | **0.34** | **0.22** | **54%** | **0.36** | **-8%** |
| Shares outstanding | 110.5 | 91.7 | 20% | 109.5 | 1% |

*Source: Company Reports, Baird Estimates*

**Property of Baird. Please contact Baird for permission to share.**

1009

# Concentrations/Metrics

**Employee Metrics**

- **Employees:** 40.1k employees (~90% working from home) up from 35.6k employees in Q3 (90% working from home in Q3). Management noted they anticipate adding >4k net new employees each quarter during 2022.

- **Revenue/employee:** Implies annualized run-rate revenue/employee of ~$23k (similar to Q3; we estimate ~$20k in 2020).

- **Attrition:** Noted 15.3% attrition in Q4

**Service Revenue Breakdown:**

- **Digital Customer Experience (~65% of Q4 revenue):** Revenue of $148.1 million; +69% yoy (+64% yoy in Q3); growth was driven by expansion of existing clients and new client signings. Management noted that they continue to invest in the fintech/crypto space (delivering specialized services these brands demand) and experienced continued expansion with ridesharing and food delivery clients.

- **Content Security (~20% of Q4 revenue):** Revenue of $44.6 million; +23% yoy (+34% yoy in Q3); growth was driven by volume growth from existing clients. Management noted that they expect this segment to be lumpier as volumes are concentrated among the 3 leading social media companies (TASK provides services to 1 of these, Facebook).

- **AI Operations (~15% of Q4 revenue):** Revenue of $34.0 million; +128% yoy (+145% yoy in Q3); growth was driven by expansion with new and existing clients in social media, fintech, and eComm (including a large autonomous vehicle company). Management noted they are in the process of re-branding this segment to "AI Services."

**Client Concentration**

- **Largest client:** ~25% of revenue (down from 32% in 2020 and 27% in Q3). Management noted they did more business with this client in Q4 than any other quarter (revenue +$3 million sequentially).

- **2nd largest client:** ~11% of revenue (down from ~12% in 2020 and ~11% in Q3). Management noted the slight sequential decline in revenue was due to success in helping the client optimize their global footprint and cost structure. They expect this client to return to sequential growth in Q1 and sustained growth throughout the year.

- **Top 5 clients:**
  - **Largest client:** Growth is expected to be flattish in 2022
  - **2 of the top 5 clients:** Growth is expected to be double-digits in 2022
  - **2 of the top 5 clients:** Growth is expected to be triple-digits in 2022

- **Top 10 clients:** ~60% of 2021 revenue (was ~68% in 2020)

- **Top 20 clients:** ~75% of 2021 revenue (was ~81% in 2020)

**Property of Baird. Please contact Baird for permission to share.**

1010

**March 1, 2022   |   TaskUs, Inc.**

# Other Interesting Commentary

- **Signings:** 2/3 of signings came from existing logos. Management previously noted they have seen this trend towards more sales from existing customers (which is what they would have expected). Noted that a few years ago, this mix was 60% from new logos and 40% from existing.

- **Pipeline:** Remains very strong with both existing and new clients.

- **Largest client delivery optimization (Facebook):** In January 2022, they had discussions with their largest client to optimize their geographic support. TASK will be moving operations to Philippines and India (which have lower revenue/employee, but higher margins). Their relationship with this client remains very strong.
  - **Teammates:** Noted they expect to have more teammates supporting this client at the end of 2022 than they do now; also noted they have won two new lines of business from this client (will add hundreds of roles to this relationship).
  - **2022 revenue growth:** Not expecting any revenue growth from this client (embedded in 2022 guidance)
  - **Concentration:** This client is expected to remain their largest client for the foreseeable future
  - **Timing:** Transition will start in Q2 and is expected to be completed in Q3

- **Five growth levers:** Management talked about continued improvement within their five levers of growth.
  - **Expanding with current clients:** Ended 2021 with 93 clients with >$0.5 million of revenue (including 16 clients with >$10 million of revenue and 72 clients with >$1 million of revenue). This improvement is relative to 2020, which had 72 clients with >$0.5 million of revenue (including 8 clients with >$10 million of revenue and 46 clients with >$1 million of revenue).
  - **New clients:** Added 41 new clients in 2021, achieving a new client win rate of 49%.
  - **Expand service offerings:** Noted 15 of their top 20 clients used 2 or more specialized services, improving from 7 of top 20 clients in 2020.
  - **Expand global delivery footprint:** Continues to expand their operations internationally.
  - **M&A:** Very disciplined approach; would look to expand their geographic footprint and/or add new service capabilities.

- **Attrition:** 15.3% in 2021 (up mildly from 14.9% in 2020).

**Property of Baird. Please contact Baird for permission to share.**

1011

## Balance Sheet and Cash Flow

- **Cash:** Ended the quarter with $64 million of cash, up sequentially from $61 million.

- **Debt:** Ended the quarter with $238 million of debt, down sequentially from $241 million.

- **Net debt:** Ended the quarter with $175 million of net debt, down sequentially from $180 million.

- **The $5 million decrease in net debt was primarily due to:**
  - **FCF** +$10 million
  - **Payments for taxes related to net share settlement** -$5 million

- **Net leverage:** Ended the quarter with net leverage ~0.9X (~1.1X last quarter).

# Investment Thesis

**Strong client base and revenue retention.** TaskUs has over 100 clients across several verticals within the digital economy. In 2020, >99% of revenues came from recurring revenue contracts, and they had a net revenue retention rate of 117%.

**Fast-growth market opportunity.** TaskUs competes in several fast-growth areas of the digital outsourcing market. The company estimates the Digital Customer Experience market is growing at a 20-25% CAGR, Content Security market is growing at a 40-50% CAGR, and AI Operations market is growing at a 20% CAGR.

**Successful founder-led management team.** Bryce Maddock (CEO) and Jaspar Weir (President) co-founded TaskUs in 2008 with an initial concept to provide virtual assistants working from the Philippines (first office was a small place above a mechanic shop). Since then, the company has grown to >35,600 employees serving >100 clients across many fast-growth verticals.

**Strong margin profile.** Given the company's digital focus, we expect adjusted EBITDA margins to be ~23% by 2023E. The continued mix shift towards digital and higher-margin services will also benefit margins over time.

**Clean balance sheet.** As of the end of Q4-21, the company had net leverage of ~0.9X. We expect the company to maintain a clean balance sheet and low leverage profile over time.

# ESG Considerations

**Environmental:** TaskUs prioritizes environmental sustainability with projects such as a paperless initiative, solar home kit distribution in the Philippines, coral planting and beach clean ups.

**Social:** TaskUs diversity strategy originates in education and action by hiring from marginalized and disadvantages groups, making contributions to their local communities, sparking Diversity & Inclusion dialogues and creating employee resource groups. The company was recognized in 2019 by Investors in People, winning the Social Responsibility Award.

**Governance:** TaskUs believes that their board of directors provides a wide range of skills and experiences to effectively satisfy its oversight responsibilities. In accordance with their emphasis on sustainability and diversity, the board also has an ESG committee to oversee environmental and social matter strategy.

**Property of Baird. Please contact Baird for permission to share.**

March 1, 2022  |  **TaskUs, Inc.**

# Risks & Caveats

**Client concentration.** Client concentration remains reasonably high with the top 10 clients representing ~60% of revenue (as of 2021). However, concentration has come down from 74% of 2019 revenue from the top 10 clients. The company's largest client (Facebook) represents ~27% of revenue and the second largest client (DoorDash) represents ~11% of revenue.

**Pricing pressure and labor inflation.** The company participates in a highly competitive industry from both a direct competitor standpoint and an end-market perspective. As such, pricing pressures and labor inflation are always areas of concern.

**Scrutiny around Content Moderation.** TaskUs reviews and disposes user/advertiser content to remove or label policy violating, offensive, or misleading content. While they have developed and enforce their Content Security policies, this work is subject to press and/or regulatory scrutiny in addition to the well-being of employees doing this work.

**Economic sensitivity.** While a majority of their customer care volume is digital (96% as of 2020), economic weakness can translate into lower call volumes and customer interactions. In addition, economic impacts, such as COVID, can also impact certain client volume (ex: certain verticals) and labor capacity.

**Changes in technology preferences.** Client expectations around digital offerings and technology solutions may change over time, thus requiring TaskUs to further invest in expanding their offerings. In addition, competitors may invest into digital offerings to offer services/technologies that are more attractive to customers.

**Potential legislative risks.** The company could be subject to potential new labor laws that may differ across different geographies. In addition, TaskUs is subject to privacy and data security regulations relating to how they handle sensitive and confidential information.

# Company Description

TaskUs provides digital outsourcing services and provides three main service offerings, including Digital Customer Experience (~62% of revenue), Content Security (~22% of revenue), and AI Operations (~14% of revenue). With ~40,100 employees, the company provides services in 18 delivery centers across 8 countries.

Property of Baird. Please contact Baird for permission to share.

1013

TaskUs

David J. Koning, CFA / Senior Research Analyst / (414) 298-7494 / dkoning@rwbaird.com
Robert W. Bamberger, CFA / Senior Associate / (414) 298-5094 / rbamberger@rwbaird.com
Patrick A. Schulz, CFA / Research Associate / (414) 298-6218 / pschulz@rwbaird.com
Robert W. Baird & Co., Inc.

**Fiscal Year End: December**

($million)

