**APPLICATION SOFTWARE EQUITY RESEARCH**

BTIG

## BTIG Covered Companies Mentioned in this Report

TaskUs, Inc. (TASK, Buy, $60 PT; Closing Price: $28.72; Analyst: Matt VanVliet)

BTIG

APPLICATION SOFTWARE EQUITY RESEARCH

## Appendix: Analyst Certification and Other Important Disclosures

### Analyst Certification

I, Matt VanVliet, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

### Regulatory Disclosures

#### Ratings Definitions

BTIG LLC's ("BTIG") ratings, effective June 12, 2017, are defined as follows:

**BUY** – A security which is expected to produce a positive total return of 15% or greater over the 12 months following the recommendation. The BUY rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**SELL** – A security which is expected to produce a negative total return of 15% or greater over the next 12 months following the recommendation. The SELL rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**NEUTRAL** – A security which is not expected to appreciate or depreciate meaningfully over the next 12 months.

**NOT RATED** – A security which is not rated or covered by BTIG.

**UNDER REVIEW** – Effective immediately, coverage of the following securities is Under Review. Ratings, price targets, disclosures, and estimates for the companies listed below are suspended and should no longer be relied upon.

### Distribution of Ratings and Investment Banking Clients

BTIG must disclose in each research report the percentage of all securities rated by the member to which the member would assign a "buy", "neutral" or "sell" rating. The said ratings are updated on a quarterly basis. BTIG must also disclose the percentage of subject companies within each of these three categories for whom the member has provided investment banking services within the previous twelve months.

Current Rating Distribution (as of March 1, 2022):

| Coverage Universe | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Buy | 334 | 73.4% | Buy | 120 | 35.9% |
| Neutral | 121 | 26.6% | Neutral | 21 | 17.4% |
| Sell | 0 | 0.0% | Sell | 0 | 0.0% |

For purposes of FINRA ratings distribution rules, BTIG's stock ratings of Buy, Neutral and Sell fall into Buy, Hold and Sell categories, respectively.

### Company Valuation and Risk Disclosures

#### TaskUs, Inc. (TASK, Buy, $60 PT)

**Valuation:** Our price target of $60 is based on shares trading at 30x EV/2022 EBITDA, which is a warranted premium to the current business services group average to account for the higher growth and positive long-term outlook relative to its larger competitors. **Risks:** Risks include a highly competitive industry, higher revenue concentration than peers, heavy reliance on building and staffing innovative workflows and processes in an ever-changing environment, and geopolitical issues in several countries that are key for lower-cost employees.





## Company–Specific Regulatory Disclosures

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: TaskUs, Inc. (TASK)

BTIG LLC had an investment banking services client relationship during the past 12 months with: TaskUs, Inc. (TASK)

BTIG LLC managed or co-managed a public offering of securities in the past 12 months for: TaskUs, Inc. (TASK)

BTIG LLC has received compensation for investment banking services in the past 12 months from: TaskUs, Inc. (TASK)

## Other Disclosures

Additional Information Available Upon Request

## General Disclosures

Research reports produced by BTIG LLC ("BTIG") are published for and intended to be distributed solely to BTIG institutional and corporate clients. Recipients of BTIG reports will not be considered clients of BTIG solely because they may have received such BTIG report.

To the extent recipient accesses BTIG research, whether on a BTIG research website or through a third-party platform, BTIG is able to search, filter, download and review information on the readership of BTIG's research, including the specific research consumed and the name, company name, email address and, in certain circumstances, the location of the individual who accessed the research (the "Readership Information"). Recipient consents to BTIG's receipt of the Readership Information, including receipt of that information from a third party.

The research analyst(s) responsible for the preparation of this report receives compensation based upon a variety of factors, including the quality and accuracy of research, internal/client feedback, and overall Firm revenues.

BTIG reports are based on public information and BTIG considers the same to be reliable, comprehensive information, but makes no representation or warranty that the reports are accurate or complete. BTIG opinions and information provided in this report are as of the date of the report and may change without notice. An issuer may be classified as "Under Review" or "Research Restricted". In these cases, investors should consider any previous investment recommendation and/or rating to a subject company/issuer to no longer be current and should not be relied upon nor considered a solicitation.

This research report is not an offer to buy or sell or solicitation of an offer to buy or sell any security in any jurisdiction where such an offer or solicitation would be illegal. This research report was not drafted specifically for any particular individual or entity and is not a personal recommendation to participate in any particular trading strategy or transaction. Any recipient of this research report should obtain independent advice specific to their personal circumstances before undertaking any investment activity and must make their own independent evaluation of any securities or financial instruments.

APPLICATION SOFTWARE EQUITY RESEARCH

Facts, views or opinions presented in this report have not been reviewed by, and may not reflect information known to, employees or other professionals in the "BTIG Group" (BTIG Group includes, but is not limited to, BTIG and its parents, subsidiaries and/or affiliates). BTIG Group employees, including Sales Representatives and Traders, may provide oral or written commentary or advice that may be inconsistent with the opinions and/or views expressed in this research report. BTIG Group employees and/or its affiliates not involved in the preparation of this research report may have investments in securities or derivatives of securities of companies mentioned in this report that are inconsistent with the views discussed in this report.

Investors in securities products bear certain risks in conjunction with those investments. The value of, and income from, any investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors within or beyond the companies' control. Recipient of the research reports should be aware that investments in securities may pose significant risks due to the inherent uncertainty associated with relying on forecasts of various factors that can affect the earnings, cash flow and overall valuation of a company. Any investment in securities should be undertaken only upon consideration of issues relating to the recipient's overall investment portfolio and objectives (such as diversification by asset class, industry or company) as well as time horizon and liquidity needs. Further, past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. There may be time limitations on the exercise of options or other rights in any securities transactions.

Investing in foreign markets and securities, including ADRs, is subject to additional risks such as currency fluctuation, limited information, political instability, economic risk, and the potential for illiquid markets. Investing in emerging markets may accentuate these risks. Non-U.S. reporting issuers of foreign securities, however, may not make regular or complete public disclosure relating to their financial condition or the securities that they issue.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability of any damages of any kind relating to such data. The report or any portion hereof may not be reprinted, sold or redistributed without the written consent of BTIG. This report is intended only for use by the recipient. The recipient acknowledges that all research and analysis in this report are the property of BTIG and agrees to limit the use of all publications received from BTIG within his, or her or its, own company or organization. No rights are given for passing on, transmitting, re transmitting or reselling the information provided.

## Jurisdiction and Dissemination

BTIG is a U.S. broker-dealer and member of FINRA and SIPC.

BTIG Australia Limited ACN 128 554 601, member of ASIC and ASX; BTIG Hong Kong Limited, an Exchange Participant of SEHK and licensed and regulated by the SFC; BTIG Ltd, member of the LSE, authorized and regulated by the FSA; and BTIG Singapore Pte Ltd, registered and licensed with MAS; are all separate but affiliated entities of BTIG. Unless governing law permits otherwise, you must contact a BTIG entity in your home jurisdiction for further information, or if you want to use our services in effecting a transaction.

Issued and approved for distribution in the UK and EEA by BTIG Ltd. to eligible counterparties and professional clients only. Issued and distributed in Australia to "wholesale clients" only by BTIG Australia Limited. In Singapore and Hong Kong, further information may be obtained from BTIG Singapore Pte Ltd and BTIG Hong Kong Limited, respectively.

**Goldman Sachs** | Equity Research

1 March 2022 | 1:06AM EST

## Buy

# TaskUs, Inc. (TASK)

## Solid Execution Drives Healthy Beat & Raise

| TASK | 12m Price Target: **$66.00** | Price: **$28.72** | Upside: **129.8%** |
|---|---|---|---|

**A rare combination of high growth and healthy profitability.**
TaskUs delivered revenue growth of 63% y/y with 25% EBITDA margins for 4Q21 and initial FY22 revenue guidance over Street estimates. FY22 revenue guidance implies 30% y/y growth at the midpoint, in spite of a meaningful headwind expected from migration of business for the company's largest customer to lower cost locations. Although guidance assumes revenue remains flat for the largest customer, margins for this business should improve with the shift which is expected to begin in 2Q22. TaskUs grew headcount approximately 70% y/y in the quarter which, with stable attrition rates, we expect will support strong growth ahead. We are encouraged by the strength of performance in the quarter as we update our estimates for current period results and a better than expected FY22 outlook. At approximately 11x EV/CY23 EBITDA, TASK is trading in-line with BPO peers that average approximately 1/3 of TASK's growth rate and have lower EBITDA margins. As a result, we continue to view current levels as an attractive entry point for the stock and reiterate our Buy rating.

## What we liked

- **Revenue and margin beat.** TaskUs delivered a strong quarter, with revenue and EBITDA above consensus (FactSet) estimates by 5% and 14%, respectively. Revenue in the quarter grew 63% y/y to $227mm, compared to consensus of $216mm. Growth was strong across all three segments, with Digital Customer Experience, Content Security, and AI Operations growing 69%, 23%, and 128% y/y, respectively. Adj. EBITDA margin expanded +100bps y/y to 24.8%, well above consensus of 22.7%.

- **Revenue diversification.** TASK continues to make progress toward improving client revenue diversification. Revenue from

**Brian Essex, CFA**
+1(212)357-2692 | brian.essex@gs.com
Goldman Sachs & Co. LLC

**Hannah Velasquez**
+1(212)357-6107 | hannah.velasquez@gs.com
Goldman Sachs & Co. LLC

**Charlotte Bedick**
+1(212)934-4591 | charlotte.bedick@gs.com
Goldman Sachs & Co. LLC

### Key Data

Market cap: $3.2bn
Enterprise value: $3.3bn
3m ADTV: $43.4mn
United States
Americas Security Software and IT Services
M&A Rank: 3

### GS Forecast

| | 12/21 | 12/22E | 12/23E | 12/24E |
|---|---|---|---|---|
| **Revenue ($ mn) New** | 760.7 | 998.5 | 1,267.9 | 1,597.3 |
| Revenue ($ mn) Old | 749.8 | 958.9 | 1,208.2 | – |
| EBITDA ($ mn) | 187.9 | 232.3 | 298.8 | 383.2 |
| EBIT ($ mn) | 158.9 | 195.7 | 257.7 | 342.0 |
| **EPS ($) New** | 1.22 | 1.53 | 1.94 | 2.39 |
| EPS ($) Old | 1.18 | 1.29 | 1.69 | – |
| P/E (X) | 40.1 | 18.8 | 14.8 | 12.0 |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| Net debt/EBITDA (X) | 0.9 | 0.4 | (0.1) | (0.5) |

| | 12/21 | 3/22E | 6/22E | 9/22E |
|---|---|---|---|---|
| EPS ($) | 0.34 | 0.34 | 0.30 | 0.41 |

### GS Factor Profile



TASK relative to Americas Coverage
TASK relative to Americas Security Software and IT Services

*Source: Company data, Goldman Sachs Research estimates.*
*See disclosures for details.*

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 15-Aug-2024 03:03 PM.

Goldman Sachs

**Buy**

## TaskUs, Inc. (TASK)
Rating since Jan 9, 2022

### Ratios & Valuation

|  | 12/21 | 12/22E | 12/23E | 12/24E |
|---|---|---|---|---|
| P/E (X) | 40.1 | 18.8 | 14.8 | 12.0 |
| EV/EBITDA (X) | 26.0 | 12.6 | 9.9 | 7.9 |
| EV/sales (X) | 6.4 | 2.9 | 2.3 | 1.9 |
| FCF yield (%) | (2.0) | 3.0 | 3.8 | 5.1 |
| EV/DACF (X) | 136.9 | 17.9 | 13.9 | 10.8 |
| CROCI (%) | 5.6 | 22.9 | 26.7 | 31.2 |
| ROE (%) | 36.2 | 35.9 | 37.0 | 37.3 |
| Net debt/EBITDA (X) | 0.9 | 0.4 | (0.1) | (0.5) |
| Net debt/equity (%) | 46.1 | 18.8 | (3.6) | (22.1) |
| Interest cover (X) | 24.4 | 27.4 | 40.9 | 53.9 |
| Inventory days | NM | NM | NM | NM |
| Receivable days | 60.1 | 64.1 | 61.3 | 61.3 |
| Days payable outstanding | 35.0 | 30.7 | 31.4 | 31.4 |

### Growth & Margins (%)

|  | 12/21 | 12/22E | 12/23E | 12/24E |
|---|---|---|---|---|
| Total revenue growth | 59.1 | 31.3 | 27.0 | 26.0 |
| EBITDA growth | 75.8 | 23.6 | 28.6 | 28.3 |
| EPS growth | NM | 24.8 | 27.2 | 23.3 |
| DPS growth | NM | (100.0) | NM | NM |
| Gross margin | 43.2 | 43.2 | 43.4 | 43.6 |
| EBIT margin | 20.9 | 19.6 | 20.3 | 21.4 |

### Price Performance



**TASK ($)**          **S&P 500**

|  | 3m | 6m | 12m |
|---|---|---|---|
| Absolute | (35.5)% | (54.3)% | – |
| Rel. to the S&P 500 | (32.7)% | (52.8)% | – |

*Source: FactSet. Price as of 28 Feb 2022 close.*

### Income Statement ($ mn)

|  | 12/21 | 12/22E | 12/23E | 12/24E |
|---|---|---|---|---|
| Total revenue | 760.7 | 998.5 | 1,267.9 | 1,597.3 |
| Cost of goods sold | (431.7) | (567.2) | (717.1) | (901.0) |
| SG&A | (141.1) | (199.0) | (252.0) | (313.1) |
| R&D | – | – | – | – |
| Other operating inc./(exp.) | – | – | – | – |
| **EBITDA** | **187.9** | **232.3** | **298.8** | **383.2** |
| Depreciation & amortization | (29.0) | (36.6) | (41.0) | (41.2) |
| **EBIT** | **158.9** | **195.7** | **257.7** | **342.0** |
| Net interest inc./(exp.) | (6.5) | (7.1) | (6.3) | (6.3) |
| Income/(loss) from associates | – | – | – | – |
| **Pre-tax profit** | **152.4** | **188.6** | **251.4** | **335.6** |
| Provision for taxes | (23.0) | (33.9) | (45.3) | (60.4) |
| Minority interest | – | – | – | – |
| Preferred dividends | – | – | – | – |
| **Net inc. (pre-exceptionals)** | **129.4** | **154.6** | **206.2** | **275.2** |
| **Net inc. (post-exceptionals)** | **(58.7)** | **103.7** | **147.4** | **216.4** |
| **EPS (basic, pre-except) ($)** | **1.35** | **1.57** | **1.99** | **2.46** |
| **EPS (diluted, pre-except) ($)** | **1.22** | **1.53** | **1.94** | **2.39** |
| **EPS (ex-ESO exp., dil.) ($)** | **--** | **--** | **--** | **--** |
| DPS ($) | 0.55 | – | – | – |
| Div. payout ratio (%) | 40.7 | 0.0 | 0.0 | 0.0 |
| Wtd avg shares out. (basic) (mn) | 95.9 | 98.4 | 103.4 | 111.9 |
| Wtd avg shares out. (diluted) (mn) | 105.8 | 101.3 | 106.2 | 115.0 |

### Balance Sheet ($ mn)

|  | 12/21 | 12/22E | 12/23E | 12/24E |
|---|---|---|---|---|
| Cash & cash equivalents | 63.6 | 107.5 | 181.0 | 305.1 |
| Accounts receivable | 162.9 | 188.0 | 237.8 | 298.4 |
| Inventory | – | – | – | – |
| Other current assets | 19.8 | 18.2 | 23.1 | 25.1 |
| **Total current assets** | **246.3** | **313.7** | **441.8** | **628.6** |
| Net PP&E | 80.0 | 123.4 | 171.1 | 241.7 |
| Net intangibles | 417.2 | 398.3 | 379.6 | 360.8 |
| Total investments | 0.0 | 0.0 | 0.0 | 0.0 |
| Other long-term assets | 6.5 | 5.0 | 5.0 | 5.0 |
| **Total assets** | **750.0** | **840.4** | **997.5** | **1,236.0** |
| Accounts payable | 40.9 | 54.6 | 68.8 | 86.1 |
| Short-term debt | 51.1 | 51.1 | 51.1 | 51.1 |
| Current lease liabilities | – | – | – | – |
| Other current liabilities | 43.9 | 48.1 | 62.4 | 83.7 |
| **Total current liabilities** | **135.9** | **153.8** | **182.3** | **221.0** |
| Long-term debt | 187.2 | 147.2 | 107.2 | 67.2 |
| Non-current lease liabilities | – | – | – | – |
| Other long-term liabilities | 47.7 | 56.5 | 77.7 | 101.2 |
| **Total long-term liabilities** | **234.9** | **203.8** | **185.0** | **168.4** |
| **Total liabilities** | **370.9** | **357.6** | **367.3** | **389.4** |
| Preferred shares | – | – | – | – |
| **Total common equity** | **379.1** | **482.8** | **630.2** | **846.6** |
| Minority interest | – | – | – | – |
| **Total liabilities & equity** | **750.0** | **840.4** | **997.5** | **1,236.0** |
| BVPS ($) | 3.89 | 4.86 | 5.86 | 7.27 |

### Cash Flow ($ mn)

|  | 12/21 | 12/22E | 12/23E | 12/24E |
|---|---|---|---|---|
| Net income | (58.7) | 103.7 | 147.4 | 216.4 |
| D&A add-back | 47.9 | 55.4 | 59.8 | 60.0 |
| Minority interest add-back | – | – | – | – |
| Net (inc)/dec working capital | (62.8) | 6.6 | (5.0) | (0.5) |
| Others | 40.9 | (1.8) | – | – |
| **Cash flow from operations** | **(32.7)** | **163.8** | **202.2** | **275.9** |
| Capital expenditures | (59.4) | (79.9) | (88.8) | (111.8) |
| Acquisitions | – | – | – | – |
| Divestitures | – | – | – | – |
| Others | – | – | – | – |
| **Cash flow from investing** | **(59.4)** | **(79.9)** | **(88.8)** | **(111.8)** |
| Dividends paid | (50.0) | – | – | – |
| Share issuance/(repurchase) | 120.7 | – | – | – |
| Inc/(dec) in debt | 0.0 | (40.0) | (40.0) | (40.0) |
| Others | (22.8) | – | – | – |
| **Cash flow from financing** | **47.9** | **(40.0)** | **(40.0)** | **(40.0)** |
| **Total cash flow** | **(44.1)** | **44.0** | **73.5** | **124.1** |
| Free cash flow | (92.0) | 84.0 | 113.5 | 164.1 |
| Free cash flow per share (basic) ($) | (0.96) | 0.85 | 1.10 | 1.47 |

*Source: Company data, Goldman Sachs Research estimates.*

1 March 2022

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 15-Aug-2024 03:03 PM.

the top 10 clients comprised 60% of total 4Q revenue, compared to 66% last year. Within that client base, when excluding the top 2 clients, revenue grew 79% y/y and comprised 26% of total revenue, up from 23% in 4Q20. Customer concentration will remain a primary focus in 2022 as the company targets growth driven by a broad, diversified client base.

■ **FY22 pipeline.** Management cited a strong start to FY22 so far. Revenue guidance for 1Q implies 51% y/y growth at the midpoint despite a $2mm absenteeism headwind. FY22 revenue guidance implies $990mm at the midpoint (30% y/y), well above consensus of $956mm prior to the call. TASK is confident in its ability to deliver at or above guidance and indicated that the company has visibility into 95% of its FY22 forecast. We remain encouraged by ongoing execution and believe the company will deliver +30% growth in FY22 and can sustain +25% y/y growth over the medium-term.

## What we are watching

■ **Hiring.** Headcount grew 70% y/y to approximately 40,100. We anticipate hiring levels to remain elevated in FY22, with TASK expecting to add at least as many roles in 1Q22 as in 4Q21. The company plans to expand its sales and go-to-market teams to support growth. Voluntary attrition for the year was 15.3%, roughly in line with 15% in FY20.

■ **Optimization project.** TASK announced an effort to optimize the global delivery footprint of its largest client, in which the company will shift hundreds of roles to the Philippines and India. The project is expected to begin in 2Q and finish in 3Q. Due to the changing employee geography mix, the company does not anticipate y/y revenue growth from this client. We expect the project to be accretive to margins over time as the Philippines and India tend to be TaskUs' highest margin geographies, per the company.

■ **M&A.** Management reiterated its view on M&A, citing that the company continues to target companies that are accretive to long-term growth, margins, and culture. FY22 guidance is organic, so any M&A completed in the year will be incremental to guidance.

## Guidance

### F1Q22 guidance

■ **Total revenue** of $229mm-$232.2mm (+50% to +52% y/y), versus the Street at $217mm and prior GS at $222mm.

■ **Adjusted EBITDA margin** of ~22.5%, vs. the Street at 22.1% and prior GS at 22.4%.

### FY22 initial guidance

■ **Total revenue** of $980mm-$1,000mm (+29% to +31% y/y), versus the Street at $956mm and prior GS at $959mm.

■ **Adjusted EBITDA margin** of ~23%, vs. the Street at 23.1% and prior GS at 23.3%.

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 15-Aug-2024 03:03 PM.

## Financial Outlook

With TASK FY21 results fully reported, we introduce our outlook and EPS estimates for FY24.

**Exhibit 1: GS Estimates (Old vs. New) for TASK**
in US$ million, except per share data

| All figures in $ mns / except per share data | 1Q22 (E) Prior Est. | 1Q22 (E) New Est. | Δ | FY22 (E) Prior Est. | FY22 (E) New Est. | Δ | FY23 (E) Prior Est. | FY23 (E) New Est. | Δ | FY24 (E) New Est. |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total revenue** | 222 | 232 | 10 | 959 | 999 | 40 | 1,208 | 1,268 | 60 | 1,597 |
| YoY | 45% | | | 28% | 31% | | 26% | 27% | | 26% |
| QoQ | 3% | | | | | | | | | |
| | | | | | | | | | | |
| **Operating income (non-GAAP)** | $37.0 | $43.7 | $7 | $167.3 | $195.7 | $28 | $225.4 | 257.7 | $32 | 342.0 |
| YoY | 11% | | | 12% | 23% | | 35% | 32% | | 33% |
| QoQ | -2% | | | | | | | | | |
| Operating margin | 16.7% | 18.9% | 2.2% | 17.4% | 19.6% | 2.2% | 18.7% | 20.3% | 1.7% | 21.4% |
| | | | | | | | | | | |
| **Adjusted EBITDA (non-GAAP)** | $49.7 | $51.9 | $2 | $223.0 | $232.3 | $9 | $282.6 | 298.8 | $16 | 383.2 |
| | | | | | | | | | | |
| **EPS (non-GAAP)** | $0.28 | $0.34 | $0.06 | $1.29 | $1.53 | $0.23 | $1.69 | $1.94 | $0.25 | $2.39 |
| | | | | | | | | | | |
| **Billings** | $221 | $232 | $11 | $958 | $998 | $40 | $1,206 | $1,266 | $60 | $1,596 |
| YoY | 44% | | | 28% | 31% | | 26% | 27% | | 26% |
| QoQ | 4% | 4% | | | | | | | | |
| | | | | | | | | | | |
| **OCF** | $15 | $44 | $29 | $139 | $164 | $25 | $200 | $202 | $2 | $276 |
| YoY | -64% | | | 504% | -- | | 44% | 23% | | 36% |
| QoQ | -83% | | | | | | | | | |
| | | | | | | | | | | |
| **FCF** | $1 | $25 | $24 | $82 | $84 | $2 | $128 | $113 | ($14) | $164 |
| YoY | -96% | | | -- | -- | | 57% | 35% | | 45% |
| QoQ | | | | | | | | | | |

Source: Goldman Sachs Global Investment Research

**Exhibit 2: TASK 4Q21 Results vs. GS Estimates (prior) and consensus**
in US$ million, except per share data



Source: Company data, FactSet, Goldman Sachs Global Investment Research

## Valuation and Key Risks

We adjust our 12-month PT to $66 from $77 previously. Our price target is based on an equal-weighted blend between EV/Sales and EV/EBITDA multiple based valuation. Our EV/sales multiple of 5.3x (6.7x prior) applied to Q5-Q8 estimates, or 0.2x EV/sales/growth, implies a valuation of $60 per share ($69 prior). On a growth adjusted basis, our multiple is in line with the average for BPO peers. Our 27.0x (35.0x prior) EV/EBITDA multiple, or 1.0x on a growth adjusted basis, applied to our Q5-Q8 sales estimates results in a valuation of $72 ($84 prior) per share. On a growth adjusted basis, our multiple is in line with the median for BPO peers.

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 15-Aug-2024 03:03 PM.

<u>Risks:</u> customer concentration (-), content moderation risks (-), geographic/labor risk (-)

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 15-Aug-2024 03:03 PM.

# Disclosure Appendix

## Reg AC

I, Brian Essex, CFA, hereby certify that all of the views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## Disclosures

**The rating(s) for TaskUs, Inc. is/are relative to the other companies in its/their coverage universe:** Accenture Plc, Avepoint Inc., CGI Inc., Check Point Software Tech., Clear Secure Inc., Cognizant Technology Solutions, CrowdStrike Holdings, CyberArk, Fortinet Inc., International Business Machines Corp., Jamf Holding, KnowBe4 Inc., Mandiant Inc., McAfee Corp., Mimecast Ltd., Okta Inc., Palo Alto Networks Inc., Ping Identity Holding, Qualys Inc., Rapid7 Inc., SailPoint Technologies Holdings, SecureWorks Corp., SentinelOne Inc., Softchoice Corp., TaskUs, Inc., Tenable Holdings, Thoughtworks Holding, Verint Systems Inc., Zscaler Inc.

## Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs beneficially owned 1% or more of common equity (excluding positions managed by affiliates and business units not required to be aggregated under US securities law) as of the month end preceding this report: TaskUs, Inc. ($28.72)

Goldman Sachs has received compensation for investment banking services in the past 12 months: TaskUs, Inc. ($28.72)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: TaskUs, Inc. ($28.72)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: TaskUs, Inc. ($28.72)

Goldman Sachs has managed or co-managed a public or Rule 144A offering in the past 12 months: TaskUs, Inc. ($28.72)

Goldman Sachs makes a market in the securities or derivatives thereof: TaskUs, Inc. ($28.72)

## Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

|  | Rating Distribution | | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|---|---|
|  | Buy | Hold | Sell | | Buy | Hold | Sell |
| Global | 50% | 35% | 15% | | 65% | 57% | 47% |

As of January 1, 2022, Goldman Sachs Global Investment Research had investment ratings on 3,096 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage universe and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 15-Aug-2024 03:03 PM.

## Price target and rating history chart(s)



The price targets shown should be considered in the context of all prior published Goldman Sachs research, which may or may not have included price targets, as well as developments relating to the company, its industry and financial markets.

## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at https://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests and a copy of Goldman Sachs' Australian Sell-Side Research Independence Policy Statement are available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Brazil:** Disclosure information in relation to CVM Resolution n. 20 is available at https://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 20 of CVM Resolution n. 20, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** This information is being provided to you for information purposes only and is not, and under no circumstances should be construed as, an advertisement, offering or solicitation by Goldman Sachs & Co. LLC for purchasers of securities in Canada to trade in any Canadian security. Goldman Sachs & Co. LLC is not registered as a dealer in any jurisdiction in Canada under applicable Canadian securities laws and generally is not permitted to trade in Canadian securities and may be prohibited from selling certain securities and products in certain jurisdictions in Canada. If you wish to trade in any Canadian securities or other products in Canada please contact Goldman Sachs Canada Inc., an affiliate of The Goldman Sachs Group Inc., or another registered Canadian dealer. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** This research, and any access to it, is intended only for "professional investors" within the meaning of the Financial Services and Capital Markets Act, unless otherwise agreed by Goldman Sachs. Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests is available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. Research reports do not constitute a personalized investment

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 15-Aug-2024 03:03 PM.

recommendation as defined in Russian laws and regulations, are not addressed to a specific client, and are prepared without analyzing the financial circumstances, investment profiles or risk profiles of clients. Goldman Sachs assumes no responsibility for any investment decisions that may be taken by a client or any other person based on this research report. **Singapore:** Goldman Sachs (Singapore) Pte. (Company Number: 198602165W), which is regulated by the Monetary Authority of Singapore, accepts legal responsibility for this research, and should be contacted with respect to any matters arising from, or in connection with, this research. **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union and United Kingdom:** Disclosure information in relation to Article 6 (2) of the European Commission Delegated Regulation (EU) (2016/958) supplementing Regulation (EU) No 596/2014 of the European Parliament and of the Council (including as that Delegated Regulation is implemented into United Kingdom domestic law and regulation following the United Kingdom's departure from the European Union and the European Economic Area) with regard to regulatory technical standards for the technical arrangements for objective presentation of investment recommendations or other information recommending or suggesting an investment strategy and for disclosure of particular interests or indications of conflicts of interest is available at https://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage universe and related definitions

**Buy (B), Neutral (N), Sell (S)** Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage universe. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each region's Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage. The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage Universe:** A list of all stocks in each coverage universe is available by primary analyst, stock and coverage universe at https://www.gs.com/research/hedge.html.

