**EXHIBIT 1**

This Exhibit corrects the Appendices & Document Index ("Index") attached to Plaintiffs' September 25, 2024 Letter Motion to Compel (ECF 135).

**Plaintiff's Appendix 1**

Plaintiffs' Index states that Appendix 1B includes 1,160 entries from the TaskUs privilege log that list the pwc.com domain name. However, Defendants produced 88 of these documents between September 20 and the filing of Plaintiffs' letter motion on September 25.

**Plaintiff's Appendix 2**

Plaintiffs' Index states that Appendix 2 includes 45 entries from the TaskUs privilege log that list the blueshirtgroup.com domain name. However, Defendants produced 19 of these documents between September 10 and the filing of Plaintiffs' letter motion on September 25.

**Plaintiff's Appendix 3**

Plaintiffs' Index states that Appendix 3A and 3B include 134 and 133 entries from the BCP privilege log and TaskUs privilege log, respectively, that include 11 "'Underwriter Syndicate' participants." However, Defendants produced one of the 134 documents from the BCP privilege log and 44 of the 133 documents from the TaskUs privilege log between September 10 and the filing of Plaintiffs' letter motion on September 25. As a result of Defendants' September 10 production, only two "'Underwriter Syndicate' participants," remain on the logs. Those are lead underwriters Goldman Sachs and J.P. Morgan.

**Plaintiffs' Appendix 4**

Plaintiffs' Index states that Appendix 4A and 4B include 36 and 81 entries from the BCP privilege log and TaskUs privilege log, respectively, that include 13 "external third parties." As an initial matter, the Appendices themselves do not include 9 of the 13 "external third parties" referenced in the Index as the documents including those "external third parties" were produced on September 22. Moreover, Defendants produced 2 of the 36 documents from the BCP privilege log and 78 of the 81 documents from the TaskUs privilege log between September 20 and the filing of Plaintiffs' letter motion on September 25. As a result of Defendants' September 20 and September 22 productions, only one of the "external third parties" remains. That is Defendant Reses' administrative assistant.

**Plaintiffs' Appendix 5**

Plaintiffs' Index states that Appendix 5A and 5B include 218 and 185 entries from the BCP privilege log and TaskUs privilege log, respectively, that purport to include 37 email addresses corresponding with "Unknown Participants." As an initial matter, 4 of the 37 email addresses are truncated versions of three other email addresses that appear on the log. Moreover, Defendants produced 3 of the 218 documents from the BCP privilege log and 45 of the 185 documents from the TaskUs privilege log between September 20 and the filing of Plaintiffs' letter motion on September 25. As a result of Defendants' productions, only 20 of the email addresses corresponding with what Plaintiffs refer to as "Unknown Participants" remain on the logs.