**BFA**
BLEICHMAR
FONTI & AULD LLP

**VIA ECF**                                                          October 15, 2024

The Honorable Gary Stein
United States District Court
500 Pearl Street, Room 702
New York, New York  10007

Re:      *Lozada v. TaskUs, Inc.*, Case No. 1:22-cv-01479 (S.D.N.Y.)

Dear Judge Stein:

Pursuant to Section II.C.2 of the Court's Individual Practices, Plaintiffs seek the Court's permission to file a short status update on the discovery disputes addressed in Plaintiffs' September 30 letter (ECF 138) and Defendants' October 2 response (ECF 140).  These issues remain outstanding and affect upcoming depositions starting next week.

For example, Defendants have failed to produce documents concerning TaskUs's factual review and response to the Spruce Report, which is particularly relevant to the depositions of Defendants Sekar, Weir, and Maddock (scheduled for October 23, 25, and 29).  While Defendants stated on October 2 that they "are looking into it" (ECF 140 at 3), they have produced nothing. Meanwhile, Defendants noticed Spruce Point's deposition for October 31.

Defendants have also failed to produce a complete set of ELT materials and refuse to search the individual Google Drive of Gretchen Barker, the ELT recordkeeper, whose deposition is noticed for October 28.

The parties also have disputes as to the TaskUs and BCP Rule 30(b)(6) deposition notices. In addition, Defendants have yet to provide dates for six of the ten depositions to which Plaintiffs are entitled as of right (Defendants TaskUs, BCP, Dixit, Mehta, and Kumar, and Gretchen Barker).[1]

In a further attempt to resolve these time-sensitive issues without Court intervention, Plaintiffs conferred telephonically with Defendants on October 14 and 15 (after seeking to confer since October 5), but the meet and confer was unsuccessful.

As the Court is aware, the fact discovery deadline is November 8th, which is approaching quickly.  Plaintiffs thus continue to believe that a status conference with the Court would be useful to resolve these issues, ensure timely completion of fact discovery, and avoid the prejudice of deposing witnesses on an incomplete factual record or recalling witnesses for a second deposition.

Plaintiffs thank the Court for its attention to these matters.

Respectfully submitted,

*/s/ Joseph A. Fonti*
Joseph A. Fonti

cc:  All counsel of record (via ECF)

---

[1] On October 4, Defendants offered a single date (October 16) for Defendant Kumar, but Plaintiffs' counsel advised on October 5 that the date did not work.  Defendants have not provided any alternative date.

300 Park Avenue, Suite 1301, New York, New York 10022  |  T. 212-789-1340  F. 212-205-3960  |  www.bfalaw.com