UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
: 
HUMBERTO LOZADA, et al.,                    :    22 Civ. 1479 (JPC) (GS)
:
                       Plaintiffs,    :    <u>ORDER</u>
:
       - against -                             :
:
TASKUS, INC, et al.,                                :
:
                     Defendants.  :
:
------------------------------------------------------------------------------- X

**GARY STEIN, United States Magistrate Judge:**

      Given the breadth of discovery issues raised by Plaintiffs and pending before the undersigned (*see* Dkt. Nos. 135, 138, 142, 145), the Court, *sua sponte*, extends the fact discovery deadline in this action to **February 10, 2024**.  The parties are directed to jointly submit an amended Proposed Case Management Plan and Scheduling Order by no later than **November 12, 2024**.  The parties' submission shall include the February 10, 2024 fact discovery deadline, as well as any proposed extensions to other outstanding deadlines.  The parties are directed to use Judge Cronan's form order.

      **SO ORDERED.**

DATED:    New York, New York
               October 30, 2024

                                                                                _____
                                                                              The Honorable Gary Stein
                                                                                 United States Magistrate Judge