**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HUMBERTO LOZADA and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TASKUS, INC., BRYCE MADDOCK, JASPAR WEIR, BALAJI SEKAR, AMIT DIXIT, MUKESH MEHTA, SUSIR KUMAR, JACQUELINE D. RESES, and BCP FC AGGREGATOR L.P.,<br><br>Defendants. | Case No. 1:22-cv-01479 JPC-GS<br><br><u>CLASS ACTION</u><br><br>Judge John P. Cronan |

**<u>SUPPLEMENTAL DECLARATION OF JONATHAN K. YOUNGWOOD</u>**

I, Jonathan K. Youngwood, make this declaration pursuant to 28 U.S.C. § 1746, and state as follows:

1. I am a Partner at the law firm Simpson Thacher & Bartlett LLP, counsel to TaskUs, Inc. ("TaskUs" or the "Company"), BCP FC Aggregator L.P, Bryce Maddock, Jaspar Weir, Balaji Sekar, Amit Dixit, Mukesh Mehta, Susir Kumar, and Jacqueline D. Reses (collectively, the "Defendants") in the above-captioned action. I am a member of the bar of the State of New York and the United States District Court for the Southern District of New York. I respectfully submit this Declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2. Attached as **Exhibit 1** is an excerpt of a true and correct copy of the transcript of the Deposition of Ben Axler, dated November 6, 2024.

3. Attached as **Exhibit 2** is a true and correct copy of the report titled "Moderating the Bull Case Content", by Spruce Point Capital Management, LLC, dated January 20, 2022. A

copy can also be located at: https://www.sprucepointcap.com/taskus-inc/, and was last accessed on December 3, 2024.

4.    Attached as **Exhibit 3** is an excerpt of a true and accurate copy of a corrected transcript of Spruce Point's January 13, 2022 interview with Robert Hayes (the "Hayes Interview").  The corrected transcript, which was prepared by Veritext Legal Solutions on December 5, 2024, at the request of Defendants' counsel, is of an audio recording of the Hayes Interview, produced as an MP3 Audio File (VLC) by Spruce Point pursuant to a subpoena dated September 30, 2024, and bates stamped SPRUCE0004000.  The corrected transcript has been certified by Veritext to be a true and accurate transcription of the audio recording.[1]

5.    Attached as **Exhibit 4** is an excerpt of a true and correct copy of a transcript of the Hayes Interview, bates stamped SPRUCE0002382, that was produced by Spruce Point pursuant to a subpoena dated September 30, 2024.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 6th day of December, 2024 at New York, New York.

*/s/ Jonathan K. Youngwood*
Jonathan K. Youngwood

---

[1]    The excerpt of the corrected transcript reflects the correction of the following transcription errors that were made in the version of the Veritext transcript attached as Exhibit 3 to the Declaration of Jonathan K. Youngwood submitted to the Court as an attachment to Defendants' December 3, 2024 Letter:  (i) Tr. 3:13-14 ("from time to time we short stocks" was corrected to read "from time to time, you know, we short stocks"); Tr. 45:8-9 ("it could make the board discussions" was corrected to read, "it could – it could make the board discussions"; Tr. 45:16-17 ("I guess what they'll just be doing now is" was corrected to read, "I guess what they'll – what they'll just be doing now is"); Tr. 48:8-9 ("but it's almost collusion with the level of deception" was corrected to read, "but it's almost collusion with the level – with the level of deception"); Tr. 49:1-2 ("It's in the 90 days, right?" was corrected to read, "It's in the f- -- 90 days, right?"); Tr. 50:10 ("I think that the likelihood that" was corrected to read, "I think that the – the likelihood that"); Tr. 50:25 ("He's a good person" was corrected to read, "He's – he's a good person"); Tr. 51:3-4 ("I don't have much" was corrected to read "I don't have – I don't have much").