# Exhibit 3

Page 1

**Lozada, Humberto, et al. v. TaskUs, Inc., et al.**

**January 13, 2022**

Page 2

BEN AXLER:  Hello?  Yes, hello?

ROBERT HAYES:  Can you hear me okay?

BEN AXLER:  Yes.

ROBERT HAYES:  Hi.

BEN AXLER:  Hi there.  I'm sorry, is this Rob?  Robert?

ROBERT HAYES:  Yeah, this is -- yeah, Robert Hayes.  I -- joining for the discussion on TaskUs.

BEN AXLER:  Yes, great.  Thank you. You have Ben and Dan on the line here.  We appreciate you taking time out of your busy schedule today.

ROBERT HAYES:  Yeah, no problem.

BEN AXLER:  Where are you -- where are you joining us from?

ROBERT HAYES:  I'm currently located in Victoria, British Columbia, Canada.

BEN AXLER:  Okay.

ROBERT HAYES:  Yeah, on the West Coast. I don't know how familiar you guys are with Canada, but that's where I'm at.

BEN AXLER:  Cool.  Well, we're in the north here -- Northeast here in the New York area.  Probably a lot colder there than it is

Page 3

here.  Well, look, I want to give you a little background about us and what we're looking to get out of the call.

We're an investment firm in New York. We make both long investments and short investments in public companies.  We try to find companies we think are attractive with good growth prospects, good management teams, and reasonable valuations for stocks we like to buy.

And then from time to time, you know, if we find a company with problems or overvaluation or some flaw or challenge in the business, from time to time, you know, we short stocks as well.  We're interested in learning a little bit more about TaskUs today, which recently came public here in the U.S. last year.

And just obviously as a reminder, you know, because TaskUs is public, we don't want to receive any material, non-public information or any information that breaches any duties that you have to the company.  So as long as that's a good framework and you agree, we can get started.

ROBERT HAYES:  Yeah, no, I absolutely agree.  It's what we're here to discuss.  So, nice to meet you, Ben and Dan, and let's dive in

Page 45

say, here's how much in-year revenue and here's how much, you know, next year revenue we can expect from a client like this, right?

So, you know, sometimes what would happen is in like Q4s, it would be very difficult to kind of show those numbers because, you know, you say -- you sign a hundred million dollar annual contract, you know, in Q4.  I mean, it could -- it could make the board discussions or -- you know, hard to grasp.  I mean -- but I mean, I don't know.  I mean, I don't know.  It's an interesting change --

BEN AXLER:  Okay.

ROBERT HAYES:  -- for sure.

BEN AXLER:  Okay.

ROBERT HAYES:  Because I guess what they'll -- what they'll just be doing now is right, just forecasting wins as opposed to showing the true projected value of the contract, I guess, right?

BEN AXLER:  Yeah.  One other metric. So, I understand, you know, for a long time, TaskUs had easy recruiting people and they would get a lot of referrals from existing employees, but they made a claim in their prospectus that

Page 46

their turnover is 15 percent for people that have been there for over 180 days, which seems like a qualifier rather than just citing what the annual attrition is.

And my understanding is that industry attrition is around 30 percent.  Do you agree or disagree that, you know, their attrition is lower than industry, and do you think there's been any -- and also, I guess, has there been any changes in that?  I mean, did you see any increases in their attrition maybe in the later part of when you were there?

ROBERT HAYES:  Attrition is, first off, a tricky business in BPO.  And I'll just, I'll start by saying that I certainly do not trust the industry number of 30 to 35 percent that you quoted.  I think that that's bullshit.

And so, you know, I'll just start off by saying that whenever I talk to people about their attrition, it is just classic that they understate it.  And they understate it in many, many ways and this is not TaskUs.  This is every company I've ever worked for in the BPO sphere.

What they did was they would not include 180 days.  They would not include what

Page 47

they considered to be voluntary resignations, right?  They would not include internal -- like they would remove internal promotions for that number.

You know, they would -- you know, if they were on leave, they wouldn't include them, right?  Like, I -- it's just -- there's just a lot of different ways to manipulate it and I think because it is so impactful to BPO businesses' bottom line --

BEN AXLER:  Yeah.

