# Exhibit 4

Speaker 1 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=T0Zj1e4_mOrFEqvK6R1tBPN-TOzH02jR9nLTKI3bxTKxU5XtnqV_uHrvPpY_x8P9QdjQPHSl0XgPs1rbxbxHhbBK2j0&loadFrom=DocumentDeeplink&ts=0.21" ]):

Hello? Yes. Hello? Can you hear me okay? Yes. Hi. Hi there. Um, I'm sorry, this, uh, Rob Robert.

Speaker 2 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=zXPkUBM7Piww5QsWVNZYGEUOxC250622agYojPh8Ieul4GDEEYI-vcyMkYemO8VN3qIkIDQYSFB1yoHxhwUoV2V7uEM&loadFrom=DocumentDeeplink&ts=14.75" ]):

Yeah, this is yeah. Robert Hayes. I, uh, joining for the, uh, discussion on, uh,

Speaker 1 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=W4Ha4Bu46zotBYsMrDuqDOEQaXIy36unCCP6hN2mgdpXolMEuGnxiHrIM60QD9jlkonvrUj_uZ0fmXMoPIgTt8dO0SU&loadFrom=DocumentDeeplink&ts=21.33" ]):

Yes. Great. Thank you. Um, you have Ben and Dan on the line here. Um, we appreciate you taking time outta your busy schedule today. Um, yeah, no problem. Where are you, where are you joining us from?

Speaker 2 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=HiRyxu3PJlknlGQTc8EJF6QLJypQgGIGBJjXBmMit9xvmuXWvC2yY9PedK2ljwz-KpDNpZBZtVORsDmF92sTJrxjLXg&loadFrom=DocumentDeeplink&ts=36.45" ]):

Uh, I'm currently located in, uh, Victoria, British Columbia, Canada. Okay. Uh, yeah, on the west coast. I don't know how familiar you guys are with Canada, but, uh, that's where I'm at.

Speaker 1 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=JRka8hCRgGafZI8hzUalSezFRApJQEWQSYsjYotZptcBCkpWonfpX4Jh-xsuJsv1mZKmHtIcQii48tF9UdI916u795k&loadFrom=DocumentDeeplink&ts=46.29" ]):

Cool. Well, we're, uh, we're in the Northeast, Northeast here in the New York area. Um, probably a lot colder there than it is here. <laugh> um, well, um, look, I wanna, uh, give you a little background about us and what we're, we're looking to get outta the call. Um, we're an investment firm in New York. We, um, make both long investments and short investments in public companies. Uh, we try to find companies we think are attractive with good growth prospects, good management teams and reasonable valuations for, for stocks we like to buy. And then <affirmative>, um, from time to time, you know, if we find a company with problems or overvaluation, or some flaw or challenge in the business, you know, from time to time, we short, um, stocks as well. Um, we're interested in learning a little bit more about TaskUs today, um, which recently came public here in the us last year. Um, and just obviously as a reminder, you know, because tasks is public, um, we don't wanna receive any material non-public information or any information that breaches any duties that you have to the company. Um, so as long as that's a good, um, framework, um, and you agree we can get started.

Speaker 2 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=WlyuAEuCfrHBBo8zT-uTXWojYEzjrVKr2-w55_7UTFBMRqumkiG4A-aSJ2iXtmjzhjToztuWwZv3N7ClNDb8rYPe73M&loadFrom=DocumentDeeplink&ts=124.37" ]):

Highly Confidential                                                                 SPRUCE0002383

This transcript was exported on Jan 13, 2022 - view latest version [ HYPERLINK "https://www.rev.com/transcri

Speaker 2 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=GvTq0Idy9-9FWKSOD1T1wgCgQ_PRP_GSSXHAA7tpBAuOCS5jN5ml2OcJ0KrQyjLUHBRARYYsm4PLSDBnKFOWDHllHlc&loadFrom=DocumentDeeplink&ts=2309.75" ]):

Okay. Um, you know, from an investment standpoint, like I constantly am shocked at how people underestimate people. Right. I mean the, the for a long time people have been saying like, oh yeah, we're gonna automate everything away. And people are no longer gonna be required. Um, and I think it's possible. We get to that point at some point, like when we see true AI, but my under my belief is that we're nowhere near that. And we're gonna need a lot more people in order to make good clean data in order to empower some of these technologies. And I think what we're seeing is labor becoming more and more valuable. Um, and I think we're gonna continue to see that. So I think, I don't know if task gas is gonna be the company to do it. Um, but as far as just market size, um, I'm a big believer that there's a, there's a lot of opportunity in, in this market.

