**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HUMBERTO LOZADA and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TASKUS, INC., BRYCE MADDOCK, JASPAR WEIR, BALAJI SEKAR, AMIT DIXIT, MUKESH MEHTA, SUSIR KUMAR, JACQUELINE D. RESES, and BCP FC AGGREGATOR L.P., <br><br> Defendants. | Case No.  1:22-cv-01479 <br><br> CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF JOSEPH A. FONTI**
**IN FURTHER SUPPORT OF**
**MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF**
**CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Joseph A. Fonti, declare as follows:

1.	I am a Partner with the law firm Bleichmar Fonti & Auld LLP, counsel for Lead Plaintiff Humberto Lozada, Named Plaintiff Oklahoma Firefighters Pension and Retirement System, and Lead Counsel for the putative Class.  I am an attorney duly licensed to practice in the State of New York and am admitted to practice before this Court.  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2.	Attached as Exhibit 1 hereto is a true and correct excerpted copy of the transcript of the November 6, 2024 deposition of Ben Axler, as Spruce Point Capital Management LLC's Rule 30(b)(6) designee, with highlighting to indicate the portion cited in Plaintiffs' supplemental memorandum of law.

3.      Attached as Exhibit 2 hereto is a true and correct copy of Defendants' Second Amended Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1), dated November 15, 2024.

4.      Attached as Exhibit 3 hereto is a true and correct copy of Plaintiffs' Fifth Requests for Documents to Defendants, dated November 22, 2024.

5.      Attached as Exhibit 4 hereto is a true and correct copy of the article, "How Constraining are Limits to Arbitrage?," Alexander Ljungqvist and Wenlan Qian, *The Review of Financial Studies*, Vol. 29, No. 9 (August 2016), pp. 1975-2028, previously marked as Plaintiffs' Exhibit 10 at the deposition of Defendants' expert Bruce Deal, with highlighting to indicate the portion cited in Plaintiffs' supplemental memorandum of law.

6.      Attached as Exhibit 5 hereto is a true and correct copy of a document produced by Defendants with the Bates number TASK_0153958, previously marked as Plaintiffs' Exhibit 126 at the deposition of Defendant Bryce Maddock.  (Filed under seal.)

7.      Attached as Exhibit 6 hereto is a true and correct copy of a document produced by Defendants with the Bates number TASK_0016777.  (Filed under seal.)

8.      Attached as Exhibit 7 hereto is a true and correct copy of a document produced by Defendants with the Bates number TASK_BCP_0001829.  (Filed under seal.)

9.      Attached as Exhibit 8 hereto is a true and correct copy of a press release issued by TaskUs on January 21, 2022, titled "TaskUs Issues Statement," available at https://ir.taskus.com/node/7026/pdf.

10.     Attached as Exhibit 9 hereto is a true and correct copy of a document produced by Defendants with the Bates number TASK_0215221.  (Filed under seal.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of December, 2024

                                        */s/ Joseph A. Fonti*
                                        Joseph A. Fonti