# Exhibit 1

**Excerpted November 6, 2024 Transcript
of the Deposition of Ben Axler,
Spruce Point Capital Management LLC's
Rule 30(b)(6) Designee**

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 1:22-CV-01479-JPC

-------------------------------------------x

HUMBERTO LOZADA, et al.,

                        Plaintiffs,

        - against -

TASKUS, INC., et al,

                        Defendants.

-------------------------------------------x

                        November 6, 2024

                        8:43 a.m.


                    *CONFIDENTIAL*


        VIDEOTAPED DEPOSITION of BEN AXLER,

held at the offices of SIMPSON THACHER &

BARTLETT LLP, located at 425 Lexington

Avenue, New York, New York 10017, before

Anthony Giarro, a Registered Professional

Reporter, a Certified Realtime Reporter and

a Notary Public of the State of New York.

CONFIDENTIAL

Page 2

A P P E A R A N C E S :

BLEICHMAR FONTI & AULD LLP
 Attorneys for Plaintiffs
 300 Park Avenue, Suite 1301
 New York, New York 10022
 (212) 789-1347
BY:   EVAN A. KUBOTA, ESQ.
      ekubota@bfalaw.com
      THAYNE STODDARD, ESQ.
      tstoddard@bfalaw.com
      JOSEPH FONTI, ESQ.
      jfonti@bfalaw.com

SIMPSON THACHER & BARTLETT LLP
 Attorneys for Defendants
 425 Lexington Avenue
 New York, New York 10017
 (212) 455-3028

BY:   JONATHAN K. YOUNGWOOD, ESQ.
      jyoungwood@stblaw.com
      DARCY SAMUELSOHN, ESQ.
      darcy.samuelsohn@stblaw.com
      JANET A. GOCHMAN, ESQ.
      jgochman@stblaw.com
AKIN GUMP STRAUSS HAUER & FELD LLP
 Attorneys for Witness
 One Bryant Park
 Bank of America Tower
 New York, New York 10036
BY:   JOSEPH L. SORKIN, ESQ.
      jsorkin@akingump.com

CONFIDENTIAL

Page 3

A P P E A R A N C E S (Cont.):

ALSO PRESENT:

BOB RUDIS, Videographer

BOB BRASCH, Concierge Tech
(via Zoom)

DAN OLIVER, Spruce Point Capital
Management
(via Zoom)

SAMANTHA RAGGIO, Law Clerk, Akin Gump
Strauss Hauer & Feld LLP
(via Zoom)

VANESSA PATEL, ESQ, TaskUs
(via Zoom)

CLAUDIA WELSH, ESQ., TaskUs
(via Zoom)

CONFIDENTIAL

Page 109

BEN AXLER -- CONFIDENTIAL

public information.

Q       You can answer.

MR. YOUNGWOOD:  It doesn't just say new information.  Object to form.

A       I'm sorry.  Can you restate the question?

Q       Why is it important to predicate your investment approach at Spruce Point on changing investors' perception of a company's value through publicly sharing new information?

MR. YOUNGWOOD:  Or variant points of point.

A       Or varying points of view. I mean if all I did was read from the company's prospectus, that wouldn't be new or variant.  So I just think it's important to have a contrarian viewpoint and share my analysis.

Q       And is it fair to say that if all you did was recycle something that was widely known, easy to access, it likely wouldn't have any impact on stock

CONFIDENTIAL

Page 110

BEN AXLER -- CONFIDENTIAL

prices?

MR. YOUNGWOOD:  Objection to the form.

A        That seems like a fair statement.

Q        And in turn, you wouldn't be able to make money if you had taken a short position on the company if the stock price didn't move; correct?

MR. SORKIN:  Objection, form.  And to the extent you want to answer hypothetically about the statement, go ahead.  But I would exclude from your answer, any specific position that Spruce Point has taken.

A        I mean hypothetically, if we're short and the stock went up, Spruce Point would lose money.

Q        You're aware that TaskUs's share price declined on the same day that you issued the report; correct?

