# Exhibit 2

**Defendants' Second Amended Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1), dated November 15, 2024**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HUMBERTO LOZADA and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TASKUS, INC., BRYCE MADDOCK, JASPAR WEIR, BALAJI SEKAR, AMIT DIXIT, MUKESH MEHTA, SUSIR KUMAR, JACQUELINE D. RESES, and BCP FC AGGREGATOR L.P.,<br><br>Defendants. | Case No.: 1:22-cv-01479<br><br>CLASS ACTION |

**DEFENDANTS' SECOND AMENDED INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants TaskUs, Inc. ("TaskUs" or the "Company"), BCP FC Aggregator L.P. ("BCP"), Bryce Maddock, Jaspar Weir, Balaji Sekar, Amit Dixit, Mukesh Mehta, Susir Kumar, and Jacqueline D. Reses (collectively, "Defendants"), by and through their undersigned attorneys, hereby submit the following Second Amended Initial Disclosures ("Disclosures").

**INITIAL DISCLOSURE QUALIFICATIONS**

These Disclosures do not constitute a waiver of any attorney-client privilege, attorney work product doctrine, or objection to discovery that Defendants may be entitled to assert. The following Disclosures are made based upon the information now reasonably available to Defendants. Further investigation and discovery may bring additional information to light that may alter or add to Defendants' Disclosures. Accordingly, Defendants reserve the right to modify or supplement these Disclosures as discovery progresses and pursuant to the applicable rules.

## RULE 26(a)(1)(A) INITIAL DISCLOSURES

**i.**     **Rule 26(a)(1)(A)(i): The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

Subject to and without waiving the Initial Disclosure Qualifications, Defendants identify the following individuals as likely to have discoverable information that Defendants may use to support their claims or defenses, unless the use would be solely for impeachment. In making the following Disclosures, Defendants do not intend to waive and hereby expressly reserve any legally applicable privilege with respect to the testimony of these individuals. This identification of individuals is based on Defendants' reasonable investigation to date, is not an admission as to relevance, and is subject to revision based on subsequent developments in these proceedings.

| Name | Contact Information | Subject Matter |
| --- | --- | --- |
| Bryce Maddock | <u>Affiliation</u>: CEO,[1] TaskUs, Inc.<br><br><u>Contact through</u>:<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2881<br>Attn: Craig S. Waldman | Facts and circumstances behind the disclosures and public statements identified in the Amended Complaint. |
| Jaspar Weir | <u>Affiliation</u>: President, TaskUs, Inc.<br><br><u>Contact through</u>:<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2881<br>Attn: Craig S. Waldman | Facts and circumstances behind the disclosures and public statements identified in the Amended Complaint. |
| Balaji Sekar | <u>Affiliation</u>: CFO, TaskUs, Inc. | Facts and circumstances behind the disclosures and |

---

[1] The titles indicated herein, if any, are the titles held by the individuals during the relevant time period.

2

| Name | Contact Information | Subject Matter |
|---|---|---|
| | Contact through: Simpson Thacher & Bartlett LLP 425 Lexington Avenue New York, NY 10017 (212) 455-2881 Attn: Craig S. Waldman | public statements identified in the Amended Complaint. |
| Amit Dixit | Affiliation: Director, TaskUs, Inc. Contact through: Simpson Thacher & Bartlett LLP 425 Lexington Avenue New York, NY 10017 (212) 455-2881 Attn: Craig S. Waldman | Facts and circumstances behind the disclosures and public statements identified in the Amended Complaint. |
| Mukesh Mehta | Affiliation: Director, TaskUs, Inc. Contact through: Simpson Thacher & Bartlett LLP 425 Lexington Avenue New York, NY 10017 (212) 455-2881 Attn: Craig S. Waldman | Facts and circumstances behind the disclosures and public statements identified in the Amended Complaint. |
| Susir Kumar | Affiliation: Director, TaskUs, Inc. Contact through: Simpson Thacher & Bartlett LLP 425 Lexington Avenue New York, NY 10017 (212) 455-2881 Attn: Craig S. Waldman | Facts and circumstances behind the disclosures and public statements identified in the Amended Complaint. |
| Jacqueline D. Reses | Affiliation: Director, TaskUs, Inc. Contact through: Simpson Thacher & Bartlett LLP 425 Lexington Avenue New York, NY 10017 (212) 455-2881 Attn: Craig S. Waldman | Facts and circumstances behind the disclosures and public statements identified in the Amended Complaint. |

