# Exhibit 5

## TASK_0153958

## (Filed Under Seal)