# Exhibit 6

## TASK_0016777

## (Filed Under Seal)