# Exhibit 7

## TASK_BCP_0001829

## (Filed Under Seal)