# Exhibit 8

## Press Release Issued by TaskUs on January 21, 2022, titled "TaskUs Issues Statement"



## TaskUs Issues Statement

January 21, 2022

NEW BRAUNFELS, Texas, Jan. 21, 2022 (GLOBE NEWSWIRE) -- TaskUs, Inc. (Nasdaq: TASK), a leading tech-enabled services provider to the world's most innovative companies, issued the following statement:

> The Company and Board are aware of the recent report published by a short seller, which contains numerous inaccuracies and mischaracterizations of our business and future prospects. After reviewing the report, we believe it is designed for the sole purpose of negatively impacting TaskUs' share price for the short seller's own benefit, at the expense of   TaskUs teammates, clients and shareholders. We remain confident in our strategy, our value proposition and our ability to create value for all our stakeholders. We look forward to sharing our Q4 and FY 2021 results and FY 2022 outlook on our quarterly earnings call.

**About TaskUs**
TaskUs is a provider of outsourced digital services and next-generation customer experience to innovative and disruptive technology companies, helping its clients represent, protect and grow their brands. Leveraging a cloud-based infrastructure, TaskUs serves clients in the fastest-growing sectors, including social media, e-commerce, gaming, streaming media, food delivery and ridesharing, HiTech, FinTech and HealthTech. As of September 30, 2021, TaskUs had approximately 35,600 employees across twenty locations in the United States, the Philippines, India, Mexico, Taiwan, Greece, Ireland and Colombia.

**Investor Contact**
Alan Katz, VP, Investor Relations
IR@TaskUs.com

**Media Contact**
Jon Keehner / Tanner Kaufman
Joele Frank, Wilkinson Brimmer Katcher
(212) 355-4449



Source: TaskUs Holdings, Inc.