# Exhibit 9

## TASK_0215221

## (Filed Under Seal)