UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                       :

HUMBERTO LOZADA and OKLAHOMA       :
FIREFIGHTERS PENSION AND RETIREMENT  :
SYSTEM, Individually and on Behalf of All Others  :
Similarly Situated,                         :          22 Civ. 1479 (JPC) (GS)
                                         :

                Plaintiffs,       :              ORDER
                                         :

           -v-                       :

TASKUS, INC. *et al.*,                 :
                                         :

             Defendants.      :
                                         :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On May 10, 2024, Plaintiffs Humberto Lozada and Oklahoma Firefighters Pension and

Retirement System moved to certify classes pursuant to Federal Rule of Civil Procedure 23.  Dkt.

71.  Then, on February 24, 2025, Plaintiffs filed an unopposed motion for preliminary approval of

a class action settlement that would resolve the remaining claims pending in this action on a

classwide basis.  Dkt. 175.

      Accordingly, Plaintiffs' motion for class certification, Dkt. 71, is denied without prejudice

as moot.  The Court will consider the propriety of class certification for settlement purposes in

connection with the pending motion for preliminary approval of the proposed settlement and any

final approval thereof.

      The Court also reminds the parties, now that a settlement has been reached, that they have

the option to consent to proceed before the assigned Magistrate Judge, the Honorable Gary Stein,

for all purposes, including preliminary and final approval of the proposed settlement.  If the parties

wish to do so, they should file a fully executed consent form on or before April 9, 2025.  The

consent form is available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

The Clerk of Court is respectfully directed to close Docket Number 71.

SO ORDERED.

Dated: March 26, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge