

**VIA ECF**
The Honorable Gary Stein
United States District Court
500 Pearl Street, Room 702
New York, New York  10007

**MEMO ENDORSED**

November 12, 2024

Re:    *Lozada v. TaskUs, Inc.*, Case No. 1:22-cv-01479 (S.D.N.Y.)

Dear Judge Stein:

      Pursuant to Paragraph 14 of the Stipulated Confidentiality Agreement and Protective Order (ECF 63), Section III.H.2 of Your Honor's Individual Practices in Civil Cases, the Court's Standing Order, 19-mc-583, and the Court's ECF Rules & Instructions, Section 6, I write on behalf of Plaintiffs Humberto Lozada and Oklahoma Firefighters Pension and Retirement System (together, "Plaintiffs"), to respectfully request permission of the Court to file the unredacted version of the parties' November 12, 2024 joint status letter (the "Joint Status Letter") and its Exhibits A, B, C, and D under seal.

      The parties have conferred and agree that these materials—which Defendants have designated as Confidential Discovery Material under the Stipulated Confidentiality Agreement and Protective Order (ECF 63)—may be sealed. Plaintiffs do not oppose these designations for purposes of this motion to seal.

      Plaintiffs are concurrently filing the Joint Status Letter in redacted form, and Exhibits A, B, C, and D under seal, pending the Court's ruling on this motion to seal.

      Respectfully submitted,

      /s/ *Joseph A. Fonti*
      Joseph A. Fonti

cc:  Counsel of Record (via ECF)

300 Park Avenue, Suite 1301, New York, New York 10022  |  T. 212-789-1340  F. 212-205-3960  |  www.bfalaw.com

The parties' application is granted.  The unredacted versions of the parties' November 12, 2024 Joint Status Letter (Dkt. No. 156) and its Exhibits A, B, C, and D shall hereby be maintained under seal.  The Court finds that the parties' interest in maintaining the confidentiality of the documents, outweighs the presumption of full public access to the judicial documents in which that information is contained.  See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006).  The Clerk of Court is respectfully directed to maintain the unredacted versions of the Joint Status Letter and its Exhibits A, B, C, and D.  (Dkt. No. 156).

Date:   April 23, 2025
        New York, NY

SO ORDERED:

_____
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE