**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HUMBERTO LOZADA and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>v.<br><br>TASKUS, INC., BRYCE MADDOCK, JASPAR WEIR, BALAJI SEKAR, AMIT DIXIT, MUKESH MEHTA, SUSIR KUMAR, JACQUELINE D. RESES, and BCP FC AGGREGATOR L.P.,<br><br>           Defendants. | Case No. 1:22-cv-01479<br><br>CLASS ACTION<br><br>**ORDER WITHDRAWING ERIC YANG AS COUNSEL FOR DEFENDANTS** |

IT IS HEREBY ORDERED that Eric Yang be withdrawn as an attorney of record for Defendants TaskUs, Inc., BCP FC Aggregator L.P, Bryce Maddock, Jaspar Weir, Balaji Sekar, Amit Dixit, Mukesh Mehta, Susir Kumar, and Jacqueline D. Reses (collectively, "Defendants").

Defendants remain represented by Jonathan K. Youngwood, Craig S. Waldman, Janet A. Gochman, Meredith D. Karp, Jonathan S. Kaplan, Kelsey Vickery, and Amy Dawson of Simpson Thacher & Bartlett LLP.

IT IS SO ORDERED.

Dated:       New York, New York
             May 21, 2025

_____

The Honorable Gary Stein

United States Magistrate Judge