UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------------------------------ X

HUMBERTO LOZADA and OKLAHOMA
FIREFIGHTERS PENSION AND RETIREMENT
SYSTEM, individually and on behalf of all others
similarly situated,

                   Plaintiffs,

            - against -

TASKUS, INC, et al.,

                   Defendants.
------------------------------------------------------------------------------------------------------------ X

22 Civ. 1479 (JPC) (GS)

REPORT & RECOMMENDATION

**GARY STEIN, United States Magistrate Judge:**

       Judge Cronan has referred Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement to the undersigned for a report and recommendation. (Dkt. No. 181). On May 20, 2025, I issued an Order after having reviewed the papers submitted in support of the motion. (Dkt. No. 184 (the "May 20 Order")). The May 20 Order stated that I was prepared to recommend that Judge Cronan grant Plaintiffs' motion and enter Plaintiffs' proposed Order Preliminarily Approving Settlement and Providing for Class Notice ("Preliminary Approval Order"), provided that certain modifications were made to the Stipulation of Settlement and its exhibits, and to the proposed Preliminary Approval Order. (*Id.*).

       On May 27, 2025, the parties submitted a revised Stipulation of Settlement, together with revised exhibits, and a revised proposed Preliminary Approval Order. (Dkt. No. 187). This submission included redlines showing changes against the versions of these papers originally submitted by the parties. I have reviewed these materials and find the parties' modifications to the motion papers to be acceptable. I attach to this Report & Recommendation a proposed Preliminary Approval Order for consideration by Judge Cronan, which reflects the parties' recent

1

revisions (Dkt. No. 187-2) and other modifications by me, including dates for the fairness hearing and other dates keyed off the date of the fairness hearing.  (I have, however, left blank other dates keyed off the date of the Preliminary Approval Order itself).

Accordingly, the undersigned hereby recommends that Judge Cronan: (1) grant Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 181); and (2) enter an Order Preliminarily Approving Settlement and Providing for Class Notice substantially in the form annexed hereto.

Dated:    New York, New York
          May 28, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge

### NOTICE OF PROCEDURE FOR FILING OBJECTIONS
### TO THIS REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. Section 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen days, inclusive of weekends and holidays, from the date of this Report and Recommendation to file written objections thereto.  *See also* Fed. R. Civ. 6(a), (b), and (d).  Any such objections shall be filed with the Clerk of Court.  Any request for an extension of time to file objections must be directed to Judge Cronan.  A failure to file timely objections will preclude appellate review.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *Wagner v. Wagner, LLP v. Atkinson, Haskins, Nellis, Brittingham, Gladd & Carwile, P.C.*, 596 F.3d 84, 92 (2d Cir. 2010).