**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HUMBERTO LOZADA and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM Individually and on Behalf of All Others Similarly Situated, | Case No.  1:22-cv-01479-JPC-GS |
| | CLASS ACTION |
| Plaintiffs, | |
| v. | |
| TASKUS, INC., BRYCE MADDOCK, JASPAR WEIR, BALAJI SEKAR, AMIT DIXIT, MUKESH MEHTA, SUSIR KUMAR, JACQUELINE D. RESES, and BCP FC AGGREGATOR L.P., | |
| Defendants. | |

**LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES, LITIGATION EXPENSES, AND PLAINTIFFS' REASONABLE COSTS AND EXPENSES**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Lead Counsel Bleichmar Fonti & Auld LLP, on behalf of itself and other Plaintiffs' Counsel, and with the support of Lead Plaintiff Humberto Lozada ("Lozada") and Named Plaintiff Oklahoma Firefighters Pension and Retirement System ("Oklahoma" and together, "Plaintiffs"), hereby move the Court for the award of: (1) attorneys' fees in the amount of 30% of the Settlement Fund ($5,250,000 plus interest at the same rate and for the same period as earned by the Settlement Fund, until paid), (2) litigation expenses in the amount of $924,556 (plus interest at the same rate and for the same period as

earned by the Settlement Fund, until paid), and (3) Plaintiffs' reasonable costs and expenses, pursuant to 15 U.S.C. § 78u-4(a)(4), totaling $16,750.[1]

This motion is based on the accompanying memorandum of law, the Declaration of Joseph A. Fonti in Support of (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, and (II) Lead Counsel's Motion for Attorneys' Fees, Litigation Expenses, and Plaintiffs' Reasonable Costs and Expenses, and the exhibits thereto, including the Declaration of Lead Plaintiff Humberto Lozada, the Declaration of Chase Rankin on behalf of Named Plaintiff Oklahoma Firefighters Pension and Retirement System, the Declaration of Joseph A. Fonti on behalf of Bleichmar Fonti & Auld LLP, the Declaration of Michael K. Yarnoff on behalf of Kehoe Law Firm, P.C., and the Declaration of Susan R. Podolsky on behalf of The Law Offices of Susan R. Podolsky, and all prior pleadings and proceedings herein.

Dated:  September 10, 2025

Respectfully submitted,

*/s/ Joseph A. Fonti*
Joseph A. Fonti
Nancy A. Kulesa
Evan A. Kubota
Thayne Stoddard
**BLEICHMAR FONTI & AULD LLP**
300 Park Avenue, Suite 1301
New York, New York 10022
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com
nkulesa@bfalaw.com
ekubota@bfalaw.com
tstoddard@bfalaw.com

---

[1] Capitalized terms not defined herein have the meanings stated in the Stipulation of Settlement, dated May 27, 2025 (the "Stipulation") (ECF 187-1) and the Declaration of Joseph A. Fonti in Support of (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, and (II) Lead Counsel's Motion for Attorneys' Fees, Litigation Expenses, and Plaintiffs' Reasonable Costs and Expenses (the "Fonti Declaration" or "Fonti Decl.").

*Counsel for Lead Plaintiff Humberto Lozada*
*and Named Plaintiff Oklahoma Firefighters*
*Pension and Retirement System*

John A. Kehoe
Michael K. Yarnoff
**KEHOE LAW FIRM, P.C.**
2001 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
Telephone: (212) 792-6676
jkehoe@kehoelawfirm.com
myarnoff@kehoelawfirm.com

*Additional Counsel for Lead Plaintiff*
*Humberto Lozada*