# Exhibit 4

## Kimball Declaration

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HUMBERTO LOZADA and OKLAHOMA
FIREFIGHTERS PENSION AND
RETIREMENT SYSTEM Individually and on
Behalf of All Others Similarly Situated,

               Plaintiffs,

        v.

TASKUS, INC., BRYCE MADDOCK,
JASPAR WEIR, BALAJI SEKAR,
AMIT DIXIT, MUKESH MEHTA,
SUSIR KUMAR, JACQUELINE D. RESES,
and BCP FC AGGREGATOR L.P.,

               Defendants.

Case No.  1:22-cv-01479

CLASS ACTION

**DECLARATION OF MORGAN KIMBALL REGARDING (I) MAILING OF NOTICE; (II) PUBLICATION OF SUMMARY NOTICE; (III) THE SETTLEMENT WEBSITE AND CONTACT CENTER SERVICES; (IV) CLAIM FILING; AND (V) REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE**

MORGAN KIMBALL declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true:

1.      I am a Project Manager for Epiq Class Action and Claims Solutions, Inc. ("Epiq"). I am providing this declaration at the request of Lead Counsel Bleichmar Fonti & Auld LLP ("Lead Counsel"), on behalf of Plaintiffs, in connection with Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation.[1]  This declaration supplements my

---

[1] Capitalized terms not defined herein have the meanings stated in the Stipulation of Settlement dated May 27, 2025 (ECF 187-1) and the Declaration of Joseph A. Fonti in Support of (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, and (II) Lead Counsel's Motion for Attorneys' Fees, Litigation Expenses, and Plaintiffs' Reasonable Costs and Expenses (the "Fonti Declaration" or "Fonti Decl.").

prior declaration. (ECF 177.) I make this declaration based on personal knowledge, and if called to testify, I could and would do so competently.

2.     Pursuant to the Court's June 13, 2025, Notice Order (ECF 191), Epiq is authorized to act as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Litigation"). This declaration provides information regarding: (i) the mailing of the Notice; (ii) the publication of the Summary Notice; (iii) the implementation of the Settlement Website and contact center services; (iv) the current status of claim filings; and (v) the requests for exclusion and objections received by Epiq to date.

## I.     MAILING OF THE NOTICE

3.     On July 7, 2025, in accordance with the Preliminary Approval Order, Epiq began mailing the Court-approved Notice of Class Settlement (the "Notice") to potential Settlement Class Members and banks, brokers, and other nominees (the "Initial Mailing"). The Initial Mailing included four (4) Notices that were mailed via United States Postal Service ("USPS") First-Class Mail to the addresses contained in the Transfer List provided by Defendants.

4.     As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name"—i.e., the securities are purchased and held by brokerage firms, banks, institutions, and other third-party nominees on behalf of the beneficial purchasers. Epiq maintains and updates a proprietary internal list of approximately 1,400 nominees, including the largest and most common banks, brokers, and other nominees. The Initial Mailing included 902 Notices mailed to addresses from Epiq's internal list of nominees.

5.     In total, Epiq mailed 906 copies of the Notice as part of the Initial Mailing. A copy of the Notice in the form it was mailed is attached hereto as Exhibit 1.

2

6.    The Notice directed nominees and brokers who purchased TaskUs common stock for the beneficial interest of a person or organization other than themselves to, within seven (7) calendar days of receipt of the Notice, either:  (i) provide a list of the names and addresses of all such beneficial owners to Epiq; or (ii) request from Epiq sufficient copies of the Notice to forward to all such beneficial owners, and within seven (7) calendar days of receipt of those Notices, forward them to all such beneficial owners.

7.    At Lead Counsel's direction, Epiq took additional steps to provide nominees and brokers with advance notice of the Initial Mailing, to follow up with nominees and brokers that it had not yet heard from to ensure that they had received Notices, to ensure they were following the Notice's specific instructions to provide beneficial owner information or request copies of the Notice for forwarding to beneficial owners, and to confirm that nominees and brokers were communicating copies of the Notice to investors via email where possible.  Prior to the Initial Mailing, Epiq identified the top 29 nominees from Epiq's internal list of nominees.  Epiq emailed these nominees to let them know that the Initial Mailing would occur on July 7, 2025, to encourage timely submissions of broker mailing requests or inquiries, and to provide a copy of the Notice they would be receiving.  Following the Initial Mailing, an Epiq representative called and/or emailed the nominees who had not yet responded to the Notice to remind them to do so, and followed up at least twice with nominees that did not respond to this individual outreach.

