# Exhibit 5

## Webb Declaration

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HUMBERTO LOZADA AND OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM PLAINTIFFS )<br><br>)<br><br>)<br><br>)<br>)<br>)<br><br>v.   )<br>)<br>)<br><br>TASKUS, INC., BRYCE MADDOCK, )<br>JASPAR WEIR, BALAJI SEKAR, AMIT )<br>DIXIT, MUKESH MEHTA, SUSIR KUMAR, JACQUELINE D. RESES, AND BCP FC AGGREGATOR L.P. DEFENDANTS | No. 1:22-cv-01479<br><br>CLASS ACTION |

---

**DECLARATION OF FRED R. WEBB REGARDING CAFA NOTICE**

1.      I am a Case Coordinator at Verita Global ("Verita"). My business address is 1 McInnis Pkwy, Suite 250, San Rafael, California 94903. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently to them.

2.      In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, I compiled a CD-ROM containing the following documents:

- 01.01 Class Action Complaint

- 01.03 Amended Class Action Complaint

- 01.04 Answer to Amended Class Action Complaint

- 02.01 Motion for Preliminary Approval

- 02.02 Proposed Order re Preliminary Approval Hearing

- 02.03 Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement

- 02.04 Declaration of Morgan Kimball

- 03.01 Long Form Notice

- 03.02 Summary Notice

- 03.03 Postcard Notice

- 03.04 Claim Form

- 04.01 Settlement Agreement

- 06.01 Proposed Final Judgment

These documents accompanied a cover letter (collectively, the "CAFA Notice Packet"). A copy of the cover letter is presented as Exhibit A.

3.      On March 5, 2025, I caused 74 CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Memphis, Tennessee to the parties listed in Exhibit B (i.e., the U.S. Attorney General, the Attorneys General of individual states and the District of Columbia, and the five recognized U.S. Territories, as well as parties of interest to this Action).

4.      As of the date of this Declaration, I have received no response to the CAFA Notice Packet from any of the recipients identified in paragraph three above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 26, 2025 in Louisville, Kentucky.

*Fred Webb*

Fred R. Webb,

Case Coordinator

# Exhibit A

 veritaglobal.com

1 McInnis Parkway
Suite 250
San Rafael, CA 94903

March 5, 2025

VIA PRIORITY MAIL

Pamela Bondi
Attorney General of the United States
950 Pennsylvania Avenue, NW
United States Department of Justice
Washington, DC 20530-0001

      Re:     Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear Pamela Bondi:

Verita Global is the independent third-party CAFA Administrator in a putative class action lawsuit entitled *Humberto Lozada and Oklahoma Firefighters Pension and Retirement System V. Taskus, Inc., Bryce Maddock, Jaspar Weir, Balaji Sekar, Amit Dixit, Mukesh Mehta, Susir Kumar, Jacqueline D. Reses, and BCP FC Aggregator L.P.*, Case No. 1:22-cv-01479. Simpson Thacher & Bartlett LLP represents Taskus, Inc., Bryce Maddock, Jaspar Weir, Balaji Sekar, Amit Dixit, Mukesh Mehta, Susir Kumar, Jacqueline D. Reses, and BCP FC Aggregator L.P. ("Defendants") in that Action. The lawsuit is pending before the Honorable John P. Cronan in the United States District Court for the Southern District of New York. This letter is to advise you that Humberto Lozada and Oklahoma Firefighters Pension and Retirement System ("Plaintiffs") filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on February 24, 2025.

| | |
|---|---|
| **Case Name:** | *Humberto Lozada and Oklahoma Firefighters Pension and Retirement System V. Taskus, Inc., Bryce Maddock, Jaspar Weir, Balaji Sekar, Amit Dixit, Mukesh Mehta, Susir Kumar, Jacqueline D. Reses, and BCP FC Aggregator L.P.* |
| **Case Number:** | 1:22-cv-01479 |
| **Jurisdiction:** | United States District Court, Southern District of New York |
| **Date Settlement Filed with Court:** | February 24, 2025 |

 veritaglobal.com

Pamela Bondi
March 5, 2025
Page 2

Defendants deny any wrongdoing or liability whatsoever but have decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), the documents referenced below are included on the CD that is enclosed with this letter:

1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the *Class Action Complaint, Amended Class Action Complaint,* and the *Answer to Amended Class Action Complaint* are included on the enclosed CD.

