# Exhibit 7

# Yarnoff Declaration

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| HUMBERTO LOZADA and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TASKUS, INC., BRYCE MADDOCK, JASPAR WEIR, BALAJI SEKAR, AMIT DIXIT, MUKESH MEHTA, SUSIR KUMAR, JACQUELINE D. RESES, and BCP FC AGGREGATOR L.P.,<br><br>Defendants. | Case No.  1:22-cv-01479-JPC-GS<br><br>CLASS ACTION |

**DECLARATION OF MICHAEL K. YARNOFF IN SUPPORT OF
LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES, LITIGATION EXPENSES,
AND PLAINTIFFS' REASONABLE COSTS AND EXPENSES,
FILED ON BEHALF OF KEHOE LAW FIRM, P.C.**

MICHAEL K. YARNOFF declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true:

1. I am a partner of Kehoe Law Firm, P.C. ("Kehoe"), counsel for Plaintiffs in the above-captioned action (the "Litigation").[1]

2. I submit this declaration in support of Lead Counsel's Motion for Attorneys' Fees, Litigation Expenses, and Plaintiffs' Reasonable Costs and Expenses. I have personal knowledge of the matters set forth herein based on my active participation in the prosecution of the Litigation.

## I.    KEHOE'S WORK, RATES, AND LODESTAR

3. Kehoe is highly experienced in securities class action litigation, and its partners have helped recover more than $10 billion for investors. Attached hereto as **Exhibit 1** is Kehoe's firm resume, which includes biographical information about attorneys and staff members, and information about the firm's philosophy, organization, and successes.

4. Attached hereto as **Exhibit 2** is a list of Kehoe attorneys and staff involved in this Litigation. Exhibit 2 also provides further information about each individual's qualifications, experience, and role in the litigation.

5. My firm actively participated in the prosecution of the claims on behalf of Plaintiffs and the Settlement Class. In particular, my firm performed work at the direction and under the supervision of Court-appointed Lead Counsel Bleichmar Fonti & Auld LLP. My firm participated in, among other tasks, liaising with Lead Plaintiff Humberto Lozada; assisting with briefing on the motion for appointment of lead plaintiff; preparing the initial complaint and the Amended

---

[1] Capitalized terms not defined herein have the meanings stated in the Stipulation of Settlement, dated May 27, 2025 (the "Stipulation") (ECF 187-1) and the Declaration of Joseph A. Fonti in Support of (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, and (II) Lead Counsel's Motion for Attorneys' Fees, Litigation Expenses, and Plaintiffs' Reasonable Costs and Expenses (the "Fonti Declaration" or "Fonti Decl.").

Complaint; attending Mr. Lozada's deposition; consulting with Lead Counsel; and attending the mediation.

6.        Table 1 below is a schedule summarizing the amount of time spent by attorneys and staff of my firm from inception of the Litigation through and including August 31, 2025, the rates applicable to each individual, and the lodestar calculation for those individuals based on current billing rates.

7.        Table 1 was prepared from contemporaneous daily time records regularly prepared and maintained by my firm.  As the lead partner responsible for supervising Kehoe's work on this case, I supervised the review of these time records to prepare this declaration.  The purpose of this review was to confirm both the accuracy of the time entries and the necessity for, and reasonableness of, the time committed to the Litigation.  Time expended on this application for fees has not been included in this request.

8.        The total number of hours reflected in Table 1 from inception through and including August 31, 2025, is 200.0.  The total lodestar reflected in Table 1 for that period is $182,250.

## TABLE 1

| Timekeeper Name | Position | Hours | Hourly Rate | Lodestar |
|---|---|---|---|---|
| Michael K. Yarnoff | Partner | 184.5 | $950 | $175,275 |
| David Rabbiner | Director, Investigative Services & Litigation Support | 15.5 | $450 | $6,975 |
| **TOTALS** | | **200.0** | | **$182,250** |

9.        Kehoe's rates are the usual and customary rates set by Kehoe for each individual. Kehoe's rates are comparable to the rates set by peer firms for attorneys and staff of similar skill and experience.

