**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HUMBERTO LOZADA and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TASKUS, INC., BRYCE MADDOCK, JASPAR WEIR, BALAJI SEKAR, AMIT DIXIT, MUKESH MEHTA, SUSIR KUMAR, JACQUELINE D. RESES, and BCP FC AGGREGATOR L.P.,<br><br>Defendants. | Case No.  1:22-cv-01479<br><br><u>CLASS ACTION</u> |

**SUPPLEMENTAL DECLARATION OF MORGAN KIMBALL REGARDING (I) MAILING OF NOTICE; (II) THE SETTLEMENT WEBSITE AND CONTACT CENTER SERVICES; (III) CLAIM FILING; AND (IV) REQUESTS FOR EXCLUSION <u>AND OBJECTIONS RECEIVED TO DATE</u>**

MORGAN KIMBALL declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true:

1.      I am a Project Manager for Epiq Class Action and Claims Solutions, Inc. ("Epiq"). I am providing this declaration at the request of Lead Counsel Bleichmar Fonti & Auld LLP ("Lead Counsel"), on behalf of Plaintiffs, in connection with Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation.[1]  This declaration supplements my

---

[1] Capitalized terms not defined herein have the meanings stated in the Stipulation of Settlement dated May 27, 2025 (ECF 187-1) and the Declaration of Joseph A. Fonti in Support of (I) Plaintiffs' Motion for Final Approval of Class

prior declarations (ECF 177; ECF 196-4).  I make this declaration based on personal knowledge, and if called to testify, I could and would do so competently.

2.      Pursuant to the Court's June 13, 2025, Notice Order (ECF 191), Epiq is authorized to act as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Litigation").  This declaration provides information regarding: (i) the mailing of the Notice; (ii) the Settlement Website and contact center services; (iii) the current status of claim filings; and (iv) the requests for exclusion and objections received by Epiq to date.

## I.      MAILING OF THE NOTICE

3.      As previously stated, as of September 10, 2025, a total of 34,433 Notices had been disseminated to potential Settlement Class Members, including Notices sent directly to nominees at their request for transmission to investors.  (*See* ECF 196-4 ¶¶8, 11.)

4.      Since September 10, 2025, Epiq has not disseminated any additional Notices (or received any further names and addresses of potential Settlement Class members or requests from nominees and intermediaries for Notices).  Thus, as of this Declaration, the total number of Notices that have been disseminated to potential Settlement Class Members remains at 34,433.

## II.     THE SETTLEMENT WEBSITE AND CONTACT CENTER SERVICES

5.      As of this Declaration, there have been 5,465 pageviews of the Settlement Website, 1,784 unique visitors, and 171 downloads of the Proof of Claim form.  Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, Lead Counsel's Motion for Attorneys' Fees, Litigation Expenses, and Plaintiffs' Reasonable Costs and Expenses, and the

---

Action Settlement and Approval of Plan of Allocation, and (II) Lead Counsel's Motion for Attorneys' Fees, Litigation Expenses, and Plaintiffs' Reasonable Costs and Expenses (the "Fonti Declaration" or "Fonti Decl.") (ECF 196).

accompanying papers (filed September 10, 2025) (ECF 192-96), were loaded to the Settlement Website on September 11, 2025.

6.      As of this Declaration, Epiq has received a total of 38 calls to the telephone number dedicated to the Settlement, including 19 calls that were handled by a live operator. Epiq promptly responded to each telephone inquiry and mailing request received by telephone, including messages left by callers, and will continue to do so.

7.      As of this Declaration, Epiq has received 170 emails and mailed correspondence from potential Settlement Class Members, and has responded as appropriate.

## III.    CLAIM FILING

8.      As of October 6, 2025, the deadline to timely submit Proof of Claim forms, Epiq has received 2,664 Proof of Claim forms from potential Settlement Class Members and brokerage firms, banks, institutions, and other nominees.

9.      As is typical in claims administration matters of this kind, Epiq will continue to process claims received or postmarked after October 6, 2025, until such time as the receipt and processing of new claims will impact decisions on disbursements. As of this Declaration, four (4) claims were received or postmarked after October 6, 2025. Lead Counsel intends to present all valid late-filed claims to the Court at the time the distribution motion is made and intends to recommend that such valid claims be paid, so long as distribution of the Net Settlement Fund is not materially delayed thereby.

## IV.    REQUESTS FOR EXCLUSION AND OBJECTIONS

10.     Potential Settlement Class Members who wished to seek exclusion were required to electronically submit or postmark requests for exclusion on or before August 21, 2025, and any

objections were required to be received or filed (not simply postmarked) on or before September 25, 2025.

11.    As of this Declaration, Epiq has not received any requests for exclusion.

12.    As of this Declaration, Epiq has not received any objections to the Settlement, the proposed Plan of Allocation, or the application for attorneys' fees and expenses, including requests for awards to Plaintiffs pursuant to 15 U.S.C. § 78u-4(a)(4).

13.    Epiq has monitored (and will continue to monitor) the Settlement Website and all mail delivered to the Settlement-specific P.O. Box for potential untimely requests for exclusion and objections received after the respective deadlines, so that Lead Counsel can address them at or before the Final Approval Hearing on October 16, 2025.

Dated:  October 9, 2025

By:  _____
       Morgan Kimball