UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUMBERTO LOZADA and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM Individually and on Behalf of All Others Similarly Situated, | Case No. 1:22-CV-01479 |
| Plaintiffs, | CLASS ACTION |
| v. | |
| TASKUS, INC., BRYCE MADDOCK, JASPAR WEIR, BALAJI SEKAR, AMIT DIXIT, MUKESH MEHTA, SUSIR KUMAR, JACQUELINE D. RESES, and BCP FC AGGREGATOR L.P., | |
| Defendants. | |

**ORDER WITHDRAWING APPEARANCE**

IT IS HEREBY ORDERED that Alessandra J. Slayton be withdrawn as an attorney of record for Lead Plaintiff Humberto Lozada and Named Plaintiff Oklahoma Firefighters Pension and Retirement System (together, "Plaintiffs").

Plaintiffs remain represented by Joseph A. Fonti, Nancy A. Kulesa, Evan A. Kubota, and Thayne Stoddard of Bleichmar Fonti & Auld LLP.

SO ORDERED.

Dated: December 15, 2025
New York, New York

_____
The Honorable Gary Stein
United States Magistrate Judge