UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUMBERTO LOZADA and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

-v-

TASKUS, INC. *et al.*,

Defendants.

---

22 Civ. 1479 (JPC) (GS)

ORDER ADOPTING REPORT AND RECOMMENDATION

JOHN P. CRONAN, United States District Judge:

On June 10, 2026, Plaintiffs filed a Motion for Distribution of Class Settlement Funds seeking, among other things, court approval for the distribution of the Net Settlement Fund pursuant to the settlement of this litigation effectuated on December 4, 2025. Dkts. 209-211. On June 12, 2026, this Court referred the motion to the Honorable Gary Stein. Dkt. 212. On June 30, 2026, Judge Stein issued a Report and Recommendation recommending that the undersigned grant the motion and enter the parties' proposed Order Approving Distribution of Net Settlement Fund with three revisions. Dkt. 213 ("R&R") at 5-6. First, Judge Stein recommended that Paragraph 5(a)(v) include language to avoid a claimant forfeiting the right to cash a distribution check in the time allotted should the claimant have not received the check during that time. *Id.* at 2. Second, Judge Stein recommended that Paragraph 5(c)(i) include language requiring court approval over a *cy pres* award recipient. *Id.* at 3-4. And third, Judge Stein recommended that Paragraph 8 include language limiting the scope of release to avoid certain "unpalatable (and obviously unintended) consequences." *Id.* at 4-5. Judge Stein attached to his Report and Recommendation a proposed

revised Order Approving Distribution of Net Settlement Funds reflecting those modifications. *Id.* at 7-12.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge" in a Report and Recommendation. 28 U.S.C. § 636(b)(1)(C). If a party submits a timely objection to any part of the magistrate judge's disposition, the district court will conduct a *de novo* review of the contested section. Fed. R. Civ. P. 72(b)(3); *see also United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997). If no objections are made, the district court reviews the Report for clear error. *See, e.g.*, *Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).

The Report and Recommendation, citing both Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), advised that "the parties shall have fourteen days . . . from the date of this Report and Recommendation to file written objections thereto," and warned that failure to timely file such objections would "preclude appellate review." R&R at 6. No objections have been filed and the time for making any objections has passed.

Notwithstanding the absence of objections, the Court has conducted a *de novo* review of the Report and Recommendation. Judge Stein's analysis is characteristically thoughtful and careful, and his recommendations are well-founded and consistent with the prevailing law. Accordingly, the Court adopts the Report and Recommendation in its entirety and will separately enter an Order Approving Distribution of Net Settlement Funds in the form annexed to the Report. The Clerk of Court is respectfully directed to close Docket Number 209.

SO ORDERED.

Dated: July 16, 2026
New York, New York

JOHN P. CRONAN
United States District Judge