| | 2017 | 2018 | 2019 | 2020 | Q1-21 | Q2-21 | Q3-21 | Q4-21 | 2021 | Q1-22E | Q2-22E | Q3-22E | Q4-22E | 2022E | Q1-23E | Q2-23E | Q3-23E | Q4-23E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | 117.3 | 254.2 | 359.7 | 478.0 | 152.9 | 180.0 | 201.1 | 226.8 | 760.7 | 230.1 | 241.2 | 251.3 | 272.1 | 994.7 | 283.0 | 296.7 | 316.7 | 342.9 | 1,239.2 |
| *Revenue Growth %* | 47% | 117% | 41% | 33% | 49% | 57% | 64% | 63% | 59% | 51% | 34% | 25% | 20% | 31% | 23% | 23% | 26% | 26% | 25% |
| *Organic Revenue Growth %* | | 117% | 41% | 33% | 49% | 57% | 64% | 63% | 59% | 51% | 34% | 25% | 20% | 31% | 23% | 23% | 26% | 26% | 25% |
| *Seq Growth %* | | | | | 10% | 18% | 12% | 13% | | 1% | 5% | 4% | 8% | | 4% | 5% | 7% | 8% | |
| **Cost of Services** | 58.2 | 127.8 | 194.8 | 270.5 | 88.0 | 103.8 | 112.4 | 127.5 | 431.7 | 130.0 | 137.5 | 143.3 | 155.1 | 565.8 | 159.3 | 168.2 | 179.5 | 194.7 | 701.8 |
| *% of Revenue* | 49.6% | 50.3% | 54.2% | 56.6% | 57.6% | 57.7% | 55.9% | 56.2% | 56.8% | 56.5% | 57.0% | 57.0% | 57.0% | 56.9% | 56.3% | 56.7% | 56.7% | 56.8% | 56.6% |
| *Growth % yoy* | | 120% | 52% | 39% | 42% | 62% | 72% | 61% | 60% | 48% | 32% | 27% | 22% | 31% | 23% | 22% | 25% | 26% | 24% |
| *Seq Growth %* | | | | | 11% | 18% | 8% | 13% | | 2% | 6% | 4% | 8% | | 3% | 6% | 7% | 8% | |
| **Gross Profit** | 59.1 | 126.4 | 164.9 | 207.5 | 64.8 | 76.2 | 88.6 | 99.3 | 329.0 | 100.1 | 103.7 | 108.1 | 117.0 | 428.9 | 123.7 | 128.5 | 137.1 | 148.1 | 537.4 |
| *% of Revenue* | 50.4% | 49.7% | 45.8% | 43.4% | 42.4% | 42.3% | 44.1% | 43.8% | 43.2% | 43.5% | 43.0% | 43.0% | 43.0% | 43.1% | 43.7% | 43.3% | 43.3% | 43.2% | 43.4% |
| *Growth % yoy* | | 114% | 30% | 26% | 60% | 52% | 55% | 67% | 59% | 54% | 36% | 22% | 18% | 30% | 24% | 24% | 27% | 27% | 25% |
| *Seq Growth %* | | | | | 9% | 18% | 16% | 12% | | 1% | 4% | 4% | 8% | | 6% | 4% | 7% | 8% | |
| **Stock Comp** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.8 | 19.2 | 21.4 | 46.4 | 21.4 | 19.0 | 18.5 | 18.0 | 76.9 | 16.0 | 15.5 | 15.0 | 14.5 | 61.0 |
| *% of Revenue* | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 3.2% | 9.6% | 9.4% | 6.1% | 9.3% | 7.9% | 7.4% | 6.6% | 7.7% | 5.7% | 5.2% | 4.7% | 4.2% | 4.9% |
| *Growth %* | | | | | | | | | 229% | | -4% | -19% | -16% | 66% | -25% | -18% | -19% | -19% | -21% |
| **Core SG&A Expense (ex-stock comp)** | 38.1 | 78.9 | 90.6 | 113.5 | 31.5 | 172.0 | 41.1 | 48.8 | 288.9 | 48.3 | 48.7 | 48.8 | 53.6 | 199.4 | 58.0 | 58.5 | 59.8 | 65.1 | 241.5 |
| *% of Revenue* | 32.5% | 31.0% | 25.2% | 23.7% | 20.6% | 95.6% | 20.4% | 21.5% | 38.0% | 21.0% | 20.2% | 19.4% | 19.7% | 20.0% | 20.5% | 19.7% | 18.9% | 19.0% | 19.5% |
| *Growth %* | | 107% | 15% | 25% | 22% | 569% | 28% | 63% | 155% | 53% | -72% | 19% | 10% | -31% | 20% | 20% | 23% | 22% | 21% |
| **Total SG&A Expense** | 38.1 | 78.9 | 90.6 | 113.5 | 31.5 | 177.8 | 60.3 | 65.7 | 335.3 | 69.7 | 67.7 | 67.3 | 71.6 | 276.3 | 74.0 | 74.0 | 74.8 | 79.6 | 302.5 |
| *% of Revenue* | 32.5% | 31.0% | 25.2% | 23.7% | 20.6% | 98.8% | 30.0% | 29.0% | 44.1% | 30.3% | 28.1% | 26.8% | 26.3% | 27.8% | 26.2% | 24.9% | 23.6% | 23.2% | 24.4% |
| *Growth %* | | 107% | 15% | 25% | 22% | 592% | 87% | 120% | 195% | 121% | -62% | 11% | 9% | -18% | 6% | 9% | 11% | 11% | 9% |
| **Depreciation** | 7.1 | 12.2 | 16.3 | 20.2 | 6.2 | 6.7 | 7.4 | 8.7 | 29.0 | 9.1 | 9.5 | 9.9 | 10.3 | 38.7 | 10.8 | 11.3 | 11.8 | 12.3 | 46.1 |
| *% of Revenue* | 6.1% | 4.8% | 4.5% | 4.2% | 4.1% | 3.7% | 3.7% | 3.8% | 3.8% | 3.9% | 3.9% | 3.9% | 3.8% | 3.9% | 3.8% | 3.8% | 3.7% | 3.6% | 3.7% |
| *Growth %* | | 72% | 33% | 23% | 32% | 16% | 101% | 46% | 44% | 46% | 41% | 33% | 18% | 33% | 19% | 19% | 19% | 19% | 19% |
| Amortization of Intangible Assets | 0.0 | 4.7 | 18.8 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 |
| Loss (Gain) on Disposal of Assets | 0.0 | 0.6 | 2.2 | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Contingent Consideration | | | | 3.6 | | | | | | | | | | | | | | | |
| **Operating Income** | 13.9 | 30.0 | 36.9 | 50.3 | 22.4 | -113.0 | 16.1 | 20.2 | -54.3 | 16.6 | 21.8 | 26.2 | 30.4 | 95.0 | 34.2 | 38.5 | 45.8 | 51.5 | 169.9 |
| *Margin %* | 11.8% | 11.8% | 10.2% | 10.5% | 14.7% | -62.8% | 8.0% | 8.9% | -7.1% | 7.2% | 9.0% | 10.4% | 11.2% | 9.6% | 12.1% | 13.0% | 14.5% | 15.0% | 13.7% |
| *Growth %* | | 116% | 23% | 37% | 308% | -1181% | -1% | 12% | -208% | -26% | -119% | 63% | 50% | -275% | 106% | 77% | 75% | 69% | 79% |
| **EBITDA** | 21.4 | 45.6 | 72.1 | 90.9 | 32.6 | -99.9 | 27.1 | 33.7 | (6.6) | 30.4 | 36.0 | 40.8 | 45.4 | 152.6 | 49.7 | 54.5 | 62.3 | 68.5 | 234.9 |
| *Margin %* | 18.3% | 18.0% | 20.0% | 19.0% | 21.3% | -55.5% | 13.5% | 14.9% | -0.9% | 13.2% | 14.9% | 16.2% | 16.7% | 15.3% | 17.5% | 18.4% | 19.7% | 20.0% | 19.0% |
| *Growth %* | | 113% | 58% | 26% | 141% | -552% | 12% | 8% | -107% | -7% | -136% | 51% | 35% | -2421% | 63% | 51% | 53% | 51% | 54% |
| **Other (Income) Loss** | -0.4 | 1.3 | -2.0 | -1.6 | 0.8 | -1.7 | 1.2 | -0.1 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Financing Expense** | 0.3 | 2.0 | 9.3 | 7.5 | 1.6 | 1.6 | 1.6 | 1.7 | 6.5 | 1.5 | 1.5 | 1.5 | 1.5 | 6.1 | 1.5 | 1.5 | 1.5 | 1.5 | 5.9 |
| **Income Before Tax** | 14.0 | 26.6 | 29.5 | 44.4 | 20.1 | -113.0 | 13.3 | 18.6 | -61.0 | 15.1 | 20.3 | 24.7 | 28.9 | 88.9 | 32.7 | 37.0 | 44.3 | 50.0 | 164.0 |
| *Margin %* | 12.0% | 10.5% | 8.2% | 9.3% | 13.1% | -62.7% | 6.6% | 8.2% | -8.0% | 6.5% | 8.4% | 9.8% | 10.6% | 8.9% | 11.5% | 12.5% | 14.0% | 14.6% | 13.2% |
| *Growth %* | | 90% | 11% | 50% | 982% | -1272% | -5% | -1% | -237% | -25% | -118% | 86% | 55% | -246% | 117% | 83% | 79% | 73% | 84% |
| **Provision for Income Tax** | 5.0 | -5.6 | -4.4 | 9.9 | 3.6 | -7.0 | 1.7 | -0.5 | -2.3 | 2.7 | 3.6 | 4.4 | 5.2 | 16.0 | 6.5 | 7.4 | 8.9 | 10.0 | 32.8 |
| *Tax Rate %* | 35.8% | -20.9% | -14.9% | 22.3% | 17.7% | 6.2% | 12.5% | -2.5% | 3.7% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| **Net Income** | 9.0 | 32.2 | 33.9 | 34.5 | 16.5 | -105.9 | 11.6 | 19.1 | -58.7 | 12.3 | 16.6 | 20.2 | 23.7 | 72.9 | 26.1 | 29.6 | 35.4 | 40.0 | 131.2 |
| *Net Margin %* | 7.7% | 12.7% | 9.4% | 7.2% | 10.8% | -58.9% | 5.8% | 8.4% | -7.7% | 5.4% | 6.9% | 8.1% | 8.7% | 7.3% | 9.2% | 10.0% | 11.2% | 11.7% | 10.6% |
| *Growth %* | | 257% | 5% | 2% | 990% | -1423% | 2% | 41% | -270% | -25% | -116% | 74% | 24% | -224% | 112% | 78% | 75% | 69% | 80% |
| **GAAP EPS** | | | 3.70 | 3.76 | 1.80 | (1.14) | 0.11 | 0.17 | (0.73) | 0.11 | 0.15 | 0.18 | 0.21 | 0.66 | 0.23 | 0.26 | 0.32 | 0.36 | 1.17 |
| *Growth %* | | | | 2% | 990% | -1406% | -15% | 17% | -119% | -94% | NM | 71% | 23% | NM | 110% | 77% | 73% | 67% | 78% |
| **Shares** | | | 9.2 | 9.2 | 93.0 | | 109.4 | 110.5 | 80.5 | 110.7 | 110.8 | 111.1 | 111.3 | 111.0 | 111.6 | 111.8 | 112.1 | 112.4 | 112.0 |
| *Growth %* | | | | 0% | 0% | 1% | 19% | 20% | 778% | 1106% | 19% | 1% | 1% | 38% | 1% | 1% | 1% | 1% | 1% |

### Adjusted EPS Reconciliation

| | 2017 | 2018 | 2019 | 2020 | Q1-21 | Q2-21 | Q3-21 | Q4-21 | 2021 | Q1-22E | Q2-22E | Q3-22E | Q4-22E | 2022E | Q1-23E | Q2-23E | Q3-23E | Q4-23E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GAAP EBITDA** | 21.4 | 45.6 | 72.1 | 90.9 | 32.6 | (99.9) | 27.1 | 33.7 | (6.6) | 30.4 | 36.0 | 40.8 | 45.4 | 152.6 | 49.7 | 54.5 | 62.3 | 68.5 | 234.9 |
| Transaction Expenses/Offering Costs | 0.0 | 9.5 | 0.0 | 0.9 | 3.3 | 2.4 | 0.5 | 0.7 | 7.0 | | | | | 0.0 | | | | | 0.0 |
| Other Expenses (Income) | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 | | | | | 0.0 | | | | | 0.0 |
| COVID-related expenses | | | | 7.5 | 2.4 | 3.7 | 0.0 | 0.0 | 6.1 | | | | | 0.0 | | | | | 0.0 |
| Severance | 0.0 | 0.0 | 0.0 | 2.6 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| Facilities Restructuring | 0.0 | 0.0 | 0.0 | 1.8 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| Contingent Consideration | 0.0 | 0.0 | 0.0 | 3.6 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| Phantom share bonus | | | | | | 129.4 | 0.0 | | 129.4 | | | | | 0.0 | | | | | 0.0 |
| IPO bonus | | | | | | 4.4 | 0.0 | | 4.4 | | | | | 0.0 | | | | | 0.0 |
| Stock Compensation | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.8 | 19.2 | 21.4 | 46.4 | 21.4 | 19.0 | 18.5 | 18.0 | 76.9 | 16.0 | 15.5 | 15.0 | 14.5 | 61.0 |
| Natural Disaster (Texas) | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | | | | 0.4 | | | | | 0.0 | | | | | 0.0 |
| Bad Debts | 0.0 | 0.0 | 0.0 | 0.0 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| Fx (Gains) Losses | (0.4) | 1.3 | (2.0) | (1.5) | 0.8 | (1.4) | 1.3 | 0.3 | 0.8 | | | | | 0.0 | | | | | 0.0 |
| Loss (Gain) on Disposal of Assets | 0.0 | 0.6 | 2.2 | 1.1 | 0.0 | 0.0 | 0.0 | (0.0) | 0.1 | | | | | 0.0 | | | | | 0.0 |
| 2019 Settlement of Credit Facility | 0.0 | 0.0 | 0.0 | 0.0 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| 2018 Settlement of Credit Facility | 0.0 | 0.0 | 2.0 | 0.0 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| **Adjusted EBITDA** | 21.0 | 56.9 | 74.2 | 106.9 | 39.5 | 44.1 | 48.1 | 56.2 | 187.9 | 51.8 | 55.0 | 59.3 | 63.4 | 229.5 | 65.7 | 70.0 | 77.3 | 83.0 | 295.9 |
| *Margin %* | 17.9% | 22.4% | 20.6% | 22.4% | 25.9% | 24.5% | 23.9% | 24.8% | 24.7% | 22.5% | 22.8% | 23.6% | 23.3% | 23.1% | 23.2% | 23.6% | 24.4% | 24.2% | 23.9% |
| *Growth %* | | 171% | 30% | 44% | 126% | 67% | 60% | 70% | 76% | 31% | 25% | 23% | 13% | 22% | 27% | 27% | 30% | 31% | 29% |
| **D&A** | 7.1 | 12.2 | 16.3 | 20.2 | 6.2 | 6.7 | 7.4 | 8.7 | 29.0 | 9.1 | 9.5 | 9.9 | 10.3 | 38.7 | 10.8 | 11.3 | 11.8 | 12.3 | 46.1 |
| **Adjusted EBIT** | 13.9 | 44.7 | 57.9 | 86.7 | 33.3 | 37.4 | 40.7 | 47.5 | 158.9 | 42.7 | 45.5 | 49.4 | 53.1 | 190.7 | 54.9 | 58.7 | 65.5 | 70.7 | 249.8 |
| *Margin %* | 11.8% | 17.6% | 16.1% | 18.1% | 21.8% | 20.8% | 20.2% | 20.9% | 20.9% | 18.6% | 18.9% | 19.7% | 19.5% | 19.2% | 19.4% | 19.8% | 20.7% | 20.6% | 20.2% |
| *Growth %* | | 222% | 30% | 50% | 162% | 82% | 54% | 76% | 83% | 28% | 22% | 22% | 12% | 20% | 29% | 29% | 32% | 33% | 31% |
| **Financing Expense** | 0.3 | 2.0 | 9.3 | 7.5 | 1.6 | 1.6 | 1.6 | 1.7 | 6.5 | 1.5 | 1.5 | 1.5 | 1.5 | 6.1 | 1.5 | 1.5 | 1.5 | 1.5 | 5.9 |
| **Adjusted Pretax Income** | 13.6 | 42.7 | 48.6 | 79.2 | 31.8 | 35.8 | 39.0 | 45.8 | 152.4 | 41.1 | 44.0 | 47.9 | 51.6 | 184.6 | 53.4 | 57.2 | 64.0 | 69.2 | 243.8 |
| Provision for Income Tax | 5.0 | (5.6) | (4.4) | 9.9 | 3.6 | (7.0) | 1.7 | (0.5) | (2.3) | 2.7 | 3.6 | 4.4 | 5.2 | 16.0 | 6.5 | 7.4 | 8.9 | 10.0 | 32.8 |
| Tax Adjustments | | 15.9 | 0.0 | 0.0 | | 11.4 | 4.6 | 9.2 | 25.2 | 3.2 | 2.9 | 2.8 | 2.7 | 11.5 | 2.4 | 2.3 | 2.3 | 2.2 | 9.2 |
| **Adjusted Provision for Income Tax** | 5.0 | 10.3 | (4.4) | 9.9 | 3.6 | 4.4 | 6.3 | 8.7 | 23.0 | 5.9 | 6.5 | 7.2 | 7.9 | 27.5 | 8.9 | 9.7 | 11.1 | 12.2 | 41.9 |
| *Tax Rate %* | 36.8% | 24.1% | -9.1% | 12.5% | 11.2% | 12.3% | 16.1% | 19.0% | 15.1% | 14.4% | 14.8% | 15.1% | 15.3% | 14.9% | 16.7% | 17.0% | 17.4% | 17.6% | 17.2% |
| **Adjusted Net Income** | 8.6 | 32.4 | 53.0 | 69.4 | 28.2 | 31.4 | 32.8 | 37.1 | 129.4 | 35.2 | 37.5 | 40.7 | 43.7 | 157.1 | 44.4 | 47.5 | 52.9 | 57.0 | 201.9 |
| *Margin %* | 7.3% | 12.7% | 14.7% | 14.5% | 18.4% | 17.4% | 16.3% | 16.3% | 17.0% | 15.3% | 15.5% | 16.2% | 16.1% | 15.8% | 15.7% | 16.0% | 16.7% | 16.6% | 16.3% |
| *Growth %* | | 276% | 64% | 31% | 177% | 85% | 47% | 85% | 87% | 25% | 19% | 24% | 18% | 21% | 26% | 27% | 30% | 31% | 29% |
| **Adjusted EPS** | | | | 0.76 | 0.27 | 0.32 | 0.30 | 0.34 | 1.26 | 0.32 | 0.34 | 0.37 | 0.39 | 1.42 | 0.40 | 0.42 | 0.47 | 0.51 | 1.80 |
| *Growth %* | | | | | 74% | 24% | 54% | 67% | 17% | 5% | 22% | 17% | 12% | 25% | 26% | 29% | 29% | 27% | |
| **FCF/Share** | | | | 0.33 | 0.29 | -0.08 | -1.14 | 0.09 | -0.90 | 0.27 | 0.28 | 0.31 | 0.28 | 1.14 | 0.32 | 0.34 | 0.35 | 0.35 | 1.36 |
| *Growth %* | | | | | | -169% | | | -375% | -5% | -456% | -127% | 213% | -226% | 19% | 21% | 15% | 25% | 20% |
| *Conversion* | | | | 43% | 106% | -24% | -379% | 27% | -71% | 85% | 82% | 84% | 72% | 80% | 81% | 79% | 74% | 70% | 76% |
| **Diluted Shares** | | | | 91.7 | 104.1 | 97.6 | 109.4 | 110.5 | 102.3 | 110.7 | 110.8 | 111.1 | 111.3 | 111.0 | 111.6 | 111.8 | 112.1 | 112.4 | 112.0 |
| *Growth %* | | | | | | 6% | 19% | 20% | 12% | 6% | 14% | 1% | 1% | 8% | 1% | 1% | 1% | 1% | 1% |

Property of Baird. Please contact Baird for permission to share.