**Not Rated (NR).** The investment rating, target price and earnings estimates (where relevant) have been suspended pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or in a strategic transaction involving this company, when there are legal, regulatory or policy constraints due to Goldman Sachs' involvement in a transaction, and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining an investment rating or target price. The previous investment rating and target price, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Public Communication Channel Goldman Sachs Brazil: 0800 727 5764 and / or contatogoldmanbrasil@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Canal de Comunicação com o Público Goldman Sachs Brasil: 0800 727 5764 e/ou contatogoldmanbrasil@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom.

Effective from the date of the United Kingdom's departure from the European Union and the European Economic Area ("Brexit Day") the following information with respect to distributing entities will apply:

Goldman Sachs International ("GSI"), authorised by the Prudential Regulation Authority ("PRA") and regulated by the Financial Conduct Authority ("FCA") and the PRA, has approved this research in connection with its distribution in the United Kingdom.

**European Economic Area:** GSI, authorised by the PRA and regulated by the FCA and the PRA, disseminates research in the following jurisdictions within the European Economic Area: the Grand Duchy of Luxembourg, Italy, the Kingdom of Belgium, the Kingdom of Denmark, the Kingdom of Norway, the Republic of Finland, the Republic of Cyprus and the Republic of Ireland; GS -Succursale de Paris (Paris branch) which, from Brexit Day, will be authorised by the French Autorité de contrôle prudentiel et de resolution ("ACPR") and regulated by the Autorité de contrôle prudentiel et de resolution and the Autorité des marches financiers ("AMF") disseminates research in France; GSI - Sucursal en España (Madrid branch) authorized in Spain by the Comisión Nacional del Mercado de Valores disseminates research in the Kingdom of Spain; GSI - Sweden Bankfilial (Stockholm branch) is authorized by the SFSA as a "third country branch" in accordance with Chapter 4, Section 4 of the Swedish Securities and Market Act (Sw. lag (2007:528) om värdepappersmarknaden) disseminates research in the Kingdom of Sweden; Goldman Sachs Bank Europe SE ("GSBE") is a credit institution incorporated in Germany and, within the Single Supervisory Mechanism, subject to direct prudential supervision by the European Central Bank and in other respects supervised by German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht, BaFin) and Deutsche Bundesbank and disseminates research in the Federal Republic of Germany and those jurisdictions within the European Economic Area where GSI is not authorised to disseminate research and additionally, GSBE, Copenhagen Branch filial af GSBE, Tyskland, supervised by the Danish Financial Authority disseminates research in the Kingdom of Denmark; GSBE - Sucursal en España (Madrid branch) subject (to a limited extent) to local supervision by the Bank of Spain disseminates research in the Kingdom of Spain; GSBE - Succursale Italia (Milan branch) to the relevant applicable

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 15-Aug-2024 03:03 PM.

extent, subject to local supervision by the Bank of Italy (Banca d'Italia) and the Italian Companies and Exchange Commission (Commissione Nazionale per le Società e la Borsa "Consob") disseminates research in Italy; GSBE - Succursale de Paris (Paris branch), supervised by the AMF and by the ACPR disseminates research in France; and GSBE - Sweden Bankfilial (Stockholm branch), to a limited extent, subject to local supervision by the Swedish Financial Supervisory Authority (Finansinpektionen) disseminates research in the Kingdom of Sweden.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (https://www.sipc.org).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage universe as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options and futures disclosure documents which are available from Goldman Sachs sales representatives or at https://www.theocc.com/about/publications/character-risks.jsp and https://www.fiadocumentation.org/fia/regulatory-disclosures_1/fia-uniform-futures-and-options-on-futures-risk-disclosures-booklet-pdf-version-2018. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to https://research.gs.com.

Disclosure information is also available at https://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

**© 2022 Goldman Sachs.**

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**

Provided for the exclusive use of Trent Thrash at TaskUs Holdings, Inc. on 15-Aug-2024 03:03 PM.

North America Equity Research
01 March 2022

**J.P.Morgan**

# TaskUs

## 4Q Recap- Strong Growth and Guidance; Remain OW

TaskUs reported strong 4Q upside, and issued CY22 guidance that implies higher than expected revenue growth. While the company continues to benefit from strong demand at tech disruptive clients, we are encouraged that its proactive investments to create incremental growth opportunities are generating returns. For example, FinTech clients helped drive 2021 upside, and the company expects high-valued specialized services to drive 2022 growth. TASK also expects flat growth at its top client this year, which we don't view as alarming or necessarily surprising given higher (than company average) onsite mix at the client. TASK also appears to be managing supply challenges well, and has levers in the model to protect margins or expand beyond this year. Overall, we continue to recommend TASK as a core growth holding in the IT services/BPO space. Remain OW.

- **4Q headline summary.** Revenue of $227M was $10M above the high end of the guided range and represented solid 63% y/y growth (or 50% on a 2-year CAGR basis- well above all Digital pure play firms' low-to-mid thirties CAGR). Solid revenue also drove the EBITDA margin upside, as 4Q margins of 24.8% came in above our prior 22.5% estimate, pushing $0.06 in operating beat. 4Q growth was broad based in terms of client buckets, with the top client growing 39% y/y, second largest client up 34%, other top ten clients growing 66%, and the next ten growing 75% y/y.

- **Increasing mix of high value add services.** Encouragingly, TASK is seeing traction for higher value-add services such as creating learning experience solutions which includes writing its clients' training content and maintaining their knowledge base, and financial crimes. These services should generate higher bill rates and come at above average margins. As such, the company provides specialized services to 15 out of 20 top clients, up from 7 in 2020.

- **Large client expected to be flat y/y in 2022.** TASK expects to increase the low cost delivery component of its largest client, which typically comes at significantly lower bill rates (we estimate ~1/3rd of the US rates'), potentially offsetting volume increase at the client to keep expected 2022 revenue flattish. The company has already expanded the relationship to two new lines of businesses which it believes will add hundreds of employees servicing the client. We expect the client to account for ~20% of CY22 revenue.

- **Supply challenges manageable.** TASK guided CY22 EBITDA margins at ~23%, inline with prior expectations. While the company is seeing high wage inflation across all regions, specifically in the US, the company expects to offset the headwind with COLA (cost-of-living-adjustment or pricing) on projects, and SG&A leverage over a fast growing revenue base. We also expect favorable FX trends and higher margin profile of low cost delivery to provide margin levers. We estimate 23% margins this year, with potential for expansion beyond CY22.

- **Raising estimates.** TASK guided CY22 revenue at $980-1,000M, representing 30% growth at its mid-point, including 50%+ growth guidance for 1Q. We raise our estimates yet again, as our new CY22 revenue/EBITDA estimates go from $953M/$219M to $995M/$228M, representing 31% revenue growth (up from 27% before) and unchanged 23% margins.

Sources for: Style Exposure – J.P. Morgan Quantitative and Derivatives Strategy; all other tables are company data and J.P. Morgan estimates.

## Overweight

**TASK, TASK US**

Price (28 Feb 22): $28.72

▼ **Price Target (Dec-22): $51.00**
Prior (Dec-22): $78.00

### Payments, Processors & IT Services

**Puneet Jain** AC

(1-212) 622-1436
puneet.x.jain@jpmorgan.com
**Bloomberg** JPMA JAIN <GO>

**Tien-tsin Huang, CFA**

(1-212) 622-6632
tien-tsin.huang@jpmorgan.com

J.P. Morgan Securities LLC

### Key Changes (FYE Dec)

| | Prev | Cur |
|---|---|---|
| Adj. EBITDA - 22E ($ mn) | 219 | 228 |
| Adj. EBITDA - 23E ($ mn) | 279 | 291 |
| Revenue - 22E ($ mn) | 953 | 995 |
| Revenue - 23E ($ mn) | 1,201 | 1,256 |
| Adj. EPS - 22E ($) | 1.24 | 1.28 |
| Adj. EPS - 23E ($) | 1.56 | 1.62 |

### Quarterly Forecasts (FYE Dec)

**Adj. EBITDA  ($ mn)**

| | 2021A | 2022E | 2023E |
|---|---|---|---|
| Q1 | 40 | 53 | 62 |
| Q2 | 44 | 56 | 70 |
| Q3 | 48 | 58 | 78 |
| Q4 | 56 | 61 | 81 |
| FY | 188 | 228 | 291 |

### Style Exposure

| Quant Factors | Current %Rank | Hist %Rank (1=Top) | | | |
|---|---|---|---|---|---|
| | | 6M | 1Y | 3Y | 5Y |
| Value | 46 | 63 | | | |
| Growth | 32 | 12 | | | |
| Momentum | 81 | | | | |
| Quality | 71 | 71 | 74 | 97 | 98 |
| Low Vol | 95 | | | | |

**See page 6 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
01 March 2022

**J.P.Morgan**

## Price Performance



|     | YTD | 1m | 3m | 12m |
|-----|-----|-----|-----|-----|
| Abs | -47.2% | -1.5% | -36.8% | - |
| Rel | -38.4% | -5.5% | -27.9% | - |

## Company Data

| | |
|---|---|
| Shares O/S (mn) | 111 |
| 52-week range ($) | 85.49-25.12 |
| Market cap ($ mn) | 3,173.96 |
| Exchange rate | 1.00 |
| Free float(%) | 99.4% |
| 3M - Avg daily vol (mn) | 1.18 |
| 3M - Avg daily val ($ mn) | 44.5 |
| Volatility (90 Day) | 88 |
| Index | RUSSELL 2000 |
| BBG BUY\|HOLD\|SELL | 8\|0\|0 |

## Key Metrics (FYE Dec)

| $ in millions | FY21A | FY22E | FY23E | FY24E |
|---|---|---|---|---|
| **Financial Estimates** | | | | |
| Revenue | 761 | 995 | 1,256 | 1,578 |
| Adj. EBIT | 159 | 190 | 243 | 310 |
| Adj. EBITDA | 188 | 228 | 291 | 368 |
| Adj. net income | 128 | 144 | 185 | 238 |
| Adj. EPS | 1.25 | 1.28 | 1.62 | 2.04 |
| BBG EPS | 1.24 | 1.30 | 1.65 | - |
| Cashflow from operations | (33) | 206 | 230 | 280 |
| FCFF | (92) | 146 | 155 | 186 |
| **Margins and Growth** | | | | |
| Revenue growth | 59.1% | 30.8% | 26.2% | 25.7% |
| EBIT margin | 20.9% | 19.1% | 19.3% | 19.6% |
| EBIT growth | 83.1% | 19.9% | 27.6% | 27.7% |
| EBITDA margin | 24.7% | 22.9% | 23.1% | 23.3% |
| EBITDA growth | 75.8% | 21.5% | 27.4% | 26.8% |
| Net margin | 16.8% | 14.4% | 14.8% | 15.1% |
| Adj. EPS growth | 83.6% | 3.1% | 26.4% | 25.8% |
| **Ratios** | | | | |
| Adj. tax rate | 15.9% | 21.8% | 21.7% | 22.0% |
| Interest cover | 28.9 | 34.5 | 46.8 | 71.4 |
| Net debt/Equity | 0.4 | 0.1 | NM | NM |
| Net debt/EBITDA | 0.9 | 0.2 | NM | NM |
| ROE | 35.9% | 31.7% | 29.7% | 28.3% |
| **Valuation** | | | | |
| FCFF yield | (3.1%) | 4.6% | 4.7% | 5.5% |
| Dividend yield | 1.7% | 0.0% | 0.0% | 0.0% |
| EV/Revenue | 4.4 | 3.2 | 2.5 | - |
| EV/EBITDA | 17.8 | 14.1 | 10.6 | - |
| Adj. P/E | 23.1 | 22.4 | 17.7 | 14.1 |

## Summary Investment Thesis and Valuation

Our OW view is based on:

- Attractive TAM that's ready to grow at an exponential rate;

- Agile delivery and strong culture differentiating TASK from competition;

- High penetration potential in existing clients; and

- Best-in-class revenue growth profile and above-average margins.

### Valuation

Our Dec'22 PT of $51 is based on a 20x EBITDA, at a 33% discount to digital pure-play ITS firms, despite growing at a faster rate. We believe if the company can demonstrate a sustainable 25%+ growth profile, significant upside to valuation is possible, which combined with above-average earnings growth profile, offering significant stock upside (our PT implies 50%+ upside).

## Performance Drivers



| Factors | 6M Corr | 1Y Corr |
|---|---|---|
| **Market:** MSCI US | 0.48 | 0.41 |
| **Sect:** Technology | -0.15 | -0.14 |
| **Ind:** Software & Serv | 0.16 | 0.02 |
| **Macro:** | | |
| Economic Surprise | -0.39 | -0.25 |
| Crude Oil | -0.07 | -0.07 |
| Non-Energy Commodity | -0.01 | -0.06 |
| **Quant Styles:** | | |
| Size | -0.25 | -0.21 |
| Momentum | -0.22 | -0.18 |
| Growth | 0.35 | 0.14 |

Source: J.P. Morgan Quantitative and Derivatives Strategy for Performance Drivers; company data, Bloomberg Finance L.P. and J.P. Morgan estimates for all other tables. Note: Price history may not be complete or exact

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
01 March 2022

J.P.Morgan

# Investment Thesis, Valuation and Risks

## TaskUs Inc *(Overweight; Price Target: $51.00)*

**Investment Thesis**

**Attractive and very high growth TAM**

TASK's total addressable market is sized at over $100B, of which it has penetrated less than 1%. As digital disruption takes hold in various legacy industries, TASK's clients should grow at a high clip. More importantly, the trend is leading to an exponential increase in new potential clients.

**Agile delivery and strong culture differentiates TASK from competition**

The company differentiates itself based on its delivery model, which is agile and built to service technology customers, a culture that attracts young employees and resonates with clients, and a deep network and brand within technology clients.

**Penetration potential in existing clients**

The company has an enviable track record of ramping up its top customer, Facebook, to $150M+ in annual revenue within three years (2018-20). Beyond the top two clients, the company's next eighteen top clients represent 38% of its total revenue and could potentially increase to 2-10x of their current sizes.

**Best-in-class revenue growth with above-average margins**

We expect TaskUs to grow at an industry-leading +25% rate beyond this year, higher than its customer care peers' and even digital pure-play IT services firms. Our estimates represent a relatively conservative ~115% in NRR (net retention rate). At ~23% EBITDA margins, TASK is operating at well above industry-average levels.

**Valuation**

We lower our Dec'22 PT from $78 to $51 as we apply a lower multiple to represent lower overall market multiple.

Our Dec'22 PT of $51 is based on a 20x EBITDA, at a 33% discount to digital pure-play ITS firms, despite growing at a faster rate. We believe if the company can demonstrate a sustainable 25%+ growth profile, significant upside to valuation is possible, which combined with above-average earnings growth profile, offering significant stock upside (our PT implies 50%+ upside).  .

**Risks to Rating and Price Target**

**Customer concentration**

TaskUs operates at among the highest customer concentrations in our coverage – with its top client, Facebook, contributing 20%+ of total revenues and the top 10 clients generating ~64%.

**Sales and delivery execution must remain sharp**

The company needs to ensure its delivery execution remains sharp, specifically as it relates to being quick in responding to ever changing end-customer needs and protecting clients' customer data. Similarly, the company relies on its sales force to penetrate existing customers' businesses and win new clients, which are so critical

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

**North America Equity Research**
01 March 2022

J.P.Morgan

for its growth model. Putting the right resources into new sales and delivery will be important to scale its delivery model.

### Scalability of operations

TaskUs operates in high-growth markets, and it relies on its culture, internal processes, and brand to attract potential employees and fulfil sudden surges in demand. This poses a risk that the company must maintain its culture and processes to be able to continue to hire and retain employees.

### Content moderation work offers high risk if not done right

Content moderation, which tasks team members to ensure trust and safety standards of client content, represents ~25% of TASK's revenue and is growing at above-average rates. The work carries headline risk, high attrition rates, and is more likely to be automated.

### Key man risk

Co-founders Bryce Maddock and Jaspar Weir are responsible for driving many of the company's initiatives and practices – from its differentiated brand, agile culture to network within Hitech clients. Either of the co-founders leaving the firm would be a major blow to stock sentiment, in our view.

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
01 March 2022

J.P.Morgan

# TaskUs: Summary of Financials

| Income Statement - Annual | FY20A | FY21A | FY22E | FY23E | FY24E | Income Statement - Quarterly | | 1Q22E | 2Q22E | 3Q22E | 4Q22E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 478 | 761 | 995 | 1,256 | 1,578 | Revenue | | 231 | 244 | 255 | 264 |
| COGS | (271) | (432) | (571) | (721) | (905) | COGS | | (133) | (140) | (147) | (151) |
| Gross profit | 208 | 329 | 424 | 535 | - | Gross profit | | 98 | 104 | 109 | 114 |
| SG&A | (114) | (335) | (260) | (307) | (368) | SG&A | | (63) | (65) | (66) | (66) |
| Adj. EBITDA | 107 | 188 | 228 | 291 | 368 | Adj. EBITDA | | 53 | 56 | 58 | 61 |
| D&A | (39) | (48) | (57) | (67) | (77) | D&A | | (14) | (14) | (14) | (14) |
| Adj. EBIT | 87 | 159 | 190 | 243 | 310 | Adj. EBIT | | 44 | 47 | 49 | 51 |
| Net Interest | (7) | (7) | (7) | (6) | (5) | Net Interest | | (2) | (2) | (2) | (2) |
| Adj. PBT | 79 | 152 | 184 | 237 | 305 | Adj. PBT | | 42 | 45 | 47 | 49 |
| Tax | (10) | 2 | (24) | (36) | (51) | Tax | | (5) | (6) | (6) | (7) |
| Minority Interest | - | - | - | - | - | Minority Interest | | - | - | - | - |
| Adj. Net Income | 67 | 128 | 144 | 185 | 238 | Adj. Net Income | | 32 | 35 | 37 | 39 |
| Reported EPS | 0.35 | (0.57) | 0.69 | 1.05 | 1.47 | Reported EPS | | 0.12 | 0.16 | 0.19 | 0.22 |
| Adj. EPS | 0.68 | 1.25 | 1.28 | 1.62 | 2.04 | Adj. EPS | | 0.29 | 0.31 | 0.33 | 0.35 |
| DPS | 0.00 | 0.49 | 0.00 | 0.00 | 0.00 | DPS | | 0.00 | 0.00 | 0.00 | 0.00 |
| Payout ratio | 0.0% | NM | 0.0% | 0.0% | 0.0% | Payout ratio | | 0.0% | 0.0% | 0.0% | 0.0% |
| Shares outstanding | 99 | 103 | 112 | 114 | 116 | Shares outstanding | | 111 | 112 | 112 | 113 |
| **Balance Sheet & Cash Flow Statement** | **FY20A** | **FY21A** | **FY22E** | **FY23E** | **FY24E** | **Ratio Analysis** | **FY20A** | **FY21A** | **FY22E** | **FY23E** | **FY24E** |
| Cash and cash equivalents | 108 | 64 | 199 | 304 | 478 | Gross margin | 43.4% | 43.2% | 42.6% | 42.6% | - |
| Accounts receivable | 88 | 163 | 182 | 249 | 311 | EBITDA margin | 22.3% | 24.7% | 22.9% | 23.1% | 23.3% |
| Inventories | - | - | - | - | - | EBIT margin | 18.1% | 20.9% | 19.1% | 19.3% | 19.6% |
| Other current assets | 16 | 20 | 38 | 46 | 56 | Net profit margin | 14.0% | 16.8% | 14.4% | 14.8% | 15.1% |
| Current assets | 211 | 246 | 419 | 600 | 844 | | | | | | |
| PP&E | 57 | 80 | 102 | 130 | 166 | ROE | 21.1% | 35.9% | 31.7% | 29.7% | 28.3% |
| LT investments | - | - | - | - | - | ROA | 10.1% | 17.6% | 17.2% | 18.2% | 19.1% |
| Other non current assets | 439 | 424 | 405 | 386 | 367 | ROCE | 13.3% | 22.6% | 21.6% | 22.3% | 22.7% |
| Total assets | 708 | 750 | 925 | 1,115 | 1,377 | SG&A/Sales | 23.7% | 44.1% | 26.1% | 24.5% | 23.3% |
| | | | | | | Net debt/equity | 0.4 | 0.4 | 0.1 | NM | NM |
| Short term borrowings | 42 | 41 | 63 | 93 | 116 | | | | | | |
| Payables | 46 | 51 | 51 | 51 | 51 | P/E (x) | 42.3 | 23.1 | 22.4 | 17.7 | 14.1 |
| Other short term liabilities | 27 | 42 | 49 | 71 | 87 | P/BV (x) | 8.4 | 7.8 | 6.1 | 4.6 | 3.5 |
| Current liabilities | 115 | 134 | 164 | 215 | 254 | EV/EBITDA (x) | 31.0 | 17.8 | 14.1 | 10.6 | - |
| Long-term debt | 199 | 187 | 176 | 127 | 115 | Dividend Yield | 0.0% | 1.7% | 0.0% | 0.0% | 0.0% |
| Other long term liabilities | 59 | 48 | 57 | 56 | 47 | | | | | | |
| Total liabilities | 372 | 368 | 397 | 398 | 416 | Sales/Assets (x) | 0.7 | 1.0 | 1.2 | 1.2 | 1.3 |
| Shareholders' equity | 335 | 379 | 529 | 718 | 961 | Interest cover (x) | 14.3 | 28.9 | 34.5 | 46.8 | 71.4 |
| Minority interests | - | - | - | - | - | Operating leverage | 150.7% | 140.6% | 64.7% | 105.3% | 107.6% |
| Total liabilities & equity | 708 | 748 | 925 | 1,115 | 1,377 | | | | | | |
| BVPS | 3.40 | 3.69 | 4.72 | 6.29 | 8.25 | Revenue y/y Growth | 32.9% | 59.1% | 30.8% | 26.2% | 25.7% |
| y/y Growth | 12.7% | 8.4% | 28.2% | 33.1% | 31.3% | EBITDA y/y Growth | 43.8% | 75.8% | 21.5% | 27.4% | 26.8% |
| Net debt/(cash) | 133 | 165 | 41 | (84) | (247) | Tax rate | 15.5% | 15.9% | 21.8% | 21.7% | 22.0% |
| | | | | | | Adj. Net Income y/y Growth | 27.7% | 91.6% | 12.1% | 28.9% | 28.4% |
| Cash flow from operating activities | 51 | (33) | 206 | 230 | 280 | EPS y/y Growth | 27.7% | 83.6% | 3.1% | 26.4% | 25.8% |
| o/w Depreciation & amortization | 39 | 48 | 57 | 67 | 77 | DPS y/y Growth | (100.0%) | - | (100.0%) | - | - |
| o/w Changes in working capital | (34) | (126) | (12) | (48) | (63) | | | | | | |
| Cash flow from investing activities | (21) | (59) | (60) | (75) | (95) | | | | | | |
| o/w Capital expenditure | (21) | (59) | (60) | (75) | (95) | | | | | | |
| as % of sales | 4.4% | 7.8% | 6.0% | 6.0% | 6.0% | | | | | | |
| Cash flow from financing activities | 37 | 54 | (11) | (49) | (12) | | | | | | |
| o/w Dividends paid | 0 | (50) | 0 | 0 | 0 | | | | | | |
| o/w Net debt issued/(repaid) | 37 | (12) | (11) | (49) | (12) | | | | | | |
| Net change in cash | 70 | (38) | 135 | 106 | 174 | | | | | | |
| Adj. Free cash flow to firm | 43 | (92) | 146 | 155 | 186 | | | | | | |
| y/y Growth | 80.2% | (315.0%) | (259.1%) | 5.5% | 20.1% | | | | | | |

Source: Company reports and J.P. Morgan estimates.

Note: $ in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

**North America Equity Research**
01 March 2022

J.P.Morgan

**Analyst Certification:** The Research Analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple Research Analysts are primarily responsible for this report, the Research Analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the Research Analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect the Research Analyst's personal views about any and all of the subject securities or issuers; and (2) no part of any of the Research Analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the Research Analyst(s) in this report. For all Korea-based Research Analysts listed on the front cover, if applicable, they also certify, as per KOFIA requirements, that the Research Analyst's analysis was made in good faith and that the views reflect the Research Analyst's own opinion, without undue influence or intervention.

All authors named within this report are Research Analysts unless otherwise specified. In Europe, Sector Specialists (Sales and Trading) may be shown on this report as contacts but are not authors of the report or part of the Research Department.

## Important Disclosures

- **Market Maker:** J.P. Morgan Securities LLC makes a market in the securities of TaskUs.

- **Market Maker/ Liquidity Provider:** J.P. Morgan is a market maker and/or liquidity provider in the financial instruments of/related to TaskUs.

- **Manager or Co-manager:** J.P. Morgan acted as manager or co-manager in a public offering of securities or financial instruments (as such term is defined in Directive 2014/65/EU) of/for TaskUs within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: TaskUs.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: TaskUs.

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: TaskUs.

- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: TaskUs.

- **Investment Banking Compensation Received:** J.P. Morgan has received in the past 12 months compensation for investment banking services from TaskUs.

- **Potential Investment Banking Compensation:** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from TaskUs.

- **Non-Investment Banking Compensation Received:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from TaskUs.

- **Debt Position:** J.P. Morgan may hold a position in the debt securities of TaskUs, if any.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies, and certain non-covered companies, by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request.

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

**North America Equity Research**
01 March 2022

J.P.Morgan

TaskUs (TASK, TASK US) Price Chart



| Date | Rating | Price ($) | Price Target ($) |
|------|--------|-----------|------------------|
| 06-Jul-21 | OW | 32.39 | 45 |
| 11-Aug-21 | OW | 32.26 | 50 |
| 17-Aug-21 | OW | 39.50 | 52 |
| 11-Nov-21 | OW | 58.16 | 78 |

Source: Bloomberg Finance L.P. and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Jul 06, 2021. All share prices are as of market close on the previous business day.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, https://www.jpmorganmarkets.com.

**Coverage Universe: Jain, Puneet**: Broadridge (BR), CI&T (CINT), Conduent (CNDT), ExlService Holdings Inc. (EXLS), Grid Dynamics (GDYN), Perficient (PRFT), TaskUs (TASK), WNS Holdings Ltd. (WNS)

**J.P. Morgan Equity Research Ratings Distribution, as of January 01, 2022**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage* | 52% | 37% | 11% |
| IB clients** | 53% | 46% | 34% |
| JPMS Equity Research Coverage* | 51% | 37% | 12% |
| IB clients** | 74% | 68% | 50% |

*Please note that the percentages might not add to 100% because of rounding.
**Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months.
For purposes only of FINRA ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

**North America Equity Research**
01 March 2022

J.P.Morgan

available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

A history of J.P. Morgan investment recommendations disseminated during the preceding 12 months can be accessed on the Research & Commentary page of http://www.jpmorganmarkets.com where you can also search by analyst name, sector or financial instrument.

**Analysts' Compensation:** The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

**UK MIFID FICC research unbundling exemption:** UK clients should refer to UK MIFID Research Unbundling exemption for details of JPMorgan's implementation of the FICC research exemption and guidance on relevant FICC research categorisation.