ROBERT HAYES:  -- they're just kind of pushed in the direction to lie.  And so, you know, number one, I would just say, I think that the attrition is significantly worse.  I ran some consulting studies on my competitors when I was at TaskUs, because I just really wanted to get a better grasp.

And the way I did it was I hired people who worked at companies in the finance and workforce departments, because they would be the ones who would be responsible for forecasting and capacity delivery to the clients to try and get a better understanding of, like, industry trends.

And the results I got back were

Page 48

absolutely shocking, so, you know, case in point, you know, Teleperformance.  I got back some of their U.S. numbers.  They were 125 to 150 percent annualized attrition rates.  And so, you know, I would just say that, number one, don't believe what people say about the industry, because I think there's just -- like, it's almost like -- it's not collusion, but it's almost collusion with the level -- with the level of deception in that field.

BEN AXLER:  Right.

ROBERT HAYES:  And I think it forces people to all kind of jump in on that, right? So, I think it forces TaskUs to jump in on that as well, because you can't go out and say, here's the truth, right?  Because then you look really bad.

BEN AXLER:  Right.

ROBERT HAYES:  And so, I think what it sounds like they did was, I was always a big believer in, include it all, explain why it's that way, and go for it.  But after they became a public company, then they decide to start looking at only 180 day and greater.  Well, guess where the most of the attrition in all of these

Page 49

businesses comes from?  It's in the f- -- 90

days, right?

BEN AXLER:  Right.

ROBERT HAYES:  And so, you know, it

seems like that's the direction that they're

heading in.  And so that would be worrisome, but

it's not worrisome from a competitive standpoint,

because I think that that's -- it's pretty much

standard across the business, so.

BEN AXLER:  Okay.  But I guess bottom

line, do you think that they're any better or

worse than -- I -- you know, I hear what you're

saying.  But if you had to hazard a guess, is

their attrition any better or worse than the next

guy?

ROBERT HAYES:  I think they're better.

BEN AXLER:  Little better?

ROBERT HAYES:  And I think they'll stay

better for another year or two and then, you

know, then the question will really come down is

what is the new leadership doing that's

differentiated that will keep it better?

BEN AXLER:  Right.

ROBERT HAYES:  I think right now

they're in a good position, because a lot of the

Page 50

leaders that went through the transaction have RSUs, and I think they're going to stick, you know, for a bit. So, I think it was a three- to four-year RSU for some of the leaders. And so, I think as long as some of those key leaders stay in place, that their attrition will continue to be better than market.

BEN AXLER: Right.

ROBERT HAYES: But as time progresses, I think that the -- the likelihood that it reverts to industry standards is there.

BEN AXLER: Right. Okay. I want to be respectful of your time. I know we have a few more minutes here. Any opinion on the CFO and Mr. Sekar is his name, and his accounting officer, Mr. Amaya?

Obviously, like, when we invest in companies, we want to get -- you know, make certain that, you know, the people running the numbers are -- you know, we generally like conservative people, ethical people. Any concerns about the CFO, the accounting function, the reporting at the company?

ROBERT HAYES: Tremendous respect for Balaji. He's a -- he's a good person.

Page 51

Ethically, I don't think there would be any issue there.  He seems like a really good person.  He's not greedy or money motivated.  Yeah.  I don't have -- I don't have much concern there.

You know, on Steve Amaya, I was never a big fan, but I mean, he does work hard.  So you got to give him that.  And I just think that from a leadership perspective, you know, they need more redundancy there.  They need more support in that group.  So, but once again, this is years old information now, right?

BEN AXLER:  Yeah.

ROBERT HAYES:  Many years since I was there.

BEN AXLER:  Sure.

ROBERT HAYES:  And so, it's very (audio glitch) they've made some big hires in the meantime, but you know, if I was going to put my name down, I would trust Balaji, no problem.

BEN AXLER:  Okay.  And I guess, final thoughts.  I mean, is there any questions that we should have asked that we didn't ask?

ROBERT HAYES:  I think the important question to ask about TaskUs is what is the future value proposition for the company.  And