Speaker 1 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=V2PGEXeWCa-wUKxMb7iaASTRuAVjvBqEdk5yeK4qEWYf0blqoqMpn-XxtQUC6gAs3_gHLr-gKvjcF2qKnf2hd9huu1A&loadFrom=DocumentDeeplink&ts=2362.17" ]):

Okay. Um, I thought I heard a CEO made a quote basically saying that well, and, and part of my not concern, but the company doesn't disclose its margin by segments. So they report digital customer experience, content security, AI operations. And I think this CFO made a quote saying that, you know, basically all these segments have similar cost to deliver. Um, do you agree or disagree with that?

Speaker 2 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=Qh8nom5naBFvwNA3YSAeij5L0Vg8L7WT7BeKReYLxeu0wQhuvQtKCB1VchalrL_SSSehRdnlZUDcGZ0eXZb4upKtxLk&loadFrom=DocumentDeeplink&ts=2396.58" ]):

Um, I agree. Um, I agree with that, but I would argue that the, if I was gonna wanna see margin as an investor, I would want to see margin by clients and by geography. Okay. Um, I, I wouldn't care about the, the cost side of the segment. Um, and, uh, I, I think I get a lot more insight from geography and, uh, um, and from client. And so I, the reason I say that is because some clients are not price sensitive, they are more value sensitive and they offer much higher margins, um, across the board. Right. Um, and then where you, where you do see a lot of margin differentiation, and this is an industry thing, not just the TaskUs thing is a lot of companies make all their margin overseas and then they actually lose money, um, in like the us or other places. Right. So, um, you know, if, uh, that, that's what I would ask for. I don't think there's much commonality, um, you know, in vertical.

Speaker 1 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=sfmfvJ1Tx9lR1e1xmJlrvVM04HWiZVTLoyrh-u0xIJ2XsRjdNmNtBV-pIFPwW0OidLHZiv0eC5Dvo0v0xGHvBcxxcGs&loadFrom=DocumentDeeplink&ts=2453.81" ]):

Okay. Okay. Um, um, let me, sorry. Get back to my notes here. Sorry. Um, I mean, what are you, I guess, what are you seeing at the moment in terms of what age pressures, um, in the Philippines and India, if you have any, if you have any comments or thoughts on, because, um, the company tasks has said that they are expecting, you know, wage inflation in some of these regions, but maybe you could help kind of quantify what you, what you're seeing from your perspective in terms of wage pressure in the Philippines. And if you have a perspective on India, that'd be helpful.

Highly Confidential                                                                                      SPRUCE0002397

cited annual contract value. Um, ACV, is that a metric that you're familiar with? Yes. Um, but then they decided not to report it to investors claiming that it might be misinterpreted, um, and that they didn't want investors putting reliance on that number. Do you have an opinion about that?

Speaker 2 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=R0NnWX2_y_zFez62V3Gr2iT3kbYev85uCE9zn7_BJoUwN47hzyBKTsd4nj-RjPSid3bDfQ680ZgYIHWLUkPOmCWXfcs&loadFrom=DocumentDeeplink&ts=2844.5" ]):

Uh, a was the, um, the, our CCO that was kind of his, uh, his way of really talking about numbers. Yeah. I, I always, I, it was not something that I was used to, um, you know, so when he joined, uh, I kind of got introduced to ACV, um, because it was not something that I was used to, like, usually you would, you know, specifically say here's how much in your revenue here so much, you know, uh, next year revenue we can expect from a client like this. Right. So, you know, some, sometimes what would happen is in like Q4 S um, it would be very difficult to kind of show those numbers cuz you know, you say you sign a hundred million annual contract, um, you know, in Q4, I mean it could, it could make the board discussions or, uh, you know, hard to, to grasp. I mean, but I mean, I don't know. I mean, uh, I don't know. It it's, it's an interesting change. Okay. For sure. Okay. Cause I, I guess what they, what they'll just be doing now is right. Just forecasting wins as opposed to showing the true projected value of the contract, I guess. Right? Yeah. That's that's