A        Yes.

Q        If you turn to page 3 of the

Page 113

BEN AXLER -- CONFIDENTIAL

A          That's approximately correct, yeah.

Q          Are you able to estimate how many hours per week you were working during that period?

A          Oh.  I work like an animal. I mean people that know me say I'm the hardest working person in the industry. I work 80 hours a week.

Q          So 80 times three, ballpark, 240 hours spent on the TaskUs report; is that a fair estimate?

A          Yeah.  That's fair.

Q          You mentioned earlier that as part of your investigation of TaskUs, you used a research firm called Coleman; is that correct?

A          Correct.

Q          Is Coleman a free service?

A          Is it free?

Q          Yes.

A          No.

Q          You have to pay them a fee to speak to experts?

**Page 114**

BEN AXLER -- CONFIDENTIAL

A        We do pay them, yes.

Q        And is that a per-call fee or is it sort of an annual pricing plan? How does it work?

A        I don't know off the top. That would be something that I would have to ask my COO, who negotiated the contract.

Q        You have an estimate of how much Spruce Point has to spend to talk to experts through Coleman?

MR. SORKIN:  Objection to form.  Go ahead.

A        My estimate, 10,000, $20,000, maybe.

Q        That's an annual fee?

A        Sounds about right, if I had to wager a guess.

Q        Let's turn to Exhibit 3 which is your report on TaskUs.  Please turn to Slide 35.

Prior to the publication of your report, had you seen anyone put these pieces of information together in

CONFIDENTIAL

Page 115

BEN AXLER -- CONFIDENTIAL

the way that you've done here and reached sort of the conclusion at the end of the yellow box, calling on TaskUs to clarify why its attrition is qualified for 180 days and is declining while its closest public peer is reporting a trend of rising attrition?

MR. YOUNGWOOD:  Objection to form.

A       I hadn't seen it.  But that doesn't mean that there wasn't something out there or someone else that was questioning.

Q       The top of 35 mentions potentially misleading employee attrition claims.  You see that?

A       Yes.

Q       To your knowledge, prior to your publication of this report, had you seen anyone call out TaskUs's employee attrition claims as potentially misleading?

MR. YOUNGWOOD:  Objection to form.

CONFIDENTIAL

Page 116

BEN AXLER -- CONFIDENTIAL

A          I hadn't.  But again, I don't have perfect knowledge of everything or all assuming knowledge.  So it's certainly possible someone else was.

Q          Please turn to Slide 36.

Prior to the publication of your report, had you seen any public documents with the language that is quoted in this slide, in the two boxes at the bottom?

MR. YOUNGWOOD:  Objection to form.

A          No.

Q          Turn to page 37, please.

Prior to the publication of your report, had you seen anyone reach the conclusion that TaskUs's estimated employee attrition was 46 percent?

MR. YOUNGWOOD:  Objection to form.

A          No.

Q          And turn to Slide 6, please.

Towards the middle of 6, there's a bullet that says, "Task's claim

CONFIDENTIAL

**Page 117**

BEN AXLER -- CONFIDENTIAL

of a superior corporate culture evidenced by below standard industry workforce attrition appear to be highly exaggerated."

You see that?

A   Yes.

Q   Prior to the publication of your report, had you seen anyone publicly asserting that claim?

MR. YOUNGWOOD:  Objection to form.

A   No.

Q   Are you aware of any free source to learn what TaskUs's overall attrition rate was for 2020?

A   Free source, no.

Q   What about 2021, same answer?

A   No.

Q   You were asked some questions earlier about Tegus.  Do you recall that?

A   Yes.

Q   Is Tegus a free service?

CONFIDENTIAL

Page 132

C E R T I F I C A T I O N

I, ANTHONY GIARRO, a Shorthand Reporter and a Notary Public, do hereby certify that the foregoing witness, BEN AXLER, was duly sworn on the date indicated, and that the foregoing, to the best of my ability, is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action.

ANTHONY GIARRO