3

| Name | Contact Information | Subject Matter |
|---|---|---|
| James Maddock | Affiliation: Senior Director of Human Resources Information Systems, TaskUs, Inc.<br><br>Contact through:<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2881<br>Attn: Craig S. Waldman | Facts and circumstances behind the disclosures and public statements identified in the Amended Complaint. |
| Brandy Zimmerman | Affiliation: Vice President of People Operations, TaskUs, Inc.<br><br>Contact through:<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2881<br>Attn: Craig S. Waldman | Facts and circumstances behind the disclosures and public statements identified in the Amended Complaint. |
| Carla Johnson | Affiliation: Chief People Officer (CPO), TaskUs, Inc.<br><br>Contact through:<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2881<br>Attn: Craig S. Waldman | Facts and circumstances behind the disclosures and public statements identified in the Amended Complaint. |
| Rajnish Sinha | Affiliation: Chief People Officer (CPO), TaskUs, Inc.<br><br>Contact through:<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2881<br>Attn: Craig S. Waldman | Facts and circumstances behind the disclosures and public statements identified in the Amended Complaint. |

| Name | Contact Information | Subject Matter |
|---|---|---|
| Jarrod Johnson | <u>Affiliation</u>: Chief Customer Officer (CCO), TaskUs, Inc.<br><br><u>Contact through</u>:<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2881<br>Attn: Craig S. Waldman | Facts and circumstances behind the disclosures and public statements identified in the Amended Complaint. |
| Ryan Collins | <u>Affiliation</u>: Vice President of Global Talent Acquisition, TaskUs, Inc.<br><br><u>Contact through</u>:<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2881<br>Attn: Craig S. Waldman | Facts and circumstances behind the disclosures and public statements identified in the Amended Complaint. |
| Robert Hayes | <u>Affiliation</u>: Chief Operating Officer, TaskUs, Inc.<br><br><u>Contact through</u>:<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2881<br>Attn: Craig S. Waldman | Facts and circumstances behind the disclosures and public statements identified in the Amended Complaint and communications with Spruce Point Capital Management, LLC regarding TaskUs. |
| Ben Axler | <u>Affiliation</u>: Founder and Chief Investment Officer at Spruce Point Capital Management.<br><br><u>Contact through</u>:<br>Akin Gump Strauss Hauer & Feld LLP<br>1 Bryant Pk<br>New York, NY 10036<br>(212) 872-1002<br>Attn: Joseph L. Sorkin | Facts and circumstances behind the January 20, 2022 "Moderating the Bull Case Content" report issued by Spruce Point Capital Management, LLC on TaskUs. |

In addition, Defendants state that various other individuals may have discoverable information that Defendants may use to support their claims or defenses, including Plaintiffs, individuals identified in Plaintiffs' Rule 26(a)(1) initial disclosures, written discovery requests or responses, or in any amendment or supplement to the foregoing, the confidential former employees referenced in Plaintiffs' amended complaint, individuals or entities who have been identified in Defendants' written discovery responses or whose custodial documents have been produced in the action, and additional current and former employees of TaskUs, Inc. or BCP FC Aggregator L.P.

**ii.    Rule 26(a)(1)(A)(ii): A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Subject to and without waiving the Initial Disclosure Qualifications, and without admitting the relevance of any identified category of documents, Defendants state that the categories of documents that they may use to support their claims or defenses include the following: (1) Publicly available documents relating to TaskUs, including TaskUs's SEC filings and press releases; (2) Board books and other materials related to TaskUs's IPO, Secondary Offering, employee retention, and Glassdoor ratings or policies; (3) Emails and other electronic communications from the files of custodians likely to have discoverable information at TaskUs, including information concerning TaskUs's employee retention, hiring practices, and Glassdoor ratings or policies; (4) Electronic and hard copy documents relating to TaskUs's employee retention, hiring practices, and Glassdoor ratings or policies; (5) Analyst reports and news articles relating to TaskUs's financial performance, employee retention or Glassdoor ratings or policies; (6) Documents already in Plaintiffs' possession, including documents referenced in the Amended Complaint, produced in response to any 220 demand and produced in discovery; (7) Any documents obtained by any party through subpoenas to third parties; and (8) Any additional relevant documents, data compilations

6

or tangible things identified in any other party's Rule 26(a) disclosures, or in any amendment or supplement to any of the foregoing.

iii.     **Rule 26(a)(1)(A)(iii): A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Subject to, and without waiving the Initial Disclosure Qualifications, Defendants state that they have not asserted any claim for damages at this time. Defendants reserve the right to seek damages and to move for costs, fees and/or other damages at a later date.

iv.     **Rule 26(a)(1)(A)(iv): For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Subject to, and without waiving the Initial Disclosure Qualifications, Defendants state they have provided applicable insurance agreements.

Dated: November 15, 2024

SIMPSON THACHER & BARTLETT LLP

*/s/ Jonathan K. Youngwood*
Jonathan K. Youngwood
Craig S. Waldman
Janet A. Gochman
Kelsey E. Vickery
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: JYoungwood@stblaw.com
Email: CWaldman@stblaw.com
Email: JGochman@stblaw.com
Email: Kelsey.Vickery@stblaw.com

*Attorneys for Defendants TaskUs, Inc., BCP FC Aggregator L.P., Bryce Maddock, Jaspar Weir, Balaji Sekar, Amit Dixit, Mukesh Mehta, Susir Kumar, and Jacqueline D. Reses*

8