8.    From the Initial Mailing through the date of this Declaration, Epiq received, and mailed Notices to, an additional 3,540 names and addresses of potential Settlement Class Members obtained from brokerage firms, banks, and other nominees.  Epiq has also received requests from brokers and nominees for 9,805 Notices to be forwarded by them to their customers, which Epiq provided to those brokers and nominees, as well as requests from potential Settlement Class

3

Members by telephone or correspondence for 11 Notices.  All such requests have been, and will continue to be, addressed and completed in a timely manner.

9.  As of the date of this Declaration, a total of 14,262 Notices have been mailed to potential Settlement Class Members, including Notices sent directly to nominees at their request for transmission to investors.

10.  In addition, one (1) nominee has informed Epiq that they emailed 20,171 copies of the Notice to beneficial owners.

11.  Thus, as of the date of this Declaration, a total of 34,433 Notices have been mailed or otherwise disseminated to potential Settlement Class Members.

## II.    PUBLICATION OF THE SUMMARY NOTICE

12.  The Court-approved Summary Notice was published in *Investor's Business Daily* and was transmitted over *PR Newswire* on July 7, 2025, ahead of the Court-ordered schedule. Copies of the proofs of publication of the Summary Notice in *Investor's Business Daily* and transmission over *PR Newswire* are attached hereto as Exhibit 2.

13.  On July 7, 2025, Epiq also caused the Summary Notice to be published by the Depository Trust Corporation ("DTC") on the DTC Legal Notice System ("LENS"), which enables participating banks and brokers to review the Summary Notice and directly contact Epiq to obtain copies of the Notice for clients who may be Settlement Class Members.

## III.    THE SETTLEMENT WEBSITE

14.  Epiq, in coordination with Lead Counsel, designed, implemented, and maintains a website dedicated to the Settlement of the Litigation (www.TaskUsSecuritiesLitigation.com) (the "Settlement Website").  The Settlement Website's address is set forth in the Notice and Long-Form Notice delivered to potential Settlement Class Members and nominees, and was published in the Summary Notice.

15.    The Settlement Website became operational on July 3, 2025, ahead of the Court-ordered schedule, and is accessible 24 hours a day, 7 days a week.  The Settlement Website provides summary information regarding the case and Settlement, and highlights important dates, including dates to submit claims, seek exclusion from the Settlement Class, or file objections, as well as the date of the Final Approval Hearing.

16.    The Settlement Website provides copies of the Notice, Summary Notice, Long-Form Notice, and Proof of Claim form, as well as answers to frequently asked questions, instructions on how to submit claims, how to opt out of the Settlement, and how to submit objections.

17.    The Settlement Website also contains downloadable copies of other documents related to the Litigation, including the Court's Notice Order, the Amended Class Action Complaint filed December 16, 2022, the Stipulation, and Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement filed February 24, 2025.  In addition, Epiq will promptly post copies of the papers being filed in support of final approval of the Settlement, approval of the Plan of Allocation, and awards of attorneys' fees, litigation expenses, and Plaintiffs' reasonable costs and expenses.

18.    The Settlement Website also includes a link to a claim filing module through which Settlement Class Members may submit their claims online, a link to an exclusion module through which Settlement Class Members may submit their requests for exclusion online, and a link to a nominee module through which nominees and brokers may electronically submit claims on behalf of Settlement Class Members and lists of the names and addresses of potential Settlement Class Members to which Epiq will mail Notices.  Epiq will continue operating, maintaining and, as

5

appropriate, updating the Settlement Website until the conclusion of the claims administration process.

19.     As of the date of this Declaration, there have been 1,360 unique visitors to the Settlement Website and 4,237 pageviews.  Additionally, of those 4,237 pageviews, 135 were of the downloadable Proof of Claim form.