2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** As of March 5, 2025, the Court has not yet scheduled a final fairness hearing in this matter. Plaintiff filed a *Motion for Preliminary Approval* requesting that the Honorable John P. Cronan preliminarily approve the proposed Settlement. Copies of the *Motion for Preliminary Approval, Proposed Order re Preliminary Approval Hearing, Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement,* and the *Declaration of Morgan Kimball* are included on the enclosed CD.

3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** Copies of the *Long Form Notice, Summary Notice, Postcard Notice,* and the *Claim Form* to be provided to the class are included on the enclosed CD.

4. **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Settlement Agreement* is included on the enclosed CD.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of March 5, 2025, no other settlement or agreement has been entered into by the Parties to this Action with each other, either directly or by and through their respective counsel.

6. **28 U.S.C. § 1715(b)(6) – Final Judgment:** No Final Judgment has been reached as of March 5, 2025, nor have any Notices of Dismissal been granted at this time. A copy of the *Proposed Final Judgment* is included on the enclosed CD.

 veritaglobal.com

Pamela Bondi
March 5, 2025
Page 3

7. **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** While Defendants and Verita are in the process of gathering information on this issue, pursuant to 28 U.S.C. § 1715(b)(7)(A), at this time a complete list of names of class members as well as each State of residence is not available, because the parties do not presently know the names or current addresses of all the proposed settlement class members and will not learn this information until the Settlement is preliminarily approved and the Court authorizes dissemination of information about the Settlement through the Class Notice. Pursuant to 28 U.S.C. § 1715(b)(7)(B), it is estimated that there are approximately 25,000 individuals in the class.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at this time. As of March 5, 2025, there has been no written judicial opinion related to the settlement.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact the undersigned immediately so that Defendants can address any concerns or questions you may have.

Thank you.