2

3

Dated:  September 10, 2025

Respectfully submitted,

/s/ Michael K. Yarnoff
Michael K. Yarnoff

3

**EXHIBIT 1**

*Lozada v. TaskUs, Inc., et al.*
Case No.  1:22-cv-01479


**KEHOE FIRM RESUME**



# FIRM RESUME

Kehoe Law Firm, P.C. ("KLF") specializes in securities litigation, both class and direct actions, on behalf of institutional and individual investors.  We also represent investors in matters of corporate misconduct and abuse, such as when executives and directors breach fiduciary duties of care and loyalty, or engage in self-dealing or other forms of corporate waste.  Developing innovative legal theories and being thought leaders in the field is what underpins our commitment to protect our clients, the securities markets and investor interests.

## FIRM MEMBERS

**John A. Kehoe, Esq.**
**Shareholder**

John has prosecuted precedent-setting securities and financial fraud cases in federal and state courts on behalf of institutional and individual clients during his more than 18 years in practice. His experience includes serving as lead or co-lead counsel in *In re Petrobras Securities Litigation* ($3.0 billion settlement); *In re Bank of America Corporation Securities Litigation* ($2.4 billion settlement); *In re Wachovia Preferred Securities and Bond/Notes Litigation* ($627 million settlement); *In re Initial Public Offering Securities Litigation* ($586 million settlement resolving 309 consolidated actions); *In re Lehman Brothers Securities and ERISA Litigation* ($516 million settlement); and *In re Marvell Technology Group Ltd. Securities Litigation* ($72 million settlement), among others.

John is the founding partner of Kehoe Law Firm, P.C. ("KLF"), and was formerly a partner with Kessler Topaz Meltzer & Check, LLP for six years, a partner with Girard Gibbs LLP for two years, and was previously associated with Clifford Chance LLP, a London-based global law firm, where he defended Fortune 500 companies in complex securities and antitrust civil litigation and against enforcement actions brought by the DOJ, SEC and FTC.

John served many years as a program faculty member with the National Institute of Trial Advocacy, and as an adjunct faculty member with the Trial Advocacy Training Program at the Louisiana State University School of Law.  He is also a  frequent invited speaker at conferences focused on shareholder rights and corporate governance issues, including the National Conference on Public Employee Retirement Systems (Rancho Mirage, CA); Investment Education Symposium (New Orleans, LA); Public Funds East Conference (Newport, RI); Rights and Responsibilities for Institutional Investors (Amsterdam, Netherlands); European Investment Roundtable (Stockholm, Sweden); Public Funds Symposium (Washington, D.C.); National Conference on Public Employee Retirement Systems (Miami Beach, FL); 2010 ESG, USA Global Trends and U.S. Sustainable  Investing (NY, NY); ICGN Annual Conference: "The Changing Global Balances" (Toronto, Canada); Public Funds West Summit (Scottsdale, AZ); ICGN Annual Conference: "The Route Map to Reform and Recovery" (Sydney, Australia); and the 2007 European Pensions Symposium (Marbella, Spain).

John received his Juris Doctorate, *magna cum laude*, from Syracuse University College of Law, where he was associate editor of the Syracuse Law Review, associate member of the Syracuse Moot Court Board, and an alternate member on the National Appellate Team.  He received a Masters of Public Administration from the University of Vermont, and Bachelor of Arts from

DePaul University, where he was starting goalkeeper on the NCAA Division I soccer team and a transfer student to the Karl Marx University of Economics in Budapest, Hungary (1984).

Prior to attending law school, John served as a law enforcement officer in the State of Vermont (1986-94), where he was a member of a tactical special reaction team and member of a major accident investigation team.

John is currently admitted to practice in New York and Pennsylvania, and a member in good standing with the U.S. District Court for the Southern District of New York and the U.S. Court of Appeals for the Second Circuit.