1014

**TaskUs**



**Balance Sheet Assumptions**

Fiscal Year End: December

($million)

David J. Koning, CFA / Senior Research Analyst / (414) 298-7494 / dkoning@rwbaird.com

Robert W. Bamberger, CFA / Senior Associate / (414) 298-5094 / rbamberger@rwbaird.com

Patrick A. Schulz, CFA / Research Associate / (414) 298-6218 / pschulz@rwbaird.com

Robert W. Baird & Co., Inc.

| ASSETS | 2017 | 2018 | 2019 | 2020 | Q1-21 | Q2-21 | Q3-21 | Q4-21 | 2021 | Q1-22E | Q2-22E | Q3-22E | Q4-22E | 2022E | Q1-23E | Q2-23E | Q3-23E | Q4-23E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current Assets:** | | | | | | | | | | | | | | | | | | | |
| Cash | 19.3 | 25.3 | 37.5 | 107.7 | 135.5 | 195.9 | 61.3 | 63.6 | 63.6 | 71.3 | 82.1 | 95.3 | 106.4 | 106.4 | 124.0 | 143.7 | 165.7 | 188.5 | 188.5 |
| Accounts Receivable | 25.6 | 45.0 | 58.0 | 87.8 | 91.8 | 127.9 | 157.6 | 162.9 | 162.9 | 165.3 | 173.3 | 180.5 | 195.5 | 195.5 | 203.3 | 213.1 | 227.5 | 246.3 | 246.3 |
| Other Receivables | 0.3 | 0.1 | 0.1 | 0.1 | 0.4 | 0.4 | 0.7 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 |
| Prepaid Expenses | 2.2 | 4.7 | 10.2 | 13.0 | 11.6 | 9.7 | 8.7 | 10.9 | 10.9 | 11.1 | 11.6 | 12.1 | 13.1 | 13.1 | 13.7 | 14.3 | 15.3 | 16.5 | 16.5 |
| Income Tax Receivable | 0.0 | 0.0 | 1.7 | 1.6 | 0.0 | 0.0 | 2.2 | 3.9 | 3.9 | 3.9 | 4.1 | 4.3 | 4.6 | 4.6 | 4.8 | 5.1 | 5.4 | 5.8 | 5.8 |
| Other Current Assets | 1.1 | 0.1 | 0.6 | 1.1 | 0.6 | 2.5 | 2.7 | 4.4 | 4.4 | 4.5 | 4.7 | 4.9 | 5.3 | 5.3 | 5.5 | 5.8 | 6.2 | 6.7 | 6.7 |
| **Total Current Assets** | **48.5** | **75.1** | **108.1** | **211.3** | **239.9** | **336.4** | **233.2** | **246.3** | **246.3** | **256.7** | **276.5** | **297.7** | **325.5** | **325.5** | **351.9** | **382.6** | **420.6** | **464.5** | **464.5** |
| | | | | | | | | | | | | | | | | | | | |
| Property, Plant and Equipment | 17.6 | 34.0 | 45.1 | 57.0 | 57.0 | 63.1 | 72.1 | 80.0 | 80.0 | 84.8 | 89.8 | 95.0 | 101.0 | 101.0 | 107.2 | 113.7 | 120.9 | 129.2 | 129.2 |
| Deferred Tax Assets | 0.1 | 0.0 | 0.1 | 0.6 | 0.6 | 0.6 | 0.5 | 1.4 | 1.4 | 1.5 | 1.5 | 1.6 | 1.7 | 1.7 | 1.8 | 1.9 | 2.0 | 2.2 | 2.2 |
| Intangibles | 0.0 | 278.0 | 259.1 | 240.3 | 235.6 | 230.9 | 226.2 | 221.4 | 221.4 | 216.7 | 212.0 | 207.3 | 202.6 | 202.6 | 197.9 | 193.2 | 188.5 | 183.8 | 183.8 |
| Goodwill | 0.0 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 |
| Other Non-Current Assets | 2.9 | 2.5 | 2.5 | 2.6 | 2.9 | 3.0 | 3.7 | 5.0 | 5.0 | 5.1 | 5.3 | 5.6 | 6.0 | 6.0 | 6.3 | 6.6 | 7.0 | 7.6 | 7.6 |
| **Total Assets** | **69.0** | **585.4** | **610.7** | **707.5** | **731.6** | **829.6** | **731.5** | **750.0** | **750.0** | **760.5** | **780.9** | **802.9** | **832.6** | **832.6** | **860.9** | **893.7** | **934.9** | **983.1** | **983.1** |
| | | | | | | | | | | | | | | | | | | | |
| **LIABILITIES AND EQUITY** | | | | | | | | | | | | | | | | | | | |
| **Current Liabilities:** | | | | | | | | | | | | | | | | | | | |
| Accounts Payable and Accrued Liabilities | 8.1 | 15.1 | 24.3 | 41.9 | 38.8 | 43.5 | 44.8 | 40.9 | 40.9 | 41.5 | 43.5 | 45.3 | 49.1 | 49.1 | 51.0 | 53.5 | 57.1 | 61.8 | 61.8 |
| Accrued Payroll and Employee-Related Liabilities | 6.4 | 13.9 | 17.1 | 22.0 | 30.6 | 171.7 | 43.9 | 36.7 | 36.7 | 37.2 | 39.0 | 40.6 | 44.0 | 44.0 | 45.8 | 48.0 | 51.2 | 55.4 | 55.4 |
| Current Portion of Long-Term Debt | 9.6 | 0.5 | 2.4 | 46.0 | 47.3 | 48.5 | 49.8 | 51.1 | 51.1 | 52.6 | 54.1 | 56.6 | 59.1 | 59.1 | 61.6 | 64.1 | 66.6 | 69.1 | 69.1 |
| Current Portion of Income Tax Payable | 0.7 | 1.7 | 0.0 | 0.0 | 3.4 | 1.6 | 2.2 | 2.4 | 2.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred Revenue | 2.1 | 2.3 | 2.1 | 4.7 | 5.6 | 5.8 | 6.8 | 4.1 | 4.1 | 4.2 | 4.4 | 4.5 | 4.9 | 4.9 | 5.1 | 5.4 | 5.7 | 6.2 | 6.2 |
| Deferred Rent | 0.3 | 0.6 | 1.0 | 0.2 | 0.1 | 0.3 | 0.4 | 0.7 | 0.7 | 0.7 | 0.8 | 0.8 | 0.9 | 0.9 | 0.9 | 1.0 | 1.0 | 1.1 | 1.1 |
| **Total Current Liabilities** | **27.2** | **34.1** | **46.9** | **114.8** | **125.7** | **271.4** | **147.9** | **135.9** | **135.9** | **136.2** | **141.8** | **147.9** | **158.0** | **158.0** | **164.5** | **171.9** | **181.7** | **193.7** | **193.7** |
| | | | | | | | | | | | | | | | | | | | |
| Income Tax Payable | 2.1 | 1.9 | 1.7 | 3.0 | 3.0 | 3.0 | 3.0 | 2.9 | 2.9 | 2.9 | 3.1 | 3.2 | 3.5 | 3.5 | 3.6 | 3.8 | 4.0 | 4.4 | 4.4 |
| Long-Term Debt | 1.9 | 82.7 | 204.9 | 198.8 | 196.3 | 193.5 | 191.0 | 187.2 | 187.2 | 185.0 | 182.8 | 178.1 | 173.4 | 173.4 | 168.7 | 164.0 | 159.3 | 154.6 | 154.6 |
| Deferred Rent | 1.7 | 1.8 | 1.8 | 2.2 | 2.3 | 2.6 | 2.7 | 2.7 | 2.7 | 2.8 | 2.9 | 3.0 | 3.3 | 3.3 | 3.4 | 3.6 | 3.8 | 4.2 | 4.2 |
| Accrued Payroll and Employee-Related Liabilities | 0.0 | 0.0 | 0.0 | 2.6 | 2.6 | 2.6 | 2.6 | 1.8 | 1.8 | 1.8 | 1.9 | 2.0 | 2.2 | 2.2 | 2.3 | 2.4 | 2.5 | 2.7 | 2.7 |
| Other Long-Term Payable | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred Tax Liabilities | 0.9 | 66.2 | 57.5 | 50.9 | 50.9 | 40.5 | 41.2 | 40.2 | 40.2 | 40.2 | 40.2 | 40.2 | 40.2 | 40.2 | 40.2 | 40.2 | 40.2 | 40.2 | 40.2 |
| **Total Liabilities** | **33.9** | **186.6** | **313.2** | **372.4** | **380.9** | **513.6** | **388.5** | **370.9** | **370.9** | **369.1** | **372.8** | **374.6** | **380.6** | **380.6** | **382.7** | **386.0** | **391.7** | **399.8** | **399.8** |
| | | | | | | | | | | | | | | | | | | | |
| **Total Stockholders' Equity** | **35.1** | **398.7** | **297.5** | **335.1** | **350.8** | **316.0** | **343.0** | **379.1** | **379.1** | **391.5** | **408.1** | **428.3** | **452.0** | **452.0** | **478.1** | **507.8** | **543.2** | **583.2** | **583.2** |
| | | | | | | | | | | | | | | | | | | | |
| **Total Liabilities and Equity** | **69.0** | **585.4** | **610.7** | **707.5** | **731.6** | **829.6** | **731.5** | **750.0** | **750.0** | **760.5** | **780.9** | **802.9** | **832.6** | **832.6** | **860.9** | **893.7** | **934.9** | **983.1** | **983.1** |

| Leverage and Liquidity | 2017 | 2018 | 2019 | 2020 | Q1-21 | Q2-21 | Q3-21 | Q4-21 | 2021 | Q1-22E | Q2-22E | Q3-22E | Q4-22E | 2022E | Q1-23E | Q2-23E | Q3-23E | Q4-23E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash/Investments | 19.3 | 25.3 | 37.5 | 107.7 | 135.5 | 195.9 | 61.3 | 63.6 | 63.6 | 71.3 | 82.1 | 95.3 | 106.4 | 106.4 | 124.0 | 143.7 | 165.7 | 188.5 | 188.5 |
| Debt | 11.6 | 83.1 | 207.3 | 244.8 | 243.6 | 242.0 | 240.9 | 238.4 | 238.4 | 237.7 | 237.0 | 234.8 | 232.6 | 232.6 | 230.4 | 228.2 | 226.0 | 223.8 | 223.8 |
| Net Cash (Debt) | 7.7 | (57.8) | (169.8) | (137.0) | (108.1) | (46.1) | (179.5) | (174.8) | (174.8) | (166.3) | (154.9) | (139.5) | (126.2) | (126.2) | (106.3) | (84.5) | (60.3) | (35.3) | (35.3) |
| Net Cash (Debt) per share | | | | | | | | | | | | | | | | | | | |
| TTM EBITDA | 21.0 | 56.9 | 74.2 | 106.9 | 129.0 | 146.7 | 164.7 | 187.9 | 187.9 | 200.1 | 211.0 | 222.2 | 229.5 | 229.5 | 243.4 | 258.4 | 276.3 | 295.9 | 295.9 |
| Net Debt/TTM EBITDA | (0.37) | 1.0 | 2.3 | 1.3 | 0.8 | 0.3 | 1.1 | 0.9 | 0.9 | 0.8 | 0.7 | 0.6 | 0.6 | 0.6 | 0.4 | 0.3 | 0.2 | 0.1 | 0.1 |
| Net Leverage (per company) | | 1.0 | 2.3 | 1.3 | 0.8 | 0.3 | 1.1 | 0.9 | 0.9 | | | | | | | | | | |
| Debt/Capital | 25% | 17% | 41% | 42% | 41% | 43% | 41% | 39% | 39% | 38% | 37% | 35% | 34% | 34% | 33% | 31% | 29% | 28% | 28% |
| Net Working Capital | 1.9 | 15.8 | 23.7 | (11.3) | (21.3) | (130.9) | 24.0 | 46.8 | 46.8 | 49.2 | 52.6 | 54.5 | 61.1 | 61.1 | 63.4 | 67.0 | 73.2 | 82.3 | 82.3 |
| Current Ratio | 1.8 | 2.2 | 2.3 | 1.8 | 1.9 | 1.2 | 1.6 | 1.8 | 1.8 | 1.9 | 1.9 | 2.0 | 2.1 | 2.1 | 2.1 | 2.2 | 2.3 | 2.4 | 2.4 |

| DuPont Formula | 2017 | 2018 | 2019 | 2020 | Q1-21 | Q2-21 | Q3-21 | Q4-21 | 2021 | Q1-22E | Q2-22E | Q3-22E | Q4-22E | 2022E | Q1-23E | Q2-23E | Q3-23E | Q4-23E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Margin | 7.7% | 12.7% | 9.4% | 7.2% | 10.8% | -58.9% | 5.8% | 8.4% | -7.7% | 5.4% | 6.9% | 8.1% | 8.7% | 7.3% | 9.2% | 10.0% | 11.2% | 11.7% | 10.6% |
| Asset Turnover | 1.7 | 0.4 | 0.6 | 0.7 | 0.8 | 0.9 | 1.1 | 1.2 | 1.0 | 1.2 | 1.2 | 1.3 | 1.3 | 1.2 | 1.3 | 1.3 | 1.4 | 1.4 | 1.3 |
| Leverage | 2.0 | 1.5 | 2.1 | 2.1 | 2.1 | 2.6 | 2.1 | 2.0 | 2.0 | 1.9 | 1.9 | 1.9 | 1.8 | 1.8 | 1.8 | 1.8 | 1.7 | 1.7 | 1.7 |
| Return on Equity | 25.7% | 8.1% | 11.4% | 10.3% | 18.8% | -134.1% | 13.6% | 20.2% | -15.5% | 12.6% | 16.3% | 18.9% | 21.0% | 16.1% | 21.9% | 23.3% | 26.1% | 27.4% | 22.5% |

Date:    3/1/22

**Baird**

Property of Baird. Please contact Baird for permission to share.