All research material made available to clients are simultaneously available on our client website, J.P. Morgan Markets, unless specifically permitted by relevant laws. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research material available on a particular stock, please contact your sales representative.

Any long form nomenclature for references to China; Hong Kong; Taiwan; and Macau within this research material are Mainland China; Hong Kong SAR (China); Taiwan (China); and Macau SAR (China).

J.P. Morgan Research may, from time to time, write on issuers or securities targeted by economic or financial sanctions imposed or administered by the governmental authorities of the U.S., EU, UK or other relevant jurisdictions (Sanctioned Securities). Nothing in this report is intended to be read or construed as encouraging, facilitating, promoting or otherwise approving investment or dealing in such Sanctioned Securities. Clients should be aware of their own legal and compliance obligations when making investment decisions.

**Options and Futures related research:** If the information contained herein regards options- or futures-related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit https://www.theocc.com/components/docs/riskstoc.pdf for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

**Changes to Interbank Offered Rates (IBORs) and other benchmark rates:** Certain interest rate benchmarks are, or may in the future become, subject to ongoing international, national and other regulatory guidance, reform and proposals for reform. For more information, please consult: https://www.jpmorgan.com/global/disclosures/interbank_offered_rates

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including, but not limited to, the J.P. Morgan Corporate and Investment Bank and its Global Research division.

**Legal entity responsible for the production and distribution of research:** The legal entity identified below the name of the Reg AC Research Analyst who authored this material is the legal entity responsible for the production of this research. Where multiple Reg AC Research Analysts authored this material with different legal entities identified below their names, these legal entities are jointly responsible for the production of this research. Research Analysts from various J.P. Morgan affiliates may have contributed to the production of this material but may not be licensed to carry out regulated activities in your jurisdiction (and do not hold themselves out as being able to do so). Unless otherwise stated below, this material has been distributed by the legal entity responsible for production. If you have any queries, please contact the relevant Research Analyst in your jurisdiction or the entity in your jurisdiction that has distributed this research material.

**Legal Entities Disclosures and Country-/Region-Specific Disclosures:**
**Argentina:** JPMorgan Chase Bank N.A Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"- Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission" - ALYC y AN Integral N°51). **Australia:** J.P. Morgan Securities Australia Limited ("JPMSAL") (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by the Australian Securities and Investments Commission and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. This material is issued and distributed in Australia by or on behalf of JPMSAL only to "wholesale clients" (as defined in section 761G of the Corporations Act 2001). A list of all financial products covered can be found by visiting https://www.jpmm.com/research/disclosures. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all Global Industry Classification Standard (GICS) sectors, as well as across a range of market capitalisation sizes. If

8

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
01 March 2022

**J.P.Morgan**

applicable, in the course of conducting public side due diligence on the subject company(ies), the Research Analyst team may at times perform such diligence through corporate engagements such as site visits, discussions with company representatives, management presentations, etc. Research issued by JPMSAL has been prepared in accordance with J.P. Morgan Australia's Research Independence Policy which can be found at the following link: J.P. Morgan Australia - Research Independence Policy. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. This material is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc. **Chile:** Inversiones J.P. Morgan Limitada is an unregulated entity incorporated in Chile. **China:** J.P. Morgan Securities (China) Company Limited has been approved by CSRC to conduct the securities investment consultancy business. **Dubai International Financial Centre (DIFC)**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - The Gate, West Wing, Level 3 and 9 PO Box 506551, Dubai, UAE. This material has been distributed by JP Morgan Chase Bank, N.A., Dubai Branch to persons regarded as professional clients or market counterparties as defined under the DFSA rules. **European Economic Area (EEA):** Unless specified to the contrary, research is distributed in the EEA by J.P. Morgan SE ("JPM SE"), which is subject to prudential supervision by the European Central Bank ("ECB") in cooperation with BaFin and Deutsche Bundesbank in Germany. JPM SE is a company headquartered in Frankfurt with registered address at TaunusTurm, Taunustor 1, Frankfurt am Main, 60310, Germany. The material has been distributed in the EEA to persons regarded as professional investors (or equivalent) pursuant to Art. 4 para. 1 no. 10 and Annex II of MiFID II and its respective implementation in their home jurisdictions ("EEA professional investors"). This material must not be acted on or relied on by persons who are not EEA professional investors. Any investment or investment activity to which this material relates is only available to EEA relevant persons and will be engaged in only with EEA relevant persons. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong, and J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. JP Morgan Chase Bank, N.A., Hong Kong (CE Number AAL996) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission, is organized under the laws of the United States with limited liability. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with the Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited and the Bombay Stock Exchange Limited (SEBI Registration Number – INZ000239730) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: http://www.jpmipl.com. JPMorgan Chase Bank, N.A. - Mumbai Branch is licensed by the Reserve Bank of India (RBI) (Licence No. 53/ Licence No. BY.4/94; SEBI - IN/CUS/014/ CDSL : IN-DP-CDSL-444-2008/ IN-DP-NSDL-285-2008/ INBI00000984/ INE231311239) as a Scheduled Commercial Bank in India, which is its primary license allowing it to carry on Banking business in India and other activities, which a Bank branch in India are permitted to undertake. For non-local research material, this material is not distributed in India by J.P. Morgan India Private Limited. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Korea**: J.P. Morgan Securities (Far East) Limited, Seoul Branch, is a member of the Korea Exchange (KRX). JPMorgan Chase Bank, N.A., Seoul Branch, is licensed as a branch office of foreign bank (JPMorgan Chase Bank, N.A.) in Korea. Both entities are regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). For non-macro research material, the material is distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X), which is a Participating Organization of Bursa Malaysia Berhad and holds a Capital Markets Services License issued by the Securities Commission in Malaysia. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V.and J.P. Morgan Grupo Financiero are members of the Mexican Stock Exchange and are authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **New Zealand**: This material is issued and distributed by JPMSAL in New Zealand only to "wholesale clients" (as defined in the Financial Advisers Act 2008). JPMSAL is registered as a Financial Service Provider under the Financial Service providers (Registration and Dispute Resolution) Act of 2008. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Russia**: CB J.P. Morgan Bank International LLC is regulated by the Central Bank of Russia. **Singapore**: This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 093/09/2021 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited, and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore), both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this material in Singapore are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the material. As at the date of this material, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this material. Arising from its role as a designated market

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

North America Equity Research
01 March 2022

J.P.Morgan

maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited and JPMorgan Chase Bank, N.A., Johannesburg Branch are members of the Johannesburg Securities Exchange and are regulated by the Financial Services Board. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. Material relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material that may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission, and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **UK:** Unless specified to the contrary, research is distributed in the UK by J.P. Morgan Securities plc ("JPMS plc") which is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. JPMS plc is registered in England & Wales No. 2711006, Registered Office 25 Bank Street, London, E14 5JP. This material is directed in the UK only to: (a) persons having professional experience in matters relating to investments falling within article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) (Order) 2005 ("the FPO"); (b) persons outlined in article 49 of the FPO (high net worth companies, unincorporated associations or partnerships, the trustees of high value trusts, etc.); or (c) any persons to whom this communication may otherwise lawfully be made; all such persons being referred to as "UK relevant persons". This material must not be acted on or relied on by persons who are not UK relevant persons. Any investment or investment activity to which this material relates is only available to UK relevant persons and will be engaged in only with UK relevant persons. Research issued by JPMS plc has been prepared in accordance with JPMS plc's policy for prevention and avoidance of conflicts of interest related to the production of Research which can be found at the following link: J.P. Morgan EMEA - Research Independence Policy. **U.S.**: J.P. Morgan Securities LLC ("JPMS") is a member of the NYSE, FINRA, SIPC, and the NFA. JPMorgan Chase Bank, N.A. is a member of the FDIC. Material published by non-U.S. affiliates is distributed in the U.S. by JPMS who accepts responsibility for its content.

**General:** Additional information is available upon request. The information in this material has been obtained from sources believed to be reliable. While all reasonable care has been taken to ensure that the facts stated in this material are accurate and that the forecasts, opinions and expectations contained herein are fair and reasonable, JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) make no representations or warranties whatsoever to the completeness or accuracy of the material provided, except with respect to any disclosures relative to J.P. Morgan and the Research Analyst's involvement with the issuer that is the subject of the material. Accordingly, no reliance should be placed on the accuracy, fairness or completeness of the information contained in this material. Any data discrepancies in this material could be the result of different calculations and/or adjustments. J.P. Morgan accepts no liability whatsoever for any loss arising from any use of this material or its contents, and neither J.P. Morgan nor any of its respective directors, officers or employees, shall be in any way responsible for the contents hereof, apart from the liabilities and responsibilities that may be imposed on them by the relevant regulatory authority in the jurisdiction in question, or the regulatory regime thereunder. Opinions, forecasts or projections contained in this material represent J.P. Morgan's current opinions or judgment as of the date of the material only and are therefore subject to change without notice. Periodic updates may be provided on companies/industries based on company-specific developments or announcements, market conditions or any other publicly available information. There can be no assurance that future results or events will be consistent with any such opinions, forecasts or projections, which represent only one possible outcome. Furthermore, such opinions, forecasts or projections are subject to certain risks, uncertainties and assumptions that have not been verified, and future actual results or events could differ materially. The value of, or income from, any investments referred to in this material may fluctuate and/or be affected by changes in exchange rates. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Past performance is not indicative of future results. Accordingly, investors may receive back less than originally invested. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipients of this material must make their own independent decisions regarding any securities or financial instruments mentioned herein and should seek advice from such independent financial, legal, tax or other adviser as they deem necessary. J.P. Morgan may trade as a principal on the basis of the Research Analysts' views and research, and it may also engage in transactions for its own account or for its clients' accounts in a manner inconsistent with the views taken in this material, and J.P. Morgan is under no obligation to ensure that such other communication is brought to the attention of any recipient of this material. Others within J.P. Morgan, including Strategists, Sales staff and other Research Analysts, may take views that are inconsistent with those taken in this material. Employees of J.P. Morgan not involved in the preparation of this material may have investments in the securities (or derivatives of such securities) mentioned in this material and may trade them in ways different from those discussed in this material. This material is not an advertisement for or marketing of any issuer, its products or services, or its securities in any jurisdiction.

"Other Disclosures" last revised February 28, 2022.

Puneet Jain
(1-212) 622-1436
puneet.x.jain@jpmorgan.com

**North America Equity Research**
01 March 2022

J.P.Morgan

**Copyright 2022 JPMorgan Chase & Co. All rights reserved. This material or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

J.P.Morgan

Completed    01 Mar 2022 09:06 AM EST

Disseminated    01 Mar 2022 09:06 AM EST

# Morgan Stanley | RESEARCH

UPDATE

*March 1, 2022 05:03 AM GMT*

## TaskUs, Inc. | North America

# Ball Don't Lie; Remain OW

| ⌁ Stock Rating | ◎ Industry View | ◎ Price Target |
|---|---|---|
| Overweight | Attractive | $60.00 |

Upside to 4Q21 expectations and a strong CY22 outlook should help ease remaining skepticism around TASK's fundamentals. We remain constructive on the company's growth levers, particularly given strong visibility into CY22 and potential for acquisition-driven upside.

**Executing on five growth levers.** Management continues to execute on its five strategic growth levers, contributing to outperformance in the quarter and building the foundation for a better than expected CY22 outlook. Expansion with current clients, new client wins, additional service offerings, and geographic expansion (Japan and Malaysia) helped drive strength in the quarter and helps inform the company's CY22 revenue outlook of $980mm - $1.0bn (+30.1% y/y at the midpoint). This outlook contemplates: 1) flat y/y revenue at the company's largest client due to delivery optimization (margin tailwind); 2) double-digit growth at two of the its top five clients; and 3) triple-digit growth at the other two top five clients. The company's fifth strategic lever, M&A, would be incremental to TASK's current outlook, with management continuing to look at deals to accelerate growth in Europe or to add to specialized service capabilities. In order to support revenue growth, TASK grew headcount to 40,100 employees (+69.9% y/y, +12.6% q/q), and expects to add approximately 4,000 net new employees every quarter.

**4Q21 revenue and profitability outperformance.** TASK delivered upside to 4Q21 expectations with revenue of $226.8mm (+63% y/y organic) ahead of MSe / consensus of $215.5mm / $216.1mm. Adjusted EBITDA margin of 24.8% was ahead of MSe / consensus of 22.7% / 22.8%, while non-GAAP EPS of $0.34 was ahead of our $0.32. Growth was led by the company's AI Services segment (+128% y/y), followed by Digital Customer Experience (+69% y/y), and Content Security (+23% y/y).

**Adjusting estimates for better than expected outlook.** Given outperformance in the quarter and upside to our original CY22 expectations, we are raising our CY22 revenue / adjusted EPS estimates to $989.1mm / $1.37 (vs. $955.3mm / $1.30 prior), while our CY23 revenue / adjusted EPS estimates move to $1.24bn / $1.82 (vs. $1.20bn / $1.76 prior). Our CY22 revenue estimate contemplates +30% y/y revenue growth and 23% adjusted EBITDA margin—below medium term targets of 25%—as we expect the company to continue to invest in expansion. Our CY23 revenue estimate contemplates +25.2% y/y revenue growth with margins expanding as reinvestment spend moderates as a percentage of revenue.

**Remain OW with $60 PT.** We are maintaining our $60 price target based on 33x

MORGAN STANLEY & CO. LLC

**James E Faucette**
EQUITY ANALYST
James.Faucette@morganstanley.com     +1 212 296-5771

**Jonathan Y Lee**
EQUITY ANALYST
Jonathan.Y.Lee@morganstanley.com     +1 212 761-9499

**Michael N Infante**
RESEARCH ASSOCIATE
Michael.Infante@morganstanley.com     +1 212 761-4631

**Jeffrey D Goldstein, CFA**
EQUITY ANALYST
Jeff.D.Goldstein@morganstanley.com     +1 212 761-1197

**Meryl R Thomas, CFA**
RESEARCH ASSOCIATE
Meryl.Thomas@morganstanley.com     +1 212 761-0774

**Sandy Beatty, CFA**
RESEARCH ASSOCIATE
Sandy.Beatty@morganstanley.com     +1 212 761-5777

### TaskUs, Inc. ( TASK.O, TASK US )

**IT Services / United States of America**

| | |
|---|---|
| Stock Rating | Overweight |
| Industry View | Attractive |
| Price target | $60.00 |
| Shr price, close (Feb 28, 2022) | $28.72 |
| Mkt cap, curr (mm) | $3,316 |
| 52-Week Range | $85.49-25.12 |

| Fiscal Year Ending | 12/21 | 12/22e | 12/23e | 12/24e |
|---|---|---|---|---|
| ModelWare EPS ($) | (0.56) | 0.66 | 1.11 | 1.44 |
| EPS ($)** | 1.23 | 1.37 | 1.82 | 2.30 |
| P/E** | 44.0 | 20.9 | 15.8 | 12.5 |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
** = Based on consensus methodology
e = Morgan Stanley Research estimates

### QUARTERLY EPS ($)

| Quarter | 2021 | 2022e Prior | 2022e Current | 2023e Prior | 2023e Current |
|---|---|---|---|---|---|
| Q1 | 0.27 | 0.24 | 0.30 | 0.36 | 0.39 |
| Q2 | 0.32 | 0.29 | 0.31 | 0.44 | 0.44 |
| Q3 | 0.30 | 0.36 | 0.35 | 0.47 | 0.47 |
| Q4 | 0.34 | 0.41 | 0.40 | 0.48 | 0.51 |

e = Morgan Stanley Research estimates

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. nvestors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

Morgan Stanley | RESEARCH



our revised CY23E EPS (vs. 34x prior) as multiples have compressed across the space. Our multiple represents a premium to contact center / BPO peers with similar capabilities, but a discount to high-growth digital-focused IT Services peers, which we believe is warranted given TASK's faster growth relative to that of contact center / BPO peers, but lower revenue per employee when compared to digital-focused IT Services peers. We continue to believe management will utilize a disciplined acquisition strategy designed to broaden its capability set in order to further cater to high-growth companies and successfully move into higher value services in order to increase revenue per employee, helping to sustain its premium valuation.

**Morgan Stanley** | RESEARCH



# Analysis

**Exhibit 1:** TASK delivered upside to 4Q21 expectations

| TaskUs, Inc. (TASK) Variance ($mm, except per share data) | 4Q21A Actual | 4Q21E MSe | Δ | 4Q21E Cons. | Δ |
|---|---|---|---|---|---|
| **Revenue** | **$226.8** | **$215.5** | *5.2%* | **$216.1** | *4.9%* |
| *y/y growth (%)* | *63.4%* | *55.3%* | *812 bps* | *55.7%* | *768 bps* |
| *q/q growth (%)* | *12.8%* | *7.2%* | *561 bps* | *7.5%* | *530 bps* |
| **Adjusted EBITDA** | **$56.2** | **$48.9** | *14.8%* | **$49.3** | *13.9%* |
| *y/y growth (%)* | *70.5%* | *48.5%* | *2,196 bps* | *49.7%* | *2,081 bps* |
| *q/q growth (%)* | *16.7%* | *1.7%* | *1,504 bps* | *2.5%* | *1,425 bps* |
| **Adjusted EBITDA margin (%)** | **24.8%** | **22.7%** | *206 bps* | **22.8%** | *195 bps* |
| **Adjusted net income** | **$37.1** | **$33.4** | *10.9%* | **$36.5** | *1.5%* |
| *y/y growth (%)* | *85.1%* | *67.0%* | *1,814 bps* | *82.3%* | *281 bps* |
| *q/q growth (%)* | *13.1%* | *2.1%* | *1,109 bps* | *11.4%* | *172 bps* |

Source: Company data, Morgan Stanley Research

**Exhibit 2:** TASK added approximately 4,500 employees (net) in the quarter in order to support growth



Source: Company data, Morgan Stanley Research



# Morgan Stanley | RESEARCH

**UPDATE**

# Risk Reward – TaskUs, Inc. (TASK.O)

High-growth BPO company serving "new economy" warrants premium valuation

## PRICE TARGET  $60.00

Our price target is derived from our Base Case scenario, which assumes organic revenue growth above 25%. Our target applies a 33x P/E multiple to our Base Case CY23E EPS, a premium to that of peers to reflect faster growth and greater exposure to digital-native customers.



**Consensus Price Target Distribution**   $45.00 ◆ $66.14 ◆ $78.00

MS PT
◆ Mean  ◆ Morgan Stanley Estimates

Source: Refinitiv, Morgan Stanley Research

## OVERWEIGHT THESIS

- TASK is a founder-led growth-focused customer care / BPO company focused on serving high-growth "new economy" customers
- Above peer average growth reflects management's focus on partnering with similar "digital-native" customers
- Strong organic growth warrants premium valuation to contact center / BPO peers

## RISK REWARD CHART



$80.00(+178.55%)

◆ $60.00(+108.91%)

$28.72

$25.00(-12.95%)

Key:  — Historical Stock Performance  ● Current Stock Price  ◆ Price Target

Source: Refinitiv, Morgan Stanley Research

**Consensus Rating Distribution**



- 100% Overweight
- 0%  Equal-weight
- 0%  Underweight

● MS Rating

Source: Refinitiv, Morgan Stanley Research

**Risk Reward Themes**

| Market Share: | Positive |
|---|---|
| New Data Era: | Positive |
| Secular Growth: | Positive |

View descriptions of Risk Rewards Themes here

| BULL CASE | $80.00 | BASE CASE | $60.00 | BEAR CASE | $25.00 |
|---|---|---|---|---|---|
| 37x Bull Case CY23E EPS | | 33x Base Case CY23E EPS | | 16x Bear Case CY23E EPS | |

**Sustained 40%+ revenue growth.** Greater than expected volume growth and new customer wins drives consistent 40%+ revenue growth. Multiple still represents a discount to that of high-growth digital pure-play IT Services companies.

**Increased volumes and share gains.** Increased volumes of work from high-growth customers, share gains at existing customers, incremental service offerings, and strong hiring capabilities allow TASK to maintain 25%+ organic growth. Multiple represents a premium to contact center / BPO peers given exposure to faster growth customers.

**Decelerating revenue growth.** Growth slows as pricing pressure builds in BPO, with greater volume unable to fully offset commoditized pricing. Multiple is broadly in-line with that of diversified BPO peers.

**Morgan Stanley** | RESEARCH


UPDATE

# Risk Reward – TaskUs, Inc. (TASK.O)

## KEY EARNINGS INPUTS

| Drivers | 2021 | 2022e | 2023e | 2024e |
|---|---|---|---|---|
| Adjusted EBITDA margin (% of revenue) (%) | 24.7 | 23.0 | 23.9 | 23.9 |
| Adjusted net income (% of revenue) (%) | 17.0 | 14.7 | 15.6 | 15.7 |
| Revenue growth (%) | 59.1 | 30.0 | 25.2 | 25.3 |

## INVESTMENT DRIVERS

- Volume growth at end customers
- Increased volume of objectionable content requiring screening
- Greater need for data annotation services
- Increased outsourcing of customer care
- Acquisitions

## GLOBAL REVENUE EXPOSURE



- 0-10%   Europe ex UK
- 0-10%   UK
- 30-40%   North America
- 50-60%   APAC, ex Japan, Mainland China and India

Source: Morgan Stanley Research Estimate
View explanation of regional hierarchies here

## RISKS TO PT/RATING

### RISKS TO UPSIDE

- Greater than expected growth of end customers
- Incremental share wins
- Greater than expected demand for content moderation, customer care, and / or data annotation
- Longer than expected growth approaching 40%

### RISKS TO DOWNSIDE

- Pricing pressure
- Elevated levels of attrition
- Share loss to competitors, insourcing, and / or automation

## OWNERSHIP POSITIONING

| | |
|---|---|
| Inst. Owners, % Active | 80.7% |
| HF Sector Long/Short Ratio | 2.9x |
| HF Sector Net Exposure | 37% |

Refinitiv; MSPB Content. Includes certain hedge fund exposures held with MSPB. Information may be inconsistent with or may not reflect broader market trends. Long/Short Ratio = Long Exposure / Short exposure. Sector % of Total Net Exposure = (For a particular sector: Long Exposure - Short Exposure) / (Across all sectors: Long Exposure – Short Exposure).

## MS ESTIMATES VS. CONSENSUS

*FY Dec 2022e*



Sales / Revenue ($, mm): 941 — 956 — 989
EBIT ($, mm): 68 — 162 — 194
EPS ($): 1.21 — 1.30 — 1.37 — 1.41

◆ Mean   ◆ Morgan Stanley Estimates

Source: Refinitiv, Morgan Stanley Research

**Morgan Stanley** | RESEARCH


UPDATE

# Financial Statements

**Exhibit 3:** TASK: Income Statement

| TaskUs, Inc. Income Statement $mm, except per share figures | Mar-21 1Q21A | Jun-21 2Q21A | Sep-21 3Q21A | Dec-21 4Q21A | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | Mar-23 1Q23E | Jun-23 2Q23E | Sep-23 3Q23E | Dec-23 4Q23E | 2020A | 2021A | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2021A** | | | | **2022E** | | | | **2023E** | | | | | | | |
| Revenue | 152.9 | 180.0 | 201.1 | 226.8 | 230.1 | 237.6 | 249.3 | 272.1 | 278.5 | 300.2 | 314.2 | 345.8 | 478.0 | 760.7 | 989.1 | 1,238.7 |
| Cost of service | 88.0 | 103.8 | 112.4 | 127.5 | 132.3 | 136.6 | 142.7 | 155.8 | 157.4 | 168.1 | 176.0 | 193.6 | 270.5 | 431.7 | 567.4 | 695.1 |
| Gross profit | 64.8 | 76.2 | 88.6 | 99.3 | 97.8 | 101.0 | 106.6 | 116.3 | 121.1 | 132.1 | 138.3 | 152.2 | 207.5 | 329.0 | 421.7 | 543.6 |
| Sales, general and administrative | 31.5 | 172.0 | 41.1 | 44.3 | 46.0 | 47.5 | 48.0 | 52.4 | 55.7 | 60.0 | 62.8 | 69.2 | 107.8 | 288.9 | 193.9 | 247.7 |
| Stock-based compensation | – | 5.8 | 19.2 | 21.4 | 20.7 | 19.6 | 19.3 | 20.4 | 20.2 | 19.5 | 19.6 | 20.7 | – | 46.4 | 80.0 | 80.1 |
| Depreciation | 6.2 | 6.7 | 7.4 | 8.7 | 8.5 | 8.8 | 8.7 | 8.2 | 10.3 | 10.5 | 11.0 | 12.1 | 20.2 | 29.0 | 34.2 | 43.9 |
| Amortization of intangible assets | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 18.8 | 18.8 | 18.8 |
| Loss (gain) on disposal of assets | 0.0 | 0.0 | 0.0 | (0.0) | – | – | – | – | – | – | – | – | 1.1 | 0.1 | – | – |
| Contingent consideration | – | – | – | – | – | – | – | – | – | – | – | – | 3.6 | – | – | – |
| Operating income | 22.4 | (113.0) | 16.1 | 20.2 | 17.8 | 20.4 | 25.8 | 30.7 | 30.2 | 37.3 | 40.1 | 45.4 | 56.0 | (54.3) | 94.7 | 153.0 |
| **Adjusted operating income** | **29.9** | **34.9** | **40.1** | **46.3** | **43.3** | **44.7** | **49.9** | **55.8** | **55.1** | **61.5** | **64.4** | **70.9** | **90.4** | **151.2** | **193.6** | **252.0** |
| *Adjusted operating margin (%)* | *19.6%* | *19.4%* | *19.9%* | *20.4%* | *18.8%* | *18.8%* | *20.0%* | *20.5%* | *19.8%* | *20.5%* | *20.5%* | *20.5%* | *18.9%* | *19.9%* | *19.6%* | *20.3%* |
| **Adjusted EBITDA** | **39.5** | **44.1** | **48.1** | **56.2** | **51.8** | **53.5** | **58.6** | **63.9** | **65.4** | **72.0** | **75.4** | **83.0** | **112.6** | **187.9** | **227.8** | **295.9** |
| *Adjusted EBITDA margin (%)* | *25.9%* | *24.5%* | *23.9%* | *24.8%* | *22.5%* | *22.5%* | *23.5%* | *23.5%* | *23.5%* | *24.0%* | *24.0%* | *24.0%* | *23.6%* | *24.7%* | *23.0%* | *23.9%* |
| Other (income) expense | 0.8 | (1.7) | 1.2 | (0.1) | – | – | – | – | – | – | – | – | (1.6) | 0.2 | – | – |
| Financing expense | 1.6 | 1.6 | 1.6 | 1.7 | 2.0 | 1.9 | 1.9 | 1.9 | 2.0 | 1.9 | 1.9 | 1.9 | 7.5 | 6.5 | 7.7 | 7.7 |
| Profit before taxes | 20.1 | (113.0) | 13.3 | 18.6 | 15.9 | 18.4 | 23.9 | 28.7 | 28.3 | 35.4 | 38.1 | 43.5 | 50.1 | (61.0) | 87.0 | 145.3 |
| Provision for income taxes | 3.6 | (7.0) | 1.7 | (0.5) | 3.1 | 3.6 | 4.6 | 5.5 | 5.4 | 6.8 | 7.3 | 8.4 | 9.9 | (2.3) | 16.8 | 28.0 |
| **Net income** | **16.5** | **(105.9)** | **11.6** | **19.1** | **12.8** | **14.8** | **19.3** | **23.2** | **22.8** | **28.6** | **30.8** | **35.2** | **40.2** | **(58.7)** | **70.1** | **117.4** |
| Add: Transaction expenses / offering costs | 3.3 | 2.4 | 0.5 | 0.7 | – | – | – | – | – | – | – | – | 0.9 | 7.0 | – | – |
| **Proforma net income** | **19.8** | **(103.5)** | **12.1** | **19.8** | **12.8** | **14.8** | **19.3** | **23.2** | **22.8** | **28.6** | **30.8** | **35.2** | **41.1** | **(51.7)** | **70.1** | **117.4** |
| Add: Amortization of intangible assets | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 18.8 | 18.8 | 18.8 |
| Add: Adjustments | 2.8 | 143.2 | 19.2 | 21.4 | 20.7 | 19.6 | 19.3 | 20.4 | 20.2 | 19.5 | 19.6 | 20.7 | 15.5 | 186.7 | 80.0 | 80.1 |
| Add: Foreign currency loss (gain) | 0.8 | (1.6) | 1.3 | 0.3 | – | – | – | – | – | – | – | – | (1.5) | 0.8 | – | – |
| Add: Loss (gain) on disposal of assets | 0.0 | 0.0 | 0.0 | (0.0) | – | – | – | – | – | – | – | – | 1.1 | 0.1 | – | – |
| Add: Tax benefit from transaction related costs | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Add: Tax benefit from EBITDA adjustments | – | (11.4) | (4.6) | (9.2) | (6.1) | (5.8) | (5.7) | (6.0) | (5.9) | (5.7) | (5.8) | (6.0) | – | (25.2) | (23.6) | (23.4) |
| **Adjusted net income** | **28.2** | **31.4** | **32.8** | **37.1** | **32.1** | **33.3** | **37.6** | **42.3** | **41.8** | **47.1** | **49.4** | **54.6** | **75.1** | **129.4** | **145.4** | **192.9** |
| **Adjusted EPS - diluted** | **$0.27** | **$0.32** | **$0.30** | **$0.34** | **$0.30** | **$0.31** | **$0.35** | **$0.40** | **$0.39** | **$0.44** | **$0.47** | **$0.51** | **$0.72** | **$1.23** | **$1.37** | **$1.82** |
| Weighted average shares outstanding - diluted | 104.1 | 97.6 | 109.4 | 110.5 | 106.0 | 106.0 | 106.0 | 106.0 | 106.0 | 106.0 | 106.0 | 106.0 | 104.1 | 105.4 | 106.0 | 106.0 |
| **Margin analysis (%)** | | | | | | | | | | | | | | | | |
| Adjusted operating margin (% of revenue) | 19.6% | 19.4% | 19.9% | 20.4% | 18.8% | 18.8% | 20.0% | 20.5% | 19.8% | 20.5% | 20.5% | 20.5% | 18.9% | 19.9% | 19.6% | 20.3% |
| Adjusted EBITDA margin (% of revenue) | 25.9% | 24.5% | 23.9% | 24.8% | 22.5% | 22.5% | 23.5% | 23.5% | 23.5% | 24.0% | 24.0% | 24.0% | 23.6% | 24.7% | 23.0% | 23.9% |
| Adjusted net income (% of revenue) | 18.4% | 17.4% | 16.3% | 16.3% | 14.0% | 14.0% | 15.1% | 15.6% | 15.0% | 15.7% | 15.7% | 15.8% | 15.7% | 17.0% | 14.7% | 15.6% |
| **Y/Y Growth analysis (%)** | | | | | | | | | | | | | | | | |
| Revenue growth | 49.2% | 57.4% | 64.2% | 63.4% | 50.5% | 32.0% | 24.0% | 20.0% | 21.0% | 26.3% | 26.0% | 27.1% | 32.9% | 59.1% | 30.0% | 25.2% |
| Adjusted operating margin (bps) | 715 | 143 | (586) | 204 | (79) | (58) | 6 | 8 | 100 | 170 | 50 | (0) | 341 | 98 | (31) | 77 |
| Adjusted EBITDA | 126.5% | 67.3% | 34.3% | 70.5% | 30.9% | 21.2% | 21.8% | 13.9% | 26.4% | 34.8% | 28.7% | 29.8% | 51.7% | 66.9% | 21.2% | 29.9% |
| Adjusted net income | 177.5% | 84.9% | 17.3% | 85.1% | 13.9% | 6.3% | 14.8% | 14.2% | 30.2% | 41.1% | 31.3% | 29.0% | 41.7% | 72.4% | 12.4% | 32.6% |
| Adjusted EPS | 177.5% | 97.3% | 11.6% | 74.4% | 11.8% | (2.2%) | 18.5% | 19.0% | 30.2% | 41.1% | 31.3% | 29.0% | 41.7% | 70.3% | 11.7% | 32.6% |