Speaker 1 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=WE9G40hFZlVBGR28O1BpBETT_FStwzZ-mI0iTR1zkYE9nqz6_eryfvAql8z7ESMiKryY_tvZdOC4wejS0fuPRVwWBT0&loadFrom=DocumentDeeplink&ts=2916.43" ]):

Um, one other metric. Um, so I understand, you know, for a long time, TaskUs had easy recruiting people and they would get a lot of referrals from existing employee, but they made a claim in their prospectus that their turnover is 15% for people that have been there for over 180 days, which seems like a qualifier, um, rather than just citing what the annual attrition is. Um, and my understanding is that industry attritions are on third percent. Um, do you agree or disagree that, you know, their attrition is lower than industry and do you think there's been any and also, I guess, has, has there been any changes in that? I mean, did you see any increases in their attrition maybe in the later part of when you were there?

Speaker 2 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=8wVHEbB4MZbbzJFq4tzraHniUjErXHfjk44zZNkvQUQa0YI5By9-5AjLETTa1LTbNV4dCFyDJaMjpMKwaOqMK10fMo8&loadFrom=DocumentDeeplink&ts=2972.84" ]):

Um, attrition is first off, um, a tricky business in BPO. Um, and, and I'll just, I'll start by saying that I certainly do not trust the industry number of, of 30 to 35% that you quoted. Um, I think that that's. Um, and so, you know, I'll just start off by saying that whenever I talk to people about their attrition, it is just classic that they understate it <laugh> and they, they understate it in many, many ways, and this is not task as this is every company I I've ever worked for in the BPO sphere. Um, what they did was they would not include 180 days. They would not include what they consider to be fall voluntary resignations. Right. They would not include internal promo. Like they would remove internal promotions for that number. Um, you know, they would, you know, if they were on leave, they wouldn't include them.

Highly Confidential                                                                    SPRUCE0002400

This transcript was exported on Jan 13, 2022 - view latest version [ HYPERLINK "https://www.rev.com/transcri

Speaker 2 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=rXRo3oDHaMg9HFoMQKGk2inTiNL5Iie1Lk6TQnxPgbdda6KCJ3TpEBdwt7itB44Vmu92WarzU_G-Ea982GKyDupQPrg&loadFrom=DocumentDeeplink&ts=3024.48" ]):

Right. Like I, it's just, there's just a lot of different ways to manipulate it. And I think because it is so impactful, um, to BPO businesses, bottom line. Yeah. They're just kind of pushed in direction to lie. Um, and so, you know, number one, I would just say, uh, I think that, um, the attrition is significantly worse. Um, I ran some consulting studies, um, on my competitors when I was at Pacos. Cause I just really wanted to get a better grasp. And the way I did it was I, uh, hired people who worked at companies in the finances workforce departments, um, uh, because they would be the ones who would be responsible for forecasting and capacity deliver to the clients to try and get a better understanding like industry trends. Um, and the results I got back were absolutely shocking. Wow. So, um, you know, case in point, you know, uh Teleperformance I got back some of their us numbers, they were 125 to 150% annualized attrition.

Speaker 2 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=7yC8Y3RdaTmpKmACy4F9s-3vxY0wBdy2zJikadNnCWMK-H_8n33xi970uGwBq025gFxvMqnbbqnaIZlbLBAZY2XtX5c&loadFrom=DocumentDeeplink&ts=3085.08" ]):

And so, you know, I would just say that number one, uh, don't believe what people say about the industry because, uh, I think there's just like, it's almost like it's not collusion, but it's almost collusion with the level of, um, with the level of deception in, in that field. Right. Um, and I think it forces people to all kind of jump in on that. Right. So I think it forces task, ask us to jump in on that as well, because you can't go out and say here's the truth. Right. Um, because then you look really bad. Right. Uh, and so I think what it sounds like they did was I was always a big believer in included all explain why it's that way and go for it. But after they became a public company, then they decided to start looking at only a high hundred and 80 day greater. Um, well guess where the, most of the attrition in all of these businesses comes from, um, it's in the 90 days. Right. Right. Um, and so, um, you know, it seems like that's the direction that they're heading in. Um, and so that, that would be worrisome, but it's not worrisome from a competitive standpoint because I think that that's, it's pretty much standard across the, the business,

Speaker 1 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=eTGgeaIyiBPmysAU-I_NeZDryXX1zHkAwn8MxJdL0pP8zRZrtgBYp3Bf-CQYhTAHAqtfYdmxJ583afD0pbL8-Q3Saoo&loadFrom=DocumentDeeplink&ts=3153.52" ]):