## IV.     CONTACT CENTER SERVICES

20.     Epiq reserved a toll-free telephone number for the Settlement, 1-888-864-4860. Epiq also published the telephone number in the Notice, Summary Notice, Long-Form Notice, and on the Settlement Website.

21.     The telephone number, which became operational on July 3, 2025, connects callers with an Interactive Voice Response ("IVR") system.  The IVR provides callers with access to additional information that has been pre-recorded and is in operation 24 hours a day, 7 days a week.  The pre-recorded message provides callers with a brief summary of the Settlement and the option to select one of several more detailed recorded messages addressing frequently asked questions.  The IVR also allows callers to request that a copy of the Long-Form Notice and Proof of Claim form be mailed to them, or the caller may opt to speak with a trained operator Monday through Friday from 7:00 a.m. to 7:00 p.m. M.T. (excluding official holidays) regarding the status of the Settlement and/or to obtain answers to questions they may have.

22.     As of the date of this Declaration, Epiq has received a total of 31 calls to the telephone number dedicated to the Settlement, including 14 calls that were handled by a live operator.  Epiq has promptly responded to each telephone inquiry and mailing request and will continue to do so.

23.     Additionally, Epiq maintains and monitors an email address established for the Settlement (info@TaskUsSecuritiesLitigation.com) as well as a P.O. Box dedicated to this

6

Settlement (*TaskUs Securities Litigation*, P.O. Box 4518, Portland, OR 97208-4518) for potential Settlement Class Members and nominees to submit questions and inquiries via email and mail. As of the date of this Declaration, Epiq has received 79 emails and mailed correspondence and responded as appropriate.

## V.    CLAIM FILING

24.    The Notice, Summary Notice, Long-Form Notice, IVR, and Settlement Website inform potential Settlement Class Members that, to be eligible to receive a payment from the Net Settlement Fund, they must submit a Proof of Claim form online via the Settlement Website by October 6, 2025, or by mail such that it is postmarked by October 6, 2025. As is typical in other claims administration matters of this kind, Epiq will continue to process claims received or postmarked after October 6, 2025, until such time as the receipt and processing of new late claims will impact decisions on disbursements.

25.    As of the date of this Declaration, Epiq has received 360 Proof of Claim forms from potential Settlement Class Members and brokerage firms, banks, institutions, and other nominees. In Epiq's experience, the vast majority of Claim Forms are submitted close to the claim submission deadline. Accordingly, Epiq anticipates that the claim count will increase over the coming weeks.

## VI.    REQUESTS FOR EXCLUSION AND OBJECTIONS

26.    The Notice, Summary Notice, Long-Form Notice, IVR, and Settlement Website inform potential Settlement Class Members that requests for exclusion from the Settlement Class must have been electronically submitted via the Settlement Website or postmarked no later than August 21, 2025. The Notice, Long-Form Notice, and Settlement Website instruct potential Settlement Class Members who wished to exclude themselves from the Settlement Class to submit a written request for exclusion that provides specific information, including records of their transactions in TaskUs common stock.

27.    As of the date of this Declaration, Epiq has not received and is not aware of any requests for exclusion.

28.    The Notice, Summary Notice, Long-Form Notice, IVR, and Settlement Website also inform potential Settlement Class Members that they may object to the Settlement, the proposed Plan of Allocation, or the application for awards of attorneys' fees, litigation expenses, and reasonable costs and expenses to Plaintiffs; that the objection must be made in writing and filed with the Court in accordance with all of the instructions set forth in the Long-Form Notice; and that objections must be received or filed, not simply postmarked, on or before September 25, 2025.

29.    As of the date of this Declaration, Epiq has not received and is not aware of any objections to the Settlement, the proposed Plan of Allocation, or the application for awards of attorneys' fees, litigation expenses, and Plaintiffs' reasonable costs and expenses.

Dated:  September 10, 2025

By:    _____
                Morgan Kimball

8

# EXHIBIT 1

*TaskUs Securities Litigation*
**Claims Administrator**
**c/o Epiq**
**P.O. Box 4518**
**Portland, OR 97208-4518**

**BARCODE
NO-PRINT
ZONE**

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Portland, OR
PERMIT NO. 2882

**IMPORTANT NOTICE FROM THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
NOTICE OF CLASS SETTLEMENT**

If you purchased or otherwise acquired TaskUs Class A common stock between June 11, 2021 and January 19, 2022, both inclusive, you may be entitled to receive a payment from a class action settlement.