Sincerely,

*/s/*
Fred Webb,
Case Coordinator

Enclosure – CD ROM

# Exhibit B

| Last | First | Company 1 | Company 2 | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Bondi | Pamela | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530-0001 |
| Taylor | Treg | Office of the Alaska Attorney General | | 1031 W. 4th Avenue, Suite 200 | | Anchorage | AK | 99501-1994 |
| Marshall | Steve | Office of the Alabama Attorney General | | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Griffin | Tim | Arkansas Attorney General Office | | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Mayes | Kris | Office of the Arizona Attorney General | | 2005 N. Central Avenue | | Phoenix | AZ | 85004 |
| CAFA Coordinator | | Office of the Attorney General | | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Weiser | Phil | Office of the Colorado Attorney General | | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Tong | William | State of Connecticut Attorney General | | 165 Capitol Avenue | | Hartford | CT | 06106 |
| Schwalb | Brian | District of Columbia Attorney General | | 400 6th St. NW | | Washington | DC | 20001 |
| Jennings | Kathy | Delaware Attorney General | | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Moody | Ashley | Office of the Attorney General of Florida | | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Carr | Chris | Office of the Georgia Attorney General | | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Lopez | Anne E. | Office of the Hawaii Attorney General | | 425 Queen Street | | Honolulu | HI | 96813 |
| Bird | Brenna | Iowa Attorney General | | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Labrador | Raul | State of Idaho Attorney General's Office | | 700 W. Jefferson Street, Suite 210 | P.O. Box 83720 | Boise | ID | 83720-1000 |
| Raoul | Kwame | Illinois Attorney General | | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Rokita | Todd | Indiana Attorney General's Office | | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Kobach | Kris | Kansas Attorney General | | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Coleman | Russell | Office of the Kentucky Attorney General | | 700 Capitol Ave. | Capitol Building, Suite 118 | Frankfort | KY | 40601-3449 |
| Murrill | Liz | Office of the Louisiana Attorney General | | 1885 North Third Street | | Baton Rouge | LA | 70802 |
| Campbell | Andrea | Attorney General of Massachusetts | | 1 Ashburton Place | 20th Floor | Boston | MA | 02108-1698 |
| Brown | Anthony G. | Office of the Maryland Attorney General | | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Frey | Aaron | Office of the Maine Attorney General | | State House Station 6 | | Augusta | ME | 04333 |
| Nessel | Dana | Office of the Michigan Attorney General | | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Keith Ellison | Attorney General | Attention: CAFA Coordinator | | 445 Minnesota Street | Suite 1400 | St. Paul | MN | 55101-2131 |
| Bailey | Andrew | Missouri Attorney General's Office | | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Fitch | Lynn | Mississippi Attorney General's Office | | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Knudsen | Austin | Office of the Montana Attorney General | | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Stein | Josh | North Carolina Attorney General | | Department of Justice | P.O.Box 629 | Raleigh | NC | 27602-0629 |
| Hilgers | Mike | Office of the Nebraska Attorney General | | State Capitol P.O. Box 98920 | | Lincoln | NE | 68509-8920 |
| Ford | Aaron | Nevada Attorney General | | Old Supreme Ct. Bldg. | 100 North Carson St. | Carson City | NV | 89701 |
| Formella | John | New Hampshire Attorney General | | New Hampshire Department of Justice | 33 Capitol St. | Concord | NH | 03301-6397 |
| Platkin | Matthew J. | Office of the New Jersey Attorney General | | Richard J. Hughes Justice Complex | 25 Market St., P.O. Box 080 | Trenton | NJ | 08625-0080 |
| Torrez | Raul | Office of the New Mexico Attorney General | | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| James | Letitia | Office of the New York Attorney General | | Dept. of Law - The Capitol | 2nd Floor | Albany | NY | 12224-0341 |
| Wrigley | Drew H. | North Dakota Office of the Attorney General | | State Capitol | 600 E. Boulevard Ave., Dept. 125 | Bismarck | ND | 58505-0040 |
| Yost | Dave | Ohio Attorney General | | Rhodes State Office Tower | 30 E. Broad St., 14th Flr. | Columbus | OH | 43215 |
| Drummond | Gentner | Oklahoma Office of the Attorney General | | 313 NE 21st St. | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | | Justice Building | 1162 Court St. NE | Salem | OR | 97301-4096 |