**Michael K. Yarnoff, Esq.**
**Shareholder**

Michael has more than 25 years of experience, including 15 years prosecuting complex securities fraud class actions in federal courts involving claims under both the Securities Act of 1933 and the Exchange Act of 1934. Throughout his career, Michael has represented large institutional clients and individual shareholders and has acted as lead or co-lead counsel in a number of high-profile securities cases, which, collectively, have settled for billions of dollars.

Some highlights of Michael's litigation career include the following cases:

*Tyco International Ltd.* – landmark $3.2 billion settlement including the then largest securities class recovery from a single corporate defendant ($2.975 billion) and the second largest auditor settlement ($225 million); *Delphi Corporation* – $300 million class settlement against auto-parts manufacturer Delphi Corporation (reduced as a result of bankruptcy), including an additional $38 million recovery against Delphi's outside auditor; *CVS Corporation* – $110 million recovery on behalf of a group of injured shareholders, representing one of the largest settlements in a securities class action in First Circuit history; and *MDL Mutual Fund Litigation* – six-year litigation that resulted in more than $80 million in recoveries against a number of mutual fund companies, including Alliance, Alger, and Excelsior.

Prior to joining KLF, Michael was an attorney at a large plaintiff's class-action law firm, Kessler Topaz Meltzer & Check, LLP, where he served as a senior-level partner in the securities department for over nine years. During his tenure at Kessler Topaz Meltzer & Check, LLP, Michael also litigated a number of cases against large mortgage lenders for violations of the Real Estate Settlement Procedures Act of 1974, patent infringement matters, and appellate matters before multiple Circuit Courts of Appeal.

Michael is a member of the Pennsylvania, New Jersey, and Delaware Bars, as well as the Courts of Appeal for the First, Second, Third, Sixth, and Eleventh Circuits. He received his juris doctorate from Delaware Law School in 1991 and his undergraduate degree from George Washington University in 1988. While at George Washington University, he served as a political intern for the late Senator John Heinz (Pennsylvania).

**David S. Rabbiner**
**Director, Investigative Services & Litigation Support**

David is a Certified Fraud Examiner ("CFE"), Certified Forensic Interviewer ("CFI"), and licensed Private Detective (Pennsylvania) with over two decades of experience conducting and/or overseeing successful, often complex, civil and criminal investigations related to securities, commodities, financial institution, and corporate fraud, as well as high-level public corruption, civil rights, and major criminal enterprises.

In his present capacity as Director of Investigative Services & Litigation Support for KLF, David directs all aspects of investigations necessary to ensure KLF litigates from a position of strength on behalf of its individual and institutional clients.

Before joining KLF, David enjoyed a highly-successful career as the first Director of Investigative Services ("DIS") for Kessler Topaz Meltzer & Check, LLP ("KTMC"). In his capacity as DIS, David served as the principal architect of KTMC's Investigative Services Department, a renowned in-house team of investigative professionals dedicated to conducting investigations of deceit, misrepresentation, and fraudulent activity to support the prosecutorial efforts of a firm specializing in litigating securities fraud, consumer protection, corporate governance, antitrust, shareholder derivative, mergers and acquisitions, and qui tam/"whistleblower" matters.

As DIS, David provided the leadership, guidance, and daily oversight for a full-service investigative unit whose efforts advanced the objectives of KTMC's practice areas and, importantly, played a key role in the recovery of billions of dollars for shareholders and investors worldwide. Prior to KTMC, David enjoyed a broad-based career with the Federal Bureau of Investigation, including service as an Assistant Special Agent in Charge of a major FBI field office.

David, a CFE, has extensive experience identifying and detecting fraud, as well as developing and implementing appropriate investigative protocols. David also is a CFI with significant witness/suspect/subject interview experience and expertise, as well as a Certified Anti-Money Laundering Specialist ("CAMS") and Anti-Money Laundering Certified Associate ("AMLCA") with a Specialist Certificate in Trade-Based Money Laundering. Among his accolades, David is a past recipient of the Executive Office for United States Attorneys Director's Award for Outstanding Contributions in Law Enforcement.