12

**TaskUs**

BAIRD

**Cash Flow Assumptions**
**Fiscal Year End: December**

David J. Koning, CFA / Senior Research Analyst / (414) 298-7494 / dkoning@rwbaird.com
Robert W. Bamberger, CFA / Senior Associate / (414) 298-5094 / rbamberger@rwbaird.com
Patrick A. Schulz, CFA / Research Associate / (414) 298-6218 / pschulz@rwbaird.com
Robert W. Baird & Co., Inc.

($million)

| | 2017 | 2018 | 2019 | 2020 | Q1-21 | Q2-21 | Q3-21 | Q4-21 | 2021 | Q1-22E | Q2-22E | Q3-22E | Q4-22E | 2022E | Q1-23E | Q2-23E | Q3-23E | Q4-23E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Income** | 9.0 | 32.2 | 33.9 | 34.5 | 16.5 | (105.9) | 11.6 | 19.1 | (58.7) | 12.3 | 16.6 | 20.2 | 23.7 | 72.9 | 26.1 | 29.6 | 35.4 | 40.0 | 131.2 |
| **D&A** | 7.1 | 16.9 | 35.2 | 39.0 | 10.9 | 11.4 | 12.1 | 13.4 | 47.9 | 13.8 | 14.2 | 14.6 | 15.0 | 57.6 | 15.5 | 16.0 | 16.5 | 17.0 | 65.0 |
| Depreciation | 7.1 | 12.2 | 16.3 | 20.2 | 6.2 | 6.7 | 7.4 | 8.7 | 29.0 | 9.1 | 9.5 | 9.9 | 10.3 | 38.7 | 10.8 | 11.3 | 11.8 | 12.3 | 46.1 |
| Amortization of Intangibles | 0.0 | 4.7 | 18.8 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 |
| **Other** | 1.2 | (7.4) | (5.1) | (2.6) | 2.2 | (4.4) | 24.5 | 18.6 | 40.9 | 22.3 | 20.0 | 19.5 | 19.1 | 80.9 | 17.1 | 16.7 | 16.2 | 15.8 | 65.9 |
| Share-Based Comp | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.8 | 19.2 | 21.2 | 46.2 | 21.4 | 19.0 | 18.5 | 18.0 | 76.9 | 16.0 | 15.5 | 15.0 | 14.5 | 61.0 |
| Bad Debt Expense | 0.1 | 0.1 | 0.1 | 2.2 | 0.2 | 0.2 | 0.2 | 0.4 | 1.1 | 0.8 | 0.9 | 0.9 | 1.0 | 3.5 | 1.0 | 1.1 | 1.1 | 1.2 | 4.3 |
| Loss (Gain) on Disposal of Assets | 0.0 | 0.6 | 2.2 | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Amortization of Loan Discounts | 0.0 | 0.1 | 2.5 | 0.5 | 0.1 | 0.1 | 0.1 | 0.1 | 0.5 | 0.1 | 0.1 | 0.1 | 0.1 | 0.6 | 0.1 | 0.1 | 0.1 | 0.1 | 0.6 |
| Unrealized FX losses for Forward Contracts | | | (1.1) | 0.1 | 1.8 | (0.1) | 4.1 | (1.3) | 4.6 | | | | | 0.0 | | | | | 0.0 |
| Deferred Taxes | 1.1 | (8.2) | (8.8) | (6.5) | 0.0 | (10.5) | 0.8 | (1.8) | (11.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Changes in Working Capital** | (3.4) | (64.3) | (20.2) | (12.0) | 10.3 | 104.7 | (157.4) | (20.4) | (62.8) | (4.7) | (5.7) | (5.3) | (10.0) | (25.7) | (5.7) | (7.0) | (9.8) | (12.6) | (35.1) |
| Accounts Receivable | | | (13) | (32.0) | (6.1) | (35.1) | (29.4) | (5.6) | (76.2) | (3.2) | (8.9) | (8.1) | (15.9) | (36.1) | (8.8) | (10.9) | (15.4) | (20.0) | (55.1) |
| Other Current Assets | | | (4) | (3.8) | 1.6 | (6.0) | (0.4) | (3.9) | (8.6) | (0.3) | (0.9) | (0.9) | (1.8) | (3.8) | (0.9) | (1.2) | (1.7) | (2.2) | (6.0) |
| Other Assets | | | (0) | (0.1) | (0.3) | (0.1) | (0.8) | (1.2) | (2.4) | (0.1) | (0.3) | (0.3) | (0.6) | (1.3) | (0.3) | (0.4) | (0.6) | (0.7) | (2.0) |
| Accounts Payable | | | (2) | 13.5 | 0.5 | 5.1 | (0.7) | (0.3) | 4.5 | 0.6 | 2.0 | 1.8 | 3.7 | 8.2 | 2.0 | 2.5 | 3.6 | 4.7 | 12.8 |
| Other Current Liability | | | (1) | 8.1 | 8.8 | 141.8 | (126.0) | (8.1) | 16.5 | (1.8) | 2.0 | 1.8 | 3.8 | 5.9 | 2.0 | 2.5 | 3.7 | 4.8 | 12.9 |
| Other Non-Current Liability/Inc Tax Payable | | | 0 | 2.2 | 5.0 | (1.7) | (1.5) | (0.8) | 1.0 | 0.1 | 0.4 | 0.3 | 0.7 | 1.5 | 0.4 | 0.5 | 0.7 | 0.9 | 2.3 |
| Deferred Revenue | | | | | 0.7 | 0.4 | 1.0 | (0.9) | 1.3 | | | | | | | | | | |
| Deferred Rent | | | | | 0.2 | 0.3 | 0.3 | 0.4 | 1.2 | | | | | | | | | | |
| **Cash Flow from Operations** | 13.9 | (22.5) | 43.8 | 58.9 | 39.9 | 5.8 | (109.1) | 30.7 | (32.7) | 43.8 | 45.1 | 49.1 | 47.8 | 185.7 | 53.0 | 55.3 | 58.4 | 60.2 | 226.9 |
| Purchase of Property/Equipment | (10.4) | (22.9) | (20.0) | (28.9) | (10.1) | (13.3) | (15.2) | (20.8) | (59.4) | (13.8) | (14.5) | (15.1) | (16.3) | (59.7) | (17.0) | (17.8) | (19.0) | (20.6) | (74.4) |
| **Free Cash Flow** | 3.5 | (45.4) | 23.8 | 30.0 | 29.8 | (7.6) | (124.2) | 10.0 | (92.0) | 30.0 | 30.6 | 34.0 | 31.4 | 126.0 | 36.0 | 37.5 | 39.4 | 39.7 | 152.6 |
| Acquisitions | 0.0 | (298.9) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Payment to Acquire Non-Controlling Interest in Subsidiary | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net Free Cash Flow** | 3.5 | (344.3) | 23.8 | 30.0 | 29.8 | (7.6) | (124.2) | 10.0 | (92.0) | 30.0 | 30.6 | 34.0 | 31.4 | 126.0 | 36.0 | 37.5 | 39.4 | 39.7 | 152.6 |
| **Adjusted FCF/Share** | | | | | 0.29 | (0.08) | (1.14) | 0.09 | (0.90) | 0.27 | 0.28 | 0.31 | 0.28 | 1.14 | 0.32 | 0.34 | 0.35 | 0.35 | 1.36 |
| % of Adjusted EPS | | | | | 106% | -24% | -379% | 27% | -71% | 85% | 82% | 84% | 72% | 80% | 81% | 79% | 74% | 70% | 76% |
| Total Capex % of revs | 8.8% | 9.0% | 5.6% | 6.0% | 6.6% | 7.4% | 7.5% | 9.2% | 7.8% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% |

Date:    3/1/22

**Baird**

13

Property of Baird. Please contact Baird for permission to share.

1016

**March 1, 2022**  |  **TaskUs, Inc.**

# Appendix - Important Disclosures and Analyst Certification

Approved on 01 March 2022 06:14EST/ Published on 01 March 2022 06:19EST.



2 Robert W. Baird & Co. Incorporated and/or its affiliates managed or co-managed a public offering of securities of TaskUs, Inc. in the past 12 months.

3 Robert W. Baird & Co. Incorporated and/or its affiliates have received investment banking compensation from TaskUs, Inc. in the past 12 months.

1 Robert W. Baird & Co. Incorporated makes a market in the securities of TASK.

Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Please contact a Baird representative for more information.

**Investment Ratings: Outperform (O)** - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. **Neutral (N)** - Expected to perform in line with the broader U.S. equity market over the next 12 months. **Underperform (U)** - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.

**Risk Ratings: L - Lower Risk** – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings. **A - Average Risk** – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. **H - Higher Risk** – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. **S - Speculative Risk** – High growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.

**Valuation, Ratings and Risks.** The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.

**Distribution of Investment Ratings.** As of February 28, 2022, Baird U.S. Equity Research covered 749 companies, with 65% rated Outperform/Buy, 34% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 20% of Outperform/Buy-rated, 8% of Neutral/Hold-rated and 14% Underperform/Sell-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.

**Analyst Compensation.** Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; (4) compliance with all of Baird's internal policies and procedures; and (5) other considerations, such as Baird's assessment of the prevailing market rates for talent in the sector the research

**Property of Baird. Please contact Baird for permission to share.**

1017

**March 1, 2022  |  TaskUs, Inc.**

analyst covers, but excluding the analyst's contributions to Baird's investment banking services activities. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research Oversight Committee. Analyst compensation is derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/third-party-research-disclosures.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

**Analyst Certification**

The research analyst primarily responsible for the preparation of this research report certifies that the views expressed in this research report and/or financial model accurately reflect such research analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

**Disclaimers**

**Baird prohibits analysts from owning stock in companies they cover.**

This is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed here reflect our judgment at this date and are subject to change. The information has been obtained from sources we consider to be reliable, but we cannot guarantee the accuracy.

**ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST**

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

**Other Disclosures**

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In our standard company-specific research reports, the subject company may be designated as a "Fresh Pick", representing that the research analyst believes the company to be a high-conviction investment idea based on a subjective review of one or more fundamental or quantitative factors until an expiration date specified by the analyst but not to exceed nine months. The Fresh Pick designation and specified expiration date will be displayed in standard company-specific research reports on the company until the occurrence of the expiration date or such time as the analyst removes the Fresh Pick designation from the company in a subsequent, standard company-specific research report. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird disseminates its research reports to all clients simultaneously by posting such reports to Baird's password-protected client portal, https://bol.rwbaird.com/Login("BairdOnline"). All clients may access BairdOnline and at any time. All clients are advised to check BairdOnline for Baird's most recent research reports. After research reports are posted to BairdOnline, such reports may be emailed to clients, based on, among other things, client interest, coverage, stock ownership and indicated email preferences, and electronically distributed to certain third-party research aggregators, who may make such reports available to entitled clients on password-protected, third-party websites. Not all research reports posted to BairdOnline will be emailed to clients or electronically distributed to such research aggregators. To request access to Baird Online, please visit https://bol.rwbaird.com/Login/RequestInstLogin or contact your Baird representative.

**Dividend Yield.** As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

**United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.**

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like

**Baird**                                                                                                            15

Property of Baird. Please contact Baird for permission to share.

1018

**March 1, 2022**   |   **TaskUs, Inc.**

further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to, and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK. For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

**Copyright 2022 Robert W. Baird & Co. Incorporated**

This information is prepared for the use of Baird clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Baird. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this information (including any investment ratings, estimates or price targets) without first obtaining expressed permission from an authorized officer of Baird.

Ask the analyst a question                    Click here to unsubscribe

**Property of Baird. Please contact Baird for permission to share.**

1019

**BTIG**

APPLICATION SOFTWARE EQUITY RESEARCH

# TaskUs, Inc.
# (TASK, Buy, $60 PT)

March 1, 2022

## 4Q Beats, Strong FY22 Guide Looks Conservative. Reit. Buy, PT to $60

Matt VanVliet, CFA
(212) 738-6160   mvanvliet@btig.com

**WHAT YOU SHOULD KNOW:** On Monday, February 28th AMC, TaskUs reported 4Q21 results well above estimates for revenue and margins, highlighted by 63% revenue growth and 24.8% adj. EBITDA margins. Revenue was very strong across the entire business and paves the way for further growth in 2022 and beyond, in our view. Additionally, the company is rapidly expanding within the current customer base, with >$1mn customers +57% y/y to 72 and >$10mn +100% to 16. We remain very confident in the LT growth story, but are adjusting our PT to $60 to reflect current market multiples.