Source: Company data, Morgan Stanley Research estimates

**Morgan Stanley** | RESEARCH

UPDATE

**Exhibit 4:** TASK: Balance Sheet

| TaskUs, Inc. | 2021A | | | | 2022E | | | | 2023E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance Sheet | Mar-21 | Jun-21 | Sep-21 | Dec-21 | Mar-22 | Jun-22 | Sep-22 | Dec-22 | Mar-23 | Jun-23 | Sep-23 | Dec-23 | | 2020A | 2021A | 2022E | 2023E |
| $mm, except per share figures | 1Q21A | 2Q21A | 3Q21A | 4Q21A | 1Q22E | 2Q22E | 3Q22E | 4Q22E | 1Q23E | 2Q23E | 3Q23E | 4Q23E | | | | | |
| Cash | 135.5 | 195.9 | 61.3 | 63.6 | 148.8 | 173.0 | 204.1 | 216.7 | 251.0 | 288.0 | 328.9 | 367.7 | | 107.7 | 63.6 | 216.7 | 367.7 |
| Accounts receivable, net | 91.8 | 127.9 | 157.6 | 162.9 | 152.5 | 155.8 | 161.7 | 176.5 | 184.6 | 196.8 | 203.8 | 224.2 | | 87.8 | 162.9 | 176.5 | 224.2 |
| Other receivables | 0.4 | 0.4 | 0.7 | 0.6 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | | 0.1 | 0.6 | 0.2 | 0.3 |
| Prepaid expenses | 11.6 | 9.7 | 8.7 | 10.9 | 20.7 | 21.4 | 22.4 | 24.5 | 25.1 | 27.0 | 28.3 | 31.1 | | 13.0 | 10.9 | 24.5 | 31.1 |
| Income tax receivable | – | – | 2.2 | 3.9 | – | – | – | – | – | – | – | – | | 1.6 | 3.9 | – | – |
| Other current assets | 0.6 | 2.5 | 2.7 | 4.4 | 1.7 | 1.8 | 1.9 | 2.1 | 2.1 | 2.3 | 2.4 | 2.6 | | 1.1 | 4.4 | 2.1 | 2.6 |
| Total current assets | 239.9 | 336.4 | 233.2 | 246.3 | 324.0 | 352.1 | 390.2 | 419.9 | 463.0 | 514.4 | 563.5 | 626.0 | | 211.3 | 246.3 | 419.9 | 626.0 |
| | | | | | | | | | | | | | | | | | |
| Property and equipment, net | 57.0 | 63.1 | 72.1 | 80.0 | 85.3 | 90.8 | 97.0 | 105.2 | 111.6 | 119.1 | 127.0 | 135.6 | | 57.0 | 80.0 | 105.2 | 135.6 |
| Deferred tax assets | 0.6 | 0.6 | 0.5 | 1.4 | – | – | – | – | – | – | – | – | | 0.6 | 1.4 | – | – |
| Intangibles | 235.6 | 230.9 | 226.2 | 221.4 | 216.7 | 212.0 | 207.3 | 202.6 | 197.9 | 193.2 | 188.5 | 183.8 | | 240.3 | 221.4 | 202.6 | 183.8 |
| Goodwill | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | | 195.7 | 195.7 | 195.7 | 195.7 |
| Other non-current assets | 2.9 | 3.0 | 3.7 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | | 2.6 | 5.0 | 5.0 | 5.0 |
| **Total assets** | **731.6** | **829.6** | **731.5** | **750.0** | **826.8** | **855.7** | **895.3** | **928.5** | **973.3** | **1,027.4** | **1,079.7** | **1,146.1** | | **707.5** | **750.0** | **928.5** | **1,146.1** |
| | | | | | | | | | | | | | | | | | |
| Accounts payable and accrued liabilities | 38.8 | 43.5 | 44.8 | 40.9 | 53.9 | 55.0 | 56.4 | 61.5 | 64.4 | 68.2 | 70.6 | 77.7 | | 38.4 | 40.9 | 61.5 | 77.7 |
| Accrued payroll and employee-related liabilities | 30.6 | 171.7 | 43.9 | 36.7 | 43.7 | 45.1 | 47.4 | 51.7 | 52.9 | 57.0 | 59.7 | 65.7 | | 22.0 | 36.7 | 51.7 | 65.7 |
| Current portion of long-term debt | 47.3 | 48.5 | 49.8 | 51.1 | 52.6 | 54.1 | 56.6 | 59.1 | 61.6 | 64.1 | 67.9 | 71.7 | | 46.0 | 51.1 | 59.1 | 71.7 |
| Current portion of income tax payable | 3.4 | 1.6 | 2.2 | 2.4 | 5.1 | – | – | – | – | – | – | – | | – | 2.4 | – | – |
| Deferred revenue | 5.6 | 5.8 | 6.8 | 4.1 | 4.3 | 3.9 | 3.6 | 3.7 | 3.5 | 3.3 | 3.1 | 3.1 | | 4.7 | 4.1 | 3.7 | 3.1 |
| Deferred rent | 0.1 | 0.3 | 0.4 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | | 0.2 | 0.7 | 0.7 | 0.7 |
| Total current liabilities | 125.7 | 271.4 | 147.9 | 135.9 | 160.3 | 158.9 | 164.7 | 176.8 | 183.1 | 193.4 | 202.1 | 219.0 | | 111.3 | 135.9 | 176.8 | 219.0 |
| | | | | | | | | | | | | | | | | | |
| Income tax payable | 3.0 | 3.0 | 3.0 | 2.9 | 5.7 | 5.9 | 6.3 | 6.9 | 7.0 | 7.5 | 7.9 | 8.6 | | 3.0 | 2.9 | 6.9 | 8.6 |
| Long term debt | 196.3 | 193.5 | 191.0 | 187.2 | 185.0 | 182.8 | 178.1 | 173.4 | 168.7 | 164.0 | 156.8 | 149.6 | | 198.8 | 187.2 | 173.4 | 149.6 |
| Deferred rent | 2.3 | 2.6 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | | 2.2 | 2.7 | 2.7 | 2.7 |
| Accrued payroll and employee-related liabilities | 2.6 | 2.6 | 2.6 | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 | | 2.6 | 1.8 | 1.8 | 1.8 |
| Other long-term payable | – | – | – | – | – | – | – | – | – | – | – | – | | – | – | – | – |
| Deferred tax liabilities | 50.9 | 40.5 | 41.2 | 40.2 | 58.5 | 56.4 | 55.9 | 37.5 | 37.5 | 37.5 | 37.5 | 37.5 | | 50.9 | 40.2 | 37.5 | 37.5 |
| **Total liabilities** | **380.9** | **513.6** | **388.5** | **370.9** | **414.2** | **408.6** | **409.6** | **399.2** | **400.9** | **407.0** | **408.9** | **419.3** | | **368.8** | **370.9** | **399.2** | **419.3** |
| | | | | | | | | | | | | | | | | | |
| **Total equity** | **350.8** | **316.0** | **343.0** | **379.2** | **412.7** | **447.1** | **485.7** | **529.4** | **572.4** | **620.5** | **670.9** | **726.8** | | **338.7** | **379.2** | **529.4** | **726.8** |
| **Total liabilities and equity** | **731.6** | **829.6** | **731.5** | **750.0** | **826.9** | **855.7** | **895.4** | **928.5** | **973.3** | **1,027.5** | **1,079.8** | **1,146.1** | | **707.5** | **750.0** | **928.5** | **1,146.1** |

Source: Company data, Morgan Stanley Research estimates

7

**Morgan Stanley** | RESEARCH

UPDATE

**Exhibit 5:** TASK: Cash Flow Statement

**TaskUs, Inc.**

| Cash Flow Statement $mm, except per share figures | Mar-21 1Q21A | Jun-21 2Q21A | Sep-21 3Q21A | Dec-21 4Q21A | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | Mar-23 1Q23E | Jun-23 2Q23E | Sep-23 3Q23E | Dec-23 4Q23E | 2020A | 2021A | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2021A** | | | | **2022E** | | | | **2023E** | | | | | | | |
| Net income | 16.5 | (105.9) | 11.6 | 19.1 | 12.8 | 14.8 | 19.3 | 23.2 | 22.8 | 28.6 | 30.8 | 35.2 | 34.5 | (58.7) | 70.1 | 117.4 |
| Depreciation | 6.2 | 6.7 | 7.4 | 8.7 | 8.5 | 8.8 | 8.7 | 8.2 | 10.3 | 10.5 | 11.0 | 12.1 | 20.1 | 29.0 | 34.2 | 43.9 |
| Amortization of intangibles | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 18.8 | 18.8 | 18.8 |
| Amortization of debt financing fees | 0.1 | 0.1 | 0.1 | 0.1 | – | – | – | – | – | – | – | – | 0.5 | 0.5 | – | – |
| Loss (gain) on disposal of assets | 0.0 | 0.0 | 0.0 | (0.0) | – | – | – | – | – | – | – | – | 1.1 | 0.1 | – | – |
| Unrealized foreign exchange losses for forward contracts | 1.8 | (0.1) | 4.1 | (1.3) | – | – | – | – | – | – | – | – | – | 4.6 | – | – |
| Deferred taxes | – | (10.5) | 0.8 | (1.8) | 18.3 | (2.2) | (0.5) | (18.4) | – | – | – | – | (6.5) | (11.5) | (2.7) | – |
| Stock-based compensation | – | 5.8 | 19.2 | 21.2 | 20.7 | 19.6 | 19.3 | 20.4 | 20.2 | 19.5 | 19.6 | 20.7 | – | 46.2 | 80.0 | 80.1 |
| Bad debt expense | 0.2 | 0.2 | 0.2 | 0.4 | 1.2 | 1.2 | 1.2 | 1.4 | 1.4 | 1.5 | 1.6 | 1.7 | 2.2 | 1.1 | 4.9 | 6.2 |
| (Increase) / decrease in accounts receivables | (6.1) | (35.1) | (29.4) | (5.6) | 9.2 | (4.5) | (7.1) | (16.1) | (9.6) | (13.7) | (8.5) | (22.2) | – | (76.2) | (18.5) | (54.0) |
| (Increase) / decrease in other current assets | 1.6 | (6.0) | (0.4) | (3.9) | (2.8) | (0.7) | (1.1) | (2.2) | (0.6) | (2.1) | (1.4) | (3.1) | – | (8.6) | (6.9) | (7.2) |
| (Increase) / decrease in other assets | (0.3) | (0.1) | (0.8) | (1.2) | 1.4 | – | – | – | – | – | – | – | – | (2.4) | 1.4 | – |
| Increase / (decrease) in accounts payable | 0.5 | 5.1 | (0.7) | (0.3) | 13.0 | 1.2 | 1.3 | 5.2 | 2.8 | 3.8 | 2.4 | 7.1 | – | 4.5 | 20.6 | 16.2 |
| Increase / (decrease) in other current liability | 8.8 | 141.8 | (126.0) | (8.1) | 9.9 | (4.1) | 1.9 | 4.4 | 1.0 | 3.9 | 2.5 | 6.0 | – | 16.5 | 12.2 | 13.4 |
| Increase / (decrease) in other non-current liability | 5.9 | (1.0) | (0.1) | (1.3) | 2.9 | 0.2 | 0.4 | 0.6 | 0.1 | 0.5 | 0.4 | 0.8 | – | 3.5 | 4.0 | 1.7 |
| Increase / (decrease) in net working capital | 10.3 | 104.7 | (157.4) | (20.4) | 33.6 | (7.9) | (4.6) | (8.2) | (6.3) | (7.5) | (4.6) | (11.5) | (20.0) | (62.8) | 12.9 | (29.9) |
| **Cash flow from operations** | **39.9** | **5.8** | **(109.1)** | **30.8** | **99.7** | **39.1** | **48.3** | **31.2** | **53.2** | **57.3** | **63.1** | **63.0** | **50.8** | **(32.7)** | **218.3** | **236.5** |
| Purchase of property, plant, and equipment | (10.1) | (13.3) | (15.2) | (20.8) | (13.8) | (14.3) | (15.0) | (16.3) | (16.7) | (18.0) | (18.9) | (20.7) | (20.8) | (59.4) | (59.3) | (74.3) |
| Payment for acquisition | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| **Cash flow from investing activities** | **(10.1)** | **(13.3)** | **(15.2)** | **(20.8)** | **(13.8)** | **(14.3)** | **(15.0)** | **(16.3)** | **(16.7)** | **(18.0)** | **(18.9)** | **(20.7)** | **(20.8)** | **(59.4)** | **(59.3)** | **(74.3)** |
| Dividends | – | (50.0) | – | – | – | – | – | – | – | – | – | – | – | (50.0) | – | – |
| Capital increase | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Change in borrowings | (1.3) | (1.3) | (1.3) | (2.6) | (0.7) | (0.7) | (2.2) | (2.2) | (2.2) | (2.2) | (3.4) | (3.4) | 37.0 | (6.6) | (5.8) | (11.2) |
| Other financing activities | – | 120.4 | (4.3) | (5.1) | – | – | – | – | – | – | – | – | – | 111.0 | – | – |
| **Cash flow from financing activities** | **(1.3)** | **69.0** | **(5.6)** | **(7.7)** | **(0.7)** | **(0.7)** | **(2.2)** | **(2.2)** | **(2.2)** | **(2.2)** | **(3.4)** | **(3.4)** | **37.0** | **54.4** | **(5.8)** | **(11.2)** |
| Effect of exchange rate changes on cash | (0.7) | (1.0) | (4.7) | (0.0) | – | – | – | – | – | – | – | – | 3.2 | (6.5) | – | – |
| Cash and cash equivalents, beginning of period | 107.7 | 135.5 | 195.9 | 61.3 | 63.6 | 148.8 | 173.0 | 204.1 | 216.7 | 251.0 | 288.0 | 328.9 | 37.5 | 107.7 | 63.6 | 216.7 |
| Net increase / (decrease) in cash and cash equivalents | 27.8 | 60.4 | (134.6) | 2.3 | 85.2 | 24.1 | 31.1 | 12.7 | 34.2 | 37.1 | 40.9 | 38.8 | 70.2 | (44.1) | 153.2 | 151.0 |
| Cash and cash equivalents, end of period | 135.5 | 195.9 | 61.3 | 63.6 | 148.8 | 173.0 | 204.1 | 216.7 | 251.0 | 288.0 | 328.9 | 367.7 | 107.7 | 63.6 | 216.7 | 367.7 |

Source: Company data, Morgan Stanley Research estimates

8

Morgan Stanley | RESEARCH

# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared by Morgan Stanley & Co. LLC, and/or Morgan Stanley C.T.V.M. S.A., and/or Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., and/or Morgan Stanley Canada Limited. As used in this disclosure section, "Morgan Stanley" includes Morgan Stanley & Co. LLC, Morgan Stanley C.T.V.M. S.A., Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., Morgan Stanley Canada Limited and their affiliates as necessary.

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Sandy Beatty, CFA; James E Faucette; Jeffrey D Goldstein, CFA; Michael N Infante; Jonathan Y Lee; Meryl R Thomas, CFA.
.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies. A Portuguese version of the policy can be found at www.morganstanley.com.br

## Important Regulatory Disclosures on Subject Companies

As of January 31, 2022, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: Accenture Plc, DXC Technology Company, Endava PLC, EPAM Systems Inc, **TaskUs, Inc.**.

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of **TaskUs, Inc.**.

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from Accenture Plc, **TaskUs, Inc.**, TELUS International (Cda) Inc..

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from Accenture Plc, Cognizant Technology Solutions Corp, Endava PLC, **TaskUs, Inc.**, TELUS International (Cda) Inc., TTEC Holdings, Inc..

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from Accenture Plc, Cognizant Technology Solutions Corp, DXC Technology Company.

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: Accenture Plc, Cognizant Technology Solutions Corp, Endava PLC, **TaskUs, Inc.**, TELUS International (Cda) Inc., TTEC Holdings, Inc..

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: Accenture Plc, Cognizant Technology Solutions Corp, DXC Technology Company.

Morgan Stanley & Co. LLC makes a market in the securities of Accenture Plc, Cognizant Technology Solutions Corp, TTEC Holdings, Inc..

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

(as of February 28, 2022)

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm. For disclosure purposes only (in accordance with FINRA requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

Morgan Stanley | RESEARCH



| STOCK RATING CATEGORY | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OTHER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| **Overweight/Buy** | **1494** | **42%** | **386** | **46%** | **26%** | **645** | **41%** |
| **Equal-weight/Hold** | **1524** | **43%** | **372** | **44%** | **24%** | **708** | **45%** |
| **Not-Rated/Hold** | **0** | **0%** | **0** | **0%** | **0%** | **0** | **0%** |
| **Underweight/Sell** | **547** | **15%** | **85** | **10%** | **16%** | **209** | **13%** |
| **TOTAL** | **3,565** | | **843** | | | **1562** | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

## Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

## Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Stock Price, Price Target and Rating History (See Rating Definitions)



Morgan Stanley | RESEARCH

UPDATE



TaskUs, Inc. (TASK.O) – As of 2/28/22 in USD
Industry : IT Services

Stock Rating History: 3/1/17 : NA/C; 2/5/18 : NA/A; 11/19/19 : NA/NR; 2/26/20 : NA/I; 7/6/21 : E/I; 12/13/21 : O/I; 1/10/22 : O/A

Price Target History: 7/6/21 : 34; 8/11/21 : 37; 12/13/21 : 55; 1/10/22 : 60

Source: Morgan Stanley Research    Date Format : MM/DD/YY    Price Target ▬·    No Price Target Assigned (NA)
Stock Price (Not Covered by Current Analyst) ▬    Stock Price (Covered by Current Analyst) ▬
Stock and Industry Ratings (abbreviations below) appear as ◆ Stock Rating/Industry View
Stock Ratings: Overweight (O) Equal-weight (E) Underweight (U) Not-Rated (NR) No Rating Available (NA)
Industry View: Attractive (A)  In-line (I)  Cautious (C)  No Rating (NR)
Effective January 13, 2014, the stocks covered by Morgan Stanley Asia Pacific will be rated relative to the analyst's industry (or industry team's) coverage.
Effective January 13, 2014, the industry view benchmarks for Morgan Stanley Asia Pacific are as follows: relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Important Disclosures for Morgan Stanley Smith Barney LLC & E*TRADE Securities LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.

Each Morgan Stanley research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC and E*TRADE Securities LLC. This review and approval is conducted by the same person who reviews the research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of DXC Technology Company.

Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions. Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).

If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.

Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's

**Morgan Stanley** | RESEARCH

UPDATE

securities/instruments.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

The "Important Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.

To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A. located at Av. Brigadeiro Faria Lima, 3600, 6th floor, São Paulo - SP, Brazil; and is regulated by the Comissão de Valores Mobiliários; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Asia International Limited, Hong Kong Branch; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Asia International Limited, Singapore Branch (Registration number T11FC0207F); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Canada by Morgan Stanley Canada Limited, which has approved of and takes responsibility for its contents in Canada; in Germany and the European Economic Area where required by Morgan Stanley Europe S.E., authorised and regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin) under the reference number 149169; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulatory Authority and regulated by the Financial Conduct Authority and the Prudential Regulatory Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. RMB Morgan Stanley Proprietary Limited is a member of the JSE Limited and A2X (Pty) Ltd. RMB Morgan Stanley Proprietary Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia , and is directed at Sophisticated investors only.

Morgan Stanley Bank AG currently acts as a designated sponsor for the following securities: Cognizant Technology Solutions Corp.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.

As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms. Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.

The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P.

Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

Indicators and trackers referenced in Morgan Stanley Research may not be used as, or treated as, a benchmark under Regulation EU 2016/1011, or any other similar framework.

The issuers and/or fixed income products recommended or discussed in certain fixed income research reports may not be continuously followed. Accordingly, investors should regard those fixed income research reports as providing stand-alone analysis and should not expect continuing analysis or additional reports

**Morgan Stanley** | RESEARCH

**UPDATE**

relating to such issuers and/or individual fixed income products.

**INDUSTRY COVERAGE: IT Services**

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (02/28/2022) |
|---|---|---|
| **James E Faucette** | | |
| Accenture Plc (ACN.N) | O (02/26/2020) | $316.02 |
| Cognizant Technology Solutions Corp (CTSH.O) | E (01/10/2022) | $86.13 |
| DXC Technology Company (DXC.N) | E (01/29/2021) | $34.03 |
| Endava PLC (DAVA.N) | O (01/10/2022) | $133.18 |
| EPAM Systems Inc (EPAM.N) | O (08/12/2020) | $207.75 |
| TaskUs, Inc. (TASK.O) | O (12/13/2021) | $28.72 |
| TELUS International (Cda) Inc. (TIXT.N) | E (03/01/2021) | $24.55 |
| TTEC Holdings, Inc. (TTEC.O) | U (01/10/2022) | $79.50 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

© 2022 Morgan Stanley

Equity Research
**Technology, Media, and Communications | IT Services**

*William Blair*

March 1, 2022

# TaskUs, Inc.

Maggie Nolan, CPA  +1 312 364 5090
mnolan@williamblair.com

Ted Starck-King, CPA  +1 312 364 8360
tstarck-king@williamblair.com

Jesse Wilson, CPA  +1 312 364 5385
jwilson@williamblair.com

## TaskUs Stock Remains Undervalued; Initial 2022 Guidance Surpasses Street Expectations

**Summary:** TaskUs reported robust fourth-quarter results and provided initial 2022 guidance comfortably ahead of consensus estimates. Below are our highlights from the quarter.

- TaskUs wrapped an impressive year with 63% organic growth in the quarter, driven by realized cross-selling opportunities (15 of top 20 clients now use two services).

- 2022 revenue guidance (30% growth at the midpoint) and commentary from management left us confident on the trajectory of the year ahead and attainability of medium-term goals.

- Shifting to offshore delivery for the company's top client (25% of revenue) will result in no growth in 2022 in the account due to lower bill rates. However, offshore is higher-margin and enhances profitability over time.

- We view globalization of delivery at individual accounts as a natural progression of client relationships and are encouraged that TaskUs won two new lines of business at the top account, expecting a return to growth in 2023 after the migration concludes.

- Client relationships remain strong across the board; TaskUs doubled the number of greater than $10 million clients in 2021 to a total of 16 and added 41 new clients in the year.

- Adjusted EBITDA margin guidance of roughly 23% is lower than 2021 levels, reflecting wage inflation, the cost of moving back into the office, continued public company expenses in the first half of 2022, and investments in technology and the sales team.

- After record hiring in 2021, TaskUs continues to expand globally, adding Japan and Malaysia, and expects to build a presence in Poland and Romania this year.

- DSO reduced to 65 days from 71 days in the prior quarter, reflecting improved order-to-cash process, and the company clarified that a large client slowing payments (although still within contracted terms) had a negative impact on working capital in 2021.

**Stock Thoughts:** TaskUs has reported consecutive strong quarters since becoming a public company in June 2021. We are bullish on TaskUs's positioning as a next-generation digital customer experience (CX) service provider capturing market share in the large and high growth addressable markets associated with digital CX, content moderation, and AI operations. The company's thesis-led approach to identify up-and-coming industries and start-up–like culture drive strong alignment, creating a competitive advantage with high-growth and innovative companies. We expect the company to grow in tandem with its high-growth client base, achieving the targeted 25% sustainable organic revenue growth or better over the medium term.

TaskUs is a tech-enabled service provider with expertise in digital CX, content security, and AI operations. Co-founded in 2008, TaskUs has grown to over 100 clients (including Facebook, DoorDash, Coinbase, Netflix, Oscar, Uber, and Zoom) and over 35,000 employees.