So. Okay. But I guess bottom line, do you think that there are any better or worse than the, I, you know, I, I hear what you're saying, but if you had to hazard a guess, do, is there a true in any better or worse than the next guy

Speaker 2 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=2ehLfWzBFgcyPqaEcesKXnMbgXXjmGiyELLv5CWW6yp0mkuhjkVWaXdiczD4ax6Iks_Tc1kyp_yFTqleT8yBOSKVui4&loadFrom=DocumentDeeplink&ts=3169.1" ]):

I think go better. Um, and I, I think they'll stay better for another year or two. Um, and then, uh, you know, then the question will really come down is what is the new leadership doing that differentiated that will keep it better? I think right now they're in a good position, uh, because a lot of the leaders that went through the transaction have RSU, um, and I think they're gonna stick, um, you know, uh, for a bit.

Highly Confidential                                                                                        SPRUCE0002401

Um, so I think it was a three to four year RSU heard from some of the leaders. Um, and so I think as long as some of those key leaders stay in place that their attrition will continue to be better than market. Right. Um, but, uh, as time progresses, I, I, I think that the, the likelihood that it re reverts to industry standards is, uh, is there.

Speaker 1 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=3AET23O_xMTLA_EmNQy4iRliqrLnJqhY0zmaSAj-FIyWOOgFqSiOIm27nDw_gcw2d5vd1AT3uVlTrplu3WTSy47jdgk&loadFrom=DocumentDeeplink&ts=3217.17" ]):

Right. Okay. Um, I wanna be respectful of your time. I know we have, um, <affirmative> a few more minutes here. Um, any opinion on the CFO, um, and, uh, Mr. Sec sicker is his name and his accounting officer, Mr. Amaya, obviously like when we invest in companies wanna get, you know, makes certain that, you know, the, um, people running the numbers are, um, you know, we, we generally like conservative people, ethical people, any concerns about the CFO, the accounting function, the reporting at the company,

Speaker 2 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=6Azgzb099toeOFxvKkcT-5hjMxnrp6cP4TrRaYlw24zBW70Wm7x38spkoskulNNJ8SjsEX16bo1mVzPY_RrWlZEGIlM&loadFrom=DocumentDeeplink&ts=3261.04" ]):

Uh, tremendous respect for biology. Um, he's, uh, is a good part of, um, ethically. I, I don't think there would be any issue there. He seems like a really good person. He is not, uh, greedy or money motivated. Um, yeah, I don't have, uh, I don't have much concern there, um, you know, on, on Steve Amaya. Um, I was never a big fan, but I mean, he does work hard, so, so you gotta give them that. Um, and I, I just think that, uh, from a leadership perspective, um, you know, they need, they need more redundancy there. They need more support, um, in that group. So, but once again, this is years old information now, right. The years since I was there. Sure. Um, and so it's very, that they've made some big hires in the meantime, but, you know, if I was gonna put my name to, I would trust biology, uh, no problem. Okay.

Speaker 1 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=oc3_G6Mf4mnqC_SO8GKxagpSaGjJ4OtUiEUZg2bbDBbKOcnv91hWfIzO5QginIfbZV1yf5N8xPLVslSs-W0KyJ0p-kY&loadFrom=DocumentDeeplink&ts=3311.37" ]):

Um, and, uh, I guess final thoughts. I mean, what, what, is there any questions that we should have asked that, that we didn't ask?

Speaker 2 ([ HYPERLINK "https://www.rev.com/transcript-editor/Edit?token=SEM52tjfjE_95_QNmmM7R5V3Rt5cgoCXQuZGYDsd-jyFhXDLZaPveQO0ThUFMhSqzC66Eqx0-ocvETWQ9bKJXB2k9-s&loadFrom=DocumentDeeplink&ts=3326.29" ]):

Um, I think the important question to ask about Tasca is what is the future value proposition, um, for the company. And so, uh, we really differentiated ourselves in the space over the years because we had a, a younger leadership team who was more aggressive, more willing to try new things, right. Yeah. Um, and differentiate from a pretty stale space. Um, and so, you know, when our competitors were public, you know, chasing EBITDA, cost containment, not taking care of our people, um, you know, we were much more open to working with tech companies, doing things differently, looking at, you know, to out

Highly Confidential                                                    SPRUCE0002402