**THE SETTLEMENT MAY AFFECT YOUR LEGAL RIGHTS. YOU MAY BE ELIGIBLE FOR A CASH PAYMENT. PLEASE READ THIS NOTICE CAREFULLY.**
**This Notice provides only limited information about the Settlement. For more information, please visit www.TaskUsSecuritiesLitigation.com (the "Settlement Website") or call the Claims Administrator at 1-888-864-4860.**
<u>**Important Settlement Notice:**</u> *Lozada v. TaskUs, Inc., et al.,* **Case No. 1:22-cv-01479-JPC-GS (S.D.N.Y.) (the "Action")**

**The following QR code links to the Settlement Website:**



**Barcode No-Print Zone**

The Parties have reached a proposed Settlement that, if approved, will resolve the Released Claims against the Defendants and their Related Parties on behalf of the Settlement Class. Defendants' and/or their insurance carriers have agreed to pay $17,500,000 in total to resolve this case. This amount, plus accrued interest, and after deduction of Court-approved attorneys' fees and expenses (including any awards to Plaintiffs), Notice and Administration Costs, and Taxes, will be allocated, pursuant to the Plan of Allocation in the Long-Form Notice, among Settlement Class Members who submit valid claims.

You may be a Settlement Class Member if you purchased or otherwise acquired TaskUs Class A common stock between June 11, 2021 and January 19, 2022, both inclusive.

**TO BE ELIGIBLE FOR PAYMENT, YOU MUST SUBMIT A VALID PROOF OF CLAIM ONLINE OR POSTMARKED BY OCTOBER 6, 2025. THE FORM IS AVAILABLE FROM THE SETTLEMENT WEBSITE, WWW.TASKUSSECURITIESLITIGATION.COM, OR BY MAIL UPON REQUEST THROUGH THE WEBSITE OR BY CALLING THE CLAIMS ADMINISTRATOR AT 1-888-864-4860.**

**The Settlement Website contains a Long-Form Notice with additional information that you should review.**

**You must comply with the Long-Form Notice's complete instructions on how to submit a Proof of Claim, exclude yourself, or object. In summary, you have three options:**

**Option 1: Submit a Proof of Claim (with further options to object to the Settlement and/or appear at the Final Approval Hearing). Proof of Claim and Release forms ("Proof of Claim") are available at www.TaskUsSecuritiesLitigation.com and must be postmarked (if mailed) or received (if submitted online) on or before October 6, 2025.**

**Option 2: Exclude yourself from the Settlement Class, as detailed in the Long-Form Notice. Exclusions must be received on or before August 21, 2025.**

**Option 3: Do nothing. You will still be bound by the Settlement and will fully release all Released Claims against Defendants and their Related Parties.**

You may write to the Court if you do not like this Settlement, the Plan of Allocation and/or the request for attorneys' fees and expenses. You will still be a Member of the Settlement Class. **Objections must be received by the Court and counsel for the Parties on or before September 25, 2025. Submitting a written objection and notice of intention to appear by September 25, 2025 allows you to speak in Court about the fairness of the Settlement, the Plan of Allocation and/or the request for attorneys' fees and expenses.** If you submit a written objection, you may (but you do not have to) attend the hearing and speak to the Court about your objection. The Court may change this date to a later date and/or time without further written notice to you.

**What is this case about? Why is there a settlement?** The Action alleges that the Defendants made material misstatements regarding, *inter alia*, TaskUs's employee culture and attrition and TaskUs's Glassdoor rating. Defendants deny any wrongdoing or liability. The Parties disagree on liability and damages. Plaintiffs wish to avoid the risk and delay of further litigation and secure a substantial benefit for the Settlement Class. Defendants wish to avoid the cost and distraction of further litigation.