| Henry | Michelle A. | Pennsylvania Office of the Attorney General | | 16th Flr., Strawberry Square | | Harrisburg | PA | 17120 |
| Neronha | Peter | Rhode Island Office of the Attorney General | | 150 South Main St. | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211 |
| Jackley | Marty | South Dakota Office of the Attorney General | | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Skrmetti | Jonathan | Tennessee Attorney General and Reporter | | 425 5th Avenue North | | Nashville | TN | 37243 |
| Paxton | Ken | Attorney General of Texas | | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | | P.O. Box 142320 | | Salt Lake City | UT | 84114-2320 |
| Clark | Charity R. | Office of the Attorney General of Vermont | | 109 State St. | | Montpelier | VT | 05609-1001 |
| Miyares | Jason | Office of the Virginia Attorney General | | 202 North Ninth St. | | Richmond | VA | 23219 |
| Ferguson | Bob | Washington State Attorney General | | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Morrisey | Patrick | West Virginia Attorney General | | State Capitol Complex, Bldg. 1, Rm. E-26 | 1900 Kanawha Blvd. E. | Charleston | WV | 25305 |
| Kaul | Josh | Office of the Wisconsin Attorney General | | Dept. of Justice, State Capitol | Rm. 114 East, P.O. Box 7857 | Madison | WI | 53707-7857 |
| Hill | Bridget | Office of the Wyoming Attorney General | | 109 State Capitol | | Cheyenne | WY | 82002 |
| Ala'ilima-Utu | Fainu'ulelei Falefatu | American Samoa Gov't | OCC Headquarters | Dept. of Legal Affairs, c/o Attorney General | P.O. Box 7 | Utulei | AS | 96799 |
| Moylan | Douglas | Office of the Attorney General, ITC Building | | 590 S. Marine Corps Dr. | Suite 706 | Tamuning | Guam | 96913 |
| Manibusan | Edward | Northern Mariana Islands Attorney General | | Administration Building | P.O. Box 10007 | Saipan | MP | 96950-8907 |
| Hernández | Domingo Emanuelli | Puerto Rico Attorney General | | Torre Chardón, Suite 1201 | 350 Carlos Chardón Ave. | San Juan | PR | 00918 |
| Rhea | Gordon C. | Virgin Islands Acting Atty. General, DOJ | | 3438 Kronprindsens Gade | GERS Complex, 2nd Floor | St. Thomas | VI | 00802 |
| Uyeda | Mark | Acting Chairman | U.S. Securities and Exchange Commission | SEC Headquarters | 100 F Street, NE | Washington | DC | 20549 |
| Powell | Jerome H. | Chair, Board of Governors | Federal Reserve System | 20th Street and Constitution Avenue N.W. | | Washington | DC | 20551 |
| Hsu | Michael J. | Office of the Comptroller of the Currency | OCC Headquarters | Constitution Center | 400 7th Street, S.W., Suite 3E-218 | Washington | DC | 20219 |
| Benham | Rostin | Chair, Commodity Futures Trading Commission | | Three Lafayette Centre | 1155 21st Street, NW | Washington | DC | 20581 |
| Oldander | Richard | General Counsel and Head of Legal Group | Federal Reserve Bank of New York | 33 Liberty Street | | New York | NY | 10045 |
| Gallen | Joseph | Office of the Attorney General | Department of Justice | Federated States of Micronesia | P.O. Box PS 105 | Palikir, Pohnpei | FM | 96941 |
| Rengiil | Ernestine K. | Palau Office of the Attorney General | | P.O. Box 6051 | | Koror | PW | 96940 |
| Office of the Attorney General | | Republic of the Marshall Islands | | P.O. Box 890 | | Majuro | MH | 96960 |
| Harris | Adrienne A. | Superintendent | New York State Dept. of Financial Services | Attn: Class Action Notice | One State Street, 19th Floor | New York | NY | 10004 |
| Barbero | Megan | General Counsel | U.S. Securities and Exchange Commission | SEC Headquarters | 100F Street, NE | Washington | DC | 20549 |
| Van Der Weide | Mark. E. | General Counsel, Board of Governors | Federal Reserve System | 20th Street and Constitution Avenue N.W. | | Washington | DC | 20551 |
| McDonough | Benjamin W. | Senior Deputy Comptroller and Chief Counsel | Comptroller of the Currency | OCC Headquarters, Constitution Center | 400 7th Street, S.W., Suite 3E-218 | Washington | DC | 20219 |
| Schwartz | Robert | Commodity Futures Trading Commission | Office of the General Counsel | Three Lafayette Centre | 1155 21st Street, NW | Washington | DC | 20581 |
| Sparkman | Marlene K. | General Counsel | Texas State Securities Board | P. O. Box 13167 | | Austin | TX | 78711-3167 |
| Wright | Steven | General Counsel | Federal Reserve Bank of Boston | 600 Atlantic Avenue | | Boston | MA | 02210-2204 |
| Gallagher | Mary | Commissioner | Massachusetts Division of Banks | 1000 Washington Street | 10th Floor | Boston | MA | 02118-6400 |
| Office of the Executive Secretary | | Federal Deposit Insurance Corporation | | 550 17th Street, N.W. | | Washington | DC | 20429 |

DC: 71675664