David received his Juris Doctorate from the University of Miami Law School and his undergraduate degree from the University of Michigan.

**Kevin P. Cauley**
**Director, Business Development**

Kevin worked for over 12 years as an institutional liaison with national securities litigation firms. Kevin has extensive experience working with Public Pension and Taft-Hartley Funds with respect to protecting their pension investments and health and welfare plans. In addition, Kevin manages the firm's client outreach and developmental programs, and oversees the Firm's portfolio monitoring program services to institutional clients.

Kevin, a graduate of Temple University, has prior experience in the securities industry where he held the Series 7, 24, 63, and 65 licenses issued by the National Association of Securities Dealers (now the Financial Industry Regulatory Authority).

Kevin has been a political consultant coordinating and directing various aspects of field operations for local, state, and national campaigns in Southeastern Pennsylvania. He has attended the University of Pennsylvania's Wharton Executive Education Program, and he is a graduate of the Federal Bureau of Investigation's Citizens Academy.

Kevin also serves on the Philadelphia Committee of the Marine Corps Law Enforcement Foundation, and he is also an active member of The Pennsylvania Future Fund, A.O.H. Division 88 "Officer Danny Boyle Chapter," The Clover Club of Philadelphia, and The Foreign Policy Research Institute. Further, Kevin is an elected member to The Pennsylvania Society and The Union League of Philadelphia, where he serves on the Armed Services Committee.

## LITIGATION EXPERIENCE

KLF's shareholders, while practicing at national class-action law firms, gained significant, prior litigation experience serving as lead or co-lead counsel in the following actions, among others:

***In re Tyco International Ltd. Securities Litigation*, MDL No. 02-1335-PB (D.N.H)**

Landmark $3.2 billion settlement including the then largest securities class action recovery from a single corporate defendant ($2.975 billion), and the second largest auditor settlement ($225 million).

***In re Petrobras Securities Litigation,* No. 14-cv-9662 (JSR) (S.D.N.Y.)**

Resulted in a $2.95 billion settlement with Petrobras and $50 million settlement with Petrobras' auditor, PwC Brazil. The settlement set records as the largest securities class action settlement in a decade, fifth-largest class action settlement achieved in the United States, the largest settlement in a class action involving a foreign issuer, and the largest settlement by a foreign lead plaintiff (Universities Superannuation Scheme Limited).

***In re Bank of America Corporation Securities Litigation*, 09-MDL-2058 (S.D.N.Y.)**

Securities class action on behalf of certain shareholders of Bank of America Corporation ("BoA") arising from materially misleading statements and omissions regarding BoA's acquisition of Merrill Lynch & Co., Inc.  The parties reached an agreement to settle the action for $2.425 billion in cash and certain corporate governance improvements to be implemented or continued by BoA.

4

*In re Lehman Brothers Equity/Debt Securities Litigation*, 08-cv-5523 (S.D.N.Y.)

Securities class action on behalf of certain shareholders and bondholders of Lehman Brothers Holdings Inc.'s ("Lehman") in connection with untrue statements and omitted materials facts regarding, among other things, Lehman's use of undisclosed repurchase and resale transactions, failures to adhere to risk limits, and misstatements concerning Lehman's concentration of mortgage and real estate-related assets, preventing investors from meaningfully assessing Lehman's exposure to these risky assets. The Court subsequently approved settlements totaling $615,218,000 in connection with the litigation, to resolve claims against the individual officer and director defendants, underwriters of certain Lehman offerings, and against Ernst & Young LLP, Lehman's former auditor.

*In re Wachovia Corp. Preferred Securities and Bond/Notes Litigation*, 09-cv-6351 (S.D.N.Y.)

Securities class action on behalf of certain Wachovia debt holders alleged that Wachovia sold more than $35 billion of bonds to investors in a series of public offerings while misrepresenting the true nature and quality of Wachovia's "Pick-A-Pay" Option ARM mortgage loan portfolio, and Wachovia's exposure to billions of dollars of losses in mortgage-related assets. On March 31, 2011, the court issued an Opinion and Order substantially denying Defendants' motions to dismiss. On August 5, 2011, Plaintiffs announced that they reached a settlement with all the defendants for a total recovery of $627 million.