- **International headcount growth underpins the value of TASK.** International headcount grew double-digits q/q and 29% from 2Q21, which drove revenue delivered internationally 15% q/q and 65% y/y in 4Q21. TASK continues to scale its operations in India (now with ~6k employees in under 3 years), Mexico, Japan, Malaysia and the Philippines, along with new offices in Poland and Romania.

- **Growth momentum continues with all segments and delivery geographies.** Digital Customer Experience revenue of $148.1mn was up 69% y/y (vs. 64% last qtr.), Content Security revenue of $44.6mn was up 23% y/y, and the AI Services business had $34.1mn of revenue, up 128% y/y. The acceleration in the Digital CX revenue highlights the broad demand and consistent expansion within the customer base.

- **2022 guide looks pretty conservative with minimal growth from largest customer amid geographic rationalization.** The company is projecting FY22 revenue of $980mn–$1.0bn (29%–31.5% growth) and EBITDA margins of ~23% vs. 24.7% in FY21 (1Q22 rev. growth of 50%–52% and EBITDA margins of 22.5%). The key parallel story was also the commentary that the company's largest customer (25% of 4Q21 revenue vs. 32% in 4Q20) is going through a significant geographic optimization that will see a major portion of the US-based workforce moved off-shore and will likely result in essentially flat revenue y/y. That said, during the planning of the process, TASK subsequently won two new SOWs covering headcount of several hundred at the customer. We believe there could still be upside during the year from a revenue perspective along with the long-term margin benefits of the move off-shore, but for now the guidance includes an implied growth headwind, projecting closer to 40% growth for the remaining 75% of revenue.

- Total Service Revenue of $226.8mn, +63% y/y, above BTIG/Street at $217mn/$216mn and guide of $213mn–$217mn.

- Gross Margin of 43.8%, down 50 bps y/y, vs. BTIG/Street at 44.3%/43.7%.

- Op. Income of $47.0mn, +81% y/y, vs. BTIG/Street at $42.1mn/$41.5mn.

- Op. Margin of 20.7%, up 200 bps y/y, vs. BTIG/Street at 19.4%/19.2%.

- Adj. EBITDA of $56.2mn (+70% y/y), vs. BTIG/Street at $50.3mn/$49mn and guide of $46.9mn–$50.6mn (24.8% margin vs. BTIG/Street at 23.2%/22.7%)

- EPS of $0.34 ($0.28 in 4Q20) vs. BTIG/Street at $0.36/$0.34 – $(0.07) taxes were vs. our estimate

- CFFO of $30.8mn, up from $20.6mn in prior year, driving FCF of $10.0mn vs. BTIG/Street at $37.1mn/$44.9mn

- **Valuation:** Our $60 price target is based on shares trading at 30x EV/2022 EBITDA.

PLEASE READ: IMPORTANT DISCLOSURES AND ANALYST'S CERTIFICATION APPEAR IN APPENDIX        WWW.BTIG.COM

| Company Data | |
|---|---|
| Closing Price | $28.72 |
| Price Target | $60.00 |
| Market Cap (M) | $3,173.96 |
| Enterprise Value (M) | $3,274.14 |
| Shares Out (M) | 110.51 |
| Avg Daily Vol-3 Months (M) | 1.17 |

| Revisions | | |
|---|---|---|
| | Previous | Current |
| Rating | Buy | Buy |
| Price Target | $70.00 | $60.00 |
| FY22E EPS | 1.21 | 1.20 |
| FY23E EPS | 1.48 | 1.44 |
| FY22E REV | 970.00 | 1,000.00 |
| FY23E REV | 1,190.00 | 1,250.00 |

| EPS (Adjusted) | | | |
|---|---|---|---|
| FY Dec | 2021A | 2022E | 2023E |
| Q1 | 0.37 | 0.28 | 0.32 |
| Q2 | 0.32 | 0.29 | 0.34 |
| Q3 | 0.30 | 0.30 | 0.37 |
| Q4 | 0.34 | 0.33 | 0.41 |
| FY EPS | 1.33 | 1.20 | 1.44 |
| FY P/E | 21.6x | 23.9x | 19.9x |

| Revenue (M) | | | |
|---|---|---|---|
| FY Dec | 2021A | 2022E | 2023E |
| Q1 | 152.87 | 232.00 | 285.00 |
| Q2 | 180.02 | 240.00 | 300.00 |
| Q3 | 201.05 | 255.00 | 320.00 |
| Q4 | 226.76 | 273.00 | 345.00 |
| FY REV | 760.70 | 1,000.00 | 1,250.00 |
| FY EV/S | 4.3x | 3.3x | 2.6x |
| FY P/S | 4.2x | 3.2x | 2.5x |

Source: FactSet, BTIG Estimates and Company Documents reported as $ currency.
**FY** = Fiscal Year **CY** = Calendar Year

**BTIG**

APPLICATION SOFTWARE EQUITY RESEARCH

## Investment Thesis

TaskUs is one of the leading tech-enabled services organizations for the high tech industry, providing key functionality and scale across customer experience and success, content security and compliance, and an emerging AI enablement practice. The majority of its customer base are digital-native, technology providers that are disrupting major global verticals; TaskUs provides the headcount and processes for important high-touch, manual workflows supporting those organizations' core tech ops and key value drivers. Growth for TaskUs is tightly correlated to the growth of its customers, driven by expanded scope of existing projects from organic growth as well as new contracts with existing and net-new customers. The high value of the projects delivered generates a strong margin profile relative to other competitors that compete more aggressively on cost reduction and leverage through scale rather than expertise.

## Upcoming Catalysts

Geographic expansion in Europe, Latin America, and additional areas of North America.

Increased regulatory scrutiny of tech firms resulting in additional usage of third-party services to ensure objectivity and compliance with various regulations.

## Base Case Assumptions: $60 Price Target

Maintaining nearly 25% growth over the next few years from ongoing success in net revenue expansion at existing customers.

Improving margin trends and solid FCF generation.

Mid-single-digit net-new logo growth.

## Upside Scenario

Reacceleration of net revenue retention with greater expansion at existing customers and minimal churn.

Increased net-new logo growth from ongoing regulatory burden and increased focus on digital CX initiatives.

Revenue growth remains above 30% for several years, resulting in outsized EBITDA margin gains and better FCF conversion.

## Downside Scenario

Contract reductions and limited expansion deals at existing customers causes net revenue retention rates to dip, resulting in margin compression.

Net-new logo growth slows amid increased competition from global systems integrators being more aggressive around price and packaged offerings.

## Price Performance



Source: FactSet

## Company Description

TaskUs is a leading digital outsourcer, focused on serving high-growth technology companies. The company helps its clients support their end-customers' needs in an increasingly-complex compliance landscape, by handling critical tasks in the digital world. As of December 31, 2020, TaskUs had over 100 clients spanning numerous industry segments within the Digital Economy, including social media, e-commerce, gaming, streaming media, food delivery and ride-sharing, HiTech, FinTech and HealthTech.

**BTIG**

**APPLICATION SOFTWARE EQUITY RESEARCH**

### TaskUs (TASK) – Actual vs. BTIG Estimates
($000s, except per share data) 4Q21

| | Actual | Estimate | $ Δ | % Δ |
|---|---|---|---|---|
| Total Revenue | $226,757 | $217,000 | $9,757 | 4.5% |
| Total COGS | $127,485 | $120,869 | $6,616 | 5.5% |
| Gross Profit | $99,272 | $96,131 | $3,141 | 3.3% |
| R&D | $8,684 | $8,029 | $655 | 8.2% |
| G&A | $43,572 | $46,004 | ($2,432) | (5.3%) |
| Operating Income | $47,016 | $42,098 | $4,918 | 11.7% |
| Interest & Other | $1,242 | $1,800 | ($558) | (31.0%) |
| EBT | $45,774 | $40,298 | $5,476 | 13.6% |
| Taxes | $8,712 | $0 | $8,712 | NM |
| Net Income | $37,062 | $40,298 | ($3,236) | (8.0%) |
| Non-GAAP EPS | $0.34 | $0.36 | ($0.02) | (5.6%) |
| Adj. EBITDA | $56,156 | $50,327 | $5,829 | 11.6% |
| FCF/share | $0.09 | $0.33 | ($0.24) | (73.0%) |
| Gross Margin | 43.8% | 44.3% | (0.5%) | |
| R&D | 3.8% | 3.7% | 0.1% | |
| S&M | 0.0% | 0.0% | 0.0% | |
| G&A | 19.2% | 21.2% | (2.0%) | |
| Operating Margin | 20.7% | 19.4% | 1.3% | |
| Adj. EBITDA | 24.8% | 23.2% | 1.6% | |
| Tax rate | 19.0% | 0.0% | 19.0% | |
| Net Margin | 16.3% | 18.6% | (2.2%) | |

Source: Company reports, BTIG Research estimates

### TaskUs (TASK) – Q/Q and Y/Y Comparisons
($000s, except per share data)

| | 4Q21 | % of Revs. | 3Q21 | Q/Q Growth | 4Q20 | Y/Y Growth |
|---|---|---|---|---|---|---|
| Total Revenue | $226,757 | NM | $201,053 | 12.8% | $138,792 | 63.4% |
| Total COGS | $127,485 | 56.2% | $112,423 | 13.4% | $79,215 | 60.9% |
| Gross Profit | $99,272 | 43.8% | $88,630 | 12.0% | $59,578 | 66.6% |
| R&D | $8,684 | 3.8% | $7,422 | 17.0% | $5,930 | 46.4% |
| G&A | $43,572 | 19.2% | $45,243 | (3.7%) | $26,659 | 63.4% |
| Operating Income | $47,016 | 20.7% | $35,965 | 30.7% | $26,023 | 80.7% |
| Interest & Other | $1,242 | 0.5% | $1,552 | (20.0%) | $644 | 92.8% |
| EBT | $45,774 | 20.2% | $34,413 | 33.0% | $25,378 | 80.4% |
| Taxes | $8,712 | 3.8% | $1,656 | 426.1% | $5,354 | NM |
| Net Income | $37,062 | 16.3% | $32,757 | 13.1% | $20,024 | 85.1% |
| Non-GAAP EPS | $0.34 | NM | $0.30 | 13.3% | $0.28 | 21.4% |
| Adj. EBITDA | $56,156 | 24.8% | $48,100 | 16.7% | $32,953 | 70.4% |
| FCF/share | $0.09 | NM | ($1.14) | (108.0%) | $0.17 | (47.8%) |
| Gross Margin | 43.8% | | 44.1% | (30) | 42.9% | 85 |
| R&D | 3.8% | | 3.7% | 14 | 4.3% | (44) |
| S&M | 0.0% | | 0.0% | - | 5.2% | (519) |
| G&A | 19.2% | | 22.5% | (329) | 19.2% | 1 |
| Operating Margin | 20.7% | | 17.9% | 285 | 18.7% | 198 |
| Adj. EBITDA | 24.8% | | 23.9% | 84 | 23.7% | 102 |
| Tax rate | 19.0% | | 4.8% | 1,422 | 21.1% | (207) |
| Net Margin | 16.3% | | 16.3% | 5 | 14.4% | 192 |

Source: Company reports

### TaskUs (TASK) – Model Adjustments

| ($000s, except per share data) | 1Q22E Current | 1Q22E Previous | 1Q22E Change | FY22E Current | FY22E Previous | FY22E Change | FY23E Current | FY23E Previous | FY23E Change |
|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | $232,000 | $222,000 | $10,000 | $1,000,000 | $970,000 | $30,000 | $1,250,000 | $1,190,000 | $60,000 |
| Total COGS | $131,312 | $124,542 | $6,770 | $566,341 | $544,653 | $21,687 | $702,680 | $662,797 | $39,883 |
| Gross Profit | $100,688 | $97,458 | $3,230 | $433,660 | $425,347 | $8,312 | $547,320 | $527,203 | $20,117 |
| R&D | $8,932 | $8,436 | $496 | $38,356 | $38,386 | ($30) | $52,500 | $49,980 | $2,520 |
| G&A | $48,952 | $47,064 | $1,888 | $206,293 | $201,870 | $4,423 | $255,405 | $243,157 | $12,248 |
| Operating Income | $42,804 | $41,958 | $846 | $189,011 | $185,091 | $3,919 | $239,415 | $234,066 | $5,349 |
| Interest & Other | $1,300 | $1,300 | $0 | $5,200 | $5,200 | $0 | $5,200 | $5,200 | $0 |
| EBT | $41,504 | $40,658 | $846 | $183,811 | $179,891 | $3,919 | $234,215 | $228,866 | $5,349 |
| Taxes | $10,791 | $9,758 | $1,033 | $49,301 | $43,174 | $6,127 | $65,580 | $54,928 | $10,652 |
| Net Income | $30,713 | $30,900 | ($187) | $134,509 | $136,717 | ($2,208) | $168,635 | $173,938 | ($5,303) |
| Non-GAAP EPS | $0.28 | $0.28 | $0.00 | $1.20 | $1.21 | ($0.01) | $1.44 | $1.48 | ($0.04) |
| Adj. EBITDA | $52,136 | $50,894 | $1,242 | $228,967 | $225,477 | $3,489 | $293,515 | $286,046 | $7,469 |
| FCF/share | $0.14 | $0.22 | ($0.08) | $0.70 | $0.92 | ($0.22) | $0.88 | $1.13 | ($0.26) |
| Gross Margin | 43.4% | 43.9% | (0.5%) | 43.4% | 43.9% | (0.5%) | 43.8% | 44.3% | (0.5%) |
| R&D | 3.9% | 3.8% | 0.1% | 3.8% | 4.0% | (0.1%) | 4.2% | 4.2% | 0.0% |
| S&M | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| G&A | 21.1% | 21.2% | (0.1%) | 20.6% | 20.8% | (0.2%) | 20.4% | 20.4% | (0.0%) |
| Operating Margin | 18.5% | 18.9% | (0.5%) | 18.9% | 19.1% | (0.2%) | 19.2% | 19.7% | (0.5%) |
| Adj. EBITDA | 22.5% | 22.9% | (0.5%) | 22.9% | 23.2% | (0.3%) | 23.5% | 24.0% | (0.6%) |
| Tax rate | 26.0% | 24.0% | 2.0% | 26.8% | 24.0% | 2.8% | 28.0% | 24.0% | 4.0% |
| Net Margin | 13.2% | 13.9% | (0.7%) | 13.5% | 14.1% | (0.6%) | 13.5% | 14.6% | (1.1%) |