**Please refer to important disclosures on pages 5 – 7. Analyst certification is on page 5.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

| Stock Rating: | | | **Outperform** |
|---|---|---|---|

| Symbol: | | TASK (NASDAQ) | |
|---|---|---|---|
| Price: | | $28.72 (52-Wk.: $25-$85) | |
| Market Value (M): | | | $2,794 |
| Dividend/Yield: | | | $0.00/0.00% |
| Fiscal Year End: | | | December |

| | | 2021A | 2022E | 2023E |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $0.31 | $0.31 | $0.38 |
| | Q2 | $0.32 | $0.33 | $0.39 |
| | Q3 | $0.30 | $0.36 | $0.45 |
| | Q4 | $0.34 | $0.39 | $0.49 |
| | FY | $1.26 | $1.39 | $1.71 |
| Sales (M) | Q1 | $152.9 | $230.1 | $283.0 |
| | Q2 | $180.0 | $230.4 | $288.0 |
| | Q3 | $201.1 | $251.3 | $314.1 |
| | Q4 | $226.8 | $278.9 | $347.2 |
| | FY | $760.7 | $990.7 | $1,232.4 |
| **Valuation** | | | | |
| FY P/E | | 22.7x | 20.7x | 16.8x |
| CY P/E | | 22.7x | 20.7x | 16.8x |
| EV/Sales | | 4.2x | 3.2x | 2.6x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 97.3 |
| Float (M): | 0.0 |
| Avg. Daily Volume (90-day): | 1,294,039 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $3.25 |
| Enterprise Value (M): | $3,195 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

William Blair

Based on the current share price of $28.72, TaskUs trades at 11.6 times our calendar 2023 EBITDA estimate, which is a premium to other digital CX service providers trading at an average of 11.1 times. TaskUs continues to be one of our current top picks as TaskUs's expected growth, coupled with a strong EBITDA margin, warrants a substantially higher valuation. With similar growth companies trading at multiples of 9 to 26 times, we believe there is a strong upside scenario for TaskUs as the company proves its ability to execute against strong growth ambitions while upholding best-in-industry margins. Therefore, we believe the stock is undervalued and recommend adding shares.

**Risks:** Risks include a competitive market, customer concentration, ownership concentration, and substitution from digital technologies. In addition, we believe that regulatory risks associated with content moderation services create both an opportunity and potential downside risk.

**Analysis of Fourth-Quarter Results**

TaskUs, Inc.
Reported Results and Variance (F4Q21)

|  | Reported | William Blair Estimates | Variance | Consensus | Variance |
|---|---|---|---|---|---|
| **Revenue (millions)** | **$226.8** | **$215.0** | **$11.8** | **$216.0** | **$10.8** |
| Y/Y growth | 63.4% | 54.9% |  | 55.6% |  |
| **Gross Margin** | **43.8%** | **43.5%** | **30 bps** | **43.7%** | **10 bps** |
| Y/Y growth | 90 bps | 60 bps |  | 80 bps |  |
| **Adj. EBITDA Margin** | **24.8%** | **22.7%** | **210 bps** | **22.7%** | **210 bps** |
| Y/Y growth | 110 bps | -100 bps |  | -100 bps |  |
| **Adj. EPS** | **$0.34** | **$0.36** | **($0.02)** | **$0.34** | **$0.00** |

Sources: TaskUs, FactSet, and William Blair Equity Research

*Revenue:* Revenue in the fourth quarter increased roughly 63% on a reported and organic basis. Results by service offering are outlined in the exhibit below.

TaskUs, Inc.
Reported Revenue by Vertical (F4Q21)

|  | Digital CX | Content Security | AI Operations |
|---|---|---|---|
| **Revenue (millions)** | **$148.1** | **$44.6** | **$34.1** |
| % of Revenue | 65.3% | 19.7% | 15.0% |
| Q/Q growth | 18.2% | -1.7% | 12.2% |
| Y/Y growth | 69.0% | 23.0% | 128.3% |

Sources: TaskUs, FactSet, and William Blair Equity Research

*Clients:* Client concentration details are outlined in the exhibit below.

TaskUs, Inc.
Client Metrics (F4Q21)

|  | Top Client | Client #2 | Clients 3 - 10 | Clients 11 - 20 | Non-Top 20 Clients |
|---|---|---|---|---|---|
| **Revenue (millions) ** | **$56.7** | **$20.4** | **$59.0** | **$34.0** | **$56.7** |
| % of Revenue | 25.0% | 9.0% | 26.0% | 15.0% | 25.0% |
| Q/Q growth ** | 4.4% | -7.7% | 27.5% | 12.8% | 17.5% |
| Y/Y growth ** | 27.6% | 33.7% | 84.7% | 75.0% | 104.2% |

** Subject to rounding
Sources: TaskUs, FactSet, and William Blair Equity Research

William Blair

## Guidance and Estimates

The following exhibits summarize TaskUs' quarterly and annual guidance relative to consensus estimates.

**TaskUs, Inc.**
**Fiscal F1Q22 Guidance vs. Consensus**

| | Fiscal F1Q22 Guidance | | | Fiscal F1Q22 |
| | Low | Mid | High | Consensus* |
|---|---|---|---|---|
| **Revenue (millions)** | **$229.0** | **$230.6** | **$232.2** | **$217.0** |
| Y/Y growth | 49.8% | 50.8% | 51.9% | 42.0% |
| **Adj. EBITDA Margin** | **22.5%** | **22.5%** | **22.5%** | **22.2%** |
| Y/Y change | -340 bps | -340 bps | -340 bps | -370 bps |

Sources: TaskUs, FactSet, and William Blair Equity Research
*Consensus growth rates based on estimates going into the quarter.

**TaskUs, Inc.**
**Fiscal 2022 Guidance vs. Consensus**

| | Fiscal 2022 Guidance | | | Fiscal 2022 |
| | Low | Mid | High | Consensus* |
|---|---|---|---|---|
| **Revenue (millions)** | **$980.0** | **$990.0** | **$1,000.0** | **$956.2** |
| Y/Y growth | 28.8% | 30.1% | 31.5% | 27.5% |
| **Adj. EBITDA Margin** | **23.0%** | **23.0%** | **23.0%** | **23.0%** |
| Y/Y change | -170 bps | -170 bps | -170 bps | -170 bps |

Sources: TaskUs, FactSet, and William Blair Equity Research
*Consensus growth rates based on estimates going into the quarter.

Based on this quarter's results, management's guidance, and our expectations for the next several quarters, we have updated our estimates as summarized in the table below.

**TaskUs, Inc.**
**Estimates Revisions**

| | F1Q22E Prior | F1Q22E Revised | F2022E Prior | F2022E Revised | F2023E Prior | F2023E Revised |
|---|---|---|---|---|---|---|
| **Revenue (millions)** | **$211.7** | **$230.1** | **$947.2** | **$990.7** | **$1,178.4** | **$1,232.4** |
| Q/Q growth | -1.5% | 1.5% | | | | |
| Y/Y growth | 38.5% | 50.5% | 26.5% | 30.2% | 24.4% | 24.4% |
| **Gross Margin** | **42.7%** | **42.5%** | **42.9%** | **43.0%** | **43.6%** | **43.3%** |
| **Adj. EBITDA Margin** | **22.7%** | **22.5%** | **23.1%** | **23.3%** | **23.8%** | **23.4%** |
| **Adj. Net Income** | **$32.4** | **$34.4** | **$148.3** | **$154.4** | **$187.9** | **$191.9** |
| Margin | 15.3% | 15.0% | 15.7% | 15.6% | 15.9% | 15.6% |
| Y/Y growth | 15.0% | 22.1% | 12.8% | 19.3% | 26.7% | 24.3% |
| **Adj. Diluted EPS** | **$0.29** | **$0.31** | **$1.34** | **$1.39** | **$1.68** | **$1.71** |
| Y/Y growth | -4.1% | 1.1% | 4.4% | 9.8% | 25.4% | 23.1% |

Our updated earnings model reflecting these estimate revisions is included on the following page.

**ESG Considerations:** We believe top ESG considerations for TaskUs include the company's environmental footprint and workforce diversity and initiatives. TaskUs has over 20 delivery centers globally with plans to expand. Given the energy requirements, water usage, and plastic waste, TaskUs has a relatively large environmental footprint, which it is trying to combat through various sustainability projects. In terms of overall demographics, as of March 31, 2021, women made up 52% of employees. Currently, two of seven board members and one of seven members of the management team are women. TaskUs is also active within the social community, heading initiatives that empower employees to take on racial and social justice issues as well as partnering with minority-owned, women-owned, veteran-owned, service disability-owned, and LGBTQIA+-owned suppliers. In addition, we believe increased regulatory scrutiny of social media platforms and protected speech (e.g., Section 230) and the repeal or imposition of more stringent requirements on website publishers, including social media platforms, would act as a catalyst for TaskUs's content security business.

William Blair

**TaskUs, Inc.**
**Income Statement**

Rating: Outperform

Fiscal Year ends December
($ in millions except for per share items)

| | 2018 | 2019 | 2020 | Mar-21 1Q21 | Jun-21 2Q21 | Sep-21 3Q21 | Dec-21 4Q21 | 2021 | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | 254.2 | 359.7 | 478.0 | 152.9 | 180.0 | 201.1 | 226.8 | 760.7 | 230.1 | 230.4 | 251.3 | 278.9 | 990.7 | 1,232.4 |
| Q/Q change | | | | 10.1% | 17.8% | 11.7% | 12.8% | | 1.5% | 0.2% | 9.1% | 11.0% | | |
| Y/Y change | 116.7% | 41.5% | 32.9% | 49.2% | 57.4% | 64.2% | 63.4% | 59.1% | 50.5% | 28.0% | 25.0% | 23.0% | 30.2% | 24.4% |
| Cost of Services | 127.8 | 194.8 | 270.5 | 88.0 | 103.8 | 112.4 | 127.5 | 431.7 | 132.3 | 130.9 | 142.7 | 158.4 | 564.3 | 699.1 |
| **Gross Profit** | 126.4 | 164.9 | 207.5 | 64.8 | 76.2 | 88.6 | 99.3 | 329.0 | 97.8 | 99.5 | 108.6 | 120.5 | 426.4 | 533.3 |
| Gross Margin | 49.7% | 45.8% | 43.4% | 42.4% | 42.3% | 44.1% | 43.8% | 43.2% | 42.5% | 43.2% | 43.2% | 43.2% | 43.0% | 43.3% |
| Q/Q change | | | | -50 bps | -10 bps | 180 bps | -30 bps | | -130 bps | 70 bps | 0 bps | 0 bps | | |
| Y/Y change | -70 bps | -390 bps | -240 bps | 270 bps | -160 bps | -250 bps | 90 bps | -20 bps | 10 bps | 90 bps | -90 bps | -60 bps | -20 bps | 30 bps |
| **Total SG&A** | 78.9 | 90.6 | 113.5 | 31.5 | 177.8 | 60.3 | 65.7 | 335.3 | 69.0 | 66.1 | 69.6 | 74.5 | 279.2 | 330.8 |
| % of Revenue | 31.0% | 25.2% | 23.7% | 20.6% | 98.8% | 30.0% | 29.0% | 44.1% | 30.0% | 28.7% | 27.7% | 26.7% | 28.2% | 26.8% |
| Q/Q change | | | | 5.4% | 464.5% | -66.1% | 8.8% | | 5.1% | -4.2% | 5.3% | 7.0% | | |
| Y/Y change | 107.0% | 14.9% | 25.3% | 22.4% | 591.6% | 87.5% | 119.7% | 195.4% | 119.1% | -62.8% | 15.4% | 13.4% | -16.7% | 18.4% |
| **Depreciation** | 12.2 | 16.3 | 20.2 | 6.2 | 6.7 | 7.4 | 8.7 | 29.0 | 9.2 | 9.2 | 10.1 | 11.2 | 39.6 | 49.3 |
| % of Revenue | 4.8% | 4.5% | 4.2% | 4.1% | 3.7% | 3.7% | 3.8% | 3.8% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% |
| **Amortization of Intangible Assets** | 4.7 | 18.8 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 18.8 |
| % of Revenue | 1.9% | 5.2% | 3.9% | 3.1% | 2.6% | 2.3% | 2.1% | 2.5% | 2.0% | 2.0% | 1.9% | 1.7% | 1.9% | 1.5% |
| **Loss (Gain) on Disposal of Assets** | 0.6 | 2.2 | 1.1 | 0.0 | 0.0 | 0.0 | (0.0) | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Contingent consideration** | 0.0 | 0.0 | 3.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Operating Income** | 30.0 | 36.9 | 50.3 | 22.4 | (113.0) | 16.1 | 20.2 | (54.3) | 14.8 | 19.5 | 24.2 | 30.2 | 88.7 | 134.4 |
| % of Revenue | 11.8% | 10.2% | 10.5% | 14.7% | -62.8% | 8.0% | 8.9% | -7.1% | 6.5% | 8.5% | 9.6% | 10.8% | 8.9% | 10.9% |
| Q/Q change | | | | 170 bps | 0.00 | 7080 bps | 90 bps | | -240 bps | 200 bps | 110 bps | 120 bps | | |
| Y/Y change | 0 bps | -160 bps | 30 bps | 930 bps | -7190 bps | -530 bps | -410 bps | -1760 bps | -820 bps | 7130 bps | 160 bps | 190 bps | 1600 bps | 200 bps |
| **Pre-Tax Income (EBT)** | 26.6 | 29.5 | 44.4 | 20.1 | (113.0) | 13.3 | 18.6 | (61.0) | 13.1 | 17.7 | 22.4 | 28.4 | 81.5 | 127.3 |
| % of Revenue | 10.5% | 8.2% | 9.3% | 13.1% | -62.7% | 6.6% | 8.2% | -8.0% | 5.7% | 7.7% | 8.9% | 10.2% | 8.2% | 10.3% |
| **(Benefit From) Provision for Income Taxes** | (5.6) | (4.4) | 9.9 | 3.6 | (7.0) | 1.7 | (0.5) | (2.3) | 3.7 | 4.3 | 5.1 | 6.5 | 19.7 | 30.6 |
| Tax Rate | -20.9% | -14.9% | 22.3% | 17.7% | 6.2% | 12.5% | -2.5% | 3.7% | 28.4% | 24.5% | 22.8% | 23.0% | 24.1% | 24.0% |
| **Net Income** | 32.2 | 33.9 | 34.5 | 16.5 | (105.9) | 11.6 | 19.1 | (58.7) | 9.3 | 13.4 | 17.3 | 21.9 | 61.9 | 96.8 |
| % of Revenue | 12.7% | 9.4% | 7.2% | 10.8% | -58.9% | 5.8% | 8.4% | -7.7% | 4.1% | 5.8% | 6.9% | 7.8% | 6.2% | 7.9% |
| Q/Q change | | | | 21.8% | -741.8% | -111.0% | 64.2% | | -51.1% | 43.0% | 29.4% | 26.4% | | |
| Y/Y change | 257.2% | 5.3% | 1.7% | 989.6% | -1423.0% | 1.6% | 40.9% | -270.0% | -43.4% | -112.6% | 48.6% | 14.4% | -205.4% | 56.4% |
| **Shares outstanding (Diluted - weighted avg.)** | | 91.7 | 91.7 | 91.7 | 97.6 | 109.4 | 110.5 | 102.3 | 110.8 | 111.1 | 111.3 | 111.6 | 111.2 | 112.3 |
| Q/Q change | | | | 0.0% | 6.3% | 12.2% | 1.0% | | 0.3% | 0.3% | 0.3% | 0.3% | | |
| Y/Y change | | | 0.0% | 0.0% | 6.3% | 19.3% | 20.5% | 11.5% | 20.8% | 13.8% | 1.8% | 1.0% | 8.7% | 1.0% |
| **Diluted EPS** (GAAP) | | $0.37 | $0.38 | $0.18 | ($1.09) | $0.11 | $0.17 | ($0.57) | $0.08 | $0.12 | $0.16 | $0.20 | $0.56 | $0.86 |
| Q/Q change | | | | 21.8% | -703.5% | -109.8% | 62.5% | | -51.2% | 42.6% | 29.0% | 26.1% | | |
| Y/Y change | | | 1.7% | 989.6% | -1344.1% | -14.8% | 17.0% | -252.4% | -53.1% | -111.1% | 46.1% | 13.3% | -197.0% | 54.9% |

**Pro Forma Adjustments**

| | 2018 | 2019 | 2020 | Mar-21 1Q21 | Jun-21 2Q21 | Sep-21 3Q21 | Dec-21 4Q21 | 2021 | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Adj. EBITDA** | 56.9 | 74.2 | 106.9 | 39.5 | 44.1 | 48.1 | 56.2 | 187.9 | 51.8 | 54.2 | 59.1 | 65.5 | 230.5 | 288.8 |
| % of Revenue | 22.4% | 20.6% | 22.4% | 25.9% | 24.5% | 23.9% | 24.8% | 24.7% | 22.5% | 23.5% | 23.5% | 23.5% | 23.3% | 23.4% |
| Q/Q change | | | | 220 bps | -140 bps | -60 bps | 90 bps | | -230 bps | 100 bps | 0 bps | 0 bps | | |
| Y/Y change | 450 bps | -180 bps | 180 bps | 890 bps | 140 bps | -70 bps | 110 bps | 230 bps | -340 bps | -100 bps | -40 bps | -130 bps | -140 bps | 10 bps |
| **Adj. Net Income** | 32.4 | 53.0 | 69.4 | 28.2 | 31.4 | 32.8 | 37.1 | 129.4 | 34.4 | 36.4 | 39.8 | 43.8 | 154.4 | 191.9 |
| % of Revenue | 12.7% | 14.7% | 14.5% | 18.4% | 17.4% | 16.3% | 16.3% | 17.0% | 15.0% | 15.8% | 15.8% | 15.7% | 15.6% | 15.6% |
| Q/Q change | | | | 40.8% | 11.3% | 4.4% | 13.1% | | -7.1% | 5.7% | 9.2% | 10.1% | | |
| Y/Y change | 276.3% | 63.6% | 30.9% | 177.5% | 84.9% | 47.5% | 85.1% | 86.5% | 22.1% | 16.0% | 21.4% | 18.1% | 19.3% | 24.3% |
| **Adj. Diluted EPS** | | $0.58 | $0.76 | $0.31 | $0.32 | $0.30 | $0.34 | $1.26 | $0.31 | $0.33 | $0.36 | $0.39 | $1.39 | $1.71 |
| Q/Q change | | | | 40.8% | 4.6% | -6.9% | 12.0% | | -7.3% | 5.4% | 8.9% | 9.9% | | |
| Y/Y change | | | 30.9% | 177.5% | 73.9% | 23.6% | 53.6% | 67.3% | 1.1% | 1.9% | 19.3% | 17.0% | 9.8% | 23.1% |

Sources: Company filings and William Blair Equity Research

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate was a manager or co-manager of a public offering of equity securities for TaskUs, Inc. within the prior 12 months.

William Blair or an affiliate is a market maker in the security of TaskUs, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from TaskUs, Inc. or an affiliate within the next three months.

William Blair or an affiliate received compensation for investment banking services or non-investment-banking services from TaskUs, Inc. within the last 12 months. TaskUs, Inc. is or was, within the last 12 months, an investment banking client of William Blair & Company and/or one or more of its affiliates.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of TaskUs, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult https://www.williamblair.com/equity-research/coverage for all disclosures.

Maggie Nolan attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 33892.60
S&P 500: 4373.94
NASDAQ: 13751.40



Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of February 28, 2022):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 77 | Outperform (Buy) | 29 |
| Market Perform (Hold) | 23 | Market Perform (Hold) | 6 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

William Blair

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2022, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

*William Blair*

# Equity Research Directory

**John F. O'Toole, Partner    Manager and Director of Research    +1 312 364 8612**
**Kyle Harris, CFA, Partner    Operations Manager    +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner    +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants,*
*Automotive/E-commerce*

**Jon Andersen, CFA, Partner    +1 312 364 8697**
*Consumer Products*

**Dylan Carden    +1 312 801 7857**
*Consumer Technology, Specialty Retail*

**Daniel Hofkin    +1 312 364 8965**
*Hardlines, Specialty Retail*

**Ryan Sundby, CFA    +1 312 364 5443**
*Outdoor and Recreation*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner    +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers,*
*Property & Casualty Insurance*

**Robert Napoli, Partner    +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA    +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt    +1 312 364 8106**
*Financial Services Distributors, Property & Casualty Insurance*

## HEALTHCARE

Biotechnology

**Tim Lugo, Partner    +1 415 248 2870**
Group Head–Biotechnology
*Biotechnology*

**Sami Corwin, Ph.D.    +1 312 801 7783**
*Biotechnology*

**Andy T. Hsieh, Ph.D., Partner    +1 312 364 5051**
*Biotechnology*

**Myles R. Minter, Ph.D.    +1 617 235 7534**
*Biotechnology*

**Matt Phipps, Ph.D., Partner    +1 312 364 8602**
*Biotechnology*

**Raju Prasad, Ph.D., Partner    +1 312 364 8469**
*Biotechnology*

Healthcare Technology and Services

**Ryan S. Daniels, CFA, Partner    +1 312 364 8418**
Co-Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**John Kreger, Partner    +1 312 364 8597**
Co-Group Head–Healthcare Technology and Services
*Pharmacy Outsourcing & Services, Dental, Animal Health*

**Andrew F. Brackmann, CFA    +1 312 364 8776**
*Medical Technology*

**Margaret Kaczor, CFA, Partner    +1 312 364 8608**
*Medical Technology*

Life Sciences

**Brian Weinstein, CFA, Partner    +1 312 364 8170**
Group Head–Life Sciences
*Life Science Tools and Diagnostics, Medical Technology*

**Matt Larew    +1 312 364 8242**
*Life Science Tools and Diagnostics, Healthcare Delivery*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Nick Heymann    +1 212 237 2740**
Co-Group Head–Global Industrial Infrastructure
*Multi-industry*

**Larry De Maria, CFA    +1 212 237 2753**
Co-Group Head–Global Industrial Infrastructure
*Capital Goods*

**Louie DiPalma, CFA    +1 312 364 5437**
*Aerospace, Defense, and Government Software*

**Brian Drab, CFA, Partner    +1 312 364 8280**
*Industrial Technology*

**Ryan Merkel, CFA    +1 312 364 8603**
*Building Products, Specialty Distribution*

## GLOBAL SERVICES

**Tim Mulrooney    +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA    +1 312 364 8689**
*Consulting, HR Technology, Information Services*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner    +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Bhavan Suri, Partner    +1 312 364 5341**
Co-Group Head–Technology, Media, and Communications
*IT Services, Software, Software as a Service*

**Arjun Bhatia, CPA    +1 312 364 5696**
*Software as a Service*

**Jim Breen, CFA    +1 617 235 7513**
*Internet Infrastructure and Communication Services*

**Jonathan Ho, Partner    +1 312 364 8276**
*Cybersecurity, Security Technology*

**Kamil Mielczarek, CFA    +1 212 237 2714**
*Software*

**Maggie Nolan, CPA    +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA    +1 312 364 8694**
*Software as a Service*

**Ralph Schackart III, CFA, Partner    +1 312 364 8753**
*Internet and Digital Media*

**Stephen Sheldon, CFA, CPA    +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler    +1 212 237 2755**
*Software, Software as a Service*

**Alessandra Vecchi    +1 212 237 2764**
*Semiconductors/Wireless*

## ECONOMICS

**Richard de Chazal, CFA    +44 20 7868 4489**

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA    +1 312 364 8540**
**Audrey Majors, Editor and SA    +1 312 364 8992**
**Beth Pekol Porto, Editor and SA    +1 312 364 8924**
**Lisa Zurcher, Editor and SA    +44 20 7868 4549**

**Morgan Stanley** | RESEARCH

UPDATE

*March 10, 2022 06:27 AM GMT*

## TaskUs, Inc. | North America

# 2022 TMT Conference: Run This Town; Remain OW

| 📈 Stock Rating | 👁 Industry View | ◎ Price Target |
|---|---|---|
| Overweight | Attractive | $60.00 |

Our discussion with management highlighted the company's framework to drive meaningful growth through and beyond CY22. We remain constructive on the company's growth levers given scope expansion, strong hiring abilities, and potential for acquisition-driven upside.

*We hosted TASK management (CEO Bryce Maddock, CFO Balaji Sekar, and VP of Investor Relations Alan Katz) at our 2022 Technology, Media & Telecom Conference.*

**Driving growth through volume and scope expansion.** Management remains optimistic in its ability to maintain above-industry revenue growth, underpinned by its expansion with its high-growth digital-native customer base, new client wins, and geographic expansion. TASK continues to see significant demand among its largest customers as the company sees both increased volumes and expansions of work into different offerings. While TASK's largest client is only expected to be flat y/y due to delivery optimization, the company expects double-digit growth at two of its top five clients and triple-digit growth at the other two top five clients.

**"Unbilled bench" drives hiring ease.** TASK continues to be able to quickly implement its services, with talent ready to be deployed as early as 14 days after contract signing. This is largely driven by the company's "unbilled bench" of talent, consisting of potential teammates that have expressed interest in working for TASK and have already been vetted. While frontline teammate hiring has not posed a challenge for TASK, frontline leadership talent has been more difficult to find. In order to solve for this, management has implemented an internal development initiative with the intention of training existing employees who are ready to begin leading teams. Similar to the rest of the industry, management is seeing wage inflation across its geographies. That said, COLA provisions help the company offset inflation, while depreciation in the Philippine peso and Indian rupee also helps defend margins.

**Looking for the first acquisition.** M&A represents a strategic lever in TASK's ability to grow, and one that would be incremental to TASK's current +30.1% y/y revenue growth outlook (at the midpoint). The company intends to expand its geographic delivery footprint, particularly across Europe and Southeast Asia, as well as expand its services across AI Services and Financial Crimes. As TASK looks to develop its acquisition muscle, we expect TASK to pursue tuck-in acquisitions

MORGAN STANLEY & CO. LLC

**James E Faucette**
EQUITY ANALYST
James.Faucette@morganstanley.com      +1 212 296-5771

**Jonathan Y Lee**
EQUITY ANALYST
Jonathan.Y.Lee@morganstanley.com      +1 212 761-9499

**Michael N Infante**
RESEARCH ASSOCIATE
Michael.Infante@morganstanley.com      +1 212 761-4631

**Jeffrey D Goldstein, CFA**
EQUITY ANALYST
Jeff.D.Goldstein@morganstanley.com      +1 212 761-1197

**Meryl R Thomas, CFA**
RESEARCH ASSOCIATE
Meryl.Thomas@morganstanley.com      +1 212 761-0774

**Sandy Beatty, CFA**
RESEARCH ASSOCIATE
Sandy.Beatty@morganstanley.com      +1 212 761-5777

**TaskUs, Inc. ( TASK.O, TASK US )**

**IT Services / United States of America**

| | |
|---|---|
| Stock Rating | Overweight |
| Industry View | Attractive |
| Price target | $60.00 |
| Shr price, close (Mar 9, 2022) | $33.00 |
| Mkt cap, curr (mm) | $3,810 |
| 52-Week Range | $85.49-25.12 |

| Fiscal Year Ending | 12/21 | 12/22e | 12/23e | 12/24e |
|---|---|---|---|---|
| ModelWare EPS ($) | (0.56) | 0.66 | 1.11 | 1.44 |
| EPS ($)** | 1.23 | 1.37 | 1.82 | 2.30 |
| P/E** | 44.0 | 24.1 | 18.1 | 14.4 |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
** = Based on consensus methodology
e = Morgan Stanley Research estimates

**QUARTERLY EPS ($)**

| Quarter | 2021 | 2022e Prior | 2022e Current | 2023e Prior | 2023e Current |
|---|---|---|---|---|---|
| Q1 | 0.27 | - | 0.30 | - | 0.39 |
| Q2 | 0.32 | - | 0.31 | - | 0.44 |
| Q3 | 0.30 | - | 0.35 | - | 0.47 |
| Q4 | 0.34 | - | 0.40 | - | 0.51 |

e = Morgan Stanley Research estimates

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. nvestors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

1



Morgan Stanley | RESEARCH

of modest size as it looks for targets that are culturally aligned, serving high-growth technology companies that are accretive to both revenue growth and margins.

**Remain OW.** Our $60 price target is based on 33x our revised CY23E EPS, representing a premium to contact center / BPO peers with similar capabilities, but a discount to high-growth digital-focused IT Services peers, which we believe is warranted given TASK's faster growth relative to that of contact center / BPO peers, but lower revenue per employee when compared to digital-focused IT Services peers. We continue to believe management will utilize a disciplined acquisition strategy designed to broaden its capability set in order to further cater to high-growth companies and successfully move into higher value services in order to increase revenue per employee, helping to sustain its premium valuation.