**How much will I recover?** The estimated average recovery per affected share of TaskUs Class A common stock is approximately $0.45 per share (or $1.06 for shares purchased in or traceable to the SPO), before deduction of Court-approved fees, expenses, and costs. This amount is an average, and your recovery will vary based on (among other things) the number of valid claims and the size and timing of your transactions in TaskUs Class A common stock.

**The Court will hold a hearing on October 16, 2025 at 2:00pm** to consider whether to approve the Settlement and Lead Counsel Bleichmar Fonti & Auld LLP's request for attorneys' fees not to exceed 30% of the Settlement Fund (including interest accrued thereon), expenses not to exceed approximately $980,000 (including interest accrued thereon), and awards to Plaintiffs totaling no more than $17,000 (an average of approximately $0.16 per affected share of TaskUs Class A common stock (or $0.38 for stock purchased in or traceable to the SPO)). You may, but are not required to, attend, and may also appear through counsel of your choice and at your own expense.

**How can I get more information?** Visit the Settlement Website at **www.TaskUsSecuritiesLitigation.com**, contact the Claims Administrator at 1-888-864-4860, or contact Lead Counsel at (888) 879-9418 or TaskUsSettlement@bfalaw.com.

### SPECIAL NOTICE TO NOMINEES

Nominees who purchased or otherwise acquired TaskUs Class A common stock between June 11, 2021 and January 19, 2022, both inclusive, for the beneficial interest of other Persons or entities shall, within seven (7) days after receipt of the Notice, either (1) send the Notice to such beneficial owners of such TaskUs Class A common stock, or (2) send a list of the names and addresses of such beneficial owners to the Claims Administrator, in which event the Claims Administrator shall promptly mail the Notice to such beneficial owners.

If you choose the first option, you must send a statement to the Claims Administrator confirming that the mailing was made and **you must retain your mailing records for use in connection with any further notices that may be provided in the Action.**

If you choose the second option, the Claims Administrator will send a copy of the Notice to the beneficial owners. Upon full and timely compliance with these directions, such nominees may seek reimbursement of their reasonable expenses actually incurred by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought.

For more information, please visit www.TaskUsSecuritiesLitigation.com (the "Settlement Website") or Call the Claims Administrator at 1-888-864-4860.

AL4942 v.01

# EXHIBIT 2



*[Mutual fund performance tables and charts — "Top Growth Funds (Last 3 months, all total returns)", "Top Growth Funds (Last 3 years, all total returns)", U.S. Stock Fund Cash Position, and extensive fund performance listings by alphabetical family.]*

---

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

THOMAS SPITZER, Individually and on Behalf of All Others Similarly Situated,
Plaintiff,
v.
ROBERT Z. FLEXON, DARREN R. JAMISON, JOHN J. JURIC, SCOTT W. ROBINSON, and FREDERICK S. HENCKEN III,
Defendants.

Case No. 2:23-cv-08659-HDV (MARx)

CLASS ACTION

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARDS TO PLAINTIFFS**

TO: All persons or entities who purchased or otherwise acquired publicly traded Capstone Green Energy Corporation ("Capstone") securities between November 11, 2020 and October 4, 2023, inclusive, and were allegedly damaged thereby (the "Settlement Class").

PLEASE READ THIS NOTICE CAREFULLY, AS YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Central District of California, that the above-captioned litigation (the "Action") has been preliminarily certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full printed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Awards to Plaintiffs (the "Notice").

YOU ARE ALSO NOTIFIED that Plaintiffs in the Action have reached a proposed settlement of the Action for $2,250,000 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

A hearing will be held on November 13, 2025 at 10:00 A.M., before the Honorable Hernán D. Vera, United States District Judge of the United States District Court for the Central District of California, First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Courtroom 5B, to determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation and Agreement of Settlement dated April 4, 2025 (and in the Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Lead Counsel's application for an award of attorneys' fees, reimbursement of expenses, and awards to Plaintiffs should be approved. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund. If you have not yet received the Notice and Proof of Claim Form ("Claim Form"), you may obtain copies of these documents by contacting the Claims Administrator at Thomas Spitzer v. Robert C. Flexon et al., No. 2:23-cv-08659, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063, Toll Free Number: (866) 274-4004, Fax: (610) 565-7985, Email: info@strategicclaims.net. Copies of the Notice and Claim Form can also be downloaded from the website maintained by the Claims Administrator, www.strategicclaims.net/capstone.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form to the Claims Administrator postmarked no later than October 23, 2025 or submitted electronically by 11:59 P.M. ET on October 23, 2025. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is received no later than October 23, 2025. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees, reimbursement of litigation expenses, and/or awards to Plaintiffs, must be filed with the Clerk of the Court and Lead Counsel and Defendants' Counsel such that they are received no later than October 23, 2025:

| Clerk's Office | Lead Counsel | Defendants' Counsel |
|---|---|---|
| United States District Court for the Central District of California | Pomerantz LLP | Latham & Watkins LLP |
| Clerk of the Court | Brenda Szydlo, Esq. | Colleen C. Smith |
| Brian D. Karth | 600 Third Avenue, 20th Fl. | 12670 High Bluff Drive |
| First Street Court House | New York, NY 10016 | San Diego, CA 92130 |
| 350 W. 1st Street | The Rosen Law Firm, P.A. | Latham & Watkins LLP |
| Los Angeles, CA 90012 | Jonathan Stern, Esq. | Kathryn George |
| | 275 Madison Avenue, 40th Fl. | 330 N Wabash Ave, Ste. 2800 |
| | New York, NY 10016 | Chicago, IL 60611 |

PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, DEFENDANTS, OR THEIR COUNSEL REGARDING THIS SUMMARY NOTICE. ALL QUESTIONS ABOUT THIS SUMMARY NOTICE, THE PROPOSED SETTLEMENT, OR YOUR ELIGIBILITY TO PARTICIPATE IN THE SETTLEMENT SHOULD BE DIRECTED TO LEAD COUNSEL OR THE CLAIMS ADMINISTRATOR.

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

Pomerantz LLP
Attn: Brenda Szydlo, Esq.
600 Third Avenue, 20th Floor,
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com

The Rosen Law Firm, P.A.
Attn: Jonathan Stern, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jstern@rosenlegal.com

Requests for the Notice and Claim Form should be made to:
Thomas Spitzer v. Robert C. Flexon et al., No. 2:23-cv-08659
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Toll-Free Number: (866) 274-4004
Fax: (610) 565-7985
info@strategicclaims.net
www.strategicclaims.net/capstone

Dated: June 5, 2025    BY ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

HUMBERTO LOZADA and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM Individually and on Behalf of All Others Similarly Situated,
Plaintiffs,
v.
TASKUS, INC., BRYCE MADDOCK, JASPAR WEIR, BALAJI SEKAR, AMIT DIXIT, MUKESH MEHTA, SUSIR KUMAR, JACQUELINE D. RESES, and BCP FC AGGREGATOR L.P.,
Defendants.

Case No. 1:22-cv-01479

CLASS ACTION

TO: ALL PERSONS OR ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED TASKUS CLASS A COMMON STOCK BETWEEN JUNE 11, 2021 AND JANUARY 19, 2022, BOTH INCLUSIVE.[1]

THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York (the "Court") and Rule 23 of the Federal Rules of Civil Procedure, that a hearing will be held on October 16, 2025, at 2:00 p.m., before the Honorable Gary Stein, U.S. Magistrate Judge, in Courtroom 9A at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for the purpose of determining: (1) whether the proposed settlement of the claims in the above-captioned litigation (the "Litigation") for the sum of $17,500,000 in cash (the "Settlement") should be approved by the Court as fair, reasonable, and adequate; (2) whether a Settlement Class should be certified for purposes of the Settlement; (3) whether, thereafter, this Litigation should be dismissed with prejudice pursuant to the terms and conditions set forth in the Stipulation of Settlement dated May 27, 2025 (the "Stipulation"); (4) whether the proposed Plan of Allocation is fair, reasonable, and adequate and therefore should be approved; and (5) the reasonableness of the application for payment of attorneys' fees and expenses incurred in connection with this Litigation together with the interest earned thereon (and any payment to the Plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995 in connection with his representation of the Settlement Class). The Court may change the date of this hearing, or hold it remotely, without providing another notice. You do NOT need to attend the hearing to receive a distribution from the Net Settlement Fund.