*In re Initial Public Offering Securities Litigation*, 21 MC 92 (S.D.N.Y.)

Combined 506 cases alleging artificial inflation of stock prices due to improper laddering and the payment of excessive commissions to secure IPO stock allocations during the 1990s' "dot-com" boom. Actions settled for $586 million.

*In re Delphi Corporation Securities, Derivative & "ERISA" Litigation*, 05-MDL No. 1725 (E.D. Mich.)

$300 million class-action settlement against auto parts manufacturer Delphi Corporation (reduced as a result of bankruptcy), including an additional $38 million recovery against Delphi's outside auditor.

*CVS Corporation Securities Litigation*, 01-11464-JLT (D. Mass.)

$110 million recovery on behalf of a group of injured shareholders, representing one of the largest settlements in a securities class-action in the First Circuit.

*In re Mutual Funds Investment Litigation*, MDL 1586 (D. Md.)

Six-year litigation that resulted in more than $80 million in recoveries against a number of mutual fund companies, including Alliance, Alger, and Excelsior.

5

*In re Marvell Technology Group, Ltd. Securities Litigation*, 06-06286 (N.D. Cal.)

Securities class action involving an alleged options backdating scheme from June 2000 through June 2006, which enabled Marvell's executives and employees to receive options with favorable option exercise prices selected with the benefit of hindsight, violating Marvell's stock option plan while avoiding hundreds of millions of dollars in compensation expenses on Marvell's books. Eventually, Marvell conceded that it understated the effect of its compensation expense and overstated net income. Marvel settled the litigation for $72 million, a settlement among the largest reached in an options backdating securities class action.

*In re Brocade Securities Litigation*, 05-cv-02042 (N.D. Cal.)

Securities class action alleging that Defendants engaged in repeated violations of federal securities laws by backdating options grants to top executives and falsifying the date of stock option grants and other information regarding options grants to numerous employees from 2000 through 2004, which, ultimately, caused Brocade to restate all of its financial statements from 2000 through 2005.  In addition, concurrent SEC civil and Department of Justice criminal actions against certain individual defendants were commenced. After denying defendants' motions to dismiss and certifying a class of Brocade investors who were damaged by the alleged fraud, the case settled for $160 million and was approved by the Court.

*In re Vitamins Antitrust Litigation*, 99-197 (D.D.C.)

Class action and numerous individual actions involving companies that purchased bulk vitamin products seeking to recover overcharges from an alleged international price fixing cartel.  Case settlements exceeded $2 billion, then among the largest recoveries in antitrust history.

### CONTACT US

2001 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 792-6676

Please visit us at: kehoelawfirm.com

6

**EXHIBIT 2**

*Lozada v. TaskUs, Inc., et al.*
Case No.  1:22-cv-01479

## <u>SUMMARY OF KEHOE TIMEKEEPER QUALIFICATIONS, EXPERIENCE, AND ROLE IN THE LITIGATION</u>

### <u>Partners</u>

**Michael K. Yarnoff** (184.5 hours):  Mr. Yarnoff is a Partner at Kehoe and graduated from Delaware Law School in 1991.  Mr. Yarnoff was primarily involved in:  (i) liaising with Lead Plaintiff Humberto Lozada; (ii) assisting with briefing on the motion for appointment of lead plaintiff; (iii) preparing the initial complaint and the Amended Complaint; (iv) attending Mr. Lozada's deposition; (v) consulting with Lead Counsel; and (vi) attending the mediation.

### <u>Litigation Support</u>

**David Rabbiner** (15.5 hours):  Mr. Rabbiner is Kehoe's Director, Investigative Services & Litigation Support.  Mr. Rabbiner assisted in Plaintiffs' Counsel's investigation in connection with the initial complaint and the briefing on the motion for appointment of lead plaintiff.