Source: Company reports, BTIG Research estimates



## APPLICATION SOFTWARE EQUITY RESEARCH

**BTIG | RESEARCH & STRATEGY**

### Application Software
Analyst: Matt VanVliet, CFA 212-738-6160

| Company Name | Rating | Ticker | Price 2/28/22 | Net Cash/Sh | TEV ($mn) | TEV/Sales 20A | 21E | 22E | Rev Growth 19A-'20A | 20A-'21E | 21E-'22E | Oper. Margin 20A | 21E | 22E | P/E 20A | 21E | 22E | P/FCF 20A | 21E | 22E | EV/EBITDA 20A | 21E | 22E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TaskUs | B | TASK | $28.72 | ($1.54) | $3,344 | 7.0x | 4.4x | 3.3x | 32.9% | 59.1% | 31.5% | 17.9% | 20.2% | 18.9% | 28.4x | 21.6x | 23.9x | 65.2x | NA | 40.9x | 32.4x | 17.8x | 14.6x |
| Accenture | NR | ACN | $316.02 | $7.23 | $199,258 | 4.3x | 3.8x | 3.4x | 6.6% | 13.6% | 11.3% | 14.8% | 15.4% | 16.1% | 41.1x | 34.1x | 30.5x | 25.6x | 23.3x | 22.6x | 23.0x | 20.1x | 18.2x |
| Cognizant | NR | CTSH | $86.13 | $0.23 | $45,356 | 2.7x | 2.5x | 2.3x | -0.8% | 10.8% | 6.9% | 12.7% | 15.3% | 16.0% | 25.2x | 21.3x | 19.5x | 16.1x | 22.6x | 19.2x | 16.1x | 13.3x | 12.3x |
| EPAM Systems | NR | EPAM | $207.75 | $17.86 | $11,206 | 4.2x | 3.1x | 2.4x | 15.9% | 37.8% | 26.3% | 17.8% | 18.5% | 19.2% | 32.7x | 24.7x | 20.0x | 25.5x | 86.6x | 26.5x | 21.3x | 15.8x | 12.5x |
| ExlService | NR | EXLS | $120.79 | $1.46 | $4,104 | 4.3x | 3.8x | 3.4x | -3.3% | 14.2% | 10.0% | 11.5% | 14.9% | 15.4% | 34.3x | 27.2x | 25.9x | 25.9x | 38.8x | 28.8x | 21.7x | 17.6x | 16.7x |
| Genpact | NR | G | $41.84 | ($6.73) | $9,339 | 2.5x | 2.3x | 2.1x | 5.4% | 7.6% | 9.7% | 11.8% | 12.8% | 13.3% | 19.7x | 17.5x | 15.7x | 16.1x | 16.8x | 16.2x | 13.7x | 12.5x | 11.5x |
| Grid Dynamics | NR | GDYN | $12.15 | $1.25 | $593 | 5.3x | 3.1x | 2.6x | -5.8% | 70.8% | 22.3% | 8.7% | 17.2% | 14.6% | 81.0x | 40.5x | 34.7x | NA | NA | NA | 47.3x | 18.5x | 14.7x |
| Globant | NR | GLOB | $274.00 | $8.90 | $11,045 | 13.6x | 8.9x | 7.0x | 23.5% | 53.1% | 27.4% | 15.2% | 17.2% | 17.1% | NA | 85.2x | 60.7x | NA | NA | NA | 73.1x | 45.2x | 35.1x |
| Perficient | NR | PRFT | $101.90 | ($4.07) | $3,589 | 5.9x | 4.9x | 4.3x | 8.2% | 20.6% | 13.7% | 9.0% | 14.3% | 17.8% | 40.6x | 30.9x | 26.8x | NA | NA | NA | 31.6x | 23.3x | 20.1x |
| WNS ADR | NR | WNS | $82.63 | $0.42 | $4,061 | 4.6x | 4.2x | 3.7x | 0.9% | 9.8% | 12.6% | 15.8% | 16.1% | 16.6% | 29.1x | 27.0x | 23.6x | 22.5x | 26.0x | 23.9x | 18.9x | 17.4x | 15.5x |
| Wipro ADR | NR | WIT | $7.29 | $0.41 | $37,674 | 4.6x | 3.8x | 3.3x | 2.3% | 20.7% | 15.4% | 19.0% | 18.2% | 18.2% | 30.5x | 24.7x | 23.4x | 26.0x | 30.0x | 23.9x | 19.7x | 16.8x | 14.7x |
| Appen Ltd. | NR | APX-AU | $7.54 | $0.64 | $850 | 1.4x | 1.5x | 1.4x | 11.9% | -7.0% | 12.2% | 12.8% | 11.1% | 10.2% | NA | NA | NA | NA | 15.7x | 15.0x | 7.9x | 8.7x | 7.4x |
| Teleperformance | NR | TEP-FR | $331.90 | ($25.89) | $21,324 | 3.7x | 3.1x | 2.8x | 7.0% | 21.8% | 8.1% | 10.4% | 13.0% | 14.2% | NA | NA | NA | 39.3x | 31.0x | 25.5x | 19.4x | 14.5x | 13.2x |
| Telus | NR | TU | $25.24 | ($10.61) | $48,715 | 4.0x | 3.6x | 3.4x | 10.2% | 10.4% | 6.8% | 16.6% | 17.4% | 16.7% | 31.4x | 29.5x | 25.4x | 28.1x | 59.0x | 32.8x | 10.8x | 10.1x | 9.3x |
| TTEC | NR | TTEC | $79.50 | ($16.52) | $4,552 | 2.3x | 2.0x | 1.8x | 18.6% | 15.8% | 9.9% | 12.4% | 10.9% | 11.7% | 22.6x | 18.2x | 16.4x | NA | 17.7x | 16.5x | 15.0x | 12.9x | 11.7x |
| TDCX, Inc. (ADR) | NR | TDCX | $15.10 | ($1.21) | $2,014 | NA | 4.9x | 3.8x | NA | NA | 28.1% | #N/A | 24.4% | 23.2% | NA | NA | NA | NA | NA | NA | NA | 15.2x | 12.4x |
| **Business Services Group** | | | | | Median: | 4.4x | 3.8x | 3.3x | 3.8% | 17.4% | 13.1% | 13.8% | 15.7% | 16.4% | 32.7x | 27.1x | 24.7x | 25.5x | 26.0x | 23.9x | 21.5x | 17.5x | 15.1x |
| | | | | | Mean: | 5.2x | 4.0x | 3.4x | 5.3% | 25.9% | 15.6% | 13.6% | 16.0% | 16.4% | 37.1x | 33.3x | 28.1x | 22.5x | 34.9x | 23.0x | 28.6x | 20.1x | 17.1x |