Morgan Stanley | **RESEARCH**

# Risk Reward – TaskUs, Inc. (TASK.O)

High-growth BPO company serving "new economy" warrants premium valuation

## PRICE TARGET  **$60.00**

Our price target is derived from our Base Case scenario, which assumes organic revenue growth above 25%. Our target applies a 33x P/E multiple to our Base Case CY23E EPS, a premium to that of peers to reflect faster growth and greater exposure to digital-native customers.

**Consensus Price Target Distribution**



$45.00                                   $66.00

Source: Refinitiv, Morgan Stanley Research

◆ Mean    ◆ Morgan Stanley Estimates

## OVERWEIGHT THESIS

- TASK is a founder-led growth-focused customer care / BPO company focused on serving high-growth "new economy" customers
- Above peer average growth reflects management's focus on partnering with similar "digital-native" customers
- Strong organic growth warrants premium valuation to contact center / BPO peers

**Consensus Rating Distribution**

| | |
|---|---|
| ● ▬▬▬▬▬▬▬ | 100% Overweight |
| ▬▬▬▬▬▬▬ | 0% Equal-weight |
| ▬▬▬▬▬▬ | 0% Underweight |

● MS Rating

Source: Refinitiv, Morgan Stanley Research

**Risk Reward Themes**

| | |
|---|---|
| Market Share: | *Positive* |
| New Data Era: | *Positive* |
| Secular Growth: | *Positive* |

View descriptions of Risk Rewards Themes here

## RISK REWARD CHART



$80.00(+142.42%)

$60.00(+81.82%)

$33.00

$25.00(-24.24%)

Key:  — Historical Stock Performance   ● Current Stock Price   ◆ Price Target

Source: Refinitiv, Morgan Stanley Research

---

**BULL CASE**                **$80.00**

37x Bull Case CY23E EPS

**Sustained 40%+ revenue growth.** Greater than expected volume growth and new customer wins drives consistent 40%+ revenue growth. Multiple still represents a discount to that of high-growth digital pure-play IT Services companies.

**BASE CASE**                **$60.00**

33x Base Case CY23E EPS

**Increased volumes and share gains.** Increased volumes of work from high-growth customers, share gains at existing customers, incremental service offerings, and strong hiring capabilities allow TASK to maintain 25%+ organic growth. Multiple represents a premium to contact center / BPO peers given exposure to faster growth customers.

**BEAR CASE**                **$25.00**

16x Bear Case CY23E EPS

**Decelerating revenue growth.** Growth slows as pricing pressure builds in BPO, with greater volume unable to fully offset commoditized pricing. Multiple is broadly in-line with that of diversified BPO peers.

**Morgan Stanley** | RESEARCH



# Risk Reward – TaskUs, Inc. (TASK.O)

## KEY EARNINGS INPUTS

| Drivers | 2021 | 2022e | 2023e | 2024e |
|---|---|---|---|---|
| Adjusted EBITDA margin (% of revenue) (%) | 24.7 | 23.0 | 23.9 | 23.9 |
| Adjusted net income (% of revenue) (%) | 17.0 | 14.7 | 15.6 | 15.7 |
| Revenue growth (%) | 59.1 | 30.0 | 25.2 | 25.3 |

## INVESTMENT DRIVERS

- Volume growth at end customers
- Increased volume of objectionable content requiring screening
- Greater need for data annotation services
- Increased outsourcing of customer care
- Acquisitions

## GLOBAL REVENUE EXPOSURE



- 0-10% Europe ex UK
- 0-10% UK
- 30-40% North America
- 50-60% APAC, ex Japan, Mainland China and India

Source: Morgan Stanley Research Estimate
View explanation of regional hierarchies here

## RISKS TO PT/RATING

### RISKS TO UPSIDE

- Greater than expected growth of end customers
- Incremental share wins
- Greater than expected demand for content moderation, customer care, and / or data annotation
- Longer than expected growth approaching 40%

### RISKS TO DOWNSIDE

- Pricing pressure
- Elevated levels of attrition
- Share loss to competitors, insourcing, and / or automation

## OWNERSHIP POSITIONING

| | | |
|---|---|---|
| **Inst. Owners, % Active** | 80.7% | |
| **HF Sector Long/Short Ratio** | 2.9x | |
| **HF Sector Net Exposure** | 37% | |

Refinitiv; MSPB Content. Includes certain hedge fund exposures held with MSPB. Information may be inconsistent with or may not reflect broader market trends. Long/Short Ratio = Long Exposure / Short exposure. Sector % of Total Net Exposure = (For a particular sector: Long Exposure - Short Exposure) / (Across all sectors: Long Exposure – Short Exposure).

## MS ESTIMATES VS. CONSENSUS

*FY Dec 2022e*



| | | |
|---|---|---|
| **Sales / Revenue** ($, mm) | 989 / 989 ... 994 | 1,000 |
| **EBIT** ($, mm) | 194 / 73 ... 172 | 196 |
| **EPS** ($) | 1.37 / 1.20 ... 1.37 | 1.53 |

◆ Mean  ◆ Morgan Stanley Estimates

Source: Refinitiv, Morgan Stanley Research

# Morgan Stanley | RESEARCH


UPDATE

# Financial Statements

**Exhibit 1:** TASK: Income Statement

| TaskUs, Inc.<br>Income Statement<br>$mm, except per share figures | Mar-21<br>1Q21A | Jun-21<br>2Q21A | Sep-21<br>3Q21A | Dec-21<br>4Q21A | Mar-22<br>1Q22E | Jun-22<br>2Q22E | Sep-22<br>3Q22E | Dec-22<br>4Q22E | Mar-23<br>1Q23E | Jun-23<br>2Q23E | Sep-23<br>3Q23E | Dec-23<br>4Q23E | 2020A | 2021A | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2021A** | | | | **2022E** | | | | **2023E** | | | | | | | |
| Revenue | 152.9 | 180.0 | 201.1 | 226.8 | 230.1 | 237.6 | 249.3 | 272.1 | 278.5 | 300.2 | 314.2 | 345.8 | 478.0 | 760.7 | 989.1 | 1,238.7 |
| Cost of service | 88.0 | 103.8 | 112.4 | 127.5 | 132.3 | 136.6 | 142.7 | 155.8 | 157.4 | 168.1 | 176.0 | 193.6 | 270.5 | 431.7 | 567.4 | 695.1 |
| Gross profit | 64.8 | 76.2 | 88.6 | 99.3 | 97.8 | 101.0 | 106.6 | 116.3 | 121.1 | 132.1 | 138.3 | 152.2 | 207.5 | 329.0 | 421.7 | 543.6 |
| | | | | | | | | | | | | | | | | |
| Sales, general and administrative | 31.5 | 172.0 | 41.1 | 44.3 | 46.0 | 47.5 | 48.0 | 52.4 | 55.7 | 60.0 | 62.8 | 69.2 | 107.8 | 288.9 | 193.9 | 247.7 |
| Stock-based compensation | – | 5.8 | 19.2 | 21.4 | 20.7 | 19.6 | 19.3 | 20.4 | 20.2 | 19.5 | 19.6 | 20.7 | – | 46.4 | 80.0 | 80.1 |
| Depreciation | 6.2 | 6.7 | 7.4 | 8.7 | 8.5 | 8.8 | 8.7 | 8.2 | 10.3 | 10.5 | 11.0 | 12.1 | 20.2 | 29.0 | 34.2 | 43.9 |
| Amortization of intangible assets | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 18.8 | 18.8 | 18.8 |
| Loss (gain) on disposal of assets | 0.0 | 0.0 | 0.0 | (0.0) | – | – | – | – | – | – | – | – | 1.1 | 0.1 | – | – |
| Contingent consideration | – | – | – | – | – | – | – | – | – | – | – | – | 3.6 | – | – | – |
| Operating income | 22.4 | (113.0) | 16.1 | 20.2 | 17.8 | 20.4 | 25.8 | 30.7 | 30.2 | 37.3 | 40.1 | 45.4 | 56.0 | (54.3) | 94.7 | 153.0 |
| **Adjusted operating income** | **29.9** | **34.9** | **40.1** | **46.3** | **43.3** | **44.7** | **49.9** | **55.8** | **55.1** | **61.5** | **64.4** | **70.9** | **90.4** | **151.2** | **193.6** | **252.0** |
| *Adjusted operating margin (%)* | *19.6%* | *19.4%* | *19.9%* | *20.4%* | *18.8%* | *18.8%* | *20.0%* | *20.5%* | *19.8%* | *20.5%* | *20.5%* | *20.5%* | *18.9%* | *19.9%* | *19.6%* | *20.3%* |
| | | | | | | | | | | | | | | | | |
| **Adjusted EBITDA** | **39.5** | **44.1** | **48.1** | **56.2** | **51.8** | **53.5** | **58.6** | **63.9** | **65.4** | **72.0** | **75.4** | **83.0** | **112.6** | **187.9** | **227.8** | **295.9** |
| *Adjusted EBITDA margin (%)* | *25.9%* | *24.5%* | *23.9%* | *24.8%* | *22.5%* | *22.5%* | *23.5%* | *23.5%* | *23.5%* | *24.0%* | *24.0%* | *24.0%* | *23.6%* | *24.7%* | *23.0%* | *23.9%* |
| | | | | | | | | | | | | | | | | |
| Other (income) expense | 0.8 | (1.7) | 1.2 | (0.1) | – | – | – | – | – | – | – | – | (1.6) | 0.2 | – | – |
| Financing expense | 1.6 | 1.6 | 1.6 | 1.7 | 2.0 | 1.9 | 1.9 | 1.9 | 2.0 | 1.9 | 1.9 | 1.9 | 7.5 | 6.5 | 7.7 | 7.7 |
| Profit before taxes | 20.1 | (113.0) | 13.3 | 18.6 | 15.9 | 18.4 | 23.9 | 28.7 | 28.3 | 35.4 | 38.1 | 43.5 | 50.1 | (61.0) | 87.0 | 145.3 |
| | | | | | | | | | | | | | | | | |
| Provision for income taxes | 3.6 | (7.0) | 1.7 | (0.5) | 3.1 | 3.6 | 4.6 | 5.5 | 5.4 | 6.8 | 7.3 | 8.4 | 9.9 | (2.3) | 16.8 | 28.0 |
| **Net income** | **16.5** | **(105.9)** | **11.6** | **19.1** | **12.8** | **14.8** | **19.3** | **23.2** | **22.8** | **28.6** | **30.8** | **35.2** | **40.2** | **(58.7)** | **70.1** | **117.4** |
| | | | | | | | | | | | | | | | | |
| Add: Transaction expenses / offering costs | 3.3 | 2.4 | 0.5 | 0.7 | – | – | – | – | – | – | – | – | 0.9 | 7.0 | – | – |
| **Proforma net income** | **19.8** | **(103.5)** | **12.1** | **19.8** | **12.8** | **14.8** | **19.3** | **23.2** | **22.8** | **28.6** | **30.8** | **35.2** | **41.1** | **(51.7)** | **70.1** | **117.4** |
| | | | | | | | | | | | | | | | | |
| Add: Amortization of intangible assets | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 18.8 | 18.8 | 18.8 |
| Add: Adjustments | 2.8 | 143.2 | 19.2 | 21.4 | 20.7 | 19.6 | 19.3 | 20.4 | 20.2 | 19.5 | 19.6 | 20.7 | 15.5 | 186.7 | 80.0 | 80.1 |
| Add: Foreign currency loss (gain) | 0.8 | (1.6) | 1.3 | 0.3 | – | – | – | – | – | – | – | – | (1.5) | 0.8 | – | – |
| Add: Loss (gain) on disposal of assets | 0.0 | 0.0 | 0.0 | (0.0) | – | – | – | – | – | – | – | – | 1.1 | 0.1 | – | – |
| Add: Tax benefit from transaction related costs | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Add: Tax benefit from EBITDA adjustments | – | (11.4) | (4.6) | (9.2) | (6.1) | (5.8) | (5.7) | (6.0) | (5.9) | (5.7) | (5.8) | (6.0) | – | (25.2) | (23.6) | (23.4) |
| **Adjusted net income** | **28.2** | **31.4** | **32.8** | **37.1** | **32.1** | **33.3** | **37.6** | **42.3** | **41.8** | **47.1** | **49.4** | **54.6** | **75.1** | **129.4** | **145.4** | **192.9** |
| | | | | | | | | | | | | | | | | |
| **Adjusted EPS - diluted** | **$0.27** | **$0.32** | **$0.30** | **$0.34** | **$0.30** | **$0.31** | **$0.35** | **$0.40** | **$0.39** | **$0.44** | **$0.47** | **$0.51** | **$0.72** | **$1.23** | **$1.37** | **$1.82** |
| | | | | | | | | | | | | | | | | |
| Weighted average shares outstanding - diluted | 104.1 | 97.6 | 109.4 | 110.5 | 106.0 | 106.0 | 106.0 | 106.0 | 106.0 | 106.0 | 106.0 | 106.0 | 104.1 | 105.4 | 106.0 | 106.0 |
| **Margin analysis (%)** | | | | | | | | | | | | | | | | |
| Adjusted operating margin (% of revenue) | 19.6% | 19.4% | 19.9% | 20.4% | 18.8% | 18.8% | 20.0% | 20.5% | 19.8% | 20.5% | 20.5% | 20.5% | 18.9% | 19.9% | 19.6% | 20.3% |
| Adjusted EBITDA margin (% of revenue) | 25.9% | 24.5% | 23.9% | 24.8% | 22.5% | 22.5% | 23.5% | 23.5% | 23.5% | 24.0% | 24.0% | 24.0% | 23.6% | 24.7% | 23.0% | 23.9% |
| Adjusted net income (% of revenue) | 18.4% | 17.4% | 16.3% | 16.3% | 14.0% | 14.0% | 15.1% | 15.6% | 15.0% | 15.7% | 15.7% | 15.8% | 15.7% | 17.0% | 14.7% | 15.6% |
| **Y/Y Growth analysis (%)** | | | | | | | | | | | | | | | | |
| Revenue growth | 49.2% | 57.4% | 64.2% | 63.4% | 50.5% | 32.0% | 24.0% | 20.0% | 21.0% | 26.3% | 26.0% | 27.1% | 32.9% | 59.1% | 30.0% | 25.2% |
| Adjusted operating margin (bps) | 715 | 143 | (586) | 204 | (79) | (58) | 6 | 8 | 100 | 170 | 50 | (0) | 341 | 98 | (31) | 77 |
| Adjusted EBITDA | 126.5% | 67.3% | 34.3% | 70.5% | 30.9% | 21.2% | 21.8% | 13.9% | 26.4% | 34.8% | 28.7% | 29.8% | 51.7% | 66.9% | 21.2% | 29.9% |
| Adjusted net income | 177.5% | 84.9% | 17.3% | 85.1% | 13.9% | 6.3% | 14.8% | 14.2% | 30.2% | 41.1% | 31.3% | 29.0% | 41.7% | 72.4% | 12.4% | 32.6% |
| Adjusted EPS | 177.5% | 97.3% | 11.6% | 74.4% | 11.8% | (2.2%) | 18.5% | 19.0% | 30.2% | 41.1% | 31.3% | 29.0% | 41.7% | 70.3% | 11.7% | 32.6% |

Source: Company data, Morgan Stanley Research estimates

5

**Morgan Stanley** | RESEARCH

UPDATE

**Exhibit 2:** TASK: Balance Sheet

| TaskUs, Inc. Balance Sheet $mm, except per share figures | 2021A | | | | 2022E | | | | 2023E | | | | | 2020A | 2021A | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar-21 1Q21A | Jun-21 2Q21A | Sep-21 3Q21A | Dec-21 4Q21A | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | Mar-23 1Q23E | Jun-23 2Q23E | Sep-23 3Q23E | Dec-23 4Q23E | | 2020A | 2021A | 2022E | 2023E |
| Cash | 135.5 | 195.9 | 61.3 | 63.6 | 148.8 | 173.0 | 204.1 | 216.7 | 251.0 | 288.0 | 328.9 | 367.7 | | 107.7 | 63.6 | 216.7 | 367.7 |
| Accounts receivable, net | 91.8 | 127.9 | 157.6 | 162.9 | 152.5 | 155.8 | 161.7 | 176.5 | 184.6 | 196.8 | 203.8 | 224.2 | | 87.8 | 162.9 | 176.5 | 224.2 |
| Other receivables | 0.4 | 0.4 | 0.7 | 0.6 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | | 0.1 | 0.6 | 0.2 | 0.3 |
| Prepaid expenses | 11.6 | 9.7 | 8.7 | 10.9 | 20.7 | 21.4 | 22.4 | 24.5 | 25.1 | 27.0 | 28.3 | 31.1 | | 13.0 | 10.9 | 24.5 | 31.1 |
| Income tax receivable | – | – | 2.2 | 3.9 | – | – | – | – | – | – | – | – | | 1.6 | 3.9 | – | – |
| Other current assets | 0.6 | 2.5 | 2.7 | 4.4 | 1.7 | 1.8 | 1.9 | 2.1 | 2.1 | 2.3 | 2.4 | 2.6 | | 1.1 | 4.4 | 2.1 | 2.6 |
| Total current assets | 239.9 | 336.4 | 233.2 | 246.3 | 324.0 | 352.1 | 390.2 | 419.9 | 463.0 | 514.4 | 563.5 | 626.0 | | 211.3 | 246.3 | 419.9 | 626.0 |
| Property and equipment, net | 57.0 | 63.1 | 72.1 | 80.0 | 85.3 | 90.8 | 97.0 | 105.2 | 111.6 | 119.1 | 127.0 | 135.6 | | 57.0 | 80.0 | 105.2 | 135.6 |
| Deferred tax assets | 0.6 | 0.6 | 0.5 | 1.4 | – | – | – | – | – | – | – | – | | 0.6 | 1.4 | – | – |
| Intangibles | 235.6 | 230.9 | 226.2 | 221.4 | 216.7 | 212.0 | 207.3 | 202.6 | 197.9 | 193.2 | 188.5 | 183.8 | | 240.3 | 221.4 | 202.6 | 183.8 |
| Goodwill | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | 195.7 | | 195.7 | 195.7 | 195.7 | 195.7 |
| Other non-current assets | 2.9 | 3.0 | 3.7 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | | 2.6 | 5.0 | 5.0 | 5.0 |
| **Total assets** | **731.6** | **829.6** | **731.5** | **750.0** | **826.8** | **855.7** | **895.3** | **928.5** | **973.3** | **1,027.4** | **1,079.7** | **1,146.1** | | **707.5** | **750.0** | **928.5** | **1,146.1** |
| Accounts payable and accrued liabilities | 38.8 | 43.5 | 44.8 | 40.9 | 53.9 | 55.0 | 56.4 | 61.5 | 64.4 | 68.2 | 70.6 | 77.7 | | 38.4 | 40.9 | 61.5 | 77.7 |
| Accrued payroll and employee-related liabilities | 30.6 | 171.7 | 43.9 | 36.7 | 43.7 | 45.1 | 47.4 | 51.7 | 52.9 | 57.0 | 59.7 | 65.7 | | 22.0 | 36.7 | 51.7 | 65.7 |
| Current portion of long-term debt | 47.3 | 48.5 | 49.8 | 51.1 | 52.6 | 54.1 | 56.6 | 59.1 | 61.6 | 64.1 | 67.9 | 71.7 | | 46.0 | 51.1 | 59.1 | 71.7 |
| Current portion of income tax payable | 3.4 | 1.6 | 2.2 | 2.4 | 5.1 | – | – | – | – | – | – | – | | – | 2.4 | – | – |
| Deferred revenue | 5.6 | 5.8 | 6.8 | 4.1 | 4.3 | 3.9 | 3.6 | 3.7 | 3.5 | 3.3 | 3.1 | 3.1 | | 4.7 | 4.1 | 3.7 | 3.1 |
| Deferred rent | 0.1 | 0.3 | 0.4 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | | 0.2 | 0.7 | 0.7 | 0.7 |
| Total current liabilities | 125.7 | 271.4 | 147.9 | 135.9 | 160.3 | 158.9 | 164.7 | 176.8 | 183.1 | 193.4 | 202.1 | 219.0 | | 111.3 | 135.9 | 176.8 | 219.0 |
| Income tax payable | 3.0 | 3.0 | 3.0 | 2.9 | 5.7 | 5.9 | 6.3 | 6.9 | 7.0 | 7.5 | 7.9 | 8.6 | | 3.0 | 2.9 | 6.9 | 8.6 |
| Long term debt | 196.3 | 193.5 | 191.0 | 187.2 | 185.0 | 182.8 | 178.1 | 173.4 | 168.7 | 164.0 | 156.8 | 149.6 | | 198.8 | 187.2 | 173.4 | 149.6 |
| Deferred rent | 2.3 | 2.6 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | | 2.2 | 2.7 | 2.7 | 2.7 |
| Accrued payroll and employee-related liabilities | 2.6 | 2.6 | 2.6 | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 | | 2.6 | 1.8 | 1.8 | 1.8 |
| Other long-term payable | – | – | – | – | – | – | – | – | – | – | – | – | | – | – | – | – |
| Deferred tax liabilities | 50.9 | 40.5 | 41.2 | 40.2 | 58.5 | 56.4 | 55.9 | 37.5 | 37.5 | 37.5 | 37.5 | 37.5 | | 50.9 | 40.2 | 37.5 | 37.5 |
| **Total liabilities** | **380.9** | **513.6** | **388.5** | **370.9** | **414.2** | **408.6** | **409.6** | **399.2** | **400.9** | **407.0** | **408.9** | **419.3** | | **368.8** | **370.9** | **399.2** | **419.3** |
| **Total equity** | **350.8** | **316.0** | **343.0** | **379.2** | **412.7** | **447.1** | **485.7** | **529.4** | **572.4** | **620.5** | **670.9** | **726.8** | | **338.7** | **379.2** | **529.4** | **726.8** |
| **Total liabilities and equity** | **731.6** | **829.6** | **731.5** | **750.0** | **826.9** | **855.7** | **895.4** | **928.5** | **973.3** | **1,027.5** | **1,079.8** | **1,146.1** | | **707.5** | **750.0** | **928.5** | **1,146.1** |

Source: Company data, Morgan Stanley Research estimates

6

**Morgan Stanley** | **RESEARCH**

UPDATE

**Exhibit 3:** TASK: Cash Flow Statement

| TaskUs, Inc. Cash Flow Statement $mm, except per share figures | Mar-21 1Q21A | Jun-21 2Q21A | Sep-21 3Q21A | Dec-21 4Q21A | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | Mar-23 1Q23E | Jun-23 2Q23E | Sep-23 3Q23E | Dec-23 4Q23E | 2020A | 2021A | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2021A** | | | | **2022E** | | | | **2023E** | | | | | | | |
| Net income | 16.5 | (105.9) | 11.6 | 19.1 | 12.8 | 14.8 | 19.3 | 23.2 | 22.8 | 28.6 | 30.8 | 35.2 | 34.5 | (58.7) | 70.1 | 117.4 |
| Depreciation | 6.2 | 6.7 | 7.4 | 8.7 | 8.5 | 8.8 | 8.7 | 8.2 | 10.3 | 10.5 | 11.0 | 12.1 | 20.1 | 29.0 | 34.2 | 43.9 |
| Amortization of intangibles | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 18.8 | 18.8 | 18.8 | 18.8 |
| Amortization of debt financing fees | 0.1 | 0.1 | 0.1 | 0.1 | – | – | – | – | – | – | – | – | 0.5 | 0.5 | – | – |
| Loss (gain) on disposal of assets | 0.0 | 0.0 | 0.0 | (0.0) | – | – | – | – | – | – | – | – | 1.1 | 0.1 | – | – |
| Unrealized foreign exchange losses for forward contracts | 1.8 | (0.1) | 4.1 | (1.3) | – | – | – | – | – | – | – | – | – | 4.6 | – | – |
| Deferred taxes | – | (10.5) | 0.8 | (1.8) | 18.3 | (2.2) | (0.5) | (18.4) | – | – | – | – | (6.5) | (11.5) | (2.7) | – |
| Stock-based compensation | – | 5.8 | 19.2 | 21.2 | 20.7 | 19.6 | 19.3 | 20.4 | 20.2 | 19.5 | 19.6 | 20.7 | – | 46.2 | 80.0 | 80.1 |
| Bad debt expense | 0.2 | 0.2 | 0.2 | 0.4 | 1.2 | 1.2 | 1.2 | 1.4 | 1.4 | 1.5 | 1.6 | 1.7 | 2.2 | 1.1 | 4.9 | 6.2 |
| (Increase) / decrease in accounts receivables | (6.1) | (35.1) | (29.4) | (5.6) | 9.2 | (4.5) | (7.1) | (16.1) | (9.6) | (13.7) | (8.5) | (22.2) | – | (76.2) | (18.5) | (54.0) |
| (Increase) / decrease in other current assets | 1.6 | (6.0) | (0.4) | (3.9) | (2.8) | (0.7) | (1.1) | (2.2) | (0.6) | (2.1) | (1.4) | (3.1) | – | (8.6) | (6.9) | (7.2) |
| (Increase) / decrease in other assets | (0.3) | (0.1) | (0.8) | (1.2) | 1.4 | – | – | – | – | – | – | – | – | (2.4) | 1.4 | – |
| Increase / (decrease) in accounts payable | 0.5 | 5.1 | (0.7) | (0.3) | 13.0 | 1.2 | 1.3 | 5.2 | 2.8 | 3.8 | 2.4 | 7.1 | – | 4.5 | 20.6 | 16.2 |
| Increase / (decrease) in other current liability | 8.8 | 141.8 | (126.0) | (8.1) | 9.9 | (4.1) | 1.9 | 4.4 | 1.0 | 3.9 | 2.5 | 6.0 | – | 16.5 | 12.2 | 13.4 |
| Increase / (decrease) in other non-current liability | 5.9 | (1.0) | (0.1) | (1.3) | 2.9 | 0.2 | 0.4 | 0.6 | 0.1 | 0.5 | 0.4 | 0.8 | – | 3.5 | 4.0 | 1.7 |
| Increase / (decrease) in net working capital | 10.3 | 104.7 | (157.4) | (20.4) | 33.6 | (7.9) | (4.6) | (8.2) | (6.3) | (7.5) | (4.6) | (11.5) | (20.0) | (62.8) | 12.9 | (29.9) |
| **Cash flow from operations** | **39.9** | **5.8** | **(109.1)** | **30.8** | **99.7** | **39.1** | **48.3** | **31.2** | **53.2** | **57.3** | **63.1** | **63.0** | **50.8** | **(32.7)** | **218.3** | **236.5** |
| Purchase of property, plant, and equipment | (10.1) | (13.3) | (15.2) | (20.8) | (13.8) | (14.3) | (15.0) | (16.3) | (16.7) | (18.0) | (18.9) | (20.7) | (20.8) | (59.4) | (59.3) | (74.3) |
| Payment for acquisition | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| **Cash flow from investing activities** | **(10.1)** | **(13.3)** | **(15.2)** | **(20.8)** | **(13.8)** | **(14.3)** | **(15.0)** | **(16.3)** | **(16.7)** | **(18.0)** | **(18.9)** | **(20.7)** | **(20.8)** | **(59.4)** | **(59.3)** | **(74.3)** |
| Dividends | – | (50.0) | – | – | – | – | – | – | – | – | – | – | – | (50.0) | – | – |
| Capital increase | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Change in borrowings | (1.3) | (1.3) | (1.3) | (2.6) | (0.7) | (0.7) | (2.2) | (2.2) | (2.2) | (2.2) | (3.4) | (3.4) | 37.0 | (6.6) | (5.8) | (11.2) |
| Other financing activities | – | 120.4 | (4.3) | (5.1) | – | – | – | – | – | – | – | – | – | 111.0 | – | – |
| **Cash flow from financing activities** | **(1.3)** | **69.0** | **(5.6)** | **(7.7)** | **(0.7)** | **(0.7)** | **(2.2)** | **(2.2)** | **(2.2)** | **(2.2)** | **(3.4)** | **(3.4)** | **37.0** | **54.4** | **(5.8)** | **(11.2)** |
| Effect of exchange rate changes on cash | (0.7) | (1.0) | (4.7) | (0.0) | – | – | – | – | – | – | – | – | 3.2 | (6.5) | – | – |
| Cash and cash equivalents, beginning of period | 107.7 | 135.5 | 195.9 | 61.3 | 63.6 | 148.8 | 173.0 | 204.1 | 216.7 | 251.0 | 288.0 | 328.9 | 37.5 | 107.7 | 63.6 | 216.7 |
| Net increase / (decrease) in cash and cash equivalents | 27.8 | 60.4 | (134.6) | 2.3 | 85.2 | 24.1 | 31.1 | 12.7 | 34.2 | 37.1 | 40.9 | 38.8 | 70.2 | (44.1) | 153.2 | 151.0 |
| Cash and cash equivalents, end of period | 135.5 | 195.9 | 61.3 | 63.6 | 148.8 | 173.0 | 204.1 | 216.7 | 251.0 | 288.0 | 328.9 | 367.7 | 107.7 | 63.6 | 216.7 | 367.7 |

Source: Company data, Morgan Stanley Research estimates

7

**Morgan Stanley** | RESEARCH



# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared by Morgan Stanley & Co. LLC, and/or Morgan Stanley C.T.V.M. S.A., and/or Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., and/or Morgan Stanley Canada Limited. As used in this disclosure section, "Morgan Stanley" includes Morgan Stanley & Co. LLC, Morgan Stanley C.T.V.M. S.A., Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., Morgan Stanley Canada Limited and their affiliates as necessary.