The Litigation has been preliminarily certified as a class action on behalf of a Settlement Class of All Persons or entities who purchased or otherwise acquired TaskUs Class A common stock either: (i) between June 11, 2021 and January 19, 2022, both inclusive, or (ii) pursuant and/or traceable to the IPO Registration Statement or Secondary Offering Registration Statement, except for certain Persons or entities excluded from the Settlement Class, as defined in the full Long-Form Notice of Pendency and Proposed Settlement of Class Action ("Long-Form Notice"), which is available as described below. If the Settlement is approved, it will resolve all claims in the Litigation. Capitalized terms that are not otherwise defined herein shall have the meanings ascribed to them in the Long-Form Notice and/or Stipulation.

A detailed description of the Litigation, including important information about your rights and options, is in the detailed Long-Form Notice available at www.TaskUsSecuritiesLitigation.com or by contacting the Claims Administrator as: TaskUs Securities Litigation, Claims Administrator, c/o Epiq Class Action & Claims Solutions, Inc., P.O. Box 4518, Portland, OR 97208-4518, or (888) 864-4860.

If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release form ("Proof of Claim") online at www.TaskUsSecuritiesLitigation.com or by mail postmarked no later than October 6, 2025. Failure to timely submit a Proof of Claim will subject your claim to possible rejection and may preclude you from receiving any payment from the Settlement.

If you desire to be excluded from the Settlement Class, you must submit a request for exclusion electronically submitted or postmarked by August 21, 2025, in the manner and form explained in the detailed Long-Form Notice referred to above. All Members of the Settlement Class who do not timely and validly request exclusion from the Settlement Class will be bound by any judgment entered in the Litigation pursuant to the terms and conditions of the Stipulation.

Any objection to the Settlement, Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be mailed or delivered to the Clerk of Court and counsel for the Parties at the addresses below such that it is received no later than September 25, 2025:

Court:

Clerk of the Court
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Lead Counsel:

Joseph A. Fonti
BLEICHMAR FONTI & AULD LLP
300 Park Avenue, Suite 1301
New York, New York 10022
Emailed copy to taskussettlement@bfalaw.com

Counsel for Defendants:

Jonathan K. Youngwood
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Emailed copy to jyoungwood@stblaw.com

PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE. If you have any questions about the Settlement, you may contact counsel for Plaintiffs at the address listed above, email taskussettlement@bfalaw.com, call (888) 879-9418, or go to the following website: www.TaskUsSecuritiesLitigation.com.

DATED: July 7, 2025

BY THE COURT:

Judge John P. Cronan

[1] Any capitalized terms that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement dated May 27, 2025 (the "Stipulation"), which is available on the website established for the Settlement at www.TaskUsSecuritiesLitigation.com.

©2025 Investor's Business Daily, LLC. All rights reserved.

# Pending Class Action Lawsuit Involving all Persons or Entities who Purchased or Otherwise Acquired TaskUs Class A Common Stock Between June 11, 2021 and January 19, 2022

NEWS PROVIDED BY
**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK →**
Jul 07, 2025, 09:02 ET

NEW YORK, July 7, 2025 /PRNewswire/ --

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HUMBERTO LOZADA and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM  Individually and on Behalf of All Others Similarly Situated,<br><br><br><br>Plaintiffs,<br><br><br>v.<br><br><br>TASKUS, INC., BRYCE MADDOCK, JASPAR WEIR, BALAJI SEKAR, AMIT DIXIT, MUKESH MEHTA, SUSIR KUMAR, JACQUELINE D. RESES, and BCP FC AGGREGATOR L.P.,<br><br><br><br>Defendants. | Case No.  1:22-cv-01479<br><br>CLASS ACTION |

**TO: ALL PERSONS OR ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED TASKUS CLASS A COMMON STOCK BETWEEN JUNE 11, 2021 AND JANUARY 19, 2022, BOTH INCLUSIVE.[1]**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT**.