B = Buy, N = Neutral, S = Sell, NR = Not Rated

Source: Company data, FactSet, BTIG estimates



**TaskUs**
**Statement of Income**
**$000, except per-share data**

BTIG
Matt VanVliet, CFA
212-738-6160

| $000, except per-share data | FY 2017A | FY 2018A | FY 2019A | FY 2020A | Mar-21 1Q21A | Jun-21 2Q21A | Sep-21 3Q21A | Dec-21 4Q21A | FY 2021A | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | FY 2022E | Mar-23 1Q23E | Jun-23 2Q23E | Sep-23 3Q23E | Dec-23 4Q23E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | $117,288 | $254,209 | $359,681 | $478,046 | $152,871 | $180,022 | $201,053 | $226,757 | $760,703 | $232,000 | $240,000 | $255,000 | $273,000 | $1,000,000 | $285,000 | $300,000 | $320,000 | $345,000 | $1,250,000 |
| Cost of Revenue (Non-GAAP) | $58,157 | $127,762 | $194,786 | $270,510 | $88,030 | $103,798 | $112,423 | $127,485 | $431,736 | $131,312 | $136,080 | $144,840 | $154,109 | $566,341 | $160,740 | $168,900 | $179,840 | $193,200 | $702,680 |
| GAAP Gross Profit | $59,131 | $126,447 | $164,895 | $207,536 | $64,841 | $76,224 | $88,630 | $99,272 | $328,967 | $100,688 | $103,920 | $110,160 | $118,892 | $433,660 | $124,260 | $131,100 | $140,160 | $151,800 | $547,320 |
| Non-GAAP Gross Profit | $59,131 | $126,447 | $164,895 | $207,536 | $64,841 | $76,224 | $88,630 | $99,272 | $328,967 | $100,688 | $103,920 | $110,160 | $118,892 | $433,660 | $124,260 | $131,100 | $140,160 | $151,800 | $547,320 |
| Total GAAP Operating Expenses | $45,265 | $96,434 | $128,033 | $157,206 | $42,440 | $189,252 | $72,501 | $79,056 | $383,249 | $79,966 | $81,362 | $84,547 | $88,602 | $334,477 | $95,938 | $98,788 | $103,983 | $109,673 | $408,380 |
| **Non-GAAP Expenses** | | | | | | | | | | | | | | | | | | | |
| Selling, General and Administrative | $38,116 | $78,912 | $90,630 | $100,710 | $25,333 | $32,173 | $45,243 | $43,572 | $146,321 | $48,952 | $49,920 | $52,275 | $55,146 | $206,293 | $59,280 | $61,500 | $65,280 | $69,345 | $255,405 |
| Depreciation | $7,132 | $12,236 | $16,329 | $20,155 | $6,203 | $6,729 | $7,422 | $8,684 | $29,038 | $8,932 | $9,360 | $9,690 | $10,374 | $38,356 | $11,970 | $12,600 | $13,440 | $14,490 | $52,500 |
| Amortization of Intangibles & Other Expenses | $17 | $5,286 | $2,226 | $1,115 | $27 | $0 | $0 | $0 | $27 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Non-GAAP Operating Expenses | $45,265 | $96,434 | $109,185 | $121,980 | $31,563 | $38,902 | $52,665 | $52,256 | $175,386 | $57,884 | $59,280 | $61,965 | $65,520 | $244,649 | $71,250 | $74,100 | $78,720 | $83,835 | $307,905 |
| GAAP Income from Operations | $13,867 | $30,013 | $36,862 | $50,329 | $22,401 | ($113,028) | $16,129 | $20,216 | ($54,282) | $20,722 | $22,558 | $25,613 | $30,289 | $99,182 | $28,323 | $32,313 | $36,178 | $42,128 | $138,940 |
| Non-GAAP Income from Operations | $25,410 | $30,013 | $55,710 | $85,555 | $33,278 | $37,322 | $35,965 | $47,016 | $153,581 | $42,804 | $44,640 | $48,195 | $53,371 | $189,011 | $53,010 | $57,000 | $61,440 | $67,965 | $239,415 |
| Total Interest & Other Expense, net | ($177) | $3,364 | $7,145 | $6,304 | $1,521 | $1,530 | $1,552 | $1,242 | $5,845 | $1,300 | $1,300 | $1,300 | $1,300 | $5,200 | $1,300 | $1,300 | $1,300 | $1,300 | $5,200 |
| Non-GAAP Income Before Tax | $25,587 | $26,650 | $48,566 | $79,251 | $31,757 | $35,792 | $34,413 | $45,774 | $147,736 | $41,504 | $43,340 | $46,895 | $52,071 | $183,811 | $51,710 | $55,700 | $60,140 | $66,665 | $234,215 |
| Provision for Income Taxes (Benefit) | $5,022 | ($5,573) | ($4,411) | $9,886 | $3,559 | ($7,020) | $1,656 | $8,712 | $6,907 | $10,791 | $11,268 | $12,662 | $14,580 | $49,301 | $14,479 | $15,596 | $16,839 | $18,666 | $65,580 |
| GAAP Net Income | $9,022 | $32,223 | $33,940 | $34,533 | $16,507 | ($105,943) | $11,636 | $19,102 | ($58,698) | $8,631 | $9,990 | $11,651 | $14,409 | $44,681 | $12,544 | $15,417 | $18,038 | $22,161 | $68,160 |
| GAAP EPS | $0.16 | $0.56 | $0.56 | $0.54 | $0.24 | ($1.14) | $0.11 | $0.20 | ($0.65) | $0.09 | $0.10 | $0.12 | $0.14 | $0.45 | $0.12 | $0.15 | $0.17 | $0.21 | $0.66 |
| Non-GAAP Net Income | $20,566 | $32,223 | $52,976 | $69,365 | $28,198 | $31,372 | $32,757 | $37,062 | $140,829 | $30,713 | $32,072 | $34,233 | $37,491 | $134,509 | $37,231 | $40,104 | $43,301 | $47,999 | $168,635 |
| Non-GAAP EPS | $0.34 | $0.53 | $0.83 | $1.01 | $0.37 | $0.32 | $0.30 | $0.34 | $1.33 | $0.28 | $0.29 | $0.30 | $0.33 | $1.20 | $0.32 | $0.34 | $0.37 | $0.41 | $1.44 |
| EBITDA | $21,003 | $40,925 | $74,042 | $91,795 | $32,562 | ($99,928) | $27,058 | $33,734 | ($6,574) | $34,766 | $37,030 | $40,415 | $45,775 | $157,987 | $45,405 | $50,025 | $54,730 | $61,730 | $211,888 |
| Adjusted EBITDA | $21,484 | $40,925 | $74,230 | $103,312 | $39,541 | $44,115 | $48,100 | $56,156 | $187,912 | $52,136 | $54,400 | $58,285 | $64,145 | $228,967 | $65,380 | $70,000 | $75,280 | $82,855 | $293,515 |
| Basic Shares Outstanding | 54,939 | 57,921 | 60,365 | 64,145 | 67,533 | 92,957 | 104,826 | 97,344 | 90,665 | 98,344 | 99,344 | 100,344 | 101,344 | 99,844 | 102,344 | 103,344 | 104,344 | 105,344 | 103,844 |
| Diluted Shares Outstanding | 59,073 | 61,229 | 63,249 | 68,064 | 76,520 | 97,557 | 109,426 | 110,514 | 98,504 | 111,514 | 112,514 | 113,514 | 114,514 | 113,014 | 115,514 | 116,514 | 117,514 | 118,514 | 117,014 |
| Total SBC | $0 | $0 | $0 | $0 | $0 | $5,771 | $19,243 | $21,370 | $46,384 | $17,370 | $17,370 | $17,870 | $18,370 | $70,980 | $19,976 | $19,976 | $20,551 | $21,126 | $81,627 |
| y/y Growth | | | | | | | | | | | 201.0% | (7.1%) | (14.0%) | 53.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| Total Amortization of Intangibles | $0 | $0 | $18,848 | $18,848 | $4,712 | $4,712 | $4,711 | $4,712 | $18,847 | $4,712 | $4,712 | $4,712 | $4,712 | $18,848 | $4,712 | $4,712 | $4,712 | $4,712 | $18,848 |
| Total CRA & OTI | $0 | $0 | $188 | $15,984 | $6,979 | $138,272 | ($2,833) | $1,050 | $143,468 | ($2) | ($2) | ($2) | ($2) | ($8) | ($2) | ($2) | ($2) | ($2) | ($8) |
| **As a % of Revenue** | | | | | | | | | | | | | | | | | | | |
| GAAP Gross Margin | 50.4% | 49.7% | 45.8% | 43.4% | 42.4% | 42.3% | 44.1% | 43.8% | 43.2% | 43.4% | 43.3% | 43.2% | 43.6% | 43.4% | 43.6% | 43.7% | 43.8% | 44.0% | 43.8% |
| Non-GAAP Gross Margin | 50.4% | 49.7% | 45.8% | 43.4% | 42.4% | 42.3% | 44.1% | 43.8% | 43.2% | 43.4% | 43.3% | 43.2% | 43.6% | 43.4% | 43.6% | 43.7% | 43.8% | 44.0% | 43.8% |
| Adjusted Gross Margin | 50.4% | 49.7% | 45.8% | 43.4% | 42.4% | 42.3% | 44.1% | 43.8% | 43.2% | 43.4% | 43.3% | 43.2% | 43.6% | 43.4% | 43.6% | 43.7% | 43.8% | 44.0% | 43.8% |
| Selling, General and Administrative | 32.5% | 31.0% | 25.2% | 21.1% | 16.6% | 17.9% | 22.5% | 19.2% | 19.2% | 21.1% | 20.8% | 20.5% | 20.2% | 20.6% | 20.8% | 20.5% | 20.4% | 20.1% | 20.4% |
| Depreciation | 6.1% | 4.8% | 4.5% | 4.2% | 4.1% | 3.7% | 3.7% | 3.8% | 3.8% | 3.9% | 3.9% | 3.8% | 3.8% | 3.8% | 4.2% | 4.2% | 4.2% | 4.2% | 4.2% |
| Non-GAAP Operating Income | 21.7% | 11.8% | 15.5% | 17.9% | 21.8% | 20.7% | 17.9% | 20.7% | 20.2% | 18.5% | 18.6% | 18.9% | 19.6% | 18.9% | 18.6% | 19.0% | 19.2% | 19.7% | 19.2% |
| Tax Rate (Non-GAAP) | 19.6% | (20.9%) | (9.1%) | 12.5% | 11.2% | (19.6%) | 4.8% | 19.0% | 4.7% | 26.0% | 26.0% | 27.0% | 28.0% | 26.8% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% |
| Adj. EBITDA Margin | 18.3% | 16.1% | 20.6% | 21.6% | 25.9% | 24.5% | 23.9% | 24.8% | 24.7% | 22.5% | 22.7% | 22.9% | 23.5% | 22.9% | 22.9% | 23.3% | 23.5% | 24.0% | 23.5% |
| Non-GAAP Net Margin | 17.5% | 12.7% | 14.7% | 14.5% | 18.4% | 17.4% | 16.3% | 16.3% | 18.5% | 13.2% | 13.4% | 13.4% | 13.7% | 13.5% | 13.1% | 13.4% | 13.5% | 13.9% | 13.5% |
| **Growth (y/y)** | | | | | | | | | | | | | | | | | | | |
| Total Revenue | | 116.7% | 41.5% | 32.9% | 49.2% | 57.4% | 64.2% | 63.4% | 59.1% | 51.8% | 33.3% | 26.8% | 20.4% | 31.5% | 22.8% | 25.0% | 25.5% | 26.4% | 25.0% |
| Cost of Revenue | | 119.7% | 52.5% | 38.9% | 42.5% | 61.8% | 72.0% | 60.9% | 59.6% | 49.2% | 31.1% | 28.8% | 20.9% | 31.2% | 22.4% | 24.1% | 24.2% | 25.4% | 24.1% |
| Non-GAAP Gross Profit | | 113.8% | 30.4% | 25.9% | 59.5% | 51.6% | 55.4% | 66.6% | 58.5% | 55.3% | 36.3% | 24.3% | 19.8% | 31.8% | 23.4% | 26.2% | 27.2% | 27.7% | 26.2% |
| General and Administrative | | 127.3% | 14.7% | 29.0% | 22.4% | 775.4% | 131.9% | 189.5% | 268.0% | 167.0% | (62.2%) | 16.2% | 12.0% | (15.6%) | 19.5% | 21.1% | 22.4% | 23.1% | 21.6% |
| Total Operating Expenses | | 113.0% | 32.8% | 22.8% | 20.7% | 375.4% | 77.9% | 90.5% | 143.8% | 88.4% | (57.0%) | 16.6% | 12.1% | (12.7%) | 20.0% | 21.4% | 23.0% | 23.8% | 22.1% |
| Non-GAAP Operating Income | | 18.1% | 85.6% | 53.6% | 161.1% | 81.8% | 37.0% | 80.7% | 79.5% | 28.6% | 19.6% | 34.0% | 13.5% | 23.1% | 23.8% | 27.7% | 27.5% | 27.3% | 26.7% |
| Adjusted EBITDA | | 90.5% | 81.4% | 39.2% | 126.7% | 93.5% | 59.7% | 70.4% | 81.9% | 31.9% | 23.3% | 21.2% | 14.2% | 21.8% | 25.4% | 28.7% | 29.2% | 29.2% | 28.2% |
| Non-GAAP Net Income | | 56.7% | 64.4% | 30.9% | 177.5% | 84.9% | 47.5% | 85.1% | 103.0% | 8.9% | 2.2% | 4.5% | 1.2% | (4.5%) | 21.2% | 25.0% | 26.5% | 28.0% | 25.4% |

Source: Company reports and BTIG Research estimates

APPLICATION SOFTWARE EQUITY RESEARCH



| Balance Sheet - TaskUs | FY 2017A | FY 2018A | FY 2019A | FY 2020A | Mar-21 1Q21A | Jun-21 2Q21A | Sep-21 3Q21A | Dec-21 4Q21A | FY 2021A | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | FY 2022E | Mar-23 1Q23E | Jun-23 2Q23E | Sep-23 3Q23E | Dec-23 4Q23E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $000, except per-share data | | | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | $19,275 | $25,281 | $37,541 | $107,728 | $135,493 | $195,927 | $61,330 | $63,584 | $63,584 | $79,356 | $101,935 | $122,823 | $142,931 | $142,931 | $156,682 | $183,587 | $213,988 | $245,323 | $245,323 |
| Accounts receivable, net | $25,603 | $45,000 | $57,981 | $87,782 | $91,827 | $127,867 | $157,605 | $162,895 | $162,895 | $164,978 | $166,154 | $177,391 | $185,462 | $185,462 | $199,500 | $187,912 | $198,261 | $217,500 | $217,500 |
| Other receivables | $313 | $113 | $112 | $105 | $390 | $439 | $691 | $597 | $597 | $928 | $960 | $1,020 | $1,092 | $1,092 | $1,140 | $1,200 | $1,280 | $1,380 | $1,380 |
| Prepaid expenses | $2,203 | $4,698 | $10,207 | $13,032 | $11,553 | $9,667 | $8,654 | $10,939 | $10,939 | $19,720 | $24,000 | $21,675 | $20,475 | $20,475 | $29,925 | $28,057 | $25,578 | $25,875 | $25,875 |
| Income tax receivable | $0 | $0 | $1,718 | $1,606 | $0 | $0 | $2,232 | $3,863 | $3,863 | $5,349 | $6,644 | $7,911 | $9,166 | $9,166 | $10,770 | $12,978 | $15,806 | $19,506 | $19,506 |
| Other current assets | $1,070 | $56 | $559 | $1,051 | $623 | $2,471 | $2,729 | $4,428 | $4,428 | $4,428 | $4,428 | $4,428 | $4,428 | $4,428 | $4,428 | $4,428 | $4,428 | $4,428 | $4,428 |
| Total current assets | $48,465 | $75,148 | $108,118 | $211,304 | $239,886 | $336,371 | $233,241 | $246,306 | $246,306 | $274,758 | $304,121 | $335,248 | $363,554 | $363,554 | $402,445 | $418,162 | $459,341 | $514,012 | $514,012 |
| Property and equipment, net | $17,609 | $34,038 | $45,076 | $56,957 | $56,974 | $63,060 | $72,143 | $80,046 | $80,046 | $85,034 | $90,074 | $95,684 | $101,690 | $101,690 | $106,820 | $112,220 | $117,980 | $124,190 | $124,190 |
| Deferred tax assets | $81 | $0 | $131 | $585 | $568 | $575 | $539 | $1,441 | $1,441 | $1,441 | $1,441 | $1,441 | $1,441 | $1,441 | $1,441 | $1,441 | $1,441 | $1,441 | $1,441 |
| Intangible assets, net | $0 | $277,988 | $259,142 | $240,295 | $235,583 | $230,871 | $226,160 | $221,448 | $221,448 | $221,448 | $221,448 | $221,448 | $221,448 | $221,448 | $221,448 | $221,448 | $221,448 | $221,448 | $221,448 |
| Goodwill | $0 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 | $195,735 |
| Operating leases | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other non-current assets | $2,877 | $2,471 | $2,475 | $2,630 | $2,899 | $3,006 | $3,714 | $5,022 | $5,022 | $5,022 | $5,022 | $5,022 | $5,022 | $5,022 | $5,022 | $5,022 | $5,022 | $5,022 | $5,022 |
| Total assets | $69,031 | $585,380 | $610,675 | $707,506 | $731,645 | $829,618 | $731,532 | $749,998 | $749,998 | $783,438 | $817,841 | $854,578 | $888,890 | $888,890 | $932,911 | $954,028 | $1,000,967 | $1,061,848 | $1,061,848 |
| Accounts payable and accrued liabilities | $8,086 | $15,129 | $24,252 | $41,935 | $38,758 | $43,494 | $44,767 | $40,890 | $40,890 | $64,444 | $58,667 | $59,500 | $69,767 | $69,767 | $69,667 | $83,333 | $85,333 | $88,167 | $88,167 |
| Accrued payroll and employee-related liabilities | $6,373 | $13,871 | $17,106 | $21,994 | $30,578 | $171,690 | $43,920 | $36,670 | $36,670 | $58,000 | $62,400 | $61,200 | $68,250 | $68,250 | $71,250 | $72,000 | $70,400 | $82,800 | $82,800 |
| Current portion of long-term debt | $9,607 | $450 | $2,431 | $45,984 | $47,296 | $48,510 | $49,822 | $51,135 | $51,135 | $51,135 | $51,135 | $51,135 | $51,135 | $51,135 | $51,135 | $51,135 | $51,135 | $51,135 | $51,135 |
| Income tax payable, current | $705 | $1,746 | $0 | $0 | $3,413 | $1,586 | $2,152 | $2,416 | $2,416 | $4,640 | $4,800 | $6,030 | $5,460 | $5,460 | $5,700 | $6,000 | $7,567 | $6,900 | $6,900 |
| Deferred revenue | $2,137 | $2,292 | $2,107 | $4,711 | $5,586 | $5,810 | $6,847 | $4,095 | $4,095 | $4,873 | $5,604 | $6,445 | $7,154 | $7,154 | $8,370 | $9,625 | $11,069 | $12,508 | $12,508 |
| Deferred rent | $339 | $610 | $959 | $218 | $89 | $303 | $394 | $735 | $735 | $735 | $735 | $735 | $735 | $735 | $735 | $735 | $735 | $735 | $735 |
| Operating lease liabilities | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total current liabilities | $27,247 | $34,097 | $46,856 | $114,842 | $125,720 | $271,393 | $147,902 | $135,941 | $135,941 | $183,827 | $183,341 | $185,045 | $202,500 | $202,500 | $206,856 | $222,828 | $226,240 | $242,244 | $242,244 |
| Income tax payable, non-current | $2,133 | $1,884 | $1,704 | $2,988 | $2,988 | $2,988 | $2,988 | $2,886 | $2,886 | $2,886 | $2,886 | $2,886 | $2,886 | $2,886 | $2,886 | $2,886 | $2,886 | $2,886 | $2,886 |
| Long-term debt | $1,944 | $82,650 | $204,874 | $198,768 | $196,257 | $193,525 | $191,039 | $187,240 | $187,240 | $187,238 | $187,236 | $187,234 | $187,232 | $187,232 | $187,230 | $187,228 | $187,226 | $187,224 | $187,224 |
| Deferred rent, non-current | $1,679 | $1,799 | $1,772 | $2,194 | $2,315 | $2,573 | $2,735 | $2,749 | $2,749 | $2,749 | $2,749 | $2,749 | $2,749 | $2,749 | $2,749 | $2,749 | $2,749 | $2,749 | $2,749 |
| Accrued payroll and employee-related liabilities, non-current | $0 | $0 | $0 | $2,641 | $2,640 | $2,640 | $2,640 | $1,813 | $1,813 | $1,813 | $1,813 | $1,813 | $1,813 | $1,813 | $1,813 | $1,813 | $1,813 | $1,813 | $1,813 |
| Other long-term payables | $0 | $0 | $466 | $0 | $0 | $0 | $0 | $0 | $0 | $11,600 | $12,000 | $15,300 | $19,110 | $19,110 | $14,250 | $15,000 | $19,200 | $24,150 | $24,150 |
| Deferred tax liabilities | $887 | $66,209 | $57,503 | $50,936 | $50,936 | $40,474 | $41,244 | $40,235 | $40,235 | | | | | $0 | | | | | $0 |
| Total liabilities | $33,890 | $186,639 | $313,175 | $372,369 | $380,856 | $513,593 | $388,548 | $370,864 | $370,864 | $390,113 | $390,025 | $395,027 | $416,290 | $416,290 | $415,784 | $432,504 | $440,114 | $461,066 | $461,066 |
| Common stock | $1 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 | $92 |
| Additional paid-in capital | $12,075 | $399,027 | $399,027 | $399,027 | $399,027 | $419,315 | $434,638 | $451,686 | $451,686 | $457,246 | $481,747 | $501,831 | $500,471 | $500,471 | $532,453 | $521,434 | $542,726 | $560,492 | $560,492 |
| Retained earnings | $23,609 | ($871) | ($101,931) | ($67,398) | ($50,891) | | | | $0 | | | | | $0 | | | | | $0 |
| Accumulated comprehensive income | ($544) | $493 | $312 | $3,416 | $2,561 | ($103,382) | ($91,746) | ($72,644) | ($72,644) | ($64,013) | ($54,023) | ($42,372) | ($27,963) | ($27,963) | ($15,419) | ($2) | $18,036 | $40,197 | $40,197 |
| Total stockholders' equity | $35,141 | $398,741 | $297,501 | $335,137 | $350,789 | $316,025 | $342,984 | $379,134 | $379,134 | $393,325 | $427,816 | $459,551 | $472,600 | $472,600 | $517,126 | $521,524 | $560,854 | $600,782 | $600,782 |
| Total liabilities and stockholders' equity | $69,031 | $585,380 | $610,675 | $707,506 | $731,645 | $829,618 | $731,532 | $749,998 | $749,998 | $783,438 | $817,841 | $854,578 | $888,890 | $888,890 | $932,911 | $954,028 | $1,000,967 | $1,061,848 | $1,061,848 |