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Sandy Beatty, CFA; James E Faucette; Jeffrey D Goldstein, CFA; Michael N Infante; Jonathan Y Lee; Meryl R Thomas, CFA.
.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies. A Portuguese version of the policy can be found at www.morganstanley.com.br

## Important Regulatory Disclosures on Subject Companies

As of February 28, 2022, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: Accenture Plc, DXC Technology Company, EPAM Systems Inc, **TaskUs, Inc.**, TELUS International (Cda) Inc..

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of **TaskUs, Inc.**.

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from Accenture Plc, **TaskUs, Inc.**, TELUS International (Cda) Inc..

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from Accenture Plc, Cognizant Technology Solutions Corp, Endava PLC, **TaskUs, Inc.**, TELUS International (Cda) Inc., TTEC Holdings, Inc..

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from Accenture Plc, Cognizant Technology Solutions Corp, DXC Technology Company.

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: Accenture Plc, Cognizant Technology Solutions Corp, Endava PLC, **TaskUs, Inc.**, TELUS International (Cda) Inc., TTEC Holdings, Inc..

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: Accenture Plc, Cognizant Technology Solutions Corp, DXC Technology Company.

Morgan Stanley & Co. LLC makes a market in the securities of Accenture Plc, Cognizant Technology Solutions Corp, TTEC Holdings, Inc..

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

(as of February 28, 2022)

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm. For disclosure purposes only (in accordance with FINRA requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

8

# Morgan Stanley | RESEARCH



| STOCK RATING CATEGORY | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OTHER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| Overweight/Buy | 1494 | 42% | 386 | 46% | 26% | 645 | 41% |
| Equal-weight/Hold | 1524 | 43% | 372 | 44% | 24% | 708 | 45% |
| Not-Rated/Hold | 0 | 0% | 0 | 0% | 0% | 0 | 0% |
| Underweight/Sell | 547 | 15% | 85 | 10% | 16% | 209 | 13% |
| TOTAL | 3,565 | | 843 | | | 1562 | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

## Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

## Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Stock Price, Price Target and Rating History (See Rating Definitions)







Stock Rating History: 3/1/17 : NA/C; 2/5/18 : NA/A; 11/19/19 : NA/NR; 2/26/20 : NA/I; 7/6/21 : E/I; 12/13/21 : O/I; 1/10/22 : O/A

Price Target History: 7/6/21 : 34; 8/11/21 : 37; 12/13/21 : 55; 1/10/22 : 60

Source: Morgan Stanley Research    Date Format : MM/DD/YY    Price Target ●– ●    No Price Target Assigned (NA)
Stock Price (Not Covered by Current Analyst) ━    Stock Price (Covered by Current Analyst) ━
Stock and Industry Ratings (abbreviations below) appear as ◆ Stock Rating/Industry View
Stock Ratings: Overweight (O) Equal-weight (E) Underweight (U) Not-Rated (NR) No Rating Available (NA)
Industry View: Attractive (A)   In-line (I)   Cautious (C)   No Rating (NR)
Effective January 13, 2014, the stocks covered by Morgan Stanley Asia Pacific will be rated relative to the analyst's industry (or industry team's) coverage.
Effective January 13, 2014, the industry view benchmarks for Morgan Stanley Asia Pacific are as follows: relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Important Disclosures for Morgan Stanley Smith Barney LLC & E*TRADE Securities LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.

Each Morgan Stanley research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC and E*TRADE Securities LLC. This review and approval is conducted by the same person who reviews the research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of DXC Technology Company.

Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions. Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).

If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.

Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's

10

Morgan Stanley | RESEARCH

UPDATE

securities/instruments.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

The "Important Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.

To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A. located at Av. Brigadeiro Faria Lima, 3600, 6th floor, São Paulo - SP, Brazil; and is regulated by the Comissão de Valores Mobiliários; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Asia International Limited, Hong Kong Branch; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Asia International Limited, Singapore Branch (Registration number T11FC0207F); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Canada by Morgan Stanley Canada Limited, which has approved of and takes responsibility for its contents in Canada; in Germany and the European Economic Area where required by Morgan Stanley Europe S.E., authorised and regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin) under the reference number 149169; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulatory Authority and regulated by the Financial Conduct Authority and the Prudential Regulatory Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. RMB Morgan Stanley Proprietary Limited is a member of the JSE Limited and A2X (Pty) Ltd. RMB Morgan Stanley Proprietary Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia , and is directed at Sophisticated investors only.

Morgan Stanley Bank AG currently acts as a designated sponsor for the following securities: Cognizant Technology Solutions Corp.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.

As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms. Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.

The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P.

Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

Indicators and trackers referenced in Morgan Stanley Research may not be used as, or treated as, a benchmark under Regulation EU 2016/1011, or any other similar framework.

The issuers and/or fixed income products recommended or discussed in certain fixed income research reports may not be continuously followed. Accordingly, investors should regard those fixed income research reports as providing stand-alone analysis and should not expect continuing analysis or additional reports

**Morgan Stanley** | RESEARCH

relating to such issuers and/or individual fixed income products.

**INDUSTRY COVERAGE: IT Services**

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (03/09/2022) |
|---|---|---|
| **James E Faucette** | | |
| Accenture Plc (ACN.N) | O (02/26/2020) | $309.42 |
| Cognizant Technology Solutions Corp (CTSH.O) | E (01/10/2022) | $87.96 |
| DXC Technology Company (DXC.N) | E (01/29/2021) | $29.98 |
| Endava PLC (DAVA.N) | O (01/10/2022) | $112.25 |
| EPAM Systems Inc (EPAM.N) | O (08/12/2020) | $198.41 |
| TaskUs, Inc. (TASK.O) | O (12/13/2021) | $33.00 |
| TELUS International (Cda) Inc. (TIXT.N) | E (03/01/2021) | $24.16 |
| TTEC Holdings, Inc. (TTEC.O) | U (01/10/2022) | $78.07 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

© 2022 Morgan Stanley

**EQUITY RESEARCH**



**Capital Markets**

RBC Capital Markets, LLC
**Daniel R. Perlin**, CFA (Analyst)
(410) 625-6130, daniel.perlin@rbccm.com
**Matt Roswell**, CFA (AVP)
(410) 625-6131, matt.roswell@rbccm.com

March 16, 2022

# TaskUs, Inc.

## Thoughts post investor meetings

**Our view:** We hosted in-person investor meetings with the Co-Founder/ President & VP of IR, which focused on three key topics including 1) durability of its mid-term revenue guidance of 25%, 2) ability to scale to 25% mid-term adj. EBITDA margins, and 3) M&A opportunities. Reiterate Outperform rating.

### Key points:

**Durability of revenue growth.** Investors were keen to focus on TASK's ability to sustain 25%+ revenue growth, understanding the company guided to 30% in FY22, despite its largest client not contributing this year. Durability comes from multiple factors including 1) exposure to fast growth end-markets and verticals, such as Fintech, Healthtech, and eCom, 2) services lines are in high demand offerings including Digital CX, Content Security, and AI Services, 3) its client portfolio is tethered to high growth companies, 4) new geographic expansion fills in the gaps and creates incremental new opportunities, and 5) long-tail investments in new emerging technologies, such as NFTs, all create a portfolio of growth. It's also important to note that the company has stated it begins any year with ~95% visibility into its revenue pipeline.

**Margin expansion implicit in mid-term guidance.** Mid-term guidance calls for 25% adj. EBITDA margins, which are up from FY22's guidance of ~23%. Key factors enabling margin expansion fall into three buckets including 1) geographic mix, as workloads/projects are increasingly serviced from offshore vs. onshore locations, which generate higher % margins, 2) scale benefits, as illustrated in SG&A as % of revenue continuing to come down over time, and 3) additional specialized services, which come with higher margins. Although wage inflation remains an investor concern, management noted that the mix shift to lower cost geographies should more than offset higher wage costs, coupled with CPI escalators which are built into many of its contracts.

**M&A as an option play.** Although M&A is still new to TASK, management indicated that much of its time is increasingly devoted to looking at new opportunities (full pipeline), especially as valuations have come down across the industry. Key attributes of acquisition targets include 1) cultural fit (possibly the hardest to satisfy), 2) geographic expansion, which is designed to fill in gaps, as management noted that when they have lost deals in the past, inability to service specific geographies was often cited, 3) product/service enhancing, and 4) +/- financially accretive, which is to say willing to maybe take on some modest near-term dilution for long-term gains. Overall, we would expect initial M&A to take the form of smaller transactions, as TASK appears to be very methodical in its approach to M&A.

**Please continue reading on page 2.**

## Outperform

NASDAQ: TASK; USD 37.10

### Price Target USD 46.00

| WHAT'S INSIDE | |
| --- | --- |
| ☐ Rating/Risk Change | ☐ Price Target Change |
| ☐ In-Depth Report | ☐ Est. Change |
| ☐ Preview | ☑ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
| --- | --- | --- | --- | --- |
| | 24.00 | 37.10 | 46.00 | 56.00 |
| | ↓ 35% | | ↑ 24% | ↑ 51% |

*Implied Total Returns

### Key Statistics

| | | | |
| --- | --- | --- | --- |
| Shares O/S (MM): | 110.5 | Market Cap (MM): | 4,100 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | 695,720 |

Priced 3/16/22 close ET.

### RBC Estimates

| FY Dec | 2020A | 2021A | 2022E | 2023E |
| --- | --- | --- | --- | --- |
| **Revenue** | 478.0 | 760.7 | 990.1 | 1,232.3 |
| **EPS, cash Diluted** | 0.67 | 1.21 | 1.45 | 1.78 |
| **P/CEPS** | 55.4x | 30.7x | 25.6x | 20.8x |
| **EBITDA, Adj** | 106.9 | 187.9 | 228.2 | 289.9 |

| Revenue | Q1 | Q2 | Q3 | Q4 |
| --- | --- | --- | --- | --- |
| 2021 | 152.9A | 180.0A | 201.1A | 226.8A |
| 2022 | 230.8E | 240.3E | 251.3E | 267.6E |
| 2023 | 274.7E | 295.6E | 314.1E | 347.8E |
| **EPS, cash Diluted** | | | | |
| 2021 | 0.27A | 0.30A | 0.30A | 0.34A |
| 2022 | 0.33E | 0.33E | 0.38E | 0.41E |
| 2023 | 0.38E | 0.41E | 0.47E | 0.53E |

All values in USD unless otherwise noted.
Priced as of prior trading day's market close, EST (unless otherwise noted).

**Capital Markets**
**RBC** ®

**Reiterate Outperform rating and price target.** We reiterate our outlook on TASK shares, as we believe the company is tethered to a large and rapidly growing addressable market, is uniquely 100% focused on digitally-native clients, and has a cohesive reinforcing growth strategy capable of sustaining 25%+ y/y revenue growth, with industry-leading adjusted gross margins. Our price target is $46 or 18x our CY23E EV/EBITDA, which is more in line with high growth IT service peers.



**Capital Markets**

TaskUs, Inc.

**TaskUs**
**Earnings model ($ in millions, except per share data)**

| | FY 2019A | FY 2020A | Mar-21 1Q21A | Jun-21 2Q21A | Sep-21 3Q21A | Dec-21 4Q21A | FY 2021E | Mar-22 1Q22E | Jun-22 2Q22E | Sep-22 3Q22E | Dec-22 4Q22E | FY 2022E | Mar-23 1Q23E | Jun-23 2Q23E | Sep-23 3Q23E | Dec-23 4Q23E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total revenues** | $359.7 | $478.0 | $152.9 | $180.0 | $201.1 | $226.8 | $760.7 | $230.8 | $240.3 | $251.3 | $267.6 | $990.1 | $274.7 | $295.6 | $314.1 | $347.8 | $1,232.3 |
| y/y change | 41.5% | 32.9% | 49.2% | 57.4% | 64.2% | 63.4% | 59.1% | 51.0% | 33.5% | 25.0% | 18.0% | 30.1% | 19.0% | 23.0% | 25.0% | 30.0% | 24.5% |
| | | | | | | | | | | | | | | | | | |
| Cost of services | 194.8 | 270.5 | 88.0 | 103.8 | 112.4 | 127.5 | 431.7 | 132.0 | 139.4 | 141.2 | 150.4 | 563.0 | 157.9 | 171.5 | 176.5 | 195.1 | 701.1 |
| **Gross margin** | $164.9 | $207.5 | $64.8 | $76.2 | $88.6 | $99.3 | $329.0 | $98.8 | $100.9 | $110.1 | $117.2 | $427.0 | $116.7 | $124.2 | $137.6 | $152.7 | $531.2 |
| % of revenue | 45.8% | 43.4% | 42.4% | 42.3% | 44.1% | 43.8% | 43.2% | 42.8% | 42.0% | 43.8% | 43.8% | 43.1% | 42.5% | 42.0% | 43.8% | 43.9% | 43.1% |
| | | | | | | | | | | | | | | | | | |
| **Operating expenses:** | | | | | | | | | | | | | | | | | |
| Total operating expenses | $128.0 | $157.2 | $42.4 | $189.3 | $72.5 | $79.1 | $383.2 | $80.8 | $82.9 | $85.3 | $88.4 | $337.4 | $91.4 | $94.1 | $97.9 | $104.4 | $387.9 |
| % of revenue | 35.6% | 32.9% | 27.8% | 105.1% | 36.1% | 34.9% | 50.4% | 35.0% | 34.5% | 33.9% | 33.1% | 34.1% | 33.3% | 31.8% | 31.2% | 30.0% | 31.5% |
| y/y change | 33% | 23% | 21% | 375% | 78% | 91% | 144% | 90% | (56%) | 18% | 12% | (12%) | 13% | 14% | 15% | 18% | 15% |
| **Operating income** | $36.9 | $50.3 | $22.4 | ($113.0) | $16.1 | $20.2 | ($54.3) | $18.0 | $18.0 | $24.8 | $28.8 | $89.6 | $25.3 | $30.0 | $39.7 | $48.3 | $143.3 |
| **Operating margin** | 10.2% | 10.5% | 14.7% | (62.8%) | 8.0% | 8.9% | (7.1%) | 7.8% | 7.5% | 9.9% | 10.7% | 9.0% | 9.2% | 10.2% | 12.6% | 13.9% | 11.6% |
| | | | | | | | | | | | | | | | | | |
| Other expense (income) | (2.0) | (1.6) | 0.8 | (1.7) | 1.2 | (0.1) | 0.2 | - | - | - | - | - | - | - | - | - | - |
| Financing expense (income) | 9.3 | 7.5 | 1.6 | 1.6 | 1.6 | 1.7 | 6.5 | 1.7 | 1.7 | 1.7 | 1.7 | 6.8 | 1.7 | 1.7 | 1.7 | 1.7 | 6.8 |
| | | | | | | | | | | | | | | | | | |
| Pretax income | $29.5 | $44.4 | $20.1 | ($113.0) | $13.3 | $18.6 | ($61.0) | $16.3 | $16.3 | $23.1 | $27.1 | $82.8 | $23.6 | $28.3 | $38.0 | $46.6 | $136.5 |
| Income taxes | (4.4) | 9.9 | 3.6 | (7.0) | 1.7 | (0.5) | (2.3) | 4.6 | 4.0 | 5.1 | 6.0 | 19.7 | 5.6 | 6.7 | 9.0 | 11.1 | 32.4 |
| Tax rate | (14.9%) | 22.3% | 17.7% | 6.2% | 12.5% | (2.5%) | 3.7% | 28.4% | 24.5% | 22.1% | 22.3% | 23.9% | 23.7% | 23.7% | 23.7% | 23.7% | 23.7% |
| | | | | | | | | | | | | | | | | | |
| Net income (GAAP) | $33.9 | $34.5 | $16.5 | ($105.9) | $11.6 | $19.1 | ($58.7) | $11.6 | $12.4 | $18.0 | $21.0 | $63.0 | $18.0 | $21.6 | $29.0 | $35.6 | $104.2 |
| y/y change | 5% | 2% | | | 2% | 41% | | (29%) | (112%) | 55% | 10% | (207%) | 55% | 75% | 61% | 69% | 65% |
| | | | | | | | | | | | | | | | | | |
| **Adjustments to net income:** | | | | | | | | | | | | | | | | | |
| Total adjustments | 19.0 | 34.8 | 11.7 | 137.3 | 21.1 | 18.0 | 188.1 | 24.7 | 24.7 | 24.7 | 24.7 | 98.8 | 24.7 | 24.7 | 24.7 | 24.7 | 98.8 |
| | | | | | | | | | | | | | | | | | |
| **Adj. net income** | $53.0 | $69.4 | $28.2 | $31.4 | $32.8 | $37.1 | $129.4 | $36.4 | $37.1 | $42.7 | $45.7 | $161.9 | $42.7 | $46.3 | $53.7 | $60.3 | $203.0 |
| y/y change | 63.6% | 30.9% | 177.7% | 84.9% | 47.5% | 85.1% | 86.6% | 28.9% | 18.1% | 30.4% | 23.4% | 25.1% | 17.5% | 25.0% | 25.6% | 31.8% | 25.4% |
| | | | | | | | | | | | | | | | | | |
| EPS (GAAP) | $0.33 | $0.33 | $0.16 | ($1.02) | $0.11 | $0.17 | ($0.55) | $0.10 | $0.11 | $0.16 | $0.19 | $0.56 | $0.16 | $0.19 | $0.25 | $0.31 | $0.92 |
| **Adj. EPS** | $0.51 | $0.67 | $0.27 | $0.30 | $0.30 | $0.34 | $1.21 | $0.33 | $0.33 | $0.38 | $0.41 | $1.45 | $0.38 | $0.41 | $0.47 | $0.53 | $1.78 |
| y/y change | 64% | 31% | | | | | 81% | | | | | 20% | | | | | 23% |
| | | | | | | | | | | | | | | | | | |
| Shares outstanding | 104.1 | 104.1 | 104.1 | 104.1 | 109.4 | 110.5 | 107.0 | 111.1 | 111.6 | 112.1 | 112.6 | 111.9 | 113.1 | 113.5 | 114.0 | 114.4 | 113.7 |
| | | | | | | | | | | | | | | | | | |
| **EBITDA** | | | | | | | | | | | | | | | | | |
| Net income (GAAP) | $33.9 | $34.5 | $16.5 | ($105.9) | $11.6 | $19.1 | ($58.7) | $11.6 | $12.4 | $18.0 | $21.0 | $63.0 | $18.0 | $21.6 | $29.0 | $35.6 | $104.2 |
| Reported EBITDA | $74.1 | $90.9 | $32.6 | ($99.9) | $27.1 | $33.7 | ($6.6) | $31.9 | $32.4 | $39.7 | $44.1 | $148.2 | $41.2 | $46.4 | $56.5 | $65.7 | $209.9 |
| | | | | | | | | | | | | | | | | | |
| **Adj. EBITDA** | $74.2 | $106.9 | $39.5 | $44.1 | $48.1 | $56.2 | $187.9 | $51.9 | $52.4 | $59.7 | $64.1 | $228.2 | $61.2 | $66.4 | $76.5 | $85.7 | $289.9 |
| **Adj. EBITDA margin (%)** | 20.6% | 22.4% | 25.9% | 24.5% | 23.9% | 24.8% | 24.7% | 22.5% | 21.8% | 23.8% | 24.0% | 23.0% | 22.3% | 22.5% | 24.4% | 24.6% | 23.5% |
| y/y change | 30.4% | 44.0% | 126.6% | 67.3% | 59.7% | 70.5% | 75.8% | 31.1% | 18.9% | 24.1% | 14.2% | 21.4% | 18.0% | 26.6% | 28.2% | 33.7% | 27.1% |

Source:  Company reports, RBC Capital Markets estimates

Dan Perlin; daniel.perlin@rbccm.com; 410-625-6130

March 16, 2022

**Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com    3



# Key ESG questions

*This section is intended to highlight key ESG discussion points relevant to this company, as well as our views on the outlook. Both the questions we highlight and our responses will evolve over time as the dialogue between management, analysts and investors continues to advance. We welcome any feedback on the topics.*

**Our view**

**What are the most material ESG issues facing this company?**

Given TaskUs' large global reach and across 8 countries and >27K employees, in addition to its overall business in serving high-growth Digital Economy companies, we believe diversity & inclusion as well as data privacy and information security are among the most material ESG issues facing the company.

**Does the company integrate ESG considerations into its strategy?**

Yes, the company has well-defined initiatives around supporting its employees in regard to diversity & inclusion, environmental sustainability, and supporting local communities. TaskUs also has a Nominating and ESG Committee Chapter on its Board of Directors that develops corporate governance guidelines and oversees the company's strategy related to environmental and social matters.

**What is diversity like at board / management level?**

TaskUs has a 6-person Board of Directors, including 1 woman, with ethnically diverse members.

**What are the key areas of strength and recent ESG initiatives?**

We see the company's efforts around diversity & inclusion as well as its community outreach initiatives as key areas of strength for TaskUs. The company also provides mandatory unconscious bias training to its leaders, recruiters, and hiring managers and actively hires people from disadvantaged groups, equipping disabled personnel with Jaws screen readers, electronic video magnifiers, and refreshable Braille displays. Lastly, the company's Global Employee Resource Groups enable employee-led discussions and roundtables to increase understanding and drive collaboration. The company actively engages in community partnerships with public schools, universities, military communities, and others to ensure inclusivity. Recent community-focused initiatives from 2018-2020 include TaskUs for Texans, where it joined the Central Texas Food Bank to pack 1,000 food boxes for families affected by the pandemic, as well as Taal Relief, in which employees collected and delivered relief goods to families in evacuation centers displaced by the Taal Volcano eruption in the Philippines, among many others.

**What are additional company-specific ESG areas of focus?**

TaskUs also has a Supplier Diversity program through which it seeks to partner with businesses owned by minorities, women, veterans, service-disability individuals, and LBGTQ+ members. The company also supports various non-profits and local charities. Additionally, TaskUs has a focus on environmental sustainability, launching a paperless initiative in 2017, distributing solar home kits to over 200 indigent families in the Philippines, and joining the cleanup drive in Santa Monica Beach, California while launching a coral planning effort in La Union Beach, Philippines.

**Capital Markets** — RBC

TaskUs, Inc.

## Target/Upside/Downside Scenarios

TaskUs, Inc.



Source: Bloomberg and RBC Capital Markets estimates for Target

### Valuation

Our price target of $46 is an EV/EBITDA multiple of 18x our CY23 EBITDA estimate. These target multiples are in line with the company's closest, more digitally focused IT Services & digital engineering peers, which we think is appropriate given its growth rates and other fundamental factors. The implied upside supports our Outperform rating.

### Upside scenario

Our upside scenario of $56 is based on the company achieving a 20x EV/EBITDA on upside RBCe CY23 EBITDA estimate of $319M (10% premium to our base estimate), which represents a 2-point increase to the target multiple that we think is justified given the upside to results. This upside could be driven by faster-than-expected organic growth and/or margin upside.

### Downside scenario

Our downside scenario of $24 is based on the company achieving a 12x EV/EBITDA on downside RBCe CY23 EBITDA estimate of $232M (20% discount to our base estimate), which represents a 6-point decrease to the target multiple that we think is justified given the downside to results. This downside could be driven by a slowdown in revenue from either lower demand or increased competition, and/or increased expense pressures.

### Investment summary

TaskUs, in our opinion, is well positioned to support the operational needs of its high-growth clients as they scale through its tech-enabled outsourcing solutions purpose-built for their various industry verticals within the Digital Economy. We believe the strong projected growth of the company's end markets (average CAGR of 18% from 2019-2023E), high net revenue retention rates, accelerating new client wins, and digitally native service offerings that enable utilization of lower cost non-voice channels should support recurring revenue growth at a 25% CAGR for the medium-term while sustaining EBITDA margins above 20%.

We believe TASK's success will be underpinned by several key attributes, including its: (1) large and growing TAM; (2) deeply embedded and growing client relationships; (3) cohesive, simple, and reinforcing growth strategy, including geographic expansion and M&A; (4) leadership in talent acquisition with low voluntary attrition rates; and (5) attractive underlying financial model designed to drive profitability.

### Risks to rating and price target

We see three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macroeconomic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.

**Capital Markets**

**RBC**

## Company description

TaskUs is a digital outsourcer serving clients across numerous industries within what the company calls the "Digital Economy" (e.g., social media, ride sharing, streaming services, and fintech, among many others). These companies often lack the expertise, scale, or geographic presence to build the operational infrastructure necessary to support their growth. The company's global delivery model is focused on providing clients three key solutions: (1) Digital Customer Experience (DCX), (2) Content Security (CS), and (3) Artificial Intelligence (AI) Operations. TaskUs now serves over 100 clients and has become a top outsourcing partner for many of the world's most recognizable and disruptive brands in the world, supporting their growth with tech-enabled solutions tailored for the Digital Economy.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for TaskUs, Inc. in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from TaskUs, Inc. in the past 12 months.

RBC Capital Markets, LLC makes a market in the securities of TaskUs, Inc..

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

As of March 31, 2020, RBC Capital Markets discontinued its Top Pick rating. Top Pick rated securities represented an analysts best idea in the sector; expected to provide significant absolute returns over 12 months with a favorable risk-reward ratio. Top Pick rated securities have been reassigned to our Outperform rated securities category, which are securities expected to materially outperform sector average over 12 months.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.



TaskUs, Inc.

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| | | | Investment Banking Serv./Past 12 Mos. | |
|---|---|---|---|---|
| Rating | Count | Percent | Count | Percent |
| BUY [Outperform] | 831 | 57.59 | 365 | 43.92 |
| HOLD [Sector Perform] | 557 | 38.60 | 180 | 32.32 |
| SELL [Underperform] | 55 | 3.81 | 3 | 5.45 |

Distribution of ratings
RBC Capital Markets, Equity Research
As of 31-Dec-2021



References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**TaskUs, Inc.**
### Valuation

Our price target of $46 is an EV/EBITDA multiple of 18x our CY23 EBITDA estimate. These target multiples are in line with the company's closest, more digitally focused IT Services & digital engineering peers, which we think is appropriate given its growth rates and other fundamental factors. The implied upside supports our Outperform rating.