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York (the "Court") and Rule 23 of the Federal Rules of Civil Procedure, that a hearing will be held on **October 16, 2025, at 2:00 p.m.**, before the Honorable Gary Stein, U.S. Magistrate Judge, in Courtroom 9A at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for the purpose of determining: (1) whether the proposed settlement of the claims in the above-captioned litigation (the "Litigation") for the sum of $17,500,000 in cash (the "Settlement") should be approved by the Court as fair, reasonable, and adequate; (2) whether a Settlement Class should be certified for purposes of the Settlement; (3) whether, thereafter, this Litigation should be dismissed with prejudice pursuant to the terms and conditions set forth in the Stipulation of Settlement dated May 27, 2025 (the "Stipulation"); (4) whether the proposed Plan of Allocation is fair, reasonable, and adequate and therefore should be approved; and (5) the reasonableness of the application for payment of attorneys' fees and expenses incurred in connection with this Litigation together with the interest earned thereon (and any

payment to the Plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995 in connection with his representation of the Settlement Class). The Court may change the date of this hearing, or hold it remotely, without providing another notice. You do NOT need to attend the hearing to receive a distribution from the Net Settlement Fund.

The Litigation has been preliminarily certified as a class action on behalf of a Settlement Class of all Persons or entities who purchased or otherwise acquired TaskUs Class A common stock either: (i) between June 11, 2021 and January 19, 2022, both inclusive, or (ii) pursuant and/or traceable to the IPO Registration Statement or Secondary Offering Registration Statement, except for certain Persons or entities excluded from the Settlement Class, as defined in the full Long-Form Notice of Pendency and Proposed Settlement of Class Action ("Long-Form Notice"), which is available as described below. If the Settlement is approved, it will resolve all claims in the Litigation. Capitalized terms that are not otherwise defined herein shall have the meanings ascribed to them in the Long-Form Notice and/or Stipulation.

A detailed description of the Litigation, including important information about your rights and options, is in the detailed Long-Form Notice available at **www.TaskUsSecuritiesLitigation.com** or by contacting the Claims Administrator at: *TaskUs Securities Litigation*, Claims Administrator, c/o Epiq Class Action & Claims Solutions, Inc., P.O. Box 4518, Portland, OR 97208-4518, or (888) 864-4860.

**If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release form ("Proof of Claim") online at www.TaskUsSecuritiesLitigation.com or by mail postmarked no later than October 6, 2025.  Failure to timely submit a Proof of Claim will subject your claim to possible rejection and may preclude you from receiving any payment from the Settlement.**

If you desire to be excluded from the Settlement Class, you must submit a request for exclusion electronically submitted or postmarked by **August 21, 2025**, in the manner and form explained in the detailed Long-Form Notice referred to above. All Members of the Settlement Class who do not timely and validly request exclusion from the Settlement Class will be bound by any judgment entered in the Litigation pursuant to the terms and conditions of the Stipulation.

Any objection to the Settlement, Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be mailed or delivered to the Clerk of Court and counsel for the Parties at the addresses below such that it is received no later than **September 25, 2025**

*Court:*

Clerk of the Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Daniel Patrick Moynihan

United States Courthouse

500 Pearl Street

New York, New York 10007

*Lead Counsel:*

Joseph A. Fonti

BLEICHMAR FONTI & AULD LLP

300 Park Avenue, Suite 1301

New York, New York 10022

Emailed copy to **taskussettlement@bfalaw.com**

*Counsel for Defendants*:

Jonathan K. Youngwood

SIMPSON THACHER & BARTLETT LLP

425 Lexington Avenue

New York, New York 10017

Emailed copy to **jyoungwood@stblaw.com**

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE**. If you have any questions about the Settlement, you may contact counsel for Plaintiffs at the address listed above, email **taskussettlement@bfalaw.com**, call (888) 879-9418, or go to the following

website: **www.TaskUsSecuritiesLitigation.com**.

DATED: July 7, 2025

BY THE COURT:

Judge John P. Cronan

---

[1] Any capitalized terms that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement dated May 27, 2025 (the "Stipulation"), which is available on the website established for the Settlement at **www.TaskUsSecuritiesLitigation.com**.

SOURCE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

SOURCE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

# GET STARTED

**440k+**
**Newsrooms & Influencers**

**9k+**
**Digital Media Outlets**

**270k+**
**Journalists Opted In**