| | FY 2017A | FY 2018A | FY 2019A | FY 2020A | Mar-21 1Q21A | Jun-21 2Q21A | Sep-21 3Q21A | Dec-21 4Q21A | FY 2021A | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | FY 2022E | Mar-23 1Q23E | Jun-23 2Q23E | Sep-23 3Q23E | Dec-23 4Q23E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calculated Bookings | | $254,364 | $359,497 | $480,649 | $153,746 | $180,246 | $202,090 | $224,005 | $760,087 | $232,778 | $240,731 | $255,841 | $273,709 | $1,003,059 | $286,216 | $301,255 | $321,444 | $346,439 | $1,255,354 |
| Bookings (y/y growth) | | NM | 41.3% | 33.7% | 50.4% | 55.9% | 64.1% | 60.4% | 58.1% | 51.4% | 33.6% | 26.6% | 22.2% | 32.0% | 23.0% | 25.1% | 25.6% | 26.6% | 25.2% |
| TTM Bookings growth (y/y) | | NM | 41.3% | 33.7% | 40.1% | 45.4% | 53.2% | 58.1% | 58.1% | 57.7% | 50.7% | 41.1% | 32.0% | 32.0% | 25.9% | 24.2% | 24.0% | 25.2% | 25.2% |
| Deferred Revenue Growth (y/y) | | 7.2% | (8.0%) | 123.5% | 195.0% | 88.8% | 78.8% | (13.1%) | (13.1%) | (12.8%) | (3.5%) | (5.9%) | 74.7% | 74.7% | 71.8% | 71.8% | 71.8% | 74.8% | 74.8% |

Source: Company reports and BTIG Research estimates

BTIG, LLC

Matt VanVliet, CFA (212) 738-6160

6

www.btig.com

APPLICATION SOFTWARE EQUITY RESEARCH



| Cash Flow Statement - TaskUs, Inc. | FY 2017A | FY 2018A | FY 2019A | FY 2020A | Mar-21 1Q21A | Jun-21 2Q21A | Sep-21 3Q21A | Dec-21 4Q21A | FY 2021A | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | FY 2022E | Mar-23 1Q23E | Jun-23 2Q23E | Sep-23 3Q23E | Dec-23 4Q23E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $000, except per-share data | | | | | | | | | | | | | | | | | | | |
| **Operating activities:** | | | | | | | | | | | | | | | | | | | |
| Net income (loss) | $9,022 | $32,223 | $33,940 | $34,533 | $16,507 | ($105,943) | $11,636 | $19,102 | ($58,698) | $8,631 | $9,990 | $11,651 | $14,409 | $44,681 | $12,544 | $15,417 | $18,038 | $22,161 | $68,160 |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | | | | | | | | | | | | | | | | | | |
| Depreciation | $7,137 | $12,237 | $16,319 | $20,149 | $6,203 | $6,729 | $7,422 | $8,684 | $29,038 | $8,932 | $9,360 | $9,690 | $10,374 | $38,356 | $11,970 | $12,600 | $13,440 | $14,490 | $52,500 |
| Amortization of intangibles | $0 | $4,712 | $18,847 | $18,847 | $4,712 | $4,712 | $4,711 | $4,712 | $18,847 | $4,712 | $4,712 | $4,712 | $4,712 | $18,848 | $4,712 | $4,712 | $4,712 | $4,712 | $18,848 |
| Stock-based compensation | $0 | $0 | $0 | $0 | $0 | $5,771 | $19,243 | $21,175 | $46,189 | $17,370 | $17,370 | $17,870 | $18,370 | $70,980 | $19,976 | $19,976 | $20,551 | $21,126 | $81,627 |
| Bad debt expense | $102 | $125 | $65 | $2,227 | $231 | $234 | $240 | $353 | $1,058 | $431 | $431 | $431 | $431 | $1,724 | $631 | $631 | $631 | $631 | $2,524 |
| Amortization of debt financing costs | $20 | $138 | $2,526 | $457 | $114 | $133 | $140 | $139 | $526 | ($2) | ($2) | ($2) | ($2) | ($8) | ($2) | ($2) | ($2) | ($2) | ($8) |
| Loss (gain) on disposal of assets | $0 | $575 | $2,227 | $1,116 | $27 | $1 | $26 | ($2) | $52 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Deferred taxes | $1,058 | ($8,140) | ($8,838) | ($6,496) | $0 | ($10,462) | $770 | ($1,785) | ($11,477) | $0 | ($10,462) | $770 | ($1,785) | ($11,477) | $0 | ($10,462) | $770 | ($1,785) | ($11,477) |
| Other non-cash charges | $0 | $0 | $0 | $84 | $1,820 | ($90) | $4,101 | ($1,258) | $4,573 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Change in operating assets and liabilities:** | | | | | | | | | | | | | | | | | | | |
| Accounts receivable | ($2,951) | ($19,823) | ($13,046) | ($32,006) | ($6,106) | ($35,089) | ($29,365) | ($5,643) | ($76,203) | ($2,083) | ($1,176) | ($11,237) | ($8,071) | ($22,567) | ($14,038) | $11,588 | ($10,349) | ($19,239) | ($32,038) |
| Other receivables, prepaid expenses and other current assets | ($116) | ($1,158) | ($4,771) | ($3,768) | $1,558 | ($5,956) | ($355) | ($3,858) | ($8,611) | ($9,112) | ($4,312) | $2,265 | $1,128 | ($10,031) | ($9,498) | $1,808 | $2,399 | ($397) | ($5,688) |
| Deferred contract acquisition costs | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other non-current assets | $0 | $229 | ($457) | ($67) | ($297) | ($118) | ($796) | ($1,169) | ($2,380) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Accounts payable and accrued liabilities | ($1,023) | ($4,880) | ($645) | $13,535 | $471 | $5,066 | ($744) | ($300) | $4,493 | ($23,554) | $5,778 | ($833) | ($10,267) | ($28,877) | $100 | ($13,667) | ($2,000) | ($2,833) | ($18,400) |
| Accrued payroll and employee-related liabilities | $181 | ($36,013) | $2,593 | $6,669 | $8,755 | $141,788 | ($126,019) | ($8,074) | $16,450 | $21,330 | $4,400 | ($1,200) | $7,050 | $31,580 | $3,000 | $750 | ($1,600) | $12,400 | $14,550 |
| Income tax payable | $0 | ($568) | ($3,652) | $1,381 | $5,037 | ($1,733) | ($1,484) | ($807) | $1,013 | $2,224 | $160 | $1,230 | ($570) | $3,044 | $240 | $300 | $1,567 | ($667) | $1,440 |
| Deferred revenue | $472 | $155 | ($211) | $2,603 | $666 | $434 | $1,039 | ($878) | $1,261 | $778 | $731 | $841 | $709 | $3,059 | $1,216 | $1,255 | $1,444 | $1,439 | $5,354 |
| Deferred rent | $31 | $443 | $323 | ($391) | $224 | $278 | $332 | $361 | $1,195 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net Cash Provided by Continuing Operations** | $13,932 | ($19,746) | $45,219 | $58,873 | $39,922 | $5,755 | ($109,103) | $30,752 | ($32,674) | $29,657 | $36,979 | $36,187 | $36,489 | $139,312 | $30,850 | $44,905 | $49,601 | $52,035 | $177,392 |
| Net cash used in discontinued operating activities | $0 | $0 | $0 | $0 | - | - | - | - | $0 | - | - | - | - | $0 | - | - | - | - | $0 |
| **Net Cash Provided by Operating Activities** | $13,932 | ($19,746) | $45,219 | $58,873 | $39,922 | $5,755 | ($109,103) | $30,752 | ($32,674) | $29,657 | $36,979 | $36,187 | $36,489 | $139,312 | $30,850 | $44,905 | $49,601 | $52,035 | $177,392 |
| **Cash flows from investing activities:** | | | | | | | | | | | | | | | | | | | |
| Purchases of property and equipment | ($10,380) | ($25,657) | ($20,045) | ($28,883) | ($10,127) | ($13,326) | ($15,150) | ($20,760) | ($59,363) | ($13,920) | ($14,400) | ($15,300) | ($16,380) | ($60,000) | ($17,100) | ($18,000) | ($19,200) | ($20,700) | ($75,000) |
| Proceeds from the disposal of property and equipment | $0 | $13 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payment for acquisitions | $0 | ($298,889) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net cash used in investing activities** | ($10,380) | ($324,533) | ($20,045) | ($28,883) | ($10,127) | ($13,326) | ($15,150) | ($20,760) | ($59,363) | ($13,920) | ($14,400) | ($15,300) | ($16,380) | ($60,000) | ($17,100) | ($18,000) | ($19,200) | ($20,700) | ($75,000) |
| **Financing activities:** | | | | | | | | | | | | | | | | | | | |
| Proceeds from exercise of common stock options | $0 | $7,779 | $7,705 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Proceeds from sale of common stock | $0 | $5,470 | $7,823 | $0 | $0 | $120,698 | $0 | $0 | $120,698 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Proceeds from long-term debt | $6,551 | $250,711 | $0 | $39,878 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payments on long-term debt | $0 | ($32,594) | $0 | ($2,888) | ($1,313) | ($1,312) | ($1,313) | ($2,625) | ($6,563) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payments of loan fees | $0 | ($318) | $0 | $0 | $0 | ($340) | $0 | $0 | ($340) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payments of dividends | $0 | ($8,544) | ($7,054) | $0 | $0 | ($50,000) | $0 | $0 | ($50,000) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payments for equity offering expenses | $0 | $0 | $0 | $0 | $0 | $0 | ($4,327) | ($5,078) | ($9,405) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net cash used in financing activities** | $6,551 | $222,504 | $8,474 | $36,990 | ($1,313) | $69,046 | ($5,640) | ($7,703) | $54,390 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Impact of exchange rate changes on cash | $51 | ($11,791) | $0 | $3,207 | ($717) | ($1,041) | ($4,704) | | ($6,462) | | | | | $0 | | | | | $0 |
| Increase (decrease) in cash and cash equivalents | $10,155 | ($133,566) | $33,648 | $70,187 | $27,765 | $60,434 | ($134,597) | $2,289 | ($44,109) | $15,737 | $22,579 | $20,887 | $20,109 | $79,312 | $13,750 | $26,905 | $30,401 | $31,335 | $102,392 |
| Cash and cash equivalents, beginning of period | $9,120 | $19,275 | $25,281 | $37,541 | $107,728 | $135,493 | $195,927 | $61,330 | $107,728 | $63,619 | $79,356 | $101,935 | $122,823 | $63,619 | $142,931 | $156,682 | $183,587 | $213,988 | $142,931 |
| Cash and cash equivalents, end of period | $19,275 | $25,281 | $37,541 | $37,541 | $135,493 | $195,927 | $61,330 | $63,619 | $63,619 | $79,356 | $101,935 | $122,823 | $142,931 | $142,931 | $156,682 | $183,587 | $213,988 | $245,323 | $245,323 |
| **Free Cash Flow** | $3,553 | ($45,403) | $25,174 | $29,990 | $29,795 | ($7,571) | ($124,253) | $9,992 | ($92,037) | $15,737 | $22,579 | $20,887 | $20,109 | $79,312 | $13,750 | $26,905 | $30,401 | $31,335 | $102,392 |
| FCF/Share | $0.06 | ($0.74) | $0.40 | $0.44 | $0.39 | ($0.08) | ($1.14) | $0.09 | ($0.93) | $0.14 | $0.20 | $0.18 | $0.18 | $0.70 | $0.12 | $0.23 | $0.26 | $0.26 | $0.88 |

Source: Company reports and BTIG Research estimates