**TaskUs, Inc.**

## Risks to rating and price target

We see three broad risk categories that could affect TASK's ability to meet our rating, estimate and price target objectives: 1) macroeconomic risks, especially a slowdown in revenue growth at its new economy clients; 2) increased competition, pricing pressure or wage cost pressure; and 3) problems in execution driven by rapid growth and/or M&A.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

With regard to the MAR investment recommendation requirements in relation to relevant securities, a member company of Royal Bank of Canada, together with its affiliates, may have a net long or short financial interest in excess of 0.5% of the total issued share capital of the entities mentioned in the investment recommendation. Information relating to this is available upon request from your RBC investment advisor or institutional salesperson.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research content simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets provides eligible clients with access to Equity Research Reports and to SPARC on the Firm's proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in Research Reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published Research Reports reflecting the Research Analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.

For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action

The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

**RBC Capital Markets**

# Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Europe) GmbH, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To EEA Residents:**
This material is distributed in the EU by either RBCEL on an authorised cross-border basis, or by RBC Capital Markets (Europe) GmbH (RBC EG) which is authorised and regulated in Germany by the Bundesanstalt für Finanzdienstleistungsaufsicht (German Federal Financial Supervisory Authority) (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.

**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® **Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.**

March 16, 2022                    **Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com    9



**TaskUs, Inc.**

Copyright © RBC Capital Markets, LLC 2022 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2022 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2022
Copyright © Royal Bank of Canada 2022
All rights reserved

# TaskUs, Inc. (TASK)
## Hosted Meetings with Management



**We recently hosted several meetings with TASK's CFO (Balaji Sekar) and Head of IR (Alan Katz); we like the stock given strong 25%+ organic growth profile and reasonable valuation.** The company sounds highly confident in the 30% organic growth outlook for 2022 (volume growth even higher, as Facebook shifting volumes offshore). Clients continue to ramp, and margins are expected to follow in 2023, after a big year of offshore shift (some expenses associated with the shift).

- **We hosted meetings with TASK CFO and IR.** They sound highly confident in the long-term revenue/margin trajectory.

- **Management attempts to give guidance they are highly confident in.** 2022 organic revenue growth guidance is 30% (mid-40s excluding the flattish outlook for Facebook), and they expect 25%+ over the medium term.

- **Facebook (27% of 2021 revenue, followed by Baird's Colin Sebastian) is expected to have flattish revenue in 2022 due to the lower revenue yields from the offshore shift (volume still likely up).** Margins should rise, but EBIT likely will be down a bit due in part to the costs of the shift. Over time, this is positive as having scale overseas adds to the ability to sell to clients. The shift is expected to happen in Q2 and Q3, and then a full run rate of the new normalized mix in Q4.

- **Adjusted EBITDA margin is expected to be down in 2022, but then ramp.** 2022 includes a full year of public company costs and some costs of shifting geo delivery mix. After ~23% in 2022, they expect to ramp over time to 25% behind increasing offshore mix, increasing service offerings and scale.

- **M&A strategy:** They want to do tuck-in acquisitions, with size up to ~10% of the current market cap. They target accretion to growth, margins, geo mix, service offerings, and culture.

- **Service offerings are ramping.** They have recently added services around fin-tech know your customer, fraud, and anti-money laundering (for crypto/wallets), and also have introduced some learning services.

- **Wage inflation/pricing:**
  - Wage inflation is having some margin impact, though is likely more of a benefit, as clients want to outsource more.
  - TASK has levers that include some ability to contractually price higher, along with offering clients offshore resources at lower prices.
  - TASK charges more than competitors and often starts with smaller contracts, then ramps as they show the value.

- **We like TASK given 25%+ organic growth profile and reasonable valuation.**
  - **Organic revenue growth expected to be 25%+** for the next few years (driven by fast-growth tech client base); adjusted EBITDA margins likely ~23-24% in 2023E with path towards ~25% over time.
  - **Valuation seems pretty attractive** at ~22X 2023E EPS, given fast-growth potential over the next few years.

## RAISING PRICE TARGET

### 1-Year Price Chart



### Stock Data

| | |
|---|---|
| Rating: | Outperform |
| Suitability: | Average Risk |
| Price Target/Previous: | ▲$50/$45 |
| Price (3/29/22): | $39.12 |
| Market Cap (mil): | $4,323 |
| Shares Out (mil): | 110.5 |
| Average Daily Vol (mil): | 1.03 |
| Dividend Yield: | 0.0% |

### Estimates

| FY Dec | 2021A | 2022E | 2023E |
|---|---|---|---|
| Q1 | 0.27 A | 0.32 E | 0.40 E |
| Q2 | 0.32 A | 0.34 E | 0.42 E |
| Q3 | 0.30 A | 0.37 E | 0.47 E |
| Q4 | 0.34 A | 0.39 E | 0.51 E |
| **Fiscal EPS** | **1.26 A** | **1.42 E** | **1.80 E** |
| Fiscal P/E | 31.0x | 27.5x | 21.7x |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

[ **Please refer to Appendix - Important Disclosures and Analyst Certification** ]

**TaskUs provides outsourcing services across digital customer experience, content security, and AI operations.**

**David J. Koning, CFA**
Sr. Research Analyst
dkoning@rwbaird.com
414.298.7494

**Robert W. Bamberger, CFA**
Sr. Research Associate
rbamberger@rwbaird.com
414.298.5094

**Patrick A. Schulz, CFA**
Research Associate
pschulz@rwbaird.com
414.298.6218

Property of Baird. Please contact Baird for permission to share.

**March 29, 2022**  |  **TaskUs, Inc.**

# Details

## Review of Meetings

We recently hosted several meetings with TASK's CFO (Balaji Sekar) and Head of IR (Alan Katz). Below are some of our key takeaways.

### General Commentary

- **Company history:** Initially, TASK started winning very small businesses (their first win was transcribing voice mails and sending via email). Clients were growing quickly and TASK expanded into the Philippines. They realized that investing in high-growth tech companies was something that other BPO companies were not doing.

- **Digital interactions:** ~93% of total interactions are digital (web-based chat, email, omnichannel, etc.).

- **Contracts:** Typical contract length is around one year with auto-renewal and price escalators (COLA); contracts are largely hourly-based pricing or per-person/day (very little outcome-based pricing).
  - **Price escalators:** COLA escalators typically have a cap (5% or so)

- **Training:** Clients pay for training (TASK earns some margin on this)

- **Price sensitivity:** Clients are willing to pay a little more to make sure they have great service and customer experience.

- **Client review:** Only focuses on high-growth companies (does not focus on traditional call center work)
  - **Facebook/Meta:** Largest client (~27% of 2021 revenue). They do not expect this client's revenue to grow in 2022 as they are moving some onshore work to the Philippines/India (creates a revenue headwind, but margin % will improve). They do expect both volume and headcount to grow during 2022. The transition will start in Q2 and continue in Q3, with Q4 being a full quarter of the new geo mix.
  - **DoorDash:** Second largest client (~11% of 2021 revenue)
  - **Top 20 customers:** 76% of 2021 revenue; revenue from this cohort grew 49% yoy
  - **Non-top 20 customers:** 24% of 2021 revenue; revenue from this cohort grew 101% yoy
  - **>$10 million billings:** 16 customers with >$10 million billings in 2021 (up from 8 in 2020).
  - **Client maturation:** As clients mature, they will likely bifurcate the more commoditized service work. TASK will position themselves for higher-value work
  - **Clients with 2+ services:** 16 of top 20 in 2021 (up from 7 of top 20 in 2020).

- **Employees and labor:** TASK has a great culture with high Glassdoor ratings (aligns with fast-growth tech ratings, rather than traditional BPO).
  - **Attrition:** 15.3% in 2021 (was 14.9% in 2020)
  - **Ramping:** Noted they can ramp from contract signing to employees in the classroom within 14 days (industry average is ~3 months). This helps a lot with clients that are highly focused on customer service and who have volatility in demand.
  - **Employees by geography:** Philippines (~68% of total employees), India (~15% of total employees), US (~12% of total employees), and other geos (~5% of total employees), which includes Latin America, Greece, and Apac. They expect India to eventually be as large as the Philippines over the coming years.
  - **Geographic expansion:** They are building out service centers in Romania/Poland/Japan/Malaysia
  - **Remote work:** Currently, 90% of employees are working remotely
  - **Hub and spoke model:** Will have a smaller office with conference/meeting rooms and some desks for employees to work; employees can work from home the rest of the time. This smaller footprint implies lower capex and can also help TASK recruit employees from a large geographic range.

**Property of Baird. Please contact Baird for permission to share.**

960

**March 29, 2022  |  TaskUs, Inc.**

- ■ **Revenue by geography:** 85% of revenue is from US clients; the other large geographies are the UK, Europe, and Australia. Management noted they see Europe as a great growth opportunity (put their first office in Europe around 18 months ago).
- ■ **Service offerings:** Over time, TASK has ramped from digital customer service to content management and AI. They have noted that newer offerings will continue to be developed, with recent offerings including some fin tech applications around fraud/know-your-customer/anti-money laundering, and around learning.

### Client Concentration (% of revs)

| | 2019 | 2020 | 2021 |
|---|---|---|---|
| **Client #1 (Facebook/Meta)** | 35% | 32% | 27% |
| Client #1 yoy growth | | 22% | 33% |
| **Client #2 (Doordash)** | 11% | 12% | 11% |
| Client #2 yoy growth | | 45% | 41% |
| **Clients #3-5** | | 12% | 13% |
| Clients #3-5 yoy growth | | | 66% |
| **Top 5 Clients** | | 56% | 50% |
| Top 5 clients yoy growth | | | 42% |
| **Clients #6-10** | | 12% | 12% |
| Clients #6-10 yoy growth | | | 59% |
| **Top 10 Clients** | 74% | 68% | 62% |
| Top 10 yoy growth | | 22% | 45% |
| **Clients #11-20** | 14% | 13% | 14% |
| Clients #11-20 yoy growth | | 73% | 71% |
| **Top 20 Clients** | 84% | 81% | 76% |
| Top 20 yoy growth | | 28% | 49% |
| **Non-Top 20 Clients** | 16% | 19% | 24% |
| Non-top 20 yoy growth | | 58% | 101% |

*Source: Company Reports and Baird Estimates*

**Property of Baird. Please contact Baird for permission to share.**

961

## Financial Review

- **Approach to guidance:** Management's approach to guidance is to set it in a place where they feel highly confident.

- **Revenue:** 2022 guidance is 30% revenue growth. Over the longer-term, they still expect 25% organic revenue growth (~15% from existing clients and ~10% from new clients). Existing client growth are clients that started at least two years ago (ex: existing client growth in 2022 would be for clients that started in 2020 or earlier and had a full year of being a client by 2021).
    - **Digital CX:** Will likely grow faster than Content Security in the near-term due to volume and new business signings (expansion and new clients).
    - **Content Security:** Growth likely a little slower due to lack of diversification of client base (Facebook is largest client). Growth in Content Security will likely be driven by TASK winning new clients.
    - **AI Operations:** Grew 110% yoy in 2021

- **Gross margin:** Should be pretty flat in 2022 (~43.2% in 2021); can offset wage inflation via pricing

- **Adjusted EBITDA margin:** 2022 guidance is 23% adjusted EBITDA margin (2021 was 24.7%), which is driven by reinvestment into the business, full year of public company costs, some return to office expense. Over the coming years, they believe they can achieve 25% margin (we model ~24% in 2023). The ramp to 25% will liley be driven by (1) offshore mix shift, (2) specialized service offerings, and (3) operating leverage as they grow.

- **Net leverage:** <1X net leverage at the end of Q4-21.

- **M&A:** Would look at using their balance sheet for the right M&A opportunity, which would likely be a tuck in for <10% of market cap (implying <$400 million). A deal would be targeted to be accretive to growth, margins, culture, services, and geo footprint.

- **FCF:** FCF should be ~35-45% of EBITDA in 2022 (we currently model ~55%) and 2023 FCF to be 40-50% of adjusted EBITDA (we currently model ~52%). 2022 is expected to have some extra capex costs.

- **COVID adjustments:** Stopped adjusted for COVID expenses in Q3-21; will not adjust these going forward.

- **Stock comp:** Likely ~$19 million/quarter in H1-22; should come down a bit over time.

| TaskUs Quarterly Trends | | | | | |
|---|---|---|---|---|---|
| | Q4-20 | Q1-21 | Q2-21 | Q3-21 | Q4-21 |
| **Revenue ($ millions)** | | | | | |
| **Digital CX** | 87.6 | 99.7 | 113.6 | 125.3 | 148.1 |
| *% of total* | 63% | 65% | 63% | 62% | 65% |
| *Growth yoy %* | | 53% | 59% | 64% | 69% |
| **Content Security** | 36.3 | 36.1 | 43.0 | 45.4 | 44.6 |
| *% of total* | 26% | 24% | 24% | 23% | 20% |
| *Growth yoy %* | | 36% | 38% | 34% | 23% |
| **AI Operations** | 14.9 | 17.0 | 23.5 | 30.4 | 34.1 |
| *% of total* | 11% | 11% | 13% | 15% | 15% |
| *Growth yoy %* | | 60% | 96% | 145% | 128% |
| **Total ($ millions)** | 138.8 | 152.9 | 180.0 | 201.1 | 226.8 |
| *Growth yoy %* | 38% | 49% | 57% | 64% | 63% |
| **Adjusted EBITDA** | 32.9 | 39.5 | 44.1 | 48.1 | 56.2 |
| *Margin %* | 23.7% | 25.9% | 24.5% | 23.9% | 24.8% |
| *Growth yoy %* | 60% | 126% | 67% | 60% | 70% |
| **Adjusted EPS** | | 0.27 | 0.32 | 0.30 | 0.34 |
| **FCF/Share** | | 0.29 | -0.08 | -1.14 | 0.09 |

*Source: Company Reports and Baird Estimates*

**Property of Baird. Please contact Baird for permission to share.**

962

## Digital Customer Experience "Digital CX" (~64% of 2021 revenue)

- **Type of work:** 92% of Digital CX revenue is from digital channels (93% in 2020); commoditized voice work is a very small piece of their business.
- **Technology:** TASK has their own AI that configures suggested responses (similar to LivePerson). TASK does not directly monetize their internally-developed tools, but will use them to create better experiences and drive efficiency.
- **Healthtech:** Sees this vertical as a huge growth opportunity in the future
- **Move to offshore:** Clients generally realize ~60% cost savings when they move overseas. TASK typically sees a nice margin improvement, which is offset by lower revenue.
- **Competition:** Main competitors are ACN, CNXC, WNS, EXLS, TTEC, Teleperformance, TIXT, TDCX

## Content Security (~22% of 2021 revenue)

- **Type of work:** Will help taking things off the internet/apps that shouldn't be there (ex: inappropriate images/ language); a lot of this gets captured by an automated system, but there is still a need for human intervention (ex: reviewing bullying, political context, slang language, news topics, etc.)
    - **Social media:** A lot of social media content is tagged if there is COVID information (link to CDC website); some of this is easily captured by the AI, but a lot is not. TASK will review the third-party websites and ensure that the political ad is okay to be on social media.
    - **Crypto clients:** Will make sure that NFTs are appropriate.
- **Largest user generated content sites:** Facebook (current client), YouTube, and TikTok are the three largest.
- **Health and wellness:** Content Security can be a challenging business if not done right (can have high turnover from employee health/wellness). TASK has employee wellness programs, PHDs, therapist sessions, screenings for mental illness, and more resources to help with their culture.
- **Geographies:** More weighted towards the Philippines and India moving forward (Facebook/Meta is moving some resources offshore during 2022).

## AI Operations (~14% of 2021 revenue)

- **Type of work:** This is primarily data annotation; TASK works with a number of autonomous vehicle companies (does work to train the AI system).
    - **Example:** Working with a client on tagging images if you recall someone's face (ex: Dave sees a photo of Robby/Patrick and the system asks Dave, "is this Robby/Patrick?")
- **People:** Needs people to tag things for the AI to continuously learn.

Property of Baird. Please contact Baird for permission to share.

**March 29, 2022**  |  **TaskUs, Inc.**

## Investment Perspective

**We view TaskUs as a strong franchise, and our Outperform rating reflects strong and ongoing growth momentum from a very attractive client base.** We like the company's 25%+ organic growth profile over the next few years, 99%+ of revenue coming from recurring revenue contracts, >115% net revenue retention and continued mix shift toward digital and higher-margin services.

**We view the following as key positive themes:**

- **Strong client base and revenue retention.** TaskUs has over 100 clients across several verticals within the digital economy. In 2021 they had a net revenue retention rate of 141%.

- **Fast-growth market opportunity.** TaskUs competes in several fast growth areas of the digital outsourcing market. The company estimates the Digital Customer Experience market is growing at a 20-25% CAGR, Content Security market is growing at a 40-50% CAGR, and AI Operations market is growing at a 20% CAGR.

- **Successful founder-led management team.** Bryce Maddock (CEO) and Jaspar Weir (President) co-founded TaskUs in 2008 with an initial concept to provide virtual assistants working from the Philippines (first office was a small place above a mechanic shop). Since then, the company has grown to >40,100 employees serving >100 clients across many fast-growth verticals.

- **Strong margin profile.** Given the company's digital focus, we expect adjusted EBITDA margins to be ~24% by 2023E. The continued mix shift towards digital and higher-margin services will also benefit margins over time.

- **Clean balance sheet.** As of the end of Q4-21, the company had net leverage of ~0.9X. We expect the company to maintain a clean balance sheet and low leverage profile over time.

**We view the following as biggest risks:**

- **Client concentration.** Client concentration remains reasonably high with the top 10 clients representing ~62% of revenue (for full year 2021). However, concentration has come down from 74% of 2019 revenue from the top 10 clients. The company's largest client (Facebook) represents ~27% of revenue (for full year 2021) and the second-largest client (DoorDash) represents ~11% of revenue (for full year 2021).

- **Pricing pressure and labor inflation.** The company participates in a highly competitive industry from both a direct competitor standpoint and an end-market perspective. As such, pricing pressures and labor inflation are always areas of concern.

- **Scrutiny around Content Moderation.** While they have developed and enforce their Content Security policies, this work is subject to press and/or regulatory scrutiny in addition to the well-being of employees doing this work.

- **Economic sensitivity.** While a majority of their customer care volume is digital (95% as of 2021), economic weakness can translate into lower call volumes and customer interactions. In addition, economic impacts, such as COVID, can also impact certain client volume (ex: certain verticals) and labor capacity.

**Property of Baird. Please contact Baird for permission to share.**

964

**March 29, 2022  |  TaskUs, Inc.**

Here's our EPS attribution chart below:

| TaskUs Revenue/EPS Growth Attribution | | | | | | |
|---|---|---|---|---|---|---|
| | **2018** | **2019** | **2020** | **2021** | **2022E** | **2023E** |
| **Total Revenue Growth** | **117%** | **41%** | **33%** | **59%** | **31%** | **25%** |
| Margin Impact | 105% | -12% | 17% | 24% | -11% | 6% |
| **Adjusted EBIT Growth** | **222%** | **30%** | **50%** | **83%** | **20%** | **31%** |
| Leverage Impact | | | | 8% | 1% | 1% |
| Interest Expense | | | | 1% | 0% | 0% |
| Other | | | | 0% | 0% | 0% |
| Tax Rate | | | | -6% | 0% | -4% |
| Shares | | | | -19% | -9% | -1% |
| **EPS Growth** | | | | **67%** | **12%** | **27%** |

Source: Company Filings and Baird Estimates

**We view year-out risk/reward to be $25-70, based on the following:**

- **Good case $70 –** This reflects ~35X a good-case 2023E EPS of $2.00. For perspective, functional comps TIXT/ TEP/TTEC all trade ~18-26X C2022E EPS while growth comps GLOB/DAVA trade ~50-55X C2022E EPS. This also reflects ~24X a good-case EBITDA of $325 million (functional comps currently trade ~13X C2022E EBITDA; growth comps currently trade ~28X C2022E EBITDA).

- **Bad case $25 –** This reflects ~17X a bad-case 2023E EPS of $1.50. For perspective, functional comps TIXT/ TEP/TTEC trade ~18-26X C2022E EPS. This also reflects ~13X a bad-case EBITDA of $225 million (functional comps currently trade ~13X C2022E EBITDA; growth comps currently trade ~28X C2022E EBITDA).

**Our new $50 price target** reflects ~28X our 2023E EPS of $1.80. For perspective, the functional comps (TIXT/TEP/ TTEC) all currently trade ~18-26X C2022E EPS while the growth comps (GLOB/DAVA) all trade ~50-55X C2022E EPS. In a year, we think TASK could trade in between these two groups.

- **EV/EBITDA:** Our price target also reflects ~17X our 2023E EBITDA. The functional comp (TIXT/TEP/TTEC) currently averages ~13X C2022E EBITDA, and we think a year from now TASK could trade above the functional comps given the growth profile. The growth comp group (TWKS/GLOB/DAVA) currently average ~28X C2022E EBITDA.

**Property of Baird. Please contact Baird for permission to share.**

965

# Investment Thesis

**Strong client base and revenue retention.** TaskUs has over 100 clients across several verticals within the digital economy. In 2020, >99% of revenues came from recurring revenue contracts, and they had a net revenue retention rate of 117%.

**Fast-growth market opportunity.** TaskUs competes in several fast-growth areas of the digital outsourcing market. The company estimates the Digital Customer Experience market is growing at a 20-25% CAGR, Content Security market is growing at a 40-50% CAGR, and AI Operations market is growing at a 20% CAGR.

**Successful founder-led management team.** Bryce Maddock (CEO) and Jaspar Weir (President) co-founded TaskUs in 2008 with an initial concept to provide virtual assistants working from the Philippines (first office was a small place above a mechanic shop). Since then, the company has grown to >35,600 employees serving >100 clients across many fast-growth verticals.

**Strong margin profile.** Given the company's digital focus, we expect adjusted EBITDA margins to be ~23% by 2023E. The continued mix shift towards digital and higher-margin services will also benefit margins over time.

**Clean balance sheet.** As of the end of Q4-21, the company had net leverage of ~0.9X. We expect the company to maintain a clean balance sheet and low leverage profile over time.

# ESG Considerations

**Environmental:** TaskUs prioritizes environmental sustainability with projects such as a paperless initiative, solar home kit distribution in the Philippines, coral planting and beach clean ups.

**Social:** TaskUs diversity strategy originates in education and action by hiring from marginalized and disadvantages groups, making contributions to their local communities, sparking Diversity & Inclusion dialogues and creating employee resource groups. The company was recognized in 2019 by Investors in People, winning the Social Responsibility Award.

**Governance:** TaskUs believes that their board of directors provides a wide range of skills and experiences to effectively satisfy its oversight responsibilities. In accordance with their emphasis on sustainability and diversity, the board also has an ESG committee to oversee environmental and social matter strategy.

Property of Baird. Please contact Baird for permission to share.

# Risks & Caveats

**Client concentration.** Client concentration remains reasonably high with the top 10 clients representing ~60% of revenue (as of 2021). However, concentration has come down from 74% of 2019 revenue from the top 10 clients. The company's largest client (Facebook) represents ~27% of revenue and the second largest client (DoorDash) represents ~11% of revenue.

**Pricing pressure and labor inflation.** The company participates in a highly competitive industry from both a direct competitor standpoint and an end-market perspective. As such, pricing pressures and labor inflation are always areas of concern.

**Scrutiny around Content Moderation.** TaskUs reviews and disposes user/advertiser content to remove or label policy violating, offensive, or misleading content. While they have developed and enforce their Content Security policies, this work is subject to press and/or regulatory scrutiny in addition to the well-being of employees doing this work.

**Economic sensitivity.** While a majority of their customer care volume is digital (96% as of 2020), economic weakness can translate into lower call volumes and customer interactions. In addition, economic impacts, such as COVID, can also impact certain client volume (ex: certain verticals) and labor capacity.

**Changes in technology preferences.** Client expectations around digital offerings and technology solutions may change over time, thus requiring TaskUs to further invest in expanding their offerings. In addition, competitors may invest into digital offerings to offer services/technologies that are more attractive to customers.

**Potential legislative risks.** The company could be subject to potential new labor laws that may differ across different geographies. In addition, TaskUs is subject to privacy and data security regulations relating to how they handle sensitive and confidential information.

# Company Description

TaskUs provides digital outsourcing services and provides three main service offerings, including Digital Customer Experience (~62% of revenue), Content Security (~22% of revenue), and AI Operations (~14% of revenue). With ~40,100 employees, the company provides services in 18 delivery centers across 8 countries.

**Property of Baird. Please contact Baird for permission to share.**

967

**March 29, 2022**  |  **TaskUs, Inc.**

# Appendix - Important Disclosures and Analyst Certification

Approved on 29 March 2022 19:40EDT/ Published on 29 March 2022 19:45EDT.



2 Robert W. Baird & Co. Incorporated and/or its affiliates managed or co-managed a public offering of securities of TaskUs, Inc. in the past 12 months.

3 Robert W. Baird & Co. Incorporated and/or its affiliates have received investment banking compensation from TaskUs, Inc. in the past 12 months.

1 Robert W. Baird & Co. Incorporated makes a market in the securities of TASK.

Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Please contact a Baird representative for more information.

**Investment Ratings: Outperform (O)** - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. **Neutral (N)** - Expected to perform in line with the broader U.S. equity market over the next 12 months. **Underperform (U)** - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.

**Risk Ratings: L - Lower Risk** – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings.
**A - Average Risk** – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. **H - Higher Risk** – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. **S - Speculative Risk** – High growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.

**Valuation, Ratings and Risks.** The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.

**Distribution of Investment Ratings.** As of February 28, 2022, Baird U.S. Equity Research covered 749 companies, with 65% rated Outperform/Buy, 34% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 20% of Outperform/Buy-rated, 8% of Neutral/Hold-rated and 14% Underperform/Sell-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.

**Analyst Compensation.** Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; (4) compliance with all of Baird's internal policies and procedures; and (5) other considerations, such as Baird's assessment of the prevailing market rates for talent in the sector the research

**Baird**                                                                                                          10

**Property of Baird. Please contact Baird for permission to share.**

analyst covers, but excluding the analyst's contributions to Baird's investment banking services activities. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research Oversight Committee. Analyst compensation is derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/third-party-research-disclosures.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

**Analyst Certification**

The research analyst primarily responsible for the preparation of this research report certifies that the views expressed in this research report and/or financial model accurately reflect such research analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

**Disclaimers**

**Baird prohibits analysts from owning stock in companies they cover.**

This is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed here reflect our judgment at this date and are subject to change. The information has been obtained from sources we consider to be reliable, but we cannot guarantee the accuracy.

**ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST**

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

**Other Disclosures**

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In our standard company-specific research reports, the subject company may be designated as a "Fresh Pick", representing that the research analyst believes the company to be a high-conviction investment idea based on a subjective review of one or more fundamental or quantitative factors until an expiration date specified by the analyst but not to exceed nine months. The Fresh Pick designation and specified expiration date will be displayed in standard company-specific research reports on the company until the occurrence of the expiration date or such time as the analyst removes the Fresh Pick designation from the company in a subsequent, standard company-specific research report. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird disseminates its research reports to all clients simultaneously by posting such reports to Baird's password-protected client portal, https://bol.rwbaird.com/Login("BairdOnline"). All clients may access BairdOnline and at any time. All clients are advised to check BairdOnline for Baird's most recent research reports. After research reports are posted to BairdOnline, such reports may be emailed to clients, based on, among other things, client interest, coverage, stock ownership and indicated email preferences, and electronically distributed to certain third-party research aggregators, who may make such reports available to entitled clients on password-protected, third-party websites. Not all research reports posted to BairdOnline will be emailed to clients or electronically distributed to such research aggregators. To request access to Baird Online, please visit https://bol.rwbaird.com/Login/RequestInstLogin or contact your Baird representative.

**Dividend Yield.** As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

**United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.**

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like

**Baird**                                                                                                                11

**Property of Baird. Please contact Baird for permission to share.**

**March 29, 2022   |   TaskUs, Inc.**

further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to, and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK. For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

**Copyright 2022 Robert W. Baird & Co. Incorporated**

This information is prepared for the use of Baird clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Baird. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this information (including any investment ratings, estimates or price targets) without first obtaining expressed permission from an authorized officer of Baird.

Ask the analyst a question                    Click here to unsubscribe

**Property of Baird. Please contact Baird